# EXHIBIT A

# ATLANTIC COUNTY

**DEMOCRATIC MAIL-IN BALLOT / OFFICIAL PRIMARY ELECTION**

# Absecon Ward 1
Atlantic County, New Jersey
2nd Congressional District · July 7, 2020

**EDWARD P. McGETTIGAN**
Atlantic County Clerk

To Protect Your Vote:
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU THE VOTER TO MARK OR INSPECT THIS BALLOT.
However, a family member may assist you in doing so.

**IMPORTANT INSTRUCTIONS TO VOTERS**

Please read the following before marking your ballot:
1. To vote for any person whose name is printed on this ballot use only a pencil or ink pen (black or blue) and fill in the oval ⬤ to the right of the candidate's name, not in excess of the number to be elected to the office.
2. To vote for any person whose name is not printed on this ballot, write the name in the PERSONAL CHOICE COLUMN, and fill in that oval to the right of the name. Do not vote for more candidates than are to be elected.
3. If you tear, deface or incorrectly mark this ballot, return it to the Atlantic County Clerk's Election Office and obtain a new ballot.

| OFFICE TITLE | Column A Democratic | Column B Democratic | Column C Democratic | Column D Democratic | Column E Democratic | Column F Democratic | PERSONAL CHOICE |
|---|---|---|---|---|---|---|---|
| Choice for President VOTE FOR ONE | Joseph R. BIDEN ○ | Bernie SANDERS ○ | | ○ | | | ○ |
| 2nd District Delegates to Democratic National Convention | JOSEPH R. BIDEN ○ A VOTE ABOVE IS A VOTE FOR ALL DELEGATES | BERNIE SANDERS ○ A VOTE ABOVE IS A VOTE FOR ALL DELEGATES | A VOTE ABOVE IS A VOTE FOR ALL DELEGATES | A VOTE ABOVE IS A VOTE FOR ALL DELEGATES Uncommitted ○ | | | NO PERSONAL CHOICE FOR DELEGATES |
| U.S. Senator VOTE FOR ONE | Amy KENNEDY ○ | Lawrence HAMM ○ | Cory BOOKER ○ | | | | ○ |
| House of Representatives VOTE FOR ONE | Eric SCHEFFLER ○ | | Brigid CALLAHAN HARRISON ○ | Will CUNNINGHAM ○ | Robert D. TURKAVAGE ○ | | ○ |
| Sheriff VOTE FOR ONE | Stephen DICHT ○ | | Levi FOX ○ | | | John FRANCIS ○ | ○ |
| Surrogate VOTE FOR ONE | Dawn FITZPATRICK ○ | | | | | | ○ |
| Freeholder-at-Large VOTE FOR TWO | Celeste FERNANDEZ ○ | | | | | | ○ |
| Mayor VOTE FOR ONE | Kimberly A. HORTON ○ | | | | | | ○ |
| Council VOTE FOR ONE | Elizabeth (Kelly) HOWELL ○ | | | | | | ○ |

Form 1 - Absecon

REPUBLICAN PARTY PRIMARY BALLOT / OFFICIAL PRIMARY ELECTION

# Absecon Ward 1
### Atlantic County, New Jersey
### 2nd Congressional District - July 7, 2020

**EDWARD P. McGETTIGAN**
Atlantic County Clerk

**To Protect Your Vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU THE VOTER TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so.

## IMPORTANT INSTRUCTIONS TO VOTERS

**Please read the following before marking your ballot:**

1. To vote for any person whose name is printed on this ballot **use only a pencil or ink pen (black or blue)** and fill in the oval ⬤ to the right of the candidate's name, not in excess of the number to be elected to the office.

2. To vote for any person whose name is not printed on this ballot, write the name in the **PERSONAL CHOICE COLUMN**, and fill in that oval to the right of the name. Do not vote for more candidates than are to be elected.

3. If you tear, deface or incorrectly mark this ballot, return it to the Atlantic County Clerk's Election Office and obtain a new ballot.

| OFFICE TITLE | Column A Republican | Column B Republican | Column C Republican | Column D Republican | Column E Republican | PERSONAL CHOICE |
|---|---|---|---|---|---|---|
| **Choice for President** VOTE FOR ONE | Donald J. TRUMP ○ | | | | | ○ |
| **Delegates-at-Large to Republican National Convention** VOTE FOR SIX | *A VOTE FOR THE A-VOTE FOR ALL DELEGATES & ALTERNATES* DONALD J. TRUMP *Atlantic County Regular Republican* Christopher J. CHRISTIE Henry P. KUHL Nicole A. DIVINCENZO John A. SACCO Joseph IPPOLITO James M. SCHROEDER Kristin CORRADO Paul R. ALOIA Edward Grant DEMARCO | | | | | NO PERSONAL CHOICE FOR DELEGATES |
| **Alternate Delegates-at-Large** | John A. KEARNEY Alexander L. WAINWRIGHT Sharon A. CHRISTIE Barbara DAVENPORT Susan L. HERTELL Bethanie LEJKOWSKI Sharon A. ROSSI Dorothy GINGER Michael GARRETT Theresa OL. MESSLER | | | | | |
| **2nd Congressional District Delegates** | Linda ENGELS Lynn POULSON Tom ROTONDI | | | | | |
| **2nd Congressional Alternate District Delegates** | Cynthia SALLES Gail RASNER Robert SYBILA | | | | | |
| **U.S. Senator** VOTE FOR ONE | *Atlantic County Regular Republican* Hirsh SINGH ○ | *Regular Republican* Natalie Lynn RIVERA ○ | *Official Republican* Rikin "Rik" MEHTA ○ | *Conservative Republican* Eugene T. ANAGNOS ○ | *Truly Pro Trump Republican* Patricia FLANAGAN ○ | ○ |
| **House of Representatives** VOTE FOR ONE | *Atlantic County Regular Republican* Jeff VAN DREW ○ | | | | *Leave the Swamp Republican* Robert W. PATTERSON ○ | ○ |
| **Sheriff** VOTE FOR ONE | *Atlantic County Regular Republican* Joseph A. O'DONOGHUE ○ | | | | | ○ |
| **Surrogate** VOTE FOR ONE | *Atlantic County Regular Republican* James CURCIO ○ | | | | | ○ |
| **Freeholder-at-Large** VOTE FOR TWO | *Atlantic County Regular Republican* John W. RISLEY, Jr. ○ James TOTO ○ | | | | | ○ ○ |
| **Mayor** VOTE FOR ONE | *Atlantic County Regular Republican* Gregory SEHER ○ | | | | | ○ |
| **Council** VOTE FOR ONE | *Atlantic County Regular Republican* Nicholas LaROTONDA ○ | | | | | ○ |

Form 1 - Absecon

# BERGEN COUNTY

# OFFICIAL PRIMARY ELECTION
# SAMPLE BALLOT

JOHN S. HOGAN
Secretary of the County of Bergen / 버겐 카운티 의 서기
Secretario del Condado de Bergen / 카운티 서기
One Bergen County Plaza, Hackensack, NJ 07601

# BALOTA OFICIAL DE MUESTRA
# DE LA ELECCIÓN PRIMARIA

# 공식 예비선거 견본 투표용지

## Borough of Allendale

**Bergen County, New Jersey - Tuesday, July 7, 2020**
**Condado de Bergen, Nueva Jersey - Martes, 7 de Julio de 2020**
뉴저지, 버겐카운티 2020년 7월 7일 화요일

The Primary Election on July 7, 2020 is being conducted primarily by mail as per Executive Order #144 signed by Governor Murphy on May 15, 2020.

**This is your Sample Ballot. This is NOT your Vote-by-Mail Ballot used to cast your vote. If you need to request a duplicate Vote-by-Mail Ballot, please call (201) 336-7020.**

Voters who received a Vote-by-Mail ballot are encouraged to mail their ballot to the Bergen County Board of Elections in the postage paid envelope as soon as possible. Ballots returned by mail must be postmarked no later than July 7, 2020. Ballots may also be placed in one of several secure Election Ballot Drop Boxes located throughout the County. The locations of Bergen County's Election Ballot Drop Boxes can be found at **www.co.bergen.nj.us/bergen-county-board-of-elections/ballot-drop-box-locations.** The deadline for placing it in one of the secure Election Ballot Drop Boxes or for delivering your ballot in-person to the Bergen County Board of Elections is 8:00 p.m. on July 7, 2020.

A limited number of polling places are available to voters on Election Day where only **provisional paper ballots will be available to cast your vote.** The location of your polling place is on the reverse side of this sample ballot. Polls are open from 6:00 a.m. to 8:00 p.m. If a voter has a disability and needs an accessible ballot he/she can call the County Clerk's Office at (201) 336-7020 or may go to his/her assigned polling place which will provide access to an in-person accessible voting device on Primary Election Day.

This Primary Election Sample Ballot can also be found at www.bergencountyclerk.org. A sample ballot will be posted at each polling place.

If you have questions, call the County Clerks Office at (201) 336-7020 or the County Board of Elections at (201) 336-6230.

---

La elección Primaria del 7 de julio de 2020 se está llevando a cabo principalmente por correo según la Orden ejecutiva #144 firmada por el gobernador Murphy el 15 de mayo de 2020.

**Esta es su balota de muestra. Esta NO es su balota de voto por correo utilizada para emitir su voto. Si usted necesita solicitar un duplicado de la balota de voto por correo, por favor llame al (201) 336-7020.**

A los votantes que recibieron una balota de voto por correo, se les solicita enviar su balota por correo a la Junta Electoral del Condado de Bergen en el sobre con franqueo pagado lo antes posible. Las balotas devueltas por correo deben tener un matasellos a más tardar el 7 de julio de 2020. Las balotas también pueden colocarse en una de las seis casillas de seguridad de votación ubicadas en todo el condado. Las ubicaciones de los cajetines electorales de votación del condado de Bergen se pueden encontrar en **www.co.bergen.nj.us/bergen-county-board-of-elections/ballot-drop-box-locations.** La fecha límite para colocarla en una de las casillas de seguridad o para entregar su balota en persona a la Junta Electoral del Condado de Bergen es el 7 de julio de 2020 a las 8:00 p.m.

Hay un número limitado de lugares de votación disponibles para los votantes en el día de las elecciones, donde **solo balotas provisionales de papel estarán disponibles para emitir su voto.** La ubicación de su lugar de votación está al otro lado de esta balota de muestra. Las urnas están abiertas de 6:00 a.m. a 8:00 p.m. Si un votante tiene una discapacidad y necesita una balota accesible, puede llamar a la Oficina del Secretario del Condado al (201) 336-7020 o puede ir a su lugar de votación asignado, el cual le proporcionará acceso a un dispositivo de votación accesible en persona el Día de la Elección Primaria.

Esta balota de muestra de la elección primaria también se puede encontrar en www.bergencountyclerk.org. Se publicará una balota de muestra en cada lugar de votación.

Si usted tiene preguntas, por favor llame a la oficina del Secretario del Condado al (201) 336-7020 o la Junta de Elecciones del Condado al (201) 336-6230.

---

2020년 7월 7일 열리는 예비선거는 머피 주지사가 2020년 5월 15일 서명한 행정명령 144에 의거 주로 우편으로 실시됩니다.

**이것은 귀하의 견본 투표용지입니다. 투표를 할 수 있는 우편 투표 용지가 아닙니다. 만약 우편 투표용지 복사본을 요청해야 한다면 (201) 336-7020으로 연락하세요.**

우편 투표 용지를 받으신 유권자는 투표용지를 가능한 한 빨리 우표가 미리 지불된 봉투에 넣어 버겐카운티 선거관리위원회에 우편으로 보내주시기 바랍니다. 우편으로 반환된 투표용지는 2020년 7월 7일 이전의 소인이 찍혀 있어야 합니다. 투표용지는 또한 카운티 전역에 있는 여러 개의 안전 선거 투표함 중 하나에 넣을 수도 있습니다. 버겐카운티 선거 투표함의 위치는 www.co.bergen.nj.us/bergen-county-board-of-elections/ballot-drop-box-locations 에서 찾아 볼 수 있습니다. 안전 선거 투표함 중 하나에 넣거나 귀하의 투표용지를 직접 버겐카운티 선거관리위원회에 전달하는 마감 시간은 2020년 7월 7일 오후 8시입니다.

선거일 당일에는 제한된 수의 투표 장소가 있으며, 여기에서는 임시 종이 투표용지만 사용할 수 있습니다. 귀하의 투표 장소는 이 견본 투표용지 뒷면에 있습니다. 투표소는 오전 6시부터 오후 8시까지 열립니다. 유권자에게 장애가 있어 접근 가능한 투표용지가 필요한 경우 (201) 336-7020으로 카운티 서기 사무실에 전화하거나 예비선거 당일에 접근 가능한 대면 투표 장치를 제공하는 지정된 투표 장소로 갈 수 있습니다.

이 예비선거 견본 투표용지는 www.bergencountyclerk.org 에서도 찾아볼 수 있습니다. 각 투표 장소에 견본 투표용지가 게시됩니다.

질문이 있으시면 카운티 서기 사무실 201-336-7020 또는 카운티 선거관리위원회 201-336-6230으로 문의하세요.

**PLEASE SEE REVERSE SIDE OF BALLOT FOR VOTING INSTRUCTIONS**
**POR FAVOR VEA EL LADO REVERSO PARA INSTRUCCIONES DE VOTAR**
투표 방식에 대한 설명은 투표 용지 뒷면을 참조하시기 바랍니다.

---



**THIS BALLOT CANNOT BE VOTED. IT IS A SAMPLE OF THE PROVISIONAL PRIMARY ELECTION BALLOT USED AT THE POLLING LOCATION ON ELECTION DAY.**

**NO SE PUEDE VOTAR EN ESTA BALOTA. ESTA ES SOLO UNA MUESTRA DE LA BALOTA PROVISIONAL DE LA ELECCIÓN PRIMARIA QUE SE USA EN LAS MÁQUINAS DE VOTACIÓN EL DÍA DE LAS ELECCIONES.**

이 투표용지로 투표하실 수 없습니다. 이 용지는 선거일에 투표 장소에서 사용할 공식 예비선거 견본 임시 투표용지입니다.

## DEMOCRATIC – DEMÓCRATA – 민주당

## REPUBLICAN – REPUBLICANO – 공화당

Form 1 – ALLENDALE

# BURLINGTON COUNTY



Joanne Schwartz
JOANNE SCHWARTZ
County Clerk

# DEMOCRAT MAIL-IN BALLOT
## OFFICIAL PRIMARY ELECTION • JULY 7, 2020
### COUNTY OF BURLINGTON
### TOWNSHIP OF MAPLE SHADE
### 1ST CONGRESSIONAL DISTRICT • 4TH DELEGATE DISTRICT

**IMPORTANT INSTRUCTIONS TO VOTERS**

Please read the following before marking your ballot:

1. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.
2. Completely fill in oval to the right of each of your selections. MARK BALLOT LIKE THIS:   John DOE ●
3. To vote for any person whose name is not printed on this ballot, go to the Personal Choice Column and fill in the oval by the words "write-in" for the office in which you want to write-in. Write the name of the person for which you wish to vote on the blank line.
4. If you tear, deface or incorrectly mark this ballot contact the Burlington County Clerk to obtain a new ballot.

THIS BALLOT CANNOT BE VOTED - IT IS A SAMPLE OF THE BALLOT SENT TO VOTERS

| OFFICE TITLE | DEMOCRAT COLUMN 1 | DEMOCRAT COLUMN 2 | DEMOCRAT COLUMN 3 | DEMOCRAT COLUMN 4 | DEMOCRAT COLUMN 5 | DEMOCRAT COLUMN 6 | DEMOCRAT COLUMN 7 | DEMOCRAT COLUMN 8 | PERSONAL CHOICE |
|---|---|---|---|---|---|---|---|---|---|
| **CHOICE FOR PRESIDENT** (FULL TERM) (Vote for ONE) | Joseph R. BIDEN<br>Burlington County<br>Regular Democrats ○ | | Bernie SANDERS<br>Bernie 2020, Not Me, Us. ○ | | | | UNCOMMITTED ○ | | WRITE-IN |
| **DISTRICT DELEGATES** (the Division Dotted) A vote for this Choice For President is an automatic vote for all listed below and Female (District) Delegates and an Alternate (District) Delegate to the Democratic National Convention. | BURLINGTON COUNTY REGULAR DEMOCRATS<br>JAMES BEACH<br>MERYL GREENE<br>KARYN ELLIS<br>JAMES KEHOE | | BERNIE 2020, NOT ME, US.<br>KRISTEN AFFRIME<br>JEFF EPSTEIN<br>MICHAEL MILLER<br>SHANITA SMITH-GIST | | | | | | |
| **MEMBER OF THE UNITED STATES SENATE** (FULL TERM) (Vote for ONE) | Cory BOOKER<br>Burlington County<br>Regular Democrats ○ | Lawrence HAMM<br>Not Me, Us. ○ | | | | | UNCOMMITTED ○ | | WRITE-IN |
| **MEMBER OF THE HOUSE OF REPRESENTATIVES** (1ST Congressional District) (FULL TERM) (Vote for ONE) | Donald W. NORCROSS<br>Burlington County<br>Regular Democrats ○ | | | | | | | | WRITE-IN |
| **MEMBER OF THE BOARD OF CHOSEN FREEHOLDERS** (FULL TERM) (Vote for TWO) | Tom PULLION<br>Burlington County<br>Regular Democrats ○ | | | | | | | | WRITE-IN |
| | Balvir SINGH<br>Burlington County<br>Regular Democrats ○ | | | | | | BRUCE SCHWARTZ ○ | | WRITE-IN |
| **MEMBER OF THE TOWNSHIP COUNCIL** (FULL TERM) (Vote for THREE) | Claire B. VOLPE<br>Burlington County<br>Regular Democrats ○ | | | | | | | | WRITE-IN |
| | Nelson WIEST<br>Burlington County<br>Regular Democrats ○ | | | | | | | | WRITE-IN |
| | Steve SCHMIDT<br>Burlington County<br>Regular Democrats ○ | | | | | | | | WRITE-IN |

To Protect Your Vote:
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER TO MARK OR HANDLE THIS BALLOT. However, a family member or registered qualified voter may assist you if you need help.

© 2014 Dominion Voting Systems. All Rights Reserved

1



*Joanne Schwartz*
JOANNE SCHWARTZ
County Clerk

**REPUBLICAN**
**MAIL-IN BALLOT**
**OFFICIAL**
**PRIMARY ELECTION**
**JULY 7, 2020**
**COUNTY OF BURLINGTON**
**TOWNSHIP OF MAPLE SHADE**
**1ST CONGRESSIONAL DISTRICT**

**To Protect Your Vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU
TO MARK YOUR BALLOT. However, a family member may assist you in doing so.

**IMPORTANT INSTRUCTIONS TO VOTERS**

Please read the following before marking your ballot:

1. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.

2. Completely fill in oval to the right of each of your selections.

MARK BALLOT LIKE THIS:

John DOE ●

3. To vote for any person whose name is not printed on this ballot, go to the Personal Choice Column and darken the oval by the words "write-in" for the office in which you want to write-in. Write the name of the person for whom you wish to vote on the blank line.

4. If you tear, deface or incorrectly mark this ballot, contact the Burlington County Clerk to obtain a new ballot.

| OFFICE TITLE | REPUBLICAN COLUMN 1 | REPUBLICAN COLUMN 2 | REPUBLICAN COLUMN 3 | REPUBLICAN COLUMN 4 | REPUBLICAN COLUMN 5 | PERSONAL CHOICE |
|---|---|---|---|---|---|---|
| **CHOICE FOR PRESIDENT** (VOTE FOR ONE) | | **Donald J. TRUMP** BURLINGTON COUNTY REGULAR REPUBLICAN ORGANIZATION | | | | WRITE-IN |
| **DELEGATES TO THE NATIONAL CONVENTION** UNLESS REPUBLICAN PARTY RULES IS VOTED FOR, BY FILLING IN THE SINGLE OVAL. | | | | | | |
| **DISTRICT DELEGATES** (1st Congressional District) (VOTE FOR TWO) | | **Christopher J. CHRISTIE** BURLINGTON COUNTY REGULAR REPUBLICAN ORGANIZATION HENRY F. KOVAL JOSEPH J. HOWARTH JOANNE ELKHORNE KOSTYA SCHRADO IRENE FALSONE EDWARD BRUCE DIDOMMICO BY FILLING IN RICHARD ETTE EDWARD R. FIELDS JOHN R. KELLMYER ALEXANDER J. MARINARO DANIEL A. CHRISTOPHER JANICE M. FIELDS THOMAS F. FALCONE MICHAEL LAVERY DOROTHY R. BUECER THERESA A. WINEGAR MARY BEHM KEITH WALLACE MICHAEL HENDRY DIRCK FENDS STEPHEN BOTTIGLIERI | | | | WRITE-IN |
| **ALTERNATE AT-LARGE-DELEGATES** | | | | | | WRITE-IN |
| **UNITED STATES SENATE** (VOTE FOR ONE) | **Natalie Lynn RIVERA** We R4 Print. | **Rikin "Rik" MEHTA** BURLINGTON COUNTY REGULAR Republican Organization | **Patricia FLANNGAN** America First Republicans | **Hirsh SINGH** BURLINGTON COUNTY Conservatives Republicans | **Eugene T ANAGNOS** Private CA$or | WRITE-IN |
| **HOUSE OF REPRESENTATIVES** (1st Congressional District) (VOTE FOR ONE) | | **Claire H. GUSTAFSON** BURLINGTON COUNTY REGULAR - Republican Organization | | | | WRITE-IN |
| **MEMBER OF THE CHOSEN FREEHOLDERS** FULL TERM (VOTE FOR TWO) | | **Tinamarie NICOLO** BURLINGTON COUNTY REGULAR - Republican Organization | | | | WRITE-IN |
| | | **John ADAMS** BURLINGTON COUNTY REGULAR - Republican Organization | | | | WRITE-IN |
| **MEMBER OF THE BOARD OF** | | **David C. MOY** BURLINGTON COUNTY REGULAR - Republican Organization | | | | WRITE-IN |
| **MEMBER OF THE TOWNSHIP COUNCIL** FULL TERM (VOTE FOR THREE) | | NO PETITION FILED | | | | WRITE-IN |
| | | NO PETITION FILED | | | | WRITE-IN |
| | | NO PETITION FILED | | | | WRITE-IN |

© 2014 Dominion Voting Systems. All Rights Reserved

THIS BALLOT CANNOT BE VOTED - IT IS A SAMPLE OF THE BALLOT SENT TO VOTERS

# CAMDEN COUNTY



## COUNTY OF CAMDEN
## OFFICE OF THE COUNTY CLERK

**Joseph Ripa**
Camden County Clerk
Secretario del Condado de Camden

**Election Division**
**División de Elecciones**

Elections & Archive Center
100 University Ct • PO Box
Blackwood NJ 08012
856-225-...
electx@camdencounty.com

Dear Voter,

In light of the ongoing novel coronavirus (COVID-19) pandemic, Governor Murphy issued several Executive Orders that make changes to the 2020 Primary Election:

- The date of the Primary Election has been changed to **July 7, 2020.**
- To limit unnecessary exposure, the election will be **conducted mostly by Vote by Mail Ballot**, as such you have been sent this ballot.
- There will be limited in-person polling places with paper Provisional Ballots per the Governor's order, **you cannot vote in a machine** (there will be an ADA accessible ballot marking devices available).

Since this election will be conducted differently, I have compiled the enclosed information to help you vote and return your ballot.

If you have any further questions, please do not hesitate to contact my office.

Sincerely,

*Joseph Ripa*

Joseph Ripa
Camden County Clerk

---

A la luz de la nueva pandemia de coronavirus (COVID-19), el gobernador Murphy emitió varias Órdenes Ejecutivas que hacen cambios en las Elecciones Primarias de 2020:

- **La fecha de las Elecciones Primarias se ha cambiado para el 7 de julio de 2020**
- Para limitar la exposición innecesaria, la elección se llevará a **cabo en su mayor parte por voto por correo**, como tal se le ha enviado esta papeleta.
- Habrán lugares limitados para votar en persona con papeletas de papel provisionales, según la orden del Gobernador, **usted no podrá votar en las maquinas**, habrá un aparato ADA, disponible de marcar las papeletas.

Dado que esta elección se llevará a cabo de manera diferente, he compilado la información adjunta para ayudarle a votar y devolver su papeleta.

Si tiene más preguntas, por favor no dude en ponerse en contacto con mi oficina.

---

## How do I return my ballot?
You can mail it in the postage paid envelope from any US Post Office or USPS mailbox. If mailing it on Election Day, it is recommended that you ask the Post Office to hand cancel the envelope to assure it has a readable postmark.

## Can I drop it off?
You can drop off your ballot at the **Camden County Board of Elections, 100 University Ct., Blackwood, NJ 08012.** There are also secure drop boxes located throughout Camden County in which you can drop off your ballot. A list of the locations can be found at www.camdencounty.com/vbmdropbox. Vote by Mail ballots cannot be dropped off at polling places.

## Can someone else drop my ballot off?
If someone else transports your ballot, they must complete the Bearer portion of the Green return envelope.

## When do ballots need to be received?
Ballots will be counted if received by **8:00 pm on Election Day, July 7, 2020**, or postmarked by July 7th and received by July 14th.

## I normally vote at the polls. Why did I get a Vote by Mail Ballot?
Because of the COVID-19 pandemic and to limit exposure, the Governor ordered the Primary Election to be conducted primarily by mail. Per the order, all registered Democrats and Republicans are automatically being sent a Vote by Mail ballot.

## Can I still vote at the polls?
For those that wish to vote at the polls, there will be a limited number of polling places. At the polling places, voters will be able to vote a **paper Provisional Ballot** (which looks identical to this enclosed ballot). The notice of the location of your polling place will be mailed to you separately prior to the election.

## Will my vote count if I Vote by Mail
If voted timely, all ballots will be counted and included in the final results. The Vote by Mail ballots will be counted first. Only under all the VBM ballots are counted, then the in-person Provisional ballots will be counted. This is to prevent a person from casting multiple ballots.

## If you have never applied to Vote by Mail, do I always have to vote by mail?
No, this is a one-time event. If you do want to continue to receive ballots, you will need to complete a Vote by Mail application. For more Information and to access the Vote by Mail application, please visit our website www.camdencounty.com/vbm.

## I have a disability that prevents me from voting a paper ballot. What ADA accommodations will be available?
At each of the polling places, there will be an accessible voting machine. To access the machine, the voter will need to certify, under the penalty of fraudulent voting, that they are unable to vote a paper ballot.

## The Certificate of Mail-in Voter says that I am the person that applied for the ballot, but it was sent to me automatically. Can I lawfully sign the certificate?
For the purpose of the certification that must sign stating that you applied for this ballot, please be advised that Executive Order 144 acts as your application and you can lawfully sign it.

---

## ¿Cómo devuelvo mi papeleta?
Puede enviarla por correo en el sobre de franqueo pagado desde cualquier buzón de correo sobro o correo postal de EE. UU. Si envía por correos cerca del día de las elecciones, se recomienda que pida a la oficina de correos que cancele el sobre para asegurarse de que tiene un postal legible.

## ¿Puede dejarla?
Puede dejar su papeleta en la **Junta Electoral del Condado de Camden, 100 University Ct., Blackwood, NJ 08012.** También hay cajas de entrega seguras ubicadas en todo el condado de Camden en las que puede dejar su papeleta. Puede encontrar una lista de las ubicaciones en www.camdencounty.com/vbmdropbox. Las papeletas de Voto por Correo no se pueden dejar en los lugares de votación.

## ¿Puede otra persona dejar mi papeleta?
Si alguien más transporta su papeleta, debe completar la parte del portador del sobre de devolución verde.

## ¿Cuándo es necesario recibir las papeletas?
Para que se voten cuenta, las papeletas deben ser recibidas antes de las **8:00pm del día de las elecciones, 7 de julio de 2020**, o con matasellos antes del 7 de julio y recibidas antes del 14 de julio.

## Normalmente voto en las urnas. ¿Por qué obtuve una papeleta de voto por correo?
Debido a la pandemia COVID-19 y para limitar la exposición, el Gobernador ordenó que la Elección Primaria se llevara a cabo principalmente por correo. Por orden, todos los demócratas y republicanos registrados se les envía automáticamente una papeleta de Voto por Correo.

## ¿Puedo seguir votando en las urnas?
Para aquellos que deseen votar en las urnas, habrá un número limitado de lugares de votación. En los lugares de votación, los electores podrán votar en una **papeleta de votación provisional** (que tiene un aspecto idéntico a esta papeleta adjunta). El aviso de la ubicación de su lugar de votación se le enviará por correo por separado antes de la elección.

## ¿Contarán mis votos si voto por correo?
Si se vuelve a tiempo, todas las papeletas serán contadas e incluidas en los resultados finales. Las papeletas de voto por correo se contarán primero. Sólo después de que se cuenten todas las papeletas de VBM, se contarán las papeletas provisionales en persona. Esto es para evitar que una persona emita varias papeletas.

## Si I nunca ha solicitado votar por correo, ¿siempre tengo que votar por correo?
No, este es un evento de una sola vez. Si desea continuar recibiendo las papeletas, deberá completar una solicitud de Voto por Correo. Para más información y para acceder a una aplicación VBM visite www.camdencounty.com/vbm.

## Tengo una discapacidad que me impide votar una papeleta de papel. ¿Qué adaptaciones de ADA estarán disponibles?
En cada uno de los lugares de votación, habrá una máquina de votación accesible. Para acceder a la máquina, el elector tendrá que certificar, bajo la pena de voto fraudulento, que no puede votar una papeleta de papel.

## El Certificado de Elector de Correos según el Correo dice que soy la persona que solicitó la papeleta, pero me la enviaron automáticamente. ¿Puedo firmar legalmente el certificado?
A los efectos de la certificación que debe firmar indicando que solicitó esta papeleta, tenga en cuenta que la Orden Ejecutiva 144 actúa como su solicitud y puede firmarla legalmente.

# HOW TO VOTE YOUR VOTE BY MAIL BALLOT

## IMPORTANT INFORMATION
### INFORMACIÓN IMPORTANTE

- Use only a pencil or ink pen (black or blue) to mark your ballot.
  Do not use red ink.
- Do not detach the flap from the certificate envelope or your ballot may not be counted.
- If ballot is being transported by someone other than voter, bearer portion must be completed in front of voter.
- For your ballot to be counted, it must be received by the County Board of Elections by the closing of the polls on Election Day or postmarked on or before Election Day, July 7, 2020, and that is received by July 14, 2020, at 8:00 p.m.
- If you need a replacement ballot because it is misplaced, torn, or incorrectly marked, please call (856) 225-7219 or visit www.camdencounty.com/vbm2.

- Use solamenta un lapiz o boligrafo de (tinta negra o azul) para marcar su papeleta. No use tinta roja.
- No despegue la hoja del sobre certificado o su papeleta no será contada.
- Si la papeleta está siendo llevada por alguien que no es el votante, la información del portador debe ser llenada en frente del votante.
- Si la Junta de Elecciones del Condado no recibe su papeleta electoral antes del cierre de los colegios electorales o timbrada el mismo dia de las elecciones y recibida antes de 48 horas, su voto no podrá ser contado.
- Si perdio su papelata, se rompió, marcada incorrectamente y necesita otra favor de llamar al (856) 225-7219 o visite www.camdencounty.com/vbm2.

## STEP 1

Vote your **Ballot.**

Vote en la **Papeleta**.

## STEP 2

Sign the **Yellow Envelope** by the red **X**.

Firme el **Sobre Amarillo** en la **X** roja.

## STEP 3

Put your **Ballot** into the **Yellow Envelope** and seal.

Echar su **Papeleta** en el **Sobre Amarillo** y sellarlo.

## STEP 4

Put **Yellow Envelope** into the **Green Envelope** and seal.

Echar el **Sobre Amarillo** en el **Sobre Verde** y sellarlo.

## STEP 5

Make sure your **address appears in window**.

Asegurese de que su **direccion aparece en la ventanilla**.

## STEP 6

Seal the **Green Return Envelope** and mail .

Selle el **Sobre Verde de Regreso** y envialo por correo.

**2020 DEMOCRAT PRIMARY ELECTION MAIL-IN BALLOT - WATERFORD TOWNSHIP**

| OFFICE TITLE / TÍTULO DE OFICINA | COLUMN 1 / COLUMNA | COLUMN 2 / COLUMNA | COLUMN 3 / COLUMNA | WRITE-IN / POR ESCRITO |
|---|---|---|---|---|
| **Choice For President** *(Vote for One)* Presidente de los Estados Unidos *(Vote Por Uno)* | | Joseph R. **BIDEN** ○ | Bernie **SANDERS** ○ | ○ |
| **Delegates – 5th Democratic Delegate District** A vote for the President is an automatic vote for all affiliated District Delegates and Alternate District Delegates to the Democratic National Convention **Delegados – 5to Distrito Delegado Democrático** Un voto por el Presidente es automáticamente un voto a los Delegados afiliado por Distrito y los Delegados Alternos por distrito para la Convención Nacional Democrática | | *Camden County Democrat Committee, Inc.* *DISTRICT DELEGATES* Mary **CAMPBELL CRUZ** Brett **CANNON** Malina **GUHA** | *Bernie 2020, Not Me, Us.* *DISTRICT DELEGATES* Tara **ASTOR** Anna **GOTT-GRAF** Nick **SODANO** *DISTRICT DELEGATES* Israel **DEL RIO** | Uncommitted ○ |
| **United States Senator** *(Vote for One)* Senado de los Estados Unidos *(Vote Por Uno)* | Not Me.Us. Lawrence **HAMM** ○ | *Camden County Democrat Committee, Inc.* Cory **BOOKER** ○ | | ○ |
| **Member of the House of Representatives** *(Vote for One)* Miembro de Casa de Representantes de los Estados Unidos *(Vote Por Uno)* | | *Camden County Democrat Committee, Inc.* Brigid **CALLAHAN HARRISON** ○ | *Camden County Democrat 2020* Amy **KENNEDY** ○ *Camden County's Moderate Democrat* Robert D. **TURKAVAGE** ○ *True Democrat* Will **CUNNINGHAM** ○ *Working For You* John **FRANCIS** ○ | ○ |
| **Surrogate** *(Vote for One)* Sustituto *(Vote Por Uno)* | | *Camden County Democrat Committee, Inc.* Michelle **GENTEK-MAYER** ○ | | ○ |
| **Member of the Board of Chosen Freeholders** *Unexpired Term (Vote for One)* Miembros de la Junta de Legisladores del Condado *Termino No Vencido (Vote Por Uno)* | | *Camden County Democrat Committee, Inc.* Almar **DYER** ○ | | ○ |
| **Members of the Board of Chosen Freeholders** *(Vote for Two)* Miembros de la Junta de Legisladores del Condado *(Vote Por Dos)* | | *Camden County Democrat Committee, Inc.* Louis **CAPPELLI, JR.** ○ *Camden County Democrat Committee, Inc.* Jonathan L. **YOUNG, SR.** ○ | | ○ ○ |
| **Members of Township Committee** *(Vote for Two)* Miembros del Comité Municipal *(Vote Por Dos)* | | *Camden County Democrat Committee, Inc.* Richard T. **YEATMAN, SR.** ○ *Camden County Democrat Committee, Inc.* Rita **HANNA** ○ | | ○ ○ |

Sample Muestra

# OFFICIAL DEMOCRAT PRIMARY ELECTION MAIL-IN BALLOT

July 7, 2020 • 2nd Congressional District

**Papeleta Oficial Democratá Eleccion Primaria Enviada Por Correo**

7 de Julio del 2020 • 2do Distrito Congresional

WATERFORD TOWNSHIP
COUNTY OF CAMDEN

*Jripa Ripa*

**JOSEPH RIPA, County Clerk**
Secretario del Condado de Camden

**To protect your vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK, OR INSPECT THIS BALLOT. However, a family member may assist you in doing so.

**Para proteger su voto:**
ES ILEGAL PARA CUALQUIERA OTRA PERSONA EXCEPTO USTED EL VOTANTE, MARCAR O INSPECCIONAR ESTA PAPELETA. Sin embargo, un miembro de familia puede ayudarle a hacerlo.

## INSTRUCTIONS TO VOTER

Use ONLY a pencil or black or blue ink pen to mark your ballot. For your vote to count, fill in oval completely.
This ballot will be read by a machine.

Correct    Incorrect  

1. **To vote for candidates** on this ballot, completely fill in the one oval to the right of the candidate for each selection. Do not vote for more candidates than are to be elected to any office.
2. **To vote for any person whose name is not printed on the ballot,** write the name of such person opposite the proper title of office in the column designated Write-In and fill in the oval to right of this area. Do NOT use pre-printed stickers. IF NOT DONE PROPERLY YOUR WRITE-IN VOTE WILL BE VOID AND NOT COUNTED.
3. Do not mark this ballot in any other manner than above provided for and make no erasures. If this ballot is torn, soiled, defaced or incorrectly marked, return it and obtain another.

## INSTRUCCIONES PARA LOS VOTANTES

Utilice sólo un lápiz o un bolígrafo de tinta negra o azul para marcar su papeleta.
Esta papeleta será leída por la maquina. Para que su voto cuenta llene completamente el óvalo.

Correcto    Incorrecto  

1. **Para votar por los candidatos** en esta papeleta, llene completamente el óvalo de la derecha del candidato para cada selección. No vote por más candidatos que los que van a ser elegidos para ese cargo.
2. **Para votar por cualquier persona cuyo nombre no esta en la papeleta,** escriba el nombre de esa persona opuesta la posición apropiada en la columna designada como Por Escrito y llene el óvalo a la derecha de esta área. NO use calcomanías pre-impresas. Si no se hace esto correctamente su voto por esta persona será nulo y no contará. POR FAVOR PREGUNTE SI TIENE ALGUNA DUDA.
3. No marque esta papeleta de ninguna otra forma que no sea de la manera que se ha descrito en la parte superior y no hagan ninguna tachadura o borrones. Si la papeleta se le ha desgarrado, esta sucia, borrosa o marcada incorrectamente, devuélvala y obtenga otra.

| OFFICE TITLE / TITULO DE OFICINA | COLUMN 1 / COLUMNA | COLUMN 2 / COLUMNA | COLUMN 3 / COLUMNA | COLUMN 4 / COLUMNA | COLUMN 5 / COLUMNA | WRITE-IN / POR ESCRITO |
|---|---|---|---|---|---|---|
| **Choice For President** (Vote for One) / Presidente de los Estados Unidos (Vote Por Uno) | | | | Donald J. TRUMP ○ | | ○ |
| **Delegates** See other side for list of candidates (Vote for Three) / Delegados — Vea el otro lado para la lista de candidatos (Vote Por Tres) | | | | Camden County Regular Republican Party / Delegates for Donald J. TRUMP ○ | | ○ |
| **United States Senator** (Vote for One) / Senado de los Estados Unidos (Vote Por Uno) | We the People / Natalie Lynn RIVERA ○ | Keep America Great New Jersey / Hirsh SINGH ○ | Prevent Gd Gvt / Eugene T. ANIAGNOS ○ | Camden County Regular Republican Party / Rikin "Rik" MEHTA ○ | America First Republicans / Patricia FLANAGAN ○ | ○ |
| **Member of the House of Representatives** (Vote for One) / Miembro de la Cámara de Representantes de los Estados Unidos (Vote Por Uno) | | | | Camden County Regular Republican Party / Jeff VAN DREW ○ | America First Republicans / Robert W. PATTERSON ○ | ○ |
| **Surrogate** (Vote for One) / Sustituto (Vote Por Uno) | | | | Camden County Regular Republican Party / Kimberley STUART ○ | | ○ |
| **Member of the Board of Chosen Freeholders** Unexpired Term (Vote for One) / Miembro de la Junta de Legisladores del Condado Termino No Vencido (Vote Por Uno) | | | | Camden County Regular Republican Party / Nicole NANCE ○ | | ○ |
| **Members of the Board of Chosen Freeholders** (Vote for Two) / Miembros de la Junta de Legisladores del Condado (Vote Por Dos) | | | | Camden County Regular Republican Party / Jennifer MOORE ○ | | ○ |
| | | | | Camden County Regular Republican Party / Johann SCHEETS ○ | | ○ |
| **Members of Township Committee** (Vote for Two) / Miembros del Comité Municipal (Vote Por Dos) | | | | Camden County Regular Republican Party / David CHIDDENTON ○ | | ○ |
| | | | | Camden County Regular Republican Party / Thomas GIANGIULIO, JR. ○ | | ○ |
| | | | | Camden County Regular Republican Party / David CHIDDENTON ○ | | ○ |
| **Male Members of County Committee** (Vote for Two) / Miembros Masculino del Comité del Condado (Vote Por Cuatro) | | | | Camden County Regular Republican Party / Anthony L. CLARK ○ | | ○ |
| | | | | Camden County Regular Republican Party / William RICHARDSON, JR. ○ | | ○ |
| | | | | Camden County Regular Republican Party / Ralph FERGUSON ○ | | ○ |
| **Female Members of County Committee** (Vote for Four) / Miembros Femenino del Comité del Condado (Vote Por Cuatro) | | | | Camden County Regular Republican Party / Mary L. SURA ○ | | ○ |
| | | | | Camden County Regular Republican Party / Torri CHIDDENTON ○ | | ○ |
| | | | | NO PETITION FILED | | ○ |

**2020 REPUBLICAN PRIMARY ELECTION MAIL-IN BALLOT - WATERFORD TOWNSHIP**

# OFFICIAL REPUBLICAN PRIMARY ELECTION
## MAIL-IN BALLOT

July 7, 2020 • 2nd Congressional District

**Papeleta Official Republicana Eleccion Primaria**
**Enviada Por Correo**

7 de Julio del 2020 • 2do Distrito Congresional

WATERFORD TOWNSHIP
COUNTY OF CAMDEN

*Joseph Ripa*

JOSEPH RIPA, County Clerk
Secretario del Condado de Camden

**To protect your vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so.

**Para proteger su voto:**
ES ILEGAL PARA CUALQUIERA OTRA PERSONA EXCEPTO USTED EL VOTANTE, MARCAR O INSPECCIONAR ESTA PAPELETA. Sin embargo, un miembro de su familia puede ayudarle a hacerlo.

## INSTRUCTIONS TO VOTER
Use ONLY a pencil or black or blue ink pen to mark your ballot.
This ballot will be read by a machine. For your vote to count, fill in oval completely.

Correct ● Incorrect ⊗ ∅ ◯

1. **To vote for candidates** on this ballot, completely fill in the oval to the right of the candidate for each selection. Do not vote for more candidates than are to be elected to any office.
2. **To vote for any person whose name is not printed on the ballot**, write the name of such person opposite the proper title of office in the column designated Write-In and fill in the one oval on right of this area. Do NOT use pre-printed stickers. IF NOT DONE PROPERLY YOUR WRITE-IN VOTE WILL BE VOID AND NOT COUNTED.
3. Do not mark this ballot in any other manner than above provided for and make no erasures. If this ballot is torn, soiled, defaced or incorrectly marked, return it and obtain another.

## INSTRUCCIONES PARA LOS VOTANTES
Utilice solo un lápiz o un bolígrafo de tinta negra o azul para marcar su papeleta.
Esta papeleta será leída por la máquina. Para que su voto cuenta la completamente el óvalo.

Correcto ● Incorrecto ⊗ ∅ ◯

1. **Para votar por los candidatos** en esta papeleta, llene completamente el óvalo de la derecha del candidato para cada selección. No vote por más candidatos que los que van a ser elegidos para ese cargo.
2. **Para votar por cualquier persona cuyo nombre no esta en la papeleta**, escriba el nombre de otra persona opuesta al título apropiado de la oficina en la columna designada para Escribir y llene el óvalo a la derecha de esta área. NO use calcomanías pre-impresas. Si no se hace esto correctamente su voto por escrito será nulo y no contará. POR FAVOR PRESENTE A STEVE ALOIA ODINA.
3. No marque esta papeleta de ninguna otra forma que no sea de la manera que se ha descrito en la parte superior y no haga ninguna tachadura o borrones. Si la papeleta se le ha desgarrado, está sucia, borrosa o mancada incorrectamente, devuélvala y obtenga otra.

## OFFICE TITLE
## TITULO DE OFICINA

**Delegates**
A Vote for the Delegates At-Large,
Alternate Delegates At-Large, District
Delegates and Alternate District Delegates
to the Republican National Convention
is a vote for all candidates listed

**Delegados**
Un voto por los delegados por acumulación,
Delegados por acumulación alternos, Delegados por
distrito y Delegados alternos por distrito a la
Convención Nacional Republicana es un voto a
todos los candidatos listados.

## COLUMN 4
## COLUMNA 4

*Camden County Regular Republican Party*
*Delegates for Donald J. TRUMP*

**DELEGATES AT-LARGE**
Christopher J. CHRISTIE
Michael J. TESTA
Joseph PENNACCHIO
Kristin CORRADO
Edward Bruce DI DONATO
Henry Y. KUHL
Edward S. WALSH
Afzal BARLAS
Joanne GILMORE
Marc KAZMIR

**DISTRICT DELEGATES**
Linda DUBOIS
Lynda PAGLIUGHI
Tom ROTONDI

**ALTERNATE DELEGATES AT-LARGE**
John V. AZZARITI
Shavon G. CHRISTODOUDAS
Susan L. ENDERLY
Janice M. FIELDS
Alexander C. MARKOWITS
Thomas F. RAGUKONIS
Dorothea BURGER
Theresa A. WINEGAR
Michael LAVERTY
Darlene SHOTIMEYER

**ALTERNATE DISTRICT DELEGATES**
Cynthia BALLES
Keith DAVIS
Robert PENZA

### VOTE OTHER SIDE OF BALLOT

Sample Muestra

# CAPE MAY COUNTY

# DEMOCRATIC MAIL-IN BALLOT

**OFFICIAL PRIMARY ELECTION**
**TUESDAY, JULY 7, 2020**
**COUNTY OF CAPE MAY**
**2ND CONGRESSIONAL DISTRICT**
**1ST DELEGATE DISTRICT**
**BOROUGH OF AVALON**
**DISTRICT 1**

*Rita Marie Fulginiti*
**RITA MARIE FULGINITI**
County Clerk

**To Protect Your Vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU THE VOTER TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so.

## IMPORTANT INSTRUCTIONS TO VOTERS

Please read the following before marking your ballot:

1. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.
2. Completely fill in oval to the right of each of your selections.

MARK BALLOT LIKE THIS:

John Doe ●

3. To vote for any person whose name is not printed on this ballot, go to the Personal Choice Column and darken the oval by the words "write-in" for the office in which you want to write-in. Write the name of the person for which you wish to vote on the blank line.
4. If you tear, deface or incorrectly mark this ballot, return it to the Cape May County Clerk and obtain a new ballot.

| OFFICE TITLE | DEMOCRATIC COLUMN 1 | DEMOCRATIC COLUMN 2 | DEMOCRATIC COLUMN 3 | DEMOCRATIC COLUMN 4 | DEMOCRATIC COLUMN 5 | DEMOCRATIC COLUMN 6 | PERSONAL CHOICE |
|---|---|---|---|---|---|---|---|
| **CHOICE FOR PRESIDENT** (FOUR Year Term) (Vote for ONE) | Joseph R. Biden Com Mar. Com I Regular Democratic Organization | Bernie Sanders Bernie 2020, Not Me, Us. | | | | | WRITE-IN |
| **DELEGATES TO THE NATIONAL CONVENTION DISTRICT DELEGATES** (1st Discussion District) A VOTE FOR CHOICE FOR PRESIDENT AT AN ASTERISK (*) FOR ALL AFFILIATED Male and Female District Delegates. | OFFICIAL REGULAR DEMOCRATIC ORGANIZATION JOHN J. BURZICHELLI, JR. LENORA KOOYTER GINA MARIE SANTORE | BERNIE 2020, NOT ME, US. AMIE BASISCHNIN CRYSTAL HARRIS JEREMIAH SCHENERMAN | | | | | |
| **UNITED STATES SENATE** (SIX Year Term) (Vote for ONE) | Cory Booker Com Mar. Com I Regular Democratic Organization | Lawrence Hamm Not Me, Us. | | | | | |
| **HOUSE OF REPRESENTATIVES** (TWO Year Term) (Vote for ONE) | Brigid Callahan Harrison Com Mar. Com I Regular Democratic Organization | | Will Cunningham The Democrats | Robert D. Turkavage Com Mar. Com I Veteran's Coalition | Amy Kennedy Com Mar. Com I Democrats of Cape May | John Francis Democrat for You | |
| **COUNTY SHERIFF** (THREE Year Term) (Vote for ONE) | No Petition Filed | | | | | | WRITE-IN |
| **COUNTY CLERK** (FIVE Year Term) (Vote for ONE) | No Petition Filed | | | | | | WRITE-IN |
| **BOARD OF CHOSEN FREEHOLDERS** (THREE Year Term) (Vote for TWO) | Elizabeth F. Casey Com Mar. Com I Regular Democratic Organization / Brendan Sciarra Com Mar. Com I Regular Democratic Organization | | | | | | WRITE-IN / WRITE-IN |
| **MEMBER OF THE COUNTY COMMITTEE** (FOUR Year Term) (Vote for TWO) | Ramona Sanabria Com Mar. Com I Regular Democratic Organization / Barbara Wilson Com Mar. Com I Regular Democratic Organization | | | | | | WRITE-IN / WRITE-IN |

© 2014 Dominion Voting Systems, All Rights Reserved

© 2014 Dominion Voting Systems, All Rights Reserved

**RITA MARIE FULGINITI**
County Clerk

**To Protect Your Vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so.

**REPUBLICAN MAIL-IN BALLOT**
**OFFICIAL PRIMARY ELECTION**
**TUESDAY, JULY 7, 2020**
**COUNTY OF CAPE MAY**

**2ND CONGRESSIONAL DISTRICT**

**BOROUGH OF AVALON**
**DISTRICT 1**

***IMPORTANT INSTRUCTIONS TO VOTERS***

Please read the following before marking your ballot:

1. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.

2. Completely fill in oval to the right of each of your selections.

MARK BALLOT LIKE THIS:  ● John Doe

3. To vote for any person whose name is not printed on the ballot, go to the Personal Choice column and darken the oval by the words "write-in" for the office in which you want to write-in. Write the name of the person for whom you wish to vote on the blank line.

4. If you tear, deface or incorrectly mark this ballot, return it to the Cape May County Clerk and obtain a new ballot.



| OFFICE TITLE | REPUBLICAN COLUMN 1 | REPUBLICAN COLUMN 2 | REPUBLICAN COLUMN 3 | REPUBLICAN COLUMN 4 | REPUBLICAN COLUMN 5 | PERSONAL CHOICE |
|---|---|---|---|---|---|---|
| **CHOICE FOR PRESIDENT** | | | | | Donald J. Trump ○ | ○ WRITE-IN |
| **DELEGATES TO THE NATIONAL CONVENTION** (Vote one (1) line) **AT-LARGE DELEGATES** (2nd Congressional District) | | | | | CAPE MAY COUNTY REGULAR REPUBLICAN ORGANIZATION — CHRISTOPHER J. CHRISTIE, MICHAEL L. TESTA, JOSEPH M. MAGAZINO, KRISTIN CORRADO, EDWARD BRUCE DROHAN, HERBERT K. KUHL, EDWARD S. MAHLER, AL DELBAGLIO, JEANINE GILMORE, MARK NAZZARO ○ | |
| **ALTERNATE AT-LARGE DELEGATES** (2nd Congressional District) | | | | | JOHN V. AZZARITI, STANISLAO CHRISTODUENAS, SUSAN J. ERNESKY, JANICE H. FIELDS, MICHAEL LAVERY, ALEXANDER J. MARKOWITS, DARLENE DROTHMEYER, THOMAS T. PARDO JR., DOROTHY MOSSER, THERESA A. MINEGAR ○ | |
| **DISTRICT DELEGATES** (2nd Congressional District) | | | | | LINDA DAVIS, LYNDA PAGLIUGHI ○ | |
| **ALTERNATE DISTRICT DELEGATES** (2nd Congressional District) | | | | | CYNTHIA BALLES, KEITH DAVIS, ROBERT PENELA ○ | |
| **UNITED STATES SENATE** (Vote one ONE) | Eugene T. Anagnos ○ | Natalie Lynn Rivera ○ | Rikin "Rik" Mehta ○ | Patricia Flanagan ○ | Hirsh Singh ○ | ○ WRITE-IN |
| **HOUSE OF REPRESENTATIVES** (Vote for ONE) | | | | Robert M. Patterson ○ | Jeff Van Drew ○ | ○ WRITE-IN |
| **COUNTY SHERIFF** (Vote for ONE) | | | | Robert A. Nolan ○ | | ○ WRITE-IN |
| **COUNTY CLERK** (Vote for ONE) | | | | | Rita Marie Fulginiti ○ | ○ WRITE-IN |
| **MEMBER OF THE BOARD OF CHOSEN FREEHOLDERS** (Vote for TWO) | | | | | Will Morey ○ | ○ WRITE-IN |
| | | | | | Jeffrey L. Pierson ○ | ○ WRITE-IN |
| **MEMBER OF THE COUNTY COMMITTEE** (Vote for TWO) | | | | Lynda Pagliughi ○ | William C. Burns, Jr. ○ | ○ WRITE-IN |

# CUMBERLAND COUNTY

# OFFICIAL PRIMARY ELECTION MAIL-IN BALLOT
BOLETA DE VOTO POR CORREO OFICIAL DE LAS ELECCIONES PRIMARIAS

## July 7, 2020
### Township of Commercial
2nd Congressional District – Democratic
2° Distrito Congresional – Democrata

CELESTE M. RILEY
Cumberland County Clerk
Secretaria del Condado

**ATTENTION UNDECLARED VOTERS:**
YOU MAY ONLY VOTE FOR CANDIDATES OF ONE PARTY

**ATENCIÓN ELECTORES NO DECLARADOS:**
PUEDEN VOTAR SÓLO PARA POR LOS CANDIDATOS DE UN SOLO PARTIDO

"IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU THE VOTER TO MARK OR INSPECT THIS BALLOT."

"ES ILEGAL QUE OTRA PERSONA EXCEPTO USTED, EL VOTANTE, MARQUE O INSPECCIONE ESTA BOLETA."

### IMPORTANT INSTRUCTIONS TO VOTERS

Please read the following before marking your ballot:

1. Use ONLY a pen or blue or black ink to mark your ballot. Do not use red ink.
2. Completely fill in the oval to the right of each of your selections.
   MARK BALLOT LIKE THIS: 
   JOHN DOE ●
3. To vote for any person whose name is not printed on this ballot in the oval across from the name, "Personal Choice" next to the office. Write the name of the person for whom you wish to vote in the blank line. Then fill in the oval to the right of the name you printed.
4. After marking the ballot, place it in the designated envelope and seal. All of it, information requested on the certificate on the outside of the envelope containing the ballot is self-addressed envelope, making sure the certificate is signed by the voter. You must mail or deliver the ballot so that it is received by the County Board of Elections before the closing of the polls.
5. Be sure to sign your own HANDWRITING on the CERTIFICATE.

### INSTRUCCIONES IMPORTANTES A LOS ELECTORES

Favor lea lo siguiente antes de marcar su boleta:

1. Use SOLAMENTE un lápiz o bolígrafo (tinta negra o azul) para marcar su boleta. No use tinta roja.
2. Rellene el óvalo completamente a la derecha de cada una de sus selecciones.
   MARQUE LA BOLETA DE ESTA FORMA: 
   JOHN DOE ➙
3. Para votar por cualquier persona cuyo nombre no está impreso en esta boleta, rellene el óvalo que aparece a lo largo de su palabra "Selección Personal". Escriba el nombre de la persona por quien usted desea votar. No se puede escribir cualquier nombre escrito ya impreso en la boleta.
4. Después de marcar la boleta, colóquela en el sobre designado y séllelo. Toda la información solicitada en el certificado que aparece afuera del sobre que contiene la boleta y selle el sobre dirigido a usted mismo, asegurándose que el certificado está firmado por el votante.
5. Asegúrese de firmar EL CERTIFICADO CON SU PROPIO PUÑO Y LETRA.

**Form 2 - Commercial**

| OFFICE TITLE / TÍTULO OFICIAL | A Democratic | B Democratic | C Democratic | D Democratic | E Democratic | F Democratic | PERSONAL CHOICE / SELECCIÓN PERSONAL |
|---|---|---|---|---|---|---|---|
| **Choice for President** / Vote for One / Escoge para Presidente / Vota por Uno | **1A** Joseph R. BIDEN — Cumberland County Regular Democratic Organization | **1B** Bernie SANDERS | | | | | Personal Choice / Selección Personal |
| **United States Senator** / Vote for One / Senador de los Estados Unidos / Vota por Uno | **2A** Cory BOOKER — Cumberland County Regular Democratic Organization | **2B** Lawrence HAMM | | | | | Personal Choice / Selección Personal |
| **House of Representatives** / Vote for One / Cámara de Representantes / Vota por Uno | **3A** Brigid CALLAHAN HARRISON — Cumberland County Regular Democratic Organization | | **3C** Will CUNNINGHAM — True Democrats | **3D** Robert D. TURKAVAGE — Moderate Democrat | **3E** John FRANCIS — Making No You | **3F** Amy KENNEDY — Cumberland County Democrats 2020 | Personal Choice / Selección Personal |
| **Sheriff** / Vote for One | **4A** Robert A. AUSTINO — Cumberland County Regular Democratic Organization | | | | | | Personal Choice / Selección Personal |
| **Board of Chosen Freeholders** / Vote for Three / Junta Directiva (Freeholders) / Vota por Tres | **5A** Carol MUSSO — Cumberland County Regular Democratic Organization | | | | | **5F** Jack SURRENCY — Cumberland County Democrats 2020 | Personal Choice / Selección Personal |
| | **6A** Bruce COOPER — Cumberland County Regular Democratic Organization | | | | | **6F** Donna PEARSON — Cumberland County Democrats 2020 | Personal Choice / Selección Personal |
| | **7A** George CASTELLINI — Cumberland County Regular Democratic Organization | | | | | **7F** Tracey WELLS-HUGGINS — Cumberland County Democrats 2020 | Personal Choice / Selección Personal |
| **Township Committee** / Vote for One / Comité de la Municipalidad / Vota por Uno | **8A** Fletcher JAMISON — Cumberland County Regular Democratic Organization | | **8C** LaRue SMITH | | | | Personal Choice / Selección Personal |

**OFFICIAL PRIMARY ELECTION MAIL-IN BALLOT**
BOLETA DE VOTO POR CORREO OFICIAL DE LAS ELECCIONES PRIMARIAS

**July 7, 2020**

**Township of Commercial**
2nd Congressional District - Republican
2° Distrito Congresional - Republicano

Celeste M. Riley
Cumberland County Clerk

**ATTENTION
UNDECLARED VOTERS:**
YOU MAY VOTE FOR THE CANDIDATES OF ONE PARTY

NO DECLARA:
**ATENCIÓN ELECTORES
NO DECLARADOS:**
PUEDEN VOTAR SOLAMENTE POR LOS CANDIDATOS DE UN SÓLO PARTIDO

**"IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU THE VOTER TO MARK OR INSPECT THIS BALLOT."**

"ES ILEGAL QUE OTRA PERSONA EXCEPTO USTED EL ELECTOR, MARQUE O INSPECCIONE ESTA BOLETA.

**IMPORTANT INSTRUCTIONS TO VOTERS**
**INSTRUCCIONES IMPORTANTES A LOS ELECTORES**

Form 2 - Commercial

| OFFICE TITLE TÍTULO DE OFICIAL | A Republican Republicano | B Republican Republicano | C Republican Republicano | D Republican Republicano | E Republican Republicano | PERSONAL CHOICE SELECCIÓN PERSONAL |
|---|---|---|---|---|---|---|
| **Choice for President** Vote for One Vote por Uno | Donald J. **TRUMP** 1A ○ | | | | | Personal Choice Selección Personal ○ |
| **2nd Congressional District Delegates-At-Large to Republican National Convention** | **AFRICAN-AMERICAN COMMITTEE** 2A ○ | | | | | NO PERSONAL CHOICE FOR DELEGATES NO HAY SELECCIÓN PERSONAL PARA DELEGADOS ○ |
| **2nd Congressional District Alternate Delegate-At-Large to Republican National Convention** | 3A ○ | Rikin "Rik" **MEHTA** 3B ○ | Natalie Lynn **RIVERA** 3C ○ | Patricia **FLANAGAN** 3D ○ | Eugene T. **ANAGNOS** 3E ○ | Personal Choice Selección Personal ○ |
| **United States Senator** Vote for One Vote por Uno | Hirsh **SINGH** 4A ○ | | | | | Personal Choice Selección Personal ○ |
| **House of Representatives** Vote for One Vote por Uno | Jeff **VAN DREW** 5A ○ | | | | | Personal Choice Selección Personal ○ |
| **Sheriff** Vote for One Vote por Uno | Michael **DONATO** 6A ○ | | | | | Personal Choice Selección Personal ○ |
| **Board of Chosen Freeholders** Vote for Three Vote por Tres | Victoria **LODS** 6A ○ | | | | | Personal Choice Selección Personal ○ |
| | Darwin **COOPER, Jr.** 7A ○ | | | | | Personal Choice Selección Personal ○ |
| | Antonio F. **ROMERO** 8A ○ | | | | | Personal Choice Selección Personal ○ |
| **Township Committee** Vote for One Vote por Uno | Ronald L. **SUTTON, Sr.** 9A ○ | | | | | Personal Choice Selección Personal ○ |

# ESSEX COUNTY

2 Township of Bloomfield W1 CD10

**Democratic**

# Official Ballot

Primary Election, Tuesday, July 7th, 2020, Essex County, New Jersey

## Papeleta Oficial

Elección Primaria, el 7 de Julio de 2020

Christopher J. Durkin
*Essex County Clerk*
*Secretario del Condado de Essex*

| | Choice for President / Selección para Presidente / Vote for One | Choice for President and Delegate to the Democratic National Convention — 15th District — A vote for President is an automatic vote for all affiliated delegates and alternates | For United States Senator / Para Senador de los Estados Unidos / Vote for One | For Member of the House of Representatives 10th District / Para Miembro de la Casa de Representantes / Vote for One | For County Clerk / Para Secretario del Condado / Vote for One | For Members of the Board of Chosen Freeholders At Large — Three Year Term — Vote for Four | | | | For Board of Chosen Freeholders 5th District / Vote for One | For Township Council 1st Ward — 3 Year Term — Barrio 1 / Vote for Uno |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **A** Democratic | 1A Joseph R. BIDEN *Essex County Democratic Committee, Inc.* | **Biden for President** Delegates: Luis Quintana, Wartyna Nina Davis, M. Teresa Ruiz, Anibal Ramos, Charles Hall. Alternate Delegate: Miriam Tenusan | 2A Cory BOOKER *Essex County Democratic Committee, Inc.* | 3A Donald M. PAYNE, Jr. *Essex County Democratic Committee, Inc.* | 4A Christopher J. DURKIN *Essex County Democratic Committee, Inc.* | 5A Patricia SEBOLD *Essex County Democratic Committee, Inc.* | 6A Rufus I. JOHNSON *Essex County Democratic Committee, Inc.* | 7A Brendan W. GILL *Essex County Democratic Committee, Inc.* | 8A Romaine GRAHAM *Essex County Democratic Committee, Inc.* | 9A Carlos M. POMARES *Essex County Democratic Committee, Inc.* | 10A Jenny MUNDELL *Essex County Democratic Committee, Inc.* |
| **B** Democratic | | | 2B Lawrence HAMM *Not Me. Us.* | | | 5B Sabre BURROUGHS *Not Me. Us.* | 6B Anthony DIAZ *Not Me. Us.* | 7B Simone JELKS-BANDSON *Not Me. Us.* | | | |
| **C** Democratic | 1C Bernie SANDERS *Bernie 2020, Not Me. Us.* | **Bernie 2020. Not Me. Us.** Delegates: Sara Cullinane, Nyle Fort, Ted Glick, Nieves Kim, Andiliz Mejia, Robert Earl Rogers, Jr. Alternate Delegate: Liz Zeiger | | 3C Eugene D. MAZO *Essex County Progressive Democratic Committee, Inc.* | | | | | | | |
| **D** Democratic | 1D Uncommitted | Delegates: Asia Norton, John Smith, Jean Jackson Harris, Charles Breslin | | 3D John J. FLORA *United By Our Future* | | | | | | | |
| Personal Choice / Selección Personal | personal choice / selección personal | | personal choice / selección personal | personal choice / selección personal | personal choice / selección personal | personal choice / selección personal | personal choice / selección personal | personal choice / selección personal | personal choice / selección personal | personal choice / selección personal | personal choice / selección personal |

PLEASE SEE INSTRUCTIONS ON THE BACK OF THIS BALLOT.
VEA EL REVERSO DE ESTA PAPELETA PARA INSTRUCCIONES.

**2 Bloomfield 1-10**  | **Republican**

INSTRUCCIONES AL REVERSO ☞    INSTRUCTIONS ON BACK.

| | Choice for President / Selección para Presidente / Vote for One / Vote por Uno | For Delegates to the Republican National Convention 11th District / Vote for one group of 18 named delegates and alternates / Para Delegados a la Convención Nacional Republicana / Distrito 11 / Vote por un grupo de delegados y alternativos afiliados | For United States Senator / Six Year Term / Vote for One / Para Senador de los Estados Unidos / Término de Seis Años / Vote por Uno | For Member of the House of Representatives / 11th District / Two Year Term / Vote for One / Para Miembro de la Casa de Representantes / Distrito 11 / Término de Dos Años / Vote por Uno | For County Clerk / Five Year Term / Vote for One / Para Secretario del Condado / Término de Cinco Años / Vote por Uno | For Members of the Board of Chosen Freeholders At Large / Three Year Term / Vote for Four / Para Miembros del Consejo de Propietarios Electos En General / Término de Tres Años / Vote por Cuatro | | | | For Board of Chosen Freeholders 5th District / 3 Year Term / Vote for One / Para Consejo de Propietarios Electos / Distrito 5 / Término de 3 Años / Vote por Uno | For Township General 1st Ward / 1 Year Term / Vote for One / Para Consejo Municipal / Barrio 1 / Término de 3 Años / Vote por Uno | For Members of the County Committee / Four Year Term / Vote for Two / Para Miembros del Comité del Condado / Términos de Cuatro Años / Vote por Dos | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A** | Donald J. **TRUMP** *Essex Republican Party Organization* **1A** ○ | Delegates At-Large: Christopher J. Christie, Michael L. Testa, Joseph Pennacchio, Kristen Corrado, Edward Durr, Jill Horowitz, Nancy Y. Kahl, Edward S. Wildt, Alan Bartha, Laura C. Gunter, Maria Kanterman, **Alternate Delegates At-Large:** John X. Annarin, Steven G. Christocoulos, Susan L. Endetly, Janice H. Heldt, Michael Lavery, Meredith C. Matzkovitz, Darlene Shestakovsky, Thomas F. Pagliaroli, Dorothy Burger, Thomas A. Winegar. **District Delegates:** Mary Devon O'Brien, Douglas Freeman, Karen Harris. **Alternate District Delegates:** Daniel Bukelchman, Shane Borges, Lawrence DiMauro **2A** ○ | Rikin "Rik" **MEHTA** *Essex Republican Party Organization* **3A** ○ | | Kristina **CHRISTENBOROU** *Essex Republican Party Organization* **5A** ○ | Monique **HEADEN** *Essex Republican Party Organization* **6A** ○ | Cyrric **GOTTO** *Essex Republican Party Organization* **7A** ○ | Bernada **QUEZADA** *Essex Republican Party Organization* **8A** ○ | Alexandra **CAMPISI** *Essex Republican Party Organization* **9A** ○ | No Petition Filed | No Petition Filed | No Petition Filed | |
| **B** | | Hitesh **SINGH** *Keep America Great* **3B** ○ | | | | | | | | | | | |
| **C** | | Eugene T. **ANAGNOS** *Personal Choice* **3C** ○ | | | | | | | | | | | |
| **D** | | Natalie Lynn **RIVERA** *We The People* **3D** ○ | | | | | | | | | | | |
| **E** | | Patricia **FLANAGAN** *America First Republicans* **3E** ○ | | | | | | | | | | | |
| **F** | | Jennifer **ZINONE** *Republican of Essex County* **4F** ○ | | | | | | | | | | | |
| | *personal choice / selección personal* | *personal choice / selección personal* | *personal choice / selección personal* | *personal choice / selección personal* | *personal choice / selección personal* | *personal choice / selección personal* | *personal choice / selección personal* | *personal choice / selección personal* | *personal choice / selección personal* | *personal choice / selección personal* | *personal choice / selección personal* | *personal choice / selección personal* | |

# GLOUCESTER COUNTY



# OFFICIAL PRIMARY ELECTION BALLOT
# TUESDAY, JULY 7, 2020 • BOROUGH OF CLAYTON – DISTRICTS 1-6

JAMES N. HOGAN
GLOUCESTER COUNTY CLERK

This is a **PRIMARY ELECTION**. Therefore, you are confined legally to a choice of candidates for nomination within your own Political Party. The machine is so adjusted as to comply with the law and will not permit you to vote in the Primary of more than **ONE** Political Party.

## INSTRUCTIONS FOR VOTING

**1.** Press the button ☐ to the right of the candidate of your choice; a green "X" will appear next to your selection.
**2.** To change a selection, press the button ☐ again. The green "X" will disappear and you may make a new selection.
**3.** If you wish to cast a WRITE-IN (Personal Choice) vote, go to the WRITE-IN (Personal Choice) section and press the button ☐ next to WRITE-IN (Personal Choice) across from the office you wish to write-in. To change a selection, press the button ☐ again. The green "X" will disappear and you may make a new selection. **WARNING-When choosing a WRITE-IN (Personal Choice), whatever office you choose to write-in for, that is the only office to which the vote will be counted. Any improperly cast vote will not be counted. Please read the face of the ballot carefully before taking this option.** Using the alphabetical keyboard below, enter the name of the person of your choice, one letter at a time. To make a space between the first and middle name or initial and the last name, use the arrow pointing to the right on the keyboard. To make a correction, use the arrow pointing to the left. The name you enter will appear in the display to the left of the keyboard. When you have entered the whole name, proof it, then press the enter button on the keyboard. Your choice is recorded and removed from the display.
**4.** After ALL selections have been made, press the **RED CAST VOTE BUTTON** located in the lower right corner. This electronically records all of your votes.
**5.** Part the curtains and exit the voting booth.

## OFFICIAL REPUBLICAN PARTY PRIMARY BALLOT

| OFFICE TITLE | REPUBLICAN COLUMN B | REPUBLICAN COLUMN C | REPUBLICAN COLUMN D | REPUBLICAN COLUMN E | REPUBLICAN COLUMN F | REPUBLICAN COLUMN G | WRITE-IN (PERSONAL CHOICE) COLUMN H |
|---|---|---|---|---|---|---|---|
| CHOICE FOR PRESIDENT *VOTE FOR ONE* | DONALD J. **TRUMP** Republican — B5 | | | | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW — H5 |
| PRESIDENTIAL PLEDGED DELEGATES *VOTE FOR ONE SLATE* | **SLATE NO. 1** Regular Organization Republican — B6<br>DELEGATES-AT-LARGE: CHRISTOPHER J. CHRISTIE, HENRY Y. KUHL, MICHAEL L. TESTA, EDWARD S. WALSH, JOSEPH PENNACCHIO, AFZAL BARLAS, KRISTIN CORRADO, JOANNE GILMORE, EDWARD BRUCE DIDONATO, MUNR KAZMIR<br>ALTERNATE DELEGATES-AT-LARGE: JOHN V. AZZARITI, ALEXANDER C. MARKOWITS, STAVROS G. CHRISTOUDIAS, DARLENE SHOTMEYER, SUSAN L. ENDERLY, THOMAS P. RAGUKONIS, JANICE M. FIELDS, DOROTHY BURGER, MICHAEL LAVERY, THERESA A. WINEGAR<br>DISTRICT DELEGATES: LINDA DUBOIS, TOM ROTONDI, LYNDA PAGLIUGHI<br>ALTERNATE DISTRICT DELEGATES: CYNTHIA BALLES, ROBERT PENZA, KEITH DAVIS | | | | | | |
| UNITED STATES SENATE *VOTE FOR ONE* | RIKIN "RIK" **MEHTA** Regular Organization Republican — B13 | EUGENE T. **ANAGNOS** Prevent CA East — C13 | PATRICIA **FLANAGAN** America First Republicans — D13 | NATALIE LYNN **RIVERA** We The People — E13 | HIRSH **SINGH** Keep America Great New Jersey — F13 | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW — H13 |
| MEMBER OF HOUSE OF REPRESENTATIVES *VOTE FOR ONE* | JEFF **VAN DREW** Regular Organization Republican — B14 | | ROBERT W. **PATTERSON** America First Republicans — D14 | | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW — H14 |
| FREEHOLDER *VOTE FOR THREE* | GEORGE W. **SHIVERY, JR.** Regular Organization Republican — B15 | | | | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW — H15 |
| | CHRIS **KONAWEL** Regular Organization Republican — B16 | | | | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW — H16 |
| | NICK **DeSILVIO** Regular Organization Republican — B17 | | | | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW — H17 |
| COUNCIL *VOTE FOR TWO* | FRANK A. **MORROW, JR.** Regular Organization Republican — B18 | | | | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW — H18 |
| | ROBERT E. **LIS** Regular Organization Republican — B19 | | | | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW — H19 |

## OFFICIAL DEMOCRATIC PARTY PRIMARY BALLOT

| OFFICE TITLE | DEMOCRATIC COLUMN B | DEMOCRATIC COLUMN C | DEMOCRATIC COLUMN D | DEMOCRATIC COLUMN E | DEMOCRATIC COLUMN F | DEMOCRATIC COLUMN G | DEMOCRATIC COLUMN H | DEMOCRATIC COLUMN I | WRITE-IN (PERSONAL CHOICE) COLUMN J |
|---|---|---|---|---|---|---|---|---|---|
| CHOICE FOR PRESIDENT *VOTE FOR ONE*<br>DISTRICT DELEGATES<br>A vote for President is an automatic vote for all affiliated Male and Female District Delegates to the Democratic National Convention | JOSEPH R. **BIDEN** Democratic — B24<br>**AND**<br>Biden For President<br>DISTRICT DELEGATES: JOHN J. BURZICHELLI, JR., GINA MARIE SANTORE, LENORA KODYTEK | | BERNIE **SANDERS** Democratic — D24<br>**AND**<br>Bernie 2020. Not Me. Us.<br>DISTRICT DELEGATES: AMIE BABISCHKIN, JEREMIAH SCHENERMAN, CRYSTAL HARRIS | | | | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW — J24 |
| UNITED STATES SENATE *VOTE FOR ONE* | CORY **BOOKER** Regular Democratic Organization Of Gloucester County — B27 | LAWRENCE **HAMM** Not Me. Us. — C27 | | | | | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW — J27 |
| MEMBER OF HOUSE OF REPRESENTATIVES *VOTE FOR ONE* | BRIGID **CALLAHAN HARRISON** Regular Democratic Organization Of Gloucester County — B28 | | | JOHN **FRANCIS** Walking For You — E28 | ROBERT D. **TURKAVAGE** Gloucester County's Moderate Democrat — F28 | AMY **KENNEDY** Gloucester County Democratic Committee 2020 — G28 | WILL **CUNNINGHAM** True Democrats — H28 | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW — J28 |
| FREEHOLDER *VOTE FOR THREE* | HEATHER **SIMMONS** Regular Democratic Organization Of Gloucester County — B29 | | | | | | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW — J29 |
| | LYMAN **BARNES** Regular Democratic Organization Of Gloucester County — B30 | | | | | | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW — J30 |
| | JIM **JEFFERSON** Regular Democratic Organization Of Gloucester County — B31 | | | | | | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW — J31 |
| COUNCIL *VOTE FOR TWO* | V. CHARLES **SIMON** Regular Democratic Organization Of Gloucester County — B32 | | | | | | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW — J32 |
| | DARLENE **VONDRAN** Regular Democratic Organization Of Gloucester County — B33 | | | | | | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW — J33 |

**WARNING**
DO NOT PRESS THE 'CAST VOTE' BUTTON UNTIL YOU HAVE MADE ALL DESIRED SELECTIONS.
CAST VOTE BUTTON

**THIS BALLOT CANNOT BE VOTED. IT IS A SAMPLE COPY OF THE OFFICIAL BALLOT USED ON ELECTION DAY.**

**DISTRICT:**
**OFFICIAL PRIMARY ELECTION BALLOT**
TUESDAY, JULY 7, 2020 • DEMOCRATIC PARTY
**BOROUGH OF CLAYTON**

**INSTRUCTIONS FOR COUNTY COMMITTEE VOTING**

1. Locate your Voting District from the list.
2. To vote for 1 County Committee Male and 1 County Committee Female, choose from the candidates listed for your personal choice.
3. Write the name of the person you wish to vote for in the appropriate (write-in) box next to the office of County Committee in the WRITE-IN section and fill in the oval to the right.

**OFFICIAL DEMOCRATIC PARTY PRIMARY BALLOT**

| OFFICE TITLE | WRITE-IN (PERSONAL CHOICE) COLUMN I |
|---|---|
| **COUNTY COMMITTEE-MALE** VOTE FOR ONE | SEE INSTRUCTIONS WRITE-IN (And Fill In Oval) ◯ |
| **COUNTY COMMITTEE-FEMALE** VOTE FOR ONE | SEE INSTRUCTIONS WRITE-IN (And Fill In Oval) ◯ |

District 1
**MALE- GENE COSTILL**
Regular Democratic Organization Of Gloucester County
**FEMALE- LAURA MURPHY**
Regular Democratic Organization Of Gloucester County
District 2
**MALE- ERIC THOMAS**
Regular Democratic Organization Of Gloucester County
**FEMALE- SUSAN B. MILLER**
Regular Democratic Organization Of Gloucester County
District 3
**MALE- FRANKLIN S. BROWN, JR.**
Regular Democratic Organization Of Gloucester County
**FEMALE- DARLENE A. VONDRAN**
Regular Democratic Organization Of Gloucester County
District 4
**MALE- TOM BIANCO**
Regular Democratic Organization Of Gloucester County
**FEMALE- MARIAH L. BIANCO**
Regular Democratic Organization Of Gloucester County
District 5
**MALE- LESLIE WISE**
Regular Democratic Organization Of Gloucester County
**FEMALE- GAIL CLEMENT**
Regular Democratic Organization Of Gloucester County
District 6
**MALE- JOSEPH SOLI**
Regular Democratic Organization Of Gloucester County
**FEMALE- JOAN MILLER**
Regular Democratic Organization Of Gloucester County

**SEPARATE SHEET - COUNTY COMMITTEE**

**THIS BALLOT CANNOT BE VOTED. IT IS A SAMPLE COPY OF THE OFFICIAL BALLOT USED ON ELECTION DAY.**

# HUDSON COUNTY

Form 12 - JERSEY CITY

# City of Jersey City – County of Hudson
## Primary Election Sample Ballot
## July 7, 2020

**The polls will be open from 6:00 AM to 8:00 PM**

**THIS IS A SAMPLE OF THE PROVISIONAL BALLOT THAT IS TO BE VOTED UPON AT THE PRIMARY ELECTION ON JULY 7, 2020**

*E. JUNIOR MALDONADO*
*Clerk of Hudson County/Secretario del Condado de Hudson*
*June 23, 2020*
*Date / Attest*

# Ciudad de Jersey City – Condado de Hudson
## Boleta de Muestra de la Elección Primaria
## 7 de Julio de 2020

**Los centros de votación estarán abiertos desde las 6:00 AM hasta las 8:00 PM**

**ESTA ES UNA MUESTRA DE LA BOLETA PROVISIONAL QUE SE USARÁ EN LA VOTACIÓN DE LA ELECCIÓN PRIMARIA, EL 7 DE JULIO DE 2020**

## DEMOCRATIC - DEMÓCRATA

| OFFICE TITLE / TÍTULO DE CARGO | COLUMN A COLUMNA A **A** Democratic/Demócrata | COLUMN B COLUMNA B **B** Democratic/Demócrata | COLUMN C COLUMNA C **C** Democratic/Demócrata | COLUMN D COLUMNA D **D** Democratic/Demócrata | COLUMN E COLUMNA E **E** Democratic/Demócrata | COLUMN F COLUMNA F **F** Democratic/Demócrata | PERSONAL CHOICE / SELECCIÓN PERSONAL |
|---|---|---|---|---|---|---|---|
| **Choice for President** (VOTE FOR ONE) / **Selección para Presidente** (VOTE POR UNO) | | Hudson County Democratic Organization 1B JOSEPH R. **BIDEN** | Bernie 2020. Not Me. Us. 1C BERNIE **SANDERS** | | | A VOTE HERE IS A VOTE FOR ALL DISTRICT AND ALTERNATE DELEGATES / UN VOTO AQUÍ ES UN VOTO PARA EL DISTRITO Y DELEGADOS SUPLENTES 1F | Write-In Vote / Votar por Escrito |
| A VOTE FOR PRESIDENT IS A VOTE FOR ALL DISTRICT AND ALTERNATE DELEGATES / UN VOTO PARA PRESIDENTE ES UN VOTO PARA EL DISTRITO Y DELEGADOS SUPLENTES<br>**For 16th District Delegates to the Democratic National Convention / Para Delegados del Distrito 16° a la Convención Nacional Demócrata** | | *BIDEN FOR PRESIDENT*<br>Guillermo ARTILES<br>Nicholas CHIARAVALOTTI<br>Jeremy FARRELL<br>Laura SANKOWICH<br>Sandra BOLDEN CUNNINGHAM | *BERNIE 2020. NOT ME. US.*<br>William CALLAHAN<br>Eleana LITTLE<br>Marco PALLADINO<br>Isabel RIAL<br>William VANNASING<br>Gretchen VON KOENIG | | | *UNCOMMITTED*<br>Mariela PEREZ-TREJO<br>Denise RIDLEY | NO PERSONAL CHOICE FOR DELEGATES / NO HAY SELECCIÓN PERSONAL PARA DELEGADOS |
| **For 16th Alternate District Delegate to the Democratic National Convention / Para Delegado Suplente del Distrito 16° a la Convención Nacional Demócrata** | | Jeffrey DUBLIN | Claudio AMBROSSI | | | | |
| **For United States Senator** (VOTE FOR ONE) / **Para Senador de los Estados Unidos** (VOTE POR UNO) | Not Me. Us. 2A LAWRENCE **HAMM** | Hudson County Democratic Organization 2B CORY **BOOKER** | | | | | Write-In Vote / Votar por Escrito |
| **For Member of the House of Representatives** (VOTE FOR ONE) / **Para Miembro de la Cámara de Representantes** (VOTE POR UNO) | | Hudson County Democratic Organization 3B DONALD M. **PAYNE Jr.** | | Hudson County Progressive Democratic Organization 3D EUGENE D. **MAZO** | United by Our Future 3E JOHN J. **FLORA** | | Write-In Vote / Votar por Escrito |
| **For Freeholder** (VOTE FOR ONE) / **Para Representante al Nivel del Condado** (VOTE POR UNO) | | Hudson County Democratic Organization 4B KENNETH **KOPACZ** | | | | | Write-In Vote / Votar por Escrito |

## REPUBLICAN - REPUBLICANO

| OFFICE TITLE / TÍTULO DE CARGO | COLUMN G COLUMNA G **G** Republican/Republicano | COLUMN H COLUMNA H **H** Republican/Republicano | COLUMN I COLUMNA I **I** Republican/Republicano | COLUMN J COLUMNA J **J** Republican/Republicano | COLUMN K COLUMNA K **K** Republican/Republicano | PERSONAL CHOICE / SELECCIÓN PERSONAL |
|---|---|---|---|---|---|---|
| **Choice for President** (VOTE FOR ONE) / **Selección para Presidente** (VOTE POR UNO) | | | Hudson County Republican Committee 1I DONALD J. **TRUMP** | | | Write-In Vote / Votar por Escrito |
| A VOTE HERE IS A VOTE FOR ALL DELEGATES AND ALTERNATES / UN VOTO AQUI ES UN VOTO POR TODOS LOS DELEGADOS Y DELEGADOS SUPLENTES<br>**For Delegates-At-Large to the Republican National Convention / Para Delegados en General a la Convención Nacional Republicana** | | | *HUDSON COUNTY REPUBLICAN COMMITTEE* 2I<br>Christopher J. CHRISTIE, Henry Y. KUHL, Michael L. TESTA, Edward S. WALSH, Joseph PENNACCHIO, Afzal BARLAS, Kristin CORRADO, Joanne GILMORE, Edward Bruce DiDONATO, Munr KAZMIR | | | NO PERSONAL CHOICE FOR DELEGATES / NO HAY SELECCIÓN PERSONAL PARA DELEGADOS |
| **For Alternate Delegates-At-Large to the Republican National Convention / Para Delegados Generales Suplentes a la Convención Nacional Republicana** | | | John V. AZZARITI, Alexander C. MARKOWITS, Stavros G. CHRISTOUDIAS, Darlene SHOTMEYER, Susan L. ENDERLY, Thomas P. RAGUKONIS, Janice M. FIELDS, Dorothy BURGER, Michael LAVERY, Theresa A. WINEGAR | | | |
| **For 10th Congressional District Delegates to the Republican National Convention / Para Delegados del Distrito 10° del Congreso a la Convención Nacional Republicana** | | | Mary Devon O'BRIEN<br>Douglas FREEMAN<br>Kamei HARRIS | | | |
| **For 10th Congressional Alternate District Delegates to the Republican National Convention / Para Delegados Suplentes del Distrito 10° del Congreso a la Convención Nacional Republicana** | | | Daniel BECKELMAN<br>Shane BERGER<br>Lawrence DIMAURO | | | |
| **For United States Senator** (VOTE FOR ONE) / **Para Senador de los Estados Unidos** (VOTE POR UNO) | Keep America Great New Jersey 3G HIRSH **SINGH** | America First Republicans 3H PATRICIA **FLANAGAN** | Hudson County Republican Committee 3I RIKIN RIK **MEHTA** | Prevent CA East 3J EUGENE T. **ANAGNOS** | We The People 3K NATALIE LYNN **RIVERA** | Write-In Vote / Votar por Escrito |
| **For Member of the House of Representatives** (VOTE FOR ONE) / **Para Miembro de la Cámara de Representantes** (VOTE POR UNO) | | | Hudson County Republican Committee 4I JENNIFER **ZINONE** | | | Write-In Vote / Votar por Escrito |
| **For Freeholder** (VOTE FOR ONE) / **Para Representante al Nivel del Condado** (VOTE POR UNO) | | | **NO PETITION FILED / PETICIÓNES NO FUERON SOMETIDAS** | | | Write-In Vote / Votar por Escrito |

Jersey City - Form 12

The Primary Election on July 7, 2020 is being conducted primarily by mail as per Executive Order #144 signed by Governor Murphy on May 15, 2020.

**This is your Sample Ballot. This is NOT your Vote-by-Mail Ballot used to cast your vote. If you need to request a duplicate Vote-by-Mail Ballot, please call (201) 369-3470, option 6.**

**Voters who received a Vote-by-Mail ballot are encouraged to mail their ballot to the Hudson County Board of Elections in the postage paid envelope as soon as possible.** Ballots returned by mail must be postmarked no later than 8:00 p.m. on July 7, 2020. Ballots may also be placed in one of many secure Election Ballot Drop Boxes located throughout the County. The locations of Hudson County's Election Ballot Drop Boxes can be found at ***www.hudsoncountyclerk.org***. The deadline for placing it in one of the secure drop boxes or for delivering your ballot in-person to the Hudson County Board of Elections is 8:00 p.m. on July 7, 2020.

A limited number of polling places are available to voters on Election Day where **only provisional paper ballots will be available to cast your vote**. The location of your polling place is on the reverse side of this sample ballot. If a voter has a disability and needs an accessible ballot he/she may call the County Clerk's Office or may go to his/her assigned polling place which will provide access to an in-person accessible voting device on Primary Election Day.

This Primary Election Sample Ballot can also be found at www.hudsoncountyclerk.org. A sample ballot will be posted at each polling place.

If you have questions call the County Clerk's Office at (201)369-3470, option 6 or the County Board of Elections at (201)369-3435.

---

La elección Primaria del 7 de Julio de 2020 se está llevando a cabo principalmente por correo según la Orden ejecutiva #144 firmada por el gobernador Murphy el 15 de Mayo de 2020.

**Esta es su boleta de muestra. Esta NO es su boleta de Voto Por Correo utilizada para emitir su voto. Si usted necesita solicitar un duplicado de la boleta de voto por correo, por favor llame al (201) 369-3470, opción 6.**

**A los votantes que recibieron una boleta de voto por correo se les solicita enviar su boleta por correo a la Junta Electoral del Condado de Hudson en el sobre que ya tiene el franqueo pagado (no necesita estampilla) lo antes posible.** Las boletas devueltas por correo deben ser estampilladas a más tardar el 7 de Julio de 2020 a las 8:00 p.m. Las boletas también se pueden colocar en una de las muchas casillas de seguridad de votación electoral ubicadas en todo el condado. Las ubicaciones de los casilleros electorales de votación del condado de Hudson se pueden encontrar en ***www.hudsoncountyclerk.org***. La fecha límite para colocarlo en uno de los buzones de seguridad o para entregar su boleta en persona a la Junta Electoral del Condado de Hudson es el 7 de Julio de 2020 a las 8:00 p.m.

Hay un número limitado de lugares de votación disponibles para los votantes en el día de las elecciones, **donde solo boletas provisionales de papel estarán disponibles para emitir su voto**. La ubicación de su lugar de votación está al otro lado de esta boleta de muestra. Si un votante tiene una discapacidad y necesita una boleta electoral accesible, puede llamar a la Oficina del Secretario del Condado o puede ir a su lugar de votación asignado, el cual le proporcionará acceso a un dispositivo de votación accesible en persona el Día de la Elección Primaria.

Esta boleta de muestra de la elección primaria también se puede encontrar en www.hudsoncountyclerk.org. Se publicará una boleta de muestra en cada lugar de votación.

Si usted tiene preguntas, por favor llamar a la oficina del Secretario del Condado al (201) 369-3470, opción 6 o la Junta de Elecciones del Condado al (201) 369-3435.

# HUNTERDON COUNTY

# OFFICIAL DEMOCRATIC PROVISIONAL BALLOT

**PRIMARY ELECTION • July 7, 2020 • Hunterdon County, NJ • 7th Congressional District**

## FRANKLIN TOWNSHIP

*Mary H. Melfi*

**Mary H. Melfi**
*Hunterdon County Clerk*

### IMPORTANT INSTRUCTIONS TO VOTERS

Please read the following before marking your ballot:

1. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.
2. Completely fill in oval to the right of each of your selections.
   MARK BALLOT LIKE THIS:
   John DOE → ●
3. To vote for any person whose name is not printed on this ballot, darken the oval by the words "write-in" for the office in which you want to write-in. Write the name of the person for which you wish to vote on the blank line.
4. If you tear, deface or incorrectly mark this ballot, return it to the Hunterdon County Clerk's Election Office and obtain a new ballot.

### CHOICE FOR PRESIDENT AND DELEGATES
**11th Delegate District**
**Vote for One (1) Slate**

**JOSEPH R. BIDEN** → ○

Delegates:
Linda Telschow, Thomas Regrut, Kendall Lopez
Hunterdon County Regular Democratic Organization

**BERNIE SANDERS** → ○

Delegates:
Patricia Campos Medina, Mary Gerhold,
Aaron Hyndman
Bernie 2020. Not Me. Us.

Uncommitted Delegates:
Christine Chan, Janice J.Miller → ○

**WRITE-IN** → ○

---

### UNITED STATES SENATE
**Six (6) Year Term • Vote for One (1)**

**LAWRENCE HAMM** → ○
Not Me. Us.

**CORY BOOKER** → ○
Hunterdon County Regular Democratic Organization

**WRITE-IN** → ○

### UNITED STATES HOUSE OF REPRESENTATIVES
**Two (2) Year Term • Vote for One (1)**

**TOM MALINOWSKI** → ○
Hunterdon County Regular Democratic Organization

**WRITE-IN** → ○

### BOARD OF CHOSEN FREEHOLDERS
**Three (3) Year Term • Vote for One (1)**

**PATRICK D. HELLER** → ○
Hunterdon County Regular Democratic Organization

**WRITE-IN** → ○

---

### TOWNSHIP COMMITTEE
**Three (3) Year Term • Vote for One (1)**

**JOHN BENSCOTER** → ○
Hunterdon County Regular Democratic Organization

**WRITE-IN** → ○

---

BALLOT CONTINUES IN NEXT COLUMN

BALLOT CONTINUES IN NEXT COLUMN

END OF BALLOT

## SAMPLE BALLOT

# OFFICIAL REPUBLICAN PROVISIONAL BALLOT

**PRIMARY ELECTION • July 7, 2020 • Hunterdon County, NJ • 7th Congressional District**
**FRANKLIN TOWNSHIP**

*Mary H. Melfi*

**Mary H. Melfi**
*Hunterdon County Clerk*

## IMPORTANT INSTRUCTIONS TO VOTERS

Please read the following before marking your ballot:

1. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.
2. Completely fill in oval to the right of each of your selections.
   MARK BALLOT LIKE THIS:
   John DOE → ●
3. To vote for any person whose name is not printed on this ballot, darken the oval by the words "write-in" for the office in which you want to write-in. Write the name of the person for which you wish to vote on the blank line.
4. If you tear, deface or incorrectly mark this ballot, return it to the Hunterdon County Clerk's Election Office and obtain a new ballot.

### PRESIDENT/DELEGATES
### Vote for One (1)

**DONALD J. TRUMP** →
Hunterdon County Regular Republican Organization

| DELEGATES | ALTERNATE DELEGATES |
|---|---|
| Christopher J. Christie | John V. Azzariti |
| Michael L. Testa | Stavros G. Christoudias |
| Joseph Pennacchio | Susan L. Enderly |
| Kristin Corrado | Janice M. Fields |
| Edward Bruce Didonato | Michael Lavery |
| Henry Y. Kuhl | Alexander C. Markowits |
| Edward S. Walsh | Darlene Shotmeyer |
| Afzal Barlas | Thomas P. Ragukonis |
| Joanne Gilmore | Dorothy Burger |
| Munr Kazmir | Theresa A. Winegar |

DISTRICT DELEGATES
Alfred Gaburo
Jeffrey Michaels
John Scheuerman

**WRITE-IN** →

### UNITED STATES SENATE
### Six (6) Year Term • Vote for One (1)

**NATALIE LYNN RIVERA** →
We The People

**EUGENE T. ANAGNOS** →
Prevent CA East

**PATRICIA FLANAGAN** →
America First Republicans

**RIKIN "RIK" MEHTA** →
Hunterdon County Regular Republican Organization

**HIRSH SINGH** →
Keep America Great New Jersey

**WRITE-IN** →

### UNITED STATES
### HOUSE OF REPRESENTATIVES
### Two (2) Year Term • Vote for One (1)

**THOMAS H. KEAN JR.** →
Hunterdon County Regular Republican Organization

**RAAFAT BARSOOM** →
Keep America Great New Jersey

**TOM PHILLIPS** →
America First

**WRITE-IN** →

### BOARD OF CHOSEN FREEHOLDERS
### Three (3) Year Term • Vote for One (1)

**SHAUN C. VAN DOREN** →
Hunterdon County Regular Republican Organization

**WRITE-IN** →

### TOWNSHIP COMMITTEE
### Three (3) Year Term • Vote for One (1)

**PHILIP KOURY** →
Hunterdon County Regular Republican Organization

**WRITE-IN** →

BALLOT CONTINUES IN NEXT COLUMN     BALLOT CONTINUES IN NEXT COLUMN     END OF BALLOT

# SAMPLE BALLOT

# MERCER COUNTY

# OFFICIAL PRIMARY ELECTION SAMPLE BALLOT

## Robbinsville Borough
### Mercer County, New Jersey
### July 7, 2020
### 4th Congressional District

**ATTENTION VOTERS**
IN ORDER FOR YOU TO PROPERLY CAST YOUR VOTE,
THE OVERHEAD LIGHT MUST BE LIT AND
THERE SHOULD BE AN "X" NEXT TO EACH SELECTION.

## DEMOCRATIC

| OFFICE TITLE | Column A Democratic | Column B Democratic | Column C Democratic | Column D Democratic | PERSONAL CHOICE |
|---|---|---|---|---|---|
| U.S. President — 4 Year Term - Vote for One | Joseph R. BIDEN [1A] | | Bernie SANDERS [1C] | | NO PERSONAL CHOICE FOR DELEGATES [1G] |
| 8th District Delegates to Democratic National Convention — Vote for Six | | | | UNCOMMITTED [8D] | NO PERSONAL CHOICE FOR DELEGATES [8G] |
| U.S. Senate — 6 Year Term - Vote for One | Cory BOOKER [3A] | Lawrence HAMM [3B] | | | [3G] |
| U.S. House of Representatives — 2 Year Term - Vote for One | Christine CONFORTI [4A] | Stephanie APPLEFIELD [4B] | | | [4G] |
| Sheriff — 3 Year Term - Vote for One | Stephanie SCHMID [5A] | | | | |
| County Clerk — 5 Year Term - Vote for One | Paula SOLLAMI COVELLO [6A] | | | | |
| Board of Chosen Freeholders — 3 Year Term - Vote for Two | Lucylle RLG WALTER [7A] | | | | [7G] |
| | John A. CIMINO [8A] | | | | [8G] |
| County Committee — 2 Year Term - Vote for Two | | | | | |

## REPUBLICAN

| OFFICE TITLE | Column E Republican | Column F Republican | PERSONAL CHOICE |
|---|---|---|---|
| U.S. President — 4 Year Term - Vote for One | | Donald J. TRUMP [1F] | NO PERSONAL CHOICE FOR DELEGATES [1G] |
| Delegates-at-Large to Republican National Convention — Vote for Six | | | |
| Alternate Delegates-at-Large | | | |
| 4th Congressional District Delegates | | | |
| 4th Congressional Alternate District Delegates | | | |
| U.S. Senate — 6 Year Term - Vote for One | Eugene T. ANAGNOS [3E] / Natalie Lynn RIVERA [3F] | | [3G] |
| | Hirsh SINGH [3E] | | |
| | Patricia FLANAGAN [3E] | | |
| U.S. House of Representatives — 2 Year Term - Vote for One | David Richter SMITH [7E] | Christopher J. SMITH [7F] | [7G] |
| Sheriff — 3 Year Term - Vote for One | | | [8G] |
| County Clerk — 5 Year Term - Vote for One | | Bryan "Rocky" BOCCANFUSO [8F] | |
| Board of Chosen Freeholders — 3 Year Term - Vote for Two | | NO PETITION FILED | |
| | | NO PETITION FILED | |
| County Committee — 4 Year Term - Vote for Two | | | |

**TO RECORD YOUR VOTE**
DO NOT PRESS THE "CAST VOTE"
BUTTON UNTIL YOU HAVE MADE ALL
DESIRED SELECTIONS.

**CAST VOTE BUTTON**

**PLEASE SEE REVERSE SIDE
FOR LIST OF COUNTY COMMITTEE
CANDIDATES BY DISTRICT**

PAULA SOLLAMI COVELLO
Mercer County Clerk
209 South Broad Street
P.O. Box 8068, Trenton, NJ 08650-0068



MERCER COUNTY NEW JERSEY

Master ENG 4th
Robbinsville, Form 13,   D1

ROBBINSVILLE - FORM 13

## Robbinsville Township - DEMOCRATIC

| DISTRICT | COUNTY COMMITTEE - VOTE FOR TWO |
|---|---|
| 1 | Teresa STIMPFEL |
| 1 | Charles AUSTIN |
| 2 | Sonia WALTER |
| 2 | Gus T. SIGGELAKIS |
| 3 | Antonio MARTINEZ |
| 3 | NO PETITION FILED |
| 4 | Anthony SALVATORE |
| 4 | Geraldine SALVATORE |
| 5 | Bianca I. JEREZ |
| 5 | NO PETITION FILED |
| 6 | James D. FREEMAN |
| 6 | Robert P. DAVIS |
| 7 | Amber HALPERN |
| 7 | NO PETITION FILED |
| 8 | Michael ESPOSITO |
| 8 | Fiza SERHRA |
| 9 | Thomas J. HASTIE, Jr. |
| 9 | Nousin KANANI ASADPOUR |

## Robbinsville Township - REPUBLICAN

| DISTRICT | COUNTY COMMITTEE - VOTE FOR TWO |
|---|---|
| 1 | NO PETITION FILED |
| 1 | NO PETITION FILED |
| 2 | NO PETITION FILED |
| 2 | Christine CIACCIO |
| 3 | NO PETITION FILED |
| 3 | Anthony CIACCIO |
| 4 | NO PETITION FILED |
| 4 | NO PETITION FILED |
| 5 | NO PETITION FILED |
| 5 | Vincent J. CALCAGNO |
| 6 | NO PETITION FILED |
| 6 | NO PETITION FILED |
| 7 | NO PETITION FILED |
| 7 | NO PETITION FILED |
| 8 | NO PETITION FILED |
| 8 | Marie E. ONDY |
| 9 | NO PETITION FILED |
| 9 | NO PETITION FILED |

# MIDDLESEX COUNTY



**Elaine M. Flynn**
**Middlesex County Clerk**

# Democratic Provisional Ballot
Primary Election, Tuesday, July 7, 2020
County of Middlesex, New Jersey

| OFFICE TITLE | DEMOCRATIC A | DEMOCRATIC B | DEMOCRATIC C | DEMOCRATIC D | DEMOCRATIC E | PERSONAL CHOICE |
|---|---|---|---|---|---|---|
| **Choice for President and Delegates to the Democratic National Convention** 10th District A vote for President is an automatic vote for all affiliated delegates | | Joseph R. **BIDEN** *DISTRICT DELEGATES* Ernestine MCCASKILL James ROWE Patrick COVENY *ALTERNATE DISTRICT DELEGATES* Michele JAKER *Middlesex County Democratic Organization* | Bernie **SANDERS** *DISTRICT DELEGATES* Adeel AHMED Wilda DIAZ John HSU *ALTERNATE DISTRICT DELEGATES* Sarwat MALIK-HASSAN *Bernie 2020. Not Me. Us.* | **Uncommitted** *DISTRICT DELEGATES* Sharon SULLIVAN | | Write-in |
| **U.S. Senator** 6 Year Term Vote for One | Lawrence **HAMM** *Not Me. Us.* | Cory **BOOKER** *Middlesex County Democratic Organization* | | | | Write-in |
| **Member of the House of Representatives** 6th District 2 Year Term Vote for One | Russell "Russ" **CIRINCIONE** *Not Me. Us.* | Frank **PALLONE JR.** *Middlesex County Democratic Organization* | | | Amani **AL-KHATAHTBEH** *Make Democracy Happen* | Write-in |
| **County Clerk** 5 Year Term Vote for One | Herb **TARBOUS** *Not Me. Us.* | Nancy J. **PINKIN** *Middlesex County Democratic Organization* | | | | Write-in |
| **Members of the Board of Chosen Freeholders** 3 Year Term Vote for Two | Neeharika **THURAVIL** *Not Me. Us.* | Charles **TOMARO** *Middlesex County Democratic Organization* | | | | Write-in |
| | Catherine **HUNT** *Not Me. Us.* | Leslie **KOPPEL** *Middlesex County Democratic Organization* | | | | Write-in |
| **Members of the Borough Council** 3 Year Term Vote for Two | | Randy **KRUM** *Middlesex County Democratic Organization* | | | | Write-in |
| | | Susan **NAPLES** *Middlesex County Democratic Organization* | | | | Write-in |

Please see back
for instructions.
Instrucciones Al Reverso
આ સૂચનાઓ, ફોર્મ મ્યુનિસિપલ કચેરીઓમાં નથી

**DEMOCRATIC**       **01 Borough of Carteret**



**Elaine M. Flynn**
**Middlesex County Clerk**

## Republican Provisional Ballot
### Primary Election, Tuesday, July 7, 2020
### County of Middlesex, New Jersey

| OFFICE TITLE | REPUBLICAN F | REPUBLICAN G | REPUBLICAN H | REPUBLICAN I | REPUBLICAN J | PERSONAL CHOICE |
|---|---|---|---|---|---|---|
| **Choice for President** 4 Year Term Vote for One | | | Donald J. **TRUMP** *Republican* | | | Write-in |
| **Delegates to the Republican National Convention** 6th District Vote for one slate of affiliated Delegates and Alternates | | | *Middlesex County Republican Organization* Christopher J. CHRISTIE, Michael L. TESTA, Joseph PENNACCHIO, Kristin CORRADO, Edward Bruce DIDONATO, Henry Y. KUHL, Edward S. WALSH, Afzal BARLAS, Joanne GILMORE, Munr KAZMIR | | | |
| **Alternate Delegates At-Large** | | | John V. AZZARITI, Stavros G. CHRISTOUDIAS, Susan L. ENDERLY, Janice M. FIELDS, Michael LAVERY, Alexander C. MARKOWITS, Darlene SHOTMEYER, Thomas P. RAGUKONIS, Dorothy BURGER, Theresa A. WINEGAR | | | |
| **District Delegates** | | | Robert BENGIVENGA JR., Brian KOLENDRISKI, Peter CARTON | | | |
| **Alternate District Delegates** | | | Arthur RITTENHOUSE, Brajesh SINGH, Jarrett BRANCH | | | |
| **U.S. Senator** 6 Year Term Vote for One | Hirsh **SINGH** *Keep America Great New Jersey* | Natalie Lynn **RIVERA** *We the People* | Rikin "Rik" **MEHTA** *Middlesex County Republican Organization* | Patricia **FLANAGAN** *America First Republicans* | Eugene T. **ANAGNOS** *Prevent CA East* | Write-in |
| **Member of the House of Representatives** 6th District 2 Year Term Vote for One | | | No Petition Filed | | | Write-in |
| **County Clerk** 5 Year Term Vote for One | | | Joseph C. **WOLAK** *Middlesex County Republican Organization* | | | Write-in |
| **Members of the Board of Chosen Freeholders** 3 Year Term Vote for Two | | | John M. **MASCULIN** *Middlesex County Republican Organization* | | | Write-in |
| | | | Andrew T. **POLITI** *Middlesex County Republican Organization* | | | Write-in |
| **Members of the Borough Council** 3 Year Term Vote for Two | | | No Petition Filed | | | Write-in |
| | | | No Petition Filed | | | Write-in |

Please see back
for instructions.
Instrucciones Al Reverso

**REPUBLICAN**          **01 Borough of Carteret**

# MONMOUTH COUNTY

**16 Township of Freehold**

**Democratic**

*Christine Giordano Hanlon*
Christine Giordano Hanlon
Monmouth County Clerk

# Official Democratic Mail-In Ballot
Primary Election, Tuesday, July 7, 2020, Monmouth County, New Jersey

**Vote Both Sides ⇨**

## Instructions to the Voter:

1. To vote for any candidate whose name is printed on this ballot, fill in the oval to the right of the candidate's name (from this ○ to this ●). Do not vote for more than the number of candidates to be elected to each office.

2. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.

3. To vote for a person whose name is not printed on this ballot, write the person's name on the blank line(s) (marked "write in") beside the proper title of office and fill in the oval to the right of the name (from this ○ to this ●).

4. Do not mark this ballot in any manner other than provided for and do not erase. If you spoil your ballot, request a new one from the County Clerk's office. If you mark your ballot in such a way that your intent is unclear, or if you vote for more than the number to be elected to an office, your vote for that office will not be counted.

To PROTECT YOUR VOTE: It is against the law for anyone except you, the voter, to mark or inspect this ballot. However, a family member may assist you in doing so. If you are an incapacitated voter, a person other than a family member may also assist you in doing so.

| Office Title | Democratic | Democratic | Democratic | Democratic | Democratic | Democratic | Personal Choice |
|---|---|---|---|---|---|---|---|
| **Choice for President and Delegates to the Democratic National Convention** Seventh Delegate District A vote for President is an automatic vote for all affiliated Delegates and Alternate Delegates. Vote for One | Joseph R. **BIDEN** Monmouth County Democrats **Delegates:** Mary FOSTER-SCOLES, Michael DuPONT, Joseph UBITI, Ava JOHNSON **Alternate Delegate:** Edward ZIPPRICH ○ | | Bernie **SANDERS** Bernie 2020, Not Me. Us. **Delegates:** Joel E. SCHWARTZ, Katherine TRIGGANO, Anna-Maria VISKY, Dan WON **Alternate Delegate:** Angus McDOUGALD ○ | | | | write in (and fill in oval) ○ |
| **For United States Senate** Vote for One | Cory **BOOKER** Monmouth County Democrats ○ | Lawrence **HAMM** Not Me. Us. ○ | | | | | write in (and fill in oval) ○ |
| **For U.S. House of Representatives** 4th Cong. District Vote for One | Stephanie **SCHMID** Monmouth County Democrats ○ | | | | Christine **CONFORTI** Monmouth County Democrats for the People ○ | | write in (and fill in oval) ○ |
| **For County Clerk** Vote for One | Angela **AHMED-ANDERSON** Monmouth County Democrats ○ | | | | | David **APPLEFIELD** Fairness in Healthcare, Schools, Local Businesses ○ | write in (and fill in oval) ○ |
| **For Members of the Board of Chosen Freeholders** Vote for Two | Michael **PENNA** Monmouth County Democrats ○ | Angelica **ASHFORD** Not Me. Us. ○ | | | | | write in (and fill in oval) ○ |
| | Moira **NELSON** Monmouth County Democrats ○ | Lucille **BENFANTI** Not Me. Us. ○ | | | | | write in (and fill in oval) ○ |
| **For Members of the Township Committee** Vote for Two | David **GROSSMAN** Monmouth County Democrats ○ | | | | | | write in (and fill in oval) ○ |
| | No Petition Filed | | | | | | write in (and fill in oval) ○ |

# Official Democratic Mail-In Ballot

Primary Election, Tuesday, July 7, 2020, Monmouth County, New Jersey

**16 Township of Freehold**

*Voting District*

**How to vote for County Committee:**

1. Match your Voting District on your mailing label (see illustration) to the list below. Vote for up to two candidates underneath your voting district by filling in the oval to the right of the candidate's name from (from this ⬭, to this ⬤). Vote only for candidates in your Election District.

2. To vote for a candidate whose name is not printed on this ballot, write that person's name in one of the blank lines at the bottom of the list (marked "Personal Choice") and fill in the oval to the right of the name (from this ⬭, to this ⬤). If you choose to vote on the Personal Choice line, be sure to write your voting district number in the box provided.

| For Members of the County Committee | Freehold Township 9 | Freehold Township 17 |
|---|---|---|
| **Vote for Two** | **Jennie Jeannette MISTRETTA** *Monmouth County Democrats* | **Kim E. LUXHOJ** *Monmouth County Democrats* |
| **Freehold Township 1** | No Petition Filed | No Petition Filed |
| No Petition Filed | **Freehold Township 10** | **Freehold Township 18** |
| **Freehold Township 2** | **Mary COZZOLINO** *Monmouth County Democrats* | **Miriam FALK** *Monmouth County Democrats* |
| **Scott A. BERLIN** *Monmouth County Democrats* | **Raymond A. RAYA** *Monmouth County Democrats* | No Petition Filed |
| **Wendy SABIN** *Monmouth County Democrats* | **Freehold Township 11** | **Freehold Township 19** |
| **Freehold Township 3** | **Jonathan H. LOMURRO** *Monmouth County Democrats* | No Petition Filed |
| **Adele N. MEISTRICH** *Monmouth County Democrats* | **Heather R. LOMURRO** *Monmouth County Democrats* | **Freehold Township 20** |
| **Alexander WISIENSKI** *Monmouth County Democrats* | **Freehold Township 12** | No Petition Filed |
| **Freehold Township 4** | **Jeffrey D. WILLIAMS** *Monmouth County Democrats* | **Freehold Township 21** |
| No Petition Filed | **Ritesh P. SHAH** *Monmouth County Democrats* | No Petition Filed |
| No Petition Filed | **Freehold Township 13** | **Freehold Township 22** |
| **Freehold Township 5** | **Margaret S. BEEKMAN** *Monmouth County Democrats* | No Petition Filed |
| **Kathleen VALLEE** *Monmouth County Democrats* | **Victorian C. MATTAR** *Monmouth County Democrats* | No Petition Filed |
| No Petition Filed | **Freehold Township 14** | **Freehold Township 23** |
| **Freehold Township 6** | **Haven L. FRANKLIN** *Monmouth County Democrats* | No Petition Filed |
| **Doris LIN** *Monmouth County Democrats* | **John P. JOHNSTON** *Monmouth County Democrats* | **Freehold Township 24** |
| No Petition Filed | **Freehold Township 15** | No Petition Filed |
| **Freehold Township 7** | **Marc DIAMENT** *Monmouth County Democrats* | No Petition Filed |
| No Petition Filed | No Petition Filed | **Freehold Township 25** |
| No Petition Filed | **Freehold Township 16** | **Joann L. DOWNEY** *Monmouth County Democrats* |
| **Freehold Township 8** | No Petition Filed | **Stephen G. DOWNEY** *Monmouth County Democrats* |
| **Dolores YP WILSON** *Monmouth County Democrats* | No Petition Filed | |
| No Petition Filed | | |

**Freehold Township 26**

**Mary M. THOMANN** *Monmouth County Democrats*

**Raymond S. SANTIAGO** *Monmouth County Democrats*

**Samy CHENG ROBLES** *Not Me Us.*

**Your Voting District:**

Personal Choice

Personal Choice

## Vote Both Sides ⇨

SAMPLE

16 Township of Freehold

**Republican**

*Christine Giordano Hanlon*
**Christine Giordano Hanlon**
Monmouth County Clerk

## Official Republican Mail-In Ballot
Primary Election, Tuesday, July 7, 2020, Monmouth County, New Jersey

| Office Title | Republican | Republican | Republican | Republican | Republican | Republican | Personal Choice |
|---|---|---|---|---|---|---|---|
| **Choice for President and Delegates to the Republican National Convention** 4th Cong. District A vote for President is an automatic vote for all affiliated Delegates and Alternate Delegates. Vote for One | Donald J. **TRUMP** Monmouth County Republican Organization **Delegates At-Large**: Christopher J. Christie, Michael F. Testa, Joseph Pennacchio, Robin M. Lord, Jeanette Hoffman, Tracy A. Riley, Nicholas Asselta, Bruce D. Sham, Doug Steinhardt, Jose Arango, JoAnne Gittens, Maureen Schaum... **Alternate Delegates At-Large**: John V. Azzariti, Valerie G. Huttle, Michael Lavery, Alexander C. Mendoza, Robert Kovac... *(additional delegate names listed)* | | | | | | write in (and fill in oval) ◯ |
| **For United States Senate** Vote for One | Rikin "Rik" **MEHTA** Monmouth County Republican Organization ◯ | Natalie Lynn **RIVERA** We The People ◯ | Patricia **FLANAGAN** America First Republicans ◯ | Hirsh **SINGH** Keep America Great New Jersey ◯ | Eugene T. **ANAGNOS** Prevent CA Exit ◯ | | write in (and fill in oval) ◯ |
| **For U.S. House of Representatives** 4th Cong. District Vote for One | Christopher H. **SMITH** Monmouth County Republican Organization ◯ | | | | | Alter Eliezer **RICHTER** Tip The Scale #IndependentIntegrity ◯ | write in (and fill in oval) ◯ |
| **For County Clerk** Vote for One | Christine Giordano **HANLON** Monmouth County Republican Organization ◯ | | | | | | write in (and fill in oval) ◯ |
| **For Members of the Board of Chosen Freeholders** Vote for Two | Ross **LICITRA** Monmouth County Republican Organization ◯ | | | | | | write in (and fill in oval) ◯ |
| | Lillian G. **BURRY** Monmouth County Republican Organization ◯ | | | | | | write in (and fill in oval) ◯ |
| **For Members of the Township Committee** Vote for Two | Lester A. **PRESTON, Jr.** Monmouth County Republican Organization ◯ | | | | | | write in (and fill in oval) ◯ |
| | Alan C. **WALKER** Monmouth County Republican Organization ◯ | | | | | | write in (and fill in oval) ◯ |

**Instructions on Back.  Vote Both Sides** ⇧

# Official Republican Mail-In Ballot

Primary Election, Tuesday, July 7, 2020, Monmouth County, New Jersey

**16 Township of Freehold**

*Voting District*

SAMPLE

## Instructions to the Voter:

1. To vote for any candidate whose name is printed on this ballot, fill in the oval to the right of the candidate's name (from this ○, to this ●). Do not vote for more than the number of candidates to be elected to each office.

2. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.

3. To vote for a person whose name is not printed on this ballot, write the person's name on the blank line(s) (marked "write in") beside the proper title of office and fill in the oval to the right of the name (from this ○, to this ●).

4. Do not mark this ballot in any manner other than provided for and **do not erase**. If you spoil your ballot, request a new one from the County Clerk's office. If you mark your ballot in such a way that your intent is unclear, or if you vote for more than the number to be elected to an office, your vote for that office will not be counted.

**To Protect Your Vote**: It is against the law for anyone except you, the voter, to mark or inspect this ballot. However a family member may assist you in doing so, if you are an incapacitated voter, a person other than a family member may also assist you in doing so.

## How to vote for County Committee:

1. Match your Voting District on your mailing label (see illustration) to the list below. Vote for up to two candidates underneath your voting district by filling in the oval to the right of the candidate's name from (from this ○, to this ●). *Vote only for candidates in your Election District.*

2. To vote for a candidate whose name is not printed on this ballot, write that person's name in one of the blank lines at the bottom of the list (marked "Personal Choice") and fill in the oval to the right of the name (from this ○, to this ●). **If you choose to vote on the Personal Choice line, be sure to write your voting district number in the box provided.**

| For Members of the County Committee | | |
|---|---|---|
| **Vote for Two** | | |

**Freehold Township 1**

John CERRATO — *Monmouth County Republican Organization* ○
Kathy CERRATO — *Monmouth County Republican Organization* ○

**Freehold Township 2**

Greg J. RITZER — *Monmouth County Republican Organization* ○
Connie SANTIAGO — *Monmouth County Republican Organization* ○

**Freehold Township 3**

No Petition Filed
No Petition Filed

**Freehold Township 4**

Patrick COBURN — *Monmouth County Republican Organization* ○
No Petition Filed

**Freehold Township 5**

Anthony J. AMMIANO — *Monmouth County Republican Organization* ○
Robert F. MUNOZ — *Monmouth County Republican Organization* ○

**Freehold Township 6**

Steven LEONE — *Monmouth County Republican Organization* ○
Kelly A. LEONE — *Monmouth County Republican Organization* ○

**Freehold Township 7**

No Petition Filed
No Petition Filed

**Freehold Township 8**

No Petition Filed
No Petition Filed

**Freehold Township 9**

Michael F. AMMIANO — *Monmouth County Republican Organization* ○
Madalina AMMIANO — *Monmouth County Republican Organization* ○

**Freehold Township 10**

Alice L. CADOTTE — *Monmouth County Republican Organization* ○
No Petition Filed

**Freehold Township 11**

Michael AMOROSO — *Monmouth County Republican Organization* ○
Maria AMOROSO — *Monmouth County Republican Organization* ○

**Freehold Township 12**

Debra PRESTON — *Monmouth County Republican Organization* ○
Lester A. PRESTON, Jr. — *Monmouth County Republican Organization* ○

**Freehold Township 13**

Amanda M. AGUILOS — *Monmouth County Republican Organization* ○
Thomas L. COOK — *Monmouth County Republican Organization* ○

**Freehold Township 14**

Maureen FASANO — *Monmouth County Republican Organization* ○
Eric FASANO — *Monmouth County Republican Organization* ○

**Freehold Township 15**

No Petition Filed
No Petition Filed

**Freehold Township 16**

James S. TAYLOR — *Monmouth County Republican Organization* ○
No Petition Filed

**Freehold Township 17**

Apryl L. KURTZ — *Monmouth County Republican Organization* ○
Kevin M. KURTZ — *Monmouth County Republican Organization* ○

**Freehold Township 18**

John OLSON — *Monmouth County Republican Organization* ○
Rosemary OLSON — *Monmouth County Republican Organization* ○

**Freehold Township 19**

No Petition Filed
No Petition Filed

**Freehold Township 20**

No Petition Filed
No Petition Filed

**Freehold Township 21**

No Petition Filed
No Petition Filed

**Freehold Township 22**

No Petition Filed
No Petition Filed

**Freehold Township 23**

Constance A. ROEDER — *Monmouth County Republican Organization* ○
Michael CELANO — *Monmouth County Republican Organization* ○

**Freehold Township 24**

No Petition Filed
No Petition Filed

**Freehold Township 25**

No Petition Filed
No Petition Filed

**Freehold Township 26**

Craig J. ANINICK — *Monmouth County Republican Organization* ○
No Petition Filed

**Your Voting District:**

Personal Choice ○
Personal Choice ○

## Vote Both Sides ⇨

# MORRIS COUNTY

# DEMOCRATIC MAIL-IN BALLOT
## OFFICIAL PRIMARY ELECTION
### JULY 7, 2020 • COUNTY OF MORRIS
### BOROUGH OF CHATHAM
### 11TH CONGRESSIONAL DISTRICT
### 12TH DELEGATE DISTRICT

**Protect Your Vote:**
IT IS A CRIME FOR ANYONE EXCEPT YOU THE VOTER TO MARK, OR INSPECT THIS BALLOT. However, a family member may assist you in doing so.

*Ann F. Grossi, Esq.*
ANN F. GROSSI, ESQ.
County Clerk

## IMPORTANT INSTRUCTIONS
### TO VOTERS

**Please read the following before marking your ballot:**

1. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.

2. Completely fill in oval to the right of each of your selections.

3. MARK BALLOT LIKE THIS:
   JOHN DOE ●

4. If you tear, deface or incorrectly mark this ballot, return it to the Morris County Clerk's Election Office and obtain a new ballot.

| OFFICE TITLE | DEMOCRATIC COLUMN 1 | DEMOCRATIC COLUMN 2 | DEMOCRATIC COLUMN 3 | DEMOCRATIC COLUMN 4 | WRITE-IN COLUMN |
|---|---|---|---|---|---|
| **CHOICE FOR PRESIDENT** (Vote for 1) | | **Bernie SANDERS** Bernie 2020, Not Me. Us. | **Joseph R. BIDEN** Biden for President | **UNCOMMITTED** | WRITE-IN |
| **DISTRICT DELEGATES** (12TH DELEGATE DISTRICT) A VOTE FOR CHOICE FOR PRESIDENT IS AN AUTOMATIC VOTE FOR AFFILIATED MALE AND FEMALE DISTRICT DELEGATES AND ALTERNATE DISTRICT DELEGATES TO THE DEMOCRATIC NATIONAL CONVENTION | | JUSTIN GOLDSMAN CINDY MOTZE-BROWN HETTY REGENSTEIN MATT ROSSITER JUSTIN O'PERA | RICHARD COREY JOSEPH LEONFIELLO SHANNON COTTLE ERICA ENDIGA-GENESON THOMAS BARRETT | DAVID WU PATRICIA PENA DONALD ESSX REID PACHECO JUDY KELLY | WRITE-IN WRITE-IN |
| **ALTERNATE DISTRICT DELEGATES** | | | | | WRITE-IN |
| **MEMBER OF THE UNITED STATES SENATE** (Vote for 1) | **Cory BOOKER** Morris County Democratic Committee, Inc. | **Lawrence HAMM** Not Me. Us. | | | WRITE-IN |
| **MEMBER OF THE HOUSE OF REPRESENTATIVES** (11TH CONGRESSIONAL DISTRICT) (Vote for 1) | **Mikie SHERRILL** Morris County Democratic Committee, Inc. | | | | WRITE-IN |
| **MEMBER OF THE BOARD OF CHOSEN FREEHOLDERS** For 3 Years (Vote for 1) | **Cary AMARO** Morris County Democratic Committee, Inc. | **Charles BARANSKI** Not Me. Us. | | | WRITE-IN |
| **MEMBER OF THE BOROUGH COUNCIL** For 3 Years (Vote for 2) | **Leonard RESTO** Morris County Democratic Committee, Inc. | | | | WRITE-IN |
| | **NO PETITION FILED** | | | | WRITE-IN |

© 2014 Dominion Voting Systems. All Rights Reserved.

**ANN F. GROSSI, ESQ.**
County Clerk

**To Protect Your Vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU THE
VOTER TO MARK OR INSPECT THIS BALLOT.
However, a family member may assist you in doing so.

## REPUBLICAN MAIL-IN BALLOT
### OFFICIAL PRIMARY ELECTION
**JULY 7, 2020 • COUNTY OF MORRIS**
**TOWNSHIP OF CHATHAM**
**11th CONGRESSIONAL DISTRICT**

**IMPORTANT INSTRUCTIONS TO VOTERS**
Please read the following before marking your ballot:

1. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.

2. Completely fill in oval to the right of each of your selections.

MARK BALLOT LIKE THIS:
John DOE ●

3. To vote for any person whose name is not printed on this ballot, go to the Write-In  Column and darken the oval by the words  "write-in" for the office in which you want to write-in. Write the name of the person for which you wish to vote on the blank line.

4. If you tear, deface or incorrectly mark  this ballot, return it to the Morris County Clerk's Election Office and obtain a new ballot.

| OFFICE TITLE | REPUBLICAN COLUMN 1 | WRITE-IN COLUMN |
|---|---|---|
| **CHOICE FOR PRESIDENT** For 4 Years (Vote for 1) | **Donald J. TRUMP** Regular Republican Organization | WRITE-IN |
| **DELEGATES TO THE NATIONAL CONVENTION** (Vote for ONE Slate) **DELEGATES-AT-LARGE** | **REGULAR REPUBLICAN ORGANIZATION** CHRISTOPHER J. CHRISTIE, MICHAEL L. TESTA, JOSEPH PENNACCHIO, KRISTIN CORRADO, EDWARD BRUCE DIDONATO, HENRY Y. KUHL, EDWARD S. WALSH, AFZAL BARLAS, JOANNE GILMORE, MUNR KAZMIR | |
| **ALTERNATE DELEGATES-AT-LARGE** | JOHN V. AZZARITI, STAVROS G. CHRISTOUDIAS, SUSAN L. ENDERLY, JANICE M. FIELDS, MICHAEL LAVERY, ALEXANDER C. MARKOWITS, DARLENE SHOTMEYER, THOMAS P. RAGUKONIS, DOROTHY BURGER, THERESA A. WHEDAR | |
| **DISTRICT DELEGATES** | LAURA ALI, PETER  MURPHY, CHRISTINE SERRANO-GLASSNER | |
| **ALTERNATE DISTRICT DELEGATES** | BETTYLOU DECROCE, GERARD SCANLAN, JOANIE WALSH | |
| | **Eugene T. ANAGNOS** Prevent CA East | WRITE-IN |
| **MEMBER OF THE UNITED STATES SENATE** For 6 Years (Vote for 1) | **Rikin "Rik" MEHTA** Regular Republican Organization | |
| | **Patricia FLANAGAN** America First Republicans | |
| | **Natalie Lynn RIVERA** We The People | |
| | **Hirsh SINGH** Keep America Great New Jersey Conservatives | |
| **MEMBER OF THE HOUSE OF REPRESENTATIVES** (11th Congressional District) For 2 Years (Vote for 1) | **Rosemary BECCHI** Regular Republican Organization | WRITE-IN |
| **MEMBER OF THE BOARD OF CHOSEN FREEHOLDERS** For 3 Years (Vote for 1) | **Tayfun SELEN** Regular Republican Organization | WRITE-IN |
| **MEMBER OF THE TOWNSHIP COMMITTEE** For 3 Years (Vote for 2) | **Michael J. KELLY** Mike Kelly for Chatham Township | WRITE-IN |
| | **Ashley FELICE** Respresenting Your Interests First | WRITE-IN |
| | **Mark F. HAMILTON** Respresenting Your Interests First | |

Sample

# OCEAN COUNTY



COUNTY OF OCEAN

SCOTT M. COLABELLA, County Clerk

THIS OFFICIAL PRIMARY SAMPLE BALLOT IS AN EXACT COPY OF THE OFFICIAL PRIMARY BALLOT TO BE USED ON PRIMARY ELECTION DAY. THIS BALLOT CANNOT BE VOTED.

# OFFICIAL PRIMARY ELECTION COUNTY OF OCEAN JULY 7, 2020

## POLLS OPEN BETWEEN 6:00 A.M. AND 8:00 P.M.

Jennifer Witham, Municipal Clerk
Township of Plumsted

### OFFICIAL REPUBLICAN PARTY PRIMARY BALLOT

**IMPORTANT INSTRUCTIONS TO VOTERS**

**Please read the following before marking your ballot:**

Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.

1. Completely fill in oval to the right of each of your selections.

**MARK BALLOT LIKE THIS:**
John DOE ●

2. To vote for any person whose name is not printed on this ballot, go to the Personal Choice Column and darken the oval by the words "write-in" for the office in which you want to write-in. Write the name of the person for which you wish to vote on the blank line.

If you tear, deface or incorrectly mark this ballot, return it and obtain a new ballot.

This is a PRIMARY ELECTION. Therefore you are confined legally to a choice of candidates for nomination within your own Political Party. To comply with the law, you are not permitted to vote for more than ONE Political Party in the Primary.

## IMPORTANT! ATTENTION VOTERS!

Familiarize yourself with this ballot and instructions. It will assist you in voting, and save time on Election Day. All voters who can, should vote early in the day and thus avoid the possibility of congestion and inconvenience to themselves and others near the close of the polls.

| OFFICE TITLE | REPUBLICAN COLUMN A | REPUBLICAN COLUMN B | REPUBLICAN COLUMN C | REPUBLICAN COLUMN D | REPUBLICAN COLUMN E | PERSONAL CHOICE |
|---|---|---|---|---|---|---|
| **CHOICE FOR PRESIDENT** FOUR Year Term (VOTE FOR ONE) | | **Donald J. TRUMP** Regular Republican Organization of Ocean County ○ | | | | WRITE-IN ○ |
| **DELEGATES TO THE NATIONAL CONVENTION** (VOTE FOR SEVEN SLATES) AT-LARGE DELEGATES A VOTE FOR A DELEGATE SLATE IN THIS COLUMN IS AN AUTOMATIC VOTE FOR ALL DELEGATES AND ALTERNATE DELEGATES AT-LARGE, DELEGATES AT-LARGE, ALTERNATE AT-LARGE DELEGATES, DISTRICT DELEGATES AND ALTERNATE DISTRICT DELEGATES | | Regular Republican Organization of Ocean County CHRISTOPHER J. LOMEDICO · MICHAEL L. TESTA JOSEPH PENNACCHIO · HENRY F. KUHL KRISTIN CORRADO · EDWARD S. WALSH EDWARD (BRUCE) DONOHUE · AL ZIA, DARLA A. WARN · JAMMIE GALORE · MARK ALNER | | | | |
| **DISTRICT DELEGATES** (4th Congressional District) AT-LARGE DISTRICT DELEGATES | | Regular Republican Organization of Ocean County JOHN V. AZZARITO · ALEXANDROS S. MARGONITIS STAVROS S. CHRISTODOULOU · DARLENE SHEETPETER DUSAN S. DEGLERIS · THOMAS S. RABOTHAM JAMES M. FIELDS · DOROTHY BOWLER MICHAEL LAVERY · THERESA A. WINGLER | | | | |
| **ALTERNATE DISTRICT DELEGATES** | | CHRISTOPHER EDWIN MAGLIA · MICHAEL T. MAGLIA LISA RICHFORD · DOROTHY BOWLER THOMAS ARBONE · JEFFREY PASILLO SANDYA IODISEN | | | | |
| **MEMBER OF THE UNITED STATES SENATE** SIX Year Term (VOTE FOR ONE) | **Natalie Lynn RIVERA** M.T.H. Plant ○ | **Hirsh SINGH** Regular Republican Organization of Ocean County ○ | **Rikin "Rik" MEHTA** MAGA Republicans ○ | **Patricia FLANAGAN** America First Republicans ○ | **Eugene T. ANAGNOS** Patriots OA East ○ | WRITE-IN ○ |
| **MEMBER OF THE HOUSE OF REPRESENTATIVES** (4th Congressional District) TWO Year Term (VOTE FOR ONE) | | **Christopher H. SMITH** Regular Republican Organization of Ocean County ○ | **Alter Eliezer RICHTER** Stand Firm GO With Trust First ○ | | | WRITE-IN ○ |
| **COUNTY CLERK** FIVE Year Term (VOTE FOR ONE) | | **Scott M. COLABELLA** Regular Republican Organization of Ocean County ○ | | | | WRITE-IN ○ |
| **MEMBER OF THE BOARD OF CHOSEN FREEHOLDERS** THREE Year Term (VOTE FOR ONE) | | **Joe VICARI** Regular Republican Organization of Ocean County ○ | | | | WRITE-IN ○ |
| **MEMBER OF THE TOWNSHIP COMMITTEE** THREE Year Term (VOTE FOR ONE) | | **Leonard A. GRILLETTO** Regular Republican Organization of Ocean County ○ | | | | WRITE-IN ○ |

Additional voter information will be available in all polling locations or visit:

www.elections.nj.gov
www.oceancountyclerk.com
www.facebook.com/oceancountyclerk

**OFFICIAL DEMOCRATIC PARTY PRIMARY BALLOT APPEARS ON THE OTHER SIDE**

## OFFICIAL DEMOCRATIC PARTY PRIMARY BALLOT

| OFFICE TITLE | DEMOCRATIC COLUMN F | DEMOCRATIC COLUMN G | DEMOCRATIC COLUMN H | DEMOCRATIC COLUMN I | DEMOCRATIC COLUMN J | DEMOCRATIC COLUMN K | DEMOCRATIC COLUMN L | PERSONAL CHOICE |
|---|---|---|---|---|---|---|---|---|
| CHOICE FOR PRESIDENT (Four Year Term) (Vote for One) | Joseph R. BIDEN — Official Regular Democratic Organization | Bernie SANDERS — Bernie 2020, Not Me. Us. | UNCOMMITTED | | | | | WRITE-IN |
| DELEGATES TO THE NATIONAL CONVENTION DISTRICT DELEGATES (3rd Congressional District) (Vote for ...) | OFFICIAL REGULAR DEMOCRATIC ORGANIZATION — MALIN U OHA, BRETT CANNON, MARY CAMPBELL CRUZ | BERNIE 2020. NOT ME. US. — TARA ASTOR, ANNA GOTT-GRAAF, NICK SIODANO | UNCOMMITTED — ISRAEL DEL RIO | | | | | |
| MEMBER OF THE UNITED STATES SENATE (Six Year Term) (Vote for One) | Cory BOOKER — Official Regular Democratic Organization | Lawrence HAMM — Not Me. Us. | | | | | | WRITE-IN |
| MEMBER OF THE HOUSE OF REPRESENTATIVES (4th Congressional District) (Two Year Term) (Vote for One) | Stephanie SCHMID — Official Regular Democratic Organization | | David APPLEFIELD — Fairness In Healthcare, Schools, Local Businesses. | Christine CONFORTI — Ocean County Democrats For The People | | | | WRITE-IN |
| COUNTY CLERK (Five Year Term) (Vote for One) | Kathy M. RUSSELL — Official Regular Democratic Organization | | | | | | | WRITE-IN |
| MEMBER OF THE BOARD OF CHOSEN FREEHOLDERS (Three Year Term) (Vote for One) | Helen DELA CRUZ — Official Regular Democratic Organization | | | | | | | WRITE-IN |
| TOWNSHIP COMMITTEE (Three Year Term) (Vote for One) | NO PETITION FILED | | | | | | | WRITE-IN |

## IMPORTANT! ATTENTION VOTERS!

Familiarize yourself with this ballot and instructions. It will assist you in voting, and save time on Election Day. All voters who can, should vote early in the day and thus avoid the possibility of congestion and inconvenience to themselves and others near the close of the polls.

This is a PRIMARY ELECTION. Therefore you are confined legally to a choice of candidates for nomination within your own Political Party. To comply with the law, you are not permitted to vote for more than ONE Political Party in the Primary.

*IMPORTANT INSTRUCTIONS TO VOTERS*

**Please read the following before marking your ballot:**

1. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.
2. Completely fill in oval to the right of each of your selections.

MARK BALLOT LIKE THIS:  John DOE ●

3. To vote for any person whose name is not printed on this ballot, go to the Personal Choice Column and darken the oval by the words "write-in" for the office in which you want to write-in. Write the name of the person for which you wish to vote on the blank line.
4. If you tear, deface or incorrectly mark this ballot, return it and obtain a new ballot.

Additional voter information will be available in all polling locations or visit:
www.elections-nj.gov
www.oceancountyclerk.com

www.facebook.com/oceancountyclerk

OFFICIAL REPUBLICAN PARTY PRIMARY BALLOT APPEARS ON THE OTHER SIDE

PASSAIC
COUNTY



**DEMOCRATIC PROVISIONAL BALLOT/OFFICIAL PRIMARY ELECTION**

# Bloomingdale

**Passaic County, New Jersey**
**11th Congressional District - July 7, 2020**

*Danielle Ireland-Imhof*

**DANIELLE IRELAND-IMHOF**
*Passaic County Clerk*
R-00076742-129

**ATTENTION UNDECLARED VOTERS:**
You may only vote for
candidates of one party.

**To Protect Your Vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU
THE VOTER TO MARK OR INSPECT THIS BALLOT.
However, a family member may assist you in doing so.
If you are an incapacitated voter, a person other than a
family member may also assist you in doing so.

---

## IMPORTANT INSTRUCTIONS TO VOTERS

Please read the following before marking
your ballot:

1. To vote for any candidate whose name is
printed on this ballot, fill in the oval to the
right of the candidate's name (from this
( ) , to this ● ). Do not vote for more
than the number of candidates to be
elected to each office.

2. Use ONLY a pencil or ink pen (black or blue)
to mark your ballot. Do not use red ink.

3. To vote for a person who is not printed on
this ballot, write the person's name on the
blank line(s) (marked "write in") below the
proper title of office and fill in the oval to
the right of the name from this ( ) , to
this ● ).

4. Do not mark this ballot in any manner other
than provided for and do not erase.

5. Your vote will not be counted if you do not
comply with these instructions.

AFTER MARKING THE BALLOT, FOLD IT INSERT
IT IN THE WHITE ENVELOPE AND SEAL IT.

---

### Choice for President
Vote for one

JOSEPH R. BIDEN **1A** → ( )
Passaic County Democratic Organization, Inc.

BERNIE SANDERS **1C** → ( )
Bernie 2020. Not Me. Us.

_____ → ( )
WRITE-IN VOTE

---

### 20th District Delegates to Democratic National Convention

A VOTE FOR PRESIDENT ABOVE
ALSO IS A VOTE FOR THEIR PLEDGED
DELEGATES BELOW

**JOSEPH R. BIDEN**
*Passaic County Democratic Organization, Inc.*

*DELEGATES*
Iris DEIXLER          Adam SILVERSTEIN
Keith KAZMARK         Isaac GRAVES
Molly SOKOTA

*ALTERNATE DELEGATES*
Susan SAHAI

A VOTE FOR PRESIDENT ABOVE
ALSO IS A VOTE FOR THEIR PLEDGED
DELEGATES BELOW
**BERNIE SANDERS**
*Bernie 2020. Not Me. Us.*

*DELEGATES*
Dianne DOUTHAT        Richard McFARLANE
Lauren HERMAN         Theodore SANZO
Danny MARKHAM

*ALTERNATE DELEGATES*
Andrea GORING

UNCOMMITTED
DELEGATES          **1D** ( )

*DELEGATES*
Kenneth HORWITZ

**NO WRITE-IN FOR DELEGATES**

---

### Member of the United States Senate
Vote for one

CORY BOOKER **3A** → ( )
Passaic County Democratic Organization, Inc.

LAWRENCE HAMM **3B** → ( )
Not Me. Us.

_____ → ( )
WRITE-IN VOTE

---

### Member of the House of Representatives
Vote for one

MIKIE SHERRILL **4A** → ( )
Passaic County Democratic Organization, Inc.

_____ → ( )
WRITE-IN VOTE

---

### Members of the Board of Chosen Freeholders
Vote for two

BRUCE JAMES **5A** → ( )
Passaic County Democratic Organization, Inc.

THEODORE TJ BEST, JR. **6A** → ( )
Passaic County Democratic Organization, Inc.

_____ → ( )
WRITE-IN VOTE

_____ → ( )
WRITE-IN VOTE

---

### Members of Borough Council
Vote for two

JOHN J. D'AMATO **7A** → ( )
Passaic County Democratic Organization, Inc.

PAYMAN "RAY" YAZDI **8A** → ( )
Passaic County Democratic Organization, Inc.

_____ → ( )
WRITE-IN VOTE

_____ → ( )
WRITE-IN VOTE

---

Bloomingdale - Form 1



## REPUBLICAN PROVISIONAL BALLOT/OFFICIAL PRIMARY ELECTION

# Bloomingdale

**Passaic County, New Jersey**
**11th Congressional District - July 7, 2020**

*Danielle Ireland-Imhof*

**DANIELLE IRELAND-IMHOF**
*Passaic County Clerk*
R-030 (08/10) 129

### ATTENTION UNDECLARED VOTERS:
You may only vote for
candidates of one party.

**To Protect Your Vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU THE VOTER TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so. If you are an incapacitated voter, a person other than a family member may also assist you in doing so.

### IMPORTANT INSTRUCTIONS TO VOTERS

Please read the following before marking your ballot:

1. To vote for any candidate whose name is printed on this ballot, fill in the oval to the right of the candidate's name (from this ( ), to this ● ). Do not vote for more than the number of candidates to be elected to each office.

2. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.

3. To vote for a person who is not printed on this ballot, write the person's name on the blank line(s) (marked "write in") below the proper title of office and fill in the oval to the right of the name (from this ( ), to this ● ).

4. Do not mark this ballot in any manner other than provided for and do not erase.

5. Your vote will not be counted if you do not comply with these instructions.

AFTER MARKING THE BALLOT, FOLD IT INSERT IT IN THE WHITE ENVELOPE AND SEAL IT.

---

### Choice for President
Vote for one

**Donald J. Trump** **1G** →
Passaic County Regular Republican Organization, Inc.

WRITE-IN VOTE

### Delegates-at-Large to Republican National Convention

Vote for one slate

A VOTE HERE IS A VOTE
FOR ALL DELEGATES AND ALTERNATES **2G**

**DONALD J. TRUMP**
Passaic County Regular Republican Organization, Inc.
*DELEGATES-AT-LARGE*

| | |
|---|---|
| Christopher J. CHRISTIE | Henry Y. KUHL |
| Michael L. TESTA | Edward S. WALSH |
| Joseph PENNACCHIO | Afzal BARLAS |
| Kristin CORRADO | Joanne GILMORE |
| Edward Bruce DIDONATO | Munr KAZMIR |

*ALTERNATE DELEGATES-AT-LARGE*

| | |
|---|---|
| John V. AZZARITI | Alexander C. MARKOWITS |
| Stavros G. CHRISTOUDIAS | Darlene SHOTMEYER |
| Susan L. ENDERLY | Thomas P. RAGUKONIS |
| Janice M. FIELDS | Dorothy BURGER |
| Michael LAVERY | Theresa A. WINEGAR |

*11TH CONGRESSIONAL DISTRICT DELEGATES*

| | |
|---|---|
| Laura ALI | Christina SERRANO-GLASSNER |
| Peter MURPHY | |

*11TH CONGRESSIONAL ALTERNATE DISTRICT DELEGATES*

| | |
|---|---|
| BettyLou DECROCE | Joanie WALSH |
| Gerard SCANLAN | |

## NO WRITE-IN FOR DELEGATES

### Member of the United States Senate
Vote for one

**Patricia Flanagan** **3F** →
America First Republicans

**Rikin "Rik" Mehta** **3G** →
Passaic County Regular Republican Organization, Inc.

**Hirsh Singh** **3H** →
Keep America Great New Jersey

**Natalie Lynn Rivera** **3I** →
We The People

**Eugene T. Anagnos** **3J** →
Prevent CA Exit

WRITE-IN VOTE

---

### Member of the House of Representatives
Vote for one

**Rosemary Becchi** **4G** →
Passaic County Regular Republican Organization, Inc.

WRITE-IN VOTE

### Members of the Board of Chosen Freeholders
Vote for two

**William E. Marsala** **5G** →
Passaic County Regular Republican Organization, Inc.

**Matthew P. Conlon** **6G** →
Passaic County Regular Republican Organization, Inc.

WRITE-IN VOTE

WRITE-IN VOTE

### Members of Borough Council
Vote for two

**Michael J. Pirot** **7G** →
Passaic County Regular Republican Organization, Inc.

**Daniel J. Hawkins** **8G** →
Passaic County Regular Republican Organization, Inc.

WRITE-IN VOTE

WRITE-IN VOTE

---

# SALEM COUNTY



**DEMOCRATIC MAIL-IN BALLOT OFFICIAL PRIMARY ELECTION**
*Boleta de Voto por Correo Demócrata Oficial de las Elecciones Primarias*

## Alloway Township
### Salem County, New Jersey
### July 7th, 2020



**DALE A. CROSS**
*Salem County Clerk / Secretario del Condado*

**To Protect Your Vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU THE VOTER TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so. If you are an incapacitated voter, a person other than a family member may also assist you in doing so.

**Para proteger su voto:**
ES ILEGAL QUE OTRA PERSONA EXCEPTO USTED EL ELECTOR MARQUE O INSPECCIONE ESTA BOLETA. Sin embargo, un familiar puede ayudarle a hacerlo. Si usted es un elector incapacitado, una persona que no es un familiar también puede ayudarle a hacerlo.

### IMPORTANT INSTRUCTIONS TO VOTERS

Please read the following before marking your ballot:

1. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.

2. Completely fill in the oval to the right of each of your selections.
**MARK BALLOT LIKE THIS.**

JOHN DOE ➡ ●

3. To vote for any person whose name is not printed on this ballot, fill in the oval by the words "WRITE-IN VOTE" under that office. Write the name of the person for which you wish to vote on the blank line. You may not write-in any name that is printed on the ballot.

4. If you tear, deface or incorrectly mark this ballot, return it to the Salem County Clerk's Election Office and obtain a new ballot.

### INSTRUCCIONES IMPORTANTES A LOS ELECTORES

Favor de leer lo siguiente antes de marcar la boleta:

1. Use SOLAMENTE un lápiz o una pluma (de tinta negra o azul) para marcar la boleta. No use tinta roja.

2. Llene completamente el óvalo a la derecha de cada selección.
**MARQUE LA BOLETA ASÍ.**

JOHN DOE ➡ ●

3. Para votar por cualquier persona cuyo nombre no está impreso en la boleta, llene completamente el óvalo que se encuentra al lado de la palabra "Por Escrito" debajo del título del cargo. Escriba el nombre de la persona por quien usted desea votar en la línea en blanco. No se puede escribir ningún nombre ya impreso en la boleta.

4. Si usted rompe, pintarrajea o marca incorrectamente esta boleta, devuélvala a la Oficina Electoral del Secretario del Condado de Salem para obtener una nueva boleta.

---

### President of the United States
4 Year Term - Vote for One
*Presidente de los Estados Unidos*
*Término de 4 Años - Votar por Uno*

**BERNIE SANDERS** ➡ ○
Bernie 2020, Not Me. Us.

**JOSEPH R. BIDEN** ➡ ○
Regular Democratic Organization

WRITE-IN VOTE / POR ESCRITO ○

---

### 1st District Delegates to Democratic National Convention
*Delegados del Distrito 1º Para la Convención Nacional Demócrata*

A vote above is a vote for all delegates
*Un voto encima es un voto por todos los Delegados del distrito*
**BERNIE SANDERS**
*BERNIE 2020, NOT ME. US.*
District Delegates / Delegados del Distrito
AIMIE **BABISCHKIN**
CRYSTAL **HARRIS**
JEREMIAH **SCHENERMAN**

A vote above is a vote for all delegates
*Un voto encima es un voto por todos los Delegados del distrito*
**JOSEPH R. BIDEN**
*BIDEN FOR PRESIDENT*
District Delegates / Delegados del Distrito
JOHN J. **BURZICHELLI,** JR.
LENORA **KODYTEK**
GINA MARIE **SANTORE**

**NO WRITE-IN FOR DELEGATES**
**NO DELEGADOS POR ESCRITO**

---

### United States Senate
6 Year Term - Vote for One
*Senado de los Estados Unidos*
*Término de 6 Años - Votar por Uno*

**CORY BOOKER** ➡ ○
Regular Democratic Organization

**LAWRENCE HAMM** ➡ ○
Not Me. Us.

WRITE-IN VOTE / POR ESCRITO ○

---

### United States House of Representatives
2 Year Term - Vote for One
*Cámara de Representantes de los Estados Unidos*
*Término de 2 Años - Votar por Uno*

**WILL CUNNINGHAM** ➡ ○
True Democrat

**JOHN FRANCIS** ➡ ○
Walking For You

**AMY KENNEDY** ➡ ○
Salem County Democratic Committee 2020

**BRIGID CALLAHAN HARRISON** ➡ ○
Regular Democratic Organization

**ROBERT D. TURKAVAGE** ➡ ○
Salem County's Moderate Democrat

WRITE-IN VOTE / POR ESCRITO ○

---

### Salem County Surrogate
5 Year Term - Vote for One
*Juez del Tribunal Testamentario del Condado de Salem*
*Término de 5 Años - Votar por Uno*

**NICKI A. BURKE** ➡ ○
Regular Democratic Organization

WRITE-IN VOTE / POR ESCRITO ○

---

### Board of Chosen Freeholders
3 Year Term - Vote for One
*Junta de Freeholders Elegidos*
*Término de 3 Años - Votar por Uno*

**CHARLES V. HASSLER** ➡ ○
Regular Democratic Organization

WRITE-IN VOTE / POR ESCRITO ○

---

### Alloway Township Committee
3 Year Term - Vote for One
*Comité Municipal de Alloway*
*Término de 3 Años - Votar por Uno*

**WARREN MORGAN III** ➡ ○
Regular Democratic Party

WRITE-IN VOTE / POR ESCRITO ○

---

### County Committee Alloway District 1
2 Year Term - Vote for Two
*Comité del Condado Alloway Distrito 1*
*Término de 2 Años - Votar por Dos*

**MATTHEW B. GREEVER** ➡ ○
Regular Democratic Organization

NO PETITION FILED / NINGUNA PETICIÓN REGISTRADA

WRITE-IN VOTE / POR ESCRITO ○

WRITE-IN VOTE / POR ESCRITO ○

---

Alloway - Form 1 District 1

**REPUBLICAN MAIL-IN BALLOT OFFICIAL PRIMARY ELECTION**
*Boleta de Voto por Correo Republicana Oficial de las Elecciones Primarias*

# Alloway Township
**Salem County, New Jersey**
**July 7th, 2020**



COUNTY OF SALEM · NEW JERSEY



**DALE A. CROSS**
*Salem County Clerk / Secretario del Condado*

**To Protect Your Vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU THE VOTER TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so. If you are an incapacitated voter, a person other than a family member may also assist you in doing so.

**Para proteger su voto:**
ES ILEGAL QUE OTRA PERSONA EXCEPTO USTED EL ELECTOR MARQUE O INSPECCIONE ESTA BOLETA. Sin embargo, un familiar puede ayudarle a hacerlo. Si usted es un elector incapacitado, una persona que no es un familiar también puede ayudarle a hacerlo.

## IMPORTANT INSTRUCTIONS TO VOTERS

Please read the following before marking your ballot:

1. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.

2. Completely fill in the oval to the right of each of your selections.
   **MARK BALLOT LIKE THIS.**

   JOHN DOE →●

3. To vote for any person whose name is not printed on this ballot, fill in the oval by the words "WRITE-IN VOTE" under that office. Write the name of the person for which you wish to vote on the blank line. You may not write-in any name that is printed on the ballot.

4. If you tear, deface or incorrectly mark this ballot, return it to the Salem County Clerk's Election Office and obtain a new ballot.

## INSTRUCCIONES IMPORTANTES A LOS ELECTORES

Favor de leer lo siguiente antes de marcar la boleta:

1. Use SOLAMENTE un lápiz o una pluma (de tinta negra o azul) para marcar la boleta. No use tinta roja.

2. Llene completamente el óvalo a la derecha de cada selección.
   **MARQUE LA BOLETA ASÍ.**

   JOHN DOE →●

3. Para votar por cualquier persona cuyo nombre no está impreso en la boleta, llene completamente el óvalo que se encuentra al lado de la palabra "Por Escrito" debajo del título del cargo. Escriba el nombre de la persona por quien usted desea votar en la línea en blanco. No se puede escribir ningún nombre ya impreso en la boleta.

4. Si usted rompe, pintarrajea o marca incorrectamente esta boleta, devuélvala a la Oficina Electoral del Secretario del Condado de Salem para obtener una nueva boleta.

---

### President of the United States
4 Year Term - Vote for One
*Presidente de los Estados Unidos*
*Término de 4 Años - Votar por Uno*

DONALD J. TRUMP →○
*REGULAR REPUBLICAN*

WRITE-IN VOTE / POR ESCRITO ○

---

### Delegates to Republican National Convention
*Delegados Para la Convención Nacional Republicano*

A vote here is a vote for all delegates and alternates
*Un voto aquí es un voto por todos los delegados y los delegados alternativos* →

**DONALD TRUMP**
*REGULAR REPUBLICAN*
Delegates-at-Large / *Delegados Generales*

CHRISTOPHER J. CHRISTIE    HENRY Y. KUHL
MICHAEL L. TESTA           EDWARD S. WALSH
JOSEPH PENNACCHIO          AFZAL BARLAS
KRISTIN CORRADO            JOANNE GILMORE
EDWARD BRUCE DIDONATO      MUMI KAZMIR

Alternate Delegates-at-Large
*Delegados Alternos Generales*

JOHN V. AZZARITI           ALEXANDER C. MARKOWITS
STAVROS G. CHRISTOUDIAS    DARLENE SHOTMEYER
SUSAN L. ENDERLY           THOMAS P. RAGUKONIS
JANICE M. FIELDS           DOROTHY BURGER
MICHAEL LAVERY             THERESA A. WINEGAR

2nd Congressional District Delegates
*Delegado del 2° Distrito Congresional*

LINDA DUBOIS               TOM ROTONDI
LYNDA PAGLIUGHI

2nd Congressional Alternate District Delegates
*Delegados Alternos del 2° Distrito Congresional*

CYNTHIA BALLES             ROBERT PENZA
KEITH DAVIS

**NO WRITE-IN FOR DELEGATES**
**NO DELEGADOS POR ESCRITO**

---

### United States Senate
6 Year Term - Vote for One
*Senado de los Estados Unidos*
*Término de 6 Años - Votar por Uno*

NATALIE LYNN RIVERA →○
*WE THE PEOPLE*

PATRICIA FLANAGAN →○
*AMERICA FIRST REPUBLICANS*

RIKIN "RIK" MEHTA →○
*REGULAR REPUBLICAN*

EUGENE T. ANAGNOS →○
*PREVENT CA. EAST*

HIRSH SINGH →○
*KEEP AMERICA GREAT NEW JERSEY*

WRITE-IN VOTE / POR ESCRITO ○

---

### United States House of Representatives
2 Year Term - Vote for One
*Cámara de Representantes de los Estados Unidos*
*Término de 2 Años - Votar por Uno*

ROBERT W. PATTERSON →○
*AMERICA FIRST REPUBLICANS*

JEFF VAN DREW →○
*REGULAR REPUBLICAN*

WRITE-IN VOTE / POR ESCRITO ○

---

### Salem County Surrogate
5 Year Term - Vote for One
*Juez del Tribunal Testamentario del Condado de Salem*
*Término de 5 Años - Votar por Uno*

BETH McCARTHY PATRICK →○
*REGULAR REPUBLICAN*

WRITE-IN VOTE / POR ESCRITO ○

---

### Board of Chosen Freeholders
3 Year Term - Vote for One
*Junta de Freeholders Elegidos*
*Término de 3 Años - Votar por Uno*

EDWARD A. RAMSAY →○
*REGULAR REPUBLICAN*

WRITE-IN VOTE / POR ESCRITO ○

---

### Alloway Township Committee
3 Year Term - Vote for One
*Comité Municipal de Alloway*
*Término de 3 Años - Votar por Uno*

BRIAN LEADY →○
*REGULAR REPUBLICAN PARTY*

WRITE-IN VOTE / POR ESCRITO ○

---

### County Committee Alloway District 1
2 Year Term - Vote for Two
*Comité del Condado Alloway Distrito 1*
*Término de 2 Años - Votar por Dos*

CHUCK ANGELUS →○
*REPUBLICAN PARTY*

AUTUMN ANGELUS →○
*REPUBLICAN PARTY*

WRITE-IN VOTE / POR ESCRITO ○

WRITE-IN VOTE / POR ESCRITO ○

---

**Alloway - Form 1 District 1**

# SOMERSET COUNTY

**Steve Peter**
Somerset County Clerk
Secretario del Condado de Somerset

# Official Democratic Mail-In Ballot
Primary Election, Tuesday, July 7, 2020, Somerset County, New Jersey

**Township of Bedminster**

**Democratic**

| Primary Election Elección Primaria | DEMOCRATIC Column 1 DEMOCRÁTICO Columna 1 | DEMOCRATIC Column 2 DEMOCRÁTICO Columna 2 | DEMOCRATIC Column 3 DEMOCRÁTICO Columna 3 | DEMOCRATIC Column 4 DEMOCRÁTICO Columna 4 | Personal Choice Selección Personal |
|---|---|---|---|---|---|
| **Choice for President and Delegates to the Democratic National Convention** 11th Delegate District A vote for President is an automatic vote for all affiliated delegates and alternates. Vote for One **Selección para Presidente y Delegados a la Convención Nacional Democrática** Distrito 11 Un voto por Presidente es un voto automático por todos los delegados y alternativos afiliados. Vote por Uno | | Bernie **SANDERS** *Bernie 2020. Not Me. Us.* **Delegates:** Patricia Campos Medina, Mary Gerhold, Aaron Hyndman | Joseph R. **BIDEN** *Biden for President* **Delegates:** Linda Telschow, Thomas Regrut, Kendall Lopez | Uncommitted **Delegates:** Christine Chan, Janice J. Miller | *write in (and fill in oval)* |
| **United States Senator** Vote for One **Senador de los E.U.** Vote por Uno | Lawrence **HAMM** *Not Me. Us.* | | Cory **BOOKER** *Somerset County Regular Democratic Organization* | | *write in (and fill in oval)* |
| **House of Representatives** 7th District Vote for One **Casa de Representantes** Distrito 7 Vote por Uno | | | Tom **MALINOWSKI** *Somerset County Regular Democratic Organization* | | *write in (and fill in oval)* |
| **Surrogate** Vote for One **Surrogado** Vote por Uno | | | Bernice "Tina" **JALLOH** *Somerset County Regular Democratic Organization* | | *write in (and fill in oval)* |
| **Board of Chosen Freeholders** Vote for Two **Consejo de Propietarios Electos** Vote por Dos | | | Douglas **SINGLETERRY** *Somerset County Regular Democratic Organization* | | *write in (and fill in oval)* |
| | | | Paul **DRAKE** *Somerset County Regular Democratic Organization* | | *write in (and fill in oval)* |
| **Township Committee** Vote for One **Comité Municipal** Vote por Uno | | | Jeffrey **BEYER** *Somerset County Regular Democratic Organization* | | *write in (and fill in oval)* |

## Instructions to the Voter:

1. To vote for any candidate whose name is printed on this ballot, fill in the oval to the right of the candidate's name (from this ◌, to this ⬤). Do not vote for more than the number of candidates to be elected to each office.

2. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.

3. To vote for a person whose name is not printed on this ballot, write the person's name on the blank line(s) (marked "write in") beside the proper title of office and fill in the oval to the right of the name (from this ◌, to this ⬤).

4. Do not mark this ballot in any manner other than provided for and do not erase. If you spoil your ballot, request a new one from the County Clerk's office. If you mark your ballot in such a way that your intent is unclear, or if you vote for more than the number to be elected to an office, your vote for that office will not be counted.

**TO PROTECT YOUR VOTE:** It is against the law for anyone except you, the voter, to mark or inspect this ballot. However, a family member may assist you in doing so. If you are an incapacitated voter, a person other than a family member may also assist you in doing so.

## Papeleta Oficial de Voto por Correo
Elección Primaria, Martes, el 7 de julio de 2020

## Instrucciones al Votante

1. Para votar por cualquier candidato cuyo nombre está impreso en esta papeleta, rellene el óvalo a la derecha del nombre del candidato (de este ◌, a este ⬤). No vote por mas candidatos que el número a ser electo a ese cargo.

2. Use SOLO lápiz o bolígrafo (negro o azul) para marcar su papeleta.

3. Para votar por una persona cuyo nombre no está impreso en esta papeleta, escriba el nombre de la persona en la(s) línea(s) en blanco a la derecha del título apropiado del cargo, marcado "write in" (escriba), y rellene el óvalo a la derecha del nombre (de este ◌, a este ⬤).

4. No marque esta papeleta de ninguna otra manera que la provista y no borre. Si daña su papeleta, pida una nueva de la oficina del Secretario del Condado. Si marca su papeleta de tal manera que su intención no es clara, o si vota por mas del número de candidatos a ser electos a ese cargo, su voto para ese cargo no será contado.

**PARA PROTEGER SU VOTO:** Es contra la ley para cualquier persona, excepto el votante, marcar o inspeccionar esta papeleta. Sin embargo, un miembro de su familia puede asistirle en el proceso de voto.



**Steve Peter**
Somerset County Clerk
Secretario del Condado de Somerset

Township of Bedminster

## Official Republican Mail-In Ballot
Primary Election, Tuesday, July 7, 2020, Somerset County, New Jersey

**Republican**

| Primary Election Elección Primaria | REPUBLICAN Column 1 REPUBLICANO Columna 1 | REPUBLICAN Column 2 REPUBLICANO Columna 2 | REPUBLICAN Column 3 REPUBLICANO Columna 3 | REPUBLICAN Column 4 REPUBLICANO Columna 4 | REPUBLICAN Column 5 REPUBLICANO Columna 5 | REPUBLICAN Column 6 REPUBLICANO Columna 6 | Personal Choice Selección Personal |
|---|---|---|---|---|---|---|---|
| **Choice for President and Delegates to the Republican National Convention** 7th District A vote for President is an automatic vote for all affiliated delegates and alternates. Vote for One **Selección para Presidente y Delegados a la Convención Nacional Republicana** Distrito 7 Un voto por Presidente es un voto automático por todos los delegados y alternativos afiliados. Vote por Uno | | | Donald J. **TRUMP** *Somerset County Republican Organization* **Delegates At-Large:** Christopher J. Christie, Michael L. Testa, Joseph Pennacchio, Kristin Corrado, Edward Boraz Dolorato, Henry F. Kuhl, Edward S. Walsh, Afzal Barlas, Charles A. Gallaghan **Alternate Delegates At-Large:** John V. Azzarti, Stavros G. Christoudias, Susan L. Enderly, Janice M. Fields, Michael Lavery, Alexander C. Pittos, George Zuber, Chris Seuhardt **District Delegates:** Alfred Gaburo, Jeffrey Michaelis, John Scheumann **Alternate District Delegates:** Guy Gregg, Glenn Mortimer, Susan Soloway | | | | write in (and fill in oval) ○ |
| **United States Senator** Vote for One **Senador de Los E.U.** Vote por Uno | Patricia **FLANAGAN** *America First Republicans* ○ | Natalie Lynn **RIVERA** *We The People* ○ | Rikin "Rik" **MEHTA** *Somerset County Republican Organization* ○ | Hirsh **SINGH** *Somerset County Regular Republican* ○ | Eugene T. **ANAGNOS** *Prevent CA East* ○ | | write in (and fill in oval) ○ |
| **House of Representatives** 7th District Vote for One **Casa de Representantes** Distrito 7 Vote por Uno | | | Thomas H. **KEAN, Jr.** *Somerset County Republican Organization* ○ | Raafat **BARSOOM** *Physician Not A Career Politician* ○ | | Tom **PHILLIPS** *America First* ○ | write in (and fill in oval) ○ |
| **Surrogate** Vote for One **Surrogado** Vote por Uno | | | Frank **BRUNO** *Somerset County Republican Organization* ○ | | | | write in (and fill in oval) ○ |
| **Board of Chosen Freeholders** Vote for Two **Consejo de Propietarios Electos** Vote por Dos | | | Brian **LEVINE** *Somerset County Republican Organization* ○ Brian **GALLAGHER** *Somerset County Republican Organization* ○ | | | | write in (and fill in oval) ○ write in (and fill in oval) ○ |
| **Township Committee** Vote for One **Comité Municipal** Vote por Uno | | | R. Colin **HICKEY** *Somerset County Republican Organization* ○ | | | | write in (and fill in oval) ○ |

### Instructions on back ☞        Instrucciones al reverso ☞

---

Township of Bedminster

## Official Republican Mail-In Ballot
Primary Election, Tuesday, July 7, 2020
Somerset County, New Jersey

### Instructions to the Voter:

1. To vote for any candidate whose name is printed on this ballot, fill in the oval to the right of the candidate's name (from this ○, to this ●). Do not vote for more than the number of candidates to be elected to each office.

2. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.

3. To vote for a person whose name is not printed on this ballot, write the person's name on the blank line(s) (marked "write in") beside the proper title of office and fill in the oval to the right of the name (from this ○, to this ●).

4. Do not mark this ballot in any manner other than provided for and do not erase. If you spoil your ballot, request a new one from the County Clerk's office. If you mark your ballot in such a way that your intent is unclear, or if you vote for more than the number to be elected to an office, your vote for that office will not be counted.

**To Protect Your Vote:** it is against the law for anyone except you, the voter, to mark or inspect this ballot. However, a family member may assist you in doing so. If you are an incapacitated voter, a person other than a family member may also assist you in doing so.

### Papeleta Oficial de Voto por Correo
Elección Primaria, Martes, el 7 de julio de 2020

### Instrucciones al Votante

1. Para votar por cualquier candidato cuyo nombre está impreso en esta papeleta, rellene el óvalo a la derecha del nombre del candidato (de este ○, a este ●). No vote por mas candidatos que el número a ser electo a ese cargo.

2. Use SOLO lápiz o bolígrafo (negro o azul) para marcar su papeleta.

3. Para votar por una persona cuyo nombre no está impreso en esta papeleta, escriba el nombre de la persona en la(s) línea(s) en blanco a la derecha del título apropiado del cargo, marcado "write in" (escriba), y rellene el óvalo a la derecha del nombre (de este ○, a este ●).

4. No marque esta papeleta de ninguna otra manera que la provista y no borre. Si daña su papeleta, pida una nueva de la oficina del Secretario del Condado. Si marca su papeleta de tal manera que su intención no es clara, o si vota por mas del número de candidatos a ser electos a ese cargo, su voto para ese cargo no será contado.

**Para Proteger Su Voto:** Es contra la ley para cualquier persona, excepto el votante, marcar o inspeccionar esta papeleta. Sin embargo, un miembro de su familia puede asistirle en el proceso de voto.

# SUSSEX COUNTY

# OFFICIAL DEMOCRATIC PRIMARY ELECTION



**SUSSEX COUNTY** | **NEW JERSEY** | **JULY 7, 2020**

## COUNTY

### INSTRUCTIONS TO THE VOTER:
1. To vote for any candidate whose name is printed on this ballot, fill in the oval to the left of the candidate's name (from this ⬅, to this ⬅). Do not vote for more than the number of candidates to be elected to each office.

2. USE ONLY BLACK OR BLUE BALLPOINT PEN OR A #2 PENCIL TO MARK YOUR BALLOT.

3. To vote for a person whose name is NOT printed on this ballot, write the person's name on the blank line(s) below the proper title of office (marked "WRITE IN") below the left of the name (from this ⬅, to this ⬅).

NOTE:  Failure to fill in the oval after writing in a name will void this vote.

4. Do not mark this ballot in any manner other than provided for and **do not erase**.  If you spoil your ballot, return it to the County Clerk, who will provide you with a fresh ballot.  If you mark your ballot in such a way that your intent is unclear, or if you vote for more than the number to be elected to an office, your vote for that office **WILL NOT BE COUNTED.**

**TO PROTECT YOUR VOTE:** IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK OR INSPECT THIS BALLOT.  However, a family member may assist you in doing so.  If you are an incapacitated absentee voter, a person other than a family member may also assist you in doing so.

### FREEHOLDER
Three-Year Term (Vote for One)

No Petition Filed

⬭

_____
Write In

## MUNICIPAL

### FAULKNER ACT

No Municipal Offices Voted This Primary Election

## FEDERAL

### PRESIDENT/DELEGATES
(Vote for One)

⬭ **Bernie Sanders**
*Bernie 2020, Not Me, Us.*
11th District Delegates:
Patricia Campos Medina, Mary Gerhold, Aaron Hyndman

⬭ **Joseph R. Biden**
*Sussex County Democratic Organization*
11th District Delegates:
Linda Telschow, Thomas Regrut, Kendall Lopez

⬭ **11th District Delegates:**
Christine Chan, Janice J. Miller

⬭
_____
Write In

### U.S. SENATE
Six-Year Term (Vote for One)

⬭ **Lawrence Hamm**
*Not Me. Us.*

⬭ **Cory Booker**
*Sussex County Democratic Committee Organization*

⬭
_____
Write In

### HOUSE OF REPRESENTATIVES
11th CONGRESSIONAL DISTRICT
Two-Year Term (Vote for One)

⬭ **Mikie Sherrill**
*Sussex County Democratic Committee Organization*

⬭
_____
Write In

**SPARTA TOWNSHIP 1**

7.4.2.0 / 012503-14  © Election Systems & Software, Inc. 1981, 2002

# OFFICIAL REPUBLICAN PRIMARY ELECTION

| SUSSEX COUNTY | NEW JERSEY | JULY 7, 2020 |

## FEDERAL

**HOUSE OF REPRESENTATIVES**
**11th CONGRESSIONAL DISTRICT**
Two-Year Term (Vote for One)

○ **Rosemary Becchi**
*Conservative Republicans of Sussex County*

○
_____
Write In

## COUNTY

**FREEHOLDER**
Three-Year Term (Vote for One)

○ **Herbert J. Yardley**
*Conservative Republicans of Sussex County*

○
_____
Write In

## MUNICIPAL

**FAULKNER ACT**

**No Municipal Offices Voted This Primary Election**

---

**INSTRUCTIONS TO THE VOTER:**
1. To vote for any candidate whose name is printed on this ballot, fill in the oval to the left of the candidate's name (from this ◁⁻, to this ●). Do not vote for more than the number of candidates to be elected to each office.

✎ **2. USE ONLY BLACK OR BLUE BALLPOINT PEN OR A #2 PENCIL TO MARK YOUR BALLOT.**

3. To vote for a person whose name is NOT printed on this ballot, write the person's name on the blank line(s) below the proper title of office (marked "WRITE IN") and fill in the oval to the left of the name (from this ◁⁻, to this ●).
**NOTE: Failure to fill in the oval after writing in a name will void this vote.**
4. Do not mark this ballot in any manner other than provided for and **do not erase.** If you spoil your ballot, return it to the County Clerk, who will provide you with a fresh ballot. If you mark your ballot in such a way that your intent is unclear, or if you vote for more than the number to be elected to an office, your vote for that office **WILL NOT BE COUNTED.**

**TO PROTECT YOUR VOTE:** IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so. If you are an incapacitated absentee voter, a person other than a family member may also assist you in doing so.

## FEDERAL

**PRESIDENT/DELEGATES**
(Vote for One)

○ **Donald J. Trump**
*Conservative Republicans of Sussex County*

**Delegates-At-Large:**
Christopher J. Christie, Michael L. Testa, Joseph Pennacchio, Kristin Corrado, Edward Bruce DiDonato, Henry Y. Kuhl, Edward S. Walsh, Afzal Barlas, Joanne Gilmore, Munr Kazmir
**Alternate Delegates-At-Large:**
John V. Azzariti, Stavros G. Christoudias, Susan L. Enderly, Janice M. Fields, Michael Lavery, Alexander C. Markowits, Darlene Shotmeyer, Thomas P. Ragukonis, Dorothy Burger, Theresa A. Winegar
**District Delegates (11th Cong District):**
Laura Ali, Peter Murphy, Christine Serrano-Glassner
**Alternate District Delegates (11th Cong District):**
Bettylou DeCroce, Gerard Scanlan, Joanie Walsh

○
_____
Write In

**U.S. SENATE**
Six-Year Term (Vote for One)

○ **Rikin "Rik" Mehta**
*Conservative Republicans of Sussex County*

○ **Eugene T. Anagnos**
*Prevent CA East*

○ **Patricia Flanagan**
*America First Republicans*

○ **Hirsh Singh**
*Keep America Great New Jersey*

○ **Natalie Lynn Rivera**
*We The People*

○
_____
Write In

SPARTA TOWNSHIP 1

# UNION COUNTY

**JOANNE RAJOPPI**
*Union County Clerk / Secretaria del Condado*

# OFFICIAL PRIMARY ELECTION SAMPLE BALLOT
# BOLETA DE MUESTRA OFICIAL DE LAS ELECCIONES PRIMARIAS
# Borough of Roselle
## Union County, New Jersey - July 7, 2020
## 10th Congressional District - 10° Distrito Congresional

**LYDIA D. MASSEY**
*Roselle Borough Clerk / Secretaria Municipal*

FORM 28
10th Congressional District
10° Distrito Congresional
Borough of Roselle
Municipio de Roselle

## OFFICIAL DEMOCRATIC PRIMARY ELECTION BALLOT
## BOLETA OFICIAL DEMÓCRATA DE LAS ELECCIONES PRIMARIAS
Union County, New Jersey - July 7, 2020

| OFFICE TITLE / TÍTULO OFICIAL | Column / Columna **A** Democratic / Demócrata | Column / Columna **B** Democratic / Demócrata | Column / Columna **C** Democratic / Demócrata | Column / Columna **D** Democratic / Demócrata | Column / Columna **E** Democratic / Demócrata | Column / Columna **F** Democratic / Demócrata | **PERSONAL CHOICE** Write in and fill in oval / **SELECCIÓN PERSONAL** Escriba y llene el óvalo |
|---|---|---|---|---|---|---|---|
| **Choice for President** Vote for One / **Escoger para Presidente** Vote por Uno | | Joseph R. **BIDEN** 1B ○<br>Regular Democratic Org. of Union County | | Bernie **SANDERS** 1D ○<br>Bernie 2020. Not Me. Us. | A VOTE HERE IS A VOTE FOR ALL UNCOMMITTED DELEGATES BELOW<br>UN VOTO AQUÍ ES UN VOTO POR TODOS LOS DELEGADOS NO COMPROMETIDOS ABAJO 1E ○ | | 1 ○<br>Write in and fill in oval / Escriba y llene el óvalo |
| **13th District Delegates to Democratic National Convention** / **Delegados del Distrito 13° a la Convención Nacional Demócrata** | | A VOTE ABOVE IS A VOTE FOR ALL DELEGATES<br>UN VOTO POR ENCIMA ES UN VOTO POR TODOS LOS DELEGADOS<br>***Biden for President***<br>Chris BOLLWAGE<br>Adrian MAPP<br>Patricia GONZALEZ<br>June FISCHER | | A VOTE ABOVE IS A VOTE FOR ALL DELEGATES<br>UN VOTO POR ENCIMA ES UN VOTO POR TODOS LOS DELEGADOS<br>***Bernie 2020. Not Me. Us.***<br>Lucia DELAROCA<br>Peter JACOB<br>Brett M. PUGACH<br>Patricia SMITH | A VOTE ABOVE IS A VOTE FOR ALL DELEGATES<br>UN VOTO POR ENCIMA ES UN VOTO POR TODOS LOS DELEGADOS<br>***UNCOMMITTED***<br>Andrea HYATT | | **NO PERSONAL CHOICE FOR DELEGATES**<br>**NO HAY SELECCIÓN PERSONAL PARA DELEGADOS** |
| **United States Senator** 6 Year Term - Vote for One / **Senador de los Estados Unidos** Término de 6 Años - Vote por Uno | Lawrence **HAMM** 2A ○<br>Not Me. Us. | Cory **BOOKER** 2B ○<br>Regular Democratic Org. of Union County | | | | | 2 ○<br>Write in and fill in oval / Escriba y llene el óvalo |
| **Member of House of Representatives** 2 Year Term - Vote for One / **Miembro de la Cámara de Representantes** Término de 2 Años - Vote por Uno | | Donald M. **PAYNE, JR.** 3B ○<br>Regular Democratic Org. of Union County | | | Eugene D. **MAZO** 3E ○<br>Progressive Democratic Org. of Union County | John J. **FLORA** 3F ○<br>United By Our Future | 3 ○<br>Write in and fill in oval / Escriba y llene el óvalo |
| **Sheriff** 3 Year Term - Vote for One / **Alguacil** Término de 3 Años - Vote por Uno | Jack **MOLENAAR** 4A ○<br>Not Me. Us. | Peter **CORVELLI** 4B ○<br>Regular Democratic Org. of Union County | | | | | 4 ○<br>Write in and fill in oval / Escriba y llene el óvalo |
| **County Clerk** 5 Year Term - Vote for One / **Secretaria del Condado** Término de 5 Años - Vote por Uno | Sean M. **SMITH** 5A ○<br>Not Me. Us. | Joanne **RAJOPPI** 5B ○<br>Regular Democratic Org. of Union County | | | | | 5 ○<br>Write in and fill in oval / Escriba y llene el óvalo |
| **Members of Board of Chosen Freeholders** 3 Year Term - Vote for Three / **Miembros de la Junta Directiva (Freeholders)** Término de 3 Años - Vote por Tres | Aissa Catherine **HEATH** 6A ○<br>Not Me. Us. | Christopher **HUDAK** 6B ○<br>Regular Democratic Org. of Union County | Brianna **ARMSTEAD** 6C ○<br>Democrats United For Progress | | | | 6 ○<br>Write in and fill in oval / Escriba y llene el óvalo |
| | Justin Paul **O'HEA** 7A ○<br>Not Me. Us. | Angela R. **GARRETSON** 7B ○<br>Regular Democratic Org. of Union County | Daniel **YAMAKAITIS** 7C ○<br>Democrats United For Progress | | | | 7 ○<br>Write in and fill in oval / Escriba y llene el óvalo |
| | Hector **MENESES, JR.** 8A ○<br>Not Me. Us. | Lourdes **LEON** 8B ○<br>Regular Democratic Org. of Union County | | | | | 8 ○<br>Write in and fill in oval / Escriba y llene el óvalo |
| **1st Ward Council Member** 3 Year Term - Vote for One / **Miembro del Consejo Barrio 1** Término de 3 Años - Vote por Uno | Isabel **SOUSA** 9A ○<br>Not Me. Us. | Richard **VILLEDA** 9B ○<br>Regular Democratic Org. of Union County | | | | | 9 ○<br>Write in and fill in oval / Escriba y llene el óvalo |

FORM 28
10th Congressional District
10° Distrito Congresional
Borough of Roselle
Municipio de Roselle

## OFFICIAL REPUBLICAN PRIMARY ELECTION BALLOT
## BOLETA OFICIAL REPUBLICANO DE LAS ELECCIONES PRIMARIAS
Union County, New Jersey - July 7, 2020

| OFFICE TITLE / TÍTULO OFICIAL | Column / Columna **A** Republican / Republicano | Column / Columna **B** Republican / Republicano | Column / Columna **C** Republican / Republicano | Column / Columna **D** Republican / Republicano | Column / Columna **E** Republican / Republicano | Column / Columna **F** Republican / Republicano | **PERSONAL CHOICE** Write in and fill in oval / **SELECCIÓN PERSONAL** Escriba y llene el óvalo |
|---|---|---|---|---|---|---|---|
| **Choice for President** Vote for One / **Escoger para Presidente** Vote por Uno | | Donald J. **TRUMP** 1B ○<br>Regular Org. Republican of Union County | | | | | 1 ○<br>Write in and fill in oval / Escriba y llene el óvalo |
| **Delegates-at-Large to Republican National Convention** Vote for One Slate / **Delegados Generales a la Convención Nacional Republicana** Vote por un grupo | | A VOTE HERE IS A VOTE FOR ALL DELEGATES & ALTERNATES<br>UN VOTO AQUI ES PARA TODOS LOS DELEGADOS Y ALTERNOS 2B ○<br>***Regular Org. Republican of Union County***<br>Christopher J. CHRISTIE, Henry Y. KUHL<br>Michael L. TESTA, Edward S. WALSH<br>Joseph PENNACCHIO, Afzal BARLAS<br>Kristin CORRADO, Joanne GILMORE<br>Edward Bruce DIDONATO, Munr KAZMIR | | | | | **NO PERSONAL CHOICE FOR DELEGATES**<br>**NO HAY SELECCIÓN PERSONAL PARA DELEGADOS** |
| **Alternate Delegates-at-Large to Republican National Convention** / **Delegados Alternos Generales a la Convención Nacional Republicana** | | John V. AZZARITI, Alexander C. MARKOWITS<br>Stavros G. CHRISTOUDIAS, Darlene SHOTMEYER<br>Susan L. ENDERLY, Thomas P. RAGUKONIS<br>Janice M. FIELDS, Dorothy BURGER<br>Michael LAVERY, Theresa A. WINEGAR | | | | | |
| **10th Congressional District Delegates to Republican National Convention** / **Delegados del 10° Distrito Congresional a la Convención Nacional Republicana** | | Mary Devon O'BRIEN, Kamei HARRIS<br>Douglas FREEMAN | | | | | |
| **10th Congressional Alternate District Delegates to Republican National Convention** / **Delegados Alternos del 10° Distrito Congresional a la Convención Nacional Republicana** | | Daniel BECKELMAN, Lawrence DIMAURO<br>Shane BERGER | | | | | |
| **United States Senator** 6 Year Term - Vote for One / **Senador de los Estados Unidos** Término de 6 Años - Vote por Uno | Natalie Lynn **RIVERA** 3A ○<br>We The People | Rikin "Rik" **MEHTA** 3B ○<br>Regular Org. Republican of Union County | Patricia **FLANAGAN** 3C ○<br>America First Republicans | Hirsh **SINGH** 3D ○<br>Keep America Great New Jersey | Eugene T. **ANAGNOS** 3E ○<br>Prevent CA East | | 3 ○<br>Write in and fill in oval / Escriba y llene el óvalo |
| **Member of House of Representatives** 2 Year Term - Vote for One / **Miembro de la Cámara de Representantes** Término de 2 Años - Vote por Uno | | **No Petition Filed** | | | | Jennifer **ZINONE** 4F ○<br>Republicans Of Union County | 4 ○<br>Write in and fill in oval / Escriba y llene el óvalo |
| **Sheriff** 3 Year Term - Vote for One / **Alguacil** Término de 3 Años - Vote por Uno | | Dorothy **BURGER** 5B ○<br>Regular Org. Republican of Union County | | | | | 5 ○<br>Write in and fill in oval / Escriba y llene el óvalo |
| **County Clerk** 5 Year Term - Vote for One / **Secretaria del Condado** Término de 5 Años - Vote por Uno | | Peter B. **LIJOI** 6B ○<br>Regular Org. Republican of Union County | | | | | 6 ○<br>Write in and fill in oval / Escriba y llene el óvalo |
| **Members of Board of Chosen Freeholders** 3 Year Term - Vote for Three / **Miembros de la Junta Directiva (Freeholders)** Término de 3 Años - Vote por Tres | | Joseph R. **SARNO III** 7B ○<br>Regular Org. Republican of Union County | | | | | 7 ○<br>Write in and fill in oval / Escriba y llene el óvalo |
| | | Mark **SHORE** 8B ○<br>Regular Org. Republican of Union County | | | | | 8 ○<br>Write in and fill in oval / Escriba y llene el óvalo |
| | | Paul M. **VERZOSA** 9B ○<br>Regular Org. Republican of Union County | | | | | 9 ○<br>Write in and fill in oval / Escriba y llene el óvalo |
| **1st Ward Council Member** 3 Year Term - Vote for One / **Miembro del Consejo Barrio 1** Término de 3 Años - Vote por Uno | | **No Petition Filed** | | | | | 10 ○<br>Write in and fill in oval / Escriba y llene el óvalo |

# MAIL-IN BALLOT INSTRUCTIONS
# INSTRUCCIONES DE VOTO POR CORREO

## IMPORTANT INSTRUCTIONS TO VOTERS
### PLEASE READ THE FOLLOWING BEFORE MARKING YOUR BALLOT

1. Use **ONLY** a black or blue ink pen to mark your ballot.
2. Completely fill in oval to the right of each of your selections.
   **MARK BALLOT LIKE THIS:** John **DOE** 1 ●
3. **To vote for candidates** on this ballot, completely fill in the oval to the right of the name for each selection. Do not vote for more candidates than are to be elected to any office.
4. **Write-in candidate** (PERSONAL CHOICE) is for anyone wishing to vote for any person whose name is not printed on the ballot. Go to the Personal Choice column across from the office you wish to write-in. Write the name of the person you wish to vote for in the blank write-in area to the left and fill in the oval to the right.

   **Do NOT use pre-printed stickers. IF NOT DONE PROPERLY YOUR WRITE-IN VOTE WILL BE VOID AND NOT COUNTED. PLEASE ASK IF YOU HAVE QUESTIONS.**
5. **If you tear, soil, deface or incorrectly mark this ballot,** return it to Joanne Rajoppi, Union County Clerk, and obtain another ballot.
6. **In a Primary Election you are confined to a choice of candidates within your political party. If you have received both a Democratic and Republican ballot you can only vote the party of your choice. Destroy the other ballot.**

**To protect your vote: IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU THE VOTER TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so.**

## IMPORTANTE INSTRUCCIONES PARA EL VOTANTE
### POR FAVOR LEA LO PROXIMO ANTES DE MARCAR SU BOLETA

1. Use **SOLAMENTE** lapicera con tinta negra o azul para marcar su boleta.
2. Llene el óvalo completamente a la derecha para cada selección.
   **FORMA CORRECTA DE MARCAR LA BOLETA:** John **DOE** 1 ●
3. **Para votar por candidatos** en esta boleta, llene el óvalo a la derecha del nombre para cada selección. No vote por mas candidatos que los que seran elegidos para cualquier oficina.
4. **La columna inscrita** (SELECCIÓN PERSONAL) es para cualquiera que desea votar para una persona cuyo nombre no esta impreso en la boleta. Diríjese a la columna de Selección Personal que indica el cargo para el que quiere escribir su voto. Escriba el nombre de la persona que desee votar en el espacio blanco (escriba) a la izquierda y llene el óvalo a la derecha.

   **No use estiquetas impresas. SI UD. NO COMPLETA LA LINEA INSCRITA PARA VOTAR APROPRIADAMENTE, SU VOTO SERA INVALIDO Y NO CONTADO. POR FAVOR PREGUNTE SI UD. TIENE DUDAS.**
5. **Si Ud. rompe, ensucia, destruye o completa incorrectamente esta boleta,** devuelvala a Joanne Rajoppi, Union County Clerk, y obtenga otra boleta.
6. **En una Elección Primaria Ud. esta limitado a elegir candidatos del partido politico de su elección. Si Ud. ha recibido boletas Democraticas y Republicanas Ud. puede solamente votar por el partido de su elección. Destruya la otra boleta.**

**Para proteger su voto: ES EN CONTRA DE LA LEY PARA CUALQUIER PERSONA EXCEPTO PARA EL VOTANTE MARCAR O EXAMINAR ESTA BOLETA. De todas maneras, un familiar puede asistirlo en hacerlo.**

# INSTRUCTIONS FOR VOTING BY PROVISIONAL BALLOT AT POLLING PLACE
# INSTRUCCIONES PARA VOTAR CON BOLETA PROVISIONAL EN EL LUGAR DE VOTACIÓN

## IMPORTANT INSTRUCTIONS TO VOTERS
### PLEASE READ THE FOLLOWING BEFORE MARKING YOUR BALLOT

1. Use **ONLY** a black or blue ink pen to mark your ballot.
2. Completely fill in oval to the right of each of your selections.
   **MARK BALLOT LIKE THIS:** John **DOE** 1 ●
3. **To vote for candidates** on this ballot, completely fill in the oval to the right of the name for each selection. Do not vote for more candidates than are to be elected to any office.
4. **Write-in candidate** (PERSONAL CHOICE) is for anyone wishing to vote for any person whose name is not printed on the ballot. Go to the Personal Choice column across from the office you wish to write-in. Write the name of the person you wish to vote for in the blank write-in area to the left and fill in the oval to the right.

   **Do NOT use pre-printed stickers. IF NOT DONE PROPERLY YOUR WRITE-IN VOTE WILL BE VOID AND NOT COUNTED. PLEASE ASK IF YOU HAVE QUESTIONS.**
5. Place your completed ballot in the certificate envelope provided, seal it and give to board worker.

## IMPORTANTE INSTRUCCIONES PARA EL VOTANTE
### POR FAVOR LEA LO PROXIMO ANTES DE MARCAR SU BOLETA

1. Use **SOLAMENTE** lapicera con tinta negra o azul para marcar su boleta.
2. Llene el óvalo completamente a la derecha para cada selección.
   **FORMA CORRECTA DE MARCAR LA BOLETA:** John **DOE** 1 ●
3. **Para votar por candidatos** en esta boleta, llene el óvalo a la derecha del nombre para cada selección. No vote por mas candidatos que los que seran elegidos para cualquier oficina.
4. **La columna inscrita** (SELECCIÓN PERSONAL) es para cualquiera que desea votar para una persona cuyo nombre no esta impreso en la boleta. Diríjese a la columna de Selección Personal que indica el cargo para el que quiere escribir su voto. Escriba el nombre de la persona que desee votar en el espacio blanco (escriba) a la izquierda y llene el óvalo a la derecha.

   **No use estiquetas impresas. SI UD. NO COMPLETA LA LINEA INSCRITA PARA VOTAR APROPRIADAMENTE, SU VOTO SERA INVALIDO Y NO CONTADO. POR FAVOR PREGUNTE SI UD. TIENE DUDAS.**
5. Coloque su boleta llena en la sobre certificado incluido, séllelo y entreguela al trabajador de elecciones.

Printed on Recycled Paper.

Union County Votes
available now
Download on the App Store
ANDROID APP ON Google play

# WARREN COUNTY

# Township of Allamuchy
## Primary Election, July 7, 2020
## Warren County, NJ



*Holly Mackey*
Holly Mackey
Warren County Clerk

**INSTRUCTIONS TO VOTERS:**
To vote, completely darken the OVAL beside your choice. To vote for a person whose name is NOT on the ballot, write the candidate's name on the write-in line and darken the OVAL beside the name. If you wrongly mark, tear or deface this ballot, call the Warren County Clerk's office at 908-475-6211 and request a new one.

PLEASE FILL OVAL LIKE THIS: ●

| Choice for President & Delegates | United States Senator | Surrogate |
|---|---|---|
| 4 Year Term<br>Vote for One Slate<br>11th Delegate District | 6 Year Term<br>Vote for One | 5 Year Term<br>Vote for One |

### Choice for President & Delegates

**United States Senator** — 6 Year Term — Vote for One

**Surrogate** — 5 Year Term — Vote for One

○ **Joseph R. BIDEN**
Delegates: Linda Telschow, Thomas Regrut, Kendall Lopez
*Warren County Democratic Party*

○ **Lawrence HAMM**
Not Me. Us.

○ **John MASSARO**
Warren County Democratic Party

○ **Bernie SANDERS**
Delegates: Patricia Campos Medina, Mary Gerhold, Aaron Hyndman
*Bernie 2020. Not Me. Us.*

○ **Cory BOOKER**
Warren County Democratic Party

○ _____
Write-in

○ Uncommitted Delegates
Christine Chan, Janice J. Miller

○ _____
Write-in

### Surrogate

**Freeholder** — 3 Year Term — Vote for One

○ _____
Write-in

### Member of the House of Representatives - 5th Congressional District
2 Year Term
Vote for One

○ **Steven J. HAMBURGER**
Warren County Democratic Party

○ **Josh GOTTHEIMER**
Warren County Democratic Party

○ _____
Write-in

### Allamuchy Council Member
3 Year Term
Vote for no more than Two

**No Petition Filed**

○ **Arati S. KREIBICH**
Real Democrat, Real Change

○ _____
Write-in

○ _____
Write-in

○ _____
Write-in

**SAMPLE BALLOT**

## DEMOCRATIC BALLOT

# Township of Allamuchy
## Primary Election, July 7, 2020
# Warren County, NJ

*Holly Mackey*
**Holly Mackey**
Warren County Clerk

**INSTRUCTIONS TO VOTERS:**
To vote, completely darken the OVAL beside your choice. To vote for a person whose name is NOT on the ballot, write the candidate's name on the write-in line and darken the OVAL beside the name. If you wrongly mark, tear or deface this ballot, call the Warren County Clerk's office at 908-475-6211 and request a new one.

PLEASE FILL OVAL LIKE THIS: ⬤

### Choice for President
4 Year Term
Vote for One

○ **Donald J. TRUMP**
Warren County Regular Republican Organization

○ _____
Write-in

### Delegates to the Republican National Convention - 5th
Vote for One Slate

○ **Delegates - At - Large:**
Christopher J. Christie, Michael L. Testa, Joseph Pennacchio, Kristin Corrado, Edward Bruce DiDonato, Henry Y. Kuhl, Edward S. Walsh, Afzal Barlas, Joanne Gilmore, Munr Kazmir
**Alternate Delegates-At-Large:**
John V. Azzariti, Stavros G. Christoudias, Susan L. Enderly, Janice M. Fields, Michael Lavery, Alexander C. Markowits, Darlene Shotmeyer, Thomas P. Ragukonis, Dorothy Burger, Theresa A. Winegar
**District Delegates:** Giavona Priolo Sullivan, Mike Vergara, Jack Zisa
**Alternate District Delegates:** Angela Toscano, Faith Vohden, Harold Wirths
Warren County Regular Republican Organization

### United States Senator
6 Year Term
Vote for One

○ **Natalie Lynn RIVERA**
We The People

○ **Eugene T. ANAGNOS**
Prevent CA East

○ **Rikin "Rik" MEHTA**
Warren County Regular Republican Organization

○ **Hirsh SINGH**
Keep America Great New Jersey

○ **Patricia FLANAGAN**
America First Republicans

○ _____
Write-in

### Member of the House of Representatives - 5th Congressional District
2 Year Term
Vote for One

○ **John J. MCCANN Jr.**
Keep America Great New Jersey

○ **James BALDINI**
America First Republicans

○ **Hector Luis CASTILLO**
Make New Jersey Great Again

○ **Frank T. PALLOTTA**
Warren County Conservative Republican

○ _____
Write-in

### Surrogate
5 Year Term
Vote for One

○ **Kevin M. O'NEILL**
Warren County Regular Republican Organization

○ _____
Write-in

### Freeholder
3 Year Term
Vote for One

○ **Lori CIESLA**
Warren County Regular Republican Organization

○ **Ted TOMASZEWSKI**

○ _____
Write-in

### Allamuchy Council Member
3 Year Term
Vote for no more than Two

○ **James "Jim" COTE**
Honesty Loyalty Transparency

○ **Rosemary TUOHY**
Delivering Leadership & Results for Allamuchy

○ _____
Write-in

○ _____
Write-in

**SAMPLE BALLOT**

## REPUBLICAN BALLOT