JAIME R. PLACEK, ESQ. (041071996)
KAUFMAN SEMERARO & LEIBMAN, LLP
Two Executive Drive, Suite 530
Fort Lee, New Jersey 07024
Tel:  201-947-8855
Fax:  201-947-2402
 jplacek@northjerseyattorneys.com
*Attorneys for the Office of the Bergen County Clerk*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTINE CONFORTI,<br><br>                    Plaintiff,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, and PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk,<br><br>                    Defendants. | **Case No. 3:20-cv-08267**<br><br>**NOTICE OF MOTION FOR INTERVENTION PURSUANT TO Fed.R.Civ.P. 24**<br><br>MOTION DAY: November 2, 2020<br><br>ORAL ARGUMENT REQUESTED IF OPPOSITION FILED |

**VIA E-FILE:**
Brett M. Pugach, Esq.
Yael Bromberg, Esq.
Bromberg Law LLC
43 West 43rd Street, Suite 32
New York, NY 10036-7424
*Attorneys for Plaintiff*

**VIA LAWYER'S SERVICE:**
Christine Giordano Hanlon
Monmouth County Clerk,
Market Yard
33 Mechanic Street,
Freehold, NJ 07728
*Defendant*

**VIA LAWYER'S SERVICE:**
Scott M. Colabella,
Ocean County Clerk,
118 Washington Street
Toms River, NJ 08753
*Defendant*

**VIA LAWYER'S SERVICE:**
Paula Sollami Covello,
Mercer County Clerk,
209 South Broad Street,
Trenton, NJ 08608
*Defendant*

**PLEASE TAKE NOTICE** that on November 2, 2020, or as soon thereafter as counsel may be heard, Kaufman Semeraro & Leibman, L.L.P., attorneys for the Office of the Bergen County Clerk, shall move before the Honorable Chief Judge Freda L. Wolfson, United States District Judge, at Court Room 5E, Clarkson S. Fischer Building & United States Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order authorizing the Office of the Bergen County Clerk to intervene in this matter as a party in interest pursuant to Fed.R.Civ.P. 24.

**PLEASE TAKE FURTHER NOTICE** that the Memorandum/Certification of Jaime R. Placek, Esq. submitted herewith in support of the Motion.

A proposed form of Order is included with this Notice of Motion.

**PLEASE TAKE FURTHER NOTICE** that oral argument is respectfully requested.

                                                       s/Jaime Placek
                                                       JAIME R. PLACEK, ESQ. (041071996)
                                                       KAUFMAN SEMERARO & LEIBMAN, LLP
                                                       *Attorneys for the Office of the Bergen County Clerk*

Dated: October 1, 2020