## **CERTIFICATION OF SERVICE**

I hereby certify that on October 1, 2020, this motion was filed via ECF with the United States District Court for the District of New Jersey, Trenton Vicinage.

I further certify that on the same date a courtesy copy of this motion was sent via Lawyer's Service to the Chambers of the Honorable Chief Judge Freda L. Wolfson, United States District Judge at Court Room 5E, Clarkson S. Fischer Building & United States Courthouse, 402 East State Street, Trenton, New Jersey 08608.

I further certify that on the same date a copy of the within motion was sent via Lawyer's Service to:

| | |
|---|---|
| Brett M. Pugach, Esq.<br>Yael Bromberg, Esq.<br>Bromberg Law LLC<br>43 West 43rd Street, Suite 32<br>New York, NY 10036-7424<br>*Attorneys for Plaintiff* | Christine Giordano Hanlon<br>Monmouth County Clerk,<br>Market Yard<br>33 Mechanic Street,<br>Freehold, NJ 07728<br>*Defendant* |
| Scott M. Colabella,<br>Ocean County Clerk,<br>118 Washington Street<br>Toms River, NJ 08753<br>*Defendant* | Paula Sollami Covello,<br>Mercer County Clerk,<br>209 South Broad Street,<br>Trenton, NJ 08608<br>*Defendant* |

Dated: October 1, 2020

s/ Jaime R. Placek
_____
JAIME R. PLACEK, ESQ. (041071996)