**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| CHRISTINE CONFORTI,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, and PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk,<br><br>    Defendants. | Case No. 3:20-cv-08267<br><br>Civil Action<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the law firm of Kaufman, Semeraro & Leibman, L.L.P. (Jaime R. Placek, Esq. appearing), hereby enters their appearance in this action as counsel for Office of the Bergen County Clerk, Intervenor/Party in Interest to this action pursuant to the Order filed _____, 2020, by the Honorable Chief Judge Freda L. Wolfson, U.S.D.J. (Docket No. 3:20-cv-08267).

          KAUFMAN SEMERARO & LEIBMAN, LLP

          By: s/Jaime Placek
             JAIME R. PLACEK, ESQ. (041071996)
             KAUFMAN SEMERARO & LEIBMAN, LLP
             2 Executive Drive, Suite 530
             Fort Lee, New Jersey 07024
             Tel: 201-947-8855
             Fax: 201-947-2402
             jplacek@northjerseyattorneys.com
             *Attorneys for the Office of the Bergen County Clerk*

DATED: October 1, 2020