**BERRY SAHRADNIK KOTZAS & BENSON, P.C.**
212 Hooper Avenue, P.O. Box 757
Toms River, NJ 08754-0757
Phone: (732) 349-4800
Fax: (732) 349-1983
*Attorneys for Defendant Scott M. Colabella, in his official capacity as Ocean County Clerk*

| | |
|---|---|
| CHRISTINE CONFORTI,<br><br>　　　　　　Plaintiff<br>　　vs.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, and PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk,<br><br>　　　　　　Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No.: 3:20-cv-08267-FLW-TJB<br><br>**Civil Action**<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that John C. Sahradnik, Esq. and Christopher A. Khatami, Esq., of the law firm of Berry, Sahradnik, Kotzas & Benson hereby enter their appearances as counsel for Defendant Scott M. Colabella in his official capacity as Ocean County Clerk in the above-captioned matter.

　　　　　　　　　　　　　　　　　　BERRY SAHRADNIK KOTZAS & BENSON

　　　　　　　　　　　　　　　　　　By: _JC Sahradnik_
　　　　　　　　　　　　　　　　　　JOHN C. SAHRADNIK, ESQ. (001811976)

　　　　　　　　　　　　　　　　　　By: _____
DATED: October 6, 2020　　　　　　CHRISTOPHER A. KHATAMI, ESQ. (043472013)