UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI,<br><br>  Plaintiff,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, and PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk,<br><br>  Defendants. | Case No. 3:20-cv-08267-FLW-TJB<br><br>Civil Action<br><br>NOTICE OF APPEARANCE<br>OF ANGELO J. GENOVA, ESQ. |

**PLEASE TAKE NOTICE** that the law firm of Genova Burns, LLC (Angelo J. Genova, Esq., appearing) hereby enters their appearance in this action as counsel for Defendant, Paula Sollami Covello, in her official capacity as Mercer County Clerk, in the above captioned matter.

                              **GENOVA BURNS LLC**

By:    */s/ Angelo J. Genova*
       ANGELO J. GENOVA, ESQ.
       494 Broad Street
       Newark, New Jersey 07102
       973-533-0777
       973-533-1112 (fax)
       agenova@genovaburns.com

#15570456v1(1815.180)