UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, and PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk,<br><br>    Defendants. | Case No. 3:20-cv-08267-FLW-TJB<br><br>Civil Action<br><br>NOTICE OF APPEARANCE<br>OF JENNIFER BOREK, ESQ. |

**PLEASE TAKE NOTICE** that the law firm of Genova Burns, LLC (Jennifer Borek, Esq., appearing) hereby enters their appearance in this action as counsel for Defendant, Paula Sollami Covello, in her official capacity as Mercer County Clerk, in the above captioned matter.

               **GENOVA BURNS LLC**

  By: */s/ Jennifer Borek*
     JENNIFER BOREK
     494 Broad Street
     Newark, New Jersey 07102
     973-533-0777
     973-533-1112 (fax)
     jborek@genovaburns.com

#15570457v1 (1815.180)