## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, and PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk,<br><br>　　　　　　Defendants. | Case No. 3:20-cv-08267-FLW-TJB<br><br>Civil Action<br><br>NOTICE OF APPEARANCE<br>OF CHRISTOPHER ZAMLOUT, ESQ. |

**PLEASE TAKE NOTICE** that the law firm of Genova Burns, LLC (Christopher Zamlout, Esq., appearing) hereby enters their appearance in this action as counsel for Defendant, Paula Sollami Covello, in her official capacity as Mercer County Clerk, in the above captioned matter.

　　　　　　　　　　　　　　　　　　**GENOVA BURNS LLC**

　　　　　　　　　　　　　By:　　*/s/ Christopher Zamlout*
　　　　　　　　　　　　　　　　　CHRISTOPHER ZAMLOUT
　　　　　　　　　　　　　　　　　494 Broad Street
　　　　　　　　　　　　　　　　　Newark, New Jersey 07102
　　　　　　　　　　　　　　　　　973-533-0777
　　　　　　　　　　　　　　　　　973-533-1112 (fax)
　　　	　　　　　　　　　　　　　czamlout@genovaburns.com

#15570455v1 (1815.180)