**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTINE CONFORTI,<br><br>            Plaintiff,<br><br>       v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, and PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk,<br><br>            Defendants. | Case No. 3:20-cv-08267-FLW-TJB<br><br>Civil Action<br><br>**NOTICE OF APPEARANCE**<br>**OF CHRISTOPHER ZAMLOUT, ESQ.** |

**PLEASE TAKE NOTICE** that Christopher Zamlout, Esq. of the law firm of Genova Burns, LLC hereby enters their appearance in this action as counsel for Defendant, Paula Sollami Covello, in her official capacity as Mercer County Clerk, in the above captioned matter.

                                                                        **GENOVA BURNS LLC**

                                By:     /s/ *Christopher Zamlout*
                                         CHRISTOPHER ZAMLOUT
                                         494 Broad Street
                                         Newark, New Jersey 07102
                                         973-533-0777
                                         973-533-1112 (fax)
                                         czamlout@genovaburns.com

Dated: October 15, 2020

#15570455v1 (1815.180)