**REARDON ANDERSON, LLC**
**Erik Anderson, Esq. / 033232001**
**55 Gilbert Street North**
**Suite 2204**
**Tinton Falls, NJ 07701**
**p: (732) 758-8070**
**f:  (732) 758-8071**
*Attorneys for Defendant Christine Giordano Hanlon,*
*In her official capacity as Monmouth County Clerk*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, | **Civil Action No.: 3:20cv08267** |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his Official capacity as Ocean County Clerk, And PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Erik Anderson, Esq. of the law firm of Reardon Anderson, LLC hereby enters his appearance as counsel for Defendant Christine Giordano Hanlon in her official capacity as Monmouth County Clerk in the above-captioned matter.

**REARDON ANDERSON, LLC**

By:___*/s/ Erik Anderson*_____

Dated:  October 16, 2020