**REARDON ANDERSON, LLC**
Erik Anderson, Esq. / 033232001
55 Gilbert Street North
Suite 2204
Tinton Falls, NJ 07701
p: (732) 758-8070
f: (732) 758-8071
*Attorneys for Defendant Christine Giordano Hanlon,*
*In her official capacity as Monmouth County Clerk*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, | Civil Action No.: 3:20cv08267 |
| Plaintiff, | |
| v. | **APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(B)** |
| CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his Official capacity as Ocean County Clerk, And PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, | |
| Defendants. | |

Application is hereby made for a Clerk's Order extending the time within which Defendant Christine Giordano Hanlon in her official capacity as Monmouth County Clerk ("Hanlon") may answer, move or otherwise reply to the Complaint and Jury Demand filed by Plaintiff, Christine Conforti. In support of this application, it is represented that:

1. No previous extension has been obtained;

2. Plaintiff's Complaint was filed on July 6, 2020;

3. On August 24, 2020, Plaintiff requested that Hanlon waive service was counsel agreed to do pursuant to FRCP 4(d);

    4.    Defendant's time to answer, move or otherwise reply therefore expires on October 19, 2020 under FRCP 12(a)(1)A(ii); and

    5.    This application is made prior to the expiration of the period sought to be extended.

It is respectfully requested that the time within this Defendant may answer, move or otherwise reply to the Complaint be extended by a period of fourteen (14) days through November 2, 2020.

**REARDON ANDERSON, LLC**

By:___*/s/ Erik Anderson*_____

Dated:  October 16, 2020

**ORDER**

The above application is GRANTED, and the Defendant's time to answer, move or otherwise reply is extended to November 2, 2020.

Order Dated  October ___, 2020

BY:_____