UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, and PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk,<br><br>　　　　Defendants. | Case No. 3:20-cv-08267<br><br>ORDER |

**THIS MATTER** having been brough before the Court by Kaufman Semeraro & Leibman, LLP, attorneys for the Office of the Bergen County Clerk (Jaime R. Placek, Esq. appearing), by way of Notice of Motion to Intervene on notice to the attorney for Plaintiff, Christine Conforti, and Defendants, Christine Giordano Hanlon, in her official capacity as Monmouth County Clerk, Scott M. Colabella, in his official capacity as Ocean County Clerk, and Paula Sollami Covello, in her official capacity as Mercer County Clerk; and the Court having reviewed the papers submitted both in support and in opposition of the above referenced application; and the Court having considered the arguments of counsel, if any; and the Court finding that proper notice was given to all necessary parties; and the Court finding that the above referenced Motion to Intervene was timely submitted to this Court; and the

Court finding that proper grounds exist for ~~Intervention of Right and~~ Permissive Intervention by the Office of the Bergen County Clerk; and for good cause having been shown;

IT IS ON THIS 22 DAY OF October, 2020, ORDERED as follows:

1. The Office of the Bergen County Clerk, being expressly identified and referenced in Paragraph 21 of the Complaint filed by Plaintiff initiating this action, shall be and is hereby permitted to intervene as a party in interest to this action and shall have Intervenor/Party in Interest status in this action upon the filing of a Notice of Appearance by legal counsel and no further pleading shall be required for this purpose.

2. The Notice of Appearance filed by legal counsel for the Office of the Bergen County Clerk pursuant to Paragraph 1 of this Order shall serve as the required responsive pleading to be filed by the Office of the Bergen County Clerk as Intervenor/Party in Interest in this action and that filing shall require service of all filings in this action on legal counsel for Intervenor/Party in Interest the Office of the Bergen County Clerk.

3. A true and correct copy of this order shall be served on all parties herein within seven (7) days of entry hereof.

_____
HON. ~~FREDA L. WOLFSON, U.S.D.J.~~ (SMJ)

Dated: Oct 22, 2020

2

Docket Entry No 7 is terminated