UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, and PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk,<br><br>　　　　　　　Defendants. | Case No. 3:20-cv-08267-FLW-TJB<br><br>Civil Action<br><br>CONSENT ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND |

　　　This matter having come before the Court by way of Complaint filed by Plaintiff, Christine Conforti; and all parties having consented to this form of order; and for good cause shown,

　　　IT IS this 30th day of October 2020, **ORDERED** as follows:

　　　1.　The the time within which Defendant may answer or otherwise respond to Plaintiff's Complaint is hereby extended an additional fourteen (14) days to November 16, 2020.

　　　It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. TONIANNE J. BONGIOVANNI, U.S.M.J.