## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI,<br><br>            Plaintiff,<br><br>    v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, and PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk,<br><br>            Defendants. | Case No. 3:20-cv-08267-FLW-TJB<br><br>Civil Action<br><br>**CONSENT ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND** |

This matter having come before the Court by way of Complaint filed by Plaintiff, Christine Conforti; and all parties having consented to this form of order; and for good cause shown,

**IT IS** this __16th____ day of ____November____ 2020, **ORDERED** as follows:

1.  The the time within which all Defendants may answer or otherwise respond to Plaintiff's Complaint is hereby extended an additional twenty-one (21) days to December 7, 2020.

It is so **ORDERED.**

                                                      __s/Tonianne J. Bongiovanni_____
                                                      HON. TONIANNE J. BONGIOVANNI, U.S.M.J.

The undersigned hereby consent to the form and entry of this Order:

| | |
|---|---|
| **BROMBERG LAW LLC** <br> *Attorneys for Plaintiff* <br> *Christine Conforti* <br><br> By:   *s/ Brett M. Pugach* <br>         BRETT M. PUGACH <br>         43 West 43rd Street, Suite 32 <br>         New York, NY 10036-7424 <br>         973-600-9148 <br>         bpugach@bromberglawllc.com <br><br> Dated: November 13, 2020 | **GENOVA BURNS LLC** <br> *Attorneys for Defendant* <br> *Paula Sollami Covello* <br><br> By:   */s/ Jennifer Borek* <br>         JENNIFER BOREK <br>         494 Broad Street <br>         Newark, New Jersey 07102 <br>         973-533-0777 <br>         jborek@genovaburns.com <br><br> Dated: November 13, 2020 |
| **BERRY SAHRADNIK KOTZAS & BENSON** <br> *Attorneys for Defendant* <br> *Scott M. Colabella* <br><br> By: *s/ Christopher A. Khatami* <br>         CHRISTOPER A. KHATAMI <br>         212 Hooper Avenue <br>         P.O. Box 757 <br>         Toms River, New Jersey 08754 <br>         732-349-4800 <br>         khatami@bskb-law.com <br><br> Dated: November 13, 2020 | **REARDON ANDERSON LLC** <br> *Attorneys for Defendant* <br> *Christine Giordano Hanlon* <br><br> By: *s/ Erik Anderson* <br>         ERIK ANDERSON <br>         55 Gilbert Street North <br>         Suite 2204 <br>         Tinton Falls, New Jersey 07701 <br>         732-758-8070 <br>         eanderson@reardonanderson.com <br><br> Dated: November 13, 2020 |

15654354v1 (1815.180)