UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI<br><br>                    Plaintiff,<br><br>vs.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official Capacity as Ocean County Clerk; and PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk,<br><br>                    Defendants. | Civil Action No. 3:20-cv-08267-FLW-TJB<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT AS TO DEFENDANT, CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, PURSUANT TO F.R.C.P. 12(b)(6)** |

**TO COUNSEL:**
Brett M. Pugach, Esq.
Yael Bromberg, Esq.
Bromberg Law, LLC
43 West 43rd Street, Suite 32
New York, NY 10036-7424
*Attorneys for Plaintiff, Christine Conforti*

Christopher A. Khatami, Esq.
Berry Sahradnik Kotzas & Benson, P.C.
212 Hooper Avenue, P.O. Box 757
Toms River, NJ 08754-0757
*Attorneys for Defendant, Scott M. Colabella,
in his official capacity as Ocean County Clerk*

Jennifer Borek, Esq.
Genova Burns
30 Montgomery Street
11th Floor
Jersey City, NJ 07302
*Attorneys for Defendant, Paula Covello,
in her official capacity as Mercer County Clerk*

Jaime Richard Placek
Kaufman, Semeraro & Liebman, LLP
Two Executive Drive
Suite 530
Fort Lee, NJ 07024
*Attorneys for Office of the Bergen County Clerk*

1

**NOTICE IS HEREBY GIVEN** that on January 4, 2021, at 9 a.m., or as soon thereafter as the matter can be heard before the Honorable Magistrate Judge Tonianne J. Bongiovanni in the United States District Court for the District of New Jersey, Trenton Vicinage, Defendant Christine Giordano Hanlon, in her official capacity as Monmouth County Clerk (hereinafter "Hanlon") will move before the Court to enter an Order dismissing plaintiff's Complaint as to Hanlon, pursuant to both Federal Rule of Civil Procedure 12(b)(6) and Local Rule 12.1.

The motion is made on the grounds that the Complaint of plaintiff, Christine Conforti (hereinafter "plaintiff") cannot state a cause of action as to Hanlon, and that Hanlon is entitled to dismissal of all claims in plaintiff's Complaint, with prejudice. This motion will be based on this Notice of Motion and Motion, the Memorandum in Support thereof, Declaration of Erik Anderson, Esq., as served and filed wherewith, the records and file herein, and on such evidence as may be presented at the hearing of the motion.

DATED: December 7, 2020                    /S/ Erik Anderson, Esq.

                                           ERIK ANDERSON, ESQ.
                                           Thomas W. Carter, Esq.
                                           Reardon Anderson, LLC
                                           *Attorneys for Defendant,*
                                           *Christine Giordano Hanlon, in*
                                           *her capacity as Monmouth County Clerk*