**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTINE CONFORTI<br><br>                      Plaintiff,<br><br>vs.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official Capacity as Ocean County Clerk; and PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk,<br><br>                      Defendants. | Civil Action No. 3:20-cv-08267-FLW-TJB<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT AS TO DEFENDANT, CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, PURSUANT TO F.R.C.P. 12(b)(6)** |

**THIS MATTER** having come before the Court by way of Defendant Christine Giordano Hanlon (in her official capacity as Monmouth County Clerk)'s Motion to Dismiss Plaintiff's Complaint as to Defendant, Christine Giordano Hanlon (in her official capacity as Monmouth County Clerk) pursuant to F.R.C.P. 12(b)(6) against Plaintiff Christine Conforti; and that this motion was filed within time provided by the Local Civil Court Rules for Procedure for the United States District Court for the District of New Jersey and the Federal Rule of Civil Procedure 12(b)(6); and for the reasons set forth on the record; and for good cause shown,

      IT IS on this ___ day of _____, 2021:

      **ORDERED** that Defendant, Christine Giordano Hanlon (in her official capacity as Monmouth County Clerk)'s Motion to Dismiss Plaintiff's Complaint, as against Plaintiff Christine Conforti, is hereby **GRANTED**; and it is further

      **ORDERED** that any and all claims in Plaintiff Christine Conforti's Complaint against Defendant Christine Giordano Halon (in her official capacity as Monmouth County Clerk), are hereby dismissed, in their entirety, **with** prejudice.

DATED:

_____
TONIANNE G. BONGIOVANNI, U.S.M.J.