EXHIBIT 3

**16 Township of Freehold**

**Democratic**

*Christine Giordano Hanlon*
*Monmouth County Clerk*

## Official Democratic Mail-In Ballot
Primary Election, Tuesday, July 7, 2020, Monmouth County, New Jersey

| Office Title | Democratic | Democratic | Democratic | Democratic | Democratic | Personal Choice |
|---|---|---|---|---|---|---|
| **Choice for President and Delegates to the Democratic National Convention** Seventh Delegate District A vote for President is an automatic vote for all affiliated Delegates and Alternate Delegates. Vote for One | Joseph R. **BIDEN** *Monmouth County Democrats* **Delegates:** Mary FOSTER-SCOALES, Michael DuPONT, Joseph LIBUTTI, Ava JOHNSON **Alternate Delegate:** Edward ZIPPRICH | | Bernie **SANDERS** *Bernie 2020 Not Me, Us.* **Delegates:** Joel E. SCHWARTZ, Katherine TRIGGIANO, Anna-Marta VISKY, Dan WON **Alternate Delegate:** Angus McDOUGALD | | | *write in (and fill in oval)* |
| **For United States Senate** Vote for One | Cory **BOOKER** *Monmouth County Democrats* | Lawrence **HAMM** *Not Me, Us* | | | | *write in (and fill in oval)* |
| **For U.S. House of Representatives** 4th Cong. District Vote for One | Stephanie **SCHMID** *Monmouth County Democrats* | | | Christine **CONFORTI** *Monmouth County Democrats for the People* | David **APPLEFIELD** *Fairness in Healthcare, Schools, Local Businesses* | *write in (and fill in oval)* |
| **For County Clerk** Vote for One | Angela **AHBEZ-ANDERSON** *Monmouth County Democrats* | | | | | *write in (and fill in oval)* |
| **For Members of the Board of Chosen Freeholders** Vote for Two | Michael **PENNA** *Monmouth County Democrats* | Angelica **ASHFORD** *Not Me, Us* | | | | *write in (and fill in oval)* |
| | Moira **NELSON** *Monmouth County Democrats* | Lucille **BENFANTI** *Not Me, Us* | | | | *write in (and fill in oval)* |
| **For Members of the Township Committee** Vote for Two | David **GROSSMAN** *Monmouth County Democrats* | | | | | *write in (and fill in oval)* |
| | No Petition Filed | | | | | *write in (and fill in oval)* |

**Vote Both Sides ⇧**

### Instructions to the Voter:

1. To vote for any candidate whose name is printed on this ballot, fill in the oval to the right of the candidate's name (from this ◯, to this ●). Do not vote for more than the number of candidates to be elected to each office.

2. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.

3. To vote for a person whose name is not printed on this ballot, write the person's name on the blank line(s) (marked "write in") beside the proper title of office and fill in the oval to the right of the name (from this ◯, to this ●).

4. Do not mark this ballot in any manner other than provided for and do not erase. If you spoil your ballot, request a new one from the County Clerk's office. If you mark your ballot in such a way that your intent is unclear, or if you vote for more than the number to be elected to an office, your vote for that office will not be counted.

To **PROTECT YOUR VOTE**: It is against the law for anyone except you, the voter, to mark or inspect this ballot. However, a family member may assist you in doing so. If you are an incapacitated voter, a person other than a family member may also assist you in doing so.

# Official Democratic Mail-In Ballot

Primary Election, Tuesday, July 7, 2020, Monmouth County, New Jersey

## How to vote for County Committee:

1. Match your Voting District on your mailing label (see illustration) to the list below. Vote for up to two candidates underneath your voting district by filling in the oval to the right of the candidate's name from (from this ○, to this ●). Vote only for candidates in your Election District.

2. To vote for a candidate whose name is not printed on this ballot, write that person's name in one of the blank lines at the bottom of the list (marked "Personal Choice") and fill in the oval to the right of the name (from this ○, to this ●). **If you choose to vote on the Personal Choice line, be sure to write your voting district number in the box provided.**

**16 Township of Freehold**

Voting District

[SAMPLE ballot label: 06/05/18, PRIMARY ELECTION, YOUR TOWN, 00_09, Cong: 12 Leg: 17 Fire FD1 FR1 ...PE, JOHN Q. DOE, 123 ANY STREET, YOUR TOWN, NJ 01234]

| For Members of the County Committee Vote for Two | | Freehold Township 9 | | Freehold Township 17 | | Freehold Township 26 | |
|---|---|---|---|---|---|---|---|
| | | Jennie Jeannette MISTRETTA<br>Monmouth County Democrats | ○ | Kim E. LUXHOJ<br>Monmouth County Democrats | ○ | Mary M. THOMANN<br>Monmouth County Democrats | ○ |
| **Freehold Township 1** | | No Petition Filed | | No Petition Filed | | Raymond S. SANTIAGO<br>Monmouth County Democrats | ○ |
| No Petition Filed | | **Freehold Township 10** | | **Freehold Township 18** | | Samy CHENG ROBLES<br>Not Me Us | ○ |
| No Petition Filed | | Mary COZZOLINO<br>Monmouth County Democrats | ○ | Miriam FALK<br>Monmouth County Democrats | ○ | | |
| **Freehold Township 2** | | Raymond A. RAYA<br>Monmouth County Democrats | ○ | No Petition Filed | | **Your Voting District:** | |
| Scott A. BERLIN<br>Monmouth County Democrats | ○ | **Freehold Township 11** | | **Freehold Township 19** | | | |
| Wendy SABIN<br>Monmouth County Democrats | ○ | Jonathan H. LOMURRO<br>Monmouth County Democrats | ○ | No Petition Filed | | Personal Choice | ○ |
| **Freehold Township 3** | | Heather R. LOMURRO<br>Monmouth County Democrats | ○ | No Petition Filed | | Personal Choice | ○ |
| Adele N. MEISTRICH<br>Monmouth County Democrats | ○ | **Freehold Township 12** | | **Freehold Township 20** | | | |
| Alexander WISIENSKI<br>Monmouth County Democrats | ○ | Jeffrey D. WILLIAMS<br>Monmouth County Democrats | ○ | No Petition Filed | | | |
| **Freehold Township 4** | | Ritesh P. SHAH<br>Monmouth County Democrats | ○ | No Petition Filed | | | |
| No Petition Filed | | **Freehold Township 13** | | **Freehold Township 21** | | | |
| No Petition Filed | | Margaret S. BEEKMAN<br>Monmouth County Democrats | ○ | No Petition Filed | | | |
| **Freehold Township 5** | | Victorian C. MATTAR<br>Monmouth County Democrats | ○ | No Petition Filed | | | |
| Kathleen VALLEE<br>Monmouth County Democrats | ○ | **Freehold Township 14** | | **Freehold Township 22** | | | |
| No Petition Filed | | Haven L. FRANKLIN<br>Monmouth County Democrats | ○ | No Petition Filed | | | |
| **Freehold Township 6** | | John P. JOHNSTON<br>Monmouth County Democrats | ○ | No Petition Filed | | | |
| Doris LIN<br>Monmouth County Democrats | ○ | **Freehold Township 15** | | **Freehold Township 23** | | | |
| No Petition Filed | | Marc DIAMENT<br>Monmouth County Democrats | ○ | No Petition Filed | | | |
| **Freehold Township 7** | | No Petition Filed | | No Petition Filed | | | |
| No Petition Filed | | **Freehold Township 16** | | **Freehold Township 24** | | | |
| No Petition Filed | | No Petition Filed | | No Petition Filed | | | |
| **Freehold Township 8** | | No Petition Filed | | No Petition Filed | | | |
| Dolores YP WILSON<br>Monmouth County Democrats | ○ | | | **Freehold Township 25** | | | |
| No Petition Filed | | | | Joann L. DOWNEY<br>Monmouth County Democrats | ○ | | |
| | | | | Stephen G. DOWNEY<br>Monmouth County Democrats | ○ | | |

**Vote Both Sides ⇨**