# EXHIBIT 4

## OFFICIAL DEMOCRATIC PARTY PRIMARY BALLOT

| OFFICE TITLE | DEMOCRATIC COLUMN F | DEMOCRATIC COLUMN G | DEMOCRATIC COLUMN H | DEMOCRATIC COLUMN I | DEMOCRATIC COLUMN J | DEMOCRATIC COLUMN K | DEMOCRATIC COLUMN L | PERSONAL CHOICE |
|---|---|---|---|---|---|---|---|---|
| **CHOICE FOR PRESIDENT** FOUR YEAR TERM (VOTE FOR ONE) | **Joseph R. BIDEN** Official Regular Democratic Organization | **Bernie SANDERS** Bernie 2020, Not Me, Us. | UNCOMMITTED | | | | | WRITE-IN |
| **DELEGATES TO THE NATIONAL CONVENTION DISTRICT DELEGATES** (5th Delegate District) A VOTE FOR CHOICE FOR PRESIDENT IS AN AUTOMATIC VOTE FOR ALL AFFILIATED MALE AND FEMALE DISTRICT DELEGATES. | OFFICIAL REGULAR DEMOCRATIC ORGANIZATION MALINI GUHA BRETT CANNON MARY CAMPBELL CRUZ | BERNIE 2020, NOT ME, US. TARA ASTOR ANNA GOTT-GRAF NICK SODANO | UNCOMMITTED ISRAEL DEL RIO | | | | | |
| **MEMBER OF THE UNITED STATES SENATE** SIX YEAR TERM (VOTE FOR ONE) | **Cory BOOKER** Official Regular Democratic Organization | | | | | | | WRITE-IN |
| **MEMBER OF THE HOUSE OF REPRESENTATIVES** (4th Congressional District) TWO YEAR TERM (VOTE FOR ONE) | **Stephanie SCHMID** Official Regular Democratic Organization | **Lawrence HAMM** Not Me, Us. | **David APPLEFIELD** Fairness in Healthcare, Schools, Local Businesses. | **Christine CONFORTI** Ocean County Democrats For The People | | | | WRITE-IN |
| **COUNTY CLERK** FIVE YEAR TERM (VOTE FOR ONE) | **Kathy M. RUSSELL** Official Regular Democratic Organization | | | | | | | WRITE-IN |
| **MEMBER OF THE BOARD OF CHOSEN FREEHOLDERS** THREE YEAR TERM (VOTE FOR ONE) | **Helen DELA CRUZ** Official Regular Democratic Organization | | | | | | | WRITE-IN |
| **TOWNSHIP COMMITTEE** THREE YEAR TERM (VOTE FOR ONE) | **NO PETITION FILED** | | | | | | | WRITE-IN |

**IMPORTANT! ATTENTION VOTERS!**

This is a PRIMARY ELECTION. Therefore you are confined legally to a choice of candidates for nomination within your own Political Party. To comply with the law, you are not permitted to vote for more than ONE Political Party in the Primary.

Familiarize yourself with this ballot and instructions. It will assist you in voting, and save time on Election Day. All voters who can, should vote early in the day and thus avoid the possibility of congestion and inconvenience to themselves and others near the close of the polls.

OFFICIAL REPUBLICAN PARTY PRIMARY BALLOT APPEARS ON THE OTHER SIDE

*IMPORTANT INSTRUCTIONS TO VOTERS*

Please read the following before marking your ballot:

1. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.
2. Completely fill in oval to the right of each of your selections.

MARK BALLOT LIKE THIS:  John DOE ●

3. To vote for any person whose name is not printed on this ballot, go to the Personal Choice Column and darken the oval by the words "write-in" for the office in which you want to write-in. Write the name of the person for which you wish to vote on the blank line.
4. If you tear, deface or incorrectly mark this ballot, return it and obtain a new ballot.

Additional voter information will be available in all polling locations or visit:
www.elections.nj.gov
www.oceancountyclerk.com
www.facebook.com/oceancountyclerk