# EXHIBIT 5



Official Primary Election Sample Ballot — Robbinsville Borough, Mercer County, New Jersey, July 7, 2020, 4th Congressional District.




## Robbinsville Township - DEMOCRATIC

| DISTRICT | COUNTY COMMITTEE - VOTE FOR TWO | DISTRICT | COUNTY COMMITTEE - VOTE FOR TWO | DISTRICT | COUNTY COMMITTEE - VOTE FOR TWO |
|---|---|---|---|---|---|
| 1 | TERESA STIMPFEL, Regular Democratic Organization | | | | |
| 1 | CHARLES AUSTIN, Regular Democratic Organization | | | | |
| 2 | SONJA WALTER, Regular Democratic Organization | | | | |
| 2 | GUS T. SIGGELAKIS, Regular Democratic Organization | | | | |
| 3 | ANTONIO MARTINEZ, Regular Democratic Organization | | | | |
| 3 | NO PETITION FILED | | | | |
| 4 | ANTHONY SALVATORE, Regular Democratic Organization | | | | |
| 4 | GERALDINE SALVATORE, Regular Democratic Organization | | | | |
| 5 | BIANCA I. JEREZ, Regular Democratic Organization | | | | |
| 5 | NO PETITION FILED | | | | |
| 6 | JAMES D. FREEMAN, Regular Democratic Organization | | | | |
| 6 | ROBERT P. DAVIS, Regular Democratic Organization | | | | |
| 7 | AMBER HALPERN, Regular Democratic Organization | | | | |
| 7 | NO PETITION FILED | | | | |
| 8 | MICHAEL ESPOSITO, Regular Democratic Organization | | | | |
| 8 | PIZZA SEERRA, Regular Democratic Organization | | | | |
| 9 | THOMAS J. HASTIE, Jr., Regular Democratic Organization | | | | |
| 9 | NOUSHIN KANANI ASADPOUR, Regular Democratic Organization | | | | |

## Robbinsville Township - REPUBLICAN

| DISTRICT | COUNTY COMMITTEE - VOTE FOR TWO | DISTRICT | COUNTY COMMITTEE - VOTE FOR TWO | DISTRICT | COUNTY COMMITTEE - VOTE FOR TWO |
|---|---|---|---|---|---|
| 1 | NO PETITION FILED | | | | |
| 1 | NO PETITION FILED | | | | |
| 2 | NO PETITION FILED | | | | |
| 2 | NO PETITION FILED | | | | |
| 3 | CHRISTINE CIACCIO, Regular Organization Republican | | | | |
| 3 | NO PETITION FILED | | | | |
| 4 | ANTHONY CIACCIO, Regular Organization Republican | | | | |
| 4 | NO PETITION FILED | | | | |
| 5 | NO PETITION FILED | | | | |
| 5 | NO PETITION FILED | | | | |
| 6 | VINCENT J. CALCAGNO, Regular Organization Republican | | | | |
| 6 | NO PETITION FILED | | | | |
| 7 | NO PETITION FILED | | | | |
| 7 | NO PETITION FILED | | | | |
| 8 | MARIE E. ONDY, Regular Organization Republican | | | | |
| 8 | NO PETITION FILED | | | | |
| 9 | NO PETITION FILED | | | | |
| 9 | NO PETITION FILED | | | | |