# EXHIBIT 6

| | Candidate | % | Votes |
|---|---|---|---|
| ✓ | Chris Smith (R) | 57.2 | 161,245 |
| | Stephanie Schmid (D) | 41.3 | 116,506 |
| | Hank Schroeder (Make Change Happen Party) | 0.6 | 1,747 |
| | Michael Rufo (L) | 0.5 | 1,433 |
| | Andrew Pachuta (Common Sense Party) | 0.4 | 1,060 |

BP Incumbents are **bolded and underlined**. Source

Total votes: 281,991

## Democratic election

### Democratic primary for U.S. House New Jersey District 4

Stephanie Schmid defeated Christine Conforti and David Applefield in the Democratic primary for U.S. House New Jersey District 4 on July 7, 2020.

| | Candidate | % | Votes |
|---|---|---|---|
| ✓ | Stephanie Schmid | 67.4 | 38,444 |
| | Christine Conforti | 25.1 | 14,331 |
| | David Applefield | 7.4 | 4,244 |

BP There were no incumbents in this race. The results have been certified. Source

Total votes: 57,019

## Republican election

Republican primary for U.S. House Ne

Do you think you're an informed voter? Find out in our quiz!

Incumbent Chris Smith defeated Alter Eliezer Richter in the House New Jersey District 4 on July 7, 2020.