# EXHIBIT 7

SUBSCRIBE  DONATE

B P

# Stephanie Schmid

Stephanie Schmid (Democratic Party) ran for election to the U.S. House to represent New Jersey's 4th Congressional District. She lost in the general election on November 3, 2020.

Schmid completed Ballotpedia's Candidate Connection survey in 2020. Click here to read the survey answers.

 This page was current at the end of the individual's last campaign covered by Ballotpedia. Please contact us with any updates.

Stephanie Schmid



Democratic Party
Elections and appointments
Last election   November 3, 2020
Contact
Campaign website
Campaign Facebook
Campaign Twitter
Campaign Instagram
Personal Facebook
Personal Twitter
Personal LinkedIn

## Biography

Stephanie Schmid studied at Yale University and University of California at Berkeley School of Law.[1]

## Elections

### 2020

*See also: New Jersey's 4th Congressional District election, 2020*
*New Jersey's 4th Congressional District election, 2020 (July 7 Democratic primary)*
*New Jersey's 4th Congressional District election, 2020 (July 7 Republican primary)*

#### General election

General election for U.S. House New

Do you think you're an informed voter? Find out in our quiz!

Incumbent Chris Smith defeated Stephanie Schmid, Hank Andrew Pachuta in the general election for U.S. House New Jersey District 4 on November 3, 2020.

| | Candidate | % | Votes |
|---|---|---|---|
| ✓ | **Chris Smith** (R) | 57.2 | 161,245 |
| | Stephanie Schmid (D) | 41.3 | 116,506 |
| | Hank Schroeder (Make Change Happen Party) | 0.6 | 1,747 |
| | Michael Rufo (L) | 0.5 | 1,433 |
| | Andrew Pachuta (Common Sense Party) | 0.4 | 1,060 |

B*P* Incumbents are bolded and underlined. Source

Total votes: 281,991

## Democratic election

### Democratic primary for U.S. House New Jersey District 4

Stephanie Schmid defeated Christine Conforti and David Applefield in the Democratic primary for U.S. House New Jersey District 4 on July 7, 2020.

| | Candidate | % | Votes |
|---|---|---|---|
| ✓ | Stephanie Schmid | 67.4 | 38,444 |
| | Christine Conforti | 25.1 | 14,331 |
| | David Applefield | 7.4 | 4,244 |

B*P* There were no incumbents in this race. The results have been certified. Source

Total votes: 57,019

## Republican election

### Republican primary for U.S. House Ne

Do you think you're an informed voter? Find out in our quiz!

Incumbent Chris Smith defeated Alter Eliezer Richter in the House New Jersey District 4 on July 7, 2020.