# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, and PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk,<br><br>　　　　　　　Defendants. | Case No. 3:20-cv-08267-FLW-TJB<br><br>Civil Action<br><br>**NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

TO:　Brett M. Pugach, Esq.
　　　Bromberg Law, LLC
　　　43 West 43rd Street, Suite 32
　　　New York, New York 10036
　　　Attorney for Plaintiff

**COUNSEL:**

　　**PLEASE TAKE NOTICE** that on **January 4, 2021**, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned, counsel for defendant, Paula Sollami-Covello will move before the Honorable Freda L. Wolfson, U.S.D.J., at the U.S. District Court for the District of New Jersey, 402 East State Street Room 2020, Trenton, NJ 08608, for an Order dismissing plaintiff, Christine Conforti's Complaint pursuant to Fed. R. Civ. Proc. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the accompanying Brief in Support of Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that a Proposed Form of Order is submitted herewith.

**GENOVA BURNS LLC**
*Attorneys for Defendant,*
*Paula Sollami-Covello*

By:  */s/ Angelo J. Genova*
      Angelo J. Genova, Esq.
      Jennifer Borek, Esq.
      Christopher Zamlout, Esq.
      GENOVA BURNS LLC
      494 Broad Street
      Newark, New Jersey 07102
      973-533-0777
      973-533-1112 (fax)
      agenova@genovaburns.com
      jborek@genovaburns.com
      czamlout@genovaburns.com

Dated:  December 7, 2020

## CERTIFICATE OF SERVICE

I, Jennifer Borek, certify that a copy of (1) Defendant's Notice of Motion to Dismiss; (2) Defendant's Brief in Support of its Motion; and (3) a Proposed Order was filed on the Court's CM/ECF system on December 7, 2020, which caused a copy of the foregoing to be served on counsel of record for all parties:

Brett M. Pugach, Esq.
Bromberg Law, LLC
43 West 43rd Street, Suite 32
New York, New York 10036
*Attorney for Plaintiff*

Erik Anderson, Esq.
Reardon Anderson LLC
55 Gilbert Street North
Suite 2204
Tinton Falls, New Jersey 07701
*Attorney for Defendant Christine Giordano Hanlon*

Christopher Ali Khatami, Esq.
John C. Sahradnik, Esq.
Berry Sahradnik Kotzas & Benson
212 HOOPER AVENUE
P.O. Box 757
Toms River, New Jersey 08754
*Attorneys for Defendant Mark M. Colabella*

Jaime Richard Placek, Esq.
Rafael Jaume Corbalan, Esq.
Kaufman Semeraro & Liebman, LLP
Two Executive Drive
Suite 530
Fort Lee, New Jersey 07024
*Attorneys for Intervenor, Bergen County Clerk*

Dated: December 7, 2020

                                           */s/ Jennifer Borek*  
                                                    Jennifer Borek, Esq.

#15698419v1 (1815.180)