## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI,<br><br>               Plaintiff,<br><br>   v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, and PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk,<br><br>               Defendants. | Case No. 3:20-cv-08267-FLW-TJB<br><br>Civil Action<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT** |

**THIS MATTER** having come before the Court by way of Motion by Genova Burns, LLC (Angelo J. Genova, Esq., Jennifer Borek, Esq., and Christopher Zamlout, Esq., appearing), on behalf of defendant, Hon. Paula Sollami-Covello, in her official capacity as Mercer County Clerk ("Defendant"), seeking an Order dismissing the Complaint of plaintiff, Christine Conforti, for failure to state a cause of action pursuant to Fed. R. Civ. P. Rule 12(b)(6); and the Court having considered the papers submitted therewith and any papers in opposition thereto; and having heard the arguments for Defendant and Plaintiff, if any; and for other good cause shown;

**IT IS** on this _____ day of _____, 2021, **ORDERED** as follows:

1. Defendant's motion to dismiss the Complaint with prejudice is **GRANTED**.

2. Plaintiff's Complaint is dismissed with prejudice in its entirety for failure to state a cause of action pursuant to Fed. R. Civ. P. Rule 12(b)(6).

_____
HON. FREDA L. WOLFSON, U.S.D.J.

Dated:

#15698629v1 (1815.180)