**BERRY SAHRADNIK KOTZAS & BENSON, P.C.**
212 Hooper Avenue, P.O. Box 757
Toms River, NJ 08754-0757
Phone: (732) 349-4800
Fax: (732) 349-1983
*Attorneys for Defendant Scott M. Colabella, in his official capacity as Ocean County Clerk*

| | |
|---|---|
| CHRISTINE CONFORTI,<br><br>Plaintiff<br><br>vs.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, and PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk,<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No.: 3:20-cv-08267-FLW-TJB<br><br>Civil Action<br><br>ORDER |

THIS MATTER having been brought before this Court by Christopher A. Khatami, Esq. of Berry, Sahradnik, Kotzas & Benson, Attorneys for Defendant, Ocean County Clerk, Scott M. Colabella; and the Court having considered the papers submitted, the argument of counsel and for good cause shown;

IT IS on this _____ day of January _____, 2021,

    **ORDERED AND ADJUDGED** as follows:

1. Defendant Ocean County Clerk Scott M. Colabella's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) is GRANTED;

2. Plaintiff's Complaint is hereby DISMISSED with prejudice.

3.  A copy of this order shall be served on all counsel within
    _____ days.


                                        _____
                                        TONIANNE J. BONGIOVANNI, U.S.M.J.