**BERRY SAHRADNIK KOTZAS & BENSON, P.C.**
212 Hooper Avenue, P.O. Box 757
Toms River, NJ 08754-0757
Phone: (732) 349-4800
Fax: (732) 349-1983
*Attorneys for Defendant Scott M. Colabella, in his official capacity as Ocean County Clerk*

| | |
|---|---|
| CHRISTINE CONFORTI,<br><br>Plaintiff<br><br>vs.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, and PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk,<br><br>Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>**Civil Action No.: 3:20-cv-08267-FLW-TJB**<br><br>Civil Action<br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that on December 7, 2020, I filed the within Motion to Dismiss on behalf of Defendant Scott M. Colabella in his official capacity as Ocean County Clerk via electronic filing with the Clerk of the United States District Court, Trenton Vicinage, and all counsel of record.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**BERRY SAHRADNIK KOTZAS & BENSON**

s/ *CHRISTOPHER A. KHATAMI*

Dated: December 7, 2020