BROMBERG LAW LLC

| | |
|---|---|
| YAEL BROMBERG, ESQ., PRINCIPAL* <br> BRETT M. PUGACH, ESQ., OF COUNSEL** <br><br> T: (212) 859-5083 \| F: (201) 586-0427 | 43 West 43rd Street, Suite 32 <br> New York, NY 10036-7424 <br><br> P.O. Box 1131 <br> Glen Rock, NJ 07452-1131 |

December 18, 2020

**VIA ELECTRONIC FILING**
William T. Walsh, Clerk of Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

      **RE:**    **Conforti v. Hanlon, Case 3:20-cv-08267-FLW-TJB**
               **Automatic Extension of Time to File Opposition to Motion to Dismiss**

Dear Mr. Walsh,

      This firm represents the plaintiff, Christine Conforti ("Plaintiff") in the above-captioned matter. Please accept this letter pursuant to L.Civ.R. 7.1(d)(5) for an automatic extension of the motion day in connection with Defendants' motion to dismiss the Complaint. The originally noticed motion day has not previously been extended or adjourned. The motion to dismiss is currently returnable on January 4, 2021, and, pursuant to L.Civ.R. 7.1(d)(2), Plaintiff's opposition is currently due on December 21, 2020. Pursuant to L.Civ.R. 7.1(d)(5), kindly update the motion calendar to reflect that the new motion day be set for January 18, 2021.

      Thank you for the Court's attention to this matter.

                                                                              Respectfully submitted,

                                                                             /s/ Brett M. Pugach
                                                                             Brett M. Pugach, Esq.
                                                                             BROMBERG LAW LLC

                                                                             *Counsel for Plaintiff,*
                                                                             *Christine Conforti*

c.      Jaime R. Placek, Esq. (via electronic filing)
           Angelo J. Genova, Esq. (via electronic filing)
           Jennifer Borek, Esq. (via electronic filing)
           Christopher Zamlout, Esq. (via electronic filing)
           Erik Anderson, Esq. (via electronic filing)
           John C. Sahradnik, Esq. (via electronic filing)
           Christopher A. Khatami, Esq. (via electronic filing)
           Rafael J. Corbalan, Esq. (via electronic filing)
           Yael Bromberg, Esq. (via email) (ybromberg@bromberglawllc.com)

\* Licensed to practice in New Jersey, New York, and the District of Columbia
\*\* Licensed to practice in New Jersey and New York
