# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, and PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk,<br><br>　　　　　　Defendants. | Case No. 3:20-cv-08267-FLW-TJB<br><br>Civil Action<br><br>**CONSENT ORDER** |

This matter having come before the Court upon the application of Bromberg Law LLC, by Brett M. Pugach, on behalf of Plaintiff Christine Conforti, for leave to file an amended complaint, and Defendants having filed motions to dismiss the original complaint, and all counsel having consented to the terms of this Order and for good cause shown,

**IT IS** on this _____ day of _____ 2021, **ORDERED** as follows:

1. The Clerk of the Court is directed to terminate the motions at ECF Nos. 26, 27, and 28.

2. Plaintiff shall file their Amended Complaint not later than January 25, 2021.

3. Defendants shall file their Motions to Dismiss the Amended Complaint on or before February 16, 2021.

4. Plaintiff's opposition to the Motions to Dismiss shall be filed on or before March 8, 2021.

5. Defendants shall file reply briefs, if any, on or before March 22, 2021.

---
HON. FREDA L. WOLFSON, C.J.

The undersigned hereby consent to the form and entry of this order:

| | |
|---|---|
| **BROMBERG LAW LLC** | **GENOVA BURNS LLC** |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Christine Conforti* | *Paula Sollami Covello* |

By: /s/ Brett M. Pugach  
     BRETT M. PUGACH  
     43 West 43rd Street, Suite 32  
     New York, NY 10036-7424  
     973-600-9148  
     bpugach@bromberglawllc.com

By: /s/ Jennifer Borek  
     JENNIFER BOREK  
     494 Broad Street  
     Newark, New Jersey 07102  
     973-533-0777  
     jborek@genovaburns.com

Dated: January 4, 2021

Dated January 4, 2021

| | |
|---|---|
| **BERRY SAHRADNIK KOTZAS & BENSON** | **REARDON ANDERSON LLC** |
| *Attorneys for Defendant* | *Attorneys for Defendant* |
| *Scott M. Colabella* | *Christine Giordano Hanlon* |

By: /s/ Christopher A. Khatami  
     CHRISTOPHER A. KHATAMI  
     212 Hooper Avenue  
     P.O. Box 757  
     Toms River, New Jersey 08754  
     732-349-4800  
     ckhatami@bskb-law.com

By: Erik Anderson  
     ERIK ANDERSON  
     55 Gilbert Street North  
     Suite 2204  
     Tinton Falls, New Jersey 07701  
     732-758-8070  
     eanderson@reardonanderson.com

Dated: January 4, 2021

Dated January 4, 2021