UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI,<br><br>              Plaintiff,<br><br>   v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, and PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk,<br><br>              Defendants. | Case No. 3:20-cv-08267-FLW-TJB<br><br>Civil Action<br><br>**CONSENT ORDER** |

      This matter having come before the Court upon the application of Bromberg Law LLC, by Brett M. Pugach, on behalf of Plaintiff Christine Conforti, for leave to file an amended complaint, and Defendants having filed motions to dismiss the original complaint, and all counsel having consented to the terms of this Order and for good cause shown,

      **IT IS** on this __5th__ day of __January__ 2021, **ORDERED** as follows:

      1.    The Clerk of the Court is directed to terminate the motions at ECF Nos. 26, 27, and 28.

      2.    Plaintiff shall file their Amended Complaint not later than January 25, 2021.

      3.    Defendants shall file their Motions to Dismiss the Amended Complaint on or before February 16, 2021.

      4.    Plaintiff's opposition to the Motions to Dismiss shall be filed on or before March 8, 2021.

      5.    Defendants shall file reply briefs, if any, on or before March 22, 2021.

/s/ Freda L. Wolfson
---
HON. FREDA L. WOLFSON, C.J.

The undersigned hereby consent to the form and entry of this order:

**BROMBERG LAW LLC**
*Attorneys for Plaintiff*
*Christine Conforti*

By: /s/ Brett M. Pugach
BRETT M. PUGACH
43 West 43rd Street, Suite 32
New York, NY 10036-7424
973-600-9148
bpugach@bromberglawllc.com

Dated:  January 4, 2021

**GENOVA BURNS LLC**
*Attorneys for Defendant*
*Paula Sollami Covello*

By: /s/ Jennifer Borek
JENNIFER BOREK
494 Broad Street
Newark, New Jersey 07102
973-533-0777
jborek@genovaburns.com

Dated January 4, 2021

**BERRY SAHRADNIK KOTZAS & BENSON**
*Attorneys for Defendant*
*Scott M. Colabella*

By: /s/ Christopher A. Khatami
CHRISTOPHER A. KHATAMI
212 Hooper Avenue
P.O. Box 757
Toms River, New Jersey 08754
732-349-4800
ckhatami@bskb-law.com

Dated:  January 4, 2021

**REARDON ANDERSON LLC**
*Attorneys for Defendant*
*Christine Giordano Hanlon*

By: Erik Anderson
ERIK ANDERSON
55 Gilbert Street North
Suite 2204
Tinton Falls, New Jersey 07701
732-758-8070
eanderson@reardonanderson.com

Dated January 4, 2021