Mathew B. Thompson, Esq.
**BERRY SAHRADNIK KOTZAS & BENSON, P.C.**
212 Hooper Avenue, P.O. Box 757
Toms River, NJ 08754-0757
Phone: (732) 349-4800
Fax: (732) 349-1983
*Attorneys for Defendant, Scott M. Colabella, in his official capacity as Ocean County Clerk*

| | |
|---|---|
| CHRISTINE CONFORTI,<br><br>                          Plaintiff<br><br>vs.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, and PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk,<br><br>                          Defendants | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No.:<br>3:20-cv-08267-FLW-TJB<br><br><u>Civil Action</u><br><br>**SUBSTITUTION OF ATTORNEY** |

   The undersigned hereby consent to the substitution of Mathew B. Thompson, Esq., of the law firm of Berry, Sahradnik, Kotzas & Benson, P.C. as Attorney for Defendant, Scott M. Colabella, in his official capacity as Ocean County Clerk, in the above entitled action.

**BERRY, SAHRADNIK, KOTZAS & BENSON, P.C.**
Superseding Attorney

BY: _____     Date: January 19, 2021
   **Mathew B. Thompson, Esq.**

**BERRY, SAHRADNIK, KOTZAS & BENSON, P.C.**
Withdrawing Attorney

BY: *s/Christopher A. Khatami*_____     Date: January 19, 2021
   **Christopher A. Khatami, Esq.**