# EXHIBIT A

# ATLANTIC COUNTY

**DEMOCRATIC MAIL-IN BALLOT / OFFICIAL PRIMARY ELECTION**

# Absecon Ward 1
**Atlantic County, New Jersey**
**2nd Congressional District - July 7, 2020**

EDWARD P. McGETTIGAN
*Atlantic County Clerk*

**To Protect Your Vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU THE VOTER TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so.

**IMPORTANT INSTRUCTIONS TO VOTERS**

**Please read the following before marking your ballot:**

1. To vote for any person whose name is printed on this ballot **use only a pencil or ink pen (black or blue)** and fill in the oval ⬤ to the right of the candidate's name, not in excess of the number to be elected to the office.

2. To vote for any person whose name is not printed on this ballot, write the name in the **PERSONAL CHOICE COLUMN**, and fill in that oval to the right of the name. Do not vote for more candidates than are to be elected.

3. If you tear, deface or incorrectly mark this ballot, return it to the Atlantic County Clerk's Election Office and obtain a new ballot.

| OFFICE TITLE | Column A Democratic | Column B Democratic | Column C Democratic | Column D Democratic | Column E Democratic | Column F Democratic | PERSONAL CHOICE |
|---|---|---|---|---|---|---|---|
| **Choice for President** VOTE FOR ONE | Joseph R. BIDEN ○ | Bernie SANDERS ○ | | ○ | | | ○ |
| **2nd District Delegates to Democratic National Convention** | A VOTE ABOVE IS A VOTE FOR ALL DELEGATES | A VOTE ABOVE IS A VOTE FOR ALL DELEGATES | | A VOTE ABOVE IS A VOTE FOR ALL DELEGATES | | | NO PERSONAL CHOICE FOR DELEGATES |
| **U.S. Senator** VOTE FOR ONE | | Lawrence HAMM ○ | Cory BOOKER ○ | | | | ○ |
| **House of Representatives** VOTE FOR ONE | Amy KENNEDY ○ | | Brigid CALLAHAN HARRISON ○ | Will CUNNINGHAM ○ | Robert D. TURKAVAGE ○ | John FRANCIS ○ | ○ |
| **Sheriff** VOTE FOR ONE | Eric SCHEFFLER ○ | | | | | | ○ |
| **Surrogate** VOTE FOR ONE | Stephen DICHT ○ | | Levi FOX ○ | | | | ○ |
| **Freeholder-at-Large** VOTE FOR TWO | Caren FITZPATRICK ○ | | | | | | ○ |
| | Celeste FERNANDEZ ○ | | | | | | ○ |
| **Mayor** VOTE FOR ONE | Kimberly A. HORTON ○ | | | | | | ○ |
| **Council** VOTE FOR ONE | Elizabeth (Betty) HOWELL ○ | | | | | | ○ |

Form 1 - Absecon

REPUBLICAN MAIL-IN BALLOT / OFFICIAL PRIMARY ELECTION

# Absecon Ward 1
Atlantic County, New Jersey
2nd Congressional District - July 7, 2020

EDWARD P. McGETTIGAN
Atlantic County Clerk

**To Protect Your Vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU
THE VOTER TO MARK OR INSPECT THIS BALLOT.
However, a family member may assist you in doing so.

**IMPORTANT INSTRUCTIONS TO VOTERS**

**Please read the following before marking your ballot:**

1. To vote for any person whose name is printed on this ballot **use only a pencil or ink pen (black or blue)** and fill in the oval ● to the right of the candidate's name, not in excess of the number to be elected to the office.

2. To vote for any person whose name is not printed on this ballot, write the name in the **PERSONAL CHOICE COLUMN**, and fill in that oval to the right of the name. Do not vote for more candidates than are to be elected.

3. If you tear, deface or incorrectly mark this ballot, return it to the Atlantic County Clerk's Election Office and obtain a new ballot.

| OFFICE TITLE | Column A Republican | Column B Republican | Column C Republican | Column D Republican | Column E Republican | PERSONAL CHOICE |
|---|---|---|---|---|---|---|
| **Choice for President** VOTE FOR ONE | Donald J. TRUMP ○ | | | | | ○ |
| **Delegates-at-Large to Republican National Convention** VOTE FOR SIX SLATE | DONALD J. TRUMP ○ | | | | | NO PERSONAL CHOICE FOR DELEGATES |
| **Alternate Delegates-at-Large** | | | | | | |
| **2nd Congressional District Delegates** | | | | | | |
| **2nd Congressional Alternate District Delegates** | | | | | | |
| **U.S. Senator** VOTE FOR ONE | Hirsh SINGH ○ | Natalie Lynn RIVERA ○ | Rikin "Rik" MEHTA ○ | Eugene T. ANAGNOS ○ | Patricia FLANAGAN ○ | ○ |
| **House of Representatives** VOTE FOR ONE | Jeff VAN DREW ○ | | | | Robert W. PATTERSON ○ | ○ |
| **Sheriff** VOTE FOR ONE | Joseph A. O'DONOGHUE ○ | | | | | ○ |
| **Surrogate** VOTE FOR ONE | James CURCIO ○ | | | | | ○ |
| **Freeholder-at-Large** VOTE FOR TWO | John W. RISLEY, Jr. ○ James TOTO ○ | | | | | ○ ○ |
| **Mayor** VOTE FOR ONE | Gregory SEHER ○ | | | | | ○ |
| **Council** VOTE FOR ONE | Nicholas LaROTONDA ○ | | | | | ○ |

Form 1 - Absecon

# BERGEN COUNTY

JOHN S. HOGAN
Secretary of the Borough of Bergen / 버겐 카운티 클럭
County Bergen Plaza, Hackensack, NJ 07601
One County Plaza, Hackensack, NJ 07601

# OFFICIAL PRIMARY ELECTION SAMPLE BALLOT
# BALOTA OFICIAL DE MUESTRA DE LA ELECCIÓN PRIMARIA
# 공식 예비선거 견본 투표용지

## Borough of Allendale

**Bergen County, New Jersey - Tuesday, July 7, 2020**
**Condado de Bergen, Nueva Jersey - Martes, 7 de Julio de 2020**
버겐카운티, 뉴저지, 2020년 7월 7일 화요일

The Primary Election on July 7, 2020 is being conducted primarily by mail as per Executive Order #144 signed by Governor Murphy on May 15, 2020.

**This is your Sample Ballot. This is NOT your Vote-by-Mail Ballot used to cast your vote. If you need to request duplicate Vote-by-Mail Ballot, please call (201) 336-7020.**

Voters who received a Vote-by-Mail ballot are encouraged to mail their ballot to the Bergen County Board of Elections in the postage paid envelope as soon as possible. Ballots returned by mail must be postmarked no later than July 7, 2020. A Vote-by-Mail ballot can also be placed in one of six secure Ballot Drop Boxes located throughout the County. The locations of Bergen County's Election Ballot Drop Boxes can be found at *www.co.bergen.nj.us/bergen-county-board-of-elections/ballot-drop-box-locations.* The deadline for placing it in one of the Election Ballot Drop Boxes or for delivering your ballot in-person to the Bergen County Board of Elections is 8:00 p.m. on July 2, 2020.

A limited number of polling places are available to voters on Election Day where only **provisional paper ballots will be available to cast your vote.** The location of your polling place is on the reverse side of this sample ballot. Polls are open from 6:00 a.m. to 8:00 p.m. If a voter has a disability and needs an accessible ballot he/she may call the County Clerk's Office or may go to his/her assigned polling place which will provide access to an in-person accessible voting device on Primary Election Day.

This Primary Election Sample Ballot can also be found at www.bergencountyclerk.org. A sample ballot will be posted at each polling place.

If you have questions, call the County Clerks Office at (201) 336-7020 or the County Board of Elections at (201) 336-6230.

La elección Primaria del 7 de julio de 2020 se está llevando a cabo principalmente por correo según la Orden ejecutiva #144 firmada por el gobernador Murphy el 15 de mayo de 2020.

**Esta es su balota de muestra. Esta NO es su balota de voto Por Correo utilizada para emitir su voto. Si usted necesita solicitar un duplicado de la balota de voto por correo, por favor llame al (201) 336-7020.**

A los votantes que recibieron una balota de voto por correo se les solicita enviar su balota por correo a la Junta Electoral del Condado de Bergen en el sobre que ya tiene el franqueo pagado (no necesita estampilla) lo antes posible. Las balotas devueltas por correo deben estar matasellados a más tardar el 7 de julio de 2020. La balota de voto por correo también se pueden colocar en una de las seis casillas de seguridad de votación ubicadas en todo el condado. Las ubicaciones de los cajones electorales de votación del condado de Bergen se pueden encontrar en *www.co.bergen.nj.us/bergen-county-board-of-elections/ballot-drop-box-locations.* La fecha límite para colocarlo en uno de los buzones de votación electoral o para entregar su balota en persona a la Junta Electoral del Condado de Bergen es el 7 de julio de 2020 a las 8:00 p.m.

Hay un número limitado de lugares de votación disponibles para los votantes en el día de las elecciones, donde solo estarán disponibles de papel estarán disponibles para emitir su voto. La ubicación de su lugar de votación está al otro lado de esta balota de muestra. Las urnas están abiertas de 6:00 a.m. a 8:00 p.m. Si un votante tiene una discapacidad y necesita una balota electoral accesible puede llamar a la Oficina del Secretario del Condado o puede ir a su lugar de votación asignado, el cual le proporcionará acceso a un dispositivo de votación accesible en persona el Día de la Elección Primaria.

Esta balota de muestra de la elección primaria también se puede encontrar en www.bergencountyclerk.org. Se publicará una balota de muestra en cada lugar de votacion.

Si usted tiene preguntas, por favor llamar a la oficina del Secretario del Condado al (201) 336-7020 o la Junta de Elecciones del Condado al (201) 336-6230.

**PLEASE SEE REVERSE SIDE OF BALLOT FOR VOTING INSTRUCTIONS**
**POR FAVOR VEA EL LADO REVERSO PARA INSTRUCCIONES DE VOTAR**



THIS BALLOT CANNOT BE VOTED. IT IS A SAMPLE OF THE PROVISIONAL PRIMARY ELECTION BALLOT USED AT THE POLLING LOCATION ON ELECTION DAY.

NO SE PUEDE VOTAR EN ESTA BALOTA. ESTA ES SOLO UNA MUESTRA DE LA BALOTA PROVISIONAL DE LA ELECCIÓN PRIMARIA QUE SE USARÁ EN LAS MÁQUINAS DE VOTACIÓN EL DÍA DE LAS ELECCIONES.

이 투표용지로 투표하실 수 없습니다. 이 용지는 선거일날 투표장에서 사용될 예비선거 견본 잠정 투표용지 입니다.

## DEMOCRATIC – DEMÓCRATA – 민주당

## REPUBLICAN – REPUBLICANO – 공화당

# BURLINGTON COUNTY



*Joanne Schwartz*
JOANNE SCHWARTZ
County Clerk

# DEMOCRAT MAIL-IN BALLOT
## OFFICIAL PRIMARY ELECTION • JULY 7, 2020
## COUNTY OF BURLINGTON
## TOWNSHIP OF MAPLE SHADE
### 1ST CONGRESSIONAL DISTRICT • 4TH DELEGATE DISTRICT

**IMPORTANT INSTRUCTIONS TO VOTERS**

Please read the following before marking your ballot:

1. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.
2. Completely fill in oval to the right of each of your selections.

MARK BALLOT LIKE THIS:   John DOE ●

3. To vote for any person whose name is not printed on the ballot, go to the Personal Choice Column and then from the oval by the words "write-in" for the office in which you want to write-in. Write the name of the person for which you wish to vote on the blank line.
4. If you tear, deface or incorrectly mark this ballot contact the Burlington County Clerk to obtain a new ballot.



THIS BALLOT CANNOT BE VOTED - IT IS A SAMPLE OF THE BALLOT SENT TO VOTERS

| OFFICE TITLE | DEMOCRAT COLUMN 1 BURLINGTON COUNTY DEMOCRATS | DEMOCRAT COLUMN 2 | DEMOCRAT COLUMN 3 | DEMOCRAT COLUMN 4 | DEMOCRAT COLUMN 5 | DEMOCRAT COLUMN 6 | DEMOCRAT COLUMN 7 | DEMOCRAT COLUMN 8 | PERSONAL CHOICE |
|---|---|---|---|---|---|---|---|---|---|
| CHOICE FOR PRESIDENT (Vote for ONE) | Joseph R. BIDEN Burlington County Regular Democrats ○ | | Bernie SANDERS Bronx 2020, Not Me, Us. ○ | | | | | | WRITE-IN ○ |
| DISTRICT DELEGATES (the Delegates Below) A vote for the Choice For President is an automatic vote for all of his/her Delegates AND Female District Delegates AND Alternate District Delegates to the the Democratic National Convention | BURLINGTON COUNTY REGULAR DEMOCRATS JAMES BEACH MERYL GREENE BARRIN GLASS JAMES KEHOE | | BERNIE 2020, NOT ME, US. KRISTEN AFFRIME JEFF EPSTEIN MICHAEL MILLER SHANITA SMITH-GIST | | | | | | |
| MEMBER OF THE UNITED STATES SENATE FULL TERM (Vote for ONE) | Cory BOOKER Burlington County Regular Democrats ○ | Lawrence HAMM Not Me, Us. ○ | | | | | | UNCOMMITTED UNCOMMITTED ○ | WRITE-IN ○ |
| MEMBER OF THE HOUSE OF REPRESENTATIVES 1ST Congressional District FULL TERM (Vote for ONE) | Donald W. NORCROSS Burlington County Regular Democrats ○ | | | | | | | BRUCE SCHWARTZ ○ | WRITE-IN ○ |
| MEMBER OF THE BOARD OF CHOSEN FREEHOLDERS FULL TERM (Vote for TWO) | Tom PULLION Burlington County Regular Democrats ○ | | | | | | | | WRITE-IN ○ |
| | Balvir SINGH Burlington County Regular Democrats ○ | | | | | | | | WRITE-IN ○ |
| MEMBER OF THE TOWNSHIP COUNCIL FULL TERM (Vote for THREE) | Claire B. VOLPE Burlington County Regular Democrats ○ | | | | | | | | WRITE-IN ○ |
| | Nelson WIEST Burlington County Regular Democrats ○ | | | | | | | | WRITE-IN ○ |
| | Steve SCHMIDT Burlington County Regular Democrats ○ | | | | | | | | WRITE-IN ○ |

© 2014 Dominion Voting Systems. All Rights Reserved.

1



Joanne Schwartz
JOANNE SCHWARTZ
County Clerk

**REPUBLICAN**
**MAIL-IN BALLOT**
**OFFICIAL**
**PRIMARY ELECTION**
**JULY 7, 2020**
**COUNTY OF BURLINGTON**
**TOWNSHIP OF MAPLE SHADE**
**1ST CONGRESSIONAL DISTRICT**

**To Protect Your Vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, however, a family member may assist you in doing so.

**IMPORTANT INSTRUCTIONS**
**TO VOTERS**

Please read the following before marking your ballot:

1. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.

2. Completely fill in oval to the right of each of your selections.

MARK BALLOT LIKE THIS:

John DOE  ⬤

3. To vote for any person whose name is not printed on this ballot, go to the Personal Choice Column and darken the oval by the words "write-in" for the office in which you want to write-in. Write the name of the person for whom you wish to vote on the blank line.

4. If you tear, deface or incorrectly mark this ballot, contact the Burlington County Clerk to obtain a new ballot.

| OFFICE TITLE | REPUBLICAN COLUMN 1 | REPUBLICAN COLUMN 2 | REPUBLICAN COLUMN 3 | REPUBLICAN COLUMN 4 | REPUBLICAN COLUMN 5 | PERSONAL CHOICE |
|---|---|---|---|---|---|---|
| **CHOICE FOR PRESIDENT** (VOTE FOR ONE) | | **Donald J. TRUMP** Burlington County Regular Republican Organization | | | | WRITE-IN |
| **DELEGATES TO THE NATIONAL CONVENTION** UNDER REPUBLICAN PARTY RULES THE ENTIRE DELEGATE SLATE IS VOTED FOR BY FILLING IN THE SINGLE OVAL. | | **BURLINGTON COUNTY REGULAR REPUBLICAN ORGANIZATION** CHRISTOPHER J. CHRISTIE   HENRY F. NEVE JOSEPH DEVONCENTIS   EDWARD E. BULLER EDWARD BRUCE BERNARD   JOANNE ELKADERE KRISTIN CORRADO   ROBIN FALZON JOHN KELLIHER   DIDDTTY BURGER DEREK J. CAMPANARILO ANTHONY M. POWELL | | | | WRITE-IN |
| **DISTRICT DELEGATES** (1st Congressional District) (VOTE FOR ONE) | | **Tinamarie NICOLO** Burlington County Regular Republican Organization | | | | WRITE-IN |
| **ALTERNATE DISTRICT DELEGATES** (1st Congressional District) (VOTE FOR ONE) | | **John ADAMS** Burlington County Regular Republican Organization | | | | WRITE-IN |
| **UNITED STATES SENATE** (VOTE FOR ONE) | | **Rikin "Rik" MEHTA** Burlington County Regular Republican Organization | **Patricia FLANAGAN** America First Republicans | **Hirsh SINGH** Burlington County Conservatives Republicans | **Eugene T ANAGNOS** Proven GA Eco' | WRITE-IN |
| **HOUSE OF REPRESENTATIVES** (1st Congressional District) (VOTE FOR ONE) | **Natalie Lynn RIVERA** We The People | **Claire H. GUSTAFSON** Burlington County Regular Republican Organization | | | | WRITE-IN |
| **MEMBERS OF THE BOARD OF CHOSEN FREEHOLDERS** FULL TERM (VOTE FOR TWO) | | **John ADAMS** Burlington County Regular Republican Organization   **David C. MOY** Burlington County Regular Republican Organization | | | | WRITE-IN   WRITE-IN |
| **MEMBERS OF THE TOWNSHIP COUNCIL** FULL TERM (VOTE FOR THREE) | | **NO PETITION FILED** | | | | WRITE-IN   WRITE-IN   WRITE-IN |

© 2014 Dominion Voting Systems. All Rights Reserved

# CAMDEN COUNTY

COUNTY OF CAMDEN
OFFICE OF THE COUNTY CLERK

Election Division
División de Elecciones
Elections & Archive Center
100 University Ct • P.O. Box 124
Blackwood, NJ 08012
856.225.7340
electclk@camdencounty.com



Joseph Ripa
Camden County Clerk
Secretario del Condado de Camden

Dear Voter,

In light of the ongoing novel coronavirus (COVID-19) pandemic, Governor Murphy issued several Executive Orders that make changes to the 2020 Primary Election:

- The date of the Primary Election has been changed to **July 7, 2020**.
- To limit unnecessary exposure, the election will be **conducted mostly by Vote by Mail Ballot**, as such you have been sent this ballot.
- There will be limited in-person polling places with paper Provisional Ballots - per the Governor's order, **you cannot vote in a machine** (there will be an ADA accessible ballot marking devices available).

Since this election will be conducted differently, I have completed the enclosed information to help you vote and return your ballot.

If you have any further questions, please do not hesitate to contact my office.

Sincerely,

Joseph Ripa
Camden County Clerk

---

A la luz de la nueva pandemia de coronavirus (COVID-19), el gobernador Murphy emitió varias Órdenes Ejecutivas que hacen cambios en las Elecciones Primarias de 2020:

- La fecha de las Elecciones Primarias se ha cambiado para el **7 de julio de 2020**.
- Para limitar la exposición innecesaria, la elección se llevará a **cabo en su mayor parte por voto por correo**, como tal se le ha enviado esta papeleta.
- Habrá lugares limitados para votar en persona con papeletas de papel provisionales, según la orden del Gobernador, **usted no podrá votar en las maquinas**, habrá un aparato ADA, disponible de marcar las papeletas.

Dado que esta elección se llevará a cabo de manera diferente, he compilado la información adjunta para ayudarlo a votar y devolver su papeleta.

Si tiene más preguntas, por favor no dude en ponerse en contacto con mi oficina.

---

## How do I return my ballot?

You can mail it in the postage paid envelope from any US Post Office or USPS mailbox. If mailing on Election Day, it is recommended that you ask the Post Office to hand cancel the envelope to assure it has a readable postmark.

## Can I drop it off?

You can drop off your ballot at the **Camden County Board of Elections, 100 University Ct., Blackwood, NJ 08012.** There are also secure drop boxes located throughout Camden County in which you can drop off your ballot. A list of the locations can be found at www.camdencounty.com/vbmdropbox. Vote by Mail ballots cannot be dropped off at polling places.

## Can someone else drop my ballot off?

If someone else transports your ballot, they must complete the Bearer portion of the Green return envelope.

## When do ballots need to be received?

Ballots will be counted if received by **8:00 pm on Election Day, July 7, 2020**, or postmarked by July 7th and received by July 14th.

## I normally vote at the polls. Why did I get a Vote by Mail Ballot?

Because of the COVID-19 pandemic and to limit exposure, the Governor ordered the Primary Election to be conducted primarily by mail. Per the order, all registered Democrats and Republicans are automatically being sent a Vote by Mail ballot.

## Can I still vote at the polls?

For those that wish to vote at the polls, there will be a limited number of polling places. At the polling places, voters will be able to vote a **paper Provisional Ballot** (which looks identical to this enclosed ballot). The notice of the location of your polling place will be mailed to you separately prior to the election.

## Will my vote count if I Vote by Mail

Yes! Every Vote by Mail ballot will be counted and included in the final results. The Vote by Mail ballots will be counted first. Only after all the VBM ballots are counted, then the in-person Provisional ballots will be counted. This is to prevent a person from casting multiple ballots.

## If you have never applied to Vote by Mail, do I always have to vote by mail?

No, this is a one-time event. If you do want to continue to receive ballots, you will need to complete a Vote by Mail application. For more Information and to access the Vote by Mail application, please visit our website www.camdencounty.com/vbm.

## I have a disability that prevents me from voting a paper ballot.
## What ADA accommodations will be available?

At each of the polling places, there will be an accessible voting machine. To access the machine, the voter will need to certify, under the penalty of fraudulent voting, that they are unable to vote a paper ballot.

## The Certificate of Mail-in Voter says that I am the person that applied for the ballot, but it was sent to me automatically. Can I lawfully sign the certificate?

For the purpose of the certification that you must sign stating that you applied for this ballot, please be advised that Executive Order 144 acts as your application and you can lawfully sign it.

---

## ¿Cómo devuelvo mi papeleta?

Puede enviarla por correo en el sobre de franqueo pagado desde cualquier buzón de correo sobitido o correo postal de EE. UU. Si envía por correo cerca del día de las elecciones, se recomienda que pida a la oficina de correos que cancele el sobre para asegurarse de que tiene un postal legible.

## ¿Puedo dejarlo?

Puede dejar su papeleta en la **Junta Electoral del Condado de Camden, 100 University Ct., Blackwood, NJ 08012.** También hay cajas de correo seguras ubicadas en todo el condado de Camden en las que puede dejar su papeleta. Puede encontrar una lista de las ubicaciones en www.camdencounty.com/vbmdropbox. Las papeletas de Voto por Correo no se pueden dejar en los lugares de votación.

## ¿Puede otra persona dejar mi papeleta?

Si alguien más transporta su papeleta, debe completar la parte del portador del sobre de devolución verde.

## ¿Cuándo es necesario recibir las papeletas?

Para que se voto cuente, las papeletas deben ser recibidas antes de las **8:00pm del día de las elecciones, 7 de julio de 2020**, o con matasellos antes del 7 de julio y recibidas antes del 14 de julio.

## Normalmente voto en las urnas. ¿Por qué obtuve una papeleta de voto por correo?

Debido a la pandemia COVID-19 y para limitar la exposición, el Gobernador ordenó que la Elección Primaria se llevara a cabo principalmente por correo. Por orden, todos los demócratas y republicanos registrados se les envía automáticamente una papeleta de Voto por Correo.

## ¿Puedo seguir votando en las urnas?

Para aquellos que deseen votar en las urnas, habrá un número limitado de lugares de votación. En los lugares de votación, los electores podrán votar una **papeleta de votación provisional** (que tiene un aspecto idéntico a esta papeleta adjunta). El aviso de la ubicación su lugar de votación se le enviará por correo por separado antes de la elección.

## ¿Contarán mis votos si voto por correo?

Si se recibe a tiempo, todas las papeletas serán contadas e incluidas en los resultados finales. Las papeletas de Voto por Correo se contarán primero. Sólo después de que se cuenten todas las papeletas de VBM, se contarán las papeletas provisionales en persona. Esto es para evitar que una persona emita varias papeletas.

## Si I nunca he solicitado votar por correo, ¿siempre tengo que votar por correo?

No, este es un evento de una sola vez. Si desea continuar recibiendo las papeletas, deberá completar una solicitud de Voto por Correo. Para más información y para acceder a una aplicación IBM visite  www.camdencounty.com/vbm.

## Tengo una discapacidad que me impide votar una papeleta de papel.
## ¿Qué adaptaciones de ADA estarán disponibles?

En cada uno de los lugares de votación, habrá una máquina de votación accesible. Para acceder a la máquina, el elector tendrá que certificar, bajo la pena de voto fraudulento, que no puede votar una papeleta de papel.

## El Certificado de Elector de Correo según el Correo dice que soy la persona que solicitó la papeleta, pero me la enviaron automáticamente.
## ¿Puedo firmar legalmente el certificado?

A los efectos de la certificación que debe firmar indicando que solicitó esta papeleta, tenga en cuenta que la Orden Ejecutiva 144 actúa como su solicitud y puede firmarla legalmente.

# HOW TO VOTE YOUR VOTE BY MAIL BALLOT

## IMPORTANT INFORMATION
## INFORMACIÓN IMPORTANTE

- Use only a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.
- Do not detach the flap from the certificate envelope or your ballot may not be counted.
- If ballot is being transported by someone other than voter, bearer portion must be completed in front of voter.
- For your ballot to be counted, it must be received by the County Board of Elections by the closing of the polls on Election Day, or postmarked on or before Election Day, July 7, 2020, and that is received by July 14, 2020, at 8:00 p.m.
- If you need a replacement ballot because it is misplaced, torn, or incorrectly marked, please call (856) 225-7219 or visit www.camdencounty.com/vbm2.

- Use solamente un lapiz o bolígrafo (de tinta negra o azul) para marcar su papeleta. No use tinta roja.
- No despegue la hoja del sobre certificado o su papeleta no será contada.
- Si la papeleta está siendo llevada por alguien que no es el votante, la información del portador debe ser llenada en frente del votante.
- Si la Junta de Elecciones del Condado no recibe su papeleta electoral antes del cierre de los colegios electorales o timbrado el mismo día de las elecciones y recibida antes de 48 horas, su voto no podrá ser contado.
- Si perdió su papeleta, se rompió, marcada incorrectamente y necesita otra favor de llamar al (856) 225-7219 o visite www.camdencounty.com/vbm2.

---

**STEP 1**

Vote your **Ballot.**

Vote en la **Papeleta.**

---

**STEP 2**



Sign the Yellow Envelope by the red **X.**

Firme el **Sobre Amarillo** en la **X roja.**

---

**STEP 3**

Put your **Ballot** into the **Yellow Envelope** and seal.

Echar su **Papeleta** el **Sobre Amarillo** y sellarlo.

---

**STEP 4**

Put **Yellow Envelope** into the **Green Envelope** and seal.

Echar el **Sobre Amarillo** en el **Sobre Verde** y sellarlo.

---

**STEP 5**



Make sure your **address appears in window.**

Asegúrese de que su **dirección aparece en la ventanilla.**

---

**STEP 6**

Seal the **Green Return Envelope** and mail.

Selle el **Sobre Verde de Regreso** y envíalo por correo.

**2020 DEMOCRAT PRIMARY ELECTION MAIL-IN BALLOT - WATERFORD TOWNSHIP**

| OFFICE TITLE / TITULO DE OFICINA | COLUMN 1 / COLUMNA | COLUMN 2 / COLUMNA | COLUMN 3 / COLUMNA | WRITE-IN / POR ESCRITO |
|---|---|---|---|---|
| **Choice For President** (Vote for One) Presidente de los Estados Unidos (Vote Por Uno) | | Joseph R. BIDEN ◯ | Bernie SANDERS ◯ | ◯ |
| **Delegates - 5th Democratic Delegate District** A vote for the President is an automatic vote for all affiliated District Delegates and Alternate District Delegates to the Democratic National Convention **Delegados - 5to Distrito Delegado Democrático** Un voto por el Presidente es automáticamente un voto a los Delegados afiliado por Distrito y los Delegados Alternos por distrito para la Convención Nacional Democrática | | *Camden County Democrat Committee, Inc.* DISTRICT DELEGATES Mary CAMPBELL CRUZ Brett CANNON Maíra GUHA | *Bernie 2020 Not Me, Us* DISTRICT DELEGATES Tara ASTOR Anna GOTT-GRAF Nick SODANO | |
| | | Uncommitted ◯ | DISTRICT DELEGATES Israel DEL RIO | |
| **United States Senator** (Vote for One) Senado de los Estados Unidos (Vote Por Uno) | Not Me, Us Lawrence HAMM ◯ | *Camden County Democrat Committee, Inc.* Cory BOOKER ◯ | | ◯ |
| | | | | ◯ |
| **Member of the House of Representatives** (Vote for One) Miembro de Casa de Representantes de los Estados Unidos (Vote Por Uno) | | *Camden County Democrat Committee, Inc.* Brigid CALLAHAN HARRISON ◯ | *Camden County Democrat 2020* Amy KENNEDY ◯ | ◯ |
| | | | *Camden County's Moderate Democrat* Robert D. TURKAVAGE ◯ | |
| | | | *True Democrat* Will CUNNINGHAM ◯ | |
| | | | *Walking For You* John FRANCIS ◯ | |
| **Surrogate** (Vote for One) Surrogate (Vote Por Uno) | | *Camden County Democrat Committee, Inc.* Michelle GENTEK-MAYER ◯ | | ◯ |
| **Member of the Board of Chosen Freeholders** Unexpired Term (Vote for One) Miembros de la Junta de Legisladores del Condado Termino No Vencido (Vote Por Uno) | | *Camden County Democrat Committee, Inc.* Aimar DYER ◯ | | ◯ |
| **Members of the Board of Chosen Freeholders** (Vote for Two) Miembros de la Junta de Legisladores del Condado (Vote Por Dos) | | *Camden County Democrat Committee, Inc.* Louis CAPPELLI, JR. ◯ | | ◯ |
| | | *Camden County Democrat Committee, Inc.* Jonathan L. YOUNG, SR. ◯ | | ◯ |
| **Members of Township Committee** (Vote for Two) Miembros del Comité Municipal (Vote Por Dos) | | *Camden County Democrat Committee, Inc.* Richard T. YEATMAN, SR. ◯ | | ◯ |
| | | *Camden County Democrat Committee, Inc.* Rita HANNA ◯ | | ◯ |

Sample

Muestra

# OFFICIAL DEMOCRAT PRIMARY ELECTION
# MAIL-IN BALLOT

July 7, 2020 • 2nd Congressional District

## Papeleta Oficial Democratá Eleccion Primaria
## Enviada Por Correo

7 de Julio del 2020 • 2do Distrito Congresional

WATERFORD TOWNSHIP
COUNTY OF CAMDEN

*JOSEPH RIPA, County Clerk*
Secretario del Condado de Camden

---

**To protect your vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so.

**Para proteger su voto:**
ES EL LEY, PARA CUALQUIERA OTRA PERSONA EXCEPTO USTED EL VOTANTE, MARCAR O INSPECCIONAR ESTA PAPELETA. Sin embargo, un miembro de familia puede ayudarle a hacerlo.

---

## INSTRUCTIONS TO VOTER

Use ONLY a pencil or black or blue ink pen to mark your ballot.
This ballot will be read by a machine. For your vote to count, fill in oval completely.

Correct    Incorrect 

1. **To vote for candidates** on this ballot, completely fill in the one oval to the right of the candidate for each selection. Do not vote for more candidates than are to be elected to any office.
2. **To vote for any person whose name is not printed on the ballot**, write the name of such person opposite the proper title of office in the column designated Write-In and fill in the one oval on right of this area. Do NOT use pre-printed stickers. IF NOT DONE PROPERLY YOUR WRITE-IN VOTE WILL BE VOID AND NOT COUNTED.
3. Do not mark this ballot in any other manner than above provided for and make no erasures. If this ballot is torn, soiled, defaced or incorrectly marked, return it and obtain another.

## INSTRUCCIONES PARA LOS VOTANTES

Utilice solo un lápiz o un bolígrafo de tinta negra o azul para marcar su papeleta.
Esta papeleta será leída por la maquina. Para que su voto cuenta llene completamente el óvalo.

Correcto    Incorrecto 

1. **Para votar por los candidatos** en esta papeleta, llene completamente el óvalo de la derecha del candidato para cada selección. No vote por más candidatos que los que van a ser elegidos para ese cargo.
2. **Para votar por cualquier persona cuyo nombre no esta en la papeleta,** escriba el nombre de esa persona opuesta la posición apropiada, en la columna designada como Por Escribir y llene el óvalo a la derecha de esta area. NO use calcomanías pre-impresas. Si no se hace esto correctamente su voto por esta persona será nulo y no contará. POR FAVOR PREGUNTE SI TIENE ALGUNA DUDA.
3. No marque esta papeleta de ninguna otra forma que no sea de la manera que se ha descrito en la parte superior y no hagan ninguna tachadura o borrones. Si la papeleta se le ha desgarrado, esta sucia, borrosa o marcada incorrectamente, devuélvala y obtenga otra.

| OFFICE TITLE / TITULO DE OFICINA | COLUMN 1 / COLUMNA | COLUMN 2 / COLUMNA | COLUMN 3 / COLUMNA | COLUMN 4 / COLUMNA | COLUMN 5 / COLUMNA | WRITE-IN / POR ESCRITO |
|---|---|---|---|---|---|---|
| **Choice For President** (Vote for One) / Presidente de los Estados Unidos (Vote Por Uno) | | | | Donald J. TRUMP ○ | | ○ |
| **Delegates** See other side for list of candidates (Vote for Six) / Delegados (Vea el otro lado para la lista de candidatos) | | | | Camden County Regular Republican Party — Delegates for Donald J. TRUMP ○ | | ○ |
| **United States Senator** (Vote for One) / Senado de los Estados Unidos (Vote Por Uno) | We the People — Natalie Lynn RIVERA ○ | Keep America Great New Jersey — Hirsh SINGH ○ | Prevent Gd God — Eugene T. ANAGNOS ○ | Camden County Regular Republican Party — Rikin "Rik" MEHTA ○ | America First Republicans — Patricia FLANAGAN ○ | ○ |
| **Member of the House of Representatives** (Vote for One) / Miembro de la Cámara de Representantes de los Estados Unidos (Vote Por Uno) | | | | Camden County Regular Republican Party — Jeff VAN DREW ○ | America First Republicans — Robert W. PATTERSON ○ | ○ |
| **Surrogate** (Vote for One) / Sustituto (Vote Por Uno) | | | | Camden County Regular Republican Party — Kimberley STUART ○ | | ○ |
| **Member of the Board of Chosen Freeholders** Unexpired Term (Vote for One) / Miembro de la Junta de Legisladores del Condado Termino No Vencido (Vote Por Uno) | | | | Camden County Regular Republican Party — Nicole NANCE ○ | | ○ |
| **Members of the Board of Chosen Freeholders** (Vote for Two) / Miembros de la Junta de Legisladores del Condado (Vote Por Dos) | | | | Camden County Regular Republican Party — Jennifer MOORE ○ | | ○ |
| | | | | Camden County Regular Republican Party — Johann SCHEETS ○ | | ○ |
| **Members of Township Committee** (Vote for Two) / Miembros del Comité Municipal (Vote Por Dos) | | | | Camden County Regular Republican Party — David CHIDDENTON ○ | | ○ |
| | | | | Camden County Regular Republican Party — Thomas GIANGIULIO, JR. ○ | | ○ |
| | | | | Camden County Regular Republican Party — David CHIDDENTON ○ | | ○ |
| **Male Members of County Committee** (Vote for Four) / Miembros Masculino del Comité del Condado (Vote Por Cuatro) | | | | Camden County Regular Republican Party — Anthony L. CLARK ○ | | ○ |
| | | | | Camden County Regular Republican Party — William RICHARDSON, JR. ○ | | ○ |
| | | | | Camden County Regular Republican Party — Ralph FERGUSON ○ | | ○ |
| **Female Members of County Committee** (Vote for Four) / Miembros Femenino del Comité del Condado (Vote Por Cuatro) | | | | Camden County Regular Republican Party — Lynn FERGUSON ○ | | ○ |
| | | | | Camden County Regular Republican Party — Mary L. SURA ○ | | ○ |
| | | | | Camden County Regular Republican Party — Terri CHIDDENTON ○ | | ○ |
| | | | | NO PETITION FILED | | ○ |

**2020 REPUBLICAN PRIMARY ELECTION MAIL-IN BALLOT - WATERFORD TOWNSHIP**

# OFFICIAL REPUBLICAN PRIMARY ELECTION
## MAIL-IN BALLOT

July 7, 2020 - 2nd Congressional District

**Papeleta Oficial Republicana Eleccion Primaria**
**Enviada Por Correo**

7 de Julio del 2020 • 2do Distrito Congresional

WATERFORD TOWNSHIP
COUNTY OF CAMDEN

JOSEPH RIPA, County Clerk
Secretario del Condado de Camden

**To protect your vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so.

**Para proteger su voto:**
ES ILEGAL PARA CUALQUIERA OTRA PERSONA EXCEPTO USTED, EL VOTANTE, MARCAR O INSPECCIONAR ESTA PAPELETA. Sin embargo, un miembro de su familia lo puede hacer.

## INSTRUCTIONS TO VOTER
Use ONLY a pencil or black or blue ink pen to mark your ballot.
This ballot will be read by a machine. For your vote to count, fill in oval completely.

Correct    Incorrect 

1. **To vote for candidates** on this ballot, completely fill in the oval to the right of the candidate for each selection. Do not vote for more candidates than are to be elected to any office.
2. **To vote for any person whose name is not printed on the ballot,** write the name of such person opposite the proper title of office in the column designated Write-In and fill in the one oval on right of this area. Do NOT use pre-printed stickers. IF NOT DONE PROPERLY YOUR WRITE-IN VOTE WILL BE VOID AND NOT COUNTED.
3. Do not mark this ballot in any other manner that above provided for and make no erasures. If this ballot is torn, soiled, defaced or incorrectly marked, return it and obtain another.

## INSTRUCCIONES PARA LOS VOTANTES
Utilice solo un lápiz o un bolígrafo de tinta negra o azul para marcar su papeleta.
Esta papeleta será leída por la máquina. Para que su voto cuenta completamente el óvalo.

Correcto    Incorrecto  

1. **Para votar por los candidatos** en esta papeleta, llene completamente el óvalo de la derecha del candidato para cada selección. No vote por más candidatos que los que van a ser elegidos para este cargo.
2. **Para votar por cualquier persona cuyo nombre no está en la papeleta,** escriba el nombre de esa persona opuesto al título apropiado del cargo, en la columna designada para Escribir, y llene el óvalo a la derecha de esta área. NO use calcomanías pre-impresas. Si no se hace esto correctamente su voto escrito será inválido y no contado. O PROPIAMENTE SU VOTO PRIMARIA ESCRITO SERA VOID AQUI.
3. No marque esta papeleta de ninguna otra forma que no sea de la manera que se ha descrito en la parte superior y no haga ninguna tachadura o borrones. Si la papeleta se le ha desgarrado, está sucia, borrosa o marcado incorrectamente, devuélvala y obtenga otra.

| OFFICE TITLE | COLUMN 4 |
|---|---|
| **TITULO DE OFICINA** | **COLUMNA 4** |
| **Delegates** | Camden County Regular Republican Party |
| A Vote for the Delegates At-Large, Alternate Delegates At-Large, District Delegates and Alternate District Delegates to the Republican National Convention is a vote for all candidates listed | Delegates for Donald J. **TRUMP** |
| | **DELEGATES AT-LARGE** |
| | Christopher J. **CHRISTIE** |
| | Michael J. **TESTA** |
| | Joseph **PENNACCHIO** |
| | Kristin **CORRADO** |
| | Edward Bruce **DI DONATO** |
| | Henry Y. **KUHL** |
| | Edward S. **WALSH** |
| | Afzal **BARLAS** |
| | Joanne **GILMORE** |
| | Mace **KAZMIR** |
| | **DISTRICT DELEGATES** |
| | Linda **DUBOIS** |
| | Lynda **PAGLIUGHI** |
| | Tom **ROTONDI** |
| **Delegados** | **ALTERNATE DELEGATES AT-LARGE** |
| Un voto a los delegados por acumulación, Delegados por acumulación alternos, Delegados por distrito y Delegados alternos por distrito a la Convención Nacional Republicana es un voto a todos los candidatos listados. | John N. **AZZARITI** |
| | Sharon G. **CHRISTODOUDAS** |
| | Susan L. **ENDERLY** |
| | Janice M. **FIELDS** |
| | Alexander G. **MARKOWITS** |
| | Thomas P. **RAGUKONIS** |
| | Dorothy **BURGER** |
| | Theresa A. **WINEGAR** |
| | Michael **LAVERY** |
| | Darlene **SHOTMEYER** |
| | **ALTERNATE DISTRICT DELEGATES** |
| | Cynthia **BALLES** |
| | Keith **DAVIS** |
| | Robert **PENZA** |

**VOTE OTHER SIDE OF BALLOT**

Sample Muestra

# CAPE MAY COUNTY

**RITA MARIE FULGHIMITTI**
County Clerk

**To Protect Your Vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU
THE VOTER TO MARK OR INSPECT THIS BALLOT.
However, a family member may assist you in doing so.

# DEMOCRATIC MAIL-IN BALLOT

**OFFICIAL PRIMARY ELECTION**
**TUESDAY, JULY 7, 2020**
**COUNTY OF CAPE MAY**
**2ND CONGRESSIONAL DISTRICT**

**1ST DELEGATE DISTRICT**
**BOROUGH OF AVALON**

**DISTRICT 1**

© 2014 Dominion Voting Systems, All Rights Reserved

**IMPORTANT INSTRUCTIONS TO VOTERS**

Please read the following before marking your ballot:

1. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.

2. Completely fill in oval to the right of each of your selections.

   MARK BALLOT LIKE THIS:

   John Doe ●

3. To vote for any person whose name is not printed on this ballot, go to the Personal Choice Column and darken the oval by the words "write-in" for the office in which you want to write-in. Write the name of the person for which you wish to vote on the blank line.

4. If you tear, deface or incorrectly mark this ballot, return it to the Cape May County Clerk and obtain a new ballot.

| OFFICE TITLE | DEMOCRATIC COLUMN 1 | DEMOCRATIC COLUMN 2 | DEMOCRATIC COLUMN 3 | DEMOCRATIC COLUMN 4 | DEMOCRATIC COLUMN 5 | DEMOCRATIC COLUMN 6 | PERSONAL CHOICE |
|---|---|---|---|---|---|---|---|
| **CHOICE FOR PRESIDENT** (Vote for ONE) | Joseph R. Biden | Bernie Sanders | | | | | WRITE-IN |
| **DELEGATES TO THE NATIONAL CONVENTION** **DISTRICT DELEGATES** (1st Division) | **OFFICIAL REGULAR DEMOCRATIC ORGANIZATION** JOHN J. BURZICHELLI, JR. LENORA KOOYTER GINA MARIE SANTORE | **BERNIE 2020, NOT ME. US.** AMIE BABISCHKIN CRYSTAL HARRIS JEREMIAH SCHENERMAN | | | | | |
| **UNITED STATES SENATE** (Vote for ONE) | Cory Booker | Lawrence Hamm | | | | | WRITE-IN |
| **HOUSE OF REPRESENTATIVES** (Vote for ONE) | Brigid Callahan Harrison | | Will Cunningham | Robert D. Turkavage | Amy Kennedy | John Francis | WRITE-IN |
| **COUNTY SHERIFF** (Vote for ONE) | No Petition Filed | | | | | | WRITE-IN |
| **COUNTY CLERK** (Vote for ONE) | No Petition Filed | | | | | | WRITE-IN |
| **BOARD OF CHOSEN FREEHOLDERS** (Vote for TWO) | Elizabeth F. Casey Brendan Sciarra | | | | | | WRITE-IN WRITE-IN |
| **MEMBER OF THE COUNTY COMMITTEE** (Vote for TWO) | Ramona Sanabria Barbara Wilson | | | | | | WRITE-IN WRITE-IN |

RITA MARIE FULGINITI
County Clerk

**To Protect Your Vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so.

**REPUBLICAN MAIL-IN BALLOT**
**OFFICIAL PRIMARY ELECTION**
**TUESDAY, JULY 7, 2020**
**COUNTY OF CAPE MAY**

2ND CONGRESSIONAL DISTRICT

**BOROUGH OF AVALON**
DISTRICT 1

**IMPORTANT INSTRUCTIONS TO VOTERS**

Please read the following before marking your ballot:

1. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.

2. Completely fill in oval to the right of each of your selections.

   MARK BALLOT LIKE THIS:  ●  John Doe

3. To vote for any person whose name is not printed on the ballot, go to the Personal Choice Column and darken the oval by the words "write-in" for the office in which you want to write-in. Write the name of the person for which you wish to vote on the blank line.

4. If you tear, deface or incorrectly mark this ballot, return it to the Cape May County Clerk and obtain a new ballot.

| OFFICE TITLE | REPUBLICAN COLUMN 1 | REPUBLICAN COLUMN 2 | REPUBLICAN COLUMN 3 | REPUBLICAN COLUMN 4 | REPUBLICAN COLUMN 5 | PERSONAL CHOICE |
|---|---|---|---|---|---|---|
| **CHOICE FOR PRESIDENT** | | | | | Donald J. Trump — Cape May County Regular Republican Organization | WRITE-IN |
| **DELEGATES TO THE NATIONAL CONVENTION** (Vote one Slate) AT-LARGE DELEGATES — A VOTE FOR A DELEGATE SLATE ON COLUMN 5 IS AN AUTOMATIC VOTE FOR ALL AFFILIATED DELEGATES AT LARGE, ALTERNATE DELEGATES AT LARGE, DISTRICT DELEGATES AND ALTERNATE DISTRICT DELEGATES | | | | | CAPE MAY COUNTY REGULAR REPUBLICAN ORGANIZATION: CHRISTOPHER J. CHRISTIE / ROBERT T. KUHL; MICHAEL L. TESTA / EDWARD S. WALSH; JOSEPH PENNACCHIO / ATTILA BARILAS; KRISTIN CORRADO / JEANNE GILA MONE; EDWARD DURSO DIORANO / MARK KAZMIR | |
| **ALTERNATE AT-LARGE DELEGATES** | | | | | JOHN H. AZZARITI / ALEXANDER C. MARCHONITS; STAFFORD G. CHRISTODOULOU / DARLENE DICTHISKER; SUSAN J. ENGELS / THOMAS F. PAGLIONE; JANICE B. FIELDS / DOROTHY MISSER; MICHAEL LAVERY / THERESA A. MINEGAR | |
| **DISTRICT DELEGATES** (2nd Congressional District) | | | | | LINDA DAVIS / TOM WILDMOD; LYNDA PAGLIUGHI | |
| **ALTERNATE DISTRICT DELEGATES** (2nd Congressional District) | | | | | CYNTHIA BALIUS / ROBERT FENZA; KEITH DAVIS | |
| **UNITED STATES SENATE** (Six Year Term) (Vote one ONE) | Eugene T. Anagnos — America First | | | Patricia Flanagan — Improve the Republican | Hirsh Singh — Cape May County Regular Republican Organization | WRITE-IN |
| **HOUSE OF REPRESENTATIVES** (Two Year Term) (Vote one ONE) | | Natalie Lynn Rivera — We The People | Rikin "Rik" Mehta — MAGA Republicans | Robert W. Patterson — America First Republican | Jeff Van Drew — Cape May County Regular Republican Organization | WRITE-IN |
| **COUNTY SHERIFF** (Five Year Term) (Vote one ONE) | | | | | Robert A. Nolan — Cape May County Regular Republican Organization | WRITE-IN |
| **COUNTY CLERK** (Five Year Term) (Vote one ONE) | | | | | Rita Marie Fulginiti — Cape May County Regular Republican Organization | WRITE-IN |
| **MEMBER OF THE BOARD OF CHOSEN FREEHOLDERS** (Three Year Term) (Vote two TWO) | | | | | Will Morey — Cape May County Regular Republican Organization; Jeffrey L. Pierson — Cape May County Regular Republican Organization | WRITE-IN; WRITE-IN |
| **MEMBER OF THE COUNTY COMMITTEE** (Four Year Term) (Vote two TWO) | | | | | Lynda Pagliughi — Cape May County Regular Republican Organization; William C. Burns, Jr. — Cape May County Regular Republican Organization | WRITE-IN; WRITE-IN |

© 2014 Dominion Voting Systems, All Rights Reserved

# CUMBERLAND COUNTY

# OFFICIAL PRIMARY ELECTION MAIL-IN BALLOT
BOLETA DE VOTO POR CORREO OFICIAL DE LAS ELECCIONES PRIMARIAS

## July 7, 2020
### Township of Commercial
2nd Congressional District – Democratic
2º Distrito Congresional – Democrata

*Celeste M. Riley*

CELESTE M. RILEY
Cumberland County Clerk
Secretaria del Condado

**ATTENTION**
**UNDECLARED VOTERS:**
YOU MAY ONLY VOTE FOR
CANDIDATES OF ONE PARTY

**ATENCIÓN ELECTORES
NO DECLARADOS:**
PUEDEN VOTAR SOLAMENTE POR LOS
CANDIDATOS DE UN SOLO PARTIDO

"IT IS AGAINST THE LAW FOR ANYONE
EXCEPT YOU THE VOTER TO MARK OR
INSPECT THIS BALLOT."

"ES ILEGAL QUE OTRA PERSONA
EXCEPTO USTED, EL VOTANTE, MARQUE
O INSPECCIONE ESTA BOLETA."

## IMPORTANT INSTRUCTIONS TO VOTERS

## INSTRUCCIONES IMPORTANTES A LOS ELECTORES

Form 2 – Commercial

| OFFICE TITLE / TÍTULO DE OFICIAL | A Democratic / Democrata | B Democratic / Democrata | C Democratic / Democrata | D Democratic / Democrata | E Democratic / Democrata | F Democratic / Democrata | PERSONAL CHOICE / SELECCIÓN PERSONAL |
|---|---|---|---|---|---|---|---|
| Choice for President / Escoger para Presidente — Vote for One / Vote por Uno | 1A Joseph R. BIDEN | 1B Bernie SANDERS | | | | | Personal Choice / Selección Personal |
| 1st District Delegates to Democratic National Convention | 2A Cory BOOKER | 2B Lawrence HAMM | | | | | NO PERSONAL CHOICE FOR DELEGATES / NO HAY SELECCIÓN PERSONAL PARA DELEGADOS |
| United States Senator / Senador de los Estados Unidos — Vote for One / Vote por Uno | 3A Brigid CALLAHAN HARRISON | | 3C Will CUNNINGHAM | 3D Robert D. TURKAVAGE | 3E John FRANCIS | 3F Amy KENNEDY | Personal Choice / Selección Personal |
| House of Representatives / Cámara de Representantes — Vote for One / Vote por Uno | 4A Robert A. AUSTINO | | | | | | Personal Choice / Selección Personal |
| Sheriff / Alguacil — Vote for One / Vote por Uno | 5A Carol MUSSO | | | | | 5F Jack SURRENCY | Personal Choice / Selección Personal |
| Board of Chosen Freeholders / Junta Directiva (Freeholders) — Vote for Three / Vote por Tres | 6A Bruce COOPER | | | | | 6F Donna PEARSON | Personal Choice / Selección Personal |
| | 7A George CASTELLINI | | | | | 7F Tracey WELLS-HUGGINS | Personal Choice / Selección Personal |
| Township Committee / Comité de la Municipalidad — Vote por Uno | 8A Fletcher JAMISON | | 8C LaRue SMITH | | | | Personal Choice / Selección Personal |

# OFFICIAL PRIMARY ELECTION MAIL-IN BALLOT
## BOLETA DE VOTO POR CORREO OFICIAL DE LAS ELECCIONES PRIMARIAS

**July 7, 2020**

**Township of Commercial**

**2nd Congressional District – Republican**
2° Distrito Congresional - Republicano

Celeste M. Riley

CELESTE M. RILEY
Cumberland County Clerk

ATENCIÓN ELECTORES
**ATTENTION UNDECLARED VOTERS:**
YOU MAY VOTE FOR THE CANDIDATES OF ONE PARTY

ATENCIÓN ELECTORES
NO DECLARADOS:
PUEDE VOTAR POR LOS CANDIDATOS DE UN SOLO PARTIDO



**Form 2 - Commercial**

"IT'S AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK OR INSPECT THIS BALLOT."

**IMPORTANT INSTRUCTIONS TO VOTERS**
*INSTRUCCIONES IMPORTANTES A LOS ELECTORES*

| OFFICE TITLE<br>TÍTULO DE OFICIAL | A<br>Republican<br>Republicano | B<br>Republican<br>Republicano | C<br>Republican<br>Republicano | D<br>Republican<br>Republicano | E<br>Republican<br>Republicano | PERSONAL<br>CHOICE<br>SELECCIÓN PERSONAL |
|---|---|---|---|---|---|---|
| **Choice for President**<br>Vote for One<br>Vote por Uno | Donald J. **TRUMP** 1A ○ | | | | | Personal Choice<br>Selección Personal ○ |
| **2nd Congressional District Delegates to Republican National Convention** | OHIO AND CAMP FALCO<br>CHRISTOPHER CONSTANTINO<br>Michael L. TESTA<br>Bob ANDREJCZYK<br>Joseph LORANZO  Kristian KOLENC<br>Kevin CORMANDO  **2A** ○ | | | | | NO PERSONAL CHOICE FOR DELEGATES<br>NO HAY SELECCIÓN PERSONAL<br>PARA DELEGADOS |
| **Alternate Delegates-at-Large to Republican National Convention** | JOHN ELIZABETH  MINDY<br>William MULLER<br>Mary Ann Pizzo  Tom STALONE<br>James McCABE  Marc RAIMONDI<br>Thomas A. WINEMAN  **3A** ○ | | | | | Personal Choice<br>Selección Personal ○ |
| **United States Senator**<br>Vote for One<br>Vote por Uno | Hirsh **SINGH** 4A ○ | Rikin "Rik" **MEHTA** 4B ○ | Natalie Lynn **RIVERA** 4C ○ | Patricia **FLANAGAN** 4D ○ | Eugene T. **ANAGNOS** 4E ○ | Personal Choice<br>Selección Personal ○ |
| **House of Representatives**<br>Vote for One<br>Vote por Uno | Jeff **VAN DREW** 5A ○ | | | Robert W. **PATTERSON** 5D ○ | | Personal Choice<br>Selección Personal ○ |
| **Sheriff**<br>Vote for One<br>Vote por Uno | Michael **DONATO** 6A ○ | | | | | Personal Choice<br>Selección Personal ○ |
| **Board of Chosen Freeholders**<br>Vote for Three<br>Vote por Tres | Victoria **LODS** 7A ○ | | | | | Personal Choice<br>Selección Personal ○ |
| | Darwin **COOPER, Jr.** 8A ○ | | | | | Personal Choice<br>Selección Personal ○ |
| | Antonio F. **ROMERO** 9A ○ | | | | | Personal Choice<br>Selección Personal ○ |
| **Township Committee**<br>Vote for One<br>Vote por Uno | Ronald L. **SUTTON, Sr.** 9A ○ | | | | | Personal Choice<br>Selección Personal ○ |

# ESSEX COUNTY

# Official Ballot

Primary Election, Tuesday, July 7th, 2020, Essex County, New Jersey

## Papeleta Oficial

Elección Primaria, el 7 de Julio de 2020

*Christopher J. Durkin*
Essex County Clerk
Secretario del Condado de Essex

**2 Township of Bloomfield W1 CD10**

**Democratic**

| | Choice for President / Selección para Presidente | Choice for President and Delegate to the Democratic National Convention (15th District) | For United States Senator / Para Senador de los Estados Unidos | For Member of the House of Representatives (10th District) / Para Miembro de la Casa de Representantes | For County Clerk / Para Secretaría del Condado | For Members of the Board of Chosen Freeholders At Large / Consejo de Propietarios Electos En General | | | | For Board of Chosen Freeholders 5th District | For Township Council 1st Ward |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **A** | Joseph R. **BIDEN** Essex County Democratic Committee, Inc. 1A ○ | **Biden for President** Delegates: Luis Quintana, Wayana Nina Davis, M. Teresa Ruiz, Aníbal Ramos, Charles Hall Alternate Delegate: Miriam Tenusan | Cory **BOOKER** Essex County Democratic Committee, Inc. 2A ○ | Donald M. **PAYNE, Jr.** Essex County Democratic Committee, Inc. 3A ○ | Christopher J. **DURKIN** Essex County Democratic Committee, Inc. 4A ○ | Patricia **SEBOLD** Essex County Democratic Committee, Inc. 5A ○ | Rufus I. **JOHNSON** Essex County Democratic Committee, Inc. 6A ○ | Brendan W. **GILL** Essex County Democratic Committee, Inc. 7A ○ | Romaine **GRAHAM** Essex County Democratic Committee, Inc. 8A ○ | Carlos M. **POMARES** Essex County Democratic Committee, Inc. 9A ○ | Jenny **MUNDELL** Essex County Democratic Committee, Inc. 10A ○ |
| **B** | Bernie **SANDERS** Bernie 2020 Not Me. Us. 1C ○ | **Bernie 2020. Not Me. Us.** Delegates: Sara Cullinane, Nyle Fort, Ted Glick, Nuwen Kim, Analilia Mejia, Robert Earl Rogers, Jr. Alternate Delegate: Luz Zeiger | Lawrence **HAMM** Not Me. Us. 2B ○ | Eugene D. **MAZO** Essex County Progressive Democratic Committee 3C ○ | | Sabre **BURROUGHS** Not Me. Us. 5B ○ | Anthony **DIAZ** Not Me. Us. 6B ○ | Simone **JELKS ANDREW** Not Me. Us. 7B ○ | | | |
| **D** | Uncommitted 1D ○ | Delegates: Asia Norton, John Smith, Jean Jackson Harris, Charles Breslin | | John I. **FLORA** United By Our Future 3D ○ | | | | | | | |
| **Personal Choice / Selección Personal** | personal choice selección personal ○ | | personal choice selección personal ○ | personal choice selección personal ○ | personal choice selección personal ○ | personal choice selección personal ○ | personal choice selección personal ○ | personal choice selección personal ○ | personal choice selección personal ○ | personal choice selección personal ○ | personal choice selección personal ○ |

**PLEASE SEE INSTRUCTIONS ON THE BACK OF THIS BALLOT.**
**VEA EL REVERSO DE ESTA PAPELETA PARA INSTRUCCIONES.** ☞ ☞

**Republican**

2 Bloomfield 1-10



| | Cast for President / Selección para Presidente Vote per One / Vote por Uno | For Delegates to the Republican National Convention 12th District / Para Delegados a la Convención Nacional Republicana Distrito 12 Vote for one group of 18 named delegates and alternates / Vote por un grupo de 18 delegados y alternativos afiliados | For United States Senator Six Year Term Vote for One / Para Senador de los Estados Unidos Término de Seis Años Vote por Uno | For Member of the House of Representatives 12th District Two Year Term Vote for One / Para Miembro de la Cámara de Representantes Distrito 12 Término de Dos Años Vote por Uno | For County Clerk Five Year Term Vote for One / Para Secretario del Condado Término de Cinco Años Vote por Uno | For Members of the Board of Chosen Freeholders At Large Three Year Term Vote for Four / Para Miembros del Consejo de Propietarios Electos En General Término de Tres Años Vote por Cuatro | | | | | For Board of Chosen Freeholders 9th District 3 Year Term Vote for One / Para Consejo de Propietarios Electos Distrito 9 Término de 3 Años Vote por Uno | For Township General 1st Ward 4 Year Term Vote for One / Para Concejo Municipal Barrio 1 Término de 4 Años Vote por Uno | For Members of the County Committee Four Year Term Vote for Two / Para Miembros del Comité del Condado Término de Cuatro Años Vote por Dos | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Kristina CHRISTOPHOROU | Monique HEADEN | Cyrstie GOTTO | Bernarda QUEZADA | Alexandra CAMPISI | | | | |
| **A** Republican Republicano | Donald J. TRUMP *Essex Republican / Partido Republicano* 1A ○ | Delegates At-Large ... Delegates ... 2A ○ | Rikin "Rik" MEHTA *Essex Republican / Partido Republicano* 3A ○ | | Kristina CHRISTOPHOROU *Essex Republican / Partido Republicano* 5A ○ | Monique HEADEN *Essex Republican / Partido Republicano* 6A ○ | Cyrstie GOTTO *Essex Republican / Partido Republicano* 7A ○ | Bernarda QUEZADA *Essex Republican / Partido Republicano* 8A ○ | Alexandra CAMPISI *Essex Republican / Partido Republicano* 9A ○ | No Petition Filed | No Petition Filed | No Petition Filed | | |
| **B** Republican Republicano | | | Hirsh SINGH *Keep America Great* 3B ○ | | | | | | | | | | | |
| **C** Republican Republicano | | | Eugene T. ANAGNOS *Protect Our Vote* 3C ○ | | | | | | | | | | | |
| **D** Republican Republicano | | | Natalie Lynn RIVERA *We The People* 3D ○ | | | | | | | | | | | |
| **E** Republican Republicano | | | Patricia FLANAGAN 3E ○ | | | | | | | | | | | |
| **F** | | | Jennifer ZINONE *Republican of Essex County* 4F ○ | | | | | | | | | | | |
| Personal Choice / Selección Personal | *personal choice / selección personal* | *personal choice / selección personal* | | | *personal choice / selección personal* | *personal choice / selección personal* | *personal choice / selección personal* | *personal choice / selección personal* | *personal choice / selección personal* | *personal choice / selección personal* | *personal choice / selección personal* | *personal choice / selección personal* | | |

INSTRUCTIONS ON BACK.   INSTRUCCIONES AL REVERSO. ☞

# GLOUCESTER COUNTY

JAMES N. HOGAN
GLOUCESTER COUNTY CLERK

## OFFICIAL PRIMARY ELECTION BALLOT
### TUESDAY, JULY 7, 2020 • BOROUGH OF CLAYTON – DISTRICTS 1-6

**WARNING**
DO NOT PRESS THE CAST VOTE BUTTON UNTIL YOU HAVE MADE ALL DESIRED SELECTIONS.
VOTE BUTTON

**INSTRUCTIONS FOR VOTING**

This is a PRIMARY ELECTION. Therefore, you are confined legally to a choice of candidates for nomination within your own Political Party. The machine is so adjusted as to comply with the law and will not permit you to vote in the Primary of more than ONE Political Party.

1. Press the button ☐ to the right of the candidate of your choice; a green "X" will appear next to your selection.
2. To change a selection, press the button "X" will disappear and you may make a new selection.
3. If you wish to cast a WRITE-IN (Personal Choice) vote, go to the WRITE-IN (Personal Choice) section and press the button ☐ next to WRITE-IN (Personal Choice) across from the office you wish to write-in. To change a selection, press the button ☐ again. The green "X" will disappear and you may make a new selection. WARNING-When choosing a WRITE-IN (Personal Choice) whatever office you choose to write-in for, that is the only office to which the vote will be counted. Any improperly cast vote will not be counted. Please read the face of the ballot carefully before taking this option. Using the alphabetical keyboard below, enter the name of the person of your choice, one letter at a time. To make a space between the first and middle name or initial and the last name, use the arrow pointing to the right on the keyboard. To make a correction, use the arrow pointing to the left. The name you enter will appear in the display to the right of the keyboard. When you have entered the whole name, proof it, then press the enter button on the keyboard.) Your choice is recorded and removed from the display.
4. After ALL selections have been made, proof it, then press the RED CAST VOTE BUTTON located in the lower right corner. The electronically records all of your votes.
5. Part the curtains and exit the voting booth.

---

### OFFICIAL REPUBLICAN PARTY PRIMARY BALLOT

| OFFICE TITLE | REPUBLICAN COLUMN B | REPUBLICAN COLUMN C | REPUBLICAN COLUMN D | REPUBLICAN COLUMN E | REPUBLICAN COLUMN F | REPUBLICAN COLUMN G | WRITE-IN (Personal Choice) COLUMN H |
|---|---|---|---|---|---|---|---|
| CHOICE FOR PRESIDENT *VOTE FOR ONE* | DONALD J. TRUMP [B5] | | | | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW [H5] |
| PRESIDENTIAL PLEDGED DELEGATES *VOTE FOR SIX* | SLATE NO. 1 [B6] | | | | | | |
| UNITED STATES SENATE *VOTE FOR ONE* | RIK MEHTA [B13] | | | | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW [H13] |
| HOUSE OF REPRESENTATIVES *VOTE FOR ONE* | JEFF VAN DREW [B14] | | | | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW [H14] |
| MEMBER OF COUNTY COMMITTEE | SHIRLEY PETERSON JR. [B15] | | | | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW [H15] |
| | CHRIS KONOMEL [B16] | | | | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW [H16] |
| | RICH DESILVIO [B17] | | | | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW [H17] |
| FREEHOLDER *VOTE FOR THREE* | FRANK A. MUSCHELLA JR. [B18] | | | NATALIE VAN RIVERA [D13] | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW [H18] |
| COUNCIL *VOTE FOR TWO* | ROBERT E. LEE [B19] | | | | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW [H19] |

---

### OFFICIAL DEMOCRATIC PARTY PRIMARY BALLOT

| OFFICE TITLE | DEMOCRATIC COLUMN B | DEMOCRATIC COLUMN C | DEMOCRATIC COLUMN D | DEMOCRATIC COLUMN E | DEMOCRATIC COLUMN F | DEMOCRATIC COLUMN G | DEMOCRATIC COLUMN H | DEMOCRATIC COLUMN J | WRITE-IN (Personal Choice) COLUMN J |
|---|---|---|---|---|---|---|---|---|---|
| CHOICE FOR PRESIDENT *VOTE FOR ONE* | JOSEPH R. BIDEN [B24] | | BERNIE SANDERS [D24] | | | | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW [J24] |
| DISTRICT DELEGATES *VOTE FOR ONE* | | | AND | | | | | | |
| UNITED STATES SENATE *VOTE FOR ONE* | CORY BOOKER [B27] | | | | | | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW [J27] |
| HOUSE OF REPRESENTATIVES *VOTE FOR ONE* | WILLIAM HARRISON [B28] | | | | BRIGID CALLAHAN HARRISON [F28] | | AMY KENNEDY [G28] | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW [J28] |
| FREEHOLDER *VOTE FOR THREE* | FRANK J. DIMARCO [B29] | | | | | | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW [J29] |
| | LARNES [B30] | | | | | | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW [J30] |
| | JEFFERSON [B31] | | | | | | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW [J31] |
| COUNCIL *VOTE FOR TWO* | SIMON [B32] | | | | | | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW [J32] |
| | RANDOM [B33] | | | | | | | | WRITE-IN (Personal Choice) USE KEYBOARD BELOW [J33] |



**THIS BALLOT CANNOT BE VOTED. IT IS A SAMPLE COPY OF THE OFFICIAL BALLOT USED ON ELECTION DAY.**

**DISTRICT:**
**OFFICIAL PRIMARY ELECTION BALLOT**
TUESDAY, JULY 7, 2020 • DEMOCRATIC PARTY
**BOROUGH OF CLAYTON**

**INSTRUCTIONS FOR COUNTY COMMITTEE VOTING**

1. Locate your Voting District from the list.
2. To vote for 1 County Committee Male and 1 County Committee Female, choose from the candidates listed for your personal choice.
3. Write the name of the person you wish to vote for in the appropriate (write-in) box next to the office of County Committee in the WRITE-IN section and fill in the oval to the right.

**OFFICIAL DEMOCRATIC PARTY PRIMARY BALLOT**

| OFFICE TITLE | WRITE-IN (PERSONAL CHOICE) COLUMN I | |
|---|---|---|
| **COUNTY COMMITTEE-MALE** VOTE FOR ONE | **SEE INSTRUCTIONS** WRITE-IN (And Fill In Oval) | ○ |
| **COUNTY COMMITTEE-FEMALE** VOTE FOR ONE | **SEE INSTRUCTIONS** WRITE-IN (And Fill In Oval) | ○ |

District 1:
**MALE- GENE COSTILL**
Regular Democratic Organization Of Gloucester County
**FEMALE- LAURA MURPHY**
Regular Democratic Organization Of Gloucester County
District 2:
**MALE- ERIC THOMAS**
Regular Democratic Organization Of Gloucester County
**FEMALE- SUSAN R. MILLER**
Regular Democratic Organization Of Gloucester County
District 3:
**MALE- FRANKLIN S. BROWN, JR.**
Regular Democratic Organization Of Gloucester County
**FEMALE- DARLENE A. VONDRAN**
Regular Democratic Organization Of Gloucester County
District 4:
**MALE- TOM BIANCO**
Regular Democratic Organization Of Gloucester County
**FEMALE- MARIAN L. BIANCO**
Regular Democratic Organization Of Gloucester County
District 5:
**MALE- LESLIE WISE**
Regular Democratic Organization Of Gloucester County
**FEMALE- GAIL CLEMENT**
Regular Democratic Organization Of Gloucester County
District 6:
**MALE- JOSEPH SOLI**
Regular Democratic Organization Of Gloucester County
**FEMALE- JOAN MILLER**
Regular Democratic Organization Of Gloucester County

**SEPARATE SHEET - COUNTY COMMITTEE**

**THIS BALLOT CANNOT BE VOTED. IT IS A SAMPLE COPY OF THE OFFICIAL BALLOT USED ON ELECTION DAY.**

# HUDSON COUNTY

**City of Jersey City – County of Hudson**
**Primary Election Sample Ballot**
**July 7, 2020**

**The polls will be open from 6:00 AM to 8:00 PM**

THIS IS A SAMPLE OF THE PROVISIONAL BALLOT THAT IS TO
BE VOTED UPON AT THE PRIMARY ELECTION ON JULY 7, 2020

*E. Junior Maldonado*

E. JUNIOR MALDONADO
Clerk of Hudson County/Secretario del Condado de Hudson

**Ciudad de Jersey City – Condado de Hudson**
**Boleta de Muestra de la Elección Primaria**
**7 de Julio de 2020**

**Los centros de votación estarán abiertos desde las 6:00 AM hasta las 8:00 PM**

ESTA ES UNA MUESTRA DE LA BOLETA PROVISIONAL QUE SE USARÁ
EN LA VOTACIÓN DE LA ELECCIÓN PRIMARIA, EL 7 DE JULIO DE 2020.

---

The Primary Election on July 7, 2020 is being conducted primarily by mail as per Executive Order #144 signed by Governor Murphy on May 15, 2020.

This is your Sample Ballot. This is NOT your Vote-by-Mail Ballot used to cast your vote. If you need to request a duplicate Vote-by-Mail Ballot, please call (201)369-3470, option 6.

Voters who received a Vote-by-Mail ballot are encouraged to mail their ballot to the Hudson County Board of Elections in the postage paid envelope as soon as possible. Ballots returned by mail must be postmarked no later than 8:00 p.m. on July 7, 2020. Ballots may also be placed in one of many secure Election Ballot Drop Boxes located throughout the County. The locations of Hudson County's Election Ballot Drop Boxes can be found at **www.hudsoncountyclerk.org**. The deadline for placing it in one of the secure drop boxes or for delivering your ballot in-person to the Hudson County Board of Elections is 8:00 p.m. on July 7, 2020.

A limited number of polling places are available to voters on Election Day where only provisional paper ballots will be available to cast your vote. The location of your polling place is on the reverse side of this sample ballot. If a voter has a disability and needs an accessible ballot he/she may call the County Clerk's Office or may go to his/her assigned polling place which will provide access to an in-person accessible voting device on Primary Election Day.

This Primary Election Sample Ballot can also be found at www.hudsoncountyclerk.org. A sample ballot will be posted at each polling place.

If you have questions call the County Clerk's Office at (201)369-3470, option 6 or the County Board of Elections at (201)369-3435.

---

La elección Primaria del 7 de Julio de 2020 se está llevando a cabo principalmente por correo según la Orden ejecutiva #144 firmada por el gobernador Murphy el 15 de Mayo de 2020.

Esta es su boleta de muestra. Esta NO es su boleta de Voto Por Correo utilizada para emitir su voto. Si usted necesita solicitar un duplicado de la boleta de voto por correo, por favor llame al (201) 369-3470, opción 6.

A los votantes que recibieron una boleta de voto por correo se les solicita enviar su boleta por correo a la Junta Electoral del Condado de Hudson en el sobre que ya tiene el franqueo pagado (no necesita estampilla) lo antes posible. Las boletas devueltas por correo deben ser estampilladas a más tardar el 7 de Julio del 2020 a las 8:00 p.m. Las boletas también se pueden colocar en una de las muchas casillas de seguridad de votación electoral ubicadas en todo el condado. Las ubicaciones de los casilleros electorales de votación del condado de Hudson se pueden encontrar en www.hudsoncountyclerk.org. La fecha límite para colocarlo en uno de los buzones de seguridad o para entregar su boleta en persona a la Junta Electoral del Condado de Hudson es el 7 de Julio de 2020 a las 8:00 p.m.

Hay un número limitado de lugares de votación disponibles para los votantes en el día de las elecciones, donde solo boletas provisionales de papel estarán disponibles para emitir su voto. La ubicación de su lugar de votación está al otro lado de esta boleta de muestra. Si un votante tiene una discapacidad y necesita una boleta electoral accesible, puede llamar a la Oficina del Secretario del Condado o puede ir a su lugar de votación asignado, el cual le proporcionará acceso a un dispositivo de votación accesible en persona el Día de la Elección Primaria.

Esta boleta de muestra de la elección primaria también se puede encontrar en www. hudsoncountyclerk.org. Se publicará una boleta de muestra en cada lugar de votación.

Si usted tiene preguntas, por favor llamar a la Oficina del Secretario del Condado al (201)369-3470, opción 6 o la Junta de Elecciones del Condado al (201) 369-3435.

---

## DEMOCRATIC – DEMÓCRATA

| OFFICE TITLE / TÍTULO DE CARGO | COLUMN A / COLUMNA A Democratic/Demócrata | COLUMN B / COLUMNA B Democratic/Demócrata | COLUMN C / COLUMNA C Democratic/Demócrata | COLUMN D / COLUMNA D Democratic/Demócrata | COLUMN E / COLUMNA E Democratic/Demócrata | COLUMN F / COLUMNA F Democratic/Demócrata | PERSONAL CHOICE SELECCIÓN PERSONAL |
|---|---|---|---|---|---|---|---|
| Choice for President / Selección para Presidente | 24 LAWRENCE HAMM | 18 JOSEPH R. BIDEN | 14 BERNIE SANDERS | | | | Write-in Voto por Escrito |
| Delegates... | | 28 CORY BOOKER | | | | | |
| | | 38 DONALD M. PAYNE Jr. | | 10B EUGENE D. MAZO | 18G JOHN J. FLORA | | NO PERSONAL CHOICE POR/US DELEGATES PARA DELEGADOS |
| | | 48 KENNETH KOPACZ | | | | | Write-in Voto por Escrito |

## REPUBLICAN – REPUBLICANO

| OFFICE TITLE / TÍTULO DE CARGO | COLUMN G / COLUMNA G Republican/Republicano | COLUMN H / COLUMNA H Republican/Republicano | COLUMN I / COLUMNA I Republican/Republicano | COLUMN J / COLUMNA J Republican/Republicano | COLUMN K / COLUMNA K Republican/Republicano | PERSONAL CHOICE SELECCIÓN PERSONAL |
|---|---|---|---|---|---|---|
| Choice for President / Selección para Presidente | 34E HIRSH SINGH | 11 DONALD J. TRUMP | | | | Write-in Voto por Escrito |
| | 34F PATRICIA FLANAGAN | 21 RIKIN R. MEHTA | | | | |
| | | | JENNIFER ZINONE | 34J EUGENE ANAGNOS | 34K NATALIE LYNN RIVERA | NO PERSONAL CHOICE POR DELEGATES NO HAY SELECCIÓN PERSONAL PARA DELEGADOS |
| | | NO PETITION FILED PETICIONES NO RADICADAS SOMETIDAS | | | | Write-in Voto por Escrito |

Jersey City - Form 12

# HUNTERDON COUNTY

# OFFICIAL DEMOCRATIC PROVISIONAL BALLOT

### PRIMARY ELECTION • July 7, 2020 • Hunterdon County, NJ • 7th Congressional District
### FRANKLIN TOWNSHIP

*Mary H. Melfi*

**Mary H. Melfi**
*Hunterdon County Clerk*

## IMPORTANT INSTRUCTIONS TO VOTERS

Please read the following before marking your ballot:

1. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.
2. Completely fill in oval to the right of each of your selections.
   MARK BALLOT LIKE THIS:
   John DOE ➔ ●
3. To vote for any person whose name is not printed on this ballot, darken the oval by the words "write-in" for the office in which you want to write-in. Write the name of the person for which you wish to vote on the blank line.
4. If you tear, deface or incorrectly mark this ballot, return it to the Hunterdon County Clerk's Election Office and obtain a new ballot.

### CHOICE FOR PRESIDENT AND DELEGATES
### 11th Delegate District
### Vote for One (1) Slate

**JOSEPH R. BIDEN** ➔ ○

Delegates:
Linda Telschow, Thomas Regrut, Kendall Lopez
Hunterdon County Regular Democratic Organization

**BERNIE SANDERS** ➔ ○

Delegates:
Patricia Campos Medina, Mary Gerhold, Aaron Hyndman
Bernie 2020. Not Me. Us.

Uncommitted Delegates:
Christine Chan, Janice J.Miller ➔ ○

**WRITE-IN** ➔ ○

BALLOT CONTINUES IN NEXT COLUMN

---

### UNITED STATES SENATE
### Six (6) Year Term • Vote for One (1)

**LAWRENCE HAMM** ➔ ○
Not Me. Us.

**CORY BOOKER** ➔ ○
Hunterdon County Regular Democratic Organization

**WRITE-IN** ➔ ○

### UNITED STATES HOUSE OF REPRESENTATIVES
### Two (2) Year Term • Vote for One (1)

**TOM MALINOWSKI** ➔ ○
Hunterdon County Regular Democratic Organization

**WRITE-IN** ➔ ○

### BOARD OF CHOSEN FREEHOLDERS
### Three (3) Year Term • Vote for One (1)

**PATRICK D. HELLER** ➔ ○
Hunterdon County Regular Democratic Organization

**WRITE-IN** ➔ ○

BALLOT CONTINUES IN NEXT COLUMN

---

### TOWNSHIP COMMITTEE
### Three (3) Year Term • Vote for One (1)

**JOHN BENSCOTER** ➔ ○
Hunterdon County Regular Democratic Organization

**WRITE-IN** ➔ ○

END OF BALLOT

## SAMPLE BALLOT

# OFFICIAL REPUBLICAN PROVISIONAL BALLOT
## PRIMARY ELECTION • July 7, 2020 • Hunterdon County, NJ • 7th Congressional District
### FRANKLIN TOWNSHIP

*Mary H. Melfi*

**Mary H. Melfi**
*Hunterdon County Clerk*

### IMPORTANT INSTRUCTIONS TO VOTERS

Please read the following before marking your ballot:

1. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.
2. Completely fill in oval to the right of each of your selections.
   MARK BALLOT LIKE THIS:
   John DOE → ●
3. To vote for any person whose name is not printed on this ballot, darken the oval by the words "write-in" for the office in which you want to write-in. Write the name of the person for which you wish to vote on the blank line.
4. If you tear, deface or incorrectly mark this ballot, return it to the Hunterdon County Clerk's Election Office and obtain a new ballot.

### PRESIDENT/DELEGATES
### Vote for One (1)

**DONALD J. TRUMP** → ○
Hunterdon County Regular Republican Organization

DELEGATES
Christopher J. Christie
Michael L. Testa
Joseph Pennacchio
Kristin Corrado
Edward Bruce Didonato
Henry Y. Kuhl
Edward S. Walsh
Afzal Barlas
Joanne Gilmore
Munr Kazmir

ALTERNATE DELEGATES
John V. Azzariti
Stavros G. Christoudias
Susan L. Enderly
Janice M. Fields
Michael Lavery
Alexander C. Markowits
Darlene Shotmeyer
Thomas P. Ragukonis
Dorothy Burger
Theresa A. Winegar

DISTRICT DELEGATES
Alfred Gaburo
Jeffrey Michaels
John Scheuerman

**WRITE-IN** → ○

### UNITED STATES SENATE
### Six (6) Year Term • Vote for One (1)

**NATALIE LYNN RIVERA** → ○
We The People

**EUGENE T. ANAGNOS** → ○
Prevent CA East

**PATRICIA FLANAGAN** → ○
America First Republicans

**RIKIN "RIK" MEHTA** → ○
Hunterdon County Regular Republican Organization

**HIRSH SINGH** → ○
Keep America Great New Jersey

**WRITE-IN** → ○

### UNITED STATES
### HOUSE OF REPRESENTATIVES
### Two (2) Year Term • Vote for One (1)

**THOMAS H. KEAN JR.** → ○
Hunterdon County Regular Republican Organization

**RAAFAT BARSOOM** → ○
Keep America Great New Jersey

**TOM PHILLIPS** → ○
America First

**WRITE-IN** → ○

### BOARD OF CHOSEN FREEHOLDERS
### Three (3) Year Term • Vote for One (1)

**SHAUN C. VAN DOREN** → ○
Hunterdon County Regular Republican Organization

**WRITE-IN** → ○

### TOWNSHIP COMMITTEE
### Three (3) Year Term • Vote for One (1)

**PHILIP KOURY** → ○
Hunterdon County Regular Republican Organization

**WRITE-IN** → ○

BALLOT CONTINUES IN NEXT COLUMN

BALLOT CONTINUES IN NEXT COLUMN

END OF BALLOT

# SAMPLE BALLOT

# MERCER COUNTY

# OFFICIAL PRIMARY ELECTION SAMPLE BALLOT

## Robbinsville Borough
### Mercer County, New Jersey
### July 7, 2020
### 4th Congressional District



Paula Sollami Covello
PAULA SOLLAMI COVELLO
Mercer County Clerk
209 South Broad Street
Mercer County, New Jersey
P.O. Box 8068, Trenton, NJ 08650-0068

**ATTENTION VOTERS**
IN ORDER FOR YOU TO PROPERLY CAST YOUR VOTE,
THE OVERHEAD LIGHT MUST BE LIT AND
THERE SHOULD BE AN 'X' NEXT TO EACH SELECTION.

## DEMOCRATIC

| OFFICE TITLE | Column A Democratic | Column B Democratic | Column C Democratic | Column D Democratic | PERSONAL CHOICE |
|---|---|---|---|---|---|
| U.S. President 4 Year Term - Vote for One | [1A] Joseph R. BIDEN | | [1C] Bernie SANDERS | | [1E] NO PERSONAL CHOICE FOR DELEGATES |
| 8th District Delegates to Democratic National Convention Vote for Six | | | | [4D] UNCOMMITTED Joseph WOLGAST | |
| U.S. Senate 6 Year Term - Vote for One | [3A] Cory BOOKER | [3B] Lawrence HAMM | | | |
| U.S. House of Representatives 2 Year Term - Vote for One | [4A] Christine CONFORTI | [4B] Stephanie SCHMID | | | |
| Sheriff 3 Year Term - Vote for One | [5A] John A. "Jack" KEMLER | | | | |
| County Clerk 5 Year Term - Vote for One | [6A] Paula SOLLAMI COVELLO | | | | |
| Board of Chosen Freeholders 3 Year Term - Vote for Two | [7A] Lucylle RS WALTER | | | | |
| | [8A] John A. CIMINO | | | | |
| County Committee 2 Year Term - Vote for Two | | | | | |



Master ENG 4th
Robbinsville, Form 13,   D1

## REPUBLICAN

| OFFICE TITLE | Column E Republican | Column F Republican | PERSONAL CHOICE |
|---|---|---|---|
| U.S. President 4 Year Term - Vote for One | | [1F] Donald J. TRUMP | [1] NO PERSONAL CHOICE FOR DELEGATES |
| Delegates-at-Large to Republican National Convention Vote for Six | | [2F] | |
| Alternate Delegates-at-Large | | | |
| 4th Congressional District Delegates | | | |
| 4th Congressional Alternate District Delegates | | | |
| U.S. Senate 6 Year Term - Vote for One | [3E] Eugene T. ANAGNOS | [3F] Rikin "Rik" MEHTA | [3] |
| | [4E] Natalie Lynn RIVERA | | |
| | [5E] Hirsh V. SINGH | | |
| U.S. House of Representatives 2 Year Term - Vote for One | [6E] Patricia FLANAGAN | [6F] Christopher H. SMITH | [7] |
| Sheriff 3 Year Term - Vote for One | | [7F] Bryan "Rocky" BOCCANFUSO | [8] |
| County Clerk 5 Year Term - Vote for One | | NO PETITION FILED | [10] |
| Board of Chosen Freeholders 3 Year Term - Vote for Two | | NO PETITION FILED | [11] |
| | | NO PETITION FILED | |
| County Committee 4 Year Term - Vote for Two | | | |

**TO RECORD YOUR VOTE**
DO NOT PRESS THE "CAST VOTE"
BUTTON UNTIL YOU HAVE MADE ALL
DESIRED SELECTIONS.
**CAST VOTE BUTTON**

**PLEASE SEE REVERSE SIDE
FOR LIST OF COUNTY COMMITTEE
CANDIDATES BY DISTRICT**

MERCER COUNTY · NEW JERSEY

ROBBINSVILLE - FORM 13

## Robbinsville Township - DEMOCRATIC

| DISTRICT | COUNTY COMMITTEE - VOTE FOR TWO | DISTRICT | COUNTY COMMITTEE - VOTE FOR TWO | DISTRICT | COUNTY COMMITTEE - VOTE FOR TWO | DISTRICT | COUNTY COMMITTEE - VOTE FOR TWO | DISTRICT | COUNTY COMMITTEE - VOTE FOR TWO |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Teresa STIMPFEL | | | | | | | | |
| 1 | Charles AUSTIN | | | | | | | | |
| 2 | Sonia WALTER | | | | | | | | |
| 2 | Gus T. SIGGELAKIS | | | | | | | | |
| 3 | Antonio MARTINEZ | | | | | | | | |
| 3 | NO PETITION FILED | | | | | | | | |
| 4 | Anthony SALVATORE | | | | | | | | |
| 4 | Geraldine SALVATORE | | | | | | | | |
| 5 | Bianca I. JEREZ | | | | | | | | |
| 5 | NO PETITION FILED | | | | | | | | |
| 6 | James D. FREEMAN | | | | | | | | |
| 6 | Robert P. DAVIS | | | | | | | | |
| 7 | Amber HALPERN | | | | | | | | |
| 7 | NO PETITION FILED | | | | | | | | |
| 8 | Michael ESPOSITO | | | | | | | | |
| 8 | Fiza SERRA | | | | | | | | |
| 9 | Thomas J. HASTIE, Jr. | | | | | | | | |
| 9 | Nousin KANANI ASADPOUR | | | | | | | | |

## Robbinsville Township - REPUBLICAN

| DISTRICT | COUNTY COMMITTEE - VOTE FOR TWO | DISTRICT | COUNTY COMMITTEE - VOTE FOR TWO | DISTRICT | COUNTY COMMITTEE - VOTE FOR TWO | DISTRICT | COUNTY COMMITTEE - VOTE FOR TWO |
|---|---|---|---|---|---|---|---|
| 1 | NO PETITION FILED | | | | | | |
| 1 | NO PETITION FILED | | | | | | |
| 2 | NO PETITION FILED | | | | | | |
| 2 | Christine CIACCIO | | | | | | |
| 3 | Anthony CIACCIO | | | | | | |
| 3 | NO PETITION FILED | | | | | | |
| 4 | NO PETITION FILED | | | | | | |
| 5 | NO PETITION FILED | | | | | | |
| 5 | Vincent J. CALCAGNO | | | | | | |
| 6 | NO PETITION FILED | | | | | | |
| 7 | NO PETITION FILED | | | | | | |
| 7 | NO PETITION | | | | | | |
| 8 | Marie E. ONODY | | | | | | |
| 8 | NO PETITION FILED | | | | | | |
| 9 | NO PETITION FILED | | | | | | |
| 9 | NO PETITION FILED | | | | | | |

# MIDDLESEX COUNTY



**Elaine M. Flynn**
**Middlesex County Clerk**

# Democratic Provisional Ballot
### Primary Election, Tuesday, July 7, 2020
### County of Middlesex, New Jersey

| OFFICE TITLE | DEMOCRATIC A | DEMOCRATIC B | DEMOCRATIC C | DEMOCRATIC D | DEMOCRATIC E | PERSONAL CHOICE |
|---|---|---|---|---|---|---|
| **Choice for President and Delegates to the Democratic National Convention** 10th District A vote for President is an automatic vote for all affiliated delegates | | Joseph R. **BIDEN** *DISTRICT DELEGATES* Ernestine MCCASKILL James ROWE Patrick COVENY *ALTERNATE DISTRICT DELEGATES* Michele JAKER *Middlesex County Democratic Organization* | Bernie **SANDERS** *DISTRICT DELEGATES* Adeel AHMED Wilda DIAZ John HSU *ALTERNATE DISTRICT DELEGATES* Sarwat MALIK-HASSAN *Bernie 2020. Not Me. Us.* | **Uncommitted** *DISTRICT DELEGATES* Sharon SULLIVAN | | Write-in |
| **U.S. Senator** 6 Year Term Vote for One | Lawrence **HAMM** *Not Me. Us.* | Cory **BOOKER** *Middlesex County Democratic Organization* | | | | Write-in |
| **Member of the House of Representatives** 6th District 2 Year Term Vote for One | Russell "Russ" **CIRINCIONE** *Not Me. Us.* | Frank **PALLONE JR.** *Middlesex County Democratic Organization* | | | Amani **AL-KHATAHTBEH** *Make Democracy Happen* | Write-in |
| **County Clerk** 5 Year Term Vote for One | Herb **TARBOUS** *Not Me. Us.* | Nancy J. **PINKIN** *Middlesex County Democratic Organization* | | | | Write-in |
| **Members of the Board of Chosen Freeholders** 3 Year Term Vote for Two | Neeharika **THURAVIL** *Not Me. Us.* | Charles **TOMARO** *Middlesex County Democratic Organization* | | | | Write-in |
| | Catherine **HUNT** *Not Me. Us.* | Leslie **KOPPEL** *Middlesex County Democratic Organization* | | | | Write-in |
| **Members of the Borough Council** 3 Year Term Vote for Two | | Randy **KRUM** *Middlesex County Democratic Organization* | | | | Write-in |
| | | Susan **NAPLES** *Middlesex County Democratic Organization* | | | | Write-in |

Please see back
for instructions.
Instrucciones Al Reverso
આ સૂચનાઓ માટે કૃપા કરીને પાછળ જુઓ

**DEMOCRATIC**          01 Borough of Carteret



**Elaine M. Flynn**
**Middlesex County Clerk**

### Republican Provisional Ballot
Primary Election, Tuesday, July 7, 2020
County of Middlesex, New Jersey

| OFFICE TITLE | REPUBLICAN F | REPUBLICAN G | REPUBLICAN H | REPUBLICAN I | REPUBLICAN J | PERSONAL CHOICE |
|---|---|---|---|---|---|---|
| **Choice for President** 4 Year Term Vote for One | | | Donald J. **TRUMP** *Republican* | | | Write-in |
| **Delegates to the Republican National Convention** 6th District Vote for one slate of affiliated Delegates and Alternates | | | ***Middlesex County Republican Organization*** Christopher J. CHRISTIE, Michael L. TESTA, Joseph PENNACCHIO, Kristin CORRADO, Edward Bruce DIDONATO, Henry Y. KUHL, Edward S. WALSH, Afzal BARLAS, Joanne GILMORE, Munr KAZMIR | | | |
| **Alternate Delegates At-Large** | | | John V. AZZARITI, Stavros G. CHRISTOUDIAS, Susan L. ENDERLY, Janice M. FIELDS, Michael LAVERY, Alexander C. MARKOWITS, Darlene SHOTMEYER, Thomas P. RAGUKONIS, Dorothy BURGER, Theresa A. WINEGAR | | | |
| **District Delegates** | | | Robert BENGIVENGA JR., Brian KOLEMDRISKI, Peter CARTON | | | |
| **Alternate District Delegates** | | | Arthur RITTENHOUSE, Brajesh SINGH, Jarrett BRANCH | | | |
| **U.S. Senator** 6 Year Term Vote for One | Hirsh **SINGH** *Keep America Great New Jersey* | Natalie Lynn **RIVERA** *We the People* | Rikin "Rik" **MEHTA** *Middlesex County Republican Organization* | Patricia **FLANAGAN** *America First Republicans* | Eugene T. **ANAGNOS** *Prevent CA East* | Write-in |
| **Member of the House of Representatives** 6th District 2 Year Term Vote for One | | | No Petition Filed | | | Write-in |
| **County Clerk** 5 Year Term Vote for One | | | Joseph C. **WOLAK** *Middlesex County Republican Organization* | | | Write-in |
| **Members of the Board of Chosen Freeholders** 3 Year Term Vote for Two | | | John M. **MASCULIN** *Middlesex County Republican Organization* | | | Write-in |
| | | | Andrew T. **POLITI** *Middlesex County Republican Organization* | | | Write-in |
| **Members of the Borough Council** 3 Year Term Vote for Two | | | No Petition Filed | | | Write-in |
| | | | No Petition Filed | | | Write-in |

Please see back
for instructions.
Instrucciones Al Reverso

**REPUBLICAN**    **01 Borough of Carteret**

# MONMOUTH COUNTY

**16 Township of Freehold**

**Democratic**

*Christine Giordano Hanlon*
Christine Giordano Hanlon
Monmouth County Clerk

# Official Democratic Mail-In Ballot

Primary Election, Tuesday, July 7, 2020, Monmouth County, New Jersey

| Office Title | Democratic | Democratic | Democratic | Democratic | Democratic | Democratic | Personal Choice |
|---|---|---|---|---|---|---|---|
| **Choice for President and Delegates to the Democratic National Convention** Seventh Delegate District A vote for President is an automatic vote for all affiliated Delegates and Alternate Delegates. Vote for One | Joseph R. **BIDEN** Monmouth County Democrats **Delegates:** Mary FOSTER-SCOALES, Michael DuPONT, Joseph UBITTI, Ava JOHNSON **Alternate Delegate:** Edward ZIPPRICH | | Bernie **SANDERS** Bernie 2020. Not Me. Us. **Delegates:** Joel E. SCHWARTZ, Katherine TRIGGIANO, Anna-Maria VISKY, Dan WON **Alternate Delegate:** Angus McDOUGALD | | | | *write in (and fill in oval)* |
| **For United States Senate** Vote for One | Cory **BOOKER** Monmouth County Democrats | Lawrence **HAMM** Not Me. Us. | | | | | *write in (and fill in oval)* |
| **For U.S. House of Representatives** 4th Cong. District Vote for One | Stephanie **SCHMID** Monmouth County Democrats | | | Christine **CONFORTI** Monmouth County Democrats for the People | David **APPLEFIELD** Fairness in Healthcare, Schools, Local Businesses | | *write in (and fill in oval)* |
| **For County Clerk** Vote for One | Angela **AHBEZ-ANDERSON** Monmouth County Democrats | | | | | | *write in (and fill in oval)* |
| **For Members of the Board of Chosen Freeholders** Vote for Two | Michael **PENNA** Monmouth County Democrats | Angelica **ASHFORD** Not Me. Us. | | | | | *write in (and fill in oval)* |
| | Moira **NELSON** Monmouth County Democrats | Lucille **BENFANTI** Not Me. Us. | | | | | *write in (and fill in oval)* |
| **For Members of the Township Committee** Vote for Two | David **GROSSMAN** Monmouth County Democrats | | | | | | *write in (and fill in oval)* |
| | No Petition Filed | | | | | | *write in (and fill in oval)* |

## Vote Both Sides ⇨

## Instructions to the Voter:

1. To vote for any candidate whose name is printed on this ballot, fill in the oval to the right of the candidate's name (from this ◯ to this ●). Do not vote for more than the number of candidates to be elected to each office.

2. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.

3. To vote for a person whose name is not printed on this ballot, write the person's name on the blank line(s) (marked "write in") beside the proper title of office and fill in the oval to the right of the name (from this ◯ to this ●).

4. Do not mark this ballot in any manner other than provided for and do not erase. If you spoil your ballot, request a new one from the County Clerk's office. If you mark your ballot in such a way that your intent is unclear, or if you vote for more than the number to be elected to an office, your vote for that office will not be counted.

To PROTECT YOUR VOTE: It is against the law for anyone except you, the voter, to mark or inspect this ballot. However, a family member may assist you in doing so. If you are an incapacitated voter, a person other than a family member may also assist you in doing so.

# Official Democratic Mail-In Ballot

Primary Election, Tuesday, July 7, 2020, Monmouth County, New Jersey

**16 Township of Freehold**

**How to vote for County Committee:**

1. Match your Voting District on your mailing label (see illustration) to the list below. Vote for up to two candidates underneath your voting district by filling in the oval to the right of the candidate's name from (from this ⟶ ) to this ●. Vote only for candidates in your Election District.

2. To vote for a candidate whose name is not printed on this ballot, write that person's name in one of the blank lines at the bottom of the list (marked "Personal Choice") and fill in the oval to the right of the name (from this ⟶ ) to this ●. If you choose to vote on the Personal Choice line, be sure to write your voting district number in the box provided.

*Voting District*

| For Members of the County Committee | Freehold Township 9 | Freehold Township 17 |
|---|---|---|
| **Vote for Two** | **Jennie Jeannette MISTRETTA** *Monmouth County Democrats* ○ | **Kim E. LUXHOJ** *Monmouth County Democrats* ○ |
| **Freehold Township 1** | No Petition Filed | No Petition Filed |
| No Petition Filed | **Freehold Township 10** | **Freehold Township 18** |
| No Petition Filed | **Mary COZZOLINO** *Monmouth County Democrats* ○ | **Miriam FALK** *Monmouth County Democrats* ○ |
| **Freehold Township 2** | **Raymond A. RAYA** *Monmouth County Democrats* ○ | **Freehold Township 19** |
| **Scott A. BERLIN** *Monmouth County Democrats* ○ | **Freehold Township 11** | No Petition Filed |
| **Wendy SABIN** *Monmouth County Democrats* ○ | **Jonathan H. LOMURRO** *Monmouth County Democrats* ○ | **Freehold Township 20** |
| **Freehold Township 3** | **Heather R. LOMURRO** *Monmouth County Democrats* ○ | No Petition Filed |
| **Adele N. MEISTRICH** *Monmouth County Democrats* ○ | **Freehold Township 12** | No Petition Filed |
| **Alexander WISIENSKI** *Monmouth County Democrats* ○ | **Jeffrey D. WILLIAMS** *Monmouth County Democrats* ○ | **Freehold Township 21** |
| **Freehold Township 4** | **Ritesh P. SHAH** *Monmouth County Democrats* ○ | No Petition Filed |
| No Petition Filed | **Freehold Township 13** | No Petition Filed |
| No Petition Filed | **Margaret S. BEEKMAN** *Monmouth County Democrats* ○ | **Freehold Township 22** |
| **Freehold Township 5** | **Victorian C. MATTAR** *Monmouth County Democrats* ○ | No Petition Filed |
| **Kathleen VALLEE** *Monmouth County Democrats* ○ | **Freehold Township 14** | No Petition Filed |
| No Petition Filed | **Haven L. FRANKLIN** *Monmouth County Democrats* ○ | **Freehold Township 23** |
| **Freehold Township 6** | **John P. JOHNSTON** *Monmouth County Democrats* ○ | No Petition Filed |
| **Doris LIN** *Monmouth County Democrats* ○ | **Freehold Township 15** | No Petition Filed |
| No Petition Filed | **Marc DIAMENT** *Monmouth County Democrats* ○ | **Freehold Township 24** |
| **Freehold Township 7** | No Petition Filed | No Petition Filed |
| No Petition Filed | **Freehold Township 16** | No Petition Filed |
| No Petition Filed | No Petition Filed | **Freehold Township 25** |
| **Freehold Township 8** | No Petition Filed | **Joann L. DOWNEY** *Monmouth County Democrats* ○ |
| **Dolores YP WILSON** *Monmouth County Democrats* ○ | | **Stephen G. DOWNEY** *Monmouth County Democrats* ○ |
| No Petition Filed | | |

**Freehold Township 26**

| | |
|---|---|
| **Mary M. THOMANN** *Monmouth County Democrats* | ○ |
| **Raymond S. SANTIAGO** *Monmouth County Democrats* | ○ |
| **Samy CHENG ROBLES** *Not Me Us.* | ○ |

**Your Voting District:**

Personal Choice   ○

Personal Choice   ○

# Vote Both Sides ⇨

16 Township of Freehold

**Republican**

*Christine Giordano Hanlon*
Christine Giordano Hanlon
*Monmouth County Clerk*

**Official Republican Mail-In Ballot**
Primary Election, Tuesday, July 7, 2020, Monmouth County, New Jersey

| Office Title | Republican | Republican | Republican | Republican | Republican | Republican | Personal Choice |
|---|---|---|---|---|---|---|---|
| **Choice for President and Delegates to the Republican National Convention** 4th Cong. District A vote for President is an automatic vote for all affiliated Delegates and Alternate Delegates. Vote for One | ○ Donald J. **TRUMP** *Monmouth County* *Republican Organization* **Delegates At-Large:** Christopher J. Christie, Michael G. Testa, Joseph Pennacchio, Victoria Hardiman Bruno Distasio, Henry P. Nunn Scheft, Wash, Vital Baran, Joanne Gilmore, Megan Kacsut. **Alternate Delegates At-Large:** John V. Acitelli, Valerio G. Profaci, Mihas Ricci, Sean T. O'Brien, Leslie C. Howe, Michael Lavery, Alexander C. Montan, Barbara Reid Katsman, Tere P. Stephens, Thy Bargar. Thy Agostino **District Delegates:** Christine Giordano Hanlon, Gay Murd, Michael Thomas **Alternate District Delegates:** Jefferson Anderson, Jeffrey Balzar | | | | | | ○ *write in (and fill in oval)* |
| **For United States Senate** Vote for One | ○ Rikin "Rik" **MEHTA** *Monmouth County* *Republican Organization* | ○ Natalie Lynn **RIVERA** *We The People* | ○ Patricia **FLANAGAN** *America First Republicans* | ○ Hirsh **SINGH** *Keep America Great New Jersey* | ○ Eugene T. **ANAGNOS** *Prevent CA Exit* | | ○ *write in (and fill in oval)* |
| **For U.S. House of Representatives** 4th Cong. District Vote for One | ○ Christopher H. **SMITH** *Monmouth County* *Republican Organization* | | | | | ○ Alter Eliezer **RICHTER** *Tip The State Pro-Trump/Immigrant* | ○ *write in (and fill in oval)* |
| **For County Clerk** Vote for One | ○ Christine Giordano **HANLON** *Monmouth County* *Republican Organization* | | | | | | ○ *write in (and fill in oval)* |
| **For Members of the Board of Chosen Freeholders** Vote for Two | ○ Ross **LICITRA** *Monmouth County* *Republican Organization* ○ Lillian G. **BURRY** *Monmouth County* *Republican Organization* | | | | | | ○ *write in (and fill in oval)* ○ *write in (and fill in oval)* |
| **For Members of the Township Committee** Vote for Two | ○ Lester A. **PRESTON, Jr.** *Monmouth County* *Republican Organization* ○ Alan C. **WALKER** *Monmouth County* *Republican Organization* | | | | | | ○ *write in (and fill in oval)* ○ *write in (and fill in oval)* |

**Instructions on Back.  Vote Both Sides ⇨**

# Official Republican Mail-In Ballot

Primary Election, Tuesday, July 7, 2020, Monmouth County, New Jersey

**16 Township of Freehold**

*Voting District*

16 1234567890

**How to vote for County Committee:**

1. Match your Voting District on your mailing label (see illustration) to the list below. Vote for up to two candidates underneath your voting district by filling in the oval to the right of the candidate's name (from this ○, to this ●). Do not vote for more than the number of candidates to be elected to each Election District.

2. To vote for a candidate whose name is not printed on this ballot, write that person's name in one of the blank lines at the bottom of the list (marked "Personal Choice") and fill in the oval to the right of the name (from this ○, to this ●). **If you choose to vote on the Personal Choice line, be sure to write your voting district number in the box provided.**

## Instructions to the Voter:

1. To vote for any candidate whose name is printed on this ballot, fill in the oval to the right of the candidate's name (from this ○, to this ●). Do not vote for more than the number of candidates to be elected to each office.

2. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.

3. To vote for a person whose name is not printed on this ballot, write the person's name on the blank line(s) (marked "write in") beside the proper title of office and fill in the oval to the right of the name (from this ○, to this ●).

4. Do not mark this ballot in any manner other than provided for and **do not erase.** If you spoil your ballot, request a new one from the County Clerk's office. If you mark your ballot in such a way that your intent is unclear, or if you vote for more than the number to be elected to an office, your vote for that office will not be counted.

**To Protect Your Vote:** It is against the law for anyone except you, the voter, to mark or inspect this ballot. However a family member may assist you in doing so. If you are an incapacitated voter, a person other than a family member may also assist you in doing so.

| For Members of the County Committee | |
| --- | --- |
| Vote for Two | |
| **Freehold Township 1** | |
| John CERRATO *Monmouth County Republican Organization* | ○ |
| Kathy CERRATO *Monmouth County Republican Organization* | ○ |
| **Freehold Township 2** | |
| Greg J. RITZER *Monmouth County Republican Organization* | ○ |
| Connie SANTIAGO *Monmouth County Republican Organization* | ○ |
| **Freehold Township 3** | |
| No Petition Filed | |
| No Petition Filed | |
| **Freehold Township 4** | |
| Patrick COBURN *Monmouth County Republican Organization* | ○ |
| No Petition Filed | |
| **Freehold Township 5** | |
| Anthony J. AMMIANO *Monmouth County Republican Organization* | ○ |
| Robert F. MUNOZ *Monmouth County Republican Organization* | ○ |
| **Freehold Township 6** | |
| Steven LEONE *Monmouth County Republican Organization* | ○ |
| Kelly A. LEONE *Monmouth County Republican Organization* | ○ |
| **Freehold Township 7** | |
| No Petition Filed | |
| No Petition Filed | |
| **Freehold Township 8** | |
| No Petition Filed | |
| No Petition Filed | |

| **Freehold Township 9** | |
| --- | --- |
| Michael F. AMMIANO *Monmouth County Republican Organization* | ○ |
| Madalina AMMIANO *Monmouth County Republican Organization* | ○ |
| **Freehold Township 10** | |
| Alice L. CADOTTE *Monmouth County Republican Organization* | ○ |
| No Petition Filed | |
| **Freehold Township 11** | |
| Michael AMOROSO *Monmouth County Republican Organization* | ○ |
| Maria AMOROSO *Monmouth County Republican Organization* | ○ |
| **Freehold Township 12** | |
| Debra PRESTON *Monmouth County Republican Organization* | ○ |
| Lester A. PRESTON, Jr. *Monmouth County Republican Organization* | ○ |
| **Freehold Township 13** | |
| Amanda M. AGUILOS *Monmouth County Republican Organization* | ○ |
| Thomas L. COOK *Monmouth County Republican Organization* | ○ |
| **Freehold Township 14** | |
| Maureen FASANO *Monmouth County Republican Organization* | ○ |
| Eric FASANO *Monmouth County Republican Organization* | ○ |
| **Freehold Township 15** | |
| No Petition Filed | |
| No Petition Filed | |
| **Freehold Township 16** | |
| James S. TAYLOR *Monmouth County Republican Organization* | ○ |
| No Petition Filed | |

| **Freehold Township 17** | |
| --- | --- |
| Apryl L. KURTZ *Monmouth County Republican Organization* | ○ |
| Kevin M. KURTZ *Monmouth County Republican Organization* | ○ |
| **Freehold Township 18** | |
| John OLSON *Monmouth County Republican-in Organization* | ○ |
| Rosemary OLSON *Monmouth County Republican Organization* | ○ |
| **Freehold Township 19** | |
| No Petition Filed | |
| No Petition Filed | |
| **Freehold Township 20** | |
| No Petition Filed | |
| No Petition Filed | |
| **Freehold Township 21** | |
| No Petition Filed | |
| No Petition Filed | |
| **Freehold Township 22** | |
| No Petition Filed | |
| No Petition Filed | |
| **Freehold Township 23** | |
| Constance A. ROEDER *Monmouth County Republican Organization* | ○ |
| Michael CELANO *Monmouth County Republican Organization* | ○ |
| **Freehold Township 24** | |
| No Petition Filed | |
| No Petition Filed | |
| **Freehold Township 25** | |
| No Petition Filed | |
| No Petition Filed | |

| **Freehold Township 26** | |
| --- | --- |
| Craig J. ININICK *Monmouth County Republican Organization* | ○ |
| No Petition Filed | |
| **Your Voting District:** | |
| Personal Choice | ○ |
| Personal Choice | ○ |

**Vote only for candidates in your Election District**

## Vote Both Sides ⇨

# MORRIS COUNTY

# DEMOCRATIC MAIL-IN BALLOT
## OFFICIAL PRIMARY ELECTION
### JULY 7, 2020 • COUNTY OF MORRIS
### BOROUGH OF CHATHAM
### 11TH CONGRESSIONAL DISTRICT
### 12TH DELEGATE DISTRICT

ANN F. GROSSI, ESQ.
County Clerk

**To Protect Your Vote:**
IT IS UNLAWFUL FOR ANYONE EXCEPT YOU THE VOTER TO MARK, OR INSPECT THIS BALLOT. However, a family member may assist you in doing so.

## IMPORTANT INSTRUCTIONS
## TO VOTERS

**Please read the following before marking your ballot:**

1. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.

2. Completely fill in oval to the right of each of your selections.

MARK BALLOT LIKE THIS:
JOHN DOE ●

3. To vote for any person whose name is not printed on the ballot, go to the Personal Choice Column and darken the oval by the words "write-in" for the office in which you want to write-in. Write the name of the person for which you wish to vote on the blank line.

4. If you tear, deface or incorrectly mark this ballot, return it to the Morris County Clerk's Election Office and obtain a new ballot.

| OFFICE TITLE | DEMOCRATIC COLUMN 1 | DEMOCRATIC COLUMN 2 | DEMOCRATIC COLUMN 3 | DEMOCRATIC COLUMN 4 | WRITE-IN COLUMN |
|---|---|---|---|---|---|
| **CHOICE FOR PRESIDENT** (Vote for 1) | | **Bernie SANDERS** Bernie 2020. Not Me. Us. | **Joseph R. BIDEN** Biden for President | **UNCOMMITTED** | WRITE-IN |
| **DISTRICT DELEGATES** (12th Delegate District) A VOTE FOR CHOICE FOR PRESIDENT IS AN AUTOMATIC VOTE FOR AFFILIATED MALE AND FEMALE DISTRICT DELEGATES AND ALTERNATE DISTRICT DELEGATES TO THE DEMOCRATIC NATIONAL CONVENTION | | JUSTIN GOLDSMAN CINDY WOLFE-BROWN HETTY ROSENSTEIN JUSTIN O'FERA | RICHARD COREY JOSEPH LEARDELLO SHANNON LITTLE ERICA VARGAS-GIBBSON THOMAS BARRETT | DAVID WU PATRICIA PONAL DONALD ISSK RTU PINCHICK JUDY KELLY | WRITE-IN |
| **ALTERNATE DISTRICT DELEGATES** | | | | | |
| **MEMBER OF THE UNITED STATES SENATE** For 6 Years (Vote for 1) | **Cory BOOKER** Morris County Democratic Committee, Inc. | **Lawrence HAMM** Not Me. Us. | | | WRITE-IN |
| **HOUSE OF REPRESENTATIVES** (11th Congressional District) For 2 Years (Vote for 1) | **Mikie SHERRILL** Morris County Democratic Committee, Inc. | | | | WRITE-IN |
| **MEMBER OF THE BOARD OF CHOSEN FREEHOLDERS** For 3 Years (Vote for 1) | **Cary AMARO** Morris County Democratic Committee, Inc. | **Charles BARANSKI** | | | WRITE-IN |
| **MEMBER OF THE BOROUGH COUNCIL** For 3 Years (Vote for 2) | **Leonard RESTO** Morris County Democratic Committee, Inc. | | | | WRITE-IN |
| | **NO PETITION FILED** | | | | WRITE-IN |

© 2014 Dominion Voting Systems. All Rights Reserved

**ANN F. GROSSI, ESQ.**
County Clerk

**To Protect Your Vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU THE
VOTER TO MARK OR INSPECT THIS BALLOT.
However, a family member may assist you in doing so.

## REPUBLICAN MAIL-IN BALLOT
### OFFICIAL PRIMARY ELECTION
**JULY 7, 2020 • COUNTY OF MORRIS**
**TOWNSHIP OF CHATHAM**
**11th CONGRESSIONAL DISTRICT**

### *IMPORTANT INSTRUCTIONS TO VOTERS*
Please read the following before marking your ballot:

1. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.

2. Completely fill in oval to the right of each of your selections.

MARK BALLOT LIKE THIS:
John DOE ●

3. To vote for any person whose name is not printed on this ballot, go to the Write-In  Column and darken the oval by the words  "write-in" for the office in which you want to write-in. Write the name of the person for which you wish to vote on the blank line.

4. If you tear, deface or incorrectly mark  this ballot, return it to the Morris County Clerk's Election Office and obtain a new ballot.

| OFFICE TITLE | REPUBLICAN COLUMN **1** | WRITE-IN COLUMN |
|---|---|---|
| **CHOICE FOR PRESIDENT**<br>For 4 Years      (Vote for 1) | **Donald J. TRUMP** ○<br>Regular Republican Organization | WRITE-IN ○ |
| **DELEGATES TO THE NATIONAL CONVENTION** (Vote for ONE Slate)<br>**DELEGATES-AT-LARGE** | **REGULAR REPUBLICAN ORGANIZATION**<br>CHRISTOPHER J. CHRISTIE  EDWARD BRUCE DIDONATO  JOANNE GILMORE<br>MICHAEL L. TESTA   HENRY Y. KUHL   MUNR KAZMIR<br>JOSEPH PENNACCHIO   EDWARD S. WALSH<br>KRISTIN CORRADO   AFZAL BARLAS | |
| **ALTERNATE DELEGATES-AT-LARGE** | JOHN V. AZZARITI  MICHAEL LAVERY  DOROTHY BURGER<br>STAVROS G. CHRISTODULAS  ALEXANDER C. MARKOWITS  THERESA A. WINEGAR<br>SUSAN L. ENDERLY  DARLENE SHOTMEYER<br>JANICE M. FIELDS  THOMAS P. RAGUKONIS | |
| **DISTRICT DELEGATES** | LAURA ALI   PETER  MURPHY   CHRISTINE SERRANO-GLASSNER | |
| **ALTERNATE DISTRICT DELEGATES** | BETTYLOU DECROCE  GERARD SCANLAN  JOANIE WALSH | |
| | **Eugene T. ANAGNOS** ○<br>Prevent CA East | WRITE-IN ○ |
| | **Rikin "Rik" MEHTA** ○<br>Regular Republican Organization | |
| **MEMBER OF THE**<br>**UNITED STATES SENATE**<br>For 6 Years      (Vote for 1) | **Patricia FLANAGAN** ○<br>America First Republicans | |
| | **Natalie Lynn RIVERA** ○<br>We The People | |
| | **Hirsh SINGH** ○<br>Keep America Great New Jersey Conservatives | |
| | **Rosemary BECCHI** ○<br>Regular Republican Organization | WRITE-IN ○ |
| **MEMBER OF THE**<br>**HOUSE OF REPRESENTATIVES**<br>(11th Congressional District)<br>For 2 Years      (Vote for 1) | | |
| **MEMBER OF THE**<br>**BOARD OF CHOSEN FREEHOLDERS**<br>For 3 Years      (Vote for 1) | **Tayfun SELEN** ○<br>Regular Republican Organization | WRITE-IN ○ |
| | **Michael J. KELLY** ○<br>Mike Kelly for Chatham Township | WRITE-IN ○ |
| **MEMBER OF THE**<br>**TOWNSHIP COMMITTEE**<br>For 3 Years      (Vote for 2) | **Ashley FELICE** ○<br>Representing Your Interests First | WRITE-IN ○ |
| | **Mark F. HAMILTON** ○<br>Representing Your Interests First | |

Sample

# OCEAN COUNTY





COUNTY OF OCEAN

SCOTT M. COLABELLA, County Clerk

THIS OFFICIAL PRIMARY SAMPLE BALLOT IS AN EXACT COPY OF THE OFFICIAL PRIMARY BALLOT TO BE USED ON PRIMARY ELECTION DAY. THIS BALLOT CANNOT BE VOTED.

# OFFICIAL PRIMARY ELECTION  COUNTY OF OCEAN  JULY 7, 2020

## POLLS OPEN BETWEEN 6:00 A.M. AND 8:00 P.M.

Jennifer Wolson, Municipal Clerk
Township of Plumsted

## OFFICIAL REPUBLICAN PARTY PRIMARY BALLOT

### IMPORTANT INSTRUCTIONS TO VOTERS

**Please read the following before marking your ballot:**

Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.

1. Completely fill in oval to the right of each of your selections.

MARK BALLOT LIKE THIS:  John DOE ●

2. To vote for any person whose name is not printed on this ballot, go to the Personal Choice Column and darken the oval by the words "write-in" for the office in which you want to write-in. Write the name of the person for which you wish to vote on the blank line.

If you tear, deface or incorrectly mark this ballot, return it and obtain a new ballot.

## IMPORTANT! ATTENTION VOTERS!

Familiarize yourself with this ballot and instructions. It will assist you in voting, and save time on Election Day. All voters who can, should vote early in the day and thus avoid the possibility of congestion and inconvenience to themselves and others near the close of the polls.

This is a PRIMARY ELECTION. Therefore you are confined legally to a choice of candidates for nomination within your own Political Party. To comply with the law, you are not permitted to vote for more than ONE Political Party in the Primary.

| OFFICE TITLE | REPUBLICAN COLUMN A | REPUBLICAN COLUMN B | REPUBLICAN COLUMN C | REPUBLICAN COLUMN D | REPUBLICAN COLUMN E | PERSONAL CHOICE |
|---|---|---|---|---|---|---|
| **CHOICE FOR PRESIDENT** (Vote for ONE) | | Donald J. TRUMP Regular Republican Organization of Ocean County ○ | | | | WRITE-IN ○ |
| **DELEGATES TO THE NATIONAL CONVENTION** AT-LARGE DELEGATES / ALTERNATE AT-LARGE DELEGATES / DISTRICT DELEGATES / ALTERNATE DISTRICT DELEGATES | | Regular Republican Organization of Ocean County (list of delegate names) | | | | |
| **DISTRICT DELEGATES** ALTERNATE DISTRICT DELEGATES | | (list of names) | | | | |
| **AT-LARGE DELEGATES** ALTERNATE AT-LARGE DELEGATES | | (list of names) | | | | |
| **MEMBER OF THE UNITED STATES SENATE** (Vote for ONE) | Natalie Lynn RIVERA WE THE PEOPLE | Hirsh SINGH Regular Republican Organization of Ocean County ○ | Rikin "Rik" MEHTA MAGA Republicans ○ | Patricia FLANAGAN America First Republicans ○ | Eugene T. ANAGHOS Preserve Our Core ○ | WRITE-IN ○ |
| **MEMBER OF THE HOUSE OF REPRESENTATIVES** (4th Congressional District) (Vote for ONE) | | Christopher H. SMITH Regular Republican Organization of Ocean County ○ | Alter Eliezer RICHTER Stand First G-d With True Priest ○ | | | WRITE-IN ○ |
| **COUNTY CLERK** (Vote for ONE) | | Scott M. COLABELLA Regular Republican Organization of Ocean County ○ | | | | WRITE-IN ○ |
| **MEMBER OF THE CHOSEN BOARD OF FREEHOLDERS** (Vote for ONE) | | Joe VICARI Regular Republican Organization of Ocean County ○ | | | | WRITE-IN ○ |
| **MEMBER OF THE TOWNSHIP COMMITTEE** (Vote for ONE) | | Leonard A. GRILLETTO Regular Republican Organization of Ocean County ○ | | | | WRITE-IN ○ |

Additional voter information will be available in all polling locations or visit:

www.elections.nj.gov

www.oceancountyclerk.com

f  www.facebook.com/oceancountyclerk

**OFFICIAL DEMOCRATIC PARTY PRIMARY BALLOT APPEARS ON THE OTHER SIDE**

# OFFICIAL DEMOCRATIC PARTY PRIMARY BALLOT

| OFFICE TITLE | DEMOCRATIC COLUMN F | DEMOCRATIC COLUMN G | DEMOCRATIC COLUMN H | DEMOCRATIC COLUMN I | DEMOCRATIC COLUMN J | DEMOCRATIC COLUMN K | DEMOCRATIC COLUMN L | PERSONAL CHOICE |
|---|---|---|---|---|---|---|---|---|
| **CHOICE FOR PRESIDENT** (VOTE FOR ONE) | **Joseph R. BIDEN** Official Regular Democratic Organization ○ | **Bernie SANDERS** Bernie 2020, Not Me. Us. ○ | UNCOMMITTED ○ | | | | | WRITE-IN ○ |
| **DELEGATES TO THE NATIONAL CONVENTION** (8th District Delegates) *A VOTE FOR CHOICE FOR PRESIDENT IS AN AUTHORIZED VOTE FOR ALL APPLICABLE MALE AND FEMALE DISTRICT DELEGATES.* | OFFICIAL REGULAR DEMOCRATIC ORGANIZATION / PAUL INGUINA / BRETT CANNON / MARY CAMPBELL CRUZ | BERNIE 2020, NOT ME. US. / TARA ASTOR / ANNA GOTTGRAF / NICK SIODANO | UNCOMMITTED / ISRAEL DEL RIO | | | | | |
| **MEMBER OF THE UNITED STATES SENATE** (Six Year Term) (VOTE FOR ONE) | **Cory BOOKER** Official Regular Democratic Organization ○ | **Lawrence HAMM** Not Me. Us. ○ | | | | | | WRITE-IN ○ |
| **MEMBER OF THE HOUSE OF REPRESENTATIVES** (4th Congressional District) (Two Year Term) (VOTE FOR ONE) | **Stephanie SCHMID** Official Regular Democratic Organization ○ | | **David APPLEFIELD** Fairness In Healthcare, Schools, Local Businesses. ○ | **Christine CONFORTI** Ocean County Democrats For The People ○ | | | | WRITE-IN ○ |
| **COUNTY CLERK** (Five Year Term) (VOTE FOR ONE) | **Kathy M. RUSSELL** Official Regular Democratic Organization ○ | | | | | | | WRITE-IN ○ |
| **MEMBER OF THE BOARD OF CHOSEN FREEHOLDERS** (Three Year Term) (VOTE FOR ONE) | **Helen DELA CRUZ** Official Regular Democratic Organization ○ | | | | | | | WRITE-IN ○ |
| **TOWNSHIP COMMITTEE** (Three Year Term) (VOTE FOR ONE) | NO PETITION FILED | | | | | | | WRITE-IN ○ |

---

*OFFICIAL REPUBLICAN PARTY PRIMARY BALLOT APPEARS ON THE OTHER SIDE*

## IMPORTANT!  ATTENTION VOTERS!

Familiarize yourself with this ballot and instructions. It will assist you in voting, and save time on Election Day. All voters who can, should vote early in the day and thus avoid the possibility of congestion and inconvenience to themselves and others near the close of the polls.

> This is a PRIMARY ELECTION. Therefore you are confined legally to a choice of candidates for nomination within your own Political Party. To comply with the law, you are not permitted to vote for more than ONE Political Party in the Primary.

---

*IMPORTANT INSTRUCTIONS TO VOTERS*

**Please read the following before marking your ballot:**

1. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.

2. Completely fill in oval to the right of each of your selections.

MARK BALLOT LIKE THIS:  John DOE ●

3. To vote for any person whose name is not printed on this ballot, go to the Personal Choice Column and darken the oval by the words "write-in" for the office in which you want to write-in. Write the name of the person for which you wish to vote on the blank line.

4. If you tear, deface or incorrectly mark this ballot, return it and obtain a new ballot.

Additional voter information will be available in all polling locations or visit:

www.elections.nj.gov
www.oceancountyclerk.com



www.facebook.com/oceancountyclerk

# PASSAIC COUNTY



**DEMOCRATIC PROVISIONAL BALLOT/OFFICIAL PRIMARY ELECTION**

# Bloomingdale

**Passaic County, New Jersey**
**11th Congressional District - July 7, 2020**



*DANIELLE IRELAND-IMHOF*
*Passaic County Clerk*
R-0000(NO_129)

**ATTENTION UNDECLARED VOTERS:**
You may only vote for
candidates of one party.

**To Protect Your Vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU
THE VOTER TO MARK OR INSPECT THIS BALLOT.
However, a family member may assist you in doing so.
If you are an incapacitated voter, a person other than a
family member may also assist you in doing so.

## *IMPORTANT INSTRUCTIONS TO VOTERS*

Please read the following before marking
your ballot:

1.  To vote for any candidate whose name is
    printed on this ballot, fill in the oval to the
    right of the candidate's name (from this
    ( ) , to this ● ). Do not vote for more
    than the number of candidates to be
    elected to each office.

2.  Use ONLY a pencil or ink pen (black or blue)
    to mark your ballot. Do not use red ink.

3.  To vote for a person who is not printed on
    this ballot, write the person's name on the
    blank line(s) (marked "write in") below the
    proper title of office and fill in the oval to
    the right of the name from this ( ) , to
    this ● ).

4.  Do not mark this ballot in any manner other
    than provided for and do not erase.

5.  Your vote will not be counted if you do not
    comply with these instructions.

AFTER MARKING THE BALLOT, FOLD IT INSERT
IT IN THE WHITE ENVELOPE AND SEAL IT.

---

### Choice for President
Vote for one

JOSEPH R. BIDEN **1A** → ◯
*Passaic County Democratic Organization, Inc.*

BERNIE SANDERS **1C** → ◯
*Bernie 2020. Not Me. Us.*

_____ → ◯
WRITE-IN VOTE

---

### 20th District Delegates to Democratic National Convention

A VOTE FOR PRESIDENT ABOVE
ALSO IS A VOTE FOR THEIR PLEDGED
DELEGATES BELOW

**JOSEPH R. BIDEN**
*Passaic County Democratic Organization, Inc.*

*DELEGATES*
Iris DEIXLER          Adam SILVERSTEIN
Keith KAZMARK      Isaac GRAVES
Molly SOKOTA

*ALTERNATE DELEGATES*
Susan SAHAI

A VOTE FOR PRESIDENT ABOVE
ALSO IS A VOTE FOR THEIR PLEDGED
DELEGATES BELOW
**BERNIE SANDERS**
*Bernie 2020. Not Me. Us.*

*DELEGATES*
Dianne DOUTHAT      Richard McFARLANE
Lauren HERMAN       Theodore SANZO
Danny MARKHAM

*ALTERNATE DELEGATES*
Andrea GORING

UNCOMMITTED
DELEGATES                **1D** ◯

*DELEGATES*
Kenneth HORWITZ

**NO WRITE-IN FOR DELEGATES**

---

### Member of the United States Senate
Vote for one

CORY BOOKER **3A** → ◯
*Passaic County Democratic Organization, Inc.*

LAWRENCE HAMM **3B** → ◯
*Not Me. Us.*

_____ → ◯
WRITE-IN VOTE

---

### Member of the House of Representatives
Vote for one

MIKIE SHERRILL **4A** → ◯
*Passaic County Democratic Organization, Inc.*

_____ → ◯
WRITE-IN VOTE

---

### Members of the Board of Chosen Freeholders
Vote for two

BRUCE JAMES **5A** → ◯
*Passaic County Democratic Organization, Inc.*

THEODORE TJ BEST, JR. **6A** → ◯
*Passaic County Democratic Organization, Inc.*

_____ → ◯
WRITE-IN VOTE

---

### Members of Borough Council
Vote for two

JOHN J. D'AMATO **7A** → ◯
*Passaic County Democratic Organization, Inc.*

PAYMAN "RAY" YAZDI **8A** → ◯
*Passaic County Democratic Organization, Inc.*

_____ → ◯
WRITE-IN VOTE

_____ → ◯
WRITE-IN VOTE

---

**Bloomingdale - Form 1**



**REPUBLICAN PROVISIONAL BALLOT/OFFICIAL PRIMARY ELECTION**

# Bloomingdale

**Passaic County, New Jersey**
**11th Congressional District - July 7, 2020**



*DANIELLE IRELAND-IMHOF*
*Passaic County Clerk*
R-000508-129

**ATTENTION UNDECLARED VOTERS:**
You may only vote for
candidates of one party.

**To Protect Your Vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU
THE VOTER TO MARK OR INSPECT THIS BALLOT.
However, a family member may assist you in doing so.
If you are an incapacitated voter, a person other than a
family member may also assist you in doing so.

## IMPORTANT INSTRUCTIONS TO VOTERS

Please read the following before marking
your ballot:

1.  To vote for any candidate whose name is
    printed on this ballot, fill in the oval to the
    right of the candidate's name (from this
    ( ) , to this ● ). Do not vote for more
    than the number of candidates to be
    elected to each office.

2.  Use ONLY a pencil or ink pen (black or blue)
    to mark your ballot. Do not use red ink.

3.  To vote for a person who is not printed on
    this ballot, write the person's name on the
    blank line(s) (marked "write in") below the
    proper title of office and fill in the oval to
    the right of the name from this ( ) , to
    this ● ).

4.  Do not mark this ballot in any manner other
    than provided for and do not erase.

5.  Your vote will not be counted if you do not
    comply with these instructions.

AFTER MARKING THE BALLOT, FOLD IT INSERT
IT IN THE WHITE ENVELOPE AND SEAL IT.

---

### Choice for President
Vote for one

**DONALD J. TRUMP 1G →**
Passaic County Regular Republican Organization, Inc.

WRITE-IN VOTE →

---

### Delegates-at-Large to Republican National Convention

Vote for one slate

A VOTE HERE IS A VOTE
FOR ALL DELEGATES AND ALTERNATES **2G**

**DONALD J. TRUMP**
Passaic County Regular Republican Organization, Inc.

*DELEGATES-AT-LARGE*

| | |
|---|---|
| Christopher J. CHRISTIE | Henry Y. KUHL |
| Michael L. TESTA | Edward S. WALSH |
| Joseph PENNACCHIO | Afzal BARLAS |
| Kristin CORRADO | Joanne GILMORE |
| Edward Bruce DIDONATO | Munr KAZMIR |

*ALTERNATE DELEGATES-AT-LARGE*

| | |
|---|---|
| John V. AZZARITI | Alexander C. MARKOWITS |
| Stavros G. CHRISTOUDIAS | Darlene SHOTMEYER |
| Susan L. ENDERLY | Thomas P. RAGUKONIS |
| Janice M. FIELDS | Dorothy BURGER |
| Michael LAVERY | Theresa A. WINEGAR |

*11TH CONGRESSIONAL DISTRICT DELEGATES*

| | |
|---|---|
| Laura ALI | Christine SERRANO-GLASSNER |
| Peter MURPHY | |

*11TH CONGRESSIONAL ALTERNATE DISTRICT DELEGATES*

| | |
|---|---|
| BettyLou DECROCE | Joanie WALSH |
| Gerard SCANLAN | |

**NO WRITE-IN FOR DELEGATES**

---

### Member of the United States Senate
Vote for one

**PATRICIA FLANAGAN 3F →**
America First Republicans

**RIKIN "RIK" MEHTA 3G →**
Passaic County Regular Republican Organization, Inc.

**HIRSH SINGH 3H →**
Keep America Great New Jersey

**NATALIE LYNN RIVERA 3I →**
We The People

**EUGENE T. ANAGNOS 3J →**
Prevent CA Exit

WRITE-IN VOTE →

---

### Member of the House of Representatives
Vote for one

**ROSEMARY BECCHI 4G →**
Passaic County Regular Republican Organization, Inc.

WRITE-IN VOTE →

---

### Members of the Board of Chosen Freeholders
Vote for two

**WILLIAM E. MARSALA 5G →**
Passaic County Regular Republican Organization, Inc.

**MATTHEW P. CONLON 6G →**
Passaic County Regular Republican Organization, Inc.

WRITE-IN VOTE →

WRITE-IN VOTE →

---

### Members of Borough Council
Vote for two

**MICHAEL J. PIROT 7G →**
Passaic County Regular Republican Organization, Inc.

**DANIEL J. HAWKINS 8G →**
Passaic County Regular Republican Organization, Inc.

WRITE-IN VOTE →

WRITE-IN VOTE →

---

# SALEM COUNTY



**DEMOCRATIC MAIL-IN BALLOT OFFICIAL PRIMARY ELECTION**
*Boleta de Voto por Correo Demócrata Oficial de las Elecciones Primarias*

# Alloway Township

**Salem County, New Jersey**
**July 7th, 2020**



*DALE A. CROSS*
*Salem County Clerk / Secretario del Condado*
e⊙—⊙ 126

**To Protect Your Vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU THE VOTER TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so. If you are an incapacitated voter, a person other than a family member may also assist you in doing so.

**Para proteger su voto:**
ES ILEGAL QUE OTRA PERSONA EXCEPTO USTED EL ELECTOR MARQUE O INSPECCIONE ESTA BOLETA. Sin embargo, un familiar puede ayudarle a hacerlo. Si usted es un elector incapacitado, una persona que no es un familiar también puede ayudarle a hacerlo.

## IMPORTANT INSTRUCTIONS TO VOTERS

Please read the following before marking your ballot:

1. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.

2. Completely fill in the oval to the right of each of your selections.
   **MARK BALLOT LIKE THIS.**

   JOHN DOE ➔ ●

3. To vote for any person whose name is not printed on this ballot, fill in the oval by the words "WRITE-IN VOTE" under that office. Write the name of the person for which you wish to vote on the blank line. You may not write-in any name that is printed on the ballot.

4. If you tear, deface or incorrectly mark this ballot, return it to the Salem County Clerk's Election Office and obtain a new ballot.

## INSTRUCCIONES IMPORTANTES A LOS ELECTORES

Favor de leer lo siguiente antes de marcar la boleta:

1. Use SOLAMENTE un lápiz o una pluma (de tinta negra o azul) para marcar la boleta. No use tinta roja.

2. Llene completamente el óvalo a la derecha de cada selección.
   **MARQUE LA BOLETA ASÍ.**

   JOHN DOE ➔ ●

3. Para votar por cualquier persona cuyo nombre no está impreso en la boleta, llene completamente el óvalo que se encuentra al lado de la palabra "Por Escrito" debajo del título del cargo. Escriba el nombre de la persona por quien usted desea votar en la línea en blanco. No se puede escribir ningún nombre ya impreso en la boleta.

4. Si usted rompe, pintarrajea o marca incorrectamente esta boleta, devuélvala a la Oficina Electoral del Secretario del Condado de Salem para obtener una nueva boleta.

---

### President of the United States
4 Year Term - Vote for One
*Presidente de los Estados Unidos*
*Término de 4 Años - Votar por Uno*

BERNIE **SANDERS** ➔ ○
Bernie 2020, Not Me. Us.

JOSEPH R. **BIDEN** ➔ ○
Regular Democratic Organization

WRITE-IN VOTE / POR ESCRITO ○

---

### 1st District Delegates to Democratic National Convention
*Delegados del Distrito 1º Para la Convención Nacional Demócrata*

A vote above is a vote for all delegates
*Un voto encima es un voto por todos los Delegados del distrito*
**BERNIE SANDERS**
*BERNIE 2020. NOT ME. US.*
District Delegates / Delegados del Distrito

AMIE **BABISCHKIN**
CRYSTAL **HARRIS**
JEREMIAH **SCHENERMAN**

A vote above is a vote for all delegates
*Un voto encima es un voto por todos los delegados*
**JOSEPH R. BIDEN**
*BIDEN FOR PRESIDENT*
District Delegates / Delegados del Distrito

JOHN J. **BURZICHELLI**, Jr.
LENORA **KODYTEK**
GINA MARIE **SANTORE**

**NO WRITE-IN FOR DELEGATES**
**NO DELEGADOS POR ESCRITO**

---

### United States Senate
6 Year Term - Vote for One
*Senado de los Estados Unidos*
*Término de 6 Años - Votar por Uno*

CORY **BOOKER** ➔ ○
Regular Democratic Organization

LAWRENCE **HAMM** ➔ ○
Not Me. Us.

WRITE-IN VOTE / POR ESCRITO ○

---

### United States House of Representatives
2 Year Term - Vote for One
*Cámara de Representantes de los Estados Unidos*
*Término de 2 Años - Votar por Uno*

WILL **CUNNINGHAM** ○
True Democracy

JOHN **FRANCIS** ○
Walking For You

AMY **KENNEDY** ○
Salem County Democratic Committee 2020

BRIGID CALLAHAN **HARRISON** ○
Regular Democratic Organization

ROBERT D. **TURKAVAGE** ○
Salem County's Moderate Democrat

WRITE-IN VOTE / POR ESCRITO ○

---

### Salem County Surrogate
5 Year Term - Vote for One
*Juez del Tribunal Testamentario del Condado de Salem*
*Término de 5 Años - Votar por Uno*

NICKI A. **BURKE** ➔ ○
Regular Democratic Organization

WRITE-IN VOTE / POR ESCRITO ○

---

### Board of Chosen Freeholders
3 Year Term - Vote for One
*Junta de Freeholders Elegidos*
*Término de 3 Años - Votar por Uno*

CHARLES V. **HASSLER** ➔ ○
Regular Democratic Party

WRITE-IN VOTE / POR ESCRITO ○

---

### Alloway Township Committee
3 Year Term - Vote for One
*Comité Municipal de Alloway*
*Término de 3 Años - Votar por Uno*

WARREN **MORGAN III** ➔ ○
Regular Democratic Party

WRITE-IN VOTE / POR ESCRITO ○

---

### County Committee Alloway District 1
2 Year Term - Vote for Two
*Comité del Condado Alloway Distrito 1*
*Término de 2 Años - Votar por Dos*

MATTHEW B. **GREEVER** ➔ ○
Regular Democratic Organization

NO PETITION FILED / NINGUNA PETICIÓN REGISTRADA

WRITE-IN VOTE / POR ESCRITO ○

WRITE-IN VOTE / POR ESCRITO ○

---

**Alloway - Form 1 District 1**



**COUNTY OF SALEM · NEW JERSEY**

## REPUBLICAN MAIL-IN BALLOT OFFICIAL PRIMARY ELECTION
### Boleta de Voto por Correo Republicana Oficial de las Elecciones Primarias

# Alloway Township
### Salem County, New Jersey
### July 7th, 2020



*DALE A. CROSS*
Salem County Clerk / Secretario del Condado

**To Protect Your Vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU THE VOTER TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so. If you are an incapacitated voter, a person other than a family member may also assist you in doing so.

**Para proteger su voto:**
ES ILEGAL QUE OTRA PERSONA EXCEPTO USTED EL ELECTOR MARQUE O INSPECCIONE ESTA BOLETA. Sin embargo, un familiar puede ayudarle a hacerlo. Si usted es un elector incapacitado, una persona que no es un familiar también puede ayudarle a hacerlo.

### IMPORTANT INSTRUCTIONS TO VOTERS

Please read the following before marking your ballot:

1. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.

2. Completely fill in the oval to the right of each of your selections. **MARK BALLOT LIKE THIS.**

JOHN DOE →●

3. To vote for any person whose name is not printed on this ballot, fill in the oval by the words "WRITE-IN VOTE" under that office. Write the name of the person for which you wish to vote on the blank line. You may not write-in any name that is printed on the ballot.

4. If you tear, deface or incorrectly mark this ballot, return it to the Salem County Clerk's Election Office and obtain a new ballot.

### INSTRUCCIONES IMPORTANTES A LOS ELECTORES

Favor de leer lo siguiente antes de marcar la boleta:

1. Use SOLAMENTE un lápiz o una pluma (de tinta negra o azul) para marcar la boleta. No use tinta roja.

2. Llene completamente el óvalo a la derecha de cada selección. **MARQUE LA BOLETA ASÍ.**

JOHN DOE →●

3. Para votar por cualquier persona cuyo nombre no está impreso en la boleta, llene completamente el óvalo que se encuentra al lado de la palabra "Por Escrito" debajo del título del cargo. Escriba el nombre de la persona por quien usted desea votar en la línea en blanco. No se puede escribir ningún nombre ya impreso en la boleta.

4. Si usted rompe, pintarrajea o marca incorrectamente esta boleta, devuélvala a la Oficina Electoral del Secretario del Condado de Salem para obtener una nueva boleta.

### President of the United States
4 Year Term - Vote for One
### Presidente de los Estados Unidos
*Término de 4 Años - Votar por Uno*

DONALD J. TRUMP →○
*REGULAR REPUBLICAN*

WRITE-IN VOTE / POR ESCRITO ○

### Delegates to Republican National Convention
### Delegados Para la Convención Nacional Republicano

A vote here is a vote for all delegates and alternates
*Un voto aquí es un voto por todos los delegados y los delegados alternativos*

**DONALD TRUMP** →○
*REGULAR REPUBLICAN*
Delegates-at-Large / Delegados Generales

CHRISTOPHER J. CHRISTIE    HENRY Y. KUHL
MICHAEL L. TESTA    EDWARD S. WALSH
JOSEPH PENNACCHIO    AFZAL BARLAS
KRISTIN CORRADO    JOANNE GILMORE
EDWARD BRUCE DIDONATO    MUMI KAZMIR
*Alternate Delegates-at-Large*
*Delegados Alternos Generales*

JOHN V. AZZARITI    ALEXANDER C. MARKOWITS
STAVROS G. CHRISTOUDIAS    DARLENE SHOTMEYER
SUSAN L. ENDERLY    THOMAS P. RAGUKONIS
JANICE M. FIELDS    DOROTHY BURGER
MICHAEL LAVERY    THERESA A. WINEGAR
*2nd Congressional District Delegates*
*Delegados del 2° Distrito Congresional*

LINDA DUBOIS    TOM ROTONDI
LYNDA PAGLIUGHI
*2nd Congressional Alternate District Delegates*
*Delegados Alternos del 2° Distrito Congresional*

CYNTHIA BALLES    ROBERT PENZA
KEITH DAVIS

**NO WRITE-IN FOR DELEGATES**
**NO DELEGADOS POR ESCRITO**

### United States Senate
6 Year Term - Vote for One
### Senado de los Estados Unidos
*Término de 6 Años - Votar por Uno*

NATALIE LYNN RIVERA →○
*WE THE PEOPLE*

PATRICIA FLANAGAN →○
*AMERICA FIRST REPUBLICANS*

RIKIN "RIK" MEHTA →○
*REGULAR REPUBLICAN*

EUGENE T. ANAGNOS →○
*PRESENT GA EAST*

HIRSH SINGH →○
*KEEP AMERICA GREAT NEW JERSEY*

WRITE-IN VOTE / POR ESCRITO ○

### United States House of Representatives
2 Year Term - Vote for One
### Cámara de Representantes de los Estados Unidos
*Término de 2 Años - Votar por Uno*

ROBERT W. PATTERSON →○
*AMERICA FIRST REPUBLICANS*

JEFF VAN DREW →○
*REGULAR REPUBLICAN*

WRITE-IN VOTE / POR ESCRITO ○

### Salem County Surrogate
5 Year Term - Vote for One
### Juez del Tribunal Testamentario del Condado de Salem
*Término de 5 Años - Votar por Uno*

BETH McCARTHY PATRICK →○
*REGULAR REPUBLICAN*

WRITE-IN VOTE / POR ESCRITO ○

### Board of Chosen Freeholders
3 Year Term - Vote for One
### Junta de Freeholders Elegidos
*Término de 3 Años - Votar por Uno*

→○

EDWARD A. RAMSAY →○
*REGULAR REPUBLICAN*

WRITE-IN VOTE / POR ESCRITO ○

### Alloway Township Committee
3 Year Term - Vote for One
### Comité Municipal de Alloway
*Término de 3 Años - Votar por Uno*

BRIAN LEADY →○
*REGULAR REPUBLICAN PARTY*

WRITE-IN VOTE / POR ESCRITO ○

### County Committee Alloway District 1
2 Year Term - Vote for Two
### Comité del Condado Alloway Distrito 1
*Término de 2 Años - Votar por Dos*

CHUCK ANGELUS →○
*REPUBLICAN PARTY*

AUTUMN ANGELUS →○
*REPUBLICAN PARTY*

WRITE-IN VOTE / POR ESCRITO ○

WRITE-IN VOTE / POR ESCRITO ○

Alloway - Form 1 District 1

# SOMERSET COUNTY

**Steve Peter**
Somerset County Clerk
*Secretario del Condado de Somerset*

**Official Democratic Mail-In Ballot**
Primary Election, Tuesday, July 7, 2020, Somerset County, New Jersey

Township of Bedminster

**Democratic**

| Primary Election Elección Primaria | DEMOCRATIC Column 1 DEMOCRÁTICO Columna 1 | DEMOCRATIC Column 2 DEMOCRÁTICO Columna 2 | DEMOCRATIC Column 3 DEMOCRÁTICO Columna 3 | DEMOCRATIC Column 4 DEMOCRÁTICO Columna 4 | Personal Choice Selección Personal |
|---|---|---|---|---|---|
| **Choice for President and Delegates to the Democratic National Convention** 11th Delegate District A vote for President is an automatic vote for all affiliated delegates and alternates. Vote for One **Selección para Presidente y Delegados a la Convención Nacional Democrática** Distrito 11 Un voto por Presidente es un voto automático por todos los delegados y alternativos afiliados. Vote por Uno | | Bernie **SANDERS** *Bernie 2020. Not Me. Us.* **Delegates:** Patricia Campos Medina, Mary Gerhold, Aaron Hyndman ○ | Joseph R. **BIDEN** *Biden for President* **Delegates:** Linda Telschow, Thomas Regrut, Kendall Lopez ○ | Uncommitted ○ **Delegates:** Christine Chan, Janice J. Miller | *write in (and fill in oval)* ○ |
| **United States Senator** Vote for One **Senador de los E.U.** Vote por Uno | Lawrence **HAMM** *Not Me. Us.* ○ | | Cory **BOOKER** *Somerset County Regular Democratic Organization* ○ | | *write in (and fill in oval)* ○ |
| **House of Representatives** 7th District Vote for One **Casa de Representantes** Distrito 7 Vote por Uno | | | Tom **MALINOWSKI** *Somerset County Regular Democratic Organization* ○ | | *write in (and fill in oval)* ○ |
| **Surrogate** Vote for One **Surrogado** Vote por Uno | | | Bernice "Tina" **JALLOH** *Somerset County Regular Democratic Organization* ○ | | *write in (and fill in oval)* ○ |
| **Board of Chosen Freeholders** Vote for Two **Consejo de Propietarios Electos** Vote por Dos | | | Douglas **SINGLETERRY** *Somerset County Regular Democratic Organization* ○ | | *write in (and fill in oval)* ○ |
| | | | Paul **DRAKE** *Somerset County Regular Democratic Organization* ○ | | *write in (and fill in oval)* ○ |
| **Township Committee** Vote for One **Comité Municipal** Vote por Uno | | | Jeffrey **BEYER** *Somerset County Regular Democratic Organization* ○ | | *write in (and fill in oval)* ○ |

### Instructions to the Voter:

1. To vote for any candidate whose name is printed on this ballot, fill in the oval to the right of the candidate's name (from this ◌, to this ●).
Do not vote for more than the number of candidates to be elected to each office.
2. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.
3. To vote for a person whose name is not printed on this ballot, write the person's name on the blank line(s) (marked "write in") beside the proper title of office and fill in the oval to the right of the name (from this ◌, to this ●).
4. Do not mark this ballot in any manner other than provided for and do not erase. If you spoil your ballot, request a new one from the County Clerk's office. If you mark your ballot in such a way that your intent is unclear, or if you vote for more than the number to be elected to an office, your vote for that office will not be counted.
**TO PROTECT YOUR VOTE:** It is against the law for anyone except you, the voter, to mark or inspect this ballot. However, a family member may assist you in doing so. If you are an incapacitated voter, a person other than a family member may also assist you in doing so.

### Papeleta Oficial de Voto por Correo

Elección Primaria, Martes, el 7 de julio de 2020

### Instrucciones al Votante

1. Para votar por cualquier candidato cuyo nombre está impreso en esta papeleta, rellene el óvalo a la derecha del nombre del candidato (de este ◌, a este ●). No vote por mas candidatos que el número a ser electo a ese cargo.
2. Use SOLO lápiz o bolígrafo (negro o azul) para marcar su papeleta.
3. Para votar por una persona cuyo nombre no está impreso en esta papeleta, escriba el nombre de la persona en la(s) línea(s) en blanco a la derecha del título apropiado del cargo, marcado "write in" (escriba), y rellene el óvalo a la derecha del nombre (de este ◌, a este ●).
4. No marque esta papeleta de ninguna otra manera que la provista y no borre. Si daña su papeleta, pida una nueva de la oficina del Secretario del Condado. Si marca su papeleta de tal manera que su intención no es clara, o si vota por mas del número de candidatos a ser electos a ese cargo, su voto para ese cargo no será contado.
**PARA PROTEGER SU VOTO:** Es contra la ley para cualquier persona, excepto el votante, marcar o inspeccionar esta papeleta. Sin embargo, un miembro de su familia puede asistirle en el proceso de voto.

**Steve Peter**
*Somerset County Clerk*
*Secretario del Condado de Somerset*

Township of Bedminster

## Official Republican Mail-In Ballot
Primary Election, Tuesday, July 7, 2020, Somerset County, New Jersey

**Republican**

| Primary Election / Elección Primaria | REPUBLICAN Column 1 REPUBLICANO Columna 1 | REPUBLICAN Column 2 REPUBLICANO Columna 2 | REPUBLICAN Column 3 REPUBLICANO Columna 3 | REPUBLICAN Column 4 REPUBLICANO Columna 4 | REPUBLICAN Column 5 REPUBLICANO Columna 5 | REPUBLICAN Column 6 REPUBLICANO Columna 6 | Personal Choice Selección Personal |
|---|---|---|---|---|---|---|---|
| **Choice for President and Delegates to the Republican National Convention** 7th District A vote for President is an automatic vote for all affiliated delegates and alternates. Vote for One **Selección para Presidente y Delegados a la Convención Nacional Republicana** Distrito 7 Un voto por Presidente es un voto automático por todos los delegados y alternativos afiliados. Vote por Uno | | | Donald J. **TRUMP** *Somerset County Republican Organization* **Delegates At-Large:** Christopher J. Christie, Michael L. Testa, Joseph Pennacchio, Kristin Corrado, Edward Bruce Didorato, Henry P. Kuhl, Edward S. Walsh, Afsal Barlas, Joanne Gubernot Munro, Yasemin V. Azzarti, Stavros G. Christoudias, Susan L. Enderly, Janice M. Fields, Michael Lavery, Alexander C. Markstone, Lisa G. Palozzi, Thomas F. Raguisolo, Dorothy Burger, Theresa A. Winegar. **Alternate Delegates At-Large:** John E. Sefchick, Darlene Shotmeyer, **District Delegates:** Alfred Gaburo, Jeffrey Michaelis, John Scheuermann. **Alternate District Delegates:** Guy Gregg, Glenn Mortimer, Susan Soloway | | | | ○ write in (and fill in oval) |
| **United States Senator** Vote for One **Senador de Los E.U.** Vote por Uno | Patricia **FLANAGAN** *America First Republicans* ○ | Natalie Lynn **RIVERA** *We The People* ○ | Rikin "Rik" **MEHTA** *Somerset County Republican Organization* ○ | Hirsh **SINGH** *Somerset County Regular Republican* ○ | Eugene T. **ANAGNOS** *Prevent CA East* ○ | | ○ write in (and fill in oval) |
| **House of Representatives** 7th District Vote for One **Casa de Representantes** Distrito 7 Vote por Uno | | | Thomas H. **KEAN, Jr.** *Somerset County Republican Organization* ○ | Raafat **BARSOOM** *Physician Not A Career Politician* ○ | | Tom **PHILLIPS** *America First* ○ | ○ write in (and fill in oval) |
| **Surrogate** Vote for One **Surrogado** Vote por Uno | | | Frank **BRUNO** *Somerset County Republican Organization* ○ | | | | ○ write in (and fill in oval) |
| **Board of Chosen Freeholders** Vote for Two **Consejo de Propietarios Electos** Vote por Dos | | | Brian **LEVINE** *Somerset County Republican Organization* ○ | | | | ○ write in (and fill in oval) |
| | | | Brian **GALLAGHER** *Somerset County Republican Organization* ○ | | | | ○ write in (and fill in oval) |
| **Township Committee** Vote for One **Comité Municipal** Vote por Uno | | | R. Colin **HICKEY** *Somerset County Republican Organization* ○ | | | | ○ write in (and fill in oval) |

**Instructions on back** ☞        **Instrucciones al reverso** ☞

---

Township of Bedminster

## Official Republican Mail-In Ballot
Primary Election, Tuesday, July 7, 2020
Somerset County, New Jersey

### Instructions to the Voter:

1. To vote for any candidate whose name is printed on this ballot, fill in the oval to the right of the candidate's name (from this ○, to this ●). Do not vote for more than the number of candidates to be elected to each office.

2. Use ONLY a pencil or ink pen (black or blue) to mark your ballot. Do not use red ink.

3. To vote for a person whose name is not printed on this ballot, write the person's name on the blank line(s) (marked "write in") beside the proper title of office and fill in the oval to the right of the name (from this ○, to this ●).

4. Do not mark this ballot in any manner other than provided for and do not erase. If you spoil your ballot, request a new one from the County Clerk's office. If you mark your ballot in such a way that your intent is unclear, or if you vote for more than the number to be elected to an office, your vote for that office will not be counted.

**To Protect Your Vote:** It is against the law for anyone except you, the voter, to mark or inspect this ballot. However, a family member may assist you in doing so. If you are an incapacitated voter, a person other than a family member may also assist you in doing so.

### Papeleta Oficial de Voto por Correo

Elección Primaria, Martes, el 7 de julio de 2020

### Instrucciones al Votante

1. Para votar por cualquier candidato cuyo nombre está impreso en esta papeleta, rellene el óvalo a la derecha del nombre del candidato (de este ○, a este ●). No vote por mas candidatos que el número a ser electo a ese cargo.

2. Use SOLO lápiz o bolígrafo (negro o azul) para marcar su papeleta.

3. Para votar por una persona cuyo nombre no está impreso en esta papeleta, escriba el nombre de la persona en la(s) línea(s) en blanco a la derecha del título apropiado del cargo, marcado "write in" (escriba), y rellene el óvalo a la derecha del nombre (de este ○, a este ●).

4. No marque esta papeleta de ninguna otra manera que la provista y no borre. Si daña su papeleta, pida una nueva de la oficina del Secretario del Condado. Si marca su papeleta de tal manera que su intención no es clara, o si vota por mas del número de candidatos a ser electos a ese cargo, su voto para ese cargo no será contado.

**Para Proteger Su Voto:** Es contra la ley para cualquier persona, excepto el votante, marcar o inspeccionar esta papeleta. Sin embargo, un miembro de su familia puede asistirle en el proceso de voto.

# SUSSEX COUNTY

# OFFICIAL DEMOCRATIC PRIMARY ELECTION

| SUSSEX COUNTY | NEW JERSEY | JULY 7, 2020 |

**INSTRUCTIONS TO THE VOTER:**
1. To vote for any candidate whose name is printed on this ballot, fill in the oval to the left of the candidate's name (from this ⬅, to this ⬅). Do not vote for more than the number of candidates to be elected to each office.

✏ **2. USE ONLY BLACK OR BLUE BALLPOINT PEN OR A #2 PENCIL TO MARK YOUR BALLOT.**

3. To vote for a person whose name is NOT printed on this ballot, write the person's name on the blank line(s) below the proper title of office (marked "WRITE IN") and fill in the oval to the left of the name (from this ⬅, to this ⬅).

**NOTE:** Failure to fill in the oval after writing in a name will **void this vote.**

4. Do not mark this ballot in any manner other than provided for and **do not erase.** If you spoil your ballot, return it to the County Clerk, who will provide you with a fresh ballot. If you mark your ballot in such a way that your intent is unclear, or if you vote for more than the number to be elected to an office, your vote for that office **WILL NOT BE COUNTED.**

**TO PROTECT YOUR VOTE:** IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so. If you are an incapacitated absentee voter, a person other than a family member may also assist you in doing so.

### FEDERAL

**PRESIDENT/DELEGATES**
(Vote for One)

○ **Bernie Sanders**
*Bernie 2020. Not Me. Us.*
11th District Delegates:
Patricia Campos Medina, Mary Gerhold, Aaron Hyndman

○ **Joseph R. Biden**
*Sussex County Democratic Organization*
11th District Delegates:
Linda Telschow, Thomas Regrut, Kendall Lopez

○ **11th District Delegates:**
Christine Chan, Janice J. Miller

○
Write In

**U.S. SENATE**
Six-Year Term (Vote for One)

○ **Lawrence Hamm**
*Not Me. Us.*

○ **Cory Booker**
*Sussex County Democratic Committee Organization*

○
Write In

**HOUSE OF REPRESENTATIVES**
**11th CONGRESSIONAL DISTRICT**
Two-Year Term (Vote for One)

○ **Mikie Sherrill**
*Sussex County Democratic Committee Organization*

○
Write In

### COUNTY

**FREEHOLDER**
Three-Year Term (Vote for One)

**No Petition Filed**

○
Write In

### MUNICIPAL

**FAULKNER ACT**

**No Municipal Offices Voted This Primary Election**

SPARTA TOWNSHIP 1

# OFFICIAL REPUBLICAN PRIMARY ELECTION

**SUSSEX COUNTY** | **NEW JERSEY** | **JULY 7, 2020**

**INSTRUCTIONS TO THE VOTER:**

1. To vote for any candidate whose name is printed on this ballot, fill in the oval to the left of the candidate's name (from this ◁⟍, to the ⬤). Do not vote for more than the number of candidates to be elected to each office.

2. **USE ONLY BLACK OR BLUE BALLPOINT PEN OR A #2 PENCIL TO MARK YOUR BALLOT.**

3. To vote for a person whose name is NOT printed on this ballot, write the person's name on the blank line(s) below the proper title of office (marked "WRITE IN") and fill in the oval to the left of the name (from this ◁⟍, to this ⬤).
**NOTE: Failure to fill in the oval after writing in a name will void this vote.**

4. Do not mark this ballot in any manner other than provided for and **do not erase.** If you spoil your ballot, return it to the County Clerk, who will provide you with a fresh ballot. If you mark your ballot in such a way that your intent is unclear, or if you vote for more than the number to be elected to an office, your vote for that office **WILL NOT BE COUNTED.**

**TO PROTECT YOUR VOTE:** IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so. If you are an incapacitated absentee voter, a person other than a family member may also assist you in doing so.

## FEDERAL

### PRESIDENT/DELEGATES
(Vote for One)

○ **Donald J. Trump**
*Conservative Republicans of Sussex County*

**Delegates-At-Large:**
Christopher J. Christie, Michael L. Testa, Joseph Pennacchio, Kristin Corrado, Edward Bruce DiDonato, Henry Y. Kuhl, Edward S. Walsh, Afzal Barlas, Joanne Gilmore, Munr Kazmir
**Alternate Delegates-At-Large:**
John V. Azzariti, Stavros G. Christoudias, Susan L. Enderly, Janice M. Fields, Michael Lavery, Alexander C. Markowits, Darlene Shotmeyer, Thomas P. Ragukonis, Dorothy Burger, Theresa A. Winegar
**District Delegates (11th Cong District):**
Laura Ali, Peter Murphy, Christine Serrano-Glassner
**Alternate District Delegates (11th Cong District):**
Bettylou DeCroce, Gerard Scanlan, Joanie Walsh

○
Write In

### U.S. SENATE
Six-Year Term (Vote for One)

○ **Rikin "Rik" Mehta**
*Conservative Republicans of Sussex County*

○ **Eugene T. Anagnos**
*Prevent CA East*

○ **Patricia Flanagan**
*America First Republicans*

○ **Hirsh Singh**
*Keep America Great New Jersey*

○ **Natalie Lynn Rivera**
*We The People*

○
Write In

## FEDERAL

### HOUSE OF REPRESENTATIVES
### 11th CONGRESSIONAL DISTRICT
Two-Year Term (Vote for One)

○ **Rosemary Becchi**
*Conservative Republicans of Sussex County*

○
Write In

## COUNTY

### FREEHOLDER
Three-Year Term (Vote for One)

○ **Herbert J. Yardley**
*Conservative Republicans of Sussex County*

○
Write In

## MUNICIPAL

### FAULKNER ACT

**No Municipal Offices Voted This Primary Election**

---

**SPARTA TOWNSHIP 1**

7.4.2.0 / 012503-14  © Election Systems & Software, Inc. 1981, 2002



# UNION COUNTY

# OFFICIAL PRIMARY ELECTION SAMPLE BALLOT
# BOLETA DE MUESTRA OFICIAL DE LAS ELECCIONES PRIMARIAS

## Borough of Roselle

Union County, New Jersey - July 7, 2020

10th Congressional District - 10° Distrito Congresional

JOANNE RAJOPPI
Union County Clerk / Secretaria del Condado

Lydia D. Massey
Roselle Borough Clerk / Secretaria Municipal

---

## OFFICIAL DEMOCRATIC PRIMARY ELECTION BALLOT
## BOLETA OFICIAL DEMOCRATA DE LAS ELECCIONES PRIMARIAS

Union County, New Jersey - July 7, 2020

| OFFICE TITLE / TÍTULO OFICIAL | A Democratic / Demócrata | B Democratic / Demócrata | C Democratic / Demócrata | D Democratic / Demócrata | E Democratic / Demócrata | F Democratic / Demócrata | PERSONAL CHOICE / SELECCIÓN PERSONAL |
|---|---|---|---|---|---|---|---|

---

## OFFICIAL REPUBLICAN PRIMARY ELECTION BALLOT
## BOLETA OFICIAL REPUBLICANO DE LAS ELECCIONES PRIMARIAS

Union County, New Jersey - July 7, 2020

| OFFICE TITLE / TÍTULO OFICIAL | A Republican / Republicano | B Republican / Republicano | C Republican / Republicano | D Republican / Republicano | E Republican / Republicano | F Republican / Republicano | PERSONAL CHOICE / SELECCIÓN PERSONAL |
|---|---|---|---|---|---|---|---|



---

## MAIL-IN BALLOT INSTRUCTIONS
## INSTRUCCIONES DE VOTO POR CORREO

**IMPORTANT INSTRUCTIONS TO VOTERS**
PLEASE READ THE FOLLOWING BEFORE MARKING YOUR BALLOT

**IMPORTANTE INSTRUCCIONES PARA EL VOTANTE**
POR FAVOR LEA LO PROXIMO ANTES DE MARCAR SU BOLETA

---

## INSTRUCTIONS FOR VOTING BY PROVISIONAL BALLOT AT POLLING PLACE
## INSTRUCCIONES PARA VOTAR CON BOLETA PROVISIONAL EN EL LUGAR DE VOTACIÓN

**IMPORTANT INSTRUCTIONS TO VOTERS**
PLEASE READ THE FOLLOWING BEFORE MARKING YOUR BALLOT

**IMPORTANTE INSTRUCCIONES PARA EL VOTANTE**
POR FAVOR LEA LO PROXIMO ANTES DE MARCAR SU BOLETA

Printed on Recycled Paper.


available now
App Store   Google play
Union County Votes

# WARREN COUNTY

**Township of Allamuchy**
Primary Election, July 7, 2020
Mail-in Ballot

# Warren County, NJ

*Holly Mackey*
Holly Mackey
Warren County Clerk

**INSTRUCTIONS TO VOTERS:**
To vote, completely darken the OVAL beside your choice. To vote for a person whose name is NOT on the ballot, write the candidate's name on the write-in line and darken the OVAL beside the name. If you wrongly mark, tear or deface this ballot, call the Warren County Clerk's office at 908-475-6211 and request a new one.
PLEASE FILL OVAL LIKE THIS: ●

## Choice for President & Delegates

4 Year Term
Vote for One Slate
11th Delegate District

### Joseph R. BIDEN
○ Delegates: Linda Telschow, Thomas Regrut, Kendall Lopez
Warren County Democratic Party

### Bernie SANDERS
○ Delegates: Patricia Campos Medina, Mary Gerhold, Aaron Hyndman
Bernie 2020. Not Me. Us.

○ Uncommitted Delegates
Christine Chan, Janice J. Miller

○ _____
Write-in

## United States Senator
6 Year Term
Vote for One

### Lawrence HAMM
○ Not Me. Us.

### Cory BOOKER
○ Warren County Democratic Party

○ _____
Write-in

## Member of the House of Representatives - 5th Congressional District
2 Year Term
Vote for One

### Josh GOTTHEIMER
○ Warren County Democratic Party

### Arati S. KREIBICH
○ Real Democrat, Real Change

○ _____
Write-in

## Surrogate
5 Year Term
Vote for One

### John MASSARO
○ Warren County Democratic Party

○ _____
Write-in

## Freeholder
3 Year Term
Vote for One

### Steven J. HAMBURGER
○ Warren County Democratic Party

○ _____
Write-in

## Allamuchy Council Member
3 Year Term
Vote for no more than Two

**No Petition Filed**

○ _____
Write-in

○ _____
Write-in

**SAMPLE BALLOT**

---

# DEMOCRATIC BALLOT

# Township of Allamuchy
## Primary Election, July 7, 2020
# Warren County, NJ

*Holly Mackey*
**Holly Mackey**
Warren County Clerk

**INSTRUCTIONS TO VOTERS:**
To vote, completely darken the OVAL beside your choice. To vote for a person whose name is NOT on the ballot, write the candidate's name on the write-in line and darken the OVAL beside the name. If you wrongly mark, tear or deface this ballot, call the Warren County Clerk's office at 908-475-6211 and request a new one.

**PLEASE FILL OVAL LIKE THIS:** ●

| Choice for President | United States Senator | Freeholder |
|---|---|---|
| 4 Year Term | 6 Year Term | 3 Year Term |
| Vote for One | Vote for One | Vote for One |

### Choice for President
4 Year Term
Vote for One

○ **Donald J. TRUMP**
Warren County Regular Republican Organization

○ _____
Write-in

### Delegates to the Republican National Convention - 5th
Vote for One Slate

○ **Delegates - At - Large:**
Christopher J. Christie, Michael L. Testa, Joseph Pennacchio, Kristin Corrado, Edward Bruce DiDonato, Henry Y. Kuhl, Edward S. Walsh, Afzal Barlas, Joanne Gilmore, Munr Kazmir
**Alternate Delegates-At-Large:**
John V. Azzariti, Stavros G. Christoudias, Susan L. Enderly, Janice M. Fields, Michael Lavery, Alexander C. Markowits, Darlene Shotmeyer, Thomas P. Ragukonis, Dorothy Burger, Theresa A. Winegar
**District Delegates:** Giavona Priolo Sullivan, Mike Vergara, Jack Zisa
**Alternate District Delegates:** Angela Toscano, Faith Vohden, Harold Wirths
Warren County Regular Republican Organization

### United States Senator
6 Year Term
Vote for One

○ **Natalie Lynn RIVERA**
We The People

○ **Eugene T. ANAGNOS**
Prevent CA East

○ **Rikin "Rik" MEHTA**
Warren County Regular Republican Organization

○ **Hirsh SINGH**
Keep America Great New Jersey

○ **Patricia FLANAGAN**
America First Republicans

○ _____
Write-in

### Member of the House of Representatives - 5th Congressional District
2 Year Term
Vote for One

○ **John J. MCCANN Jr.**
Keep America Great New Jersey

○ **James BALDINI**
America First Republicans

○ **Hector Luis CASTILLO**
Make New Jersey Great Again

○ **Frank T. PALLOTTA**
Warren County Conservative Republican

○ _____
Write-in

### Surrogate
5 Year Term
Vote for One

○ **Kevin M. O'NEILL**
Warren County Regular Republican Organization

○ _____
Write-in

### Freeholder
3 Year Term
Vote for One

○ **Lori CIESLA**
Warren County Regular Republican Organization

○ **Ted TOMASZEWSKI**

○ _____
Write-in

### Allamuchy Council Member
3 Year Term
Vote for no more than Two

○ **James "Jim" COTE**
Honesty Loyalty Transparency

○ **Rosemary TUOHY**
Delivering Leadership & Results for Allamuchy

○ _____
Write-in

○ _____
Write-in

**SAMPLE BALLOT**

## REPUBLICAN BALLOT