Brett M. Pugach, Esq. (032572011)
Yael Bromberg, Esq. (036412011)
BROMBERG LAW LLC
43 West 43rd Street, Suite 32
New York, NY 10036-7424
Telephone:  212-859-5083
Facsimile:  201-586-0427
bpugach@bromberglawllc.com
ybromberg@bromberglawllc.com
*Attorneys for Plaintiffs,*
*Christine Conforti, Arati Kreibich,*
*Mico Lucide, Joseph Marchica,*
*Kevin McMillan, Zinovia Spezakis,*
*and New Jersey Working Families*
*Alliance, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, <br><br> Defendants. | Civ. A. No. 3:20-CV-08267-FLW-TJB <br><br><br> **CERTIFICATION OF SERVICE** |

**CERTIFICATION OF SERVICE**

I, BRETT M. PUGACH, am an attorney with Bromberg Law LLC, and hereby certify that on January 25, 2021, a copy of the First Amended Complaint (with Exhibits A-B) was filed via ECF with the United States District Court for the District of New Jersey, Trenton Vicinage.

I further certify that on that same date, service of the First Amended Complaint (with Exhibits A-B) on the existing defendants and intervenor (Christine Giordano Hanlon, in her capacity as the Monmouth County Clerk, Scott M. Colabella, in his capacity as the Ocean County Clerk, Paula Sollami Covello, in her capacity as the Mercer County Clerk, and John S. Hogan, in his capacity as the Bergen County Clerk), was effected via ECF, consistent with Local Rule 5.2.

I further certify that upon the Clerk's generation of the Summons, service of process of the Summons, the First Amended Complaint (with Exhibits A-B), and the Court's Scheduling Order dated January 5, 2021 on the newly added defendants (Edward P. McGettigan, in his official capacity as the Atlantic County Clerk and E. Junior Maldonado, in his official capacity as the Hudson County Clerk) will be accomplished in a manner consistent with FRCP 4.

I further certify that notice of the First Amended Complaint (with Exhibits A-B) and the Court's Scheduling Order dated January 5, 2021 to the remaining 15 County Clerks who were not named as defendants and to the Secretary of State, as set forth in Paragraphs 64-65 of the First Amended Complaint, will be made by electronic mail by no later than Wednesday, January 27, 2021.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed at Scotch Plains, NJ on January 25, 2021.

/s Brett M. Pugach
Brett M. Pugach, Esq. (032572011)