IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, KEVIN MCMILLAN, JOSEPH MARCHICA, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, and EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MADONADO, in his official capacity as Hudson County Clerk,<br><br>Defendants. | Civ. A. No. 3:20-CV-08267-FLW-TJB<br><br><br>**NOTICE OF APPEARANCE OF YAEL BROMBERG, ESQ.** |

**PLEASE TAKE NOTICE** that BROMBERG LAW LLC hereby enters the appearance of Yael Bromberg, Esq. in this action as co-counsel for Plaintiffs in the above captioned matter.

By:   BROMBERG LAW LLC
      */s/ Yael Bromberg*
      YAEL BROMBERG, ESQ.
      43 West 43rd Street, Suite 32
      New York, NY 10036-7424
      PO Box 1131
      Glen Rock, NJ 07452-1131
      (212) 859-5083
      Fax: (201) 586-0427
      ybromberg@bromberglawllc.com

Dated: January 26, 2021