UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Conforti, et al().

*v.*

Hanlon, et al.

*Plaintiff*

*Defendant*

Civil Action No. 3:20-cv-08267

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for _____New Jersey Working Families Alliance, Inc._____, certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

**OR**

✔ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

*Brett Pugach*
Signature of Attorney

43 West 43rd Street, Suite 32
Address

New York, NY 10036-7424
City/State/Zip

01/26/2021
Date