# BROMBERG LAW LLC

YAEL BROMBERG, ESQ., PRINCIPAL*  
BRETT M. PUGACH, ESQ., OF COUNSEL**

43 West 43rd Street, Suite 32  
New York, NY 10036-7424

T: (212) 859-5083 | F: (201) 586-0427

P.O. Box 1131  
Glen Rock, NJ 07452-1131

January 26, 2021

**VIA ELECTRONIC FILING**  
Hon. Freda L. Wolfson, C.J.  
Clarkson S. Fisher Building & U.S. Courthouse  
402 East State Street, Room 2020  
Trenton, NJ 08608

      RE:    Conforti v. Hanlon, Case 3:20-cv-08267-FLW-TJB  
             Notification of Questioning of Constitutionality of State Statute

Dear Honorable Chief Judge Wolfson,

      This firm represents the plaintiffs, Christine Conforti, Arati Kreibich, Mico Lucide, Joseph Marchica, Kevin McMillan, Zinovia Spezakis, and New Jersey Working Families Alliance, Inc. ("Plaintiffs") in the above-captioned matter. Please accept this correspondence pursuant to Local Civil Rule 24.1(b) which requires Plaintiffs to notify the Court of the existence of a challenge to the constitutionality of a state statute, and relatedly 28 *U.S.C.* 2403(b), which provides that the Court shall certify such fact to the Attorney General of the State.

      On January 25, 2021, Plaintiffs filed a First Amended Complaint in the above captioned matter which calls into question the constitutionality of New Jersey's primary election bracketing and ballot order/placement system. Among other items, the First Amended Complaint questions the constitutionality of the laws that enable candidates running for different offices to be bracketed together in the same column or row of the ballot and which allow bracketed groupings of candidates to be placed in a preferential ballot draw and drawn first for ballot position vis-à-vis other candidates running for the same office, including but not limited to *N.J.S.A.* 19:49-2 and *N.J.S.A.* 19:23-26.1, as written and as interpreted by court decisions. Plaintiffs contend that such laws violate their First and Fourteenth Amendment rights under the Federal Constitution, unduly burdening the right to vote, and violating their right of equal protection and freedom of association, and further run afoul of the scope in which such laws may regulate the time, place, and manner of holding federal elections under the Elections Clause, Article I, § 4, cl. 1 of the United State Constitution.

* Licensed to practice in New Jersey, New York, and the District of Columbia  
** Licensed to practice in New Jersey and New York

1 of 2

BROMBERG LAW LLC

YAEL BROMBERG, ESQ., PRINCIPAL*　　　　　　　　　　43 West 43rd Street, Suite 32
BRETT M. PUGACH, ESQ., OF COUNSEL**　　　　　　　　New York, NY 10036-7424

T: (212) 859-5083 | F: (201) 586-0427　　　　　　　　P.O. Box 1131
　　　　　　　　　　　　　　　　　　　　　　　　　　Glen Rock, NJ 07452-1131

Thank you for the Court's attention to this matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Brett M. Pugach
　　　　　　　　　　　　　　　　　　Brett M. Pugach, Esq.
　　　　　　　　　　　　　　　　　　BROMBERG LAW LLC

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs,*
　　　　　　　　　　　　　　　　　　*Christine Conforti, Arati Kreibich,*
　　　　　　　　　　　　　　　　　　*Mico Lucide, Joseph Marchica,*
　　　　　　　　　　　　　　　　　　*Kevin McMillan, Zinovia Spezakis,*
　　　　　　　　　　　　　　　　　　*and New Jersey Working Families*
　　　　　　　　　　　　　　　　　 *Alliance, Inc.*

* Licensed to practice in New Jersey, New York, and the District of Columbia
** Licensed to practice in New Jersey and New York

2 of 2