### BROMBERG LAW LLC

| | |
|---|---|
| YAEL BROMBERG, ESQ., PRINCIPAL* <br> BRETT M. PUGACH, ESQ., OF COUNSEL** | 43 West 43rd Street, Suite 32 <br> New York, NY 10036-7424 |
| T: (212) 859-5083 \| F: (201) 586-0427 | P.O. Box 1131 <br> Glen Rock, NJ 07452-1131 |

January 27, 2021

**VIA ELECTRONIC FILING**
William T. Walsh, Clerk of Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

    RE: **Conforti v. Hanlon, Case 3:20-cv-08267-FLW-TJB**
       **Request for Summons to be Issued**

Dear Mr. Walsh,

  This firm represents the plaintiffs, Christine Conforti, Arati Kreibich, Mico Lucide, Joseph Marchica, Kevin McMillan, Zinovia Spezakis, and New Jersey Working Families Alliance, Inc. ("Plaintiffs") in the above-captioned matter. Plaintiffs respectfully request that a summons be issued for two defendants that were added to the case via Plaintiffs' First Amended Complaint filed on January 25, 2021, namely (1) Edward P. McGettigan, in his official capacity as the Atlantic County Clerk, and (2) E. Junior Maldonado, in his official capacity as the Hudson County Clerk.

  Thank you for the Clerk's attention to this matter.

                Respectfully submitted,

                <u>/s/ Brett M. Pugach</u>
                Brett M. Pugach, Esq.
                BROMBERG LAW LLC

                *Counsel for Plaintiffs,*
                *Christine Conforti, Arati Kreibich,*
                *Mico Lucide, Joseph Marchica,*
                *Kevin McMillan, Zinovia Spezakis,*
                *and New Jersey Working Families*
                *Alliance, Inc.*

c.  All Counsel of Record (via electronic filing)

\* Licensed to practice in New Jersey, New York, and the District of Columbia
\*\* Licensed to practice in New Jersey and New York