## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CONFORTI**, *et al.,*<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>**HANLON,** *et al.*<br><br>　　　　　　　Defendants. | Civil Action No. 20-8267 (FLW)(TJB)<br><br><br>**ORDER** |

　　　　On January 26, 2021, Plaintiffs Christine Conforti, Arati Kreibich, Mico Lucide, Joseph Marchica, Kevin McMillan, Zinovia Spezakis, and New Jersey Working Families Alliance, Inc. ("Plaintiffs") filed notice of a constitutional question pursuant to L. Civ. R. 24.1. [Docket Entry No. 36.] Pursuant to Fed. R. Civ. P. 5.1(b), the Court "must, under 28 U.S.C. § 2403, certify to the appropriate attorney general that a statute has been questioned."

　　　　**IT IS** on this ___1st___ day of **February 2021,** for good cause shown;

　　　　**CERTIFIED** to the New Jersey Attorney General that a constitutional question has been raised in this action; and it is further

　　　　**ORDERED** that the Clerk's Office shall provide a copy of this Order to the New Jersey Attorney General; and it is further

　　　　**ORDERED** that the pursuant to Fed. R. Civ. P. 5.1(c), the New Jersey Attorney General has until March 27, 2021 to intervene in this action.


　　　　　　　　　　　　　　　　　　　　　　　　s/ Tonianne J. Bongiovanni
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**Tonianne J. Bongiovanni**
　　　　　　　　　　　　　　　　　　　　　　　　**Hon. Tonianne J. Bongiovanni, USMJ**