BROMBERG LAW LLC

YAEL BROMBERG, ESQ., PRINCIPAL*  
BRETT M. PUGACH, ESQ., OF COUNSEL**

43 West 43rd Street, Suite 32  
New York, NY 10036-7424

T: (212) 859-5083 | F: (201) 586-0427

P.O. Box 1131  
Glen Rock, NJ 07452-1131

February 1, 2021

**VIA ELECTRONIC FILING**  
Hon. Freda L. Wolfson, C.J.  
Clarkson S. Fisher Building & U.S. Courthouse  
402 East State Street, Room 2020  
Trenton, NJ 08608

      RE:    Conforti v. Hanlon, Case 3:20-cv-08267-FLW-TJB  
              Notification of Similar Lawsuit

Dear Honorable Chief Judge Wolfson,

      This firm represents the plaintiffs, Christine Conforti, Arati Kreibich, Mico Lucide, Joseph Marchica, Kevin McMillan, Zinovia Spezakis, and New Jersey Working Families Alliance, Inc. ("Plaintiffs") in the above-captioned matter. This matter relates to the constitutionality of New Jersey ballot design. An amended complaint was filed in this matter on January 25, 2021 pursuant to a scheduling consent order, which sets motions to dismiss due on or before February 16, 2021. All defendants in this matter have been notified of the original and amended complaint, as has the New Jersey Attorney General's Office, and all county clerks in the state.

      We write to notify the Court of the existence of a similar subsequently filed lawsuit, *Mazo v. Durkin*, 20-cv-08336, which is currently pending before the Honorable Judge Susan D. Wigenton. We recently learned that the Court in *Mazo* may not have been notified of the existence of the first-filed *Conforti* case; accordingly, for this reason, we thought it advisable to send this letter to Your Honor.

      Thank you for the Court's attention to this matter.

                                         Respectfully submitted,

                                         */s/ Yael Bromberg, Esq.*  
                                         Yael Bromberg, Esq.  
                                         BROMBERG LAW LLC

                                         *Counsel for Plaintiffs, Christine Conforti,*  
                                         *Arati Kreibich, Mico Lucide, Joseph*  
                                         *Marchica, Kevin McMillan, Zinovia*

* Licensed to practice in New Jersey, New York, and the District of Columbia  
** Licensed to practice in New Jersey and New York

BROMBERG LAW LLC

YAEL BROMBERG, ESQ., PRINCIPAL*  
BRETT M. PUGACH, ESQ., OF COUNSEL**

43 West 43rd Street, Suite 32  
New York, NY 10036-7424

T: (212) 859-5083 | F: (201) 586-0427

P.O. Box 1131  
Glen Rock, NJ 07452-1131

*Spezakis, and New Jersey Working Families Alliance, Inc.*

**cc:**  All Counsel of Record in *Conforti v. Hanlon* (via electronic filing)  
Daniel J. Solt, Esq. Assistant County Counsel, Atlantic County (via electronic mail)  
Donato J. Battista, Esq., Hudson County Counsel (via electronic mail)  
Susan Scott, Esq., Chief, Deputy Attorney General (via electronic mail)

---

* Licensed to practice in New Jersey, New York, and the District of Columbia  
** Licensed to practice in New Jersey and New York