```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
                    Minutes of Proceeding
```

OFFICE: TRENTON
CHIEF JUDGE FREDA L. WOLFSON
                                                Date: February 8, 2021
COURT REPORTER: CAROL FARRELL

                                                Civil 20-8336(FLW)
TITLE OF CASE:                         Civil 20-8267(FLW)

**EUGENE MAZO**
      **vs.**
**CHRISTOPHER J. DURKIN et al.**
*in his official capacity as Essex County Clerk*

**CHRISTINE CONFORTI**
      **vs.**
**CHRISTINE GIORDANO HANLON et al.**
*in her official capacity as Monmouth County Clerk*

APPEARANCES:
**MAZO**
Walter M. Luers, Esq. for Plaintiff
Alan R. Ruddy, Esq. for Defendant Durkin - Essex County Clerk
Moshood Muftau, Esq. for Defendant Rajoppi - Union County Clerk
George Cohen, Esq., Susan Scott, Esq. for Defendant Way
Dan DeSalvo, Esq. for Defendant Maldanado - Hudson County Clerk.

**CONFORTI**
Yael Bromberg, Esq. & Brett M. Pugach, Esq. for Plaintiffs.
Eric Anderson, Esq. for Defendant Hanlon – Monmouth County Clerk.
Matthew Thompson for Defendant Colabella - Ocean County Clerk.
Angelo Genova, Esq., Jennifer Borek & Christopher Zamlout, Esq. for Defendant Covello - Mercer County Clerk.
Jaime Placek, Esq. for Defendant John Hogan - Bergen County Clerk

NATURE OF PROCEEDINGS:  Status Conference call

Status Conference Call held via zoom - On the record.

Mazo- Defendant Way shall file her Motion to Dismiss the Amended Complaint by 2/16/2021. Plaintiff shall file his opposition to the Motions to Dismiss by 4/1/2021. Defendants' replies shall be filed by 4/16/2021.

Any Motion to consolidate shall be filed by 2/22/2021.

*s/Jacqueline Merrigan*
 Deputy Clerk

```
COMMENCED: 1:30 P.M.
TIME ADJOURNED: 2:10 P.M
TOTAL TIME: 40  minutes
```