**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, <br><br> Defendants. | Case No. 3:20-CV-08267-FLW-TJB <br><br> <u>Civil Action</u> <br><br> **ACKNOWLEDGEMENT OF SERVICE** |

Pursuant to New Jersey Court Rule 4:4-6, made applicable to Federal Court by Fed. R. Civ. P. 4(j)(2)(B), the undersigned, counsel for Defendant Edward P. McGettigan, in his official capacity as Atlantic County Clerk, acknowledges service of a true copy of the within summons, together with the Complaint, on this 9th day of February, 2021.

ATLANTIC COUNTY DEP'T OF LAW
*Attorneys for Defendant*
*Edward P. McGettigan*

By:     /s/ Daniel J. Solt
        DANIEL J. SOLT
        1333 Atlantic Avenue

Atlantic City, NJ 08401-8278
609-343-2279
solt_daniel@aclink.org

Dated February 9, 2021