UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk,<br><br>Defendants. | Case No. 3:20-CV-08267-FLW-TJB<br><br>Civil Action<br><br>**ACKNOWLEDGEMENT OF SERVICE** |

Pursuant to New Jersey Court Rule 4:4-6, made applicable to Federal Court by Fed. R. Civ. P. 4(j)(2)(B), the undersigned, counsel for Defendant E. Junior Maldonado, in his official capacity as Hudson County Clerk, acknowledges service of a true copy of the within summons, together with the Complaint, on this 9th day of February, 2021.

**COUNTY OF HUDSON**
**OFFICE OF THE COUNTY COUNSEL**
*Attorneys for Defendant*
*E. Junior Maldonado*

By:   /s/ Daniel J. DeSalvo
         DANIEL J. DESALVO

             Administration Building Annex
             567 Pavonia Avenue
             Jersey City, NJ 07306
             201-795-6250
             ddesalvo@hcnj.us

Dated February 9, 2021