

| | **State of New Jersey** | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 112<br>TRENTON, NJ 08625-0112 | GURBIR S. GREWAL<br>*Attorney General* |
| SHEILA Y. OLIVER<br>*Lt. Governor* | | MICHELLE L. MILLER<br>*Director* |

February 17, 2021

**VIA Electronic Filing and Email**

Hon. Freda L. Wolfson, Chief Judge
United States District Court of New Jersey
Clarkson S. Fisher Building & Courthouse
402 E. State Street
Courtroom 5E
Trenton, New Jersey 08608

    Re:  Conforti, et al. v. Hanlon, et al.
          Civil Action No. 20-08267 (FLW-TJB)

Dear Chief Judge Wolfson:

Pursuant to Your Honor's instruction during the status conference held on February 8, 2021, please accept this letter as confirmation that the State of New Jersey will be participating in this matter in defense of the challenged statutes.

                  Respectfully Submitted,

                  GURBIR S. GREWAL
                  ATTORNEY GENERAL OF NEW JERSEY

        By:  s/ George N. Cohen
              George N. Cohen
              Deputy Attorney General
              George.Cohen@law.njoag.gov
              Attorney ID #002941985

c:  Counsel of Record (via electronic filing)



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-2955 • FAX: (609) 292-6239
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*