UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, <br><br> Defendants. | Case No. 3:20-CV-08267-FLW-TJB <br><br> Civil Action <br><br> **ACKNOWLEDGEMENT OF SERVICE** |

Pursuant to New Jersey Court Rule 4:4-6, made applicable to Federal Court by Fed. R. Civ. P. 4(j)(2)(B), the undersigned, counsel for Defendant Edward P. McGettigan, in his official capacity as Atlantic County Clerk, acknowledges service of a true copy of the within summons, together with the Complaint, on this 9th day of February, 2021.

| | |
|---|---|
| **BROMBERG LAW LLC** <br> *Attorneys for Plaintiffs* <br><br> By: /s/ Brett M. Pugach <br> BRETT M. PUGACH <br> 43 West 43rd Street, Suite 32 | **ATLANTIC COUNTY DEP'T OF LAW** <br> *Attorneys for Defendant* <br> *Edward P. McGettigan* <br><br> By: /s/ Daniel J. Solt <br> DANIEL J. SOLT <br> 1333 Atlantic Avenue |

New York, NY 10036-7424
973-600-9148
bpugach@bromberglawllc.com

Dated February 9, 2021

Atlantic City, NJ 08401-8278
609-343-2279
solt_daniel@aclink.org

Dated February 9, 2021