```
GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
Attorney for State of New Jersey
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625

By:   George N. Cohen
      Deputy Attorney General
      George.Cohen@law.njoag.gov
      (609) 376-2955
      Attorney ID #002941985
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

Civil Action No. 3:20-cv-08267

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br><br>    Plaintiffs, <br><br>        v. <br><br>CHRISTINE GIORDANO HANLON, in her Official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his Official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his Official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, <br><br>    Defendants. | NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Deputy Attorney General George N. Cohen hereby files his notice of appearance as counsel for Gurbir S. Grewal, Attorney General of the State of New Jersey, in the above-captioned matter.

>                GURBIR S. GREWAL
>                ATTORNEY GENERAL OF NEW JERSEY
>
> By:   s/George N. Cohen
>       George N. Cohen
>       Deputy Attorney General

DATED: March 1, 2021