UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, <br><br> Defendants. | Case No. 3:20-CV-08267-FLW-TJB <br><br> Civil Action <br><br> **PROPOSED CONSENT ORDER** |

This matter having come before the Court pursuant to the directive of Chief Judge Freda L. Wolfson at a status conference call on February 8, 2021 for the parties to confer and agree upon a schedule for the filing of motions to dismiss the First Amended Complaint and briefing of same, and all counsel having consented to the terms of this Order and for good cause shown,

**IT IS** on this _____ day of _____ 2021, **ORDERED** as follows:

1. Defendants shall file their Motions to Dismiss the Amended Complaint on or before March 29, 2021.

2. Plaintiffs' opposition to the Motions to Dismiss shall be filed on or before May 3, 2021.

3. Defendants shall file reply briefs, if any, on or before May 17, 2021.

_____
HON. FREDA L. WOLFSON, C.J.

The undersigned hereby consent to the form and entry of this order:

| | |
|---|---|
| **BROMBERG LAW LLC**<br>*Attorneys for Plaintiffs* | **GENOVA BURNS LLC**<br>*Attorneys for Defendant*<br>*Paula Sollami Covello* |
| By:   /s/ Brett M. Pugach<br>        BRETT M. PUGACH<br>        43 West 43rd Street, Suite 32<br>        New York, NY 10036-7424<br>        973-600-9148<br>        bpugach@bromberglawllc.com | By:   /s/ Jennifer Borek<br>        JENNIFER BOREK<br>        494 Broad Street<br>        Newark, New Jersey 07102<br>        973-533-0777<br>        jborek@genovaburns.com |
| Dated:  March 9, 2021 | Dated March 9, 2021 |
| **BERRY SAHRADNIK KOTZAS & BENSON**<br>*Attorneys for Defendant*<br>*Scott M. Colabella* | **REARDON ANDERSON LLC**<br>*Attorneys for Defendant*<br>*Christine Giordano Hanlon* |
| By:   /s/ Mathew B. Thompson<br>        MATHEW B. THOMPSON<br>        212 Hooper Avenue<br>        P.O. Box 757<br>        Toms River, New Jersey 08754<br>        732-349-4800<br>        mthompson@bskb-law.com | By:   Erik Anderson<br>        ERIK ANDERSON<br>        55 Gilbert Street North<br>        Suite 2204<br>        Tinton Falls, New Jersey 07701<br>        732-758-8070<br>        eanderson@reardonanderson.com |
| Dated:  March 9, 2021 | Dated March 9, 2021 |

| | |
|---|---|
| **ATLANTIC COUNTY DEP'T OF LAW**<br>*Attorneys for Defendant*<br>*Edward P. McGettigan* | **COUNTY OF HUDSON**<br>**OFFICE OF THE COUNTY COUNSEL**<br>*Attorneys for Defendant*<br>*E. Junior Maldonado* |

By: /s/ Daniel J. Solt
DANIEL J. SOLT
1333 Atlantic Avenue, 8th Floor
Atlantic City, NJ 08401-8278
609-343-2279
solt_daniel@aclink.org

Dated: March 9, 2021

By: Daniel J. DeSalvo
DANIEL J. DESALVO
Administration Building Annex
567 Pavonia Avenue
Jersey City, New Jersey 07306
201-795-6250
ddesalvo@hcnj.us

Dated March 9, 2021

**KAUFMAN SEMERARO & LEIBMAN, LLP**
*Attorneys for Defendant*
*John S. Hogan*

By: /s/ Jaime R. Placek
JAIME R. PLACEK
2 Executive Drive, Suite 530
Fort Lee, New Jersey 07024
201-947-8855
jplacek@northjerseyattorneys.com

Dated: March 9, 2021

**GURBIR S. GREWAL**
**ATTORNEY GENERAL OF NEW JERSEY**
*Attorneys for State of New Jersey*

By: /s/ George N. Cohen
GEORGE N. COHEN
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625
609-376-2955
George.Cohen@law.njoag.gov

Dated: March 9, 2021