# United States District Court
## for the District of New Jersey

| | |
|---|---|
| **CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC.,** | : : : : : : |
| Plaintiff, | : |
| | : Civil Action No. 20-8267 (FLW-TJB) |
| v. | : : |
| **CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk,** | : : : : : : : : : : : |
| Defendants. | : : |

## APPEARANCE OF COUNSEL

To:   Federal District Court Clerk and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Defendant, E. Junior Maldonado, in his official capacity as Hudson County Clerk.

Date: March 11, 2021

*s/Daniel J. DeSalvo*
*Attorney's Signature*

Daniel J. DeSalvo, Esq.
*Printed name*

567 Pavonia Avenue
Jersey City, New Jersey 7306
*Address*

ddesalvo@hcnj.us
*E-Mail address*

(201) 795-6250    x6266
*Telephone number*

(201) 795-6428
*Fax number*
