GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
Attorney for Intervenor, NJ Attorney General
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625

By:   George N. Cohen
       Deputy Attorney General
       George.Cohen@law.njoag.gov
       (609) 376-2955
       Attorney ID #002941985

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | | |
|---|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., | ) ) ) ) ) | HON. FREDA L. WOLFSON, U.S.D.J.<br><br>Civil Action No. 20-08267 (FLW-TJB) |
| Plaintiffs, | ) | |
| v. | ) | <u>Civil Action</u> |
| CHRISTINE GIORDANO HANLON, in her Official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his Official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, | ) ) ) ) ) ) ) ) ) | NOTICE OF MOTION TO INTERVENE ON BEHALF OF GURBIR S. GREWAL, ATTORNEY GENERAL OF NEW JERSEY |
| Defendants. | ) | |

PLEASE TAKE NOTICE that Gurbir S. Grewal, Attorney General of New Jersey, by George N. Cohen, Deputy Attorney General, moves before the Honorable Freda L. Wolfson, U.S.D.J, to intervene in the instant action. The undersigned shall rely on the attached Certification of Counsel and Statement in Lieu of Brief in support of the motion to intervene.

A proposed form of Order is attached hereto.

        GURBIR S. GREWAL
        ATTORNEY GENERAL OF NEW JERSEY

By:   s/George N. Cohen
       George N. Cohen
       Deputy Attorney General

DATED: March 29, 2021