GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
Attorney for Intervenor, NJ Attorney General
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625

By:   George N. Cohen
      Deputy Attorney General
      George.Cohen@law.njoag.gov
      (609) 376-2955
      Attorney ID #002941985

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | | |
|---|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., | ) ) ) ) ) | HON. FREDA L. WOLFSON, U.S.D.J. Civil Action No. 20-08267 (FLW-TJB) |
| Plaintiffs, | ) | |
| v. | ) | Civil Action |
| CHRISTINE GIORDANO HANLON, in her Official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his Official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, | ) ) ) ) ) ) ) ) | STATEMENT IN LIEU OF BRIEF PURSUANT TO L.CIV.R. 7.1(d)(4) IN SUPPORT OF MOTION TO INTERVENE |
| Defendants. | ) | |

This Statement is submitted by Gurbir S. Grewal, Attorney General of New Jersey

(Attorney General) in lieu of a brief pursuant to L.Civ.R. 7.1(d)(4) as no brief is necessary because the Attorney General relies upon the certification of counsel filed in support of the motion to intervene in this action.

        Respectfully submitted,

        GURBIR S. GREWAL
        ATTORNEY GENERAL OF NEW JERSEY

By:   s/George N. Cohen
      George N. Cohen
      Deputy Attorney General
      George.Cohen@law.njoag.gov
      Attorney ID No. 002941985

Dated: March 29, 2021