GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
Attorney for Intervenor, NJ Attorney General
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625

By:   George N. Cohen
       Deputy Attorney General
       George.Cohen@law.njoag.gov
       (609) 376-2955
       Attorney ID #002941985

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., | HON. FREDA L. WOLFSON, U.S.D.J. |
| | Civil Action No. 20-08267 (FLW-TJB) |
| Plaintiffs, | |
| v. | <u>Civil Action</u> |
| CHRISTINE GIORDANO HANLON, in her Official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his Official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, | NOTICE OF MOTION TO DISMISS PURSUANT TO <u>RED. R. CIV.P.</u> 12(B)(1) and 12(B)(6) IN LIUE OF AN ANSWER<br><br>(Electronically Filed) |
| Defendants. | |

      PLEASE TAKE NOTICE that on a date to be set by the court, Intervenor Gurbir S. Grewal,

Attorney General of New Jersey, by George N. Cohen, Deputy Attorney General appearing, shall move before the Honorable Freda L. Wolfson, U.S.D.J., in the United States Court House, Trenton, New Jersey, for an Order dismissing Plaintiffs' First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

PLEASE TAKE NOTICE that the undersigned shall rely on the attached brief in support of the motion to dismiss in lieu of an answer.

Intervenor requests oral argument if opposition is filed.

A proposed form of Order is attached hereto.

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By:   s/George N. Cohen
      George N. Cohen
      Deputy Attorney General

DATED: March 29, 2021