GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
Attorney for Intervenor, State of New Jersey
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625

By:   George N. Cohen
       Deputy Attorney General
       George.Cohen@law.njoag.gov
       (609) 376-2955
       Attorney ID #002941985

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | | |
|---|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., | ) ) ) ) ) | HON. FREDA L. WOLFSON, U.S.D.J. Civil Action No. 20-08267 (FLW-TJB) |
| Plaintiffs, | ) | |
| v. | ) | Civil Action |
| CHRISTINE GIORDANO HANLON, in her Official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his Official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, | ) ) ) ) ) ) ) | CERTIFICATION OF SERVICE |
| Defendants. | ) | |

I certify that on this on this day, the accompanying Notice of Motion to Dismiss, Brief in Support of Motion to Dismiss Plaintiffs' First Amended Complaint, Proposed Order, and Certification of Service, submitted on behalf of Intervenor, State of New Jersey, was electronically filed with the Clerk of the United States District Court, Vicinage of Trenton. Copies of the papers will be served upon all counsel of record by electronic notice and by Certified Mail, RRR on March 29, 2021 at the following address:

BRETT M. PUGASH, ESQ.
Bromberg Law LLC
43 West 43rd Street, Suite 32
New York, New York 10036-7424
Attorneys for Plaintiffs Christine Conforti, et al.

ANGELO GENOVA, ESQ.
Genova Burns LLC
494 Broad Street
Newark, New Jersey 07102
Attorneys for Defendant Paula Sollami Covello

MATHEW B. THOMPSON, ESQ.
Berry Sahradnik Kotzas & Benson
212 Hooper Avenue
P.O. Box 757
Toms River, New Jersey, 08754
Attorney for Defendant Scott M. Colabella

ERIK ANDERSON, ESQ.
Reardon Anderson LLC
55 Gilbert Street North
Suite 2204
Tinton Falls, New Jersey 07701
Attorneys for Defendant Christine Giordano Hanlon

DANIEL J. SOLT, ESQ.
Atlantic County Department of Law
1333 Atlantic Ave., 8th Floor
Atlantic City, New Jersey 08401-8278
Attorneys for Defendant Edward P. McGettigan

DANIEL J. DESLAVO, ESQ.
Office of the Hudson County Counsel
Administration Building Annex
567 Pavonia Avenue
Jersey City, New Jersey 07306
Attorneys for Defendant E. Junior Maldonado

JAIME R. PLACEK, ESQ.
Kaufman Semeraro & Liebman, LLP
2 Executive Drive, Suite 530
Fort Lee, New Jersey 07024
Attorneys for Defendant John S. Hogan

Additionally, one courtesy copy of the motion papers will be hand delivered to Your Honor's chambers on March 30, 2021.

          GURBIR S. GREWAL
          ATTORNEY GENERAL OF NEW JERSEY

By:   s/George N. Cohen
       George N. Cohen

Dated: March 29, 2021