GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
Attorney for Intervenor, NJ Attorney General
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625

By: George N. Cohen
Deputy Attorney General
George.Cohen@law.njoag.gov
(609) 376-2955
Attorney ID #002941985

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | | |
|---|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., | ) ) ) ) ) | HON. FREDA L. WOLFSON, U.S.D.J. Civil Action No. 20-08267 (FLW-TJB) |
| Plaintiffs, | ) | |
| v. | ) | <u>Civil Action</u> |
| CHRISTINE GIORDANO HANLON, in her Official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his Official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, | ) ) ) ) ) ) ) ) | ORDER (Electronically Filed) |
| Defendants. | ) | |

This matter having come before the Court upon a Motion of Intervenor Gurbir S. Grewal, Attorney General of New Jersey, by George N. Cohen, Deputy Attorney General appearing, for an Order dismissing Plaintiffs' First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(6), and the Court having considered the papers submitted herein; and for good cause shown;

IT IS on this     day of              , 2021

ORDERED, that the motion to dismiss filed by Intervenor Attorney General of New Jersey, is hereby granted in its entirety, and Plaintiffs' First Amended Complaint is hereby dismissed with prejudice.

_____
HON. FREDA L. WOLFSON, U.S.D.J.