UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHRISTINE CONFORTI, et al.,** | Civil Action No. 20-8267 (FLW) |
| **Plaintiffs,** | |
| v. | |
| **CHRISTINE GIORDANO HANLON, et al.,** | ORDER |
| **Defendants.** | |

This matter having been opened to the Court upon the motion to intervene by proposed Intervenor Gurbir S. Grewal, Attorney General of New Jersey, (the "State of New Jersey") [Docket Entry No. 52]; and counsel for Plaintiffs and counsel for all Defendants having consented to the State of New Jersey's proposed intervention; and the Court having fully reviewed and considered all arguments made in support of the State of New Jersey's motion; and the Court having considered the motion without oral argument pursuant to L.Civ.R. 78.1(b); and for good cause shown,

IT IS on this 29th day of March, 2021,

**ORDERED** that the State of New Jersey's motion to intervene is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court terminate Docket Entry No. 52 accordingly.

s/Tonianne J. Bongiovanni
**HONORABLE TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**