Mathew B. Thompson, Esq./023121998
**BERRY SAHRADNIK KOTZAS & BENSON, P.C.**
212 Hooper Avenue, P.O. Box 757
Toms River, NJ 08754-0757
Phone: (732) 349-4800
Fax:   (732) 349-1983
*Attorneys for Defendant Scott M. Colabella, in his official capacity as Ocean County Clerk*

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVEN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC.<br><br>                              Plaintiff,<br><br>                    vs.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, and PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk,<br><br>                              Defendants | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>**Civil Action No.: 3:20-cv-08267-FLW-TJB**<br><br>Civil Action<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO F.R.C.P. 12(b)(1) & 12 (b)(6)** |

TO:  **Brett M. Pugach, Esq.**
     Bromberg Law LLC
     41 West 43rd Street, Suite 32
     New York, NY 10036—7424

**PLEASE TAKE NOTICE** that on a date to be determined by the court, the undersigned applies for an Order dismissing Plaintiff's Complaint.

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely on the brief in support of this motion submitted simultaneously herewith.

A proposed form of order accompanies this motion.

**PLEASE TAKE FURTHER NOTICE** that if an opposition brief is filed thereto this party requests oral argument pursuant to L. Civ. R. 78.1(b).

                                        RESPECTFULLY SUBMITTED,
                                        **BERRY SAHRADNIK KOTZAS & BENSON**

                                        By: */S/ Mathew B. Thompson*
                                                Mathew B. Thompson, Esq.

DATED: March 29, 2021