**BERRY SAHRADNIK KOTZAS & BENSON, P.C.**
212 Hooper Avenue, P.O. Box 757
Toms River, NJ 08754-0757
Phone: (732) 349-4800
Fax: (732) 349-1983
*Attorneys for Defendant Scott M. Colabella, in his official capacity as Ocean County Clerk*

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVEN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC.<br><br>                    Plaintiff,<br><br>               vs.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, and PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk,<br><br>                    Defendants | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>**Civil Action No.: 3:20-cv-08267-FLW-TJB**<br><br>              <u>**Civil Action**</u><br><br>                    **ORDER** |

THIS MATTER having been brought before this Court by Mathew B. Thompson, Esq. of Berry, Sahradnik, Kotzas & Benson, Attorneys for Defendant, Ocean County Clerk, Scott M. Colabella; and the Court having considered the papers submitted, the argument of counsel and for good cause shown;

IT IS on this _____ day of _____ , 2021,

**ORDERED AND ADJUDGED** as follows:

1. Defendant Ocean County Clerk Scott M. Colabella's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) is GRANTED;

2. Plaintiff's Complaint is hereby DISMISSED with prejudice.

3. A copy of this Order shall be deemed served on all counsel upon the electronic filing of same via PACER/CM/ECF e-filing.

_____

Freda L. Wolfson, U.S.D.J.