ATLANTIC COUNTY DEPARTMENT OF LAW
1333 Atlantic Avenue, 8th Floor
Atlantic City, NJ 08401
609-343-2222
*Attorney for Defendant Edward P. McGettigan, in his official capacity as Atlantic County Clerk*

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KRIEBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, <br><br> Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY <br><br> Civil Action No.: 3:20-CV-08267-FLW-TJB <br><br><br> CERTIFICATION OF SERVICE |

    I hereby certify that on March 29, 2021, I filed the within Motion to Dismiss on behalf of Defendant Edward P. McGettigan, in his official capacity as Atlantic County Clerk, via electronic filing with the Clerk of the united States District Court, Trenton Vicinage, and all counsel of record.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

ATLANTIC COUNTY DEPARTMENT OF LAW
1333 Atlantic Avenue, 8th Floor
Atlantic City, NJ 08401

s/ Daniel J. Solt