DONATO J. BATTISTA
HUDSON COUNTY COUNSEL
ADMINISTRATION BUILDING ANNEX
567 PAVONIA AVENUE
JERSEY CITY, NEW JERSEY 07306
(201) 795-6250
BY: DANIEL J. DESALVO (#010502006)
    DEPUTY COUNTY COUNSEL
    ATTORNEY FOR COUNTY OF HUDSON, E. JUNIOR MALDONADO, IN HIS
    OFFICIAL CAPACITY AS HUDSON COUNTY CLERK

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI ARATI KREIBICH, MICO LUCIDE JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, & NJ WORKING FAMILIES ALLIANCE, <br><br> Plaintiffs, <br> v. <br><br> COUNTY OF HUDSON, E. JUNIOR MALDONADO, in his official Capacity as Hudson County Clerk, et al <br> Defendants. | : UNITED STATES DISTRICT COURT <br> : DISTRICT OF NEW JERSEY <br> : <br> : <br> : <br> : <br> : <br> : CASE NO.3:20-CV-08267-FLW-TJB <br> : <br> : <br> : *CROSS NOTICE OF MOTION* <br> : *TO DISMISS PURSUANT TO* <br> :      *RULE 12(b)(6)* <br> : <br> : <br> : |

TO: BRETT M. PUGACH
    BROMBERG LAW LLC
    43 WEST 43RD STREET
    SUITE 32
    New York, NY 10036-7424


1. **Moving Party:**           Defendant, E. Junior Maldonado, in his official capacity.

2. **Return Date of Motion: TO BE SET BY COURT**

3. **Place:**                  Federal District Court Clerk
                               District of New Jersey
                               50 Walnut Street
                               Newark N.J. 07101

4. **Purpose:** Order for Cross Motion to Dismiss.

5. **Supporting Documents:** The County relies upon the Certification of Daniel J. DeSalvo and supporting Brief filed with this motion.

6. **Oral Argument:** Movant waives oral argument and submits its motion on the papers

7. **Pretrial Order/Conference:** There does not exist a pretrial order or a pretrial conference.

I certify that copies of this Cross Notice of Motion to Dismiss together with supporting Certification(s), proposed form of Order and supporting Brief were electronically filed with the Federal Court Clerk.

                                        Donato J. Battista
                                        Hudson County Counsel

                                        **s/Daniel J. DeSalvo**
                                        Daniel J. DeSalvo
                                        Deputy County Counsel

Dated: March 25, 2021

DONATO J. BATTISTA
HUDSON COUNTY COUNSEL
ADMINISTRATION BUILDING ANNEX
567 PAVONIA AVENUE
JERSEY CITY, NEW JERSEY 07306
(201) 795-6250
BY:  DANIEL J. DESALVO (#010502006)
     DEPUTY COUNTY COUNSEL
     ATTORNEY FOR COUNTY OF HUDSON, E. JUNIOR MALDONADO, IN HIS
     OFFICIAL CAPACITY AS HUDSON COUNTY CLERK

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI ARATI KREIBICH, MICO LUCIDE JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, & NJ WORKING FAMILIES ALLIANCE, | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiffs, v. | CASE NO.3:20-CV-08267-FLW-TJB |
| COUNTY OF HUDSON, E. JUNIOR MALDONADO, in his official Capacity as Hudson County Clerk, et al Defendants. | ORDER |

This matter having been brought before the Court by the Hudson County Counsel's Office, Daniel J. DeSalvo, Deputy County Counsel, appearing and the Court having considered the moving papers, and good cause having been shown;

**IT IS** on this        day of                , 2021

**ORDERED**, that the motion of Defendants to Dismiss, be and the same is hereby granted; and it is further

**ORDERED**, that the motion of the Defendants, County of Hudson, E. Junior Maldonado, in his official capacity as

Hudson County Clerk to Dismiss is hereby is granted; and it is further

**ORDERED**, that Plaintiff's complaint be and the same is hereby is dismissed with prejudice; and it is further

**ORDERED**, that service of this Order shall be effectuated upon all parties upon its upload to e-court filing and to the extent a party is not served electronically, a copy of the Order will be served within seven (7) days of the date of this Order.

_____