```
DONATO J. BATTISTA
HUDSON COUNTY COUNSEL
ADMINISTRATION BUILDING ANNEX
567 PAVONIA AVENUE
JERSEY CITY, NEW JERSEY 07306
(201) 795-6250
BY:  DANIEL J. DeSALVO (#010502006)
     DEPUTY COUNTY COUNSEL
     ATTORNEY FOR DEFENDANT, E. JUNIOR MALDONADO, IN
     HIS OFFICIAL CAPACITY AS HUDSON COUNTY CLERK
```

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI ARATI KREIBICH, MICO LUCIDE JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, & NJ WORKING FAMILIES ALLIANCE,<br>          Plaintiffs,<br>v.<br><br>COUNTY OF HUDSON, E. JUNIOR MALDONADO, in his official Capacity as Hudson County Clerk, et al<br>          Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br><br><br><br>CASE NO.3:20-CV-08267-FLW-TJB<br><br><br>CERTIFICATION OF<br>DANIEL J. DeSALVO |

I, Daniel J. DeSalvo, hereby certify as follows:

1. I am an attorney at law in the State of New Jersey entrusted with the management of the within matter.

2. On or about January 25, 2021 Plaintiff filed an Amended Complaint **(Document 33/Federal Court)** which my co-counsel have sent in their motions. *[Attached hereto as Exhibit "A"]*

3. Attached is the Certification of E. Junior Maldonado, Hudson County Clerk. *[Attached hereto as Exhibit*

"B"]

4. I am making this Cross Motion and joining in the Motions to Dismiss by the co-Defendants.

I certify that the foregoing statements are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 25, 2021

s/DANIEL J. DeSALVO
Daniel J. DeSalvo
Deputy County Counsel