DONATO J. BATTISTA
HUDSON COUNTY COUNSEL
ADMINISTRATION BUILDING ANNEX
567 PAVONIA AVENUE
JERSEY CITY, NEW JERSEY 07306
(201) 795-6250
BY:  DANIEL J. DESALVO (#010502006)
     DEPUTY COUNTY COUNSEL
     ATTORNEY FOR DEFENDANT, E. JUNIOR MALDONADO, IN
     HIS OFFICIAL CAPACITY AS HUDSON COUNTY CLERK

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI ARATI KREIBICH, MICO LUCIDE JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, & NJ WORKING FAMILIES ALLIANCE, <br>     Plaintiffs, <br> v. <br><br> COUNTY OF HUDSON, E. JUNIOR MALDONADO, in his official Capacity as Hudson County Clerk, et al <br>     Defendants. | UNITED STATES DISTRICT COURT <br> DISTRICT OF NEW JERSEY <br><br><br><br><br><br> CASE NO.3:20-CV-08267-FLW-TJB <br><br><br> CERTIFICATION OF SERVICE |

I certify that on this day, the accompanying Cross Notice of Motion to Dismiss Pursuant to Rule 12(b)(6), Certification of Daniel J. DeSalvo along with supporting Brief and Exhibits submitted on behalf of E. Junior Maldonado, in his official capacity as as Hudson County Clerk, was electronically filed with the Clerk of the United States District Court, Newark Vicinage. Copies of the papers will be served upon all counsel of record by electronic notice and by electronic notice.

                                        Donato J. Battista
                                        Hudson County Counsel

                                        Daniel J. DeSalvo
Dated: March 29, 2021                   Deputy County Counsel