UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, <br><br> Defendants. | Case No. 3:20-cv-08267-FLW-TJB <br><br> Civil Action <br><br> **NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

TO:  Yael Bromberg, Esq.
  Brett M. Pugach, Esq.
  Bromberg Law, LLC
  73 Glen Avenue
  P.O. Box 1131
  Glen Rock, New Jersey 07452
  Attorney for Plaintiffs

**COUNSEL:**

**PLEASE TAKE NOTICE** that on a date to be set by the Court, the undersigned, counsel for defendant, Paula Sollami-Covello ("Defendant"), will

1

move before the Honorable Freda L. Wolfson, U.S.D.J., at the U.S. District Court for the District of New Jersey, 402 East State Street Room 2020, Trenton, NJ 08608, for an Order dismissing Plaintiff's First Amended Complaint pursuant to Fed. R. Civ. Proc. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the accompanying Brief in Support of Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that Defendant requests oral argument if timely opposition is filed.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Form of Order is submitted herewith.

                          **GENOVA BURNS LLC**
                          *Attorneys for Defendant,*
                          *Paula Sollami-Covello*

By:   */s/ Angelo J. Genova*
       Angelo J. Genova, Esq.
       Jennifer Borek, Esq.
       Christopher Zamlout, Esq.
       GENOVA BURNS LLC
       494 Broad Street
       Newark, New Jersey 07102
       973-533-0777
       973-533-1112 (fax)
       agenova@genovaburns.com
       jborek@genovaburns.com
       czamlout@genovaburns.com

Dated: March 29, 2020
#15698419v1 (1815.180)