# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, <br><br> Defendants. | Case No. 3:20-cv-08267-FLW-TJB <br><br> Civil Action <br><br> **CERTIFICATE OF SERVICE** |

I, Jennifer Borek, certify that a copy of (1) Defendant's Notice of Motion to Dismiss; (2) Defendant's Brief in Support of its Motion; and (3) a Proposed Order was filed on the Court's CM/ECF system on March 29, 2021, which caused a copy of the foregoing to be served on counsel of record for all parties:

Yael Bromberg, Esq.
Brett M. Pugach, Esq.
Bromberg Law, LLC
73 Glen Avenue
P.O. Box 1131
Glen Rock, New Jersey 07452
*Attorney for Plaintiffs*

Erik Anderson, Esq.
Reardon Anderson LLC
55 Gilbert Street North
Suite 2204
Tinton Falls, New Jersey 07701
*Attorney for Defendant Christine Giordano Hanlon*

Christopher Ali Khatami, Esq.
John C. Sahradnik, Esq.
Mathew Brady Thompson, Esq.
Berry Sahradnik Kotzas & Benson
212 HOOPER AVENUE
P.O. Box 757
Toms River, New Jersey 08754
*Attorneys for Defendant Mark M. Colabella*

Jaime Richard Placek, Esq.
Rafael Jaume Corbalan, Esq.
Kaufman Semeraro & Liebman, LLP
Two Executive Drive
Suite 530
Fort Lee, New Jersey 07024
*Attorneys for Defendant, Bergen County Clerk*

Michael L. Dermody, Esq.
Office of the Hudson County Counsel
Administrative Building Annex
567 Pavonia Avenue
Jersey City, New Jersey 07306
*Attorneys for Defendant, E. Junior Maldonado*

George N. Cohen, Esq.
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625
*Attorneys for Interested Party, New Jersey Attorney General*

Dated: March 29, 2021

By: */s/ Jennifer Borek*
Jennifer Borek, Esq.

15903594v1 (1815.180)