**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official Capacity as Ocean County Clerk; and PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, <br><br> Defendants. | Civil Action No. 3:20-cv-08267-FLW-TJB <br><br> **CERTIFICATION OF SERVICE** |

  I, Erik Anderson, certify that a copy of Defendant's Notice of Motion to Dismiss, Brief in Support of its Motion and Proposed Order was filed on the Court's CM/ECF system on March 29, 2021, which caused a copy of the foregoing to be served on counsel of record for all parties:

Brett M. Pugach, Esq.
Yael Bromberg, Esq.
Bromberg Law, LLC
43 West 43rd Street, Suite 32
New York, NY  10036-7424
*Attorneys for Plaintiffs*

Christopher A. Khatami, Esq.
Berry Sahradnik Kotzas & Benson, P.C.
212 Hooper Avenue, P.O. Box 757
Toms River, NJ  08754-0757

*Attorneys for Defendant, Scott M. Colabella,
in his official capacity as Ocean County Clerk*

Jennifer Borek, Esq.
Genova Burns
30 Montgomery Street
11th Floor
Jersey City, NJ 07302
*Attorneys for Defendant, Paula Covello,
in her official capacity as Mercer County Clerk*

Jaime Richard Placek
Kaufman, Semeraro & Liebman, LLP
Two Executive Drive
Suite 530
Fort Lee, NJ 07024
*Attorneys for Office of the Bergen County Clerk*

Michael L. Dermody, Esq.
Office of the Hudson County Counsel
Administrative Building Annex
567 Pavonia Avenue
Jersey City, NJ 07306
*Attorneys for Defendant, E. Junior Maldonado*

George Coehn, Esq.
RJ Hughes Justice Complex
PO Box 112
Trenton, NJ 08625
*Attorneys for New Jersey Attorney General*

DATED: March 29, 2021                    /S/ Erik Anderson, Esq.
                                         _____
                                         ERIK ANDERSON, ESQ.
                                         Reardon Anderson, LLC
                                         *Attorneys for Defendant,
                                         Christine Giordano Hanlon, in
                                         her capacity as Monmouth County
                                         Clerk*