**JAIME R. PLACEK, ESQ. (041071996)**
**KAUFMAN SEMERARO & LEIBMAN, LLP**
**Two Executive Drive, Suite 530**
**Fort Lee, New Jersey 07024**
**Tel: 201-947-8855**
**Fax: 201-947-2402**
 **jplacek@northjerseyattorneys.com**
*Attorneys for Defendant John S. Hogan, Bergen County Clerk*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, <br><br> Defendants. | Case No. 3:20-cv-08267-FLW-TJB <br><br><br> **NOTICE OF MOTION OF DEFENDANT JOHN S. HOGAN, IN HIS OFFICIAL CAPACITY AS BERGEN COUNTY CLERK, TO DISMISS PLAINTIFFS' COMPLAINT IN ITS ENTIRETY, WITH PREJUDICE** |

**TO COUNSEL:**

BRETT M. PUGACH, ESQ.
YAEL BROMBERG, ESQ.
Bromberg Law LLC
43 West 43rd Street, Suite 32
New York, NY 10036-7424
*Attorneys for Plaintiffs*

ANGELO GENOVA, ESQ.
JENNIFER BOREK, ESQ.
Genova Burns LLC
494 Broad Street
Newark, New Jersey 07101
*Attorneys for Defendant Paula Sollami Covello*

MATTHEW B. THOMPSON, ESQ.
Barry Sahradnik Kotzas & Benson
212 Hooper Avenue
P.O. Box 757
Toms River, New Jersey 08754
*Attorneys for Defendant Scott M. Colabella*

ERIK ANDERSON, ESQ.
Reardon Anderson LLC
55 Gilbert Street North, Suite 2204
Tinton Falls, New Jersey 07701
*Attorneys for Defendant Christine Giordano Hanlon*

DANIEL J. SOLT, ESQ.
Atlantic County Department of Law
1333 Atlantic Avenue, 8th Floor
Atlantic City, New Jersey 08401
*Attorneys for Defendant Edward P. McGettigan*

DANIEL J. DESALVO, ESQ.
County of Hudson
Office of the County Counsel
Administration Building Annex
567 Pavonia Avenue
Jersey City, New Jersey 07306
*Attorneys for Defendant E. Junior Maldonado*

GEORGE N. COHEN, ESQ.
Gurbir S. Grewal
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
*Attorneys for State of New Jersey*

**PLEASE TAKE NOTICE** that on a date and time to be set by this Court, Kaufman Semeraro & Leibman, L.L.P., attorneys for Defendant John S. Hogan, in his official capacity as Bergen County Clerk (hereinafter, the "Bergen County Clerk"), shall move before the Honorable Chief Judge Freda L. Wolfson in the United States District Court for the District of New Jersey, Trenton Vicinage, at Court Room 5E, Clarkson S. Fischer Building & United States Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order dismissing Plaintiffs' Complaint as to Clerk Hogan, pursuant to both Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) and Local Rule 12.1 and for other reasons as may be presented in Motions to Dismiss filed by Co-Defendants in this action. This Motion to Dismiss is made on the grounds that Plaintiffs' First Amended Complaint cannot state a cause of action as to the Bergen County Clerk, and that Plaintiffs' First Amended Complaint should be dismissed for those reasons presented in Motions to Dismiss filed by Co-Defendants in this action and that the Bergen County Clerk is entitled to dismissal of all claims in Plaintiffs' Complaint, with prejudice.

**PLEASE TAKE FURTHER NOTICE** that this Motion will be based on this Notice of Motion and the Brief submitted in support hereof and those pleadings filed

in support of the Motions to Dismiss filed by Co-Defendants in this action, the records and file herein and on such evidence as may be presented at the hearing of this Motion. A proposed form of Order is included with this Notice of Motion.

**PLEASE TAKE FURTHER NOTICE** that oral argument is respectfully requested.

DATED:  March 29, 2021			/S/ Jaime R. Placek
								_____
								JAIME R. PLACEK, ESQ. (041071996)
								KAUFMAN SEMERARO & LEIBMAN, LLP
								*Attorneys for Defendant John S. Hogan in his official capacity as Bergen County Clerk*