**JAIME R. PLACEK, ESQ. (041071996)**
**KAUFMAN SEMERARO & LEIBMAN, LLP**
Two Executive Drive, Suite 530
Fort Lee, New Jersey 07024
Tel:  201-947-8855
Fax:  201-947-2402
 jplacek@northjerseyattorneys.com
*Attorneys for Defendant John S. Hogan, Bergen County Clerk*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS and NEW JERSEY WORKING FAMILIES ALLIANCE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk,<br><br>Defendants. | HON. FREDA L. WOLFSON, U.S.D.J.<br><br>Case No. 3:20-cv-08267-FLW-TJB<br><br><br>**<u>Civil Action</u>**<br><br>**CERTIFICATION OF SERVICE** |

I certify that on this day, the accompanying Notice of Motion to Dismiss Plaintiffs' First Amended Complaint, Brief submitted in support thereof, a proposed form of order, and this Certification of Service, were each electronically filed on behalf of Defendant John S. Hogan, Bergen County Clerk, with the Clerk of the United States District Court, Vicinage of Trenton. Copies of the papers will be served upon all counsel of record by electronic notice and forwarded by Lawyers Service on March 30, 2021 for overnight delivery at the following addresses:

Brett M. Pugach, Esq.
Yael Bromberg, Esq.
Bromberg Law LLC
43 West 43rd Street, Suite 32
New York, NY 10036-7424
*Attorneys for Plaintiffs*

Angelo Genova, Esq.
Genova Burns LLC
494 Broad Street
Newark, New Jersey 07101
*Attorneys for Defendant Paula Sollami Covello*

Matthew B. Thompson, Esq.
Barry Sahradnik Kotzas & Benson
212 Hooper Avenue
P.O. Box 757
Toms River, New Jersey 08754
*Attorneys for Defendant Scott M. Colabella*

Erik Anderson, Esq.
Reardon Anderson LLC
55 Gilbert Street North, Suite 2204
Tinton Falls, New Jersey 07701
*Attorneys for Defendant Christine Giordano Hanlon*

Daniel J. Solt, Esq.
Atlantic County Department of Law
1333 Atlantic Avenue, 8th Floor
Atlantic City, New Jersey 08401
*Attorneys for Defendant Edward P. McGettigan*

Daniel J. DeSalvo, Esq.
County of Hudson
Office of the County Counsel
Administration Building Annex
567 Pavonia Avenue
Jersey City, New Jersey 07306
*Attorneys for Defendant E. Junior Maldonado*

George N. Cohen, Esq.
Gurbir S. Grewal
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
*Attorneys for Intervenor State of New Jersey*

Additionally, one courtesy copy of the motion papers will be delivered via New Jersey Lawyers Service, overnight delivery, to Your Honor's chambers on March 30, 2021.

DATED:  March 29, 2021   /S/ Jaime R. Placek
JAIME R. PLACEK, ESQ. (041071996)
KAUFMAN SEMERARO & LEIBMAN, LLP
*Attorneys for Defendant John S. Hogan, in his official capacity as Bergen County Clerk*