UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, <br><br> Defendants. | **Case No. 3:20-cv-08267-FLW-TJB** <br><br> **ORDER DISMISSING PLAINTIFFS' FIRST AMENDED COMPLAINT** |

**THIS MATTER** having come before the Court by way of Motion by Kaufman Semeraro & Leibman, LLP, attorneys for the Defendant Honorable John S. Hogan, in his official capacity as Bergen County Clerk ("Defendant"), seeking an Order dismissing Plaintiffs' First Amended Complaint for failure to state a cause of action pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 12.1; and the Court having considered the papers submitted both in support thereof and in

opposition thereto; and the Court having considered the arguments of counsel, if any; and the Court finding that proper notice was given to all necessary parties; and for good cause having been shown;

**IT IS ON THIS \_\_\_\_ DAY OF _____, 2021, ORDERED** as follows:

1. Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint with prejudice is **GRANTED** in all respects.

2. Plaintiffs' First Amended Complaint shall be and hereby is dismissed with prejudice in its entirety for failure to state a cause of action pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 12.1.

3. A true and correct copy of this order shall be served on all parties herein within seven (7) days of entry hereof.

_____
HON. FREDA L. WOLFSON, U.S.D.J.