## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br><br>         Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, <br><br>         Defendants | Case No. 3:20-CV-08267-FLW <br><br> <u>Civil Action</u> <br><br> NOTICE OF MOTION TO INTERVENE PURSUANT TO *F.R.C.P. 24* AND IN THE ALTERNATIVE TO SUBMIT A BRIEF AS AMICUS CURIAE PURSUANT TO *F.R.C.P. 29* |

TO ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on a time and date to be assigned by the Court, the undersigned, attorney for Proposed Intervenor the Honorable James Hogan, the Gloucester County Clerk, shall move for an Order of the Court before the Honorable Freda L. Wolfson, Chief Judge of the District Court Judge, of the United States District Court of New Jersey, at the Clarkson S. Fisher Building and U.S. Courthouse, located at 402 East State Street, Room 2020, Trenton, New Jersey 08608, for an Order of the Court permitting the Honorable James Hogan, the Gloucester County Clerk to

intervene in the above referenced matter pursuant to *F.R.C.P.* 24(b)(1)(B) in opposition to Plaintiffs' requested relief or in the alternative, should the Proposed Intervenor's initial requested relief be denied, for permission to submit a brief as *amicus curiae* in the above matter pursuant to *F.R.C.P.* 29.

In support thereof, Proposed Intervenor Honorable James Hogan, the Gloucester County Clerk intends to rely upon the Letter Brief enclosed herewith. Oral argument is not requested unless this matter is opposed. All appearing parties have consented to this application. Further, a Proposed Form of Order is enclosed with this submission.

I certify that on this day, this Notice of Motion, proposed Order and supporting documents submitted on behalf of Movant and electronically filed with the Clerk of the Court will be served upon all counsel of record by electronic notice and e-mail.

Date:   March 29, 2021                    By:   */JMC/*_____
                                                JOHN M. CARBONE, ESQ.
                                                New Jersey I.D. 007801974
                                                Carbone and Faasse
                                                401 Goffle Road
                                                Ridgewood, New Jersey 07450
                                                (201) 445 – 7100
                                                FAX (201) 445 – 7520
                                                USSRECOUNT@AOL.COM