# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in herofficial capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, <br><br> Defendants | Case No. 3:20-CV-08267-FLW <br><br> Civil Action <br><br> ORDER |

THIS MATTER having been brought to the attention of the Court, John M. Carbone, Esquire, attorney for the Proposed Intervenor, the Honorable James Hogan, the Gloucester County Clerk and with consent of the other parties, no objection or and their submissions of the Parties having been considered, arguments heard, and otherwise for good cause shown;

IT IS ON THIS _____ DAY OF _____ 2021, ORDERED THAT:

1. Proposed Intervenor the Honorable James Hogan, the Gloucester County Clerk Motion to

Intervene shall be and hereby is GRANTED.

2. Proposed Intervenor, the Honorable James Hogan, the Gloucester County Clerk's alternate requested relief to submit a brief as amicus curiae shall be and hereby is GRANTED.

SO ORDERED.

_____
Hon. Freda L. Wolfson, Chief Judge U.S.D.C. N.J.