ATLANTIC COUNTY DEPARTMENT OF LAW
1333 Atlantic Avenue, 8th Floor
Atlantic City, NJ 08401
609-343-2222
*Attorney for Defendant Edward P. McGettigan, in his official capacity as Atlantic County Clerk*

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KRIEBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk,<br><br>　　　　Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No.: 3:20-CV-08267-FLW-TJB<br><br><br><br>ORDER |

　　　THIS MATTER having been brought before this court by Daniel J. Solt, Esq. of Atlantic County Department of Law, Attorney for Defendant, Atlantic County Clerk Edward P. McGettigan; and the Court having considered the papers submitted, the argument of counsel and for good cause shown;

IT IS on this _____ day of _____, 2021,

　　　**ORDERED AND ADJUDGED** as follows:

1. Defendant Atlantic County Clerk Edward P. McGettigan's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) is GRANTED;

2. Plaintiffs' Complaint is hereby DISMISSED with prejudice.

3. A copy of this order shall be served on all counsel within____ days.

_____