Flavio L. Komuves (No. 018891997)
**WEISSMAN & MINTZ, LLC**
1 Executive Drive, Suite 200
Somerset, New Jersey 08873
(732) 563-4565 (office) / (609) 216-5014 (cell)
Co-Counsel for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, <br><br> Defendants. | Civ. A. No. 3:20-CV-08267-FLW-TJB <br><br><br> **ENTRY OF APPEARANCE** |

TO THE CLERK AND ALL COUNSEL OF RECORD:

I am admitted to practice in this Court and enter my appearance as co-counsel for all Plaintiffs in this matter.

Respectfully submitted,

**WEISSMAN & MINTZ, LLC**

By: _/s/ Flavio L. Komuves_
Flavio L. Komuves

Dated: April 23, 2021