UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, <br><br> Defendants. | Case No. 3:20-CV-08267-FLW-TJB <br><br> Civil Action <br><br> **PROPOSED CONSENT ORDER** |

This matter having come before the Court by way of Amended Complaint filed by Plaintiffs; and Defendants/Intervenors having filed Motions to Dismiss the Amended Complaint; and all counsel having consented to the terms of this Order and for good cause shown,

**IT IS** on this _____ day of _____ 2021, **ORDERED** as follows:

1. Plaintiffs' opposition to the Motions to Dismiss shall be filed on or before May 24, 2021.

2. Defendants shall file reply briefs, if any, on or before June 7, 2021.

_____
HON. FREDA L. WOLFSON, C.J.

The undersigned hereby consent to the form and entry of this order:

**BROMBERG LAW LLC**
*Attorneys for Plaintiffs*

By:  /s/ Brett M. Pugach
     BRETT M. PUGACH
     43 West 43rd Street, Suite 32
     New York, NY 10036-7424
     973-600-9148
     bpugach@bromberglawllc.com

Dated:  April 26, 2021

**GENOVA BURNS LLC**
*Attorneys for Defendant*
*Paula Sollami Covello*

By:  /s/ Jennifer Borek
     JENNIFER BOREK
     494 Broad Street
     Newark, New Jersey 07102
     973-533-0777
     jborek@genovaburns.com

Dated:  April 26, 2021

**BERRY SAHRADNIK KOTZAS & BENSON**
*Attorneys for Defendant*
*Scott M. Colabella*

By:  /s/ Mathew B. Thompson
     MATHEW B. THOMPSON
     212 Hooper Avenue
     P.O. Box 757
     Toms River, New Jersey 08754
     732-349-4800
     mthompson@bskb-law.com

Dated:  April 26, 2021

**REARDON ANDERSON LLC**
*Attorneys for Defendant*
*Christine Giordano Hanlon*

By:  Erik Anderson
     ERIK ANDERSON
     55 Gilbert Street North
     Suite 2204
     Tinton Falls, New Jersey 07701
     732-758-8070
     eanderson@reardonanderson.com

Dated:  April 26, 2021

**ATLANTIC COUNTY DEP'T OF LAW**
*Attorneys for Defendant*
*Edward P. McGettigan*

By:  /s/ Daniel J. Solt
     DANIEL J. SOLT
     1333 Atlantic Avenue
     Atlantic City, NJ 08401-8278
     609-343-2279
     solt_daniel@aclink.org

**COUNTY OF HUDSON**
**OFFICE OF THE COUNTY COUNSEL**
*Attorneys for Defendant*
*E. Junior Maldonado*

By:  Daniel J. DeSalvo
     DANIEL J. DESALVO
     Administration Building Annex
     567 Pavonia Avenue
     Jersey City, New Jersey 07306
     201-795-6250
     ddesalvo@hcnj.us

Dated:  April 26, 2021                                      Dated:  April 26, 2021

**KAUFMAN SEMERARO & LEIBMAN, LLP**
*Attorneys for Defendant*
*John S. Hogan*

By:   /s/ Jaime R. Placek
      JAIME R. PLACEK
      2 Executive Drive, Suite 530
      Fort Lee, New Jersey 07024
      201-947-8855
      jplacek@northjerseyattorneys.com

**GURBIR S. GREWAL**
**ATTORNEY GENERAL OF NEW JERSEY**
*Attorneys for State of New Jersey*

By:   /s/ George N. Cohen
      GEORGE N. COHEN
      R.J. Hughes Justice Complex
      25 Market Street
      P.O. Box 112
      Trenton, NJ 08625
      609-376-2955
      George.Cohen@law.njoag.gov

Dated:  April 26, 2021                                      Dated:  April 26, 2021

**CARBONE AND FAASSE**
*Attorneys for Intervenor*
*James Hogan*

By:   /s/ John M. Carbone
      JOHN M. CARBONE
      401 Goffle Road
      Ridgewood, NJ 07450
      201-445-7100
      ussrecount@aol.com

Dated:  April 26, 2021