UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk,<br><br>        Defendants. | Case No. 3:20-CV-08267-FLW-TJB<br><br>Civil Action<br><br>**CONSENT ORDER** |

This matter having come before the Court by way of Amended Complaint filed by Plaintiffs; and Defendants/Intervenors having filed Motions to Dismiss the Amended Complaint; and all counsel having consented to the terms of this Order and for good cause shown,

**IT IS** on this 27th day of April 2021, **ORDERED** as follows:

1. Plaintiffs' opposition to the Motions to Dismiss shall be filed on or before May 24, 2021.

2. Defendants shall file reply briefs, if any, on or before June 7, 2021.

      /s/ Freda L. Wolfson
      HON. FREDA L. WOLFSON, C.J.

The undersigned hereby consent to the form and entry of this order:

**BROMBERG LAW LLC**
*Attorneys for Plaintiffs*

By:   /s/ Brett M. Pugach
      BRETT M. PUGACH
      43 West 43rd Street, Suite 32
      New York, NY 10036-7424
      973-600-9148
      bpugach@bromberglawllc.com

Dated: April 26, 2021

**GENOVA BURNS LLC**
*Attorneys for Defendant*
*Paula Sollami Covello*

By:   /s/ Jennifer Borek
      JENNIFER BOREK
      494 Broad Street
      Newark, New Jersey 07102
      973-533-0777
      jborek@genovaburns.com

Dated: April 26, 2021

**BERRY SAHRADNIK KOTZAS & BENSON**
*Attorneys for Defendant*
*Scott M. Colabella*

By:   /s/ Mathew B. Thompson
      MATHEW B. THOMPSON
      212 Hooper Avenue
      P.O. Box 757
      Toms River, New Jersey 08754
      732-349-4800
      mthompson@bskb-law.com

Dated: April 26, 2021

**REARDON ANDERSON LLC**
*Attorneys for Defendant*
*Christine Giordano Hanlon*

By:   Erik Anderson
      ERIK ANDERSON
      55 Gilbert Street North
      Suite 2204
      Tinton Falls, New Jersey 07701
      732-758-8070
      eanderson@reardonanderson.com

Dated: April 26, 2021

**ATLANTIC COUNTY DEP'T OF LAW**
*Attorneys for Defendant*
*Edward P. McGettigan*

By:   /s/ Daniel J. Solt
      DANIEL J. SOLT
      1333 Atlantic Avenue
      Atlantic City, NJ 08401-8278
      609-343-2279
      solt_daniel@aclink.org

**COUNTY OF HUDSON**
**OFFICE OF THE COUNTY COUNSEL**
*Attorneys for Defendant*
*E. Junior Maldonado*

By:   Daniel J. DeSalvo
      DANIEL J. DESALVO
      Administration Building Annex
      567 Pavonia Avenue
      Jersey City, New Jersey 07306
      201-795-6250
      ddesalvo@hcnj.us

| | |
|---|---|
| Dated: April 26, 2021 | Dated: April 26, 2021 |

| | |
|---|---|
| **KAUFMAN SEMERARO & LEIBMAN, LLP**<br>*Attorneys for Defendant*<br>*John S. Hogan* | **GURBIR S. GREWAL**<br>**ATTORNEY GENERAL OF NEW JERSEY**<br>*Attorneys for State of New Jersey* |
| By:  /s/ Jaime R. Placek<br>       JAIME R. PLACEK<br>       2 Executive Drive, Suite 530<br>       Fort Lee, New Jersey 07024<br>       201-947-8855<br>       jplacek@northjerseyattorneys.com | By:  /s/ George N. Cohen<br>       GEORGE N. COHEN<br>       R.J. Hughes Justice Complex<br>       25 Market Street<br>       P.O. Box 112<br>       Trenton, NJ 08625<br>       609-376-2955<br>       George.Cohen@law.njoag.gov |
| Dated: April 26, 2021 | Dated: April 26, 2021 |

**CARBONE AND FAASSE**
*Attorneys for Intervenor*
*James Hogan*

By:  /s/ John M. Carbone
       JOHN M. CARBONE
       401 Goffle Road
       Ridgewood, NJ 07450
       201-445-7100
       ussrecount@aol.com

Dated: April 26, 2021