Brett M. Pugach, Esq. (No. 032572011)
bpugach@bromberglaw.com
Yael Bromberg, Esq. (No. 036412011)
ybromberg@bromberglaw.com
**BROMBERG LAW, LLC**
43 West 43rd Street, Suite 32
New York, NY 10036
(212) 859-5083

Flavio L. Komuves, Esq. (No. 018891997)
fkomuves@weissmanmintz.com
**WEISSMAN & MINTZ**
1 Executive Drive, Suite 200
Somerset, New Jersey 08873
(732) 563-4565 (work) / (609) 216-5014 (cell)

Co-counsel for Plaintiffs

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTINE CONFORTI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, *et al.*, <br><br> Defendants. | Case No. 3:20-CV-08267-FLW-TJB <br><br> Civil Action <br><br> **CERTIFICATE OF SERVICE** |

I certify that the Plaintiffs' Brief in Opposition to the Motions to Dismiss Filed by Defendant County Clerks of Monmouth, Ocean, Mercer, Bergen, Atlantic & Hudson and Intervenor New Jersey Attorney General has been, on the date written below, filed through the CM/ECF system and will be therefore served electronically to all counsel of record who have appeared in this matter.

2

A Chambers Courtesy Copy is being delivered by overnight mail to the chambers of Judge Wolfson.

I declare that the foregoing is true and correct. Executed at Somerset, New Jersey, this 24th day of May, 2021.

*/s/ Flavio L. Komuves*
Flavio L. Komuves
