IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.<br><br>Defendants. | Case No. 3:20-CV-8267 (FLW-TJB)<br><br>NOTICE OF MOTION FOR LEAVE TO FILE A BRIEF AS *AMICI CURIAE* |

**PLEASE TAKE NOTICE** that pursuant to Rule 29 of the Federal Rules of Appellate Procedure and this Court's discretion, the New Jersey Institute for Social Justice and Campaign Legal Center, on behalf of the League of Women Voters of New Jersey (LWVNJ) and Salvation and Social Justice (SandSJ), will move before the Honorable Freda L. Wolfson, U.S.D.J. on **July 6, 2021** for leave to allow amici curiae to participate in this litigation.

The undersigned shall rely on the attached Motion for Leave to File Amicus Brief of Amici Curiae and Brief of Amici Curiae In Opposition to Defendants' and Intervenor's Motions to Dismiss, in support of the motion for leave to file a brief as amici curiae.

A proposed form of Order is attached hereto.

1

| | |
|---|---|
| Dated: June 1, 2021 | Respectfully submitted, |

/s/ *Henal Patel*

Henal Patel
Ryan P. Haygood
Andrea McChristian*
NEW JERSEY INSTITUTE FOR
SOCIAL JUSTICE
60 Park Place, Suite 511
Newark, New Jersey 07102
Telephone: (973) 624-9400


Robert N. Weiner*
Aseem Mulji*
Jade Ford*†
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Ste. 400
Washington, D.C. 20005
Tel: (202) 736-2200
Fax: (202) 736-2222
rweiner@campaignlegalcenter.org
amulji@campaignlegalcenter.org
jford@campaignlegalcenter.org

*Counsel for Amici*

\* *Pro Hac Vice applications forthcoming*

† *Licensed to practice in New York only; Supervised by Robert Weiner, a member of the D.C. Bar*