**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTINE CONFORTI, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.<br><br>Defendants. | Case No. 3:20-CV-8267 (FLW-TJB)<br><br>**PROPOSED ORDER GRANTING LEAVE TO FILE A BRIEF AS** *AMICI CURIAE* |

Having considered the motion of the League of Women Voters of New Jersey and Salvation and Social Justice, by and through their attorneys, New Jersey Institute for Social Justice and Campaign Legal Center, for leave to file a brief as *amici curiae*, and all parties, by and through their counsel, having received due notice of the motion and having the opportunity to be heard; and for good cause shown,

**IT IS** on this _____ day of _____, 20_____. **ORDERED:**

1. The Motion for Leave to File a Brief as *Amici Curiae* of the League of Women Voters of New Jersey and Salvation and Social Justice is hereby **GRANTED**;

2

2. The League of Women Voters of New Jersey and Salvation and Social Justice's proposed amicus brief is hereby deemed **FILED**.

---

Hon. Freda L. Wolfson, U.S.D.J.