## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.<br><br>Defendants. | Case No. 3:20-CV-8267 (FLW-TJB)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on June 1, 2021, I electronically filed a copy of the (1) Notice for Leave to File a Brief as Amici Curiae; (2) Motion of the League of Women Voters of New Jersey and Salvation and Social Justice for Leave to File Brief of Amici Curiae in Opposition to Defendants' and Intervenor's Motions to Dismiss; (3) Brief of Amici Curiae the League of Women Voters of New Jersey and Salvation and Social Justice in Opposition to Defendants' and Intervenor's Motions to Dismiss; and (4) Proposed Order using the Court's ECF system. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. I certify that a courtesy copy of these documents was mailed overnight to the chambers of the Honorable Judge Freda L. Wolfson, U.S.D.J.

1

2

Dated: June 1, 2021					Respectfully submitted,

						/s/ *Henal Patel*

						Henal Patel
						NEW JERSEY INSTITUTE FOR
						SOCIAL JUSTICE
						60 Park Place, Suite 511
						Newark, New Jersey 07102
						Telephone: (973) 624-9400