# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.,<br><br>Defendants. | Case No. 3:20-CV-8267 (FLW-TJB)<br><br>**CERTIFICATION OF ANDREA MCCHRISTIAN, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

1. Pursuant to Local Civil Rule 101.1, I, Andrea L. McChristian, certify as follows:

    a. I am an attorney at the New Jersey Institute for Social Justice, located at 60 Park Place, Suite 511, Newark, NJ 07102. I can be contacted by mail there, at (973) 755-9893, or at amcchristian@njisj.org.

    b. There are no disciplinary proceedings pending against me in any jurisdiction, no discipline has previously been imposed on me in any jurisdiction, and I am a member in good standing of the following bars:

        i. NYS Appellate Division of the Supreme Court, First Judicial Department; 9/29/2014; Susanna Molina Rojas, Clerk of Court, 27 Madison Avenue, New York, NY 10010

        ii. U.S. District Court for the Southern District of New York; 12/1/2015; Ruby J. Krajick, Clerk of Court, Daniel Patrick

1

       Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007

c. Upon the granting of this motion, I will make a payment to the Clerk for the admissions fee and the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey State Court Rule 1:28-2(a).

d. I understand that if this motion is granted and I am admitted to practice in this Court *pro hac vice*, I will be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of Local Civil Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Civil Rule 104.1, Discipline of Attorneys.

e. For the foregoing reasons it is respectfully requested that the Court grant Proposed *Amici Curiae's* application to have me admitted *pro hac vice* and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

Dated: June 1, 2021　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Andrea L. McChristian
　　　　　　　　　　　　　　　　　　　　Andrea L. McChristian
　　　　　　　　　　　　　　　　　　　　New Jersey Institute for Social Justice
　　　　　　　　　　　　　　　　　　　　60 Park Place, Suite 511
　　　　　　　　　　　　　　　　　　　　Newark, NJ 07102
　　　　　　　　　　　　　　　　　　　　973-755-9893
　　　　　　　　　　　　　　　　　　　　amcchristian@njisj.org