# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.<br><br>Defendants. | Case No. 3:20-CV-8267 (FLW-TJB)<br><br>**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF ROBERT WEINER, ESQ.** |

**PLEASE TAKE NOTICE** that on July 6, 2021, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Proposed *Amici Curiae* League of Women Voters of New Jersey ("LWVNJ") and Salvation and Social Justice ("SandSJ") shall apply before the United States District Court for the District of New Jersey, located at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Courtroom 7W, Trenton, NJ 08608, for an Order pursuant to Local Rule 101.1(c) admitting Robert Weiner, Esq. as counsel *pro hac vice* in the above-captioned matter;

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the Proposed *Amici Curiae* shall rely upon the Certifications of Henal Patel and Robert Weiner, Esq.;

1

**PLEASE TAKE FURTHER NOTICE** that pursuant to L. Civ. R. 7.1(c)(1), it is respectfully submitted that no legal brief is required in support of this motion; and;

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is also annexed hereto.

Dated: June 1, 2021                               Respectfully submitted,

/s/ *Henal Patel*

Henal Patel
NEW JERSEY INSTITUTE FOR
SOCIAL JUSTICE
60 Park Place, Suite 511
Newark, New Jersey 07102
Telephone: (973) 624-9400

*Counsel for Proposed Amici Curiae*