# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al., <br><br> Defendants. | Case No. 3:20-CV-8267 (FLW-TJB) <br><br> **CERTIFICATION OF ROBERT WEINER, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

1. Pursuant to Local Civil Rule 101.1, I, Robert Weiner, certify as follows:

    a. I am an attorney at the Campaign Legal Center, located at 1101 14th Street NW, Suite 400, Washington, DC 20005. I can be contacted by mail there, at (202) 736-2200, or at rweiner@campaignlegalcenter.org.

    b. There are no disciplinary proceedings pending against me in any jurisdiction, no discipline has previously been imposed on me in any jurisdiction, and I am a member in good standing of the following bars:

        i. Virginia State Bar; 09/2020; DaVida M. Davis, 1111 East Main Street, Suite 700, Richmond, VA 23219-3565

        ii. U.S. District Court for the Eastern District of Virginia; 09/2020; Fernando Galindo, Walter E. Hoffman United States Courthouse, 600 Granby Street, Norfolk, VA 23510

iii. U.S. Court of Appeals for the Fourth Circuit; 03/19/2014; Patricia S. Connor, Lewis F. Powell, Jr. United States Courthouse Annex, 1100 East Main Street, Suite 501, Richmond, VA 23219-3517

iv. U.S. Court of Appeals for the First Circuit; 11/16/2006; Maria R. Hamilton, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2500, Boston, MA 02210

v. U.S. Court of Appeals for the Eleventh Circuit; 12/03/2003; David J. Smith, Clerk of Court, U.S. Court of Appeals for the 11th Circuit, 56 Forsyth St., N.W., Atlanta, GA 30303

vi. U.S. Court of Appeals for the Third Circuit; 05/28/2003; Office of the Clerk, United States Court of Appeals for the Third Circuit, 21400 U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106-1790

vii. U.S. Court of Appeals for the Eighth Circuit; 04/04/2003; Michael E. Gans, Thomas F. Eagleton Courthouse, 111 South 10th Street, Room 24.329, St. Louis, MO 63102

viii. New York State Bar; 09/02/1993; 1 Elk Street, Albany, NY 12207

ix. U.S. Court of Appeals for the Seventh Circuit; 08/27/1993; Office of the Clerk, United States Court of Appeals for the Seventh Circuit; Everett McKinley Dirksen United States Courthouse; 219 S. Dearborn Street, Room 2722, Chicago, IL 60604

x. U.S. Court of Appeals for the Tenth Circuit; 04/20/1990; Christopher M. Wolpert, The Byron White U.S. Courthouse, 1823 Stout Street, Denver, CO 80257

xi. U.S. Court of Appeals for the Sixth Circuit; 08/24/1989; Office of the Clerk, United States Court of Appeals for the Sixth Circuit, 540 Potter Stewart U.S. Courthouse, 100 E. Fifth Street, Cincinnati, OH 45202-3988

xii. U.S. Supreme Court; 05/31/1983; Scott S. Harris, One First Street, NE, Washington, DC 20543

xiii. U.S. District Court for D.C.; 02/04/1980; Angela D. Caesar, The U.S. District Court for the District of Columbia, 333 Constitution Ave. N.W., Washington DC 20001

xiv. District of Columbia Bar; 12/17/1979; 901 4th Street, NW, Washington, D.C. 20001

c. Upon the granting of this motion, I will make a payment to the Clerk for the admissions fee and the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey State Court Rule 1:28-2(a).

d. I understand that if this motion is granted and I am admitted to practice in this Court *pro hac vice*, I will be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of Local Civil Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Civil Rule 104.1, Discipline of Attorneys.

e. For the foregoing reasons it is respectfully requested that the Court grant Proposed *Amici Curiae's* application to have me admitted *pro hac vice* and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

Dated: June 1, 2021                                   Respectfully submitted,

/s/ Robert Weiner
Robert Weiner
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Suite 400
Washington, DC 20005
Telephone: (202) 736-2200
rweiner@campaignlegalcenter.org