# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.,<br><br>Defendants. | Case No. 3:20-CV-8267 (FLW-TJB)<br><br>**CERTIFICATION OF ASEEM MULJI, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

1. Pursuant to Local Civil Rule 101.1, I, Aseem Mulji, certify as follows:

   a. I am an attorney at the Campaign Legal Center, located at 1101 14th Street NW, Suite 400, Washington, DC 20005. I can be contacted by mail there, at (202) 736-2200, or at amulji@campaignlegalcenter.org.

   b. There are no disciplinary proceedings pending against me in any jurisdiction, no discipline has previously been imposed on me in any jurisdiction, and I am a member in good standing of the following bars:

      i. U.S. District Court for the Central District of California; 08/24/2020; Kiry K. Gray, Roybal Courthouse, 255 East Temple Street, Suite 180, Los Angeles, CA 90012-4701

      ii. State Bar of California; 12/2019; Attorney Admissions Office, 180 Howard Street, San Francisco, CA 94105

1

    c. Upon the granting of this motion, I will make a payment to the Clerk for the admissions fee and the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey State Court Rule 1:28-2(a).

    d. I understand that if this motion is granted and I am admitted to practice in this Court *pro hac vice*, I will be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of Local Civil Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Civil Rule 104.1, Discipline of Attorneys.

    e. For the foregoing reasons it is respectfully requested that the Court grant Proposed *Amici Curiae's* application to have me admitted *pro hac vice* and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

Dated: June 1, 2021                            Respectfully submitted,

                                                       /s/ Aseem Mulji
                                                       Aseem Mulji
                                                       CAMPAIGN LEGAL CENTER
                                                       1101 14th Street NW, Suite 400
                                                       Washington, DC 20005
                                                       Telephone: (202) 736-2200
                                                       amulji@campaignlegalcenter.org