# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, et al. <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al. <br><br> Defendants. | Case No. 3:20-CV-8267 (FLW-TJB) <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on June 1, 2021, I electronically filed a copy of the following on behalf of the Proposed *Amici Curiae* the League of Women Voters of New Jersey and Salvation and Social Justice: (1) Notice of Motion for Admission *Pro Hac Vice* of Jade Ford, Esq.; (2) Certification of Henal Patel.; (3) Certification of Jade Ford, Esq.; and (4) Proposed Form of Order.

Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.

Dated: June 1, 2021

Respectfully submitted,

/s/ *Henal Patel*

Henal Patel

1

                                              NEW JERSEY INSTITUTE FOR
SOCIAL JUSTICE
60 Park Place, Suite 511
Newark, New Jersey 07102
Telephone: (973) 624-9400