# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.<br><br>Defendants. | Case No. 3:20-CV-8267 (FLW-TJB)<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Ryan P. Haygood, Esq., of the New Jersey Institute for Social Justice, with offices located at 60 Park Place, Newark, New Jersey 07102, hereby appears in this matter on behalf of Proposed *Amici Curiae* League of Women Voters of New Jersey ("LWVNJ") and Salvation and Social Justice ("SandSJ"). I certify that I am admitted to practice before this Court.

/s/ *Ryan P. Haygood*
Ryan P. Haygood

Dated: June 2, 2021

1