

Genova Burns LLC
30 Montgomery Street, 11th Floor, Jersey City, NJ 07302
Tel: 201.469.0100  Fax: 201.332.1303
Web: www.genovaburns.com

Jennifer Borek, Esq.
Partner
Member of NJ and NY Bars
jborek@genovaburns.com
Direct: 973-535-7107

June 4, 2021

**VIA UPS E-FILING**
Hon. Freda L. Wolfson, Chief Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608

> Re:  **Christine Conforti, et al v. Christine Giordano Hanlon, et al**
>       **Civil Case No. 3:20-cv-08267**

Dear Judge Wolfson:

This firm represents defendant Paula Sollami Covello, in her official capacity as Mercer County Clerk, in the above captioned matter. Pursuant to Your Honor's latest order dated April 27, 2021, Plaintiffs filed an omnibus opposition to multiple defendants' motions to dismiss on May 24, 2021 and Defendants' reply briefs to Plaintiffs' opposition are currently due June 7, 2021. Since that time, additional organizations have made applications to appear as *amici curiae*. In light of the pending *amici* applications, and those that may still be filed shortly, the parties discussed and agreed to a new briefing schedule, wherein Defendants would address both Plaintiffs' opposition and the submissions of any *amici* in omnibus fashion.

In that regard I enclose a proposed consent order to allow any *amicus curiae* application to be filed by June 7, and to extend Defendants' time to respond to June 28, 2021. Thank you for your consideration in this regard.

Respectfully submitted,

**GENOVA BURNS LLC**

*s/Jennifer Borek*

JENNIFER BOREK

JB:tc
Enclosures
15994565v1 (1815.180)