# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, <br><br> Defendants. | Case No. 3:20-CV-08267-FLW-TJB <br><br> <u>Civil Action</u> <br><br> **CONSENT ORDER** |

This matter having come before the Court by way of Amended Complaint filed by Plaintiffs; and Defendants/Intervenors having filed Motions to Dismiss the Amended Complaint; and Plaintiff having filed an overlength opposition to the Motions upon consent of the parties and permission of the Court; and certain individuals/entities having filed or expressed an intention to file a motion to appear as *amici curiae*, and all counsel having consented to the terms of this Order and for good cause shown,

**IT IS** on this  7th   day of   June          2021, **ORDERED** as follows:

1. Any applications to appear *amici curiae* by those supporting Plaintiffs' opposition to the motion to dismiss shall be filed on or before June 7, 2021, and Defendants will not oppose any such motions.

2. Each Defendant and Intervenor shall submit any omnibus reply brief/response to *amici* submissions by June 28, 2021.

3. Plaintiffs consent to any reasonable applications to file an overlength reply brief filed by any Defendant.

/s/ Freda L. Wolfson
HON. FREDA L. WOLFSON, C.J.

The undersigned hereby consent to the form and entry of this order:

| | |
|---|---|
| **BROMBERG LAW LLC** | **GENOVA BURNS LLC** |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| | *Paula Sollami Covello* |
| By:   /s/ Brett M. Pugach | By:   /s/ Jennifer Borek |
|        BRETT M. PUGACH |        JENNIFER BOREK |
|        43 West 43rd Street, Suite 32 |        494 Broad Street |
|        New York, NY 10036-7424 |        Newark, New Jersey 07102 |
|        973-600-9148 |        973-533-0777 |
|        bpugach@bromberglawllc.com |        jborek@genovaburns.com |
| Dated:  June 4, 2021 | Dated:  June 4, 2021 |
| | |
| **BERRY SAHRADNIK KOTZAS & BENSON** | **REARDON ANDERSON LLC** |
| *Attorneys for Defendant* | *Attorneys for Defendant* |
| *Scott M. Colabella* | *Christine Giordano Hanlon* |
| By:   /s/ Mathew B. Thompson | By:   Erik Anderson |
|        MATHEW B. THOMPSON |        ERIK ANDERSON |
|        212 Hooper Avenue |        55 Gilbert Street North |
|        P.O. Box 757 |        Suite 2204 |
|        Toms River, New Jersey 08754 |        Tinton Falls, New Jersey 07701 |
|        732-349-4800 |        732-758-8070 |

mthompson@bskb-law.com

Dated:  June 4, 2021

**ATLANTIC COUNTY DEP'T OF LAW**
*Attorneys for Defendant*
*Edward P. McGettigan*

By:    /s/ Daniel J. Solt
      DANIEL J. SOLT
      1333 Atlantic Avenue
      Atlantic City, NJ 08401-8278
      609-343-2279
      solt_daniel@aclink.org

Dated:  June 4, 2021

eanderson@reardonanderson.com

Dated:  June 4, 2021

**COUNTY OF HUDSON**
**OFFICE OF THE COUNTY COUNSEL**
*Attorneys for Defendant*
*E. Junior Maldonado*

By:    Daniel J. DeSalvo
      DANIEL J. DESALVO
      Administration Building Annex
      567 Pavonia Avenue
      Jersey City, New Jersey 07306
      201-795-6250
      ddesalvo@hcnj.us

Dated:  June 4, 2021

**KAUFMAN SEMERARO & LEIBMAN, LLP**
*Attorneys for Defendant*
*John S. Hogan*

By:    /s/ Jaime R. Placek
      JAIME R. PLACEK
      2 Executive Drive, Suite 530
      Fort Lee, New Jersey 07024
      201-947-8855
      jplacek@northjerseyattorneys.com

Dated:  June 4, 2021

**GURBIR S. GREWAL**
**ATTORNEY GENERAL OF NEW JERSEY**
*Attorneys for State of New Jersey*

By:    /s/ George N. Cohen
      GEORGE N. COHEN
      R.J. Hughes Justice Complex
      25 Market Street
      P.O. Box 112
      Trenton, NJ 08625
      609-376-2955
      George.Cohen@law.njoag.gov

Dated:  June 4, 2021

**CARBONE AND FAASSE**
*Attorneys for Intervenor*
*James Hogan*

By:  /s/ John M. Carbone
       JOHN M. CARBONE
       401 Goffle Road
       Ridgewood, NJ 07450
       201-445-7100
       ussrecount@aol.com

Dated: June 4, 2021

15994033v1 (1815.180)