

| | **State of New Jersey** | |
|---|---|---|
| Philip D. Murphy<br>*Governor* | Office of the Attorney General<br>Department of Law and Public Safety<br>Division of Law<br>25 Market Street<br>PO Box 112<br>Trenton, NJ 08625-0112 | Gurbir S. Grewal<br>*Attorney General* |
| Sheila Y. Oliver<br>*Lt. Governor* | | Michelle L. Miller<br>*Director* |

June 28, 2021

**VIA Electronic Filing and Email**

Hon. Zahid N. Quraishi, U.S.D.J.
United States District Court of New Jersey
Clarkson S. Fisher Building & Courthouse
402 E. State Street
Courtroom 7W
Trenton, New Jersey 08608

    Re:  Conforti, et al. v. Hanlon, et al.
           Civil Action No. 20-08267 (FLW-TJB)

Dear Judge Quraishi:

    Enclosed please find a Consent Order on behalf of Intervenor Gurbir S. Grewal, Attorney General of New Jersey, to allow Intervenor to file an overlength omnibus reply brief in the above-captioned matter. Counsel for Plaintiffs have consented to Intervenor's request.

                              Respectfully Submitted,

                              GURBIR S. GREWAL
                              ATTORNEY GENERAL OF NEW JERSEY

                By:  s/George N. Cohen
                      George N. Cohen
                      Deputy Attorney General
                      George.Cohen@law.njoag.gov
                      Attorney ID #002941985

    c:  Counsel of Record (via electronic filing)



Hughes Justice Complex • Telephone: (609) 376-2955 • Fax: (609) 292-6239
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*