GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
Attorney for Intervenor, Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625

By:   George N. Cohen
       Deputy Attorney General
       George.Cohen@law.njoag.gov
       (609) 376-2955
       Attorney ID #002941985

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | | |
|---|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., | ) ) ) ) ) | HON. ZAHID N. QURAISHI, U.S.D.J. Civil Action No. 20-08267 (ZNQ-TJB) |
| Plaintiffs, | ) | |
| v. | ) | <u>Civil Action</u> |
| CHRISTINE GIORDANO HANLON, in her Official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his Official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, | ) ) ) ) ) ) ) | CERTIFICATION OF SERVICE |
| Defendants. | ) | |

I certify that on this on this day, a reply brief in support of the motion to dismiss Plaintiffs' First Amended Complaint, and Certification of Service, submitted on behalf of Intervenor, Gurbir S. Grewal, Attorney General of New Jersey, was electronically filed with the Clerk of the United States District Court, Vicinage of Trenton.  Copies of the papers will be served upon all counsel of record by electronic notice and by email on June 28, 2021.

                GURBIR S. GREWAL
                ATTORNEY GENERAL OF NEW JERSEY

By:   s/George N. Cohen
       George N. Cohen

Dated: June 28, 2021