**JAIME R. PLACEK, ESQ. (041071996)**
**KAUFMAN SEMERARO & LEIBMAN, LLP**
Two Executive Drive, Suite 530
Fort Lee, New Jersey 07024
Tel:  201-947-8855
Fax:  201-947-2402
 jplacek@northjerseyattorneys.com
*Attorneys for Defendant John S. Hogan, Bergen County Clerk*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS and NEW JERSEY WORKING FAMILIES ALLIANCE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk,<br><br>Defendants. | HON. FREDA L. WOLFSON, U.S.D.J.<br><br>Case No. 3:20-cv-08267-FLW-TJB<br><br><br>**<u>Civil Action</u>**<br><br>**CERTIFICATION OF SERVICE** |

2

I hereby certify that on June 28, 2021 I served the accompanying reply brief on behalf of Defendant John S. Hogan, in his official capacity as Bergen County Clerk, via electronic filing upon the Honorable Zahid Quraishi, U.S.D.C., Trenton Vicinage and upon all counsel of record.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED:  June 28, 2021  /S/ Jaime R. Placek
JAIME R. PLACEK, ESQ. (041071996)
KAUFMAN SEMERARO & LEIBMAN, LLP
*Attorneys for Defendant John S. Hogan, in his official capacity as Bergen County Clerk*