**COUNTY OF HUDSON, NEW JERSEY**
OFFICE OF THE COUNTY COUNSEL
DEPARTMENT OF LAW
ADMINISTRATION BUILDING ANNEX
567 PAVONIA AVENUE
JERSEY CITY, NJ 07306
(201) 795-6250
Fax: (201) 795-6428

**THOMAS A. DeGISE**
*County Executive*

**DONATO J. BATTISTA**
*County Counsel*

**LOUIS C. ROSEN**
*Deputy County Counsel*

**DANIEL J. DeSALVO**
*Deputy County Counsel*

**MICHAEL L. DERMODY**
*1st Assistant County Counsel*

Neil J. Carroll, Jr.
John J. Collins
Alberico De Pierro
Sean D. Dias
David B. Drumeler
Donald L. Gardner
Giovanna Ho-Pelaez
Robin Moses
Georgina Giordano Pallitto
Nidara Rourk
Daniel W. Sexton
Aurelio Vincitore
Laura J. Wadleigh

June 28, 2021

*Electronically Filed*

Hon. Zahid N. Quraishi, USDC
Clarkson S. Fisher Building & Courthouse
402 East State Street - Room 2020
Trenton, NJ 08608

RE: **Christine Conforti v. County of Hudson, et als**
Civil Action No. 20-08267 (FLW-TJB)

Dear Judge Quraishi:

Kindly accept this letter in lieu of a more formal filing on behalf of Defendant E. Junior Maldonado, Hudson County Clerk, joining the State of New Jersey's Reply Brief In Support of Motion to Dismiss Plaintiff's First Amended Complaint, and In Response to Amici Curiae, as well as the briefs filed by co-defendant County Clerks in this matter.

Respectfully submitted,

Donato J. Battista
Hudson County Counsel

*s/Daniel J. DeSalvo*
Daniel J. DeSalvo
Dep. County Counsel

DJD:dmp