

# Atlantic County
## Department of Law

Dennis Levinson
*County Executive*

James F. Ferguson
*Department Head
County Counsel*

609/343-2279  FAX: 343-2373
TDD: 348-5551

June 28, 2021

Office of the Adjuster
609/343-2361  FAX: 343-2322

Honorable Zahit N. Quraishi
United States District Court
Clarkson S. Fisher Bldg. & US Courthouse
402 East State Street
Trenton, NJ 08608

Re: Conforti, Christine, et al. vs. Atlantic County Clerk, et al.
Our File No.: 57926
USDC Docket No.: 3:20-08267

Dear Judge Quraishi:

As you may be aware, my office represents the Defendant, Atlantic County Clerk, Edward P. McGettigan in the above matter. Our Motion to Dismiss (ECF 63) is pending with this Court. For purposes of judicial efficiency, and to avoid redundancy, Defendant Edward P. McGettigan incorporates herein by reference as if fully set forth herein those arguments presented by the State of New Jersey, in their brief submitted to this Court.

Respectfully,

Daniel J. Solt
Assistant County Counsel

cc: All Counsel (electronic filing system)

