UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, <br><br> Defendants. | Case No. 3:20-CV-08267-ZNQ-TJB <br><br> <u>Civil Action</u> <br><br> **PROPOSED CONSENT ORDER** |

This matter having come before the Court by way of Amended Complaint filed by Plaintiffs; and Defendants/Intervenors having filed Motions to Dismiss the Amended Complaint; and Plaintiffs having filed an overlength opposition to the Motions upon consent of the parties and permission of the Court; and counsel for Plaintiffs having consented to any reasonable applications of Defendants/Intervenors to file an overlength reply brief; the undersigned counsel having consented to the entry of this Order; and for good cause shown,

**IT IS** on this _____ day of _____ 2021,

**ORDERED** that Defendant Paula Sollami Covello may file an overlength omnibus reply brief of 19 pages in length.

HON. ZAHID N. QURAISHI, U.S.D.J.

The undersigned hereby consent to the form and entry of this order:

| | |
|---|---|
| **BROMBERG LAW LLC** | **GENOVA BURNS LLC** |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| | *Paula Sollami Covello* |
| | |
| By:   /s/ Brett M. Pugach | By:   /s/ Jennifer Borek |
|         BRETT M. PUGACH |         JENNIFER BOREK |
|         43 West 43rd Street, Suite 32 |         494 Broad Street |
|         New York, NY 10036-7424 |         Newark, New Jersey 07102 |
|         973-600-9148 |         973-533-0777 |
|         bpugach@bromberglawllc.com |         jborek@genovaburns.com |

16012499v1 (1815.180)