

Genova Burns LLC
30 Montgomery Street, 11th Floor, Jersey City, NJ 07302
Tel: 201.469.0100  Fax: 201.332.1303
Web: www.genovaburns.com

Jennifer Borek, Esq.
Partner
Member of NJ and NY Bars
jborek@genovaburns.com
Direct: 973-535-7107

June 28, 2021

**VIA E-FILING**
Hon. Zahid N. Quraishi, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 7W
Trenton, New Jersey 08608

      Re:    **Christine Conforti, et al v. Christine Giordano Hanlon, et al**
              **Civil Case No. 3:20-cv-08267**

Dear Judge Quraishi:

      This firm represents defendant Paula Sollami Covello ("Defendant"), in her official capacity as Mercer County Clerk, in the above captioned matter. Enclosed please find a proposed Consent Order to allow Defendant to file an overlength omnibus reply brief in further support of her pending motion to dismiss. Counsel for Plaintiffs have consented to this request.

      We thank the Court for its consideration in this regard.

                               Respectfully submitted,

                               **GENOVA BURNS LLC**

                               *s/Jennifer Borek*

                               JENNIFER BOREK

JB:tc
Enclosures
15994565v1 (1815.180)