GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
Attorney for Intervenor, NJ Attorney General
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625

By:   George N. Cohen
       Deputy Attorney General
       George.Cohen@law.njoag.gov
       (609) 376-2955
       Attorney ID #002941985

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., | HON. ZAHID N. QURAISHI, U.S.D.J. <br><br> Civil Action No. 20-08267 (ZNQ-TJB) |
| Plaintiffs, | |
| v. | Civil Action |
| CHRISTINE GIORDANO HANLON, in her Official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his Official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, | CONSENT ORDER <br><br> (Electronically Filed) |
| Defendants. | |

This matter having come before the Court by way of Amended Complaint filed by Plaintiffs; and Defendants/Intervenor having filed Motions to Dismiss the Amended Complaint; and counsel for Plaintiffs and Intervenor having consented to the terms of this Order and for good cause shown,

IT IS on this 29th day of June, 2021,

ORDERED that Intervenor Attorney General of New Jersey may file an overlength omnibus reply brief of 25 pages in length.

_____
HON. ZAHID N. QURAISHI, U.S.D.J.

The undersigned hereby consent to the form and entry of this order:

| BROMBERG LAW, LLC | WEISSMAN & MINTZ |
| Attorneys for Plaintiffs | Attorneys for Plaintiffs |

By: s/Brett M. Pugach
    Brett M. Pugach
    43 West 43nd Street, Suite 32
    New York, NY 10036-7424

By: s/Flavio Komuves
    Flavio Komuves
    One Executive Drive, Suite 200
    Somerset, NJ 08873

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
Intervenor

By: s/George N. Cohen
    George N. Cohen
    Deputy Attorney General
    Division of Law
    Hughes Justice Complex
    25 Market Street
    P.O. Box 112
    Trenton, NJ 08625