CARBONE AND FAASSE
ATTORNEYS AT LAW
401 GOFFLE ROAD
RIDGEWOOD, NEW JERSEY 07450

| | |
|---|---|
| JOHN M. CARBONE | 201-445-7100 |
| RALPH E. FAASSE | 201-445-7520 (Fax) |

August 23, 2021

Honorable . Zahid N. Quraishi, U.S.D.C.
Honorable Clarkson S. Fisher
Fed. Bldg. & U.S. Courthouse
 402 East State Street
Trenton, New Jersey 08608

Re:    Conforti, et al. v. Hanlon
       U.S.D.C. NJ No, 3:20-cv-08267

Dear Judge Quraishi:

      This office represents the Honorable James Hogan, the Gloucester County Clerk and the County of Gloucester in the above captioned matter. Regarding our submission of June 30, 2021, please consider it withdrawn as was  discussed during the Case Management Conference.

Respectfully,


John M. Carbone,

For the firm

CC:    All counsel of record