CARBONE AND FAASSE
ATTORNEYS AT LAW
401 GOFFLE ROAD
RIDGEWOOD, NEW JERSEY 07450

JOHN M. CARBONE  201-445-7100
RALPH E. FAASSE  201-445-7520 (Fax)

August 30, 2021

Honorable . Zahid N. Quraishi, U.S.D.C.
Honorable Clarkson S. Fisher
Fed. Bldg. & U.S. Courthouse
 402 East State Street
Trenton, New Jersey 08608

Re:   <u>Conforti, et al. v. Hanlon</u>
      U.S.D.C. NJ No, 3:20-cv-08267

Dear Judge Quraishi:

This office represents the Honorable James Hogan, the Gloucester County Clerk and the County of Gloucester in the above captioned matter. In furtherance of the request of the Court and for clarification of our letter of August 23, 2021, the two prior submissions of June 30, 2021, are both considered withdrawn as was discussed during the Case Management Conference.

Respectfully,

*/S/ John M. Carbone*

John M. Carbone,

For the firm

CC:    All counsel of record

The parties' request to withdraw their submissions is hereby **GRANTED**; Brief in Opposition filed by John S. Hogan [99] and Brief in Opposition filed by James Hogan [100] are hereby withdrawn.

**So Ordered this 31st day of August, 2021.**

  s/ Zahid N. Quraishi
ZAHID N. QURAISHI, U.S.D.J.