# BROMBERG LAW LLC

YAEL BROMBERG, ESQ., PRINCIPAL*  
BRETT M. PUGACH, ESQ., OF COUNSEL**

43 West 43rd Street, Suite 32  
New York, NY 10036-7424

T: (212) 859-5083 | F: (201) 586-0427

P.O. Box 1131  
Glen Rock, NJ 07452-1131

October 29, 2021

**VIA ELECTRONIC FILING**  
Hon. Zahid N. Quraishi, U.S.D.J.  
Clarkson S. Fisher Building & U.S. Courthouse  
402 East State Street, Court Room 7W  
Trenton, NJ 08608

      RE:    Conforti v. Hanlon, Case 3:20-cv-08267-ZNQ -TJB  
             Joint Letter Re: Pending Dispositive Motions

Dear Judge Quraishi:

      This firm represents the Plaintiffs in the above-captioned matter. On October 22, 2021, via Text Order, Your Honor requested that the parties confer and file a joint letter specifying the pending dispositive motions currently before the Court, and the briefs associated with those motions. After conferring with all parties that have motions currently pending, the parties hereby submit this Joint Letter. The below table sets forth same.

|   | Party | County Clerk | Role | Motion ECF # | Moving Br. ECF # | Grounds (Rule 12) | Reply Br. ECF# |
|---|---|---|---|---|---|---|---|
| 1 | Edward P. McGettigan | Atlantic | D | N/A[1] | 63 | (b)(6) | 94 |
| 2 | John S. Hogan | Bergen | D | 60 | 60-1 | (b)(1), (6) | 92 |
| 3 | E. Junior Maldonado | Hudson | D | 57 | 57-3 | (b)(6) | 93 |
| 4 | Paula Sollami Covello | Mercer | D | 58 | 58-1 | (b)(6) | 96 |
| 5 | Christine Giordano Hanlon | Monmouth | D | 59 | 59-2 | (b)(6) | 87 |
| 6 | Scott M. Colabella | Ocean | D | 55 | 55-1 | (b)(1), (6) | 91 |
| 7 | State of NJ | N/A | I | 53 | 53-1 | (b)(1), (6) | 89 |
| 8 | James Hogan | Gloucester | Unclear | N/A | Withdrawn[2] | N/A | N/A |

      As set forth in the above chart, the only motions pending before the Court at this time are the seven motions to dismiss, consisting of one filed by each of the six Defendants, as well as one

---

[1] The Atlantic County Clerk filed a Brief and Proposed Order, but no Notice of Motion.

[2] The Gloucester County Clerk has confirmed that he has withdrawn from participating in this round of motions. See ECF 106. Despite Your Honor's instruction during the July 15, 2021 court teleconference to specify whether he seeks to participate in this action, going forward, as an Intervenor or an *amicus*, the Gloucester Clerk has not clarified his preference.

filed by Intervenor, the State of New Jersey. It should be noted that the Plaintiffs[3] filed an omnibus Opposition Brief (ECF 69) in opposition to all the above-listed motions to dismiss.

The League of Women Voters of New Jersey and Salvation and Social Justice filed a Brief of *Amici Curiae* (ECF 72) in opposition to all seven pending motions to dismiss. On October 22, 2021, the Court entered a text order (ECF 108) granting the motion for *amici* to appear (ECF 70), consistent with the consent order (ECF 80).

The six Defendants and the State of New Jersey's Reply Briefs (ECF Nos. are listed in the above chart) were prepared in omnibus fashion to address both the Opposition Brief of the Plaintiffs as well as the Brief of *Amici Curiae*.

Thank you for the Court's consideration of this matter.

Respectfully submitted,

/s/ Brett M. Pugach
Brett M. Pugach, Esq.
BROMBERG LAW LLC

*Counsel for Plaintiffs*

The undersigned hereby agree to the form and substance of this Joint Letter:

| **BROMBERG LAW LLC** | **GENOVA BURNS LLC** |
|---|---|
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
|  | *Paula Sollami Covello* |
| By: /s/ Brett M. Pugach | By: /s/ Jennifer Borek |
| BRETT M. PUGACH | JENNIFER BOREK |
| 43 West 43rd Street, Suite 32 | 494 Broad Street |
| New York, NY 10036-7424 | Newark, New Jersey 07102 |
| 973-600-9148 | 973-533-0777 |
| bpugach@bromberglawllc.com | jborek@genovaburns.com |
| Dated: October 29, 2021 | Dated October 29, 2021 |

---

[3] The Plaintiffs in this action are: Christine Conforti, Arati Kreibich, Mico Lucide, Joseph Marchica, Kevin McMillan, Zinovia Spezakis, and New Jersey Working Families Alliance.

\* Licensed to practice in New Jersey, New York, and the District of Columbia
\*\* Licensed to practice in New Jersey and New York

| | |
|---|---|
| **BERRY SAHRADNIK KOTZAS & BENSON**<br>*Attorneys for Defendant*<br>*Scott M. Colabella* | **REARDON ANDERSON LLC**<br>*Attorneys for Defendant*<br>*Christine Giordano Hanlon* |
| By:   /s/ Mathew B. Thompson<br>       MATHEW B. THOMPSON<br>       212 Hooper Avenue<br>       P.O. Box 757<br>       Toms River, New Jersey 08754<br>       732-349-4800<br>       mthompson@bskb-law.com | By:   /s/ Erik Anderson<br>       ERIK ANDERSON<br>       55 Gilbert Street North<br>       Suite 2204<br>       Tinton Falls, New Jersey 07701<br>       732-758-8070<br>       eanderson@reardonanderson.com |
| Dated:  October 29, 2021 | Dated October 29, 2021 |
| **ATLANTIC COUNTY DEP'T OF LAW**<br>*Attorneys for Defendant*<br>*Edward P. McGettigan* | **COUNTY OF HUDSON**<br>**OFFICE OF THE COUNTY COUNSEL**<br>*Attorneys for Defendant*<br>*E. Junior Maldonado* |
| By:   /s/ James Ferguson<br>       JAMES FERGUSON<br>       1333 Atlantic Avenue<br>       Atlantic City, NJ 08401-8278<br>       609-343-2279<br>       ferguson_james@aclink.org | By:   /s/ Daniel J. DeSalvo<br>       DANIEL J. DESALVO<br>       Administration Building Annex<br>       567 Pavonia Avenue<br>       Jersey City, New Jersey 07306<br>       201-795-6250<br>       ddesalvo@hcnj.us |
| Dated:  October 29, 2021 | Dated October 29, 2021 |

\* Licensed to practice in New Jersey, New York, and the District of Columbia
\*\* Licensed to practice in New Jersey and New York

| | |
|---|---|
| **KAUFMAN SEMERARO & LEIBMAN, LLP**<br>*Attorneys for Defendant*<br>*John S. Hogan* | **ANDREW J. BRUCK**<br>**ACTING ATTORNEY GENERAL OF NEW JERSEY**<br>*Attorneys for State of New Jersey* |
| By:   /s/ Jaime R. Placek<br>         JAIME R. PLACEK<br>         2 Executive Drive, Suite 530<br>         Fort Lee, New Jersey 07024<br>         201-947-8855<br>         jplacek@northjerseyattorneys.com | By:   /s/ George N. Cohen<br>         GEORGE N. COHEN<br>         R.J. Hughes Justice Complex<br>         25 Market Street<br>         P.O. Box 112<br>         Trenton, NJ 08625<br>         609-376-2955<br>         George.Cohen@law.njoag.gov |
| Dated:  October 29, 2021 | Dated:  October 29, 2021 |

**NEW JERSEY INSTITUTE FOR SOCIAL JUSTICE**
*Attorneys for Amici*
*League of Women Voters of New Jersey and Salvation and Social Justice*

By:   /s/ Henal Patel
         HENAL PATEL
         60 Park Place, Suite 511
         Newark, New Jersey 07102
         973-624-9400
         hpatel@njisj.org

Dated:  October 29, 2021


CC.     All Counsel of Record (via electronic filing)

\* Licensed to practice in New Jersey, New York, and the District of Columbia
\*\* Licensed to practice in New Jersey and New York