# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON,<br>in her Official capacity as Monmouth<br>County Clerk, et al.<br><br>Defendants. | Case No. 3:20-cv-08267 (ZNQ-TJB) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Jade Ford has noted her appearance *pro hac vice* for *Amici Curiae* League of Women Voters of New Jersey ("LWVNJ") and Salvation and Social Justice ("SandSJ") in the above-styled civil action. *See* Dkt. Nos. 76, 83. Ms. Ford has since concluded her engagement at Campaign Legal Center and hereby withdraws as counsel for *Amici*. Attorneys from the New Jersey Institute for Social Justice and Campaign Legal Center continue to represent *Amici* in this matter.

| | |
|---|---|
| Date: November 9, 2021 | Respectfully submitted,<br><br>/s/ *Henal Patel*<br>      Henal Patel<br><br>*Counsel for Amici* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2021, I electronically filed the foregoing Notice via the Court's electronic filing system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ *Henal Patel*
Henal Patel
