UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHRISTINE CONFORTI, *et al.*,

Plaintiffs,

v.

CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, *et al.*,

Defendant.

Civil Action No. 20-08267 (ZNQ) (TJB)

ORDER

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon Motions to Dismiss filed by the State of New Jersey ("State Motion," ECF No. 53); Scott M. Colabella in his official capacity as the Ocean County clerk ("Colabella Motion," ECF No. 55); Junior Maldonado in his capacity as the Hudson County clerk ("Maldonado Motion," ECF No. 57); Sollami Covello in her official capacity as the Mercer County clerk ("Covello Motion," ECF No. 58); Christine G. Hanlon in her official capacity as the Monmouth County clerk ("Hanlon Motion," ECF No. 59); John S. Hogan in his official capacity as the Bergen County clerk ("Hogan Motion," ECF No. 60); and Edward P. McGettigan in his official capacity as the Atlantic County clerk ("McGettigan Motion," ECF No. 63). For the reasons set forth in the accompanying Opinion,

**IT IS** on this **31st** day of **May 2022**,

**ORDERED** that the Maldonado Motion (ECF No. 57), Hanlon Motion (ECF No. 59), Covello Motion (ECF No. 58), Hogan Motion (ECF No. 60), and McGettigan Motion (ECF No. 63) are hereby **DENIED**; and it is further

**ORDERED** that the State Motion (ECF No. 53), Colabella Motion (ECF No. 55), and Covello Motion (ECF No. 58) are hereby **GRANTED IN PART** and **DENIED IN PART** as set forth below; and it is further

**ORDERED** that Plaintiffs' Count V is dismissed with prejudice and the State Motion, Collabella Motion, and Covello Motion are otherwise **DENIED**; and it is further

**ORDERED** that Plaintiffs' Count IV with respect to Plaintiffs Lucide, McMillan, and Marchica is dismissed *sua sponte* and with prejudice for lack of standing; and it is further

**ORDERED** Plaintiffs' Count IV with respect to Plaintiff New Jersey Working Family, Inc. is dismissed *sua sponte* and without prejudice for lack of standing.

ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE