**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTINE CONFORTI, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> CHRISTINE GIORDANO HANLON, IN HER OFFICIAL CAPACITY AS MONMOUTH COUNTY CLERK, ET AL., <br><br> Defendants. | Civil Action No. 3:20-cv-08267(ZNQ)(TJB) <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST TO BE REMOVED FROM ECF SERVICE LIST** |

PLEASE TAKE NOTICE that Rafael Corbalan, Esq., hereby withdraws his appearance in the above-captioned matter as counsel of record for DEFENDANT JOHN S. HOGAN, IN HIS OFFICIAL CAPACITY AS THE BERGEN COUNTY CLERK, and requests to be removed from the list of Notice of Electronic Filing recipients in this matter. Please take further notice that Mr. Corbalan's current employer, CHIESA SHAHINIAN & GIANTOMASI PC, does not currently, nor has it previously, served as counsel for DEFENDANT JOHN S. HOGAN in this matter. Mr. Corbalan's representation of DEFENDANT JOHN S. HOGAN was as a former associate attorney at the law firm Kaufman, Semeraro & Leibman, LLP, which has merged with DeCotiis, FitzPatrick, Cole & Giblin, LLP.

Mr. Jaime Placek, Esq., of DeCotiis, FitzPatrick, Cole & Giblin, LLP will continue to serve as counsel of record for DEFENDANT JOHN S. HOGAN.

Respectfully Submitted,

CHIESA SHAHINIAN & GIANTOMASI PC

By: *Rafael Corbalan*

RAFAEL CORBALAN
One Boland Drive
West Orange, NJ  07052
973.325.1500
973.325.1501
EMAIL:  RCORBALAN@CSGLAW.COM

Dated:  June 10, 2022

## CERTIFICATION OF SERVICE

I hereby certify that on June 10, 2022, I caused a copy of the within Notice of Withdrawal of Counsel and Request to be Removed from ECF Service List and this Certification of Service to be served upon all counsel of record via **ECF**.

*Rafael Corbalan*
RAFAEL CORBALAN, ESQ.