MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY
Attorney for Intervenor, NJ Attorney General
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625

By: George N. Cohen
　　Deputy Attorney General
　　George.Cohen@law.njoag.gov
　　(609) 376-2955
　　Attorney ID #002941985

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | | |
|---|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., | ) ) ) ) ) | HON. ZAHID N. QURAISHI, U.S.D.J.<br><br>Civil Action No. 20-08267 (ZNQ-TJB) |
| Plaintiffs, | ) | |
| v. | ) | <u>Civil Action</u> |
| CHRISTINE GIORDANO HANLON, in her Official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his Official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, | ) ) ) ) ) ) ) ) | APPLICATION FOR EXTENSION OF TIME TO ANSWER<br><br>[Local Civil Rule 6.1(b)] |
| Defendants. | ) | |

Application is hereby made for a Clerk's Order extending time within which

Intervenor Matthew J. Platkin, Acting Attorney General of New Jersey, may answer the First Amended Complaint filed by Plaintiffs herein, and it is represented that:

1. No previous extension has been obtained; and

2. The Court's Order Granting in Part and Denying in Part Intervenor's motion to dismiss was issued on May 31, 2022; and

3. Time to answer expires on June 14, 2022.

        MATTHEW J. PLATKIN
        ACTING ATTORNEY GENERAL OF NEW JERSEY

By:   s/George N. Cohen
       George N. Cohen
       Deputy Attorney General
       George.Cohen@law.njoag.gov
       Attorney ID No. 002941985

Dated: June 13, 2022

## ORDER

The above application is ORDERED GRANTED and the time within which Intervenor Matthew J. Platkin shall answer is extended to June 28, 2022.

        WILLIAM T. WALSH, CLERK

By:   _____
       Clerk of the Court