MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY
Attorney for Intervenor, NJ Attorney General
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625

By:   George N. Cohen
        Deputy Attorney General
        George.Cohen@law.njoag.gov
        (609) 376-2955
        Attorney ID #002941985

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | | |
|---|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., | ) ) ) ) ) | HON. ZAHID N. QURAISHI, U.S.D.J.<br><br>Civil Action No. 20-08267 (ZNQ-TJB) |
| Plaintiffs, | ) | |
| v. | ) | <u>Civil Action</u> |
| CHRISTINE GIORDANO HANLON, in her Official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his Official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, | ) ) ) ) ) ) ) ) ) | **CERTIFICATION OF SERVICE** |
| Defendants. | ) | |

    I, George N. Cohen, of full age being duly sworn according to law upon my

oath deposes and says:

1. I am a Deputy Attorney General in the Division of Law, Department of Law & Public Safety, State of New Jersey.

2. On June 13, 2022, I filed an application for extension of time to answer the First Amended Complaint in the above-captioned matter with the Clerk of the District Court of New Jersey, Trenton Vicinage, via e-filing pursuant to Local Rule 6.1(b).

3. I certify that the foregoing statements made by me are true. I am aware that if any of the above statements made by me are willfully false, I am subject to punishment.

                        MATTHEW J. PLATKIN
                        ACTING ATTORNEY GENERAL OF NEW JERSEY

By:   s/George N. Cohen
       George N. Cohen
       Deputy Attorney General
       George.Cohen@law.njoag.gov
       Attorney ID No. 002941985

Dated: June 13, 2022