# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, <br><br> Defendants. | Case No.: 3:20-cv-08267 <br><br> **CIVIL ACTION** |

## ORDER

The application is **GRANTED** and Defendant Paula Sollami Covello, in her official capacity as Mercer County Clerk, is hereby granted an extension of time up to and including June 28, 2022, to file its response to Plaintiffs' Amended Complaint.

Dated:

                                       WILLIAM T. WALSH, Clerk

                                       By: _____
                                                     Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk,<br><br>Defendants. | Case No.: 3:20-cv-08267<br><br>**CIVIL ACTION**<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

In accordance with Local Civ. Rule 6.1(b), an application is hereby made for a Clerk's Order extending the time within which Defendant Paula Sollami Covello, in her official capacity as Mercer County Clerk ("Covello") may file her answer to the Amended Complaint filed by Plaintiffs Christine Conforti, Arati Kreibich, Mico Lucide, Joseph Marchica, Kevin Mcmillan, Zinovia Spezakis, and New Jersey Working Families Alliance, Inc. ("Plaintiffs"), herein, and it is represented that:

1. Covello filed a motion to dismiss that was decided in Plaintiffs' favor on May 31, 2022 (ECF No. 112).

2. In accordance with Fed. R. Civ. Proc. 12(a)(4)(A), Covello must answer, move or otherwise respond to the Amended Complaint on or before June 14, 2022. This application is made prior to the expiration of the period sought to be extended.

3.      No previous extension has been obtained.

4.      It is respectfully requested that the time within which Covello may answer, move or otherwise reply to Plaintiffs' Amended Complaint be extended for a period of 14 days, through June 28, 2022.

Dated: June 13, 2022

Respectfully submitted,

**GENOVA BURNS LLC**

 /s/  *Jennifer Borek*
By: Jennifer Borek
     Angelo J. Genova, Esq.
494 Broad Street
Newark, New Jersey
Tel.: (973) 535-7107
jborek@genovaburns.com
agenova@genovaburns.com

#16566628v1 (1815.180)

2