Mathew B. Thompson, Esq./023121998
**BERRY SAHRADNIK KOTZAS & BENSON, P.C.**
212 Hooper Avenue, P.O. Box 757
Toms River, NJ 08754-0757
Phone: (732) 349-4800
mthompson@bskb-law.com
*Attorneys for Defendant Scott M. Colabella, in his official capacity as Ocean County Clerk*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTINE CONFORTI, et al.<br><br>Plaintiffs<br><br>vs.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, and PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, et al.<br><br>Defendants. | **APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY PURSUANT TO L. CIV. R. 6.1(b)**<br><br>**Civil Action No.: 3:20-cv-08267** |

**APPLICATION** is hereby made for a Clerk's Order extending time within which Defendant, **Scott M. Colabella, in his official capacity as Ocean County Clerk,** may answer, move, or otherwise reply to the First Amended Complaint filed by Plaintiffs herein and it is represented that:

1) No previous extension of time has been obtained;

2) The Court's Order Granting in Part and Denying in Part the Defendant's motion to dismissed was issued on **May 31, 2022**; and

3) Time to answer, move, or otherwise reply expires on **June 14, 2022.**

_____
Mathew B. Thompson, Esq.

Dated:   June 13, 2022

**ORDER**

The above application is ordered GRANTED and the time within which Defendant shall answer, move or otherwise reply is extended to June 28, 2022.

WILLIAM T. WALSH, Clerk

By: _____

ORDER DATED: _____