ATLANTIC COUNTY DEPARTMENT OF LAW
1333 Atlantic Avenue, 8th Floor
Atlantic City, NJ  08401
(609) 343-2279
Alan J. Cohen, Assistant County Counsel (012551981)
Attorney for Defendant Edward McGettigan, in his official capacity as Atlantic County Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZIAKIS, and NEWJERSEY WORKING FAMILIES ALLIANCE, INC., <br><br>                                        Plaintiff,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk,<br><br>                                        Defendants. | HON. ZAHID N. QURAISHI, U.S.D.C.<br><br>Civ. A. No. 3:20-CV-08267-FLW-TJB<br><br>Civil Action<br><br>SUBSTITUTION OF ATTORNEY |

  The undersigned-withdrawing attorney hereby agrees to the substitution of the superseding attorney as counsel for the Defendant Edward McGettigan, in his official capacity as Atlantic County Clerk in the above-captioned matter.

| | |
|---|---|
| ATLANTIC COUNTY LAW DEPT.<br>*s/James T. Dugan*<br>James T. Dugan, Asst. County Counsel<br>Date: June 14, 2022 | ATLANTIC COUNTY LAW DEPT.<br>*s/Alan J. Cohen*<br>Alan J. Cohen, Asst. County Counsel<br>Date:  June 14, 2022 |