ATLANTIC COUNTY DEPARTMENT OF LAW
1333 Atlantic Avenue, 8th Floor
Atlantic City, NJ  08401
(609) 343-2279
Alan J. Cohen, Assistant County Counsel (012551981)
Attorney for Defendant Edward McGettigan, in his official capacity as Atlantic County Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZIAKIS, and NEWJERSEY WORKING FAMILIES ALLIANCE, INC., <br><br>                                             Plaintiff, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, <br><br>                                             Defendants. | HON. ZAHID N. QURAISHI, U.S.D.C. <br><br> Civ. A. No. 3:20-CV-08267-FLW-TJB <br><br> Civil Action <br><br> APPLICATION FOR EXTENSION OF TIME TO ANSWER <br> [Local Civil Rule 6.1(b)] |

Application is hereby made for a Clerk's Order extending time within which Defendant, Edward P. McGettigan, in his official capacity as Atlantic County Clerk, may answer the First Amended Complaint filed by Plaintiffs herein, and it is represented that:

    1.    No previous extension has been obtained; and

    2.    The Court's Order Granting in Part and Denying in Part Intervenor's Motion to Dismiss was issued on May 31, 2022; and

1

3. Time to answer expires on June 14, 2022.

                          Atlantic County Department of Law

Dated: June 14, 2022
                          By: s/ Alan J. Cohen         .
                          Alan J. Cohen, Assistant County Counsel
                          Attorney for Defendant Edward P. McGettigan
                          In his official capacity as Atlantic County Clerk

## **O R D E R**

The above application is Ordered and Granted and the time within which Defendant, Edward P. McGettigan, in his official capacity as Atlantic County Clerk, shall answer is extended to June 28, 2022.

                          WILLIAM T. WALSH, CLERK


                          By:_____
                              Clerk of the Court