**REARDON ANDERSON, LLC**
**Erik Anderson, Esq. / 033232001**
**55 Gilbert Street North**
**Suite 2204**
**Tinton Falls, NJ 07701**
**p: (732) 758-8070**
**f: (732) 758-8071**
*Attorneys for Defendant Christine Giordano Hanlon,*
*In her official capacity as Monmouth County Clerk*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, :<br><br>    Plaintiff, :<br><br>    **v.** :<br><br>CHRISTINE GIORDANO HANLON, in :<br>her official capacity as Monmouth County :<br>Clerk, SCOTT M. COLABELLA, in his :<br>Official capacity as Ocean County Clerk, :<br>And PAULA SOLLAMI COVELLO, in :<br>her official capacity as Mercer County :<br>Clerk, :<br><br>    Defendants. :<br>_____ : | **Civil Action No.: 3:20cv08267 (ZNQ-TJB)**<br><br><br><br>**REQUEST FOR ENTRY OF CLERK'S**<br>**EXTENSION OF TIME PURSUANT TO**<br>**LBR 5075.1(a)** |

The law offices of Reardon Anderson, attorneys for the defendant, Christine Giordano

Hanlon, in her official capacity as Monmouth County Clerk, requests a 14 day extension within

which to file an Answer in this matter.  The initial Answer due date has not expired.  The original

Answer due date is June 14, 2022; the new Answer due date will be June 28, 2022.

REARDON ANDERSON
Attorneys for defendant,
***Christine Giordano Hanlon,***
***In her official capacity as***
***Monmouth County Clerk***

BY:    */s/ Erik Anderson*
             ERIK ANDERSON

DATE: 6/13/22

**ORDER**

The above application is ORDERED GRANTED and the time within which defendant,

Christine Giordano Hanlon, in her official capacity shall answer is extended to June 28, 2022.


WILLIAM T. WALSH, CLERK


BY:_____
          Clerk of the Court