# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, <br><br> Defendants. | Case No.: 3:20-cv-08267 <br><br> **CIVIL ACTION** <br><br> **APPLICATION FOR EXTENSION OF TIME TO ANSWER, PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

In accordance with Local Civ. Rule 6.1(b), an application is hereby made for a Clerk's Order extending the time within which Defendant John S. Hogan, in his capacity as Bergen County Clerk, ("Clerk Hogan") may file his answer to the Amended Complaint filed by Plaintiffs Christine Conforti, Arati Kreibich, Mico Lucide, Joseph Marchica, Kevin Mcmillan, Zinovia Spezakis, and New Jersey Working Families Alliance, Inc. ("Plaintiffs"),herein, and it is represented that:

1. Clerk Hogan filed a motion to dismiss that was decided in Plaintiffs' favor on May 31, 2022 (ECF No. 112).

2. In accordance with Fed. R. Civ. Proc. 12(a)(4)(A), Clerk Hogan must answer, move or otherwise respond to the Amended Complaint on or before June 14, 2022. This application is made prior to the expiration of the period sought to be extended.

3. No previous extension has been obtained.

#3194815

4.  It is respectfully requested that the time within which Clerk Hogan may answer, move or otherwise reply to Plaintiffs' Amended Complaint be extended for a period of 14 days, through June 28, 2022.

Dated: June 23, 2022                    Respectfully submitted,

**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**

*/s/ Jaime R. Placek*
By:  Jaime R. Placek, Esq.
     61 South Paramus Road, Ste. 250
     Paramus, NJ  07652
     Tel:  (201) 928-1100
     jplacek@decotiislaw.com

#3194815