DONATO BATTISTA
HUDSON COUNTY COUNSEL
By: Alberico De Pierro, Esq. – NJ Attorney ID: 009162010
567 Pavonia Avenue
4th Floor
Jersey City, New Jersey 07306
☎201-795-6250 (Fax) 201-795-6428 ✉adepierro@hcnj.us
**Attorney for Defendant, E. Junior Maldonando, Hudson County Clerk**

---

| | |
|---|---|
| **CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVI SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC.,** | : UNITED STATES DISTRICT COURT<br>: DISTRICT OF NEW JERSEY<br>:<br>: CIVIL ACTION NO. 20-8267 (ZNQ-TJB)<br>: |
| **Plaintiffs** | : |
| v. | : CIVIL ACTION<br>: |
| **CHRISTINE GIORDANO HANLAN, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk,** | : SUBSTITUTION OF ATTORNEY |
| **Defendants.** | : |

---

The undersigned hereby consents to the Substitution of Edward J. Florio, Esq. of Florio Kenny & Raval, LLP, for the Defendant, E. Junior Maldonado, in the above entitled captioned matter.


Florio Kenny & Raval, LLP
Hudson County Counsel

BY:   *s/Edward J. Florio*              *s/Michael L. Dermody*
        Edward J. Florio, Esq.              Michael L. Dermody, Esq.
        (Superseding Attorney)             (Withdrawing Attorney)

Date:  June 23, 2022                       Date: June 23, 2022