MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY
Attorney for Intervenor, NJ Attorney General
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625

By:     George N. Cohen
        Deputy Attorney General
        George.Cohen@law.njoag.gov
        (609) 376-2955
        Attorney ID #002941985

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | | |
|---|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., | ) ) ) ) ) | HON. TONIANNE J. BONGIOVANNI, U.S.M.J. |
| Plaintiffs, | ) | Civil Action No. 20-08267 (ZNQ-TJB) |
| v. | ) | |
| CHRISTINE GIORDANO HANLON, in her Official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his Official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, | ) ) ) ) ) ) ) | <u>Civil Action</u><br><br>**NOTICE OF MOTION TO EXTEND TIME TO ANSWER, PURSUANT TO FED. R. CIV. P. 6(b)(1)(A)** |
| Defendants. | ) | |

TO:     CLERK OF THE COURT

Brett M. Pugach, Esq.
Yael Bromberg, Esq.
Bromberg Law LLC
43 West 43rd Street, Suite 32
New York, New York 10036-7424
bpugach@bromberglawllc.com
ybromberg@bromberglawllc.com
*Attorneys for Plaintiffs*
*Christine Conforti, et al.*


PLEASE TAKE NOTICE that on July 25, 2022, the undersigned Matthew J. Platkin, Acting Attorney General of New Jersey, by George N. Cohen, Deputy Attorney General, on behalf of Intervenor, Attorney General of New Jersey ("State Intervenor") shall move before the Honorable Tonianne J. Bongiovanni , U.S.M.J., in the United States Court House, Trenton, New Jersey, pursuant to L.Civ.R. 6.1 and Fed. R. Civ. P. 6(b)(1)(A) for an Order granting an extension of the time of 30 days until July 28, 2022, permitting State Intervenor to file his Answer to the First Amended Complaint.  State Intervenor will rely on the Declaration of George N. Cohen, Deputy Attorney General, which is being filed and served simultaneously with this Notice of Motion.

It is respectfully requested that the Court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Fed. R. Civ. P. 78.

A proposed form of Order is attached hereto.

2

Respectfully submitted,

MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY

By:   s/George N. Cohen
      George N. Cohen
      Deputy Attorney General
      George.Cohen@law.njoag.gov
      Attorney ID No. 002941985


Dated: June 27, 2022

3