MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY
Attorney for Intervenor, NJ Attorney General
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625

By:     George N. Cohen
        Deputy Attorney General
        George.Cohen@law.njoag.gov
        (609) 376-2955
        Attorney ID #002941985


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | | |
|---|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., | ) ) ) ) ) | HON. TONIANNE J. BONGIOVANNI, U.S.M.J. |
| Plaintiffs, | ) | Civil Action No. 20-08267 (ZNQ-TJB) |
| v. | ) | |
| CHRISTINE GIORDANO HANLON, in her Official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his Official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, | ) ) ) ) ) ) ) | <u>Civil Action</u><br><br>**DECLARATION OF GEORGE N. COHEN** |
| Defendants. | ) | |

GEORGE N. COHEN, of full age, hereby declares:

1.       I am licensed to practice law in the State of New Jersey and am admitted to practice before the United States District Court, District of New Jersey.  I am employed by the State of New Jersey, Department of Law and Public Safety, as a Deputy Attorney General.  I am assigned to the Community Affairs, State and Elections Section of the Division of Law.

2.       I submit this affidavit on behalf of Intervenor, Attorney General of New Jersey ("State Intervenor), in support of a motion, pursuant to Fed. R. Civ. P. 6(b)(1)(A), for an extension of time to file a responsive Answer.

3.       On May 31, 2022, the court issued an Opinion and Order granting in part and denying in part State Intervenor's motion to dismiss Plaintiffs' First Amended Complaint.

4.       On June 13, 2022, State Intervenor filed an application for clerk's order to extend time to answer, extending the time to answer to June 28, 2022.

5.       This motion on behalf of State Intervenor now follows as I need additional time to prepare the State Intervenor's answer in response to the First Amended Complaint.

6.       Plaintiffs consent to State Intervenor's request for an extension of time.

7.       The delay in filing a response in this case would in no way prejudice Plaintiffs.

8.       The interests of fairness and justice would be advanced by permitting the State Intervenor the opportunity to defend itself in the instant action.

9.       In order to effectively represent the State Intervenor, I hereby seek an order granting an extension of 30 days until July 28, 2022, to file an answer to the First Amended Complaint.

10.      I declare under penalty of perjury that the foregoing is true and correct.

2

Respectfully submitted,

MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY

By:     s/George N. Cohen
        George N. Cohen
        Deputy Attorney General
        George.Cohen@law.njoag.gov
        Attorney ID No. 002941985

Dated: June 27, 2022