MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY
Attorney for Intervenor, NJ Attorney General
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625

By:   George N. Cohen
       Deputy Attorney General
       George.Cohen@law.njoag.gov
       (609) 376-2955
       Attorney ID #002941985

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., | HON. TONIANNE J. BONGIOVANNI, U.S.M.J. |
| Plaintiffs, | Civil Action No. 20-08267 (ZNQ-TJB) |
| v. | <u>Civil Action</u> |
| CHRISTINE GIORDANO HANLON, in her Official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his Official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, | **ORDER** |
| Defendants. | |

This matter having come before the Court on motion of Matthew J. Platkin, Acting Attorney

General of New Jersey, by George N. Cohen, Deputy Attorney General, on behalf of Intervenor Attorney General of New Jersey pursuant to L.Civ.R. 6.1 and Fed. R. Civ. P. 6(b)(1)(A) and the Court having considered the papers submitted herein, this matter being decided under Fed. R. Civ. P. 78, and for good cause shown:

    IT IS on this _____ day of _____, 2022;

    ORDERED that Intervenor Attorney General of New Jersey's motion to extend time to file an Answer in the above-captioned matter is hereby GRANTED. Intervenor Attorney General of New Jersey must file its Answer no later than July 28, 2022.

_____
Honorable Tonianne J. Bongiovanni
United States Magistrate Judge