MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY
Attorney for Intervenor, NJ Attorney General
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625

By:   George N. Cohen
       Deputy Attorney General
       George.Cohen@law.njoag.gov
       (609) 376-2955
       Attorney ID #002941985

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., | HON. TONIANNE J. BONGIOVANNI, U.S.M.J. |
| Plaintiffs, | Civil Action No. 20-08267 (ZNQ-TJB) |
| v. | Civil Action |
| CHRISTINE GIORDANO HANLON, in her Official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his Official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, | **STATEMENT THAT NO BRIEF IS NECESSARY PURSUANT TO LOCAL CIVIL RULE 7.1(d)(4)** |
| Defendants. | |

I, George N. Cohen, Deputy Attorney General, assigned to represent Intervenor Attorney General of New Jersey, hereby certify that no brief is necessary in support of this application as reliance will be made on the attached declaration.

                              MATTHEW J. PLATKIN
                              ACTING ATTORNEY GENERAL OF NEW JERSEY

By:    s/George N. Cohen
          George N. Cohen
          Deputy Attorney General
          George.Cohen@law.njoag.gov
          Attorney ID No. 002941985

Dated: June 27, 2022