MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY
Attorney for Intervenor, NJ Attorney General
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625

By:   George N. Cohen
      Deputy Attorney General
      George.Cohen@law.njoag.gov
      (609) 376-2955
      Attorney ID #002941985

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., | HON. TONIANNE J. BONGIOVANNI, U.S.M.J. |
| Plaintiffs, | Civil Action No. 20-08267 (ZNQ-TJB) |
| v. | |
| CHRISTINE GIORDANO HANLON, in her Official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his Official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, | <u>Civil Action</u><br><br>**CERTIFICATION OF SERVICE** |
| Defendants. | |

I hereby certify that the Notice of Motion, Declaration of Counsel, Statement that No Brief is

Necessary, and Proposed Form of Order were filed with the Clerk of the United States District Court and that copies of these documents will be sent via electronic mail to:

>Brett M. Pugach, Esq.
>Yawl Bromberg, Esq.
>Bromberg Law LLC
>43 West 43rd Street, Suite 32
>New York, New York 10036-7424
>bpugach@bromberglawllc.com
>ybromberg@bromberglawllc.com
>*Attorneys for Plaintiffs*
>*Christine Conforti, et al.*

One courtesy copy of the motion has been sent to Judge Bongiovanni via regular mail.

>MATTHEW J. PLATKIN
>ACTING ATTORNEY GENERAL OF NEW JERSEY
>
>By:   s/George N. Cohen
>       George N. Cohen
>       Deputy Attorney General
>       George.Cohen@law.njoag.gov
>       Attorney ID No. 002941985

Dated: June 27, 2022

2