

Genova Burns LLC
30 Montgomery Street, 11th Floor, Jersey City, NJ 07302
Tel: 201.469.0100  Fax: 201.332.1303
Web: www.genovaburns.com

Jennifer Borek, Esq.
Partner
Member of NJ and NY Bars
jborek@genovaburns.com
Direct: 973-535-7107

So Ordered this 29th day of June, 2022.

June 28, 2022

**VIA E-MAIL**

Hon. Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 7W
Trenton, New Jersey 08608

    Re:    Christine Conforti, et al v. Christine Giordano Hanlon, et al
            Civil Case No. 3:20-cv-08267

Dear Judge Bongiovanni:

This office represents Paula Sollami Covello in her official capacity as Mercer County Clerk in the above captioned matter. Pursuant to Your Honor's practices as set forth on the Court's website, the parties respectfully submit the attached proposed consent order, granting all defendants, and Intervenor State of New Jersey, a thirty (30) day extension for their deadline to answer the Plaintiffs' Amended Complaint. All parties have consented to the extension. Thank you for Your Honor's consideration in this regard.

                              Respectfully submitted,

                              **GENOVA BURNS LLC**

                              *s/Jennifer Borek*

                              JENNIFER BOREK

JB:sm
Enclosures
   c:     All Counsel of Record (via e-mail)

16012492v1 (1815.180)