# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC.,

Plaintiffs,

v.

CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk,

Defendants.

Case No. 3:20-CV-08267-ZNQ-TJB

Civil Action

**PROPOSED CONSENT ORDER**

This matter having come before the Court by way of all Defendants' request to extend the time to answer by thirty (30) days; and all named Defendants and Intervenor State of New Jersey (collectively "the Defendants") having filed motions to dismiss the Amended Complaint; and the Court, on May 31, 2022, having issued an Opinion and Order (ECF Nos. 111 and 112) denying or granting in part and denying in part Defendants' motions to dismiss; and Intervenor, Attorney General of New Jersey, having filed a motion pursuant to Fed. R. Civ. P. 6(b)(1)(A), for an extension of time to file a responsive Answer (ECF No. 123); and Plaintiffs having consented to extending the time to file an Answer by 30 days (to July 28, 2022) for all Defendants; and the

Court having considered the Defendants' request for an extension of time to file a responsive Answer, and for good cause shown:

IT IS on this 29th day of _____June_____ 2022, **ORDERED** as follows:

1. Defendants and Intervenor, Attorney General of the State of New Jersey's request for an extension of time to file their respective answers is hereby GRANTED.

2. All Defendants and Intervenor Attorney General of the State of New Jersey shall file their Answers no later than July 28, 2022.

3. Intervenor Attorney General Gurbir S. Grewal's motion for an extension of time to file an answer (ECF 123) shall be terminated.

_____
HON. TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE

The undersigned hereby consent to the form and entry of this order:

**BROMBERG LAW LLC**
*Attorneys for Plaintiffs*

By:   /s/ Brett M. Pugach
      BRETT M. PUGACH
      43 West 43rd Street, Suite 32
      New York, NY 10036-7424
      973-600-9148
      bpugach@bromberglawllc.com

Dated:  June 28, 2022

**GENOVA BURNS LLC**
*Attorneys for Defendant*
*Paula Sollami Covello*

By:   /s/ Jennifer Borek
      JENNIFER BOREK
      494 Broad Street
      Newark, New Jersey 07102
      973-533-0777
      jborek@genovaburns.com

Dated:  June 28, 2022

**BERRY SAHRADNIK KOTZAS & BENSON**
*Attorneys for Defendant*
*Scott M. Colabella*

By:   /s/ Mathew B. Thompson
      MATHEW B. THOMPSON

**REARDON ANDERSON LLC**
*Attorneys for Defendant*
*Christine Giordano Hanlon*

By:   Erik Anderson
      ERIK ANDERSON

212 Hooper Avenue
P.O. Box 757
Toms River, New Jersey 08754
732-349-4800
mthompson@bskb-law.com

Dated:  June 28, 2022


**ATLANTIC COUNTY DEP'T OF LAW**
*Attorneys for Defendant*
*Edward P. McGettigan*

By:      /s/ Alan J. Cohen
         ALAN J. COHEN
         1333 Atlantic Avenue
         Atlantic City, NJ 08401-8278
         609-343-2279
         cohen_alan@aclink.org

Dated:  June 28, 2022


**KAUFMAN SEMERARO & LEIBMAN, LLP**
*Attorneys for Defendant*
*John S. Hogan*

By:      /s/ Jaime R. Placek
         JAIME R. PLACEK
         2 Executive Drive, Suite 530
         Fort Lee, New Jersey 07024
         201-947-8855
         jplacek@northjerseyattorneys.com


Dated:  June 28, 2022

55 Gilbert Street North
Suite 2204
Tinton Falls, New Jersey 07701
732-758-8070
eanderson@reardonanderson.com

Dated:  June 28, 2022


**FLORIO KENNY RAVAL, L.L.P.**
*Attorneys for Defendant*
*E. Junior Maldonado*

By:      s/Edward J. Florio
         EDWARD J. FLORIO
         125 Chubb Avenue
Suite 310
         Lyndhurst, NJ 07071
         eflorio@fkrlaw.com

Dated:  June 28, 2022


**GURBIR S. GREWAL**
**ATTORNEY GENERAL OF NEW JERSEY**
 *Attorneys for State of New Jersey*

By:      /s/ George N. Cohen
         GEORGE N. COHEN
         R.J. Hughes Justice Complex
         25 Market Street
         P.O. Box 112
         Trenton, NJ 08625
         609-376-2955
         George.Cohen@law.njoag.gov

Dated:  June 28, 2022

16578566v1 (1815.180)