**BROWN & CONNERY, LLP**
William M. Tambussi, Esquire
Alyssa I. Lott, Esquire
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
(856) 854-8900
*Attorneys for Intervenor, Camden County Democrat Committee*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al., <br><br> Defendants. | Case No.: 3:20-cv-08267-ZNQ-TJB <br><br> **NOTICE OF MOTION TO INTERVENE PURSUANT TO FED.R.CIV.P. 24** |

**TO:**  Honorable Zahid N. Quraishi, U.S.D.J.
**United States District Court**
**District of New Jersey**
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Court Room 4W
Trenton, New Jersey 08608

Flavio L. Komuves, Esq.
**WEISSMAN & MINTZ, LLC**
1 Executive Drive, Suite 200
Somerset, New Jersey 08873
*Attorneys for Plaintiffs*

Erik Anderson, Esq.
**REARDON ANDERSON, LLC**
55 Gilbert Street North, Suite 2204
Tinton Falls, New Jersey 07701
*Attorneys for Defendant*

John M. Carbone, Esq.
**CARBONE AND FAASE**
401 Goffle Road, P.O. Box 763
Ridgewood, New Jersey 07451
*Attorneys for Intervenor*

Yael Bromberg, Esq.
Brett M. Pugach, Esq.
**BROMBERG LAW, LLC**
73 Glen Avenue, P.O. Box 1131
Glen Rock, New Jersey 07452
*Attorneys for Plaintiffs*

Christopher Ail Khatami, Esq.
**LITE DEPALMA GREENBERG & AFANADOR, LLC**
570 Broad Street, Suite 1201
Newark, New Jersey 07102
*Attorneys for Defendant*

7HM8927

| | |
|---|---|
| John C. Sahradnik, Esq.<br>Matthew Brady Thompson, Esq.<br>**BERRY SAHRADNIK KOTZAS**<br>**& BENSON**<br>212 Hooper Avenue, P.O. Box 757<br>Toms River, New Jersey 08753<br>*Attorneys for Defendant* | Angelo Joseph Genova, Esq.<br>Jennifer Borek, Esq.<br>**GENOVA BURNS LLC**<br>494 Broad Street<br>Newark, New Jersey 07102<br>*Attorneys for Defendant* |
| Christopher Zamlout, Esq.<br>**CHIESA SHAHINIAN &**<br>**GIANTOMASI, P.C.**<br>1 Boland Drive<br>West Orange, New Jersey 07052<br>*Attorneys for Defendant* | Alan J. Cohen, Esq.<br>James T. Dugan<br>**ATLANTIC COUNTY**<br>**DEPARTMENT OF LAW**<br>1333 Atlantic Avenue, 8th Floor<br>Atlantic City, New Jersey 08401<br>*Attorneys for Defendant* |
| Edward J. Florio, Esq.<br>**FLORIO KENNY RAVAL, LLP**<br>125 Chubb Avenue, Suite 310N<br>Lyndhurst, New Jersey 07071<br>*Attorneys for Defendant* | Michael L. Dermody, Esq.<br>**OFFICE OF HUDSON**<br>**COUNTY COUNSEL**<br>567 Pavonia Avenue<br>Jersey City, New Jersey 07306<br>*Attorneys for Defendant* |
| Henal Patel, Esq.<br>Ryan Paul Haygood, Esq.<br>**NEW JERSEY INSTITUTE FOR**<br>**SOCIAL JUSTICE**<br>60 Park Place, Suite 511<br>Newark, New Jersey 07102<br>*Attorney for Amicus* | Jaime Richard Placek, Esq.<br>**DECOTIIS, FITZPATRICK,**<br>**COLE & GIBLIN, LLP**<br>61 South Paramus Road, Suite 250<br>Paramus, New Jersey 07652<br>*Attorneys for Intervenor* |
| Rafael Jaume Corbalan, Esq.<br>**CHIESA SHAHINIAN &**<br>**GIANTOMASI, P.C.**<br>1 Boland Drive #2<br>West Orange, New Jersey 07052<br>*Attorneys for Intervenor* | George N. Cohen, Esq.<br>**Office of the New Jersey Attorney**<br>**General**<br>Richard J. Hughes Justice Complex<br>P.O. Box 112<br>Trenton, New Jersey 08625<br>*Attorneys for Intervenor* |

**PLEASE TAKE NOTICE** that Camden County Democrat Committee, by and through its counsel, Brown & Connery, LLP, shall move for an order permitting it to intervene in this matter pursuant to Fed.R.Civ.P. 24.

7HM8927

**PLEASE TAKE FURTHER NOTICE** that Camden County Democrat Committee shall rely upon the accompanying Brief and Supporting Exhibit in support of its Motion. A proposed form of Order is also submitted herewith. Oral argument is requested if opposition is filed.

    Respectfully submitted,

    **BROWN & CONNERY, LLP**
    *Attorneys for Intervenor, Camden County Democrat Committee*

Dated: July 21, 2022    *s/William M. Tambussi*
    William M. Tambussi

7HM8927