**BROWN & CONNERY, LLP**
William M. Tambussi, Esquire
Alyssa I. Lott, Esquire
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
(856) 854-8900
*Attorneys for Intervenor, Camden County Democrat Committee*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.,<br><br>Defendants. | Case No.: 3:20-cv-08267-ZNQ-TJB<br><br>**CERTIFICATE OF SERVICE** |

I, William M. Tambussi, Esquire, being of full age, certifies as follows:

1. I am a partner with the law firm of Brown & Connery, LLP, counsel for Intervenor, Camden County Democrat Committee, in the above matter. I have personal knowledge of the matters set forth herein.

2. I certify that on this 21st day of July, 2022, I caused a true and complete copy of Camden County Democrat Committee's Notice of Motion, Brief in Support of Motion to Intervene with Supporting Exhibit, and Proposed Order have been served upon the following as indicated:

Clerk
**U.S. District Court for the District of New Jersey**
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608
(*via Electronic Filing*)

7HM9017

Honorable Zahid N. Quraishi, U.S.D.J.
**United States District Court**
**District of New Jersey**
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Court Room 4W
Trenton, New Jersey 08608
(*via Electronic Filing and Regular Mail*)

Flavio L. Komuves, Esq.
**WEISSMAN & MINTZ, LLC**
1 Executive Drive, Suite 200
Somerset, New Jersey 08873
(*via Electronic Filing*)

Erik Anderson, Esq.
**REARDON ANDERSON, LLC**
55 Gilbert Street North, Suite 2204
Tinton Falls, New Jersey 07701
(*via Electronic Filing*)

John C. Sahradnik, Esq.
Matthew Brady Thompson, Esq.
**BERRY SAHRADNIK KOTZAS**
**& BENSON**
212 Hooper Avenue, P.O. Box 757
Toms River, New Jersey 08753
(*via Electronic Filing*)

Christopher Zamlout, Esq.
**CHIESA SHAHINIAN &**
**GIANTOMASI, P.C.**
1 Boland Drive
West Orange, New Jersey 07052
(*via Electronic Filing*)

Edward J. Florio, Esq.
**FLORIO KENNY RAVAL, LLP**
125 Chubb Avenue, Suite 310N
Lyndhurst, New Jersey 07071
(*via Electronic Filing*)

John M. Carbone, Esq.
**CARBONE AND FAASE**
401 Goffle Road, P.O. Box 763
Ridgewood, New Jersey 07451
(*via Electronic Filing*)

Yael Bromberg, Esq.
Brett M. Pugach, Esq.
**BROMBERG LAW, LLC**
73 Glen Avenue, P.O. Box 1131
Glen Rock, New Jersey 07452
(*via Electronic Filing*)

Christopher Ail Khatami, Esq.
**LITE DEPALMA GREENBERG**
**& AFANADOR, LLC**
570 Broad Street, Suite 1201
Newark, New Jersey 07102
(*via Electronic Filing*)

Angelo Joseph Genova, Esq.
Jennifer Borek, Esq.
**GENOVA BURNS LLC**
494 Broad Street
Newark, New Jersey 07102
(*via Electronic Filing*)

Alan J. Cohen, Esq.
James T. Dugan
**ATLANTIC COUNTY**
**DEPARTMENT OF LAW**
1333 Atlantic Avenue, 8th Floor
Atlantic City, New Jersey 08401
(*via Electronic Filing*)

Michael L. Dermody, Esq.
**OFFICE OF HUDSON**
**COUNTY COUNSEL**
567 Pavonia Avenue
Jersey City, New Jersey 07306
(*via Electronic Filing*)

7HM9017

| | |
|---|---|
| Henal Patel, Esq.<br>Ryan Paul Haygood, Esq.<br>**NEW JERSEY INSTITUTE FOR SOCIAL JUSTICE**<br>60 Park Place, Suite 511<br>Newark, New Jersey 07102<br>(*via Electronic Filing*) | Jaime Richard Placek, Esq.<br>**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**<br>61 South Paramus Road, Suite 250<br>Paramus, New Jersey 07652<br>(*via Electronic Filing*) |
| Rafael Jaume Corbalan, Esq.<br>**CHIESA SHAHINIAN & GIANTOMASI, P.C.**<br>1 Boland Drive #2<br>West Orange, New Jersey 07052<br>(*via Electronic Filing*) | George N. Cohen, Esq.<br>**Office of the New Jersey Attorney General**<br>Richard J. Hughes Justice Complex<br>P.O. Box 112<br>Trenton, New Jersey 08625<br>(*via Electronic Filing*) |

3.  I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully submitted,

**BROWN & CONNERY, LLP**
*Attorneys for Intervenor, Camden County Democrat Committee*

Dated: July 21, 2022

*s/William M. Tambussi*
William M. Tambussi

7HM9017