**BROWN & CONNERY, LLP**
William M. Tambussi, Esquire
Alyssa I. Lott, Esquire
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
(856) 854-8900
*Attorneys for Intervenor, Camden County Democrat Committee*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTINE CONFORTI, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al.,<br><br>    Defendants. | Case No.: 3:20-cv-08267-ZNQ-TJB<br><br>**ORDER GRANTING MOTION TO INTERVENE** |

**THIS MATTER** having been brought before the Court by Brown & Connery, LLP, attorneys for Intervenor, Camden County Democrat Committee, for an Order granting Intervenor's Motion to Intervene, and the Court having considered the matter and good cause having been shown;

**IT IS ON THIS** _____ day of _____, 2022, **ORDERED** that Intervenor, Camden County Democrat Committee's Motion to Intervene shall be and hereby is **GRANTED**.

_____
Honorable Zahid N. Quraishi, U.S.D.J.

7HM9056