Robert F. Renaud, Esq.
RR 1351
RENAUD DEAPPOLONIO LLC
190 North Avenue East
Cranford, New Jersey 07016
(908) 418-4088
Attorneys for Intervenor Regular Democratic Organization of Union County, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSPEH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br> Plaintiff, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, <br> Defendants. | Civil Action No.: 3:20-08267-ZNQ-TJB <br><br><br><br> NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that the law firm of Renaud DeAppolonio LLC (Robert F. Renaud, Esq. appearing), hereby enters appearance in this action as counsel for the Regular Democratic Organization of Union County, Inc., Intervenor/Party in Interest to this action.

                                      RENAUD DEAPPOLONIO LLC
                                      Attorneys for the Regular Democratic
                                      Organization of Union County, Inc.

                                      By: */s/ Robert F. Renaud*
Dated: July 25, 2022                          Robert F. Renaud, Esq.