Robert F. Renaud, Esq.
RR 1351
RENAUD DEAPPOLONIO LLC
190 North Avenue East
Cranford, New Jersey 07016
(908) 418-4088
Attorneys for Intervenor Regular Democratic Organization of Union County, Inc.

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSPEH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br> Plaintiff, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, <br> Defendants. | Civil Action No.: 3:20-08267-ZNQ-TJB <br><br><br><br> **NOTICE OF MOTION TO INTERVENE PURSUANT TO FED.R.CIV.P. 24 (ORAL ARGUMENT REQUESTED)** |

To:

Flavio L. Komuves
Weissman & Mintz LLC
1 Executive Drive, Suite 200
Somerset, NJ 08873
Attorney for Plaintiffs Christine Conforti,
Arati Kreibich, Kevin McMillan, Zinovia Spezakis,
Mico Lucide, Jospeh Marchica & New Jersey

Working Families Alliance, LLC

Yael Bromberg
Bromberg Law LLC
73 Glen Avenue
P.O. Box 1131
Glen Rock, NJ 07452
Attorney for Plaintiffs Christine Conforti,
Arati Kreibich, Kevin McMillan, Zinovia Spezakis,
Mico Lucide, Jospeh Marchica & New Jersey
Working Families Alliance, LLC

Bret M. Pugach
Bromberg Law LLC
43 West 43rd Street, Suite 32
New York, NY 10036-7424
Attorney for Plaintiffs Christine Conforti,
Arati Kreibich, Kevin McMillan, Zinovia Spezakis,
Mico Lucide, Jospeh Marchica & New Jersey
Working Families Alliance, LLC

Erik Anderson
Reardon Anderson LLC
55 Gilbert Street North, Suite 2204
Tinton Falls, NJ 07701
Attorney for Defendant Christine Giordano Hanlon

John C. Sahradnik
Berry, Sahradnik, Kotzas & Benson
212 Hooper Avenue
P.O. Box 757
Toms River, NJ 08754-0757
Attorney for Defendant Scott M. Colabella

Mathew Brandy Thompson
Berry, Sahradnik, Kotzas & Benson
212 Hooper Avenue
P.O. Box 757
Toms River, NJ 08754-0757
Attorney for Defendant Scott. M Colabella

Angelo Jospeh Genova
Genova Burns LLC
494 Broad Street
Newark, NJ 07102

Attorney for Defendant Paula Sollami Covello

Christopher Zamlout
Chiesa Shahinian & Giantomasi PC
1 Boland Drive
West Orange, NJ 07052
Attorney for Defendant Paul Sollami Covello

Jennifer Borek
Genova Burns LLC
494 Broad Street
Newark, NJ 07102
Attorney for Defendant Paul Sollami Covello

Alan J. Cohen
Atlantic County Department of Law
1333 Atlantic Avenue
Atlantic City, NJ 08401
Attorney for Defendant Edward P Mcgettigan

Edward J. Florio
Florio Kenny Raval LLP
125 Chubb Avenue, Suite 310N
Lyndhurst, NJ 07071
Attorney for Defendant E. Junior Maldonado

Henal Patel
New Jersey Institute for Social Justice
60 Park Place, Suite 511
Newark, NJ 07102
Attorney for Defendants League of Women Voters
of New Jersey & Salvation an Social Justice

Ryan Paul Haygood
New Jersey Institute for Social Justice
60 Park Place, Suite 511
Newark, NJ 07102
Attorney for Defendants League of Women Voters
of New Jersey & Salvation an Social Justice

Jaime Richard Placek
Decotiis, Fitzpatrick, Cole & Giblin, LLP
61 South Paramus Road, Suite 250
Paramus, NJ 07652
Attorney for Intervenor office of the Bergen County Clerk

George N. Cohen
Office of the NJ Attorney General
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, NJ 08625
Attorney for Intervenor Gurbin S. Grewal

John M. Carbone
Carbone and Faasse
401 Goffle Road
Ridgewood, New Jersey 07450
Attorney for Intervenor Hon. John S. Hogan

    PLEASE TAKE NOTICE that on September 6, 2022, attorneys for the Regular Democratic Organization of Union County, Inc. shall move before the above-named Court at the United States District Court, for an Order for permitting the Regular Democratic Organization of Union County, Inc. to intervene in the above-referenced matter pursuant to Fed.R.Civ.P. 24.

    PLEASE TAKE FURTHER NOTICE that the Regular Democratic Organization of Union County, Inc. shall rely on the annexed Brief and Certification of Robert F. Renaud, Esq.

    PLEASE TAKE FURTHER NOTICE that the Regular Democratic Organization of Union County, Inc. requests oral argument. A form of Order granting the relief sought is attached.

                                                      RENAUD DEAPPOLONIO LLC
                                                      *Attorneys for the Regular Democratic*
                                                      *Organization of Union County, Inc.*

                                                  By: */s/ Robert F. Renaud*
Dated: July 25, 2022                                    Robert F. Renaud, Esq.