Robert F. Renaud, Esq.
RR 1351
RENAUD DEAPPOLONIO LLC
190 North Avenue East
Cranford, New Jersey 07016
(908) 418-4088
Attorneys for Intervenor Regular Democratic Organization of Union County, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSPEH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br>　　　　　　Plaintiff, <br><br>v. <br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, <br>　　　　　　Defendants. | Civil Action No.: 3:20-08267-ZNQ-TJB <br><br> ORDER |

THIS MATTER having been brought before the Court by Renaud DeAppolonio LLC, attorneys for the Regular Democratic Organization of Union County, Inc., by way of Notice of Motion to Intervene on notice to all counsel of record; and the Court finding that proper grounds

exist for Intervention by the Regular Democratic Organization of Union County, Inc.; and for good cause having been shown;

    IT IS ON THIS _____ DAY OF _____, 2022, hereby

  ORDERED that the Regular Democratic Organization of Union County, Inc. be and hereby are permitted to intervene in this matter pursuant to F.R.C.P. 24 and may fully participate in discovery, trial, and all other proceedings held in this matter; and it is further

  ORDERED that a true and correct copy of this order shall be served on all parties herein within seven (7) days of entry hereof if not served by e-Courts.

             _____
             Hon. Zahid N. Quraishi, U.S.D.J.

Opposed    \_\_\_\_
Unopposed  \_\_\_\_