Robert F. Renaud, Esq.
RR 1351
RENAUD DEAPPOLONIO LLC
190 North Avenue East
Cranford, New Jersey 07016
(908) 418-4088
Attorneys for Intervenor Regular Democratic Organization of Union County, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSPEH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br>                              Plaintiff, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, <br>                              Defendants. | Civil Action No.: 3:20-08267-ZNQ-TJB <br><br><br> **CERTIFICATION OF SERVICE** |

      I certify that on this day, the accompanying Notice of Motion to Intervene, Certification of Robert F. Renaud and Brief in Support of Motion to Intervene, submitted on behalf of Intervenor, Regular Democratic Organization of Union County, Inc., was electronically filed

with the Clerk of the United States District Court for the District of New Jersey. Copies of the motion will be served upon all counsel of record by electronic notice.

                                                  RENAUD DEAPPOLONIO LLC
*Attorneys for the Regular Democratic Organization of Union County, Inc.*

By: /s/ Robert F. Renaud

Dated: July 25, 2022                          Robert F. Renaud, Esq.