MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY
Attorney for Intervenor, State of New Jersey
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625

By:    George N. Cohen
        Deputy Attorney General
        George.Cohen@law.njoag.gov
        (609) 376-2955
        Attorney ID #002941985

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., | Civil Action No. 20-08267-ZNQ-TJB |
| Plaintiffs, | |
| v. | <u>Civil Action</u> |
| CHRISTINE GIORDANO HANLON, in her Official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his Official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, | CERTIFICATION OF SERVICE |
| Defendants. | |

I certify that on this on this day, Intervenor Attorney General of New Jersey's Answer was electronically filed with the Clerk of the United States District Court, Vicinage of Trenton, and that a copy of these documents has been therefore been served by electronic notice upon all parties.

                              MATTHEW J. PLATKIN
                              ACTING ATTORNEY GENERAL OF NEW JERSEY

By:    s/George N. Cohen
          George N. Cohen
          Deputy Attorney General

Dated: July 28, 2022