Mathew B. Thompson, Esq./023121998
**BERRY SAHRADNIK KOTZAS & BENSON, P.C.**
212 Hooper Avenue, P.O. Box 757
Toms River, NJ 08754-0757
Phone: (732) 349-4800
Fax: (732) 349-1983
*Attorneys for Defendant Scott M. Colabella, in his official capacity as Ocean County Clerk*

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVEN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC.<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, and PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk,<br><br>Defendants | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>**Civil Action No.: 3:20-cv-08267-FLW-TJB**<br><br><u>**Civil Action**</u><br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that on July 28, 2022, I electronically filed an Answer to Plaintiff's First Amended Complaint on behalf of Defendant, Scott M. Colabella, in his official capacity as Ocean County Clerk, in this matter with the United States District Court, Trenton Vicinage, and that a copy has therefore been served by electronic notice upon all parties of record.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                        **BERRY SAHRADNIK**
                                        **KOTZAS & BENSON**

                                        <u>s/Mathew B. Thompson</u>

Dated: July 28, 2022