UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk,<br><br>Defendants. | Case No. 3:20-CV-08267-ZNQ-TJB<br><br>Civil Action<br><br>**CONSENT ORDER** |

This matter having come before the Court by way of Amended Complaint filed by Plaintiffs; and a Motion to Intervene having been filed by the Camden County Democrat Committee ("CCDC") on July 21, 2022 which is currently returnable on August 15, 2022; and a separate Motion to Intervene having been filed by the Regular Democratic Organization of Union County, Inc. ("RDOUC") on July 25, 2022 which is currently returnable on September 6, 2022; and counsel for CCDC and for RDOUC having consented to the terms of this Order; and for good cause shown:

IT IS on this  1st  day of  August  2022, **ORDERED** as follows:

1

1. Plaintiffs' request to adjourn the CCDC's Motion to Intervene one motion cycle to a return date of September 6, 2022 is hereby GRANTED.

2. Plaintiff's Omnibus Opposition Brief shall be filed on or before August 23, 2022.

3. Reply Briefs, if any, shall be filed on or before August 30, 2022.

4. Plaintiffs' request to submit an omnibus response to both the CCDC and the RDOUC's Motions to Intervene in a single opposition brief is hereby GRANTED.

        s/Tonianne J. Bongiovanni
        HON. TONIANNE J. BONGIOVANNI, U.S.M.J.

The undersigned hereby consent to the form and entry of this order:

| **BROMBERG LAW LLC** | **BROWN & CONNERY, LLP** |
|---|---|
| *Attorneys for Plaintiffs* | *Attorneys for Intervenor* |
| | *Camden County Democrat Committee* |
| By: /s/ Brett M. Pugach | By: /s/ William M. Tambussi |
| BRETT M. PUGACH | WILLIAM M. TAMBUSSI |
| 43 West 43rd Street, Suite 32 | 360 Haddon Avenue |
| New York, NY 10036-7424 | P.O. Box 539 |
| 973-600-9148 | Westmont, New Jersey 08108 |
| bpugach@bromberglawllc.com | 856-854-8900 |
| | wtambussi@brownconnery.com |
| Dated: July 29, 2022 | Dated: July 29, 2022 |

**RENAUD DEAPPOLONIO LLC**
*Attorneys for Intervenor*
*Regular Democratic Organization of Union County, Inc.*

By:   */s/ Robert F. Renaud*
      ROBERT F. RENAUD
      190 North Avenue East
      Cranford, New Jersey 07016
      908-418-4088
      rrenaud@rdlawnj.com

Dated: July 29, 2022