**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Second Floor
Roseland, New Jersey 07068
(973) 622-1800
William W. Northgrave (039201990)
Grant W. McGuire (016801995)
Keith M. Menscher (380192022)
*Attorneys for Middlesex County Democratic Organization*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk,<br><br>Defendants. | CIVIL ACTION<br>NO.  3:20-cv-08267-ZNQ-TJB<br><br><br><br>**NOTICE OF MOTION TO INTERVENE** |

To:

Flavio L. Komuves
WEISSMAN & MINTZ LLC
220 Davidson Avenue, Suite 410
Somerset, NJ 08873
732-563-4565

fkomuves@weissmanmintz.com
*Attorney for Plaintiffs Christine Conforti,*
*Arati Kreibich, Kevin McMillan,*
*Zinovia Spezakis, Joseph Marchica, and*
*New Jersey Working Families Alliance, Inc.*

Yaek Bromberg
BROMBERG LAW LLC
73 Glen Avenue
P.O. Box 1131
Glen Rock, NJ 07452
201-280-1969
ybromberg@bromberglawllc.com
*Attorney for Plaintiffs Christine Conforti,*
*Arati Kreibich, Kevin McMillan,*
*Zinovia Spezakis, Joseph Marchica, and*
*New Jersey Working Families Alliance, Inc.*

Brett M. Pugach
BROMBERG LAW LLC
43 West 43rd Street, Suite 32
New York, NY 10036-7424
973-600-9148
bpugach@bromberglawllc.com
*Attorney for Plaintiffs Christine Conforti,*
*Arati Kreibich, Kevin McMillan,*
*Zinovia Spezakis, Joseph Marchica, and*
*New Jersey Working Families Alliance, Inc.*

Erik Anderson
REARDON ANDERSON LLC
55 Gilbert Street North, Suite 2204
Tinton Falls, NJ 07701
732-758-8070
eanderson@reardonanderson.com
*Attorney for Defendant Christine Giordano Hanlon*

John C. Sahradnik
BERRY, SAHRADNIK, KOTZAS & BENSON
212 Hooper Avenue
P.O. Box 757
Toms River, NJ 08754-0757
732-349-4800
jsahradnik@bskb-law.com

*Attorneys for Scott M. Colabella*

Matthew Brady Thompson
BERRY SAHRADNIK KOTZAS & BENSON
212 Hooper Avenue
P.O. Box 757
Toms River, NJ 08753
732-349-4800
mthompson@bskb-law.com
*Attorneys for Scott M. Colabella*

Angelo Joseph Genova
GENOVA BURNS, LLC
494 Broad Street
Newark, NJ 07102
(973) 533-0777
agenova@genovaburns.com
*Attorneys for Paula Sollami Covello*

Christopher Zamlout
CHIESA SHAHINIAN & GIANTOMASI PC
1 Boland Drive
West Orange, NJ 07052
973-530-2187
czamlout@gibbonslaw.com
*Attorneys for Paula Sollami Covello*

Jennifer Borek
GENOVA BURNS LLC
494 Broad Street
Newark, NJ 07102
(973) 533-0777
jborek@genovaburns.com
*Attorneys for Paula Sollami Covello*

Alan J. Cohen
Atlantic County Department of Law
1333 Atlantic Avenue
Atlantic City, NJ 08401
(609) 343-2279
Cohen_Alan@aclink.org
*Attorney for Edward P. McGettigan*

Edward J. Florio
FLORIO KENNY RAVAL, LLP
125 Chubb Avenue, Suite 310N

Lyndhurst, NJ 07071
201-659-8011
main@fkrlaw.com
*Attorney for E. Junior Maldonado*

Henal Patel
NEW JERSEY INSTITUTE FOR SOCIAL JUSTICE
60 Park Place, Suite 511
Newark, NJ 07102
973-755-9897
hpatel@njisj.org
*Attorneys for League of Women Voters of New Jersey, and Salvation and Social Justice*

Ryan Paul Haygood
NEW JERSEY INSTITUTE FOR SOCIAL JUSTICE
60 Park Place, Suite 511
Newark, NJ 07102
917-400-4027
rhaygood@njisj.org
*Attorneys for League of Women Voters of New Jersey, and Salvation and Social Justice*

Jaime Richard Placek
DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP
61 South Paramus Road, Suite 250
Paramus, NJ 07652
201-928-1100
jplacek@northjerseyattorneys.com
*Attorney for John S. Hogan, and the Office Of the Bergen County Clerk*

George N. Cohen
OFFICE OF THE NJ ATTORNEY GENERAL
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, NJ 08625
(609) 633-8409
George.Cohen@law.njoag.gov
*Attorney for Intervenor Gurbir S. Grewal*

John M. Carbone
CARBONE AND FAASSE
401 Goffle Road
P.O. Box 763
Ridgewood, NJ 07451-0763

```
201-445-7100
ussrecount@aol.com
```
*Attorney for Intervenor Honorable James Hogan*

```
William M. Tambussi
BROWN & CONNERY, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108
(856) 854-8900
wtambuss@brownconnery.com
```
*Attorney for Intervenor*
*Camden County Democrat Committee*

```
Robert F. Renaud
RENAUD DEAPPOLONIO, LLC
190 North Avenue, East, 3rd Floor
Cranford, NJ 07016
(908) 418-4088
rrenaud@rdlawnj.com
```
*Attorney for Intervenor*
*Regular Democratic Organization of Union County, Inc.*

    **PLEASE TAKE NOTICE** that on September 6, 2022, attorneys for the Middlesex County Democratic Organization shall move before the above-named Court at the United States District Court, for an Order permitting the Middlesex County Democratic Organization to intervene in the above referenced matter pursuant to Fed. R. Civ. P. 24.

    **PLEASE TAKE FURTHER NOTICE**, that the Middlesex County Democratic Organization shall rely on the attached Brief in support of their Motion to Intervene.

    **PLEASE TAKE FURTHER NOTICE**, that the Middlesex County Democratic Organization hereby requests oral Argument should any

party oppose this Motion to Intervene. A form of Order is attached.

**McManimon, Scotland & Baumann, LLC**
*Attorneys for Middlesex County Democratic Organization*

By:*/s/ William W. Northgrave*
  William W. Northgrave

Dated: August 2, 2022