UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, <br><br> Defendants. | CIVIL ACTION NO.  3:20-cv-08267-ZNQ-TJB <br><br><br> **ORDER** |

**THIS MATTER** having been brought to the attention of the Court by McManimon, Scotland & Baumann, LLC, attorneys for the Middlesex County Democratic Organization, by way of Notice of Motion to Intervene on notice to all counsel of record; and the Court having considered arguments, if any; and the Court finding that proper grounds exist for intervention by the Middlesex County Democratic Organization; and for good cause having been shown;

**IT IS ON THIS** _____ **DAY OF** _____, 2022, hereby

**ORDERED** that Middlesex County Democratic Organization be and hereby are permitted to intervene in this matter pursuant to Fed. R. Civ. P. 24, and may fully participate in discovery, trial, and all other proceedings held in this matter; and it is further

**ORDERED** that a true and correct copy of this Order shall be served on all parties herein within seven (7) days of entry hereof

_____
Hon. Zahid N. Quraishi, U.S.D.J.

Opposed    \_\_\_\_
Unopposed  \_\_\_\_