**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Second Floor
Roseland, New Jersey 07068
(973) 622-1800
William W. Northgrave (039201990)
Grant W. McGuire (016801995)
Keith M. Menscher (380192022)
*Attorneys for Middlesex County Democratic Organization*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk,<br><br>Defendants. | CIVIL ACTION NO. 3:20-cv-08267-ZNQ-TJB<br><br>**CERTIFICATION OF SERVICE** |

    I certify on this 2nd day of August, 2022, the accompanying Notice of Motion to Intervene, Brief in Support of Motion to Intervene, and Proposed Order, submitted on behalf of Intervenors the Middlesex County Democratic Organization, was electronically

filed with the Clerk of the United States District Court for the District of New Jersey.

I further certify that on this same day, copies of the Motion shall be served upon all counsel of record by electronic notice.

                                        **McManimon, Scotland & Baumann, LLC**
                                        *Attorneys for Middlesex County*
                                        Democratic Organization

                                        By:*/s/ William W. Northgrave*
                                              William W. Northgrave

Dated: August 2, 2022