**MALAMUT & ASSOCIATES, LLC**
Mark R. Natale, Esq.
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
*Attorneys for Intervenor, Office of the Burlington County Clerk*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| CHRISTINE CONFORTI, et al., | |
| Plaintiffs, | Case No.: 3:20-cv-08267-ZNQ-TJB |
| vs. | |
| CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al., | **NOTICE OF MOTION TO INTERVENE PURSUANT TO FED.R.CIV.P. 24** |
| Defendants. | |

---

TO:

Honorable Zahid N. Quraishi, U.S.D.J.
**United States District Court**
**District of New Jersey**
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Court Room 4W
Trenton, New Jersey 08608

John M. Carbone, Esq.
**CARBONE AND FAASE**
401 Goffle Road, P.O. Box 763
Ridgewood, New Jersey 07451
*Attorneys for Intervenor*

Flavio L. Komuves, Esq.
**WEISSMAN & MINTZ, LLC**
1 Executive Drive, Suite 200
Somerset, New Jersey 08873
*Attorneys for Plaintiffs*

Yael Bromberg, Esq.
Brett M. Pugach, Esq.
**BROMBERG LAW, LLC**
73 Glen Avenue, P.O. Box 1131
Glen Rock, New Jersey 07452
*Attorneys for Plaintiffs*

Erik Anderson, Esq.
**REARDON ANDERSON, LLC**
55 Gilbert Street North, Suite 2204
Tinton Falls, New Jersey 07701
*Attorneys for Defendant*

John C. Sahradnik, Esq.
Matthew Brady Thompson, Esq.
**BERRY SAHRADNIK KOTZAS
& BENSON**
212 Hooper Avenue, P.O. Box 757
Toms River, New Jersey 08753
*Attorneys for Defendant*

Christopher Zamlout, Esq.
**CHIESA SHAHINIAN &
GIANTOMASI, P.C.**
1 Boland Drive
West Orange, New Jersey 07052
*Attorneys for Defendant*

Edward J. Florio, Esq.
**FLORIO KENNY RAVAL, LLP**
125 Chubb Avenue, Suite 310N
Lyndhurst, New Jersey 07071
*Attorneys for Defendant*

Henal Patel, Esq.
Ryan Paul Haygood, Esq.
**NEW JERSEY INSTITUTE FOR
SOCIAL JUSTICE**
60 Park Place, Suite 511
Newark, New Jersey 07102
*Attorneys for Amicus*

Christopher Ail Khatami, Esq.
**LITE DEPALMA GREENBERG &
AFANADOR, LLC**
570 Broad Street, Suite 1201
Newark, New Jersey 07102
*Attorneys for Defendant*
Angelo Joseph Genova, Esq.
Jennifer Borek, Esq.
**GENOVA BURNS LLC**
494 Broad Street
Newark, New Jersey 07102
*Attorneys for Defendant*

Alan J. Cohen, Esq.
James T. Dugan
**ATLANTIC COUNTY
DEPARTMENT OF LAW**
1333 Atlantic Avenue, 8th Floor
Atlantic City, New Jersey 08401
*Attorneys for Defendant*

Michael L. Dermody, Esq.
**OFFICE OF HUDSON COUNTY
COUNSEL**
567 Pavonia Avenue
Jersey City, New Jersey 07306
*Attorneys for Defendant*

Jaime Richard Placek, Esq.
**DECOTIIS, FITZPATRICK,
COLE & GIBLIN, LLP**
61 South Paramus Road, Suite 250
Paramus, New Jersey 07652
*Attorneys for Intervenor*

Rafael Jaume Corbalan, Esq.
**CHIESA SHAHINIAN &
GIANTOMASI, P.C.**
1 Boland Drive #2
West Orange, New Jersey 07052
*Attorneys for Intervenor*

George N. Cohen, Esq.
**Office of the New Jersey Attorney
General**
Richard J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625
*Attorneys for Intervenor*

Robert F. Renaud, Esq.
**RENAUD DEAPPOLONIO LLC**
190 North Avenue East
Cranford, New Jersey 07016
*Attorneys for Intervenor*

William M. Tambussi, Esquire
Alyssa I. Lott, Esquire
**BROWN & CONNERY, LLP**
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
*Attorneys for Intervenor*

**PLEASE TAKE NOTICE** that the Office of the Burlington County Clerk, by and through its counsel, Malamut and Associates, LLC, shall move for an order permitting it to intervene in this matter pursuant to Fed.R.Civ.P. 24.

**PLEASE TAKE FURTHER NOTICE** that the Office of the Burlington County Clerk shall rely upon the accompanying Brief and Certification of Joanne Schwartz in support of its Motion. A proposed form of Order is also submitted herewith. Oral argument is requested if opposition is filed.

MALAMUT & ASSOCIATES, LLC
Attorney for Intervenor,
Office of the Burlington County Clerk

Dated: August 12, 2022

/s/ Mark R. Natale
Mark R. Natale, Esq.