**MALAMUT & ASSOCIATES, LLC**
Mark R. Natale, Esq.
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
*Attorneys for Intervenor, Office of the Burlington County Clerk*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CHRISTINE GIORDANO HANLON,<br>in her official capacity as Monmouth<br>County Clerk, et al.,<br><br>　　　　　Defendants. | Case No.: 3:20-cv-08267-ZNQ-TJB<br><br>**CERTIFICATE OF SERVICE** |

I, Mark R. Natale, Esquire, being of full age, certifies as follows:

1. I am a partner with the law firm of Malamut and Associates, LLC, counsel for Intervenor, Office of the Burlington County Clerk, in the above matter. I have personal knowledge of the matters set forth herein.

2. I certify that on this 27th day of July, 2022, I caused a true and complete copy of Office of Burlington County Clerk's Notice of Motion, Brief in Support of Motion to Intervene, Certification of Joanne Schwartz and Proposed Order have been served upon the following as indicated:

Honorable Zahid N. Quraishi, U.S.D.J.
**United States District Court**
**District of New Jersey**
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Court Room 4W
Trenton, New Jersey 08608
(*via Electronic Filing and Regular Mail*)

John M. Carbone, Esq.
**CARBONE AND FAASE**
401 Goffle Road, P.O. Box 763
Ridgewood, New Jersey 07451
*Attorneys for Intervenor*
(*via Electronic Filing*)

Flavio L. Komuves, Esq.
**WEISSMAN & MINTZ, LLC**
1 Executive Drive, Suite 200
Somerset, New Jersey 08873
*Attorneys for Plaintiffs*
(*via Electronic Filing*)

Yael Bromberg, Esq.
Brett M. Pugach, Esq.
**BROMBERG LAW, LLC**
73 Glen Avenue, P.O. Box 1131
Glen Rock, New Jersey 07452
*Attorneys for Plaintiffs*
(*via Electronic Filing*)

Erik Anderson, Esq.
**REARDON ANDERSON, LLC**
55 Gilbert Street North, Suite 2204
Tinton Falls, New Jersey 07701
*Attorneys for Defendant*
(*via Electronic Filing*)

Christopher Ail Khatami, Esq.
**LITE DEPALMA GREENBERG & AFANADOR, LLC**
570 Broad Street, Suite 1201
Newark, New Jersey 07102
*Attorneys for Defendant*
(*via Electronic Filing*)

John C. Sahradnik, Esq.
Matthew Brady Thompson, Esq.
**BERRY SAHRADNIK KOTZAS & BENSON**
212 Hooper Avenue, P.O. Box 757
Toms River, New Jersey 08753
*Attorneys for Defendant*
(*via Electronic Filing*)

Angelo Joseph Genova, Esq.
Jennifer Borek, Esq.
**GENOVA BURNS LLC**
494 Broad Street
Newark, New Jersey 07102
*Attorneys for Defendant*
(*via Electronic Filing*)

Christopher Zamlout, Esq.
**CHIESA SHAHINIAN & GIANTOMASI, P.C.**
1 Boland Drive
West Orange, New Jersey 07052
*Attorneys for Defendant*
(*via Electronic Filing*)

Alan J. Cohen, Esq.
James T. Dugan
**ATLANTIC COUNTY DEPARTMENT OF LAW**
1333 Atlantic Avenue, 8th Floor
Atlantic City, New Jersey 08401
*Attorneys for Defendant*
(*via Electronic Filing*)

Edward J. Florio, Esq.
**FLORIO KENNY RAVAL, LLP**
125 Chubb Avenue, Suite 310N
Lyndhurst, New Jersey 07071
*Attorneys for Defendant*
(*via Electronic Filing*)

Michael L. Dermody, Esq.
**OFFICE OF HUDSON COUNTY COUNSEL**
567 Pavonia Avenue
Jersey City, New Jersey 07306
*Attorneys for Defendant*
(*via Electronic Filing*)

Henal Patel, Esq.
Ryan Paul Haygood, Esq.
**NEW JERSEY INSTITUTE FOR SOCIAL JUSTICE**
60 Park Place, Suite 511
Newark, New Jersey 07102
*Attorneys for Amicus*
(*via Electronic Filing*)

Jaime Richard Placek, Esq.
**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**
61 South Paramus Road, Suite 250
Paramus, New Jersey 07652
*Attorneys for Intervenor*
(*via Electronic Filing*)

Rafael Jaume Corbalan, Esq.
**CHIESA SHAHINIAN & GIANTOMASI, P.C.**
1 Boland Drive #2
West Orange, New Jersey 07052
*Attorneys for Intervenor*
(*via Electronic Filing*)

George N. Cohen, Esq.
**Office of the New Jersey Attorney General**
Richard J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625
*Attorneys for Intervenor*
(*via Electronic Filing*)

| | |
|---|---|
| Robert F. Renaud, Esq.<br>**RENAUD DEAPPOLONIO LLC**<br>190 North Avenue East<br>Cranford, New Jersey 07016<br>*Attorneys for Intervenor*<br>(*via Electronic Filing*) | William M. Tambussi, Esquire<br>Alyssa I. Lott, Esquire<br>**BROWN & CONNERY, LLP**<br>360 Haddon Avenue<br>P.O. Box 539<br>Westmont, New Jersey 08108<br>*Attorneys for Intervenor*<br>(*via Electronic Filing*) |

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

> MALAMUT & ASSOCIATES, LLC
> Attorney for Intervenor,
> Office of the Burlington County Clerk

Dated: August 12, 2022          */s/ Mark R. Natale*
                                                Mark R. Natale, Esq.