**MALAMUT & ASSOCIATES, LLC**
Mark R. Natale, Esq.
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
*Attorneys for Intervenor, Office of the Burlington County Clerk*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al., <br><br> Defendants. | Case No.: 3:20-cv-08267-ZNQ-TJB <br><br> **CERTIFICATION OF JOANNE SCHWARTZ** |

I, **JOANNE SCHWARTZ**, of full age, do hereby declare as follows:

1. I am currently serving as the Burlington County Clerk, a position I have held since January of 2019.

2. I submit this certification and the accompanying motion in my official capacity.

3. The Office of the Burlington County Clerk was named by the Plaintiffs in this litigation as a non-party with interest.

4. My counsel has kept me apprised of the status of the litigation.

5. Now that the merits of the case are going to be litigated, it is important that the Burlington County Clerk intervene so that the rights of our office are properly represented.

6. This case will determine the rights and obligations of the Office of the Burlington County Clerk to administer elections in our county.

7. Additionally, this litigation will determine whether the Office of the Burlington County Clerk is forced to interfere with the constitutional rights of other organizations, namely political parties who conduct their primaries in Burlington County.

8. I believe the clerk's office should be represented on these issues to help determine the future of its election administration responsibilities.

9. I respectfully request the court allow the Office of the Burlington County Clerk to intervene in this action and properly represent the rights, obligations, and responsibilities at stake before this court.

/s/ Joanne Schwartz
_____
Joanne Schwartz
Burlington County Clerk

Dated: August 12, 2022