**MALAMUT & ASSOCIATES, LLC**
Mark R. Natale, Esq.
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
*Attorneys for Intervenor, Office of the Burlington County Clerk*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, et al.,<br><br>       Plaintiffs,<br><br>vs.<br><br>CHRISTINE GIORDANO HANLON,<br>in her official capacity as Monmouth<br>County Clerk, et al.,<br><br>       Defendants. | Case No.: 3:20-cv-08267-ZNQ-TJB<br><br>**ORDER** |

**THIS MATTER** having been brought before the Court by Malamut and Associates, LLC, attorneys for Intervenor, Office of the Burlington County Clerk, for an Order granting Intervenor's Motion to Intervene, and the Court having considered the matter and good cause having been shown;

**IT IS ON THIS** _____ day of _____ , 2022, **ORDERED** that Intervenor, Office of the Burlington County Clerk's Motion to Intervene shall be and hereby is **GRANTED**.

_____
Honorable Zahid N. Quraishi, U.S.D.J.