Yael Bromberg, Esq. (036412011)
ybromberg@bromberglawllc.com
Brett M. Pugach, Esq. (032572011)
bpugach@bromberglawllc.com
**BROMBERG LAW LLC**
43 West 43rd Street, Suite 32
New York, NY 10036
(212) 859-5083

Flavio L. Komuves, Esq. (018891997)
fkomuves@weissmanmintz.com
**WEISSMAN & MINTZ**
220 Davidson Avenue, Suite 410
Somerset, NJ 08873
(732) 563-4565

Co-counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTINE CONFORTI, *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, *et al.*,<br><br>           Defendants. | Case No. 3:20-CV-08267-ZNQ-TJB<br><br>Civil Action<br><br>**CERTIFICATE OF SERVICE** |

I Certify that the Plaintiffs' Brief in Opposition to the Motions to Intervene Filed by the Camden County Democrat Committee, Regular Democratic Organization of Union County, Inc., Middlesex County Democratic Organization, and Burlington County Clerk has been, on the date written below, filed through the CM/ECF system and will be therefore served electronically to all counsel of record who have appeared in this matter.

I declare that the foregoing is true and correct. Executed at Scotch Plains, New Jersey, this 23rd day of August, 2022.

/s/ Brett M. Pugach
Brett M. Pugach, Esq.
**BROMBERG LAW LLC**

*Attorneys for Plaintiffs*

Dated: August 23, 2022