# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her Official capacity as Monmouth County Clerk, et al.<br><br>Defendants. | Civil Action No. 3:20-cv-08267-ZNQ-TJB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST TO BE REMOVED FROM ECF SERVICE LIST** |

Andrea McChristian has noted her appearance *pro hac vice* for *Amici Curiae* League of Women Voters of New Jersey ("LWVNJ") and Salvation and Social Justice ("SandSJ") in the above-styled civil action. *See* Dkt. Nos. 76, 83. Ms. McChristian will be concluding her employment as of September 2, 2022 at the New Jersey Institute for Social Justice and hereby withdraws as counsel for *Amici* and requests to be removed from the list of Notice of Electronic Filing recipients in this matter. Attorneys from the New Jersey Institute for Social Justice and Campaign Legal Center continue to represent *Amici* in this matter.

Date: August 24, 2022

Respectfully submitted,

/s/ *Henal Patel*
Henal Patel
*Counsel for Amici*

So Ordered this 25th day of August, 2022.

[signature]