

Genova Burns LLC
494 Broad Street, Newark, NJ 07102
Tel: 973.533.0777  Fax: 973.533.1112
Web: www.genovaburns.com

Angelo J. Genova, Esq.
Partner
Member: NY, NJ & PA Bar
agenova@genovaburns.com
Direct: 973-535-7100

August 30, 2022

**VIA ELECTRONIC FILING**
Honorable Zahid N. Quraishi, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 4W
Trenton, New Jersey 08608

      **RE:**    **Conforti, et al v. Hanlon, et al.**
             **Civil Case No. 3:20-cv-08267 – Motions to Intervene**

Dear Judge Quraishi:

      This firm represents defendant Hon. Paula Sollami Covello, in her official capacity as Mercer County Clerk, in the above captioned matter. Currently pending before the Court are motions to intervene filed by the Camden County Democrat Committee (ECF No. 126), the Regular Democratic Organization of Union County (ECF No. 128), the Middlesex County Democratic Organization (ECF No. 138), and the Office of the Burlington County Clerk (ECF No. 140). On behalf of Ms. Covello, we do not object to these pending motions.

      The Court has been liberal in granting several prior motions to intervene (ECF Nos. 22, 54, 62). Given the important nature of the underlying issues in this litigation, and the implications of its outcome, my client believes that all stakeholders in this process should be permitted to intervene and participate in asserting their respective interests. Therefore, just as she did not oppose any of the prior applications to intervene, my client does not object now to the pending applications.

                                    Respectfully submitted,
                                      **GENOVA BURNS LLC**

                                    */s/ Angelo J. Genova*
                                    ANGELO J. GENOVA

cc:    Counsel of Record (via electronic filing)

16733492v3 (1815.180)