**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue, Second Floor
Roseland, New Jersey 07068
(973) 622-1800
Wnorthgrave@msbnj.com
Kmenscher@msbnj.com
*Attorneys for Middlesex County*
*Democratic Organization*

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., | CIVIL ACTION NO.  3:20-cv-08267-ZNQ-TJB |

CHRISTINE CONFORTI, ARATI
KREIBICH, MICO LUCIDE, JOSEPH
MARCHICA, KEVIN MCMILLAN,
ZINOVIA SPEZAKIS, and NEW JERSEY
WORKING FAMILIES ALLIANCE, INC.,

    Plaintiffs,

    v.

CHRISTINE GIORDANO HANLON, in
her official capacity as
Monmouth County Clerk, SCOTT M.
COLABELLA, in his official
capacity as Ocean County Clerk,
PAULA SOLLAMI COVELLO, in her
official capacity as Mercer
County Clerk, JOHN S. HOGAN, in
his official capacity as Bergen
County Clerk, EDWARD P.
MCGETTIGAN, in his official
capacity as Atlantic County
Clerk,

    Defendants.

CIVIL ACTION
NO.  3:20-cv-08267-ZNQ-TJB

**Civil Action**

**CERTIFICATION OF WILLIAM W.
NORTHGRAVE, ESQ.**

  William W. Northgrave, Esq., of full age, hereby certifies as

follows:

1.  I am an Attorney-at-Law of the State of New Jersey licensed

to practice before this Court, and I am a Member at the law firm

McManimon, Scotland & Baumann, LLC, counsel for Intervenors

Middlesex   County   Democratic   Organization   (the   "MCDO")   in
connection with this action.

2.   I am fully familiar with the facts and circumstances set forth
herein.  I submit this Certification in further support of MCDO's
Brief  in  reply  to  Plaintiffs'  Opposition  to  MCDO's  Motion  to
Intervene.

3.   Attached hereto as **Exhibit A** is the MCDO's proposed Answer to be
Plaintiffs' First Amended Complaint.

4.   Attached hereto as **Exhibit B** is the unpublished opinion *Cmty.
Vocational Sch. of Pittsburgh, Inc. v. Mildon Bus Lines, Inc.*, No. CV
09-1572, 2017 WL 1376298, at *5 (W.D. Pa. Apr. 17, 2017), pursuant to
Fed. R. App. P. 32.1(a).

   I hereby certify that the foregoing statements made by me are
true.  I understand that if any of the foregoing statements made
by me are willfully false, I am subject to punishment.


                                        */s/ William W. Northgrave*
                                        William W. Northgrave, Esq.

Dated: August 30, 2022