William J. Palatucci, Esq.
Mark M. Makhail, Esq.
**McCarter & English, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 639-7940
*Attorneys for Proposed Intervenor Morris County Republican Committee*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSPEH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, <br><br> *Defendants*. | Civil Action No.: 3:20-08267-ZNQ-TJB <br><br><br> **[PROPOSED] ORDER** |

**THIS MATTER** having been opened to the Court by way of Proposed Intervenor Morris County Republican Committee's ("MCRC") Motion to Intervene; and the Court having the parties' submissions; and for good cause shown;

**IT IS** on this _____ day of _____, 2022,

**ORDERED** that MCRC's Motion to Intervene is hereby **GRANTED**; and it is further

**ORDERED** that MCRC shall be permitted to intervene and participate its action; and it is further

**ORDERED** that the Clerk of the Court shall update the docket to reflect MCRC as an authorized intervenor.

**SO ORDERED**.

_____
Hon. Zahid N. Quraishi, U.S.D.J.