## **CERTIFICATE OF SERVICE**

    I hereby certify that Proposed Intervenor Morris County Republican Committee's attached Motion to Intervene, along with all attachments thereto, was served on all counsel of record by way of the Court's electronic filing system.

Dated: August 31, 2022          By: */s/ William J. Palatucci*
                                                  William J. Palatucci
                                                  Mark M. Makhail
                                                  **McCARTER & ENGLISH, LLP**
                                                  Four Gateway Center
                                                  100 Mulberry St.
                                                  Newark, NJ 07102
                                                  Telephone: (973) 639-8486
                                                  Facsimile: (973) 297-3764