## **CERTIFICATE OF SERVICE**

I hereby certify that Proposed Intervenor Warren County Regular Republican Organization, Inc.'s attached Motion to Intervene, along with all attachments thereto, was served on all counsel of record by way of the Court's electronic filing system.

Dated: August 31, 2022      By: */s/ William J. Palatucci*
William J. Palatucci
Mark M. Makhail
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
Telephone: (973) 639-8486
Facsimile: (973) 297-3764