William J. Palatucci, Esq.
Mark M. Makhail, Esq.
**McCarter & English, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 639-7940
*Attorneys for Proposed Intervenor*
*Republican Committee of*
*Union County*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSPEH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, <br><br> *Defendants*. | Civil Action No.: 3:20-08267-ZNQ-TJB <br><br><br><br> **NOTICE OF PROPOSED INTERVENOR REPUBLICAN COMMITTEE OF UNION COUNTY'S MOTION TO INTERVENE** |

**TO:**   Clerk of the Court

ME1 42107855v.1

**PLEASE TAKE NOTICE** that, on October 3, 2022, or on a date to be determined by the Court, the undersigned attorneys for Proposed Intervenor Republican Committee of Union County ("RCUC") shall move before the Honorable Zahid N. Quraishi, U.S.M.J. of the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an Order pursuant to Rule 24(a) or 24(b) of the Federal Rules of Civil Procedure allowing RCUC to intervene and participate in this action;

**PLEASE TAKE FURTHER NOTICE** that RCUC shall rely on the accompanying Memorandum of Law and Certification of William J. Palatucci in support of its Motion to Intervene; and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

Dated: August 31, 2022

s/ *William J. Palatucci*
William J. Palatucci, Esq.
Mark M. Makhail, Esq.
**McCarter & English, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 639-7940
*Attorneys for Proposed Intervenor Republican Committee of Union County*