## **CERTIFICATE OF SERVICE**

    I hereby certify that Proposed Intervenor Republican Committee of Union County's attached Motion to Intervene, along with all attachments thereto, was served on all counsel of record by way of the Court's electronic filing system.

Dated: August 31, 2022          By: */s/ William J. Palatucci*
                                             William J. Palatucci
                                             Mark M. Makhail
                                             **McCARTER & ENGLISH, LLP**
                                             Four Gateway Center
                                             100 Mulberry St.
                                             Newark, NJ 07102
                                             Telephone: (973) 639-8486
                                             Facsimile: (973) 297-3764