William J. Palatucci, Esq.
Mark M. Makhail, Esq.
**McCarter & English, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 639-7940
*Attorneys for Proposed Intervenor
Republican Committee of Union
County*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSPEH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, <br><br> *Defendants*. | Civil Action No.: 3:20-08267-ZNQ-TJB <br><br><br><br><br><br><br><br> **CERTIFICATION OF WILLIAM J. PALATUCCI IN SUPPORT OF PROPOSED INTERVENOR REPUBLICAN COMMITTEE OF UNION COUNTY'S MOTION TO INTERVENE** |

William J. Palatucci, Esq., hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey and a partner at the firm McCarter & English, LLP, attorneys for Proposed Intervenor Republican Committee of Union County

ME1 42108140v.1

("RCUC"). I am personally handling this matter and am familiar with the facts of this case as they relate to RCUC.

2. This Certification is submitted in support RCUC's Motion to Intervene pursuant to Federal Rule of Civil Procedure 24.

3. RCUC is a not-for-profit corporation of the State of New Jersey

4. RCUC is the official Republican Party organization of Union County, registered with the New Jersey Election Law Enforcement Commission with its leadership being duly elected by County Committee members who themselves are chosen by Republican voters in a primary election every two years.

5. The mission of RCUC is to promote the principles of the party and to recruit, train and support candidates for the nomination of the Republican Party in primary elections for public offices, including President of the United States, United States Senate and Congress, State Senate and Assembly, Constitutional County offices, members of the Board of Commissioners, and municipal offices.

6. Qualified members of the Republican Party may, pursuant to N.J.S.A. 19:23-17, be permitted to use the designation "Regular Organization Republican of Union County," as their designation or slogan in primary elections.

7. The RCUC, by doing so, "endorses" those candidates who adopt and share the principles and ideals of RCUC.

8. RCUC claims an interest, protected by the First Amendment, to associate itself with primary election candidates who share its principles and ideals, and to associate those candidates with each other, and to inform the primary election voters of the Republican Party.

9. RCUC further claims an interest, protected by the First Amendment, to speak freely as to those candidates that it has endorsed so as to inform the electorate that the RCUC has chosen to associate itself with certain candidates, and that those candidates have chosen to associate themselves with each other.

10. Given the nature of the organization and the legal principles at issue in this litigation, RCUC claims an interest pursuant to Rule 24(a) because the disposition of the subject of this action, pertaining as to does to ballot placement and bracketing, may impair or impede the RCUC's ability to carry out its core function, that is, the ability to endorse candidates <u>on the ballot,</u> and to have those endorsed candidates be associated with each other <u>on the ballot.</u>

11. RCUC also has claims or defenses pursuant to Rule 24(b), that is, its First Amendment claims set forth above, that present common questions of law and fact with the claims and defenses of the existing parties

I certify that the above statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

s/ *William J. Palatucci*
William J. Palatucci, Esq.

Dated: August 31, 2022