## CERTIFICATE OF SERVICE

     I hereby certify that Proposed Intervenor Cumberland Regular Republican Organization, Inc.'s attached Motion to Intervene, along with all attachments thereto, was served on all counsel of record by way of the Court's electronic filing system.

Dated: August 31, 2022         By: */s/ William J. Palatucci*
                      William J. Palatucci
                      Mark M. Makhail
                      **McCARTER & ENGLISH, LLP**
                      Four Gateway Center
                      100 Mulberry St.
                      Newark, NJ 07102
                      Telephone: (973) 639-8486
                      Facsimile: (973) 297-3764

ME1 42130772v.1