William J. Palatucci, Esq.
Mark M. Makhail, Esq.
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 639-7940
*Attorneys for Proposed Intervenor*
*Warren County Regular*
*Republican Organization, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSPEH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, <br><br> *Defendants*. | Civil Action No.: 3:20-8267-ZNQ-TJB <br><br><br><br><br><br><br><br> **NOTICE OF APPEARANCE OF MARK M. MAKHAIL ON BEHALF OF PROPOSED INTERVENOR WARREN COUNTY REGULAR REPUBLICAN ORGANIZATION, INC.** |

ME1 42153086v.1

2

**PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of Proposed Intervenor Warren County Regular Republican Organization, Inc. in the above captioned matter and requests to receive Notices of Electronic Filing (NEFs).

| | |
|---|---|
| Dated: September 1, 2022 | By: /s/ *Mark M. Makhail* |
| | Mark M. Makhail<br>**McCARTER & ENGLISH, LLP**<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>Telephone: (973) 622-4444<br>Email: mmakhail@mccarter.com |
| | *Attorneys for Proposed Intervenor*<br>*Warren County Regular Republican*<br>*Organization, Inc.* |