UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk,<br><br>Defendants. | Case No. 3:20-CV-08267-ZNQ-TJB<br><br>Civil Action<br><br>NOTICE OF APPEARANCE OF CYNTHIA HOBSON MCNUTT, ESQ. |

**PLEASE TAKE NOTICE** that Cynthia Hobson McNutt, Esq. of the law firm of Genova Burns, LLC hereby enters their appearance in this action as counsel for Defendant, Paula Sollami Covello, in her official capacity as Mercer County Clerk, in the above captioned matter.

**GENOVA BURNS LLC**

By:   */s/ Cynthia Hobson McNutt*
CYNTHIA HOBSON MCNUTT, ESQ.
494 Broad Street
Newark, New Jersey 07102
973-533-0777
973-533-1112 (fax)
CMcNutt@genovaburns.com

Dated:  September 1, 2022

16734323v1 (1815.180)