# FLORIO ♦ KENNY ♦ RAVAL, L.L.P.

**ATTORNEYS AT LAW**

125 CHUBB AVENUE
SUITE 310 N
LYNDHURST, NEW JERSEY 07071
PHONE: (201) 659-8011
FAX: (201) 659-8511

E-MAIL: MAIN@FKRLAW.COM　　　　　　　　　　WEBSITE: WWW.FKRLAW.COM

EDWARD J. FLORIO　　　　　　　　　　　　　　ALEXANDER J. CORRADO
BERNARD F. KENNY, JR.　　　　　　　　　　　　VEJAY K. VICINO
NITA G. RAVAL　　　　　　　　　　　　　　　　MATTHEW D. LYNCH
CHRISTOPHER K. HARRIOTT　　　　　　　　　　 MATTHEW R. TONZOLA

**COUNSEL**
WILLIAM A. DALZELL^　　　　　　　　　　　　　*ADMITTED TO NJ & NY BAR
　　　　　　　　　　　　　　　　　　　　　　　 ^CERTIFIED AS A WORKERS'
　　　　　　　　　　　　　　　　　　　　　　　 COMPENSATION ATTORNEY

September 2, 2022

**VIA ELECTRONIC FILING ONLY**
Honorable Zahid N. Quraishi, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 4W
Trenton, New Jersey 08608

**RE:   CONFORTI v. HANLON, ET AL.**
　　　　**DOCKET NO: 3:20-CV-08267-ZNQ-TJB**
　　　　**OUR FILE NO.: 522.016**
　　　　**MOTIONS TO INTERVENE**

Dear Judge Quraishi:

　　Please be advised the undersigned represents Hudson County Clerk, E. Junior Maldonado in connection with the referenced matter.

　　I have reviewed the letter presented by Mr. Genova on behalf of Mercer County Clerk Covello on the subject of applications for intervention by several interested parties. On behalf of my client, please be advised that we concur with the position that these interested stakeholders should be permitted to participate in this litigation.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　FLORIO KENNY RAVAL, L.L.P.

　　　　　　　　　　　　　　　　　　*Edward J. Florio*
　　　　　　　　　　　　　　　　　　Edward J. Florio, Esq.

EJF/mc
cc: All Counsel on Record *(via eCourts)*

1