Brett M. Pugach, Esq. (032572011)
bpugach@weissmanmintz.com
Flavio L. Komuves, Esq. (018891997)
fkomuves@weissmanmintz.com
**WEISSMAN & MINTZ**
220 Davidson Avenue, Suite 410
Somerset, NJ 08873
(732) 563-4565

Yael Bromberg, Esq. (036412011)
ybromberg@bromberglawllc.com
**BROMBERG LAW LLC**
43 West 43rd Street, Suite 32
New York, NY 10036
(212) 859-5083

Co-counsel for Plaintiffs

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTINE CONFORTI, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, *et al.*,<br><br>　　　　Defendants. | Case No. 3:20-CV-08267-ZNQ-TJB<br><br>Civil Action<br><br>**CERTIFICATE OF SERVICE** |

　　　　I certify that the Plaintiffs' Brief in Opposition to the Motions to Intervene Filed by the Cumberland Regular Republican Organization, Inc., the Morris County Republican Committee, the Republican Committee of Union County, and the Warren County Regular Republican Organization, Inc. has been, on the date written below, filed through the CM/ECF system and will be therefore served electronically to all counsel of record who have appeared in this matter.

I declare that the foregoing is true and correct. Executed at Scotch Plains, New Jersey, this 19th day of September, 2022.

/s/ Brett M. Pugach
Brett M. Pugach, Esq.
**WEISSMAN & MINTZ**

*Attorneys for Plaintiffs*

Dated: September 19, 2022