## CERTIFICATE OF SERVICE

I hereby certify that Proposed Intervenors Morris County Republican Committee, Warren County Regular Republican Organization, Inc., Republican Committee of Union County, and Cumberland Regular Republican Organization, Inc.'s attached Motion to Intervene, along with all attachments thereto, was served on all counsel of record by way of the Court's electronic filing system.

Dated: September 26, 2022          By: */s/ William J. Palatucci*
                                   William J. Palatucci
                                   Mark M. Makhail
                                   **McCARTER & ENGLISH, LLP**
                                   Four Gateway Center
                                   100 Mulberry St.
                                   Newark, NJ 07102
                                   Telephone: (973) 639-8486
                                   Facsimile: (973) 297-3764