**BROWN & CONNERY, LLP**
William M. Tambussi, Esquire
Alyssa I. Lott, Esquire
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
(856) 854-8900
*Attorneys for Intervenor, Camden County Democrat Committee*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTINE CONFORTI, et al., <br><br>      Plaintiffs, <br><br>vs. <br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al., <br><br>      Defendants. | Case No.: 3:20-cv-08267-ZNQ-TJB <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK:

    Kindly enter my appearance on behalf of Intervenor, Camden County Democrat Committee, in this matter. Please include me on all electronic notices and filings.

                                                        Brown & Connery, LLP

                                         **By:**   */s/ Alyssa I. Lott*
                                                            Alyssa I. Lott, Esquire

Dated: October 3, 2022

7IC9547