**GENOVA BURNS LLC**
Angelo J. Genova, Esq. (005501979)
Jennifer Borek, Esq. (041131997)
Harrison Clewell, Esq. (338302021)
494 Broad Street
Newark, New Jersey 07102
Telephone: 973-533-0777
Fax: 973-533-1112
*Attorneys for Defendant,*
*Honorable Paula Sollami Covello*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., <br><br>    Plaintiffs, <br><br> v. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, <br><br>    Covellos. | Case No.: 3:20-cv-08267 <br><br> <u>**CIVIL ACTION**</u> <br><br> **NOTICE OF APPEARANCE FOR HARRISON CLEWELL, ESQ.** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance on behalf of Defendant, Honorable Paula Sollami Covello.

2

| | |
|---|---|
| Dated: February 8, 2023 | */s/ Harrison Clewell*<br>HARRISON CLEWELL<br>**GENOVA BURNS LLC**<br>494 Broad Street<br>Newark, NJ  07102<br>Tel.:  973.535.4444<br>Email:  hclewell@genovaburns.com<br>*Attorneys for Defendant,*<br>*Honorable Paula Sollami Covello* |

16884531 (1815.180)

2