### BROMBERG LAW LLC

YAEL BROMBERG, ESQ., PRINCIPAL*  
T: (212) 859-5083 | F: (201) 586-0427  
ybromberg@bromberglawllc.com

43 West 43rd Street, Suite 32  
New York, NY 10036-7424

P.O. Box 1131  
Glen Rock, NJ 07452-1131

April 11, 2023

Chambers of the Honorable Tonianne J. Bongiovanni  
Clarkson S. Fisher Building & U.S. Courthouse  
402 E. State Street  
Trenton, NJ 08608  
*<u>via electronic filing</u>*

  RE: Conforti v. Hanlon, Case 3:20-cv-08267-ZNQ-TJB

Dear Judge Bongiovanni,

  This firm represents Plaintiffs in the above-captioned matter alongside co-counsel of Weissman & Mintz LLC. Plaintiffs are in receipt of Your Honor's March 31, 2023 Order granting the inclusion of eight Intervenor-Defendants. Pursuant to the Order, newly admitted Intervenors must file Answers no later than April 28, 2023. Accordingly, Plaintiffs respectfully request the scheduling of a Rule 26(f) conference as soon thereafter as the Court's schedule permits.

  Thank you for the Court's consideration of this matter.

                 Respectfully submitted,

                 Yael Bromberg, Esq.  
                 BROMBERG LAW LLC

                 *Co-Counsel for Plaintiffs*

**CC:** All Counsel of Record (via electronic filing)

\* Licensed to practice in New Jersey, New York, and the District of Columbia
