**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue, Second Floor
Roseland, New Jersey 07068
(973) 622-1800
Jraymond@msbnj.com
*Attorneys for Middlesex County Democratic Organization*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk,<br><br>Defendants. | Civil Action No. 3:20-cv-08267-ZNQ-TJB<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Joshua H. Raymond, Esq., of McManimon, Scotland & Baumann, LLC, hereby enters his appearance as counsel for Intervenor Middlesex County Democratic Organization in the above-captioned case. All further notices and copies of

pleadings, papers and other material relevant to this action should be directed to and served upon:

>Joshua H. Raymond Esq.
>McManimon, Scotland & Baumann, LLC
>75 Livingston Avenue, Suite 201
>Roseland, New Jersey 07068
>jraymond@msbnj.com

        **McMANIMON, SCOTLAND & BAUMANN, LLC**
        *Attorneys for Middlesex County* Democratic Organization

        *By:   /s/ Joshua H. Raymond*
             Joshua H. Raymond

Dated:  April 20, 2023