**MALAMUT AND ASSOCIATES, LLC**
Mark R. Natale (#071292014)
Adam S. Malamut (#019101999)
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
P: (856)424-1808
F: (856) 424-2032
*Attorneys for Intervenor, Office of the Burlington County Clerk*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTINE CONFORTI, et al., | Civil Action No. 3:20-cv-08267-ZNQ-TJB |
| Plaintiffs, | |
| vs. | |
| CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al., | **ENTRY OF APPEARANCE** |
| Defendants. | |

TO THE CLERK:

    Kindly enter my appearance on behalf of Intervenor, Office of the Burlington County Clerk, in the above-captioned matter.

                                        **MALAMUT AND ASSOCIATES LLC**

Dated: April 21, 2023        By: */s/ Adam S. Malamut*
                                             Adam S. Malamut

                                             *Attorneys for Intervenor,*
                                             *Office of the Burlington County Clerk*