**MALAMUT & ASSOCIATES, LLC**
Mark R. Natale (#071292014)
Adam S. Malamut (#019101999)
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
*Attorneys for Intervenor, Office of the Burlington County Clerk*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHRISTINE CONFORTI, et al.,

                Plaintiffs,          Case No.: 3:20-cv-08267-ZNQ-TJB

    vs.

                                **ANSWER AND AFFIRMATIVE**
CHRISTINE GIORDANO HANLON,        **DEFENSES**
in her official capacity as Monmouth
County Clerk, et al.,

                Defendants.

Intervenor, Office of the Burlington County Clerk, hereinafter referred to as

"Burlington County" by way of Answer to Plaintiffs' First Amended Complaint,

states:

## NATURE OF THE CASE

1. The Attorney General of New Jersey intervened solely to defend the

constitutionality of state statutes, and has taken no position on other practices

Plaintiffs allege in their Complaint. To the extent that Plaintiffs' characterizations

refer to New Jersey ballot statutes, denied. To the extent that their characterizations

refer to other factors, Burlington County is without sufficient knowledge to either admit or deny the allegations and leaves Plaintiffs to their proofs.

2.    To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County is without sufficient knowledge to either admit or deny the remaining allegations in this paragraph and leaves Plaintiffs to their proofs.

3.    Burlington County is without sufficient knowledge to either admit or deny the allegations in this paragraph and leaves Plaintiffs to their proofs.

4.    Admitted to the extent that N.J.S.A. 19:49-2 and N.J.S.A. 19:23-18 set forth the procedure for joint petitions. Denied as to any other allegations regarding New Jersey ballot statutes. Burlington County is without sufficient knowledge to either admit or deny the remaining allegations in this paragraph and leaves Plaintiffs to their proofs.

5.    Admitted to the extent that N.J.S.A. 19:49-2 and N.J.S.A. 19:23-18 set forth the procedure for joint petitions. Denied as to any other allegations regarding New Jersey ballot statutes. Burlington County is without sufficient knowledge to either admit or deny the remaining allegations in this paragraph and leaves Plaintiffs to their proofs.

6.    To the extent that the allegations refer to New Jersey ballot statutes, denied. N.J.S.A. 19:23-24 sets forth the process for ballot draws. To the extent that

the allegations refer to other factors, Burlington County is without sufficient knowledge to either admit or deny the remaining allegations in this paragraph and leaves Plaintiffs to their proofs.

7.    Burlington County is without sufficient knowledge to either admit or deny the allegations in this paragraph and leaves Plaintiffs to their proofs.

8.    Burlington County is without sufficient knowledge to either admit or deny the allegations in this paragraph and leaves Plaintiffs to their proofs.

9.    Burlington County denies the allegations in this paragraph.

10.    To the extent that the allegations refer to New Jersey ballot statutes, denied. To the extent that the allegations refer to other factors, Burlington County is without sufficient knowledge to either admit or deny the remaining allegations in this paragraph and leaves Plaintiffs to their proofs.

11.    Burlington County admits that New Jersey has annual primary elections. Denied as to the remaining allegations.

12.    Denied that Plaintiffs are entitled to declaratory relief against New Jersey ballot statutes.

Denied that Plaintiffs are entitled to injunctive relief against New Jersey ballot statutes.

## JURISDICTION AND VENUE

14.    Admitted that Plaintiffs bring this action as stated in this paragraph. Denied that Plaintiffs state a claim upon which relief can be granted thereunder.

15.    Admitted that this Court has jurisdiction over this matter.

16.    Admitted that this Court has jurisdiction over the parties in this matter.

17.    Admitted that venue is proper.

18.    Admitted that this Court has such authority. Denied that Plaintiffs can demonstrate legal entitlement to declaratory relief against New Jersey ballot statutes.

## PARTIES

### Plaintiffs

19.    Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

20.    Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

21.    Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

22.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

23.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

24.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

25.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

26.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

27.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

28.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

29.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

30.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

31.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

32.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

33.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

34.    Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

35.    Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

36.    Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

37.    Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

38.    Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

39.    Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

40.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

41.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

42.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

43.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

44.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

45.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

46.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

47.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

48.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

49.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

50.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

51.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

52.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

53.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

54.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

55.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

56.     Allegations of this paragraph are legal conclusions to which no response is required.

## Defendants

57.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

58.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

59.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

60.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

61.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

62.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

63.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

64.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

65.     Admitted that the Secretary of State is New Jersey Chief Elections Official and is not a party to this suit as the Secretary of State has no role in ballot design in the State of New Jersey. Burlington County is a party to this suit solely to defend the constitutionality of state statutes.

## STATEMENT OF FACTS AND LAW

66.     Burlington County admits the allegations in this paragraph.

67.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

68.     Burlington County neither admits nor denies the remaining allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

69.     Admitted to the extent that N.J.S.A. 19:49-2 and N.J.S.A. 19:23-18 set forth the procedure for joint petitions. New Jersey's relevant statutes speak for themselves. As to the remainder of the allegations in this paragraph, Burlington County neither admits nor denies the allegations as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

70.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

71.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

72.     Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

73.     Admitted to the extent that N.J.S.A. 19:49-2 and N.J.S.A. 19:23-18 set forth the procedure for joint petitions. New Jersey's relevant statutes speak for themselves. As to the remainder of the allegations in this paragraph, Burlington County neither admits nor denies the allegations as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

74.     Admitted to the extent that N.J.S.A 19:49-2 sets forth procedures for joint petitions and that N.J.S.A. 19:23-6 sets forth procedures for filing nominating petitions. New Jersey's relevant statutes speak for themselves.

75.     Admitted to the extent that N.J.S.A 19:49-2 sets forth procedures for joint petitions and that N.J.S.A. 19:23-6 sets forth procedures for filing nominating petitions. New Jersey's relevant statutes speak for themselves. As to the remainder

of the allegations in this paragraph, Burlington County neither admits nor denies the allegations as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

76.   Admitted to the extent that N.J.S.A 19:23-24 sets forth the requirements for ballot draw. The statute speaks for itself.

77.   Admitted to the extent that N.J.S.A 19:23-24 sets forth the requirements for ballot draw and that N.J.S.A. 19:23-26.1 sets forth rules regarding the ballot for primary elections for the nominations of candidates for the offices of United States Senator and Governor. New Jersey's relevant statutes speak for themselves. As to Plaintiffs' remaining allegations, Burlington County neither admits nor denies the allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

78.   Admitted to the extent that N.J.S.A 19:49-2 and 19:23-18 sets forth procedures for joint petitions. New Jersey's relevant statutes speak for themselves.

79.   Admitted to the extent that N.J.S.A 19:49-2 and 19:23-18 sets forth procedures for joint petitions and N.J.S.A. 19:23-24 sets forth the procedures for ballot draws. New Jersey's relevant statutes speak for themselves.

80.   To the extent that the allegations in this paragraph refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining

allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

81.    To the extent that the allegations in this paragraph refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph as the allegations are not directed at Burlington County. Burlington County leaves Plaintiffs to their proofs.

82.    Admitted to the extent that N.J.S.A. 19:23-26.1 sets forth rules regarding the ballot for primary elections for the nominations of candidates for the offices of United States Senator and Governor. New Jersey's relevant statutes speak for themselves.

83.    Allegations of this paragraph are legal conclusions to which no response is required.

84.    Admitted to the extent that N.J.S.A. 19:23-26.1 sets forth rules regarding the ballot for primary elections for the nominations of candidates for the offices of United States Senator and Governor. New Jersey's relevant statutes speak for themselves.

85.    Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

86.     Burlington County neither admits nor denies the allegations set forth in this paragraph. To the extent that these allegations are governed by New Jersey ballot statutes, the relevant statutes speak for themselves. To the extent that these allegations speak to actions not governed by New Jersey ballot statutes, those allegations are not directed at Burlington County and Burlington County leaves Plaintiffs to their proofs.

87.     Burlington County neither admits nor denies the allegations set forth in this paragraph. To the extent that these allegations are governed by New Jersey ballot statutes, the relevant statutes speak for themselves. To the extent that these allegations speak to actions not governed by New Jersey ballot statutes, those allegations are not directed at Burlington County and Burlington County leaves Plaintiffs to their proofs.

88.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

89.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

90.     Burlington County is without sufficient knowledge to either admit or deny the allegations in this paragraph and leaves Plaintiffs to their proofs.

91.     Burlington County is without sufficient knowledge to either admit or deny the allegations in this paragraph and leaves Plaintiffs to their proofs.

92.     Burlington County is without sufficient knowledge to either admit or deny the allegations in this paragraph and leaves Plaintiffs to their proofs.

93.     Allegations of this paragraph contain legal conclusions to which no response is required. As to the remaining allegations, Burlington County neither admits nor denies the allegations. Burlington County leaves Plaintiffs to their proofs.

94.     Allegations of this paragraph are legal conclusions to which no response is required.

95.     To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

96.     Burlington County is without sufficient knowledge to either admit or deny the allegations in this paragraph and leaves Plaintiffs to their proofs.

97.     To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

17

98.     To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

99.     To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

0.     To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

101.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

102.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

103.    Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

104.    Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

105.    Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

106.    Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

107.    Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

108.    Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

109.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

110.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

111.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

112.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

113.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

114.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

115.    Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

116.    Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

117.    Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

118.    Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

119.    Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

120.    Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

121.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

122.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

123.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

124.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

125.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

126.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

127.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

128.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

129.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

130.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

131.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

132.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

133.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

134.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

135.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

136.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

137.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

138.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

139.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

140.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

141.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

142.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

143.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

144.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

145.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

146.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

147.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

148.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

149.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

150.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

151.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

152.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

153.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

154.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

155.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

156.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

157.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

158.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

159.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

160.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

161.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

162.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

163.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

164.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

165.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

166.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

167.     Burlington County denies the allegations in this paragraph.

## CLAIMS FOR RELIEF

## COUNT I

## U.S. Const. Amend. I and XIV, 42 U.S.C. §1983

## Violation of Plaintiffs' First and Fourteenth Amendment Rights Under

## Federal  Constitution (Right to Vote/Vote Dilution)

168.    Burlington County repeats and incorporates herein each answer to every foregoing allegation of the First Amended Complaint and incorporates same as though set forth in full and at length herein.

169.    Allegations of this paragraph are legal conclusions to which no response is required.

170.    Allegations of this paragraph are legal conclusions to which no response is required.

171.    To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

172.    To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

173.    To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

174.     Burlington County neither admits nor denies the remaining allegations set forth in this paragraph. Burlington County leaves Plaintiffs to their proofs.

175.     Burlington County denies the allegations in this paragraph.

176.     Burlington County is without sufficient knowledge to either admit or deny the allegations in this paragraph and leaves Plaintiffs to their proofs.

177.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

178.     To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

179.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

180.     To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

181.     To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

182.     To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

## COUNT II

## U.S. Const. Amend. I and XIV, 42 U.S.C. §1983

## Violation of Plaintiffs' First and Fourteenth Amendment Rights Under

## Federal  Constitution (Equal Protection)

183.     Burlington County repeats and incorporates herein each answer to every foregoing allegation of the First Amended Complaint and incorporates same as though set forth in full and at length herein.

184.     To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

185.     To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

186.     To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

187.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

188.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

189.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

190.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

191.    To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

192.    To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

193.    To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

194.    To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

<u>**COUNT III**</u>

<u>**U.S. Const. Amend. I and XIV, 42 U.S.C. §1983**</u>

<u>**Violation of Plaintiffs' First and Fourteenth Amendment Rights Under**</u>

<u>**Federal Constitution (Freedom of Association)**</u>

195.     Burlington County repeats and incorporates herein each answer to every foregoing allegation of the First Amended Complaint and incorporates same as though set forth in full and at length herein.

196.     To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

197.     To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

198.     To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

199.     Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

200.    Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

201.    Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

202.    Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

203.    To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

204.    Burlington County denies the allegations in this paragraph.

205.    Burlington County neither admits nor denies the allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

206.    To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining

allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

207.    To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

208.    To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

## <u>COUNT IV</u>

## <u>U.S. Const. Amend. I and XIV, 42 U.S.C. §1983</u>

## <u>Violation of Elections Clause Under Federal Constitution</u>

209.    Burlington County repeats and incorporates herein each answer to every foregoing allegation of the First Amended Complaint and incorporates same as though set forth in full and at length herein.

210.    To the extent this paragraph accurately quotes Article I, Section 4, Clause 1 of the United States Constitution, admitted. The provision speaks for itself.

211.    Allegations of this paragraph are legal conclusions to which no response is required.

212.    Allegations of this paragraph are legal conclusions to which no response is required.

213.    Allegations of this paragraph are legal conclusions to which no response is required.

214.    Allegations of this paragraph are legal conclusions to which no response is required.

215.    Allegations of this paragraph are legal conclusions to which no response is required.

216.    To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

217.    To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

218.    To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining

allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

219.    To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

220.    To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

221.    To the extent that Plaintiffs' characterizations refer to New Jersey ballot statutes, denied. Burlington County neither admits nor denies the remaining allegations set forth in this paragraph because the allegations are not directed to the Burlington County. Burlington County leaves Plaintiffs to their proofs.

## COUNT V

## 42 U.S.C. §1983

## Violation of Civil Rights Act

222-225. Burlington County provides no answer to the allegations set forth in paragraphs 222 through 225 of the First Amended Complaint because Count V has been dismissed with prejudice by Order of this court, dated May 31, 2022.

WHEREFORE, Burlington County denies that Plaintiffs are entitled to any relief as to the constitutionality of New Jersey ballot statutes. As to Plaintiffs' allegations regarding conduct not required by New Jersey ballot statutes, Burlington County takes no position.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The First Amended Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs have not been deprived of any right, privilege or immunity secured to them by the United States Constitution or any Act of Congress.

### THIRD AFFIRMATIVE DEFENSE

Burlington County at all times acted pursuant to its lawful authority and all actions constitute exercise of appropriate authority.

### FOURTH AFFIRMATIVE DEFENSE

The First Amended Complaint is barred, in whole or in part, by the doctrines of laches, unclean hands, accord and satisfaction, waiver, and/or estoppel.

### FIFTH AFFIRMATIVE DEFENSE

The First Amended Complaint is barred, in whole or in part, by the doctrines of res judicata, collateral estoppel, and/or the entire controversy doctrine.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiffs failed to name a necessary and/or interested party to the litigation.

## SEVENTH AFFIRMATIVE DEFENSE

This Court lacks jurisdiction over Plaintiff's claims.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs are not entitled to attorneys' fees, costs, or disbursements.

## RESERVATION OF RIGHTS

Burlington County reserves the right, at or before trial, to move for summary judgment, on the grounds that the complaint fails to state a claim upon which relief can be granted and/or Burlington County is entitled to judgment as a matter of law. Burlington County also reserves the right to amend its answer and to assert additional defenses and/or supplement, alter or change this Answer upon the revelation of more definite facts during and/or upon the completion of further discovery and investigation.

MALAMUT & ASSOCIATES, LLC
Attorney for Intervenor,
Office of the Burlington County Clerk

/s/ Mark R. Natale
Dated: April 21, 2023                Mark R. Natale, Esq.

41

**MALAMUT & ASSOCIATES, LLC**
Mark R. Natale (#071292014)
Adam S. Malamut (#019101999)
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
*Attorneys for Intervenor, Office of the Burlington County Clerk*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| CHRISTINE CONFORTI, et al., | |
| Plaintiffs, | Case No.: 3:20-cv-08267-ZNQ-TJB |
| vs. | |
| CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

---

I certify that on this on this day, Intervenor Office of the Burlington County Clerk's Answer was electronically filed with the Clerk of the United States District Court, Vicinage of Trenton, and that a copy of these documents has been therefore been served by electronic notice upon all parties.

MALAMUT & ASSOCIATES, LLC
Attorney for Intervenor,
Office of the Burlington County Clerk

*/s/ Mark R. Natale*
Dated: April 21, 2023         Mark R. Natale, Esq.