## WEISSMAN & MINTZ LLC
### ATTORNEYS AT LAW

STEVEN P. WEISSMAN
ANNMARIE PINARSKI
WILLIAM G. SCHIMMEL
IRA W. MINTZ
FLAVIO L. KOMUVES
JASON L. JONES
JUSTIN SCHWAM
PATRICIA A. VILLANUEVA

Of Counsel
ROSEMARIE CIPPARULO
BRETT M. PUGACH
ADAM M. GORDON
YAEL BROMBERG

Counsel
DAVID A. MINTZ*

* ADMITTED TO PRACTICE ONLY IN NEW YORK

220 DAVIDSON AVENUE
SUITE 410
SOMERSET, NEW JERSEY 08873
(732) 563-4565
FAX (732) 560-9779

www.weissmanmintz.com

90 BROAD STREET
SUITE 254
NEW YORK, NEW YORK 10004
(212) 509-0918

JOEL N. WEISSMAN (1957-1998)
MARK ROSENBAUM (1955-2002)



June 20, 2023

**VIA ELECTRONIC FILING**
Hon. Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 7W
Trenton, NJ 08608

      RE:    **Conforti v. Hanlon, Case 3:20-cv-08267-ZNQ-TJB**
              **Request for Order Dismissing the Gloucester County Clerk**

Dear Judge Bongiovanni,

      This firm represents the Plaintiffs in the above-captioned matter. Pursuant to Your Honor's instructions at the Rule 26 Discovery Conference held on June 13, 2023, we reached out to Mr. Carbone, who is representing the Gloucester County Clerk in connection with this matter. We advised Mr. Carbone that we would be seeking administrative termination of his client, and inquired as to whether he would have any objection. Mr. Carbone responded that the did not have any objection. We thus write to respectfully request that the Court enter an order dismissing the Gloucester County Clerk from this case.

      By way of background the Gloucester County Clerk was granted leave to intervene early in the case. (ECF 62). The Gloucester County Clerk did not file a motion to dismiss. He did, however, file a tardy "*amicus curiae*" brief, on June 29, 2021, which he later withdrew with the Court's approval. (ECF 106, 107). Subsequently, the Gloucester County Clerk has not clarified in what capacity, if any, it wished to continue to participate in this case; has not submitted an Answer or other responsive pleading; did not participate in any of the deliberations related to the Rule 26 discovery conference held on June 13, 2023; and did not enter an appearance at same.

      In light of the foregoing circumstances, and given his consent, Plaintiffs respectfully request that the Court enter an order dismissing Gloucester County Clerk James N. Hogan (not to be confused with John Hogan, the Bergen Clerk) from this case.

Thank you for the Court's consideration of this matter.

Respectfully submitted,

/s/ Brett M. Pugach
Brett M. Pugach, Esq.
WEISSMAN & MINTZ LLC
*Counsel for Plaintiffs*

c.    All Counsel of Record (via electronic filing)