**MALAMUT AND ASSOCIATES, LLC**
Mark R. Natale (#071292014)
Adam S. Malamut (#019101999)
Andrew J. Sarrol, Esq. (#020702008)
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
P: (856)424-1808
F: (856) 424-2032
*Attorneys for Intervenor, Office of the Burlington County Clerk*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, et al., <br><br> Defendants. | Civil Action No. 3:20-cv-08267-ZNQ-TJB <br><br><br> **ENTRY OF APPEARANCE** |

TO THE CLERK:

    Kindly enter my appearance on behalf of Intervenor, Office of the Burlington County Clerk, in the above-captioned matter.

                              **MALAMUT AND ASSOCIATES LLC**

Dated: January 10, 2024      By:  */s/ Andrew J. Sarrol*
                                              Andrew J. Sarrol

                                              *Attorneys for Intervenor,*
                                              *Office of the Burlington County Clerk*