IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, and PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk,<br><br>　　　　Defendants. | Civ. A. No. 20-8267 (ZNQ)<br><br>**SUBSTITUTION OF ATTORNEY** |

　　　The undersigned hereby consents to the substitution of Spiro Harrison & Nelson LLC as sole attorneys for Defendant Christine Giordano Hanlon in the above-entitled action.

Dated: January 11, 2024

| REARDON ANDERSON, LLC | SPIRO HARRISON & NELSON LLC |
|---|---|
| __/s/ Erik Anderson_____ | _/s/Jason C. Spiro_____ |
| Erik Anderson, Esq. | Jason C. Spiro, Esq. |
| 55 Gilbert St. N | Brian M. Nelson, Esq. |
| Suite 2204 | Marissa DeAnna, Esq. |
| Tinton Falls, NJ 07701 | 200 Monmouth St, Suite 310 |
| (732) 997-7749 | Red Bank, NJ 07701 |
| | (732) 784-1470 |
| Withdrawing Counsel for Defendant Christine Giordano Hanlon | Superseding Counsel for Defendant Christine Giordano Hanlon |