UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | |
|---|---|
| CHRISTINE CONFORTI, ARATI KREIBICH, MICO LUCIDE, JOSEPH MARCHICA, KEVIN MCMILLAN, ZINOVIA SPEZAKIS, and NEW JERSEY WORKING FAMILIES ALLIANCE, INC., | HON. ZAHID N. QURAISHI, U.S.D.J.<br><br>Civil Action No. 20-8267 (ZNQ-TJB) |
| Plaintiffs, | |
| v. | Civil Action |
| CHRISTINE GIORDANO HANLON, in her Official capacity as Monmouth County Clerk, SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk, PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, JOHN S. HOGAN, in his Official capacity as Bergen County Clerk, EDWARD P. MCGETTIGAN, in his official capacity as Atlantic County Clerk, and E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, | (Electronically Filed) |
| Defendants. | |

_____

**ORDER GRANTING MOTION TO WITHDRAW**
_____

This matter having come before the Court on a motion (ECF No. 188) by the Attorney General of New Jersey to withdraw as intervenor and the Court having considered the papers submitted herein, this matter being decided under Local Civil Rule 7.1 and 7.2, and for good cause shown;

It is on this 5th day of April 2024

**ORDERED** that the Motion to Withdraw as Intervenor (ECF No. 188) is **GRANTED**.

_____
Zahid N. Quraishi
United States District Judge