

**NEW JERSEY GLOBE**

April 3, 2024

Hon. Tonianne J. Bongiovanni
U.S. Magistrate Judge, District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: 3:24-cv-01098-ZNQ-TJB          *20 - 8267*

Dear Judge Bongiovanni:          *20 - 8336*

The New Jersey Globe, a news organization covering the United States Senate race and the above-mentioned lawsuit about ballot design and county organization lines, respectfully requests that we join a telephonic case management conference on April 10, 2024, at 10:30 AM, in listen-only mode.

This case is of enormous interest to the community, and the request is clearly in the public's best interest.

As you are aware, public confidence in elections is low; transparency and sunlight can help restore faith that all decisions that potentially affect the outcome of elections are conducted publicly. <u>Election matters ought to be discussed in public squares and never behind closed doors</u>. Respectfully, the judiciary needs to be a partner in this.

Thank you in advance for your consideration.

Yours truly,

*David Wildstein*

David Wildstein
Editor, New Jersey Globe
david@njglobe.com

The Request is Denied.
The Transcript will be available

So Ordered

Tonianne J. Bongiovanni, USMJ
April 5, 2024