## WEISSMAN & MINTZ LLC
ATTORNEYS AT LAW

STEVEN P. WEISSMAN
ANNMARIE PINARSKI
WILLIAM G. SCHIMMEL
IRA W. MINTZ
FLAVIO L. KOMUVES
JASON L. JONES
JUSTIN SCHWAM
PATRICIA A. VILLANUEVA

Of Counsel
ROSEMARIE CIPPARULO
BRETT M. PUGACH
YAEL BROMBERG

Counsel
DAVID A. MINTZ*

* ADMITTED TO PRACTICE ONLY IN NEW YORK

220 DAVIDSON AVENUE
SUITE 410
SOMERSET, NEW JERSEY 08873
(732) 563-4565
FAX (732) 560-9779

www.weissmanmintz.com

90 BROAD STREET
SUITE 254
NEW YORK, NEW YORK 10004
(212) 509-0918

JOEL N. WEISSMAN (1957-1998)
MARK ROSENBAUM (1955-2002)



May 21, 2024

**VIA EMAIL ONLY:** tjb_orders@njd.uscourts.gov
Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court for the District of New Jersey
402 East State Street #6050
Trenton, New Jersey 08608

  Re: **CONFORTI v. HANLON**
     **Civ. A. No. 20-08267-ZNQ-TJB**

Dear Judge Bongiovanni:

  Pursuant to Your Honor's order of May 15, 2024, counsel for Plaintiffs, Defendants, and Intervenors, have exchanged correspondence, and jointly[1] propose the following schedule for this matter:

*[Handwritten note: No extensions will be permitted absent extra ordinary circumstances]*

**June 30, 2024**
All remaining parties/intervenors to exchange their interrogatory answers, RFP responses, and documents.

**By September 27, 2024**
All remaining parties/intervenors parties to complete depositions of fact witnesses (prior orders' limitation on time and frequency remain in place) / close of fact discovery.

**By October 18, 2024**
All remaining parties/intervenors to name their respective expert witnesses (except for rebuttal).

---

[1] All parties have responded to the undersigned, and each party stated that they either consent to, or do not object to, this schedule.

**By December 2, 2024**
Reports of expert witnesses to be completed and served.

**By December 31, 2024**
Reports of rebuttal expert, if any, completed and served.

**By January 31, 2025**
Completion of expert depositions.

**By TBD**
Dispositive motions/motions *in limine* due.

**By TBD**
Trial.

                Respectfully submitted,

                WEISSMAN & MINTZ
                Counsel for Plaintiffs

                By: */s/ Flavio L. Komuves*
                      Flavio L. Komuves

cc:    All counsel, as listed in covering email

*[Handwritten:]* A telephone status conference will be held on August 7, 2024 at 11AM

*[Handwritten:]* So Ordered
*[Signature]*
5/29/24