## WEISSMAN & MINTZ LLC
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| STEVEN P. WEISSMAN<br>ANNMARIE PINARSKI<br>WILLIAM G. SCHIMMEL<br>IRA W. MINTZ<br>FLAVIO L. KOMUVES<br>JASON L. JONES<br>JUSTIN SCHWAM<br>PATRICIA A. VILLANUEVA<br><br>Of Counsel<br>ROSEMARIE CIPPARULO<br>BRETT M. PUGACH<br>YAEL BROMBERG<br><br>Counsel<br>DAVID A. MINTZ*<br><br>* ADMITTED TO PRACTICE ONLY IN NEW YORK | 220 DAVIDSON AVENUE<br>SUITE 410<br>SOMERSET, NEW JERSEY 08873<br>(732) 563-4565<br>FAX (732) 560-9779<br>www.weissmanmintz.com | 90 BROAD STREET<br>SUITE 254<br>NEW YORK, NEW YORK 10004<br>(212) 509-0918<br><br>JOEL N. WEISSMAN (1957-1998)<br>MARK ROSENBAUM (1955-2002) |

September 12, 2024

**VIA ECF**
Hon. Zahid N. Quraishi, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    **Conforti v. Hanlon**
              **No. 20-08267**

Dear Judge Quraishi:

    This firm, along with Bromberg Law LLC, represents Plaintiffs in the above-referenced matter. I am pleased to submit for the Court's consideration and approval two settlements and proposed consent decrees in this matter, one regarding the Burlington County Clerk and the other regarding the Middlesex County Democratic Organization.

    The parties to these settlements respectfully request that Your Honor review these instruments and sign them where indicated.

    If the Court has any questions, we remain available to address them at any time.

                                          Respectfully submitted,

                                          */s/ Flavio L. Komuves*
                                          Flavio L. Komuves

cc:    All counsel of record, via ECF