UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE CONFORTI, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, *et al.*,<br><br>Defendants. | Case No. 3:20-CV-08267-ZNQ-TJB<br><br><u>Civil Action</u><br><br>COURT ORDER APPROVING SETTLEMENT AND DISMISSAL AS TO INTERVENORS CUMBERLAND REGULAR REPUBLICAN ORGANIZATION INC., REPUBLICAN COMMITTEE OF UNION COUNTY, AND WARREN COUNTY REGULAR REPUBLICAN ORGANIZATION, INC. |

Pursuant to Fed. R. Civ. P. 41(a)(2), Intervenors-Defendants Cumberland Regular Republican Organization Inc. ("Cumberland Republicans"), Republican Committee of Union County ("Union Republicans"), and Warren County Regular Republican Organization, Inc. ("Warren Republicans") and Plaintiffs, agree as follows:

1. The Cumberland Republicans, Union Republicans, and Warren Republicans will no longer contest Plaintiffs' claims in this litigation.

2. The Cumberland Republicans, Union Republicans, and Warren Republicans will not intervene in any other litigation in federal or state court contesting the constitutionality of New Jersey's current ballot design statutes as addressed in the Opinion (ECF No. 194) and Order (ECF No. 195) issued by this Court in Kim v. Hanlon. Civ. A. No. 24-cv-1098.

3. The Plaintiffs will not pursue attorneys' fees and costs against the Cumberland Republicans, Union Republicans, and Warren Republicans, although Plaintiffs reserve the right to do, and intend to do so, as against all remaining parties in the action, including pursuant to joint and several liability.

Based on the foregoing, it is stipulated and agreed between Plaintiffs and the Cumberland Republicans, Union Republicans, and Warren Republicans, and subject to the Court's approval below, that the Cumberland Republicans', Union Republicans', and Warren Republicans' claims and defenses in this matter, including their answer and defenses (DE171) are dismissed with prejudice and without costs with regard to the Cumberland Republicans, Union Republicans, and Warren Republicans.

**For Plaintiffs:**

WEISSMAN & MINTZ
By: Flavio L. Komuves

By: Brett M. Pugach

BROMBERG LAW LLC
By: Yael Bromberg

**For Cumberland Republicans, Union Republicans, and Warren Republicans:**

MCCARTER & ENGLISH, LLP
By: William J. Palatucci, Esq.

The Court has reviewed and approves the foregoing stipulation, **ORDERS** the parties hereto to comply with its terms, and retains jurisdiction to enforce its terms. It is so **ORDERED**, this ___11th___ day of _____October_____, 2024.

s/ Zahid N. Quraishi
**The Honorable Zahid N. Quraishi, U.S.D.J.**
