# WEISSMAN & MINTZ LLC
### ATTORNEYS AT LAW

STEVEN P. WEISSMAN
ANNMARIE PINARSKI
WILLIAM G. SCHIMMEL
IRA W. MINTZ
FLAVIO L. KOMUVES
JASON L. JONES
JUSTIN SCHWAM
PATRICIA A. VILLANUEVA

Of Counsel
ROSEMARIE CIPPARULO
BRETT M. PUGACH
YAEL BROMBERG

Counsel
DAVID A. MINTZ*

* ADMITTED TO PRACTICE ONLY IN NEW YORK

220 DAVIDSON AVENUE
SUITE 410
SOMERSET, NEW JERSEY 08873
(732) 563-4565
FAX (732) 560-9779

www.weissmanmintz.com

90 BROAD STREET
SUITE 254
NEW YORK, NEW YORK 10004
(212) 509-0918

JOEL N. WEISSMAN (1957-1998)
MARK ROSENBAUM (1955-2002)



October 15, 2024

**VIA ECF**
Hon. Zahid N. Quraishi, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: Conforti v. Hanlon, No. 20-08267**

Dear Judge Quraishi:

This firm, along with Bromberg Law LLC, represents Plaintiffs in the above-referenced matter. I am pleased to submit for the Court's consideration and approval a settlement and proposed consent decree in this matter, between Plaintiffs and the Regular Democratic Organization of Union County, Inc.

The parties to this settlement respectfully request that Your Honor review the enclosed instrument and sign it where indicated. If the Court has any questions, we remain available to address them at any time.

Respectfully submitted,

*/s/ Flavio L. Komuves*
Flavio L. Komuves

cc: All counsel of record, via ECF