UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHRISTINE CONFORTI,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **CHRISTINE GIORDANO HANLON,** in her official capacity as Monmouth County Clerk, *et al.*, <br><br> **Defendants.** | Case No. 3:20-CV-08267-ZNQ-TJB <br><br> <u>Civil Action</u> <br><br> **COURT ORDER APPROVING SETTLEMENT AND DISMISSAL AS TO INTERVENOR REGULAR DEMOCRATIC ORGANIZATION OF UNION COUNTY, INC.** |

Pursuant to Fed. R. Civ. P. 41(a)(2), Intervenor-Defendant Regular Democratic Organization of Union County, Inc. ("RDO-UC") and Plaintiffs, agree as follows:

1. RDO-UC will no longer contest Plaintiffs' claims in this litigation.

2. RDO-UC will not intervene in any other litigation in federal or state court contesting the constitutionality of New Jersey's current ballot design statutes as addressed in the Opinion (ECF No. 194) and Order (ECF No. 195) issued by this Court in Kim v. Hanlon. Civ. A. No. 24-cv-1098.

3. The Plaintiffs will not pursue attorneys' fees and costs against RDO-UC, although Plaintiffs reserve the right to do, and intend to do so, as against all remaining parties in the action, including pursuant to joint and several liability.

Based on the foregoing, it is stipulated and agreed between Plaintiffs and RDO-UC, and subject to the Court's approval below, that RDO-UC's claims and defenses in this matter, including their answer and defenses (DE165) are dismissed with prejudice and without costs with regard to RDO-UC.

**For Plaintiffs:**

| | |
|---|---|
| WEISSMAN & MINTZ<br>By: Flavio L. Komuves | BROMBERG LAW LLC<br>By: Yael Bromberg |

By: Brett M. Pugach

**For Regular Democratic Organization of Union County, Inc.:**

/s/ Robert F. Renaud
RENAUD COLICCHIO LLC
By: Robert F. Renaud, Esq.

The Court has reviewed and approves the foregoing stipulation, **ORDERS** the parties hereto to comply with its terms, and retains jurisdiction to enforce its terms. It is so **ORDERED**, this 16th day of October 2024.

_____
The Honorable Zahid N. Quraishi, U.S.D.J.

2