BROMBERG LAW LLC

YAEL BROMBERG, ESQ., PRINCIPAL*  
T: (212) 859-5083 | F: (201) 586-0427  
ybromberg@bromberglawllc.com

43 West 43rd Street, Suite 32  
New York, NY 10036-7424

P.O. Box 1131  
Glen Rock, NJ 07452-1131

October 24, 2024

Hon. Zahid N. Quraishi, U.S.D.N.J.  
Clarkson S. Fisher Building & U.S. Courthouse  
402 East State Street  
Trenton, NJ 08608  
***Submitted via ECF***

      **RE:** **Kim v. Hanlon, No. 24-1098**  
           **Conforti v. Hanlon, No. 20-8267**

Dear Judge Quraishi:

    This firm, along with Weissman & Mintz LLC, represents Plaintiffs in the above referenced matters. We are pleased to submit for the Court's consideration and approval settlement and proposed consent decrees with respect to the Defendant Clerk of Atlantic County in the two cases listed above, which are separately filed on the appropriate respective dockets.

    The parties to this settlement respectfully request that Your Honor review these instruments and sign as indicated, as they relate to each of the pertinent matters before the Court.

    If the Court has any questions, we remain available to address them at any time.

    Respectfully submitted,

*[signature]*

_____  
Yael Bromberg, Esq.

CC:    All counsel of record, via ECF

* Licensed to practice in New Jersey, New York, and the District of Columbia