Paul Kaufman, Esq. (Id No. 003011974)
Jason S. Nunnermacker, Esq. (Id No. 034212003)
**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**
61 South Paramus Rd., Suite 250
Paramus, New Jersey 07652
T: (201) 928-1100
pkaufman@decotiislaw.com
*Attorneys for Defendant John S. Hogan, Bergen County Clerk*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **CHRISTINE CONFORTI, et al.,** | : | CIV. A. No. 3:20-CV-08267-ZNQ-TJB |
| Plaintiffs, | : | CIVIL ACTION |
| **CHRITINE GIORDANO HANLON,** In her official capacity as Monmouth County Clerk, et al | : | RESPONSE TO PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS and COUNTER-STATEMENT OF FACTS |
| Defendants. | : | |
| **ANDY KIM et al.,** | : | |
| Plaintiffs, | : | CIV. A. No. 3:24-CV-10987-ZNQ-TJB |
| **CHRITINE GIORDANO HANLON,** In her official capacity as Monmouth County Clerk, et al | : | CIVIL ACTION |
| Defendants. | : | |

The Defendant John S. Hogan as Bergen County Clerk in the above-captioned cases, in opposition to Plaintiff's motions for summary judgment in each of the respective cases, present this Response to Plaintiff's Statement of Undisputed Material Facts says as follows:

Pursuant to NJ Federal Local Rule 56.1, for purposes of the summary judgment motions, Defendant John S. Hogan does not dispute any of the Facts set forth in Plaintiffs' Statement of

Undisputed Material Facts and further states that the Facts set forth therein are irrelevant and immaterial to the disposition of the summary judgment motion.

### DEFENDANT JOHN S. HOGAN'S COUNTER-STATEMENT OF MATERIAL FACTS

Defendant John S. Hogan further states that Plaintiff's Statement of Undisputed Material Facts omits a material fact, which is the enactment of legislation that supersedes, and renders moot, the legislation that created the Bracketing Structure (as defined in Plaintiff's Statement of Undisputed Material Facts).

Respectfully submitted,

**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**
61 South Paramus Rd., Suite 250
Paramus, New Jersey 07652
T: (201) 928-1100
Counsel for Defendant John S. Hogan,
Bergen County Clerk


By: *Jason S. Nunnermacker*

Dated: March 19, 2025