# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANDY KIM,** *et al.*, | **Case No. 3:24-CV-1098-ZNQ-TJB** |
| | <u>Civil Action</u> |
| **Plaintiffs,** | |
| | |
| **v.** | |
| | |
| **CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk,** *et al.*, | |
| | |
| **Defendants.** | |
| ------------------------------------------------------ | |
| **CHRISTINE CONFORTI,** *et al.*, | **Case No. 3:20-CV-08267-ZNQ-TJB** |
| | <u>Civil Action</u> |
| **Plaintiffs,** | |
| | |
| **v.** | |
| | **DECLARATION OF** |
| **CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk,** *et al.*, | **<u>SENATOR ANDY KIM</u>** |
| | |
| **Defendants.** | |

ANDY KIM, of full age, declares as follows:

1.      I am the junior senator representing the State of New Jersey in the United States Senate. My 6-year term expires in January 2031, and I have officially filed for my re-election in November 2030. I am a plaintiff in the above-captioned *Kim* case.

2.      Before this litigation began, I ran for public office in 2018, 2020, and 2022 (both the primary and the general), as a member of the House of Representatives. As I have testified in

my papers and in open court, in those elections, I was subjected to the pernicious features of the county line, including being forced to associate with candidates that I had no interest in associating with, and in some cases, did not even know.

3.     When I run again for office in the 2030 primary and general election, my name will be on every ballot statewide in that election, including Bergen and Union Counties. I have filed a statement of candidacy with the Federal Elections Commission, along with quarterly reports for my 2030 campaign committee, all of which is a matter of public record. I have also employed staff and consultants, and am raising money in support of my 2030 primary and general election races.

4.     For 17 of the 19 county clerks named as defendants in this case, there is a consent decree signed by the Court which limits these county clerks' ability to revert to a county-line style ballot, which this court previously enjoined for the 2024 primary.

5.     For two of the other defendants, the Bergen and Union County Clerks, there is no judicial injunction in place providing they may not revert to a county line ballot format.

6.     When the new ballot design law, P.L. 2025, c. 32 ("NBL") was passed by the Legislature, it cured some but not all of the problems with primary ballot design set forth in the Court's March 29, 2024 injunction. For example, the law still allows in-office bracketing of candidates and fails to cabin the county clerks' extensive discretion over ballot design. Additionally, at least some clerks were unable to follow, or chose not to follow, all of the law's mandates in the 2025 primary. Further, the law did not address faulty ballot draw procedures that remain in place. Finally, absent a judicial injunction, it is my opinion as an officeholder since January 2019, that the law is at risk of being modified or repealed to the detriment of candidates

like me, meaning it is not "absolutely clear" that the clerks' wrongful behavior, enjoined in the 2024 election, could not reasonably be expected to recur.

7.    **In-office bracketing.** The NBL continues to allow the detrimental practice of in-office bracketing. This means that candidates running for an office with two or more persons to be elected may choose to file a joint petition, be drawn for ballot position as a single unit, and be listed adjacent to one another on the ballot. I mention this as evidence that the NBL is in tension with the Court's order in this case, which required, among other things, "draws for ballot position that . . . include a separate drawing for every office and candidate, and where every candidate running for the same office has an equal chance at the first ballot position." (*Kim* ECF 195, ¶ 3(b)).

8.    **Failure to follow the NBL's requirements.** Second, there have been instances since the court's ruling where a county clerk has failed to follow the terms of the NBL itself. The NBL mandated the design of primary ballots with an "oval or space for the voter to mark a vote . . . to the left or to the right of the name of *each* candidate." (emphasis added). The Camden Clerk, in two instances, designed the ballots with a single oval to support *en bloc* an entire slate of candidates - in one instance up to 74 individuals - running for party office. *See* ECF No. 317-1, p. 15, ¶¶ 8-9. Even though I am pursuing a vote-for-one office in my 2030 re-election campaign, this conduct sows doubts as to whether clerks will follow the law as written.

9.    **Failure to address faulty ballot draw procedures**. The Court's injunction requires every candidate to have an "equal chance" at first position. Despite this, the NBL failed to modernize the ballot draw rules in New Jersey, leaving in place a system where county clerks use their hands to grab at "cards" or "capsules" containing a candidate or candidates' names. Dr.

Pasek explained in his expert report that this system is so favorable to incumbents that it could only be explained by chance in 2 out of 1,000 times. *See Kim* ECF No. 1-2 at pp. 21-24.

10. **The risk of legislative repeal especially in lame-duck or budget sessions.** Without a permanent injunction from this Court, the Legislature will be at liberty to repeal or modify the NBL and deprive voters of even its minimal protections. This Court has already expressed reservations about whether the Legislature has acted in good faith regarding ballot design laws. In its June 3, 2025 opinion, the Court noted, with regard to the passage of the NBL, that:

> The timing of the Legislature's decision to act also gives the Court pause. The Conforti case was filed on July 6, 2020. The Kim case was filed on February 26, 2024. The Court issued a preliminary injunction in Kim on March 29, 2024, and the Third Circuit affirmed that decision on April 17, 2024. The Legislature did not introduce a revised bill in the Assembly until December 9, 2024, and in the Senate until February 13, 2025. In short, the Legislature has demonstrated a reluctance to act to change past ballot practices followed by a willingness to act to protect those same practices. This suggests to the Court that further Legislative action can reasonably be expected.

> [*Kim* ECF No. 321 at p. 5 n.3]

11. The risk of legislative gamesmanship is even more acute during lame-duck or budget season lawmaking activity, where the risk of a surreptitious and nontransparent bill attempting to restore the line is especially acute. As one publication has explained:

> As with the last lame-duck session two years ago, legislators introduced hundreds of new bills in the weeks after the November election and end of the 220th Legislature's term in January. And these newly introduced bills passed in greater numbers during the last seven weeks of the session than others did during the first 22 months of the legislative term. Lawmakers took at least some action on more than 1,000 bills, many during committee hearings and full floor votes that stretched for several hours, some well into the night.

Some bills were introduced, amended and placed for a hearing before the public had a chance to see them or know they were being heard. Committee chairs at times limited the amount of time people could speak. Some bills were pulled from consideration at the last minute, after members of the public had spent hours waiting to testify.

Advocates continue to argue that waiting until the last minute, amid the busiest holiday season of the year, is not the best way for legislators elected by the people to conduct the public business of law-making.

[O'Dea, *NJ's lame-duck rush is traditional. How problematic is it?* (NJ Spotlight, Jan. 17, 2024), available at https://www.njspotlightnews.org/2024/01/critics-say-nj-frenzied-lame-duck-session-lacks-transparency/]

12.    Given all of the foregoing – legislative inaction on ballot design until the recent round of motion practice in these cases, the inadequacy of that legislative action which retains the pernicious practice of in-office bracketing and the continuation of clerks' general ballot design discretion, the clerks' history of aggressively defending the county line ballot practices in both of the above-captioned cases, I have legitimate concerns based on my political experience as a Senator and former member of the House of Representatives, that it is not "absolutely clear" that the Bergen and Union Clerks' challenged conduct, i.e., failing to design a constitutional primary election ballot in accordance with this court's ruling, "will not recur."


I declare under penalty of perjury that the foregoing is true and correct. Executed at Barrington, New Jersey on September 24, 2025

_____

ANDY KIM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **ANDY KIM,** *et al.*, | **Case No. 3:24-CV-1098-ZNQ-TJB** |
| **Plaintiffs,** | <u>Civil Action</u> |
| **v.** | |
| **CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk,** *et al.*, | |
| **Defendants.** | |
| ------------------------------------------------------- | |
| **CHRISTINE CONFORTI,** *et al.*, | **Case No. 3:20-CV-08267-ZNQ-TJB** |
| **Plaintiffs,** | <u>Civil Action</u> |
| **v.** | |
| **CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk,** *et al.*, | **DECLARATION OF** <u>ARATI KREIBICH</u> |
| **Defendants.** | |

ARATI KREIBICH, of full age, declares as follows:

1.      I am a plaintiff in the above-captioned *Conforti* case. I previously was an elected member of the Glen Rock Borough Council from 2018 to 2020, and was previously appointed in 2017 as a member of the Democratic Committee of Bergen County, representing the Borough of Glen Rock. I ran (unsuccessfully) without the support of the county political party organization

in the Democratic Primary in 2020 for Member of the United States House of Representatives in NJ CD-5, which encompasses, among others, portions of Bergen County.

2.    The First Amended Complaint in the *Conforti* matter describes the disadvantages imposed by the former ballot design law and to which I was subject as the result of running without the county party's endorsement. I adopt those descriptions from the First Amended Complaint as my own testimony.

3.    These include the fact that, having opted to run as a candidate for this office and not running with a candidate running for the pivot point office, I was deprived of the ability to ever be listed first, with its accompanying benefits known as the primacy effect.

4.    Further, under the former ballot design law, the listing of the county organization-endorsed candidates (i.e. my opponents) in a single column benefited each of them by a visual cue known as the "weight of the line."

5.    Additionally, I was placed multiple columns away from my opponent who was running for the same exact office, creating a gap in the ballot.

6.    I intend to run for election for the office of Bergen County Clerk in the 2026 primary election, as well as for member of the Democratic County Committee in Bergen County from the Borough of Glen Rock. If unsuccessful in my bid for County Clerk, I plan to run for County Commissioner in Bergen County in the 2027 Democratic Primary Election.

7.    For 17 of the 19 county clerks named as defendants in this case, but unfortunately not for the Bergen County Clerk, there is a consent decree signed by the Court which limits these county clerks' ability to revert to a county-line style ballot, which this court previously enjoined for the 2024 primary.

8.      When the new ballot design law, P.L. 2025, c. 32 ("NBL") was passed by the Legislature, it cured some but not all of the problems with primary ballot design set forth in the Court's March 29, 2024 injunction. For example, the law still allows in-office bracketing of candidates and fails to cabin the county clerks' extensive discretion over ballot design. Additionally, at least some clerks were unable to follow, or chose not to follow, all of the law's mandates in the 2025 primary. Further, the law did not address faulty ballot draw procedures that remain in place. Finally, absent a judicial injunction, it is my opinion as a former elected officeholder and party officeholder that the law is at risk of being modified or repealed to the detriment of candidates like me, meaning it is not "absolutely clear" that the clerks' wrongful behavior, enjoined in the 2024 election, could not reasonably be expected to recur.

9.      **In-office bracketing.** The NBL continues to allow the pernicious practice of in-office bracketing. As a candidate planning to run for a "vote-for-two" office (i.e., Bergen County Commissioner in 2027) in the event that my bid for County Clerk is unsuccessful, this is of special concern to me. This means that candidates running for an office with two or more persons to be elected may choose to file a joint petition, be drawn for ballot position as a single unit, and be listed adjacent to one another on the ballot. In the 2027 Bergen County Commissioner Primary Election, this would personally affect me, and if I choose to run without a running mate, it will benefit candidates who are running together with a running mate. This practice is in tension with the Court's requirement  that required, among other things, that "draws for ballot position that . . . include a separate drawing for every office and candidate, and where every candidate running for the same office has an equal chance at the first ballot position." (*Kim* ECF 195,   3(b)).

10.    **Failure to follow the NBL's requirements.** Second, there have been instances where a county clerk has failed to follow the terms of the NBL itself. The NBL mandated the design of primary ballots with an "oval or space for the voter to mark a vote . . . to the left or to the right of the name of *each* candidate." (emphasis added). The Camden Clerk, in two instances, designed the ballots with a single oval to support *en bloc* an entire slate of candidates - in some instances up to 74 individuals - running for party office. *See* ECF No. 317-1, p. 15, ¶¶ 8-9. Again, this further sows doubts in my mind as to whether clerks will follow the law as written.

11.    **Failure to address faulty ballot draw procedures**. Third, the Court's injunction requires every candidate to have an "equal chance" at first position. Despite this, the NBL failed to modernize the ballot draw rules in New Jersey, leaving in place a system where county clerks use their hands to grab at "cards" or "capsules" containing a candidate or candidates' names. Dr. Pasek explained in his expert report that this system is so favorable to incumbents that it could only be explained by chance in 2 out of 1,000 times. *See Kim* ECF 1-2, pp. 21-24.

12.    **The risk of legislative repeal especially in lame-duck or budget sessions.** Next, without an injunction, the Legislature will be at liberty to repeal or modify the NBL and deprive voters of even its minimal protections. This Court has already expressed reservations about whether the Legislature has acted in good faith regarding ballot design laws. In its June 3, 2025 opinion, the Court noted, with regard to the passage of the NBL, that:

> The timing of the Legislature's decision to act also gives the Court pause. The Conforti case was filed on July 6, 2020. The Kim case was filed on February 26, 2024. The Court issued a preliminary injunction in Kim on March 29, 2024, and the Third Circuit affirmed that decision on April 17, 2024. The Legislature did not introduce a revised bill in the Assembly until December 9, 2024, and in the Senate until February 13, 2025. In short, the Legislature has demonstrated a reluctance to act to change past ballot practices followed by a willingness to act to protect those same practices. This suggests to the Court that further Legislative action can reasonably be expected.

[*Kim* ECF 321 at p. 5 n.3]

13.    Finally, the risk of legislative gamesmanship is even more acute during lame-duck

or budget season lawmaking activity. As one well-respected publication has explained:

> As with the last lame-duck session two years ago, legislators introduced hundreds
> of new bills in the weeks after the November election and end of the 220th
> Legislature's term in January. And these newly introduced bills passed in greater
> numbers during the last seven weeks of the session than others did during the first
> 22 months of the legislative term. Lawmakers took at least some action on more
> than 1,000 bills, many during committee hearings and full floor votes that
> stretched for several hours, some well into the night.
>
> Some bills were introduced, amended and placed for a hearing before the public
> had a chance to see them or know they were being heard. Committee chairs at
> times limited the amount of time people could speak. Some bills were pulled from
> consideration at the last minute, after members of the public had spent hours
> waiting to testify.
>
> Advocates continue to argue that waiting until the last minute, amid the busiest
> holiday season of the year, is not the best way for legislators elected by the people
> to conduct the public business of law-making.
>
> [O'Dea, *NJ's lame-duck rush is traditional. How problematic is it?* (NJ Spotlight,
> Jan. 17, 2024), available at
> https://www.njspotlightnews.org/2024/01/critics-say-nj-frenzied-lame-duck-sessio
> n-lacks-transparency/]

14.    Given all of the foregoing – legislative inaction on ballot design until the recent

round of motion practice, the inadequacy of that legislative action which retains the pernicious

practice of in-office bracketing and the continuation of clerks' general ballot design discretion,

and the clerks' history of aggressively defending the county line ballot practices in both of the

above-captioned cases, among other things, I am not satisfied based on the knowledge I have as a

former elected officeholder and party officeholder that it is "absolutely clear" that any clerks'

conduct that was challenged in the *Conforti* or *Kim* matters, i.e., failing to design a constitutional primary election ballot in accordance with this court's ruling, "will not recur."

I declare under penalty of perjury that the foregoing is true and correct. Executed at Glen Rock, New Jersey on September 26, 2025.

_____
ARATI KREIBICH

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **ANDY KIM,** *et al.*, | **Case No. 3:24-CV-1098-ZNQ-TJB** |
| **Plaintiffs,** | <u>Civil Action</u> |
| **v.** | |
| **CHRISTINE GIORDANO HANLON,** in her official capacity as Monmouth County Clerk, *et al.*, | |
| **Defendants.** | |
| ------------------------------------------------------- | |
| **CHRISTINE CONFORTI,** *et al.*, | **Case No. 3:20-CV-08267-ZNQ-TJB** |
| **Plaintiffs,** | <u>Civil Action</u> |
| **v.** | |
| **CHRISTINE GIORDANO HANLON,** in her official capacity as Monmouth County Clerk, *et al.*, | **DECLARATION OF** <u>MICO LUCIDE</u> |
| **Defendants.** | |

MICO LUCIDE, of full age, declares as follows:

1.      I am a plaintiff in the above-captioned *Conforti* case. I am a member of the Atlantic County Democratic Committee, representing Hamilton Township. I was appointed to this position in 2024. When the position is up for re-election in 2026, I intend to run for the position.

2.     Previously to this, I ran for the Office of Atlantic County Clerk in 2020. When I ran for this position in 2020 (unsuccessfully), I ran without the endorsement of the county political party organization, at a time when primary ballot design rules in Atlantic County followed the "county line" design method.

3.     The First Amended Complaint in this matter describes the disadvantages imposed by the former ballot design law and to which I was subject as the result of running without the county party's endorsement. I adopt those descriptions from the First Amended Complaint as my own testimony, along with the modifications set forth herein.

4.     The office of County Clerk was chosen by the Clerk to be the pivot point office in that election. This means that I had the opportunity to be listed first on the ballot, with its accompanying benefits known as the primacy effect.

5.     However, outweighing this was the fact that under the former ballot design law, the listing of the county organization-endorsed candidates (i.e. my opponents) in a single column benefited each of them by a visual cue known as the "weight of the line."

6.     For 17 of the 19 county clerks named as defendants in this case, there is a consent decree signed by the Court which limits these county clerks' ability to revert to a county-line style ballot, which this court previously enjoined for the 2024 primary.

7.     When the new ballot design law, P.L. 2025, c. 32 ("NBL") was passed by the Legislature, it cured some but not all of the problems with primary ballot design set forth in the Court's March 29, 2024 injunction. For example, the law still allows in-office bracketing of candidates and fails to cabin the county clerks' extensive discretion over ballot design. Additionally, at least some clerks were unable to follow, or chose not to follow, all of the law's mandates in the 2025 primary. Further, the law did not address faulty ballot draw procedures that

2

remain in place. Finally, absent a judicial injunction, the law is at risk of being modified or repealed to the detriment of candidates like me, meaning it is not "absolutely clear" that the clerks' wrongful behavior, enjoined in the 2024 election, could not reasonably be expected to recur.

8. **In-office bracketing.** The NBL continues to allow the pernicious practice of in-office bracketing. This means that candidates running for an office with two or more persons to be elected may choose to file a joint petition, be drawn for ballot position as a single unit, and be listed adjacent to one another on the ballot. This practice is in tension with the Court's requirement that required, among other things, that "draws for ballot position that . . . include a separate drawing for every office and candidate, and where every candidate running for the same office has an equal chance at the first ballot position." (*Kim* ECF 195, ¶3(b)). This is especially important for this race, because county committee members in Atlantic County are elected in municipality-wide blocs, separated by gender, rather than running for two per election district as is customary in most of the State. Thus, if in-office bracketing is in place when we next run for re-election, it means candidates will be grouped together with the faction they are running with (regardless of whether we know or support such candidates), instead of being randomly drawn separately, as would occur in an office-bloc ballot without in-office bracketing.

9. **Failure to follow the NBL's requirements.** Second, there have been instances where a county clerk has failed to follow the terms of the NBL itself. The NBL mandated the design of primary ballots with an "oval or space for the voter to mark a vote . . . to the left or to the right of the name of *each* candidate." (emphasis added). The Camden Clerk, in two instances, designed the ballots with a single oval to support *en bloc* an entire slate of candidates - in one instance up to 74 individuals - running for party office. *See* ECF No. 317-1, p. 15, ¶¶ 8-9.

10.    **Failure to address faulty ballot draw procedures**. Third, the Court's injunction requires every candidate to have an "equal chance" at first position. Despite this, the NBL failed to modernize the ballot draw rules in New Jersey, leaving in place a system where county clerks use their hands to grab at "cards" or "capsules" containing a candidate or candidates' names. Dr. Pasek explained in his expert report that this system is so favorable to incumbents that it could only be explained by chance in 2 out of 1,000 times. *See Kim* ECF 1-2, pp. 21-24.

11.    **The risk of legislative repeal especially in lame-duck or budget sessions.** Next, without an injunction, the Legislature will be at liberty to repeal or modify the NBL and deprive voters of even its minimal protections. This Court has already expressed reservations about whether the Legislature has acted in good faith regarding ballot design laws. In its June 3, 2025 opinion, the Court noted, with regard to the passage of the NBL, that:

> The timing of the Legislature's decision to act also gives the Court pause. The Conforti case was filed on July 6, 2020. The Kim case was filed on February 26, 2024. The Court issued a preliminary injunction in Kim on March 29, 2024, and the Third Circuit affirmed that decision on April 17, 2024. The Legislature did not introduce a revised bill in the Assembly until December 9, 2024, and in the Senate until February 13, 2025. In short, the Legislature has demonstrated a reluctance to act to change past ballot practices followed by a willingness to act to protect those same practices. This suggests to the Court that further Legislative action can reasonably be expected.

> [*Kim* ECF 321 at p. 5 n.3]

12.    Finally, the risk of legislative gamesmanship is even more acute during lame-duck or budget season lawmaking activity. As one well-respected publication has explained:

> As with the last lame-duck session two years ago, legislators introduced hundreds of new bills in the weeks after the November election and end of the 220th Legislature's term in January. And these newly introduced bills passed in greater numbers during the last seven weeks of the session than others did during the first

22 months of the legislative term. Lawmakers took at least some action on more than 1,000 bills, many during committee hearings and full floor votes that stretched for several hours, some well into the night.

Some bills were introduced, amended and placed for a hearing before the public had a chance to see them or know they were being heard. Committee chairs at times limited the amount of time people could speak. Some bills were pulled from consideration at the last minute, after members of the public had spent hours waiting to testify.

Advocates continue to argue that waiting until the last minute, amid the busiest holiday season of the year, is not the best way for legislators elected by the people to conduct the public business of law-making.

[O'Dea, *NJ's lame-duck rush is traditional. How problematic is it?* (NJ Spotlight, Jan. 17, 2024), available at
https://www.njspotlightnews.org/2024/01/critics-say-nj-frenzied-lame-duck-session-lacks-transparency/]

13.    Given all of the foregoing – legislative inaction on ballot design until the recent round of motion practice, the inadequacy of that legislative action which retains the pernicious practice of in-office bracketing and the continuation of clerks' general ballot design discretion, and the clerks' history of aggressively defending the county line ballot practices in both of the above-captioned cases, among other things, I am not satisfied based on the knowledge I have as a County Committeeperson that it is "absolutely clear" that any clerks conduct that was challenged in the *Conforti* or *Kim* matters, i.e., failing to design a constitutional primary election ballot in accordance with this court's ruling, "will not recur."

I declare under penalty of perjury that the foregoing is true and correct. Executed at

Hamilton Township, New Jersey on September 26, 2025

MICO LUCIDE

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ANDY KIM, *et al.*,** | **Case No. 3:24-CV-1098-ZNQ-TJB** |
|         **Plaintiffs,** | <u>**Civil Action**</u> |
| **v.** | |
| **CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, *et al.*,** | |
|         **Defendants.** | |
| --------------------------------------------------- | |
| **CHRISTINE CONFORTI, *et al.*,** | **Case No. 3:20-CV-08267-ZNQ-TJB** |
|         **Plaintiffs,** | <u>**Civil Action**</u> |
| **v.** | |
| **CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, *et al.*,** | **DECLARATION OF** <br> <u>**JOSEPH MARCHICA**</u> |
|         **Defendants.** | |

JOSEPH MARCHICA, of full age, declares as follows:

1.      I am a plaintiff in the above-captioned *Conforti* case. I am a member of the Mercer County Democratic Committee, representing Hamilton Township. I was first elected to this position in 2022. When I ran for this position in 2020 (unsuccessfully), I ran without the endorsement of the county political party organization. I ran for the position in 2022 (successfully), again without the support of the county political party organization.

2.      The First Amended Complaint in the *Conforti* matter describes the disadvantages imposed by the former ballot design law and to which I was subject as the result of running without the county party's endorsement. I adopt those descriptions from the First Amended Complaint as my own testimony.

3.      These include the fact that, having opted to run as a candidate for this office and not running with a candidate running for the pivot point office, I was deprived of the ability to ever be listed first, with its accompanying benefits known as the primacy effect.

4.      Further, under the former ballot design law, the listing of the county organization-endorsed candidates (i.e. my opponents) in a single column benefited each of them by a visual cue known as the "weight of the line."

5.      Additionally, due to the county clerk's ability to make arbitrary ballot design decisions, I was listed in a column with two other candidates running for different offices with whom I did not share a ballot slogan. Had I protested this placement (and had my protest been upheld), there was a substantial risk that I would be placed in a remote corner of the ballot, visually separated from other candidates in a phenomenon known as "Ballot Siberia." Thus, I was forced into a Hobson's choice of accepting being listed with candidates I did not want to affiliate with, or risk a disadvantageous ballot position.

6.      I was re-elected to this position in 2024. My 2-year term expires in June 2026.

7.      I intend to run for re-election for this office in the 2026 primary election.

8.      For 17 of the 19 county clerks named as defendants in this case, there is a consent decree signed by the Court which limits these county clerks' ability to revert to a county-line style ballot, which this court previously enjoined for the 2024 primary.

2

9.     When the new ballot design law, P.L. 2025, c. 32 ("NBL") was passed by the Legislature, it cured some but not all of the problems with primary ballot design set forth in the Court's March 29, 2024 injunction. For example, the law still allows in-office bracketing of candidates and fails to cabin the county clerks' extensive discretion over ballot design. Additionally, at least some clerks were unable to follow, or chose not to follow, all of the law's mandates in the 2025 primary. Further, the law did not address faulty ballot draw procedures that remain in place. Finally, absent a judicial injunction, it is my opinion as a party officeholder that the law is at risk of being modified or repealed to the detriment of candidates like me, meaning it is not "absolutely clear" that the clerks' wrongful behavior, enjoined in the 2024 election, could not reasonably be expected to recur.

10.     **In-office bracketing.** The NBL continues to allow the pernicious practice of in-office bracketing. As a candidate running for a "vote-for-two" office this is of special concern to me. This means that candidates running for an office with two or more persons to be elected may choose to file a joint petition, be drawn for ballot position as a single unit, and be listed adjacent to one another on the ballot. This will personally affect me (as I will be running in a vote-for-two race), and if I choose to run without a running mate, it will benefit candidates who are running together with a running mate. This practice is in tension with the Court's requirement that required, among other things, that "draws for ballot position that . . . include a separate drawing for every office and candidate, and where every candidate running for the same office has an equal chance at the first ballot position." (*Kim* ECF 195, ¶ 3(b)).

11.     **Failure to follow the NBL's requirements.** Second, there have been instances where a county clerk has failed to follow the terms of the NBL itself. The NBL mandated the design of primary ballots with an "oval or space for the voter to mark a vote . . . to the left or to

the right of the name of *each* candidate." (emphasis added). The Camden Clerk, in two instances, designed the ballots with a single oval to support *en bloc* an entire slate of candidates - in one instances up to 74 individuals - running for party office. *See* ECF No. 317-1, p. 15, ¶¶ 8-9. Again, this will affect my 2026 re-election campaign personally because I am running for a vote-for-two office, and it also sows doubts in my mind as to whether clerks will follow the law as written.

12.    **Failure to address faulty ballot draw procedures**. Third, both the Court's injunction and state election law requires every candidate to have an "equal chance" at first position (i.e., a genuinely random draw). Despite this, the NBL failed to modernize the ballot draw rules in New Jersey, leaving in place a system where county clerks use their hands to grab at "cards" or "capsules" containing a candidate or candidates' names. Dr. Pasek explained in his expert report that the current system is so favorable to incumbents that it could only be explained by chance in 2 out of 1,000 times. *See Kim* ECF 1-2, pp. 21-24.

13.    **The risk of legislative repeal especially in lame-duck or budget sessions.** Next, without an injunction, the Legislature will be at liberty to repeal or modify the NBL and deprive voters of even its minimal protections. This Court has already expressed reservations about whether the Legislature has acted in good faith regarding ballot design laws. In its June 3, 2025 opinion, the Court noted, with regard to the passage of the NBL, that:

> The timing of the Legislature's decision to act also gives the Court pause. The Conforti case was filed on July 6, 2020. The Kim case was filed on February 26, 2024. The Court issued a preliminary injunction in Kim on March 29, 2024, and the Third Circuit affirmed that decision on April 17, 2024. The Legislature did not introduce a revised bill in the Assembly until December 9, 2024, and in the Senate until February 13, 2025. In short, the Legislature has demonstrated a reluctance to act to change past ballot practices followed by a willingness to act to protect those same practices. This suggests to the Court that further Legislative action can reasonably be expected.

> [*Kim* ECF 321 at p. 5 n.3]

4

14.     Finally, the risk of legislative gamesmanship is even more acute during lame-duck

or budget season lawmaking activity. As one well-respected publication has explained:

> As with the last lame-duck session two years ago, legislators introduced hundreds
> of new bills in the weeks after the November election and end of the 220th
> Legislature's term in January. And these newly introduced bills passed in greater
> numbers during the last seven weeks of the session than others did during the first
> 22 months of the legislative term. Lawmakers took at least some action on more
> than 1,000 bills, many during committee hearings and full floor votes that stretched
> for several hours, some well into the night.
>
> Some bills were introduced, amended and placed for a hearing before the public
> had a chance to see them or know they were being heard. Committee chairs at times
> limited the amount of time people could speak. Some bills were pulled from
> consideration at the last minute, after members of the public had spent hours
> waiting to testify.
>
> Advocates continue to argue that waiting until the last minute, amid the busiest
> holiday season of the year, is not the best way for legislators elected by the people
> to conduct the public business of law-making.
>
> [O'Dea, *NJ's lame-duck rush is traditional. How problematic is it?* (NJ Spotlight,
> Jan. 17, 2024), available at  https://www.njspotlightnews.org/2024/01/critics-say-
> nj-frenzied-lame-duck-session-lacks-transparency/]

15.     Given all of the foregoing – legislative inaction on ballot design until the recent

round of motion practice, the inadequacy of that legislative action which retains the pernicious

practice of in-office bracketing and the continuation of clerks' general ballot design discretion,

and the clerks' history of aggressively defending the county line ballot practices in both of the

above-captioned cases, among other things, I am not satisfied based on the knowledge I have as a

County Committeeperson that it is "absolutely clear" that any clerks' conduct that was

challenged in the *Conforti* or *Kim* matters, i.e., failing to design a constitutional primary election ballot in accordance with this court's ruling, "will not recur."

I declare under penalty of perjury that the foregoing is true and correct. Executed at Hamilton (Mercer County), New Jersey, on September 26, 2025

_Joseph Marchica_

JOSEPH MARCHICA

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, *et al.*,<br><br>    Defendants. | Case No. 3:24-CV-1098-ZNQ-TJB<br>Civil Action |
| CHRISTINE CONFORTI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, *et al.*,<br><br>    Defendants. | Case No. 3:20-CV-08267-ZNQ-TJB<br>Civil Action<br><br><br>DECLARATION OF<br>KEVIN McMILLAN |

KEVIN McMILLAN, of full age, declares as follows:

1.    I am a plaintiff in the above-captioned *Conforti* case. I am a member of the Neptune Township Committee.  I have served on the Neptune Township Committee since 1998, with two breaks in service. I was first elected to this position in 1997, and won re-election in 2000, and then won election for this position again in 2008, and was again re-elected in 2011, 2014 and 2017. When up for re-election in 2020, the county political organization declined to endorse me and due

in part to the disadvantages caused by the county line for non-favored candidates, I lost that race. Subsequently, I was appointed to an unexpired term for this position in 2023, and successfully ran for re-election in 2024, the year the county line was first abolished by this Court, despite the fact that I did not receive the endorsement/slogan of the county party organization for the Democratic primary election. My prior public service includes being appointed as Mayor of Neptune Township by and from the members of the Township Committee three times in 2000, 2011, and 2016, and was appointed Deputy Mayor on multiple occasions including currently holding that appointment. I also previously ran for the New Jersey State Assembly in 2013, which is a "vote for two" race. I have also been elected to and currently sit as a member of the Democratic County Committee in Monmouth County for over ten years.

2.      When my position on the Neptune Township Committee is up for re-election in 2027, I intend to run for that position again,  which is a "vote for two" race. I also intend to run for re-election to the Democratic County Committee in Monmouth County from Neptune Township which is also in 2027.

3.      I have a proven commitment to public service, and bring my educational and experience-driven background to my civic leadership life. I hold a B.S. in Business Administration and a M.A. in Economics from SUNY Buffalo. I also hold an M.B.A. from Fairleigh Dickinson University, and have completed post-graduate work at the University of Pennsylvania Wharton School's Aresty Institute of Executive Education. I am also a Certified Municipal Official from Rutgers University.

4.      Be it my continued service on Township Committee, or future opportunities in other elected roles, or a renewed bid for the New Jersey State Assembly, I am a committed public servant interested and willing to rise to the occasion to represent the best interest of my constituents.

2

5.     The First Amended Complaint in the *Conforti* matter describes the disadvantages imposed by the former ballot design law and to which I was subject as the result of running without the county party's endorsement in the 2020 Democratic primary election. I adopt those descriptions from the First Amended Complaint as my own testimony.

6.     These include the fact that, having opted to run as a candidate for Township Committee office in 2020 and not running with a candidate running for the pivot point office, I was deprived of the ability to ever be listed first, with its accompanying benefits known as the primacy effect.

7.     Further, under the former ballot design law, the listing of the county organization-endorsed candidates (i.e. my opponents) in 2020, in a single column, benefited each of them by a visual cue known as the "weight of the line" and drove me into the far reaches of Ballot Siberia.

8.     For 17 of the 19 county clerks named as defendants in this case, there is a consent decree signed by the Court which limits these county clerks' ability to revert to a county-line style ballot, which this court previously enjoined for the 2024 primary.

9.     When the new ballot design law, P.L. 2025, c. 32 ("NBL") was passed by the Legislature, it cured some but not all of the problems with primary ballot design set forth in the Court's March 29, 2024 injunction. For example, the law still allows in-office bracketing of candidates and fails to cabin the county clerks' extensive discretion over ballot design. Additionally, at least some clerks were unable to follow, or chose not to follow, all of the law's mandates in the 2025 primary. Further, the law did not address faulty ballot draw procedures that remain in place. Finally, absent a judicial injunction, it is my opinion as a former and current officeholder and candidate that the law is at risk of being modified or repealed to the detriment of

candidates like me, meaning it is not "absolutely clear" that the clerks' wrongful behavior, enjoined in the 2024 election, could not reasonably be expected to recur.

10.     **In-office bracketing.** The NBL continues to allow the pernicious practice of in-office bracketing. This particularly affects me, as I run for office in a "vote-for-two" situation, meaning the two top vote getters are elected. In-office bracketing is in tension with the Court's order that requires, among other things, that "draws for ballot position that . . . include a separate drawing for every office and candidate, and where every candidate running for the same office has an equal chance at the first ballot position." (*Kim* ECF 195, ¶ 3(b)).

11.     **Failure to follow the NBL's requirements.** Second, there have been instances where a county clerk has failed to follow the terms of the NBL itself. The NBL mandated the design of primary ballots with an "oval or space for the voter to mark a vote . . . to the left or to the right of the name of *each* candidate." (emphasis added). The Camden Clerk, in two instances, designed the ballots with a single oval to support *en bloc* an entire slate of candidates - in one instance up to 74 individuals - running for party office. *See* ECF No. 317-1, p. 15, ¶¶ 8-9.

12.     **Failure to address faulty ballot draw procedures.** Third, the Court's injunction requires every candidate to have an "equal chance" at first position. Despite this, the NBL failed to modernize the ballot draw rules in New Jersey, leaving in place a system where county clerks use their hands to grab at "cards" or "capsules" containing a candidate or candidates' names. Dr. Pasek explained in his expert report that this system is so favorable to incumbents that it could only be explained by chance in 2 out of 1,000 times. *See Kim* ECF 1-2, pp. 21-24.

13.     **The risk of legislative repeal especially in lame-duck or budget sessions.** Next, without an injunction, the Legislature will be at liberty to repeal or modify the NBL and deprive voters of even its minimal protections. This Court has already expressed reservations about

whether the Legislature has acted in good faith regarding ballot design laws. In its June 3, 2025

opinion, the Court noted, with regard to the passage of the NBL, that:

> The timing of the Legislature's decision to act also gives the Court pause. The Conforti case was filed on July 6, 2020. The Kim case was filed on February 26, 2024. The Court issued a preliminary injunction in Kim on March 29, 2024, and the Third Circuit affirmed that decision on April 17, 2024. The Legislature did not introduce a revised bill in the Assembly until December 9, 2024, and in the Senate until February 13, 2025. In short, the Legislature has demonstrated a reluctance to act to change past ballot practices followed by a willingness to act to protect those same practices. This suggests to the Court that further Legislative action can reasonably be expected.

> [*Kim* ECF No. 321 at p. 5 n.3]

14.    Finally, the risk of legislative gamesmanship is even more acute during lame-duck

or budget season lawmaking activity. As one publication has explained:

> As with the last lame-duck session two years ago, legislators introduced hundreds of new bills in the weeks after the November election and end of the 220th Legislature's term in January. And these newly introduced bills passed in greater numbers during the last seven weeks of the session than others did during the first 22 months of the legislative term. Lawmakers took at least some action on more than 1,000 bills, many during committee hearings and full floor votes that stretched for several hours, some well into the night.

> Some bills were introduced, amended and placed for a hearing before the public had a chance to see them or know they were being heard. Committee chairs at times limited the amount of time people could speak. Some bills were pulled from consideration at the last minute, after members of the public had spent hours waiting to testify.

> Advocates continue to argue that waiting until the last minute, amid the busiest holiday season of the year, is not the best way for legislators elected by the people to conduct the public business of law-making.

[O'Dea, *NJ's lame-duck rush is traditional. How problematic is it?* (NJ Spotlight, Jan. 17, 2024), available at https://www.njspotlightnews.org/2024/01/critics-say-nj-frenzied-lame-duck-session-lacks-transparency/]

15.    Given all of the foregoing – legislative inaction on ballot design until the recent round of motion practice, the inadequacy of that legislative action which retains the pernicious practice of in-office bracketing and the continuation of clerks' general ballot design discretion, and the clerks' history of aggressively defending the county line ballot practices in both of the above-captioned cases, among other things, I am not satisfied based on the knowledge I have as a long-time holder of elective office and winner of multiple contested elections that it is "absolutely clear" that any clerks conduct that was challenged in the *Conforti* or *Kim* matters, i.e., failing to design a constitutional primary election ballot in accordance with this court's ruling, "will not recur."

I declare under penalty of perjury that the foregoing is true and correct. Executed at Neptune Township, New Jersey on September 26, 2025.

KEVIN McMILLAN

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANDY KIM**, *et al.*, | **Case No. 3:24-CV-1098-ZNQ-TJB** |
| | <u>Civil Action</u> |
| **Plaintiffs,** | |
| | |
| **v.** | |
| | |
| **CHRISTINE GIORDANO HANLON**, in her official capacity as Monmouth County Clerk, *et al.*, | |
| | |
| **Defendants.** | |
| ------------------------------------------------- | |
| **CHRISTINE CONFORTI**, *et al.*, | **Case No. 3:20-CV-08267-ZNQ-TJB** |
| | <u>Civil Action</u> |
| **Plaintiffs,** | |
| | |
| **v.** | |
| | **DECLARATION OF** |
| **CHRISTINE GIORDANO HANLON**, in her official capacity as Monmouth County Clerk, *et al.*, | <u>**ANTOINETTE MILES**</u> |
| | |
| **Defendants.** | |

ANTOINETTE MILES, of full age, declares as follows:

1.      I am the Executive Director of the New Jersey Working Families Alliance, one of the plaintiffs in the *Conforti* matter and have been authorized to sign this declaration on the organization's behalf.

2.      NJWFA is a non-profit 501(c)(4) grassroots independent organization fighting for a government that represents the needs and values of working families, and, among other

campaigns, engages in voter education and outreach, as well as candidate development. *See Conforti*, Am. Compl. ECF 33, ¶¶ 48-54.

3.      NJWFA regularly endorses candidates running for state, county, local, and party office in New Jersey. In the June 2025 primary election, NJWFA endorsed 15 candidates from around the State. One candidate, Ras Baraka, was running for the office of Governor, and therefore his name was on every ballot in the entire State. Several were running for Assembly, including two (Daniel Park and Damali Robinson) whose districts are in Bergen County. Another endorsed candidate, Carolyn Rush, a plaintiff in the *Kim* matter, successfully ran for the Democratic nomination for General Assembly in the First Legislative District, and therefore is on the general election ballot in November 2025. The full list of endorsees, including endorsees who were also NJWFA members, is found at *Kim* ECF 317-2.

4.      This is not the first time NJWFA has endorsed candidates in primary elections. In 2024, we endorsed one candidate (Susan Altman), also an NJWFA member, for a Congressional seat in the primary election in CD-7, which encompasses portions of Union County, among others. In 2023, we endorsed six candidates in primary elections, each in legislative races. And in 2022, we endorsed one candidate in the primary election, the late Donald Payne, Jr., whose Congressional District included Essex, Union and Hudson Counties.

5.      NJWFA will continue identifying candidates, including its members, to endorse in the forthcoming elections in 2026 and thereafter.

6.      NJWFA was actively involved in the litigation of these matters and in the adoption of the new ballot design law, P.L. 2025, c. 32 ("NBL"). The NBL did not address all of the problems with primary ballot design that were remedied in this Court's March 29, 2024 injunction.

7.      **In-office bracketing.** The NBL continues to allow the detrimental practice of in-office bracketing, which affects some of the candidates we endorse. This means that candidates running for an office with two or more persons to be elected may choose to file a joint petition, be drawn for ballot position as a single unit, and be listed adjacent to one another on the ballot. I mention this as evidence that the NBL is in tension with the Court's order in this case, which required, among other things, "draws for ballot position that . . . include a separate drawing for every office and candidate, and where every candidate running for the same office has an equal chance at the first ballot position." (*Kim* ECF 195, ¶ 3(b)).

8.      **Failure to follow the NBL's requirements.** Second, there have been instances since the court's ruling where a county clerk has failed to follow the terms of the NBL itself. This has affected at least one candidate and member we endorsed for a County Committee seat in Camden County (Tyann La'Shae Harris). The NBL mandated the design of primary ballots with an "oval or space for the voter to mark a vote . . . to the left or to the right of the name of *each* candidate." (emphasis added). The Camden County Clerk, in several instances, designed the ballots with a single oval to support *en bloc* an entire slate of candidates - in one instance up to 74 individuals - running for party office. *See* ECF No. 317-1, p. 15, ¶¶ 8-9. A copy of the June 2025 Camden City ballot, showing one oval to vote for scores of County Committee candidates, is attached as **Exhibit A**. A copy of the June 2025 Cherry Hill ballot, depicting the same, is attached as **Exhibit B**. These were previously produced in the underlying litigation. *See* ECF No. 317-3, Exh. B. The latter Cherry Hill ballot resulted in state litigation following the June 2025 primary due to the single-oval ballot design, which is currently pending before the New Jersey Appellate Division, regarding the ability of the elected South Jersey Democratic Committee-members' ability to fill the remaining vacancies on the committee. *Camden County Democratic Committee,*

*Inc. v. Druckenbrod*, No. 3621-24 (N.J. App. Div. 2024), appeal pending. *See also* Al Lubrano,

*Norcross-Backed Democrats win Court Victory over Progressives in Cherry Hill*, Philadelphia

Inquirer (July 11, 2025), *available at*: Judge rules in favor of Norcross-backed Democrats in

Cherry Hill election dispute.

9.     **Failure to address faulty ballot draw procedures**. The Court's injunction

requires every candidate to have an "equal chance" at first position. While both the Court's

injunction and the NBL require a draw that is actually random, the NBL failed to modernize the

ballot draw rules in New Jersey, leaving in place a system where county clerks use their hands to

grab at "cards" or "capsules" containing a candidate or candidates' names. The chances that it's

actually random are low. Dr. Pasek explained in his expert report that this system is so favorable

to incumbents that it could only be explained by chance in 2 out of 1,000 times. *See Kim* ECF No.

1-2 at pp. 21-24. This is something that affects every candidate running, including our endorsees

and members.

10.     **The risk of legislative repeal especially in lame-duck or budget sessions.** I am

a legislative agent, commonly known as a lobbyist, on behalf of NJWFA and registered with the

State of New Jersey. In that capacity, I have come to know about the workings of the Legislature,

including their penchant to act on unvetted legislation, especially during lame duck and budget

seasons. I've given public statements to the press expressing caution of future legislative action,

including in a May 12, 2025 interview with *Politico* where I plainly stated, "But if we want to

make sure we never go back to the same tricks and ballot manipulation we saw with the county

line, we need a final court decision." *See* https://www.politico.com/news/2025/05/12/new-jersey-

county-line-ballot-future-00321771. Without a permanent injunction from this Court, the

Legislature will be at liberty to repeal or modify the NBL and deprive voters of even its partial

protections, relegating them to continued violations of their constitutional rights. This also affects every candidate running, including our endorsees and members. This Court has already expressed reservations about whether the Legislature has acted in good faith regarding ballot design laws. *See Kim* ECF No. 321 at p. 5 n.3.

11.    My observations on the current status of ballot design include the following:

a.    The Legislature failed to act on ballot design until the recent round of motion practice in these cases;

b.    The NBL, understood in light of this Court's injunction, was inadequate, because, among other items, it retains in-office bracketing, continues clerks' general ballot design discretion, and does not meaningfully provide for the random draws that this Court's order actually required, and which the legislation purports to require.

c.    There is a meaningful risk that, as noted in the foregoing this Court predicted, the Legislature may act to undo the NBL, especially during its accelerated lame duck and budget seasons;

d.    All the county clerk defendants in both of the above-captioned cases have a history of aggressively defending the county line ballot practices in both of the above-captioned cases, and two of the counties, Bergen and Union, still persist in refusing to sign an agreement to cease the ballot design practices this Court found likely to be unconstitutional (the applicable standard for a preliminary injunction), and refusing to make an enforceable promise to cease those practices.

11.     I have legitimate concerns based on my political experience described above that it is not "absolutely clear" that the Bergen and Union Clerks' challenged conduct, i.e., failing to design a constitutional primary election ballot in accordance with this court's ruling, "will not recur." An injunction requiring their compliance remains necessary.


I declare under penalty of perjury that the foregoing is true and correct. Executed in Camden County, NJ on September 26, 2025.


DocuSigned by:

*Antoinette Miles*

71B512B2ED6444B...

ANTOINETTE MILES

# EXHIBIT A

Camden City
Camden County
**Ward 1  Dist 1**

# OFFICIAL DEMOCRAT PRIMARY ELECTION BALLOT

### June 10, 2025 • 5th Legislative District

**Pamela R. Lampitt**
County Clerk
Secretario del Condado

### PAPELETA OFICIAL DEMOCRATÁ ELECCION PRIMARIA
10 de junio del 2025 • 5to Distrito Legislativo

**To protect your vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so.

**Para proteger su voto:**
ES ILEGAL PARA CUALQUIERA OTRA PERSONA EXCEPTO USTED EL VOTANTE, MARCAR O INSPECCIONAR ESTA PAPELETA. Sin embargo, un miembro de familia puede ayudarle a hacerlo.

## State Offices
### Oficinas del Estado

### A — Governor
(Vote For One)

Gobernador
(Vote por Uno)

**A1** — Sean Spiller
Camden County Democrats Protecting Our Democracy

**A2** — Steve Sweeney
Camden County Democratic Committee, Inc.

**A3** — Mikie Sherrill
Navy Pilot. Mom. Democrat For NJ.

**A4** — Steven Fulop
Democrats for Change

**A5** — Ras J. Baraka
Reimagine NJ

**A6** — Josh Gottheimer
Democrats of Camden County

Write-in
Por Escrito

### B — Members of the General Assembly
(Vote For Two)

Miembros de la Asamblea General
(Vote por Dos)

**B1** — William F. Moen, Jr.
Camden County Democratic Committee, Inc.

**B2** — William W. Spearman
Camden County Democratic Committee, Inc.

Write-in
Por Escrito

Write-in
Por Escrito

## County Offices
### Oficinas del Condado

### C — Surrogate
(Vote For One)

Surrogate
(Vote por Uno)

**C1** — Michelle Gentek-Mayer
Camden County Democratic Committee, Inc.

Write-in
Por Escrito

### D — Member of the Board of County Commissioners - Unexpired Term
(Vote For One)

Miembros de la Junta de Comisionados del Condado - Término No Vencido
(Vote por Uno)

**D1** — Jennifer Fleisher
Camden County Democratic Committee, Inc.

Write-in
Por Escrito

### E — Members of the Board of County Commissioners
(Vote For Two)

Miembros de la Junta de Comisionados del Condado
(Vote por Dos)

**E1** — Edward T. McDonnell
Camden County Democratic Committee, Inc.

**E2** — Colleen Bianco Bezich
Camden County Democratic Committee, Inc.

Write-in
Por Escrito

Write-in
Por Escrito

## Municipal Offices
### Oficinas Municipales

### F — Mayor
(Vote For One)

Alcalde
(Vote por Uno)

**F1** — Theo Spencer
Independent Democrat for Camden

**F2** — Victor G. Carstarphen
Camden County Democratic Committee, Inc.

Write-in
Por Escrito

### G — Members of Council at-Large
(Vote For Three)

Miembros del Concilio Municipal por Acumulacion
(Vote por Tres)

**G1** — Sheila Davis
Community First Real Democrats For Camden

**G2** — Tyann La'Shae Harris
Community First Real Democrats For Camden

**G3** — Corinne Powers
Community First Real Democrats For Camden

**G4** — Angel Fuentes
Camden County Democratic Committee, Inc.

**G5** — Nohemi Soria-Perez
Camden County Democratic Committee, Inc.

**G6** — Nurah  Z. Muhammad
Camden County Democratic Committee, Inc.

Write-in
Por Escrito

Write-in
Por Escrito

Write-in
Por Escrito

### H — Members of County Committee At-Large
(Vote for One)

Miembros del Comité del Condado por Acumulacion
(Vote por Uno)

### H1 — Camden County Democrat Committee, Inc.

| | |
|---|---|
| Jeanette Alvarez | Arthur Barclay |
| Kathryn Blackshear | Kevin Belfort |
| Deletha Carstarphen | Victor G. Carstarphen |
| Latina Gaines | Chris Collins |
| Tasha Gainey | Ramon Crispin-Alvarez |
| Wanda Garcia | Derek Davis |
| Nurah Z. Muhammad | Angel Fuentes |
| Deborah Person-Polk | N'Namdee Nelson |
| Jannette Ramos | Scott Shepherd |
| Sheila Roberts | Darryl Mack |
| Nohemi Soria-Perez | Troy Still |
| Gwendolyn Sunkett-Torres | Gilbert "Whip" Wilson |
| Nyemah Gillespie | Luis Miranda |
| Lapree Burgess | Guy Still |
| | Falio Leyba-Martinez |
| | David McKee |

### H2 — Community First Real Democrats For Camden

| | |
|---|---|
| Amirah Kane | Anthony Ways |
| CinQuetta Hurt | Malcolm Byrd |
| Caress Green | Elton Custis |
| Esther Mercado-Pitts | Andrew Selby |
| Tyann La'Shae Harris | Jose J. Ramos |
| Jenelle Davis | Sean M. Brown |
| Sheila Davis | Bryan Morton |
| Danielle Woodard | Demetrius Robinson |
| Susan Stukes | Faheem Lea |
| Brenda Thomas | Antonne Henshaw |
| Brigena Tatem | Keith Benson |
| Lynette Tinley | Brian Byrd |
| La'miyah Davis | Lyndell Reevey |
| | Stacy Still |
| | Jovaan Torres |

### I — Members of County Committee Ward 1
(Vote for One)

Miembros del Comité del Condado Ward 1
(Vote por Uno)

### I1 — Camden County Democrat Committee, Inc.

Derrick Gallashaw
Steven Lee
Bryan Stewart
Kevin Jenkins
Erin Johnson
Sallye Harvey
Ayana Baker
Petrina Martinez

**INSTRUCTIONS TO VOTERS**
Use ONLY a black or blue pen to mark your ballot.
This ballot will be read by a machine. For your vote to count, fill in oval completely.

Correct     Incorrect   

**INSTRUCCIONES PARA LOS VOTANTES**
Utilice sólo un bolígrafo de tinta negra o azul para marcar su papeleta.
Esta papeleta será leída por la maquina.  Para que su voto cuenta llene el círculo.

Correcto     Incorrecto   

1. **To vote for candidates** on this ballot, completely fill in the oval to the right of the candidate for each selection. Do not vote for more candidates than are to be elected to any office.
2. **To vote for any person whose name is not printed on the ballot**, write the name of such person opposite the proper title of office in the column designated Write-In and fill in the one oval on right of this area. DO NOT use pre-printed stickers. IF NOT DONE PROPERLY YOUR WRITE-IN VOTE WILL BE VOID AND NOT COUNTED.
3. Do not mark this ballot in any other manner than above provided for and make no erasures. If this ballot is torn, soiled, defaced or incorrectly marked, return it and obtain another.

1. **Para votar por candidatos** en esta papeleta, llene completamente el óvalo de la derecha del candidato para cada selección. No vote por más candidatos que los que van a ser elegidos para ese cargo.
2. **Para votar por cualquier persona que nombre no esta en la papeleta**, escriba el nombre de esta persona opuesto a la posición apropiada, en la columna designada como Por Escrito y llene el óvalo a la derecha de esta área. NO use calcomanías pre-impresas. Si no se hace esto correctamente su voto por esta persona será nulo y no contara. POR FAVOR PREGUNTE SI TIENE ALGUNA DUDA.
3. No marque esta papeleta de ninguna otra forma que no sea de la manera que se ha descrito en la parte superior y no hagan ninguna tachadura o borrones. Si la papeleta se le ha desgarrado, está sucia, borrosa o marcado incorrectamente, devuélvala y obtenga otra.

# DEM    ED/EV    Camden Ward 1 District 1

Camden City
Camden County
**Ward 1**

**To protect your vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so.

**Para proteger su voto:**
ES ILEGAL PARA CUALQUIERA OTRA PERSONA EXCEPTO USTED EL VOTANTE, MARCAR O INSPECCIONAR ESTA PAPELETA. Sin embargo, un miembro de familia puede ayudarle a hacerlo.

# OFFICIAL DEMOCRAT PRIMARY ELECTION PROVISIONAL BALLOT

### June 10, 2025 • 5th Legislative District

**PAPELETA OFICIAL PROVISIONAL DEMOCRATA ELECCION PRIMARIA**
10 de junio del 2025 • 5to Distrito Legislativo

*Pamela R. Lampitt*

**Pamela R. Lampitt**
County Clerk
Secretario del Condado

## A — State Offices / Oficinas del Estado

**Governor**
*(Vote For One)*
**Gobernador**
*(Vote por Uno)*

| | |
|---|---|
| **A1** Sean Spiller — Camden County Democrats Protecting Our Democracy | ○ |
| **A2** Steve Sweeney — Camden County Democratic Committee, Inc. | ○ |
| **A3** Mikie Sherrill — Navy Pilot. Mom. Democrat For NJ. | ○ |
| **A4** Steven Fulop — Democrats for Change | ○ |
| **A5** Ras J. Baraka — Reimagine NJ | ○ |
| **A6** Josh Gottheimer — Democrats of Camden County | ○ |
| Write-in / Por Escrito | ○ |

## B — Members of the General Assembly

*(Vote For Two)*
**Miembros de la Asamblea General**
*(Vote por Dos)*

| | |
|---|---|
| **B1** William F. Moen, Jr. — Camden County Democratic Committee, Inc. | ○ |
| **B2** William W. Spearman — Camden County Democratic Committee, Inc. | ○ |
| Write-in / Por Escrito | ○ |
| Write-in / Por Escrito | ○ |

## C — County Offices / Oficinas del Condado

**Surrogate**
*(Vote For One)*
**Surrogate**
*(Vote por Uno)*

| | |
|---|---|
| **C1** Michelle Gentek-Mayer — Camden County Democratic Committee, Inc. | ○ |
| Write-in / Por Escrito | ○ |

## D — Member of the Board of County Commissioners - Unexpired Term

*(Vote For One)*
**Miembros de la Junta de Comisionados del Condado - Término No Vencido**
*(Vote por Uno)*

| | |
|---|---|
| **D1** Jennifer Fleisher — Camden County Democratic Committee, Inc. | ○ |
| Write-in / Por Escrito | ○ |

## E — Members of the Board of County Commissioners

*(Vote For Two)*
**Miembros de la Junta de Comisionados del Condado**
*(Vote por Dos)*

| | |
|---|---|
| **E1** Edward T. McDonnell — Camden County Democratic Committee, Inc. | ○ |
| **E2** Colleen Bianco Bezich — Camden County Democratic Committee, Inc. | ○ |
| Write-in / Por Escrito | ○ |
| Write-in / Por Escrito | ○ |

## Municipal Offices / Oficinas Municipales

### F — Mayor
*(Vote For One)*
**Alcalde**
*(Vote por Uno)*

| | |
|---|---|
| **F1** Theo Spencer — Independent Democrat for Camden | ○ |
| **F2** Victor G. Carstarphen — Camden County Democratic Committee, Inc. | ○ |
| Write-in / Por Escrito | ○ |

### G — Members of Council at-Large
*(Vote For Three)*
**Miembros del Concilio Municipal por Acumulacion**
*(Vote por Tres)*

| | |
|---|---|
| **G1** Sheila Davis — Community First Real Democrats For Camden | ○ |
| **G2** Tyann La'Shae Harris — Community First Real Democrats For Camden | ○ |
| **G3** Corinne Powers — Community First Real Democrats For Camden | ○ |
| **G4** Angel Fuentes — Camden County Democratic Committee, Inc. | ○ |
| **G5** Nohemi Soria-Perez — Camden County Democratic Committee, Inc. | ○ |
| **G6** Nurah Z. Muhammad — Camden County Democratic Committee, Inc. | ○ |
| Write-in / Por Escrito | ○ |
| Write-in / Por Escrito | ○ |
| Write-in / Por Escrito | ○ |

## H — Members of County Committee At-Large

*(Vote for One)*
**Miembros del Comité del Condado por Acumulacion**
*(Vote por Uno)*

**H1 — Camden County Democrat Committee, Inc.** ○

| | |
|---|---|
| Jeanette Alvarez | Arthur Barclay |
| Kathryn Blackshear | Kevin Belfort |
| Natalie Caldwell | Victor G. Carstarphen |
| Deletha Carstarphen | Chris Collins |
| Latina Gaines | Ramon Crispin-Alvarez |
| Tasha Gainey | Derek Davis |
| Wanda Garcia | Angel Fuentes |
| Nurah Z. Muhammad | N'Namdee Nelson |
| Deborah Person-Polk | Scott Shepherd |
| Jannette Ramos | Darryl Mack |
| Sheila Roberts | Gilbert "Whip" Wilson |
| Nohemi Soria-Perez | Troy Still |
| Gwendolyn Sunkett-Torres | Luis Miranda |
| Nyemah Gillespie | Guy Still |
| Lapree Burgess | Falio Leyba-Martinez |
| | David McKee |

**H2 — Community First Real Democrats For Camden**

| | |
|---|---|
| Amirah Kane | Anthony Ways |
| CinQuetta Hurt | Malcolm Byrd |
| Caress Green | Elton Custis |
| Esther Mercado-Pitts | Andrew Selby |
| Tyann La'Shae Harris | Jose J. Ramos |
| Jenelle Davis | Sean M. Brown |
| Sheila Davis | Bryan Morton |
| Danielle Woodard | Bryan Morton |
| Susan Stukes | Demetrius Robinson |
| Brenda Thomas | Faheem Lea |
| Brigena Tatem | Antonne Henshaw |
| Lynette Tinley | Keith Benson |
| La'miyah Davis | Brian Byrd |
| | Lyndell Reevey |
| | Stacy Still |
| | Jovaan Torres |

## I — Members of County Committee Ward 1

*(Vote for One)*
**Miembros del Comité del Condado Ward 1**
*(Vote por Uno)*

**I1 — Camden County Democrat Committee, Inc.** ○

Derrick Gallashaw
Steven Lee
Bryan Stewart
Kevin Jenkins
Erin Johnson
Sallye Harvey
Ayana Baker
Petrina Martinez

---

**INSTRUCTIONS TO VOTERS**
Use ONLY a black or blue ink pen to mark your ballot.
This ballot will be read by a machine. For your vote to count, fill in oval completely.

Correct    Incorrect   

1. **To vote for candidates** on this ballot, completely fill in the oval to the right of the candidate for each selection. Do not vote for more candidates than are to be elected to any office.
2. **To vote for any person whose name is not printed on the ballot,** write the name of such person opposite the proper title of office in the column designated Write-In and fill in the one oval on right of this area. DO NOT use pre-printed stickers. IF NOT DONE PROPERLY YOUR WRITE-IN VOTE WILL BE VOID AND NOT COUNTED.
3. Do not mark this ballot in any other manner than above provided for and make no erasures. If this ballot is torn, soiled, defaced or incorrectly marked, return it and obtain another.

**INSTRUCCIONES PARA LOS VOTANTES**
Utilice sólo un bolígrafo de tinta negra o azul para marcar su papeleta.
Esta papeleta será leída por la maquina. Para que su voto cuenta llene el círculo.

Correcto    Incorrecto    

1. **Para votar por** los candidatos en esta papeleta, llene completamente el óvalo de la derecha del candidato para cada selección. No vote por más candidatos que los que van a ser elegidos para esa cargo.
2. **Para votar por cualquier persona que nombre no esta en la papeleta,** escriba el nombre de esa persona opuesto a la posición apropiada, en la columna designada como Por Escrito y llene el óvalo a la derecha de esta área. NO use calcomanías pre-impresas. Si no se hace esto correctamente su voto por esta persona será nulo y no contara. POR FAVOR PREGUNTE SI TIENE ALGUNA DUDA.
3. No marque esta papeleta de ninguna otra forma que no sea de la manera que se ha descrito en la parte superior y no hagan ninguna tachadura o borrones. Si la papeleta se le ha desgarrado, esta sucia, borrosa o marcado incorrectamente, devuélvala y obtenga otra.

**DEM   PROV   Camden Ward 1 Provisional**

Camden City
Camden County

## Ward 1

**OFFICIAL DEMOCRAT PRIMARY ELECTION EMERGENCY BALLOT**

June 10, 2025 • 5th Legislative District

**PAPELETA OFICIAL DE EMERGENCIA DEMOCRATA ELECCION PRIMARIA**

10 de junio del 2025 • 5to Distrito Legislativo

*Pamela R. Lampitt*

**Pamela R. Lampitt**
County Clerk
Secretario del Condado

**To protect your vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so.

**Para proteger su voto:**
ES ILEGAL PARA CUALQUIERA OTRA PERSONA EXCEPTO USTED EL VOTANTE, MARCAR O INSPECCIONAR ESTA PAPELETA. Sin embargo, un miembro de familia puede ayudarle a hacerlo.

### State Offices
Oficinas del Estado

**A** **Governor**
*(Vote For One)*

**Gobernador**
*(Vote por Uno)*

| | |
|---|---|
| **A1** Sean Spiller | |
| Camden County Democrats Protecting Our Democracy | ○ |
| **A2** Steve Sweeney | |
| Camden County Democrat Committee, Inc. | ○ |
| **A3** Mikie Sherrill | |
| Navy Pilot. Mom. Democrat For NJ. | ○ |
| **A4** Steven Fulop | |
| Democrats for Change | ○ |
| **A5** Ras J. Baraka | |
| Reimagine NJ | ○ |
| **A6** Josh Gottheimer | |
| Democrats of Camden County | ○ |
| Write-in | |
| Por Escrito | ○ |

**B** **Members of the General Assembly**
*(Vote For Two)*

**Miembros de la Asamblea General**
*(Vote por Dos)*

| | |
|---|---|
| **B1** William F. Moen, Jr. | |
| Camden County Democrat Committee, Inc. | ○ |
| **B2** William W. Spearman | |
| Camden County Democrat Committee, Inc. | ○ |
| Write-in | |
| Por Escrito | ○ |
| Write-in | |
| Por Escrito | ○ |

### County Offices
Oficinas del Condado

**C** **Surrogate**
*(Vote For One)*

**Surrogate**
*(Vote por Uno)*

| | |
|---|---|
| **C1** Michelle Gentek-Mayer | |
| Camden County Democrat Committee, Inc. | ○ |
| Write-in | |
| Por Escrito | ○ |

**D** **Member of the Board of County Commissioners - Unexpired Term**
*(Vote For One)*

**Miembros de la Junta de Comisionados del Condado - Término No Vencido**
*(Vote por Uno)*

| | |
|---|---|
| **D1** Jennifer Fleisher | |
| Camden County Democrat Committee, Inc. | ○ |
| Write-in | |
| Por Escrito | ○ |

**E** **Members of the Board of County Commissioners**
*(Vote For Two)*

**Miembros de la Junta de Comisionados del Condado**
*(Vote por Dos)*

| | |
|---|---|
| **E1** Edward T. McDonnell | |
| Camden County Democrat Committee, Inc. | ○ |
| **E2** Colleen Bianco Bezich | |
| Camden County Democrat Committee, Inc. | ○ |
| Write-in | |
| Por Escrito | ○ |
| Write-in | |
| Por Escrito | ○ |

### Municipal Offices
Oficinas Municipales

**F** **Mayor**
*(Vote For One)*

**Alcalde**
*(Vote por Uno)*

| | |
|---|---|
| **F1** Theo Spencer | |
| Independent Democrat for Camden | ○ |
| **F2** Victor G. Carstarphen | |
| Camden County Democrat Committee, Inc. | ○ |
| Write-in | |
| Por Escrito | ○ |

**G** **Members of Council at-Large**
*(Vote For Three)*

**Miembros del Concilio Municipal por Acumulacion**
*(Vote por Tres)*

| | |
|---|---|
| **G1** Sheila Davis | |
| Community First Real Democrats For Camden | ○ |
| **G2** Tyann La'Shae Harris | |
| Community First Real Democrats For Camden | ○ |
| **G3** Corinne Powers | |
| Community First Real Democrats For Camden | ○ |
| **G4** Angel Fuentes | |
| Camden County Democrat Committee, Inc. | ○ |
| **G5** Nohemi Soria-Perez | |
| Camden County Democrat Committee, Inc. | ○ |
| **G6** Nurah Z. Muhammad | |
| Camden County Democrat Committee, Inc. | ○ |
| Write-in | |
| Por Escrito | ○ |
| Write-in | |
| Por Escrito | ○ |
| Write-in | |
| Por Escrito | ○ |

**H** **Members of County Committee At-Large**
*(Vote for One)*

**Miembros del Comité del Condado por Acumulacion**
*(Vote por Uno)*

**H1** **Camden County Democrat Committee, Inc.** ○

| | |
|---|---|
| Jeanette Alvarez | Arthur Barclay |
| Kathryn Blackshear | Kevin Belfort |
| Natalie Caldwell | Victor G. Carstarphen |
| Deletha Carstarphen | Chris Collins |
| Latina Gaines | Ramon Crispin-Alvarez |
| Tasha Gainey | Derek Davis |
| Wanda Garcia | Angel Fuentes |
| Tameeka Mason | Darryl Mack |
| Nurah Z. Muhammad | N'Namdee Nelson |
| Deborah Person-Polk | Scott Shepherd |
| Jannette Ramos | Troy Still |
| Sheila Roberts | Gilbert "Whip" Wilson |
| Nohemi Soria-Perez | Luis Miranda |
| Gwendolyn Sunkett-Torres | Guy Still |
| Nyemah Gillespie | Falio Leyba-Martinez |
| Lapree Burgess | David McKee |

**H2** **Community First Real Democrats For Camden**

| | |
|---|---|
| Amirah Kane | Anthony Ways |
| CinQuetta Hurt | Malcolm Byrd |
| Caress Green | Elton Custis |
| Esther Mercado-Pitts | Andrew Selby |
| Tyann La'Shae Harris | Jose J. Ramos |
| Jenelle Davis | Sean M. Brown |
| Sheila Davis | Bryan Morton |
| Danielle Woodard | Keith Benson |
| Susan Stukes | Demetrius Robinson |
| Brenda Thomas | Faheem Lea |
| Brigena Tatem | Antonne Henshaw |
| Lynette Tinley | Keith Benson |
| La'miyah Davis | Brian Byrd |
| | Lyndell Reevey |
| | Stacy Still |
| | Jovaan Torres |

**I** **Members of County Committee Ward 1**
*(Vote for One)*

**Miembros del Comité del Condado Ward 1**
*(Vote por Uno)*

**I1** **Camden County Democrat Committee, Inc.** ○

Derrick Gallashaw
Steven Lee
Bryan Stewart
Kevin Jenkins
Erin Johnson
Sallye Harvey
Ayana Baker
Petrina Martinez

---

**INSTRUCTIONS TO VOTERS**
Use ONLY a black or blue ink pen to mark your ballot.
This ballot will be read by a machine. For your vote to count, fill in oval completely.

Correct     Incorrect

1. **To vote for candidates** on this ballot, completely fill in the oval to the right of the candidate for each selection. Do not vote for more candidates than are to be elected to any office.
2. **To vote for any person whose name is not printed on the ballot**, write the name of such person opposite the proper title of office in the column designated Write-in and fill in the one oval on right of this area. DO NOT use pre-printed stickers. IF NOT DONE PROPERLY YOUR WRITE-IN VOTE WILL BE VOID AND NOT COUNTED.
3. Do not mark this ballot in any other manner than above provided for and make no erasures. If this ballot is torn, soiled, defaced or incorrectly marked, return it and obtain another.

**INSTRUCCIONES PARA LOS VOTANTES**
Utilice sólo un bolígrafo de tinta negra o azul para marcar su papeleta.
Esta papeleta será leída por la maquina. Para que su voto cuenta llene el circulo.

Correcto      Incorrecto  

1. **Para votar por los candidatos** en esta papeleta, llene completamente el óvalo de la derecha del candidato para cada selección. No vote por más candidatos que los que van a ser elegidos para ese cargo.
2. **Para votar por cualquier persona que nombre no esta en la papeleta**, escriba el nombre de esa persona opuesto a la posición apropiada, en la columna designada como Por Escrito y llene el óvalo a la derecha de esta área. NO use calcomanías pre-impresas. Si no se hace esto correctamente su voto por esta persona será nulo y no contara. POR FAVOR PREGUNTE SI TIENE ALGUNA DUDA.
3. No marque esta papeleta de ninguna otra forma que no sea de la manera que se ha descrito en la parte superior y no haga ninguna tachadura o borrones. Si la papeleta se le ha desgarrado, esta sucia, borrosa o marcado incorrectamente, devuélvala y obtenga otra.

## DEM    EM  Camden Ward 1 EV Emergency

Camden City
Camden County

**Ward 2  Dist 1**

# OFFICIAL DEMOCRAT PRIMARY ELECTION BALLOT

### June 10, 2025 • 5th Legislative District

*Pamela R. Lampitt*

**Pamela R. Lampitt**
County Clerk
Secretario del Condado

**PAPELETA OFICIAL DEMOCRATÁ ELECCION PRIMARIA**

10 de junio del 2025 • 5to Distrito Legislativo

**To protect your vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so.

**Para proteger su voto:**
ES ILEGAL PARA CUALQUIERA OTRA PERSONA EXCEPTO USTED, EL VOTANTE, MARCAR O INSPECCIONAR ESTA PAPELETA. Sin embargo, un miembro de familia puede ayudarle a hacerlo.

---

## State Offices
### Oficinas del Estado

### A — Governor
*(Vote For One)*

Gobernador
*(Vote por Uno)*

| | |
|---|---|
| **A1** Sean Spiller | ○ |
| Camden County Democrats Protecting Our Democracy | |
| **A2** Steve Sweeney | ○ |
| Camden County Democratic Committee, Inc. | |
| **A3** Mikie Sherrill | ○ |
| Navy Pilot. Mom. Democrat For NJ. | |
| **A4** Steven Fulop | ○ |
| Democrats for Change | |
| **A5** Ras J. Baraka | ○ |
| Reimagine NJ | |
| **A6** Josh Gottheimer | ○ |
| Democrats of Camden County | |
| Write-in | ○ |
| Por Escrito | |

### B — Members of the General Assembly
*(Vote For Two)*

Miembros de la Asamblea General
*(Vote por Dos)*

| | |
|---|---|
| **B1** William F. Moen, Jr. | ○ |
| Camden County Democratic Committee, Inc. | |
| **B2** William W. Spearman | ○ |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |

## County Offices
### Oficinas del Condado

### C — Surrogate
*(Vote For One)*

Surrogate
*(Vote por Uno)*

| | |
|---|---|
| **C1** Michelle Gentek-Mayer | ○ |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |

### D — Member of the Board of County Commissioners - Unexpired Term
*(Vote For One)*

Miembros de la Junta de Comisionados del Condado - Término No Vencido
*(Vote por Uno)*

| | |
|---|---|
| **D1** Jennifer Fleisher | ○ |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |

---

### E — Members of the Board of County Commissioners
*(Vote For Two)*

Miembros de la Junta de Comisionados del Condado
*(Vote por Dos)*

| | |
|---|---|
| **E1** Edward T. McDonnell | ○ |
| Camden County Democratic Committee, Inc. | |
| **E2** Colleen Bianco Bezich | ○ |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |

## Municipal Offices
### Oficinas Municipales

### F — Mayor
*(Vote For One)*

Alcalde
*(Vote por Uno)*

| | |
|---|---|
| **F1** Theo Spencer | ○ |
| Independent Democrat for Camden | |
| **F2** Victor G. Carstarphen | ○ |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |

### G — Members of Council at-Large
*(Vote For Three)*

Miembros del Concilio Municipal por Acumulacion
*(Vote por Tres)*

| | |
|---|---|
| **G1** Sheila Davis | ○ |
| Community First Real Democrats For Camden | |
| **G2** Tyann La'Shae Harris | ○ |
| Community First Real Democrats For Camden | |
| **G3** Corinne Powers | ○ |
| Community First Real Democrats For Camden | |
| **G4** Angel Fuentes | ○ |
| Camden County Democratic Committee, Inc. | |
| **G5** Nohemi Soria-Perez | ○ |
| Camden County Democratic Committee, Inc. | |
| **G6** Nurah  Z. Muhammad | ○ |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |

---

### H — Members of County Committee At-Large
*(Vote for One)*

Miembros del Comité del Condado por Acumulacion
*(Vote por Uno)*

**H1  Camden County Democrat Committee, Inc.** ○

| | |
|---|---|
| Jeanette Alvarez | Arthur Barclay |
| Kathryn Blackshear | Kevin Belfort |
| Natalie Caldwell | Victor G. Carstarphen |
| Deletha Carstarphen | Chris Collins |
| Latina Gaines | Ramon Crispin-Alvarez |
| Tasha Gainey | Derek Davis |
| Wanda Garcia | Angel Fuentes |
| Tameeka Mason | Darryl Mack |
| Nurah Z. Muhammad | N'Namdee Nelson |
| Deborah Person-Polk | Scott Shepherd |
| Jannette Ramos | Troy Still |
| Sheila Roberts | Gilbert "Whip" Wilson |
| Nohemi Soria-Perez | Luis Miranda |
| Gwendolyn Sunkett-Torres | Guy Still |
| Nyemah Gillespie | Falio Leyba-Martinez |
| Lapree Burgess | David McKee |

**H2  Community First Real Democrats For Camden** ○

| | |
|---|---|
| Amirah Kane | Anthony Ways |
| CinQuetta Hurt | Malcolm Byrd |
| Caress Green | Elton Custis |
| Esther Mercado-Pitts | Andrew Selby |
| Tyann La'Shae Harris | Jose J. Ramos |
| Jenelle Davis | Sean M. Brown |
| Sheila Davis | Bryan Morton |
| Danielle Woodard | Demetrius Robinson |
| Susan Stukes | Faheem Lea |
| Brenda Thomas | Antonne Henshaw |
| Brigena Tatem | Keith Benson |
| Lynette Tinley | Brian Byrd |
| La'miyah Davis | Lyndell Reevey |
| | Stacy Still |
| | Jovaan Torres |

### I — Members of County Committee Ward 2
*(Vote for One)*

Miembros del Comité del Condado Ward 2
*(Vote por Uno)*

**I1  Camden County Democrat Committee, Inc.** ○

Brian Coleman
Mark Lee
Larry Gilliams
Khadir Muhammad
Arlethia Lawson
Brenda Fraction
Jeneba Fofana
Yaniece Spencer

---

## INSTRUCTIONS TO VOTERS

Use ONLY a black or blue ink pen to mark your ballot.
This ballot will be read by a machine. For your vote to count, fill in oval completely.

Correct     Incorrect   

Correcto     Incorrecto  

1. **To vote for candidates** on this ballot, completely fill in the oval to the right of the candidate for each selection. Do not vote for more candidates than are to be elected to any office.
2. **To vote for any person whose name is not printed on the ballot**, write the name of such person opposite the proper title of office in the column designated Write-In and fill in the one oval on right of this area. DO NOT use pre-printed stickers. IF NOT DONE PROPERLY YOUR WRITE-IN VOTE WILL BE VOID AND NOT COUNTED.
3. Do not mark this ballot in any other manner than above provided for and make no erasures. If this ballot is torn, soiled, defaced or incorrectly marked, return it and obtain another.

## INSTRUCCIONES PARA LOS VOTANTES

Utilice sólo un bolígrafo de tinta negra o azul para marcar su papeleta.
Esta papeleta será leída por la maquina.  Para que su voto cuenta llene el círculo.

1. **Para votar por candidatos** en esta papeleta, llene completamente el óvalo de la derecha del candidato para cada selección. No vote por más candidatos que los que van a ser elegidos para ese cargo.
2. **Para votar por cualquier persona que nombre no esta en la papeleta**, escriba el nombre de esa persona opuesto a la posición apropiada, en la columna designada como Por Escrito y llene el óvalo a la derecha de esta área. NO use calcomanías pre-impresas. Si no se hace esto correctamente su voto por esta persona será nulo y no contara. POR FAVOR PREGUNTE SI TIENE ALGUNA DUDA.
3. No marque esta papeleta de ninguna otra forma que no sea de la manera que se ha descrito en la parte superior y no hagan ninguna tachadura o borrones. Si la papeleta se le ha desgarrado, esta sucia, borrosa o marcado incorrectamente, devuélvala y obtenga otra.

## DEM    ED/EV    Camden Ward 2 District 1

**Camden City**
**Camden County**
**Ward 2**

# OFFICIAL DEMOCRAT PRIMARY ELECTION PROVISIONAL BALLOT

### June 10, 2025 • 5th Legislative District

**PAPELETA OFICIAL PROVISIONAL DEMOCRATA ELECCION PRIMARIA**
10 de junio del 2025 • 5to Distrito Legislativo

*Pamela R. Lampitt*
**Pamela R. Lampitt**
County Clerk
Secretario del Condado

**To protect your vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so.

**Para proteger su voto:**
ES ILEGAL PARA CUALQUIERA OTRA PERSONA EXCEPTO USTED EL VOTANTE, MARCAR O INSPECCIONAR ESTA PAPELETA. Sin embargo, un miembro de familia puede ayudarle a hacerlo.

## State Offices
### Oficinas del Estado

### A — Governor
*(Vote For One)*

**Gobernador**
*(Vote por Uno)*

| | |
|---|---|
| **A1** Sean Spiller | ○ |
| Camden County Democrats Protecting Our Democracy | |
| **A2** Steve Sweeney | ○ |
| Camden County Democratic Committee, Inc. | |
| **A3** Mikie Sherrill | ○ |
| Navy Pilot. Mom. Democrat For NJ. | |
| **A4** Steven Fulop | ○ |
| Democrats for Change | |
| **A5** Ras J. Baraka | ○ |
| Reimagine NJ | |
| **A6** Josh Gottheimer | ○ |
| Democrats of Camden County | |
| Write-in | ○ |
| Por Escrito | |

### B — Members of the General Assembly
*(Vote For Two)*

**Miembros de la Asamblea General**
*(Vote por Dos)*

| | |
|---|---|
| **B1** William F. Moen, Jr. | ○ |
| Camden County Democratic Committee, Inc. | |
| **B2** William W. Spearman | ○ |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |

## County Offices
### Oficinas del Condado

### C — Surrogate
*(Vote For One)*

**Surrogate**
*(Vote por Uno)*

| | |
|---|---|
| **C1** Michelle Gentek-Mayer | ○ |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |

### D — Member of the Board of County Commissioners - Unexpired Term
*(Vote For One)*

**Miembros de la Junta de Comisionados del Condado - Término No Vencido**
*(Vote por Uno)*

| | |
|---|---|
| **D1** Jennifer Fleisher | ○ |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |

### E — Members of the Board of County Commissioners
*(Vote For Two)*

**Miembros de la Junta de Comisionados del Condado**
*(Vote por Dos)*

| | |
|---|---|
| **E1** Edward T. McDonnell | ○ |
| Camden County Democratic Committee, Inc. | |
| **E2** Colleen Bianco Bezich | ○ |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |

## Municipal Offices
### Oficinas Municipales

### F — Mayor
*(Vote For One)*

**Alcalde**
*(Vote por Uno)*

| | |
|---|---|
| **F1** Theo Spencer | ○ |
| Independent Democrat for Camden | |
| **F2** Victor G. Carstarphen | ○ |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |

### G — Members of Council at-Large
*(Vote For Three)*

**Miembros del Concilio Municipal por Acumulacion**
*(Vote por Tres)*

| | |
|---|---|
| **G1** Sheila Davis | ○ |
| Community First Real Democrats For Camden | |
| **G2** Tyann La'Shae Harris | ○ |
| Community First Real Democrats For Camden | |
| **G3** Corinne Powers | ○ |
| Community First Real Democrats For Camden | |
| **G4** Angel Fuentes | ○ |
| Camden County Democratic Committee, Inc. | |
| **G5** Nohemi Soria-Perez | ○ |
| Camden County Democratic Committee, Inc. | |
| **G6** Nurah Z. Muhammad | ○ |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |

### H — Members of County Committee At-Large
*(Vote for One)*

**Miembros del Comité del Condado por Acumulacion**
*(Vote por Uno)*

**H1 Camden County Democrat Committee, Inc.** ○

| | |
|---|---|
| Jeanette Alvarez | Arthur Barclay |
| Kathryn Blackshear | Kevin Belfort |
| Natalie Caldwell | Victor G. Carstarphen |
| Deletha Carstarphen | Chris Collins |
| Latina Gaines | Ramon Crispin-Alvarez |
| Tasha Gainey | Derek Davis |
| Wanda Garcia | Angel Fuentes |
| Nurah Z. Muhammad | N'Namdee Nelson |
| Deborah Person-Polk | Scott Shepherd |
| Jannette Ramos | Darryl Mack |
| Sheila Roberts | Troy Still |
| Nohemi Soria-Perez | Gilbert "Whip" Wilson |
| Gwendolyn Sunkett-Torres | Luis Miranda |
| Nyemah Gillespie | Guy Still |
| Lapree Burgess | Falio Leyba-Martinez |
| | David McKee |

**H2 Community First Real Democrats For Camden** ○

| | |
|---|---|
| Amirah Kane | Anthony Ways |
| CinQuetta Hurt | Malcolm Byrd |
| Caress Green | Elton Custis |
| Esther Mercado-Pitts | Andrew Selby |
| Tyann La'Shae Harris | Jose J. Ramos |
| Jenelle Davis | Sean M. Brown |
| Sheila Davis | Bryan Morton |
| Danielle Woodard | Demetrius Robinson |
| Susan Stukes | Faheem Lea |
| Brenda Thomas | Antonne Henshaw |
| Brigena Tatem | Keith Benson |
| Lynette Tinley | Brian Byrd |
| La'miyah Davis | Lyndell Reevey |
| | Stacy Still |
| | Jovaan Torres |

### I — Members of County Committee Ward 2
*(Vote For One)*

**Miembros del Comité del Condado Ward 2**
*(Vote por Uno)*

**I1 Camden County Democrat Committee, Inc.** ○

Brian Coleman
Mark Lee
Larry Gilliams
Khadir Muhammad
Arlethia Lawson
Brenda Fraction
Jeneba Fofana
Yaniece Spencer

**INSTRUCTIONS TO VOTERS**
Use ONLY a black or blue ink pen to mark your ballot.
This ballot will be read by a machine. For your vote to count, fill in oval completely.

 Correct    Incorrect ✗ ✓ ⊘     ⊘

1. **To vote for candidates** on this ballot, completely fill in the oval to the right of the candidate for each selection. Do not vote for more candidates than are to be elected to any office.
2. **To vote for any person whose name is not printed on the ballot**, write the name of such person opposite the proper title of office in the column designated Write-In and fill in the one oval on right of this area. Do NOT use pre-printed stickers. IF NOT DONE PROPERLY YOUR WRITE-IN VOTE WILL BE VOID AND NOT COUNTED.
3. Do not mark this ballot in any other manner than above provided for and make no erasures. If this ballot is torn, soiled, defaced or incorrectly marked, return it and obtain another.

**INSTRUCCIONES PARA LOS VOTANTES**
Utilice sólo un bolígrafo de tinta negra o azul para marcar su papeleta.
Esta papeleta será leída por la maquina. Para que su voto cuenta llene el círculo.

Correcto ● Incorrecto ✗ ✓ ⊘

1. **Para votar por candidatos** en esta papeleta, llene completamente el óvalo de la derecha del candidato para cada selección. No vote por más candidatos que los que van a ser elegidos para ese cargo.
2. **Para votar por cualquier persona que nombre no esta en la papeleta**, escriba el nombre de esa persona opuesto a la posición apropiada, en la columna designada como Por Escrito y llene el óvalo a la derecha de esta área. NO use calcomanías pre-impresas. Si no se hace esto correctamente su voto por esta persona será nulo y no contara. POR FAVOR PREGUNTE SI TIENE ALGUNA DUDA.
3. No marque esta papeleta de ninguna otra forma que no sea de la manera que se ha descrito en la parte superior y no hagan ninguna tachadura o borrones. Si la papeleta se le ha desgarrado, esta sucia, borrosa o marcado incorrectamente, devuélvala y obtenga otra.

## DEM    PROV    Camden Ward 2 Provisional

**Camden City**
**Camden County**
**Ward 2**

## OFFICIAL DEMOCRAT PRIMARY ELECTION EMERGENCY BALLOT

**June 10, 2025 • 5th Legislative District**

**PAPELETA OFICIAL DE EMERGENCIA DEMOCRATA ELECCION PRIMARIA**

10 de junio del 2025 • 5to Distrito Legislativo

*Pamela R. Lampitt*
**Pamela R. Lampitt**
County Clerk
Secretario del Condado

**To protect your vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you to do so.

**Para proteger su voto:**
ES ILEGAL PARA CUALQUIERA OTRA PERSONA EXCEPTO USTED EL VOTANTE, MARCAR O INSPECCIONAR ESTA PAPELETA. Sin embargo, un miembro de familia puede ayudarle a hacerlo.

---

### State Offices
Oficinas del Estado

**A** **Governor**
*(Vote For One)*

**Gobernador**
*(Vote por Uno)*

| | |
|---|---|
| **A1** Sean Spiller | |
| Camden County Democrats Protecting Our Democracy | |
| **A2** Steve Sweeney | |
| Camden County Democratic Committee, Inc. | |
| **A3** Mikie Sherrill | |
| Navy Pilot. Mom. Democrat For NJ. | |
| **A4** Steven Fulop | |
| Democrats for Change | |
| **A5** Ras J. Baraka | |
| Reimagine NJ | |
| **A6** Josh Gottheimer | |
| Democrats of Camden County | |
| Write-in | ○ |
| Por Escrito | |

**B** **Members of the General Assembly**
*(Vote For Two)*

**Miembros de la Asamblea General**
*(Vote por Dos)*

| | |
|---|---|
| **B1** William F. Moen, Jr. | ○ |
| Camden County Democratic Committee, Inc. | |
| **B2** William W. Spearman | ○ |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |

### County Offices
Oficinas del Condado

**C** **Surrogate**
*(Vote For One)*

**Surrogate**
*(Vote por Uno)*

| | |
|---|---|
| **C1** Michelle Gentek-Mayer | ○ |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |

**D** **Member of the Board of County Commissioners - Unexpired Term**
*(Vote For One)*

**Miembros de la Junta de Comisionados del Condado - Término No Vencido**
*(Vote por Uno)*

| | |
|---|---|
| **D1** Jennifer Fleisher | |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |

---

**E** **Members of the Board of County Commissioners**
*(Vote For Two)*

**Miembros de la Junta de Comisionados del Condado**
*(Vote por Dos)*

| | |
|---|---|
| **E1** Edward T. McDonnell | |
| Camden County Democratic Committee, Inc. | |
| **E2** Colleen Bianco Bezich | |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |

### Municipal Offices
Oficinas Municipales

**F** **Mayor**
*(Vote For One)*

**Alcalde**
*(Vote por Uno)*

| | |
|---|---|
| **F1** Theo Spencer | |
| Independent Democrat for Camden | |
| **F2** Victor G. Carstarphen | |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |

**G** **Members of Council at-Large**
*(Vote For Three)*

**Miembros del Concilio Municipal por Acumulacion**
*(Vote por Tres)*

| | |
|---|---|
| **G1** Sheila Davis | |
| Community First Real Democrats For Camden | |
| **G2** Tyann La'Shae Harris | |
| Community First Real Democrats For Camden | |
| **G3** Corinne Powers | |
| Community First Real Democrats For Camden | |
| **G4** Angel Fuentes | |
| Camden County Democratic Committee, Inc. | |
| **G5** Nohemi Soria-Perez | |
| Camden County Democratic Committee, Inc. | |
| **G6** Nurah Z. Muhammad | |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |

---

**H** **Members of County Committee At-Large**
*(Vote for One)*

**Miembros del Comité del Condado por Acumulacion**
*(Vote por Uno)*

**H1** Camden County Democrat Committee, Inc.

| | |
|---|---|
| Jeanette Alvarez | Arthur Barclay |
| Kathryn Blackshear | Kevin Belfort |
| Natalie Caldwell | Victor G. Carstarphen |
| Deletha Carstarphen | Chris Collins |
| Latina Gaines | Ramon Crispin-Alvarez |
| Tasha Gainey | Derek Davis |
| Wanda Garcia | Angel Fuentes |
| Nurah Z. Muhammad | Darryl Mack |
| Deborah Person-Polk | N'Namebe Nelson |
| Jannette Ramos | Scott Shepherd |
| Sheila Roberts | Gilbert "Whip" Wilson |
| Nohemi Soria-Perez | Troy Still |
| Gwendolyn Sunkett-Torres | Guy Still |
| Nyemah Gillespie | Falio Leyba-Martinez |
| Lapree Burgess | David McKee |

**H2** Community First Real Democrats For Camden

| | |
|---|---|
| Amirah Kane | Anthony Ways |
| CinQuetta Hurt | Malcolm Byrd |
| Caress Green | Elton Custis |
| Esther Mercado-Pitts | Andrew Selby |
| Tyann La'Shae Harris | Jose J. Ramos |
| Jenelle Davis | Sean M. Brown |
| Sheila Davis | Bryan Morton |
| Danielle Woodard | Demetrius Robinson |
| Susan Stukes | Faheem Lea |
| Brenda Thomas | Antonne Henshaw |
| Brigena Tatem | Keith Benson |
| Lynette Tinley | Brian Byrd |
| La'miyah Davis | Lyndell Reevey |
| | Stacy Still |
| | Jovaan Torres |

**I** **Members of County Committee Ward 2**
*(Vote for One)*

**Miembros del Comité del Condado Ward 2**
*(Vote por Uno)*

**I1** Camden County Democrat Committee, Inc.

| |
|---|
| Brian Coleman |
| Mark Lee |
| Larry Gilliams |
| Khadir Muhammad |
| Arlethia Lawson |
| Brenda Fraction |
| Jeneba Fofana |
| Yaniece Spencer |

---

**INSTRUCTIONS TO VOTERS**
Use ONLY a black or blue pen to mark your ballot.
This ballot will be read by a machine. For your vote to count, fill in oval completely.

Correct     Incorrect   

1. **To vote for candidates** on this ballot, completely fill in the oval to the right of the candidate for each selection. Do not vote for more candidates than are to be elected to any office.
2. **To vote for any person whose name is not printed on the ballot,** write the name of such person opposite the proper title of office in the column designated Write-In and fill in the one oval on right of this area. DO NOT use pre-printed stickers. IF NOT DONE PROPERLY YOUR WRITE-IN VOTE WILL BE VOID AND NOT COUNTED.
3. Do not mark this ballot in any other manner than above provided for and make no erasures. If this ballot is torn, soiled, defaced or incorrectly marked, return it and obtain another.

**INSTRUCCIONES PARA LOS VOTANTES**
Utilice sólo un bolígrafo de tinta negra o azul para marcar su papeleta.
Esta papeleta será leída por la maquina.  Para que su voto cuenta llene el círculo.

Correcto     Incorrecto   

1. **Para votar por** los candidatos en esta papeleta, llene completamente el óvalo de la derecha del candidato para cada selección. No vote por más candidatos que los que van a ser elegidos para ese cargo.
2. **Para votar por cualquier persona que nombre no esta en la papeleta,** escriba el nombre de esa persona opuesto a la posición apropiada, en la columna designada como Por Escrito y llene el óvalo a la derecha de esta área. NO use calcomanías pre-impresas. Si no se hace esto correctamente su voto por esta persona será nulo y no contara. POR FAVOR PREGUNTE SI TIENE ALGUNA DUDA.
3. No marque esta papeleta de ninguna otra forma que no sea de la manera que se ha descrito en la parte superior y no haga ninguna tachadura o borrones. Si la papeleta se le ha desgarrado, esta sucia, borrosa o marcado incorrectamente, devuélvala y obtenga otra.

**DEM    EM    Camden Ward 2 EV Emergency**

Camden City
Camden County
**Ward 3  Dist 1**

# OFFICIAL DEMOCRAT PRIMARY ELECTION BALLOT

June 10, 2025 • 5th Legislative District

**PAPELETA OFICIAL DEMOCRATÁ ELECCION PRIMARIA**

10 de junio del 2025 • 5to Distrito Legislativo

*Pamela R. Lampitt*

**Pamela R. Lampitt**
County Clerk
Secretario del Condado

**To protect your vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so.

**Para proteger su voto:**
ES ILEGAL PARA CUALQUIERA OTRA PERSONA EXCEPTO USTED, EL VOTANTE, MARCAR O INSPECCIONAR ESTA PAPELETA. Sin embargo, un miembro de familia puede ayudarle a hacerlo.

## State Offices / Oficinas del Estado

### A  Governor
*(Vote For One)*
**Gobernador**
*(Vote por Uno)*

| A1 | Sean Spiller | ○ |
| | Camden County Democrats Protecting Our Democracy | |
| A2 | Steve Sweeney | ○ |
| | Camden County Democratic Committee, Inc. | |
| A3 | Mikie Sherrill | ○ |
| | Navy Pilot. Mom. Democrat For NJ. | |
| A4 | Steven Fulop | ○ |
| | Democrats for Change | |
| A5 | Ras J. Baraka | ○ |
| | Reimagine NJ | |
| A6 | Josh Gottheimer | ○ |
| | Democrats of Camden County | |
| | Write-in | ○ |
| | Por Escrito | |

### B  Members of the General Assembly
*(Vote For Two)*
**Miembros de la Asamblea General**
*(Vote por Dos)*

| B1 | William F. Moen, Jr. | ○ |
| | Camden County Democratic Committee, Inc. | |
| B2 | William W. Spearman | ○ |
| | Camden County Democratic Committee, Inc. | |
| | Write-in | ○ |
| | Por Escrito | |
| | Write-in | ○ |
| | Por Escrito | |

## County Offices / Oficinas del Condado

### C  Surrogate
*(Vote For One)*
**Surrogate**
*(Vote por Uno)*

| C1 | Michelle Gentek-Mayer | ○ |
| | Camden County Democratic Committee, Inc. | |
| | Write-in | ○ |
| | Por Escrito | |

### D  Member of the Board of County Commissioners - Unexpired Term
*(Vote For One)*
**Miembros de la Junta de Comisionados del Condado - Término No Vencido**
*(Vote por Uno)*

| D1 | Jennifer Fleisher | ○ |
| | Camden County Democratic Committee, Inc. | |
| | Write-in | ○ |
| | Por Escrito | |

### E  Members of the Board of County Commissioners
*(Vote For Two)*
**Miembros de la Junta de Comisionados del Condado**
*(Vote por Dos)*

| E1 | Edward T. McDonnell | ○ |
| | Camden County Democratic Committee, Inc. | |
| E2 | Colleen Bianco Bezich | ○ |
| | Camden County Democratic Committee, Inc. | |
| | Write-in | ○ |
| | Por Escrito | |
| | Write-in | ○ |
| | Por Escrito | |

## Municipal Offices / Oficinas Municipales

### F  Mayor
*(Vote For One)*
**Alcalde**
*(Vote por Uno)*

| F1 | Theo Spencer | ○ |
| | Independent Democrat for Camden | |
| F2 | Victor G. Carstarphen | ○ |
| | Camden County Democratic Committee, Inc. | |
| | Write-in | ○ |
| | Por Escrito | |

### G  Members of Council at-Large
*(Vote For Three)*
**Miembros del Concilio Municipal por Acumulacion**
*(Vote por Tres)*

| G1 | Sheila Davis | ○ |
| | Community First Real Democrats For Camden | |
| G2 | Tyann La'Shae Harris | ○ |
| | Community First Real Democrats For Camden | |
| G3 | Corinne Powers | ○ |
| | Community First Real Democrats For Camden | |
| G4 | Angel Fuentes | ○ |
| | Camden County Democratic Committee, Inc. | |
| G5 | Nohemi Soria-Perez | ○ |
| | Camden County Democratic Committee, Inc. | |
| G6 | Nurah Z. Muhammad | ○ |
| | Camden County Democratic Committee, Inc. | |
| | Write-in | ○ |
| | Por Escrito | |
| | Write-in | ○ |
| | Por Escrito | |
| | Write-in | ○ |
| | Por Escrito | |

### H  Members of County Committee At-Large
*(Vote for One)*
**Miembros del Comité del Condado por Acumulacion**
*(Vote por Uno)*

#### H1  Camden County Democrat Committee, Inc.  ○

| | |
|---|---|
| Jeanette Alvarez | Arthur Barclay |
| Kathryn Blackshear | Kevin Belfort |
| Deletha Carstarphen | Victor G. Carstarphen |
| Latina Gaines | Chris Collins |
| Tasha Gainey | Ramon Crispin-Alvarez |
| Wanda Garcia | Derek Davis |
| Tameeka Mason | Angel Fuentes |
| Nurah Z. Muhammad | N'Namdee Nelson |
| Deborah Person-Polk | Scott Shepherd |
| Jannette Ramos | Troy Still |
| Sheila Roberts | Gilbert "Whip" Wilson |
| Nohemi Soria-Perez | Luis Miranda |
| Gwendolyn Sunkett-Torres | Guy Still |
| Nyemah Gillespie | Falio Leyba-Martinez |
| Lapree Burgess | David McKee |

#### H2  Community First Real Democrats For Camden

| | |
|---|---|
| Amirah Kane | Anthony Ways |
| CinQuetta Hurt | Malcolm Byrd |
| Caress Green | Elton Custis |
| Esther Mercado-Pitts | Andrew Selby |
| Tyann La'Shae Harris | Jose J. Ramos |
| Jenelle Davis | Sean M. Brown |
| Sheila Davis | Bryan Morton |
| Danielle Woodard | Demetrius Robinson |
| Susan Stukes | Faheem Lea |
| Brenda Thomas | Antonne Henshaw |
| Brigena Tatem | Keith Benson |
| Lynette Tinley | Brian Byrd |
| La'miyah Davis | Lyndell Reevey |
| | Stacy Still |
| | Jovaan Torres |

### I  Members of County Committee Ward 3
*(Vote For One)*
**Miembros del Comité del Condado Ward 3**
*(Vote por Uno)*

#### I1  Camden County Democrat Committee, Inc.  ○

Luis Rivera
Isaiah Rivera
Ronny Rodriguez
Hilario Fontanillas
Maria Sharma
Mary Espinal
Miguelina Sepulveda-Bassa
Ysabel Nunez

---

**INSTRUCTIONS TO VOTERS**
Use ONLY a black or blue ink pen to mark your ballot.
This ballot will be read by a machine. For your vote to count, fill in oval completely.

Correct     Incorrect   

1. **To vote for candidates** on this ballot, completely fill in the oval to the right of the candidate for each selection. Do not vote for more candidates than are to be elected to any office.
2. **To vote for any person whose name is not printed on the ballot,** write the name of such person opposite the proper title of office in the column designated Write-In and fill in the one oval on right of this area. DO NOT use pre-printed stickers. IF NOT DONE PROPERLY YOUR WRITE-IN VOTE WILL BE VOID AND NOT COUNTED.
3. Do not mark this ballot in any other manner than above provided for and make no erasures. If this ballot is torn, soiled, defaced or incorrectly marked, return it and obtain another.

**INSTRUCCIONES PARA LOS VOTANTES**
Utilice sólo un bolígrafo de tinta negra o azul para marcar su papeleta.
Esta papeleta será leída por la maquina. Para que su voto cuenta llene el círculo.

Correcto     Incorrecto   

1. **Para votar** por los candidatos en esta papeleta, llene completamente el óvalo de la derecha del candidato para cada selección. No vote por más candidatos que los que van a ser elegidos para ese cargo.
2. **Para votar por cualquier persona que nombre no esta en la papeleta,** escriba el nombre de esa persona opuesto a la posición apropiada, en la columna designada como Por Escrito y llene el óvalo a la derecha de esta área. NO use calcomanías pre-impresas. Si no se hace esto correctamente su voto por esta persona será nulo y no contara. POR FAVOR PREGUNTE SI TIENE ALGUNA DUDA.
3. No marque esta papeleta de ninguna otra forma que no sea de la manera que se ha descrito en la parte superior y no hagan ninguna tachadura o borrones. Si la papeleta se le ha desgarrado, está sucia, borrosa o marcado incorrectamente, devuélvala y obtenga otra.

# DEM    ED/EV    Camden Ward 3 District 1

**Camden City**
**Camden County**
**Ward 3**

# OFFICIAL DEMOCRAT PRIMARY ELECTION PROVISIONAL BALLOT

### June 10, 2025 • 5th Legislative District

#### PAPELETA OFICIAL PROVISIONAL DEMOCRATA ELECCION PRIMARIA
10 de junio del 2025 • 5to Distrito Legislativo

*Pamela R. Lampitt*

**Pamela R. Lampitt**
County Clerk
Secretario del Condado

**To protect your vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so.

**Para proteger su voto:**
ES ILEGAL PARA CUALQUIERA OTRA PERSONA EXCEPTO USTED EL VOTANTE, MARCAR O INSPECCIONAR ESTA PAPELETA. Sin embargo, un miembro de familia puede ayudarle a hacerlo.

## A — State Offices / Oficinas del Estado

### Governor
*(Vote For One)*
Gobernador
*(Vote por Uno)*

| | |
|---|---|
| **A1** | **Sean Spiller** |
| Camden County Democrats Protecting Our Democracy | |
| **A2** | **Steve Sweeney** |
| Camden County Democratic Committee, Inc. | |
| **A3** | **Mikie Sherrill** |
| Navy Pilot. Mom. Democrat For NJ. | |
| **A4** | **Steven Fulop** |
| Democrats for Change | |
| **A5** | **Ras J. Baraka** |
| Reimagine NJ | |
| **A6** | **Josh Gottheimer** |
| Democrats of Camden County | |
| Write-in | ○ |
| Por Escrito | |

## B — Members of the General Assembly
*(Vote For Two)*
Miembros de la Asamblea General
*(Vote por Dos)*

| | |
|---|---|
| **B1** | **William F. Moen, Jr.** ○ |
| Camden County Democratic Committee, Inc. | |
| **B2** | **William W. Spearman** ○ |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |

## C — County Offices / Oficinas del Condado

### Surrogate
*(Vote For One)*
Surrogate
*(Vote por Uno)*

| | |
|---|---|
| **C1** | **Michelle Gentek-Mayer** |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |

## D — Member of the Board of County Commissioners - Unexpired Term
*(Vote For One)*
Miembros de la Junta de Comisionados del Condado - Término No Vencido
*(Vote por Uno)*

| | |
|---|---|
| **D1** | **Jennifer Fleisher** |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |

## E — Members of the Board of County Commissioners
*(Vote For Two)*
Miembros de la Junta de Comisionados del Condado
*(Vote por Dos)*

| | |
|---|---|
| **E1** | **Edward T. McDonnell** |
| Camden County Democratic Committee, Inc. | |
| **E2** | **Colleen Bianco Bezich** |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |

## F — Municipal Offices / Oficinas Municipales

### Mayor
*(Vote For One)*
Alcalde
*(Vote por Uno)*

| | |
|---|---|
| **F1** | **Theo Spencer** |
| Independent Democrat for Camden | |
| **F2** | **Victor G. Carstarphen** |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |

## G — Members of Council at-Large
*(Vote For Three)*
Miembros del Concilio Municipal por Acumulacion
*(Vote por Tres)*

| | |
|---|---|
| **G1** | **Sheila Davis** |
| Community First Real Democrats For Camden | |
| **G2** | **Tyann La'Shae Harris** |
| Community First Real Democrats For Camden | |
| **G3** | **Corinne Powers** |
| Community First Real Democrats For Camden | |
| **G4** | **Angel Fuentes** |
| Camden County Democratic Committee, Inc. | |
| **G5** | **Nohemi Soria-Perez** |
| Camden County Democratic Committee, Inc. | |
| **G6** | **Nurah Z. Muhammad** |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |

## H — Members of County Committee At-Large
*(Vote for One)*
Miembros del Comité del Condado por Acumulacion
*(Vote por Uno)*

### H1 Camden County Democrat Committee, Inc.

| | |
|---|---|
| Jeanette Alvarez | Arthur Barclay |
| Kathryn Blackshear | Kevin Belfort |
| Natalie Caldwell | Victor G. Carstarphen |
| Deletha Carstarphen | Chris Collins |
| Latina Gaines | Ramon Crispin-Alvarez |
| Tasha Gainey | Derek Davis |
| Wanda Garcia | Angel Fuentes |
| Nurah Z. Muhammad | N'Namdee Nelson |
| Deborah Person-Polk | Scott Shepherd |
| Jannette Ramos | Troy Still |
| Sheila Roberts | Gilbert "Whip" Wilson |
| Nohemi Soria-Perez | Luis Miranda |
| Gwendolyn Sunkett-Torres | Guy Still |
| Nyemah Gillespie | Falio Leyba-Martinez |
| Lapree Burgess | David McKee |

### H2 Community First Real Democrats For Camden

| | |
|---|---|
| Amirah Kane | Anthony Ways |
| CinQuetta Hurt | Malcolm Byrd |
| Caress Green | Elton Custis |
| Esther Mercado-Pitts | Andrew Selby |
| Tyann La'Shae Harris | Jose J. Ramos |
| Jenelle Davis | Sean M. Brown |
| Sheila Davis | Bryan Morton |
| Danielle Woodard | Keith Benson |
| Susan Stukes | Demetrius Robinson |
| Brenda Thomas | Faheem Lea |
| Brigena Tatem | Antonne Henshaw |
| Lynette Tinley | Keith Benson |
| La'miyah Davis | Brian Byrd |
| | Lyndell Reevey |
| | Stacy Still |
| | Jovaan Torres |

## I — Members of County Committee Ward 3
*(Vote for One)*
Miembros del Comité del Condado Ward 3
*(Vote por Uno)*

### I1 Camden County Democrat Committee, Inc.

Luis Rivera
Isaiah Rivera
Ronny Rodriguez
Hilario Fontanillas
Maria Sharma
Mary Espinal
Miguelina Sepulveda-Bassa
Ysabel Nunez

---

### INSTRUCTIONS TO VOTERS
Use ONLY a black or blue pen to mark your ballot.
This ballot will be read by a machine. For your vote to count, fill in oval completely.

Correct     Incorrect   

1. **To vote for candidates** on this ballot, completely fill in the oval to the right of the candidate for each selection. Do not vote for more candidates than are to be elected to any office.
2. **To vote for any person whose name is not printed on the ballot**, write the name of such person opposite the proper title of office in the column designated Write-In and fill in the one oval on right of this area. Do NOT use pre-printed stickers. IF NOT DONE PROPERLY YOUR WRITE-IN VOTE WILL BE VOID AND NOT COUNTED.
3. Do not mark this ballot in any other manner than above provided for and make no erasures. If this ballot is torn, soiled, defaced or incorrectly marked, return it and obtain another.

### INSTRUCCIONES PARA LOS VOTANTES
Utilice sólo un bolígrafo de tinta negra o azul para marcar su papeleta.
Esta papeleta será leída por la maquina. Para que su voto cuenta llene el círculo.

Correcto     Incorrecto   

1. **Para votar por candidatos** en esta papeleta, llene completamente el óvalo de la derecha del candidato para cada selección. No vote por más candidatos que los que van a ser elegidos para ese cargo.
2. **Para votar por cualquier persona que nombre no esta en la papeleta**, escriba el nombre de esa persona opuesto a la posición apropiada, en la columna designada como Por Escrito y llene el óvalo a la derecha de esta área. NO use calcomanías pre-impresas. Si no se hace esto correctamente su voto por esta persona será nulo y no contara. POR FAVOR PREGUNTE SI TIENE ALGUNA DUDA.
3. No marque esta papeleta de ninguna otra forma que no sea de la manera que se ha descrito en la parte superior y no hagan ninguna tachadura o borrones. Si la papeleta se le ha desgarrado, está sucia, borrosa o marcado incorrectamente, devuélvala y obtenga otra.

## DEM    PROV    Camden Ward 3 Provisional

Camden City
Camden County
**Ward 3**

## OFFICIAL DEMOCRAT PRIMARY ELECTION EMERGENCY BALLOT

**June 10, 2025 • 5th Legislative District**

**PAPELETA OFICIAL DE EMERGENCIA DEMOCRATA ELECCION PRIMARIA**

10 de junio del 2025 • 5to Distrito Legislativo

*Pamela R. Lampitt*
**Pamela R. Lampitt**
County Clerk
Secretario del Condado

**To protect your vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you to do so.

**Para proteger su voto:**
ES ILEGAL PARA CUALQUIERA OTRA PERSONA EXCEPTO USTED EL VOTANTE, MARCAR O INSPECCIONAR ESTA PAPELETA. Sin embargo, un miembro de familia puede ayudarle a hacerlo.

---

### State Offices
Oficinas del Estado

**A** Governor
*(Vote For One)*
Gobernador
*(Vote por Uno)*

| | |
|---|---|
| **A1** | Sean Spiller |
| Camden County Democrats Protecting Our Democracy | |
| **A2** | Steve Sweeney |
| Camden County Democratic Committee, Inc. | |
| **A3** | Mikie Sherrill |
| Navy Pilot. Mom. Democrat For NJ. | |
| **A4** | Steven Fulop |
| Democrats for Change | |
| **A5** | Ras J. Baraka |
| Reimagine NJ | |
| **A6** | Josh Gottheimer |
| Democrats of Camden County | |
| Write-in | ○ |
| Por Escrito | |

**B** Members of the General Assembly
*(Vote For Two)*
Miembros de la Asamblea General
*(Vote por Dos)*

| | |
|---|---|
| **B1** | William F. Moen, Jr. ○ |
| Camden County Democratic Committee, Inc. | |
| **B2** | William W. Spearman ○ |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |

### County Offices
Oficinas del Condado

**C** Surrogate
*(Vote For One)*
Surrogate
*(Vote por Uno)*

| | |
|---|---|
| **C1** | Michelle Gentek-Mayer |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |

**D** Member of the Board of County Commissioners - Unexpired Term
*(Vote For One)*
Miembros de la Junta de Comisionados del Condado - Término No Vencido
*(Vote por Uno)*

| | |
|---|---|
| **D1** | Jennifer Fleisher |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |

---

**E** Members of the Board of County Commissioners
*(Vote For Two)*
Miembros de la Junta de Comisionados del Condado
*(Vote por Dos)*

| | |
|---|---|
| **E1** | Edward T. McDonnell |
| Camden County Democratic Committee, Inc. | |
| **E2** | Colleen Bianco Bezich |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |

### Municipal Offices
Oficinas Municipales

**F** Mayor
*(Vote For One)*
Alcalde
*(Vote por Uno)*

| | |
|---|---|
| **F1** | Theo Spencer |
| Independent Democrat for Camden | |
| **F2** | Victor G. Carstarphen |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |

**G** Members of Council at-Large
*(Vote For Three)*
Miembros del Concilio Municipal por Acumulacion
*(Vote por Tres)*

| | |
|---|---|
| **G1** | Sheila Davis |
| Community First Real Democrats For Camden | |
| **G2** | Tyann La'Shae Harris |
| Community First Real Democrats For Camden | |
| **G3** | Corinne Powers |
| Community First Real Democrats For Camden | |
| **G4** | Angel Fuentes |
| Camden County Democratic Committee, Inc. | |
| **G5** | Nohemi Soria-Perez |
| Camden County Democratic Committee, Inc. | |
| **G6** | Nurah Z. Muhammad |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |

---

**H** Members of County Committee At-Large
*(Vote for One)*
Miembros del Comité del Condado por Acumulacion
*(Vote por Uno)*

**H1** Camden County Democrat Committee, Inc. ○

| | |
|---|---|
| Jeanette Alvarez | Arthur Barclay |
| Kathryn Blackshear | Kevin Belfort |
| Deletha Carstarphen | Victor G. Carstarphen |
| Latina Gaines | Ramon Crispin-Alvarez |
| Tasha Gainey | Derek Davis |
| Wanda Garcia | Angel Fuentes |
| Tameeka Mason | Darryl Mack |
| Nurah Z. Muhammad | N'Namdee Nelson |
| Deborah Person-Polk | Scott Shepherd |
| Jannette Ramos | Troy Still |
| Sheila Roberts | Gilbert "Whip" Wilson |
| Nohemi Soria-Perez | Luis Miranda |
| Gwendolyn Sunkett-Torres | Guy Still |
| Nyemah Gillespie | Falio Leyba-Martinez |
| Lapree Burgess | David McKee |

**H2** Community First Real Democrats For Camden ○

| | |
|---|---|
| Amirah Kane | Anthony Ways |
| CinQuetta Hurt | Malcolm Byrd |
| Caress Green | Elton Custis |
| Esther Mercado-Pitts | Andrew Selby |
| Tyann La'Shae Harris | Jose J. Ramos |
| Jenelle Davis | Sean M. Brown |
| Sheila Davis | Bryan Morton |
| Danielle Woodard | Keith Benson |
| Susan Stukes | Demetrius Robinson |
| Brenda Thomas | Faheem Lea |
| Brigena Tatem | Antonne Henshaw |
| Lynette Tinley | Keith Benson |
| La'miyah Davis | Brian Byrd |
| | Lyndell Reevey |
| | Stacy Still |
| | Jovaan Torres |

**I** Members of County Committee Ward 3
*(Vote for One)*
Miembros del Comité del Condado Ward 3
*(Vote por Uno)*

**I1** Camden County Democrat Committee, Inc. ○

| |
|---|
| Luis Rivera |
| Isaiah Rivera |
| Ronny Rodriguez |
| Hilario Fontanillas |
| Maria Sharma |
| Mary Espinal |
| Miguelina Sepulveda-Bassa |
| Ysabel Nunez |

---

**INSTRUCTIONS TO VOTERS**
Use ONLY a black or blue ink pen to mark your ballot.
This ballot will be read by a machine. For your vote to count, fill in oval completely.

Correct     Incorrect  

1. **To vote for candidates** on this ballot, completely fill in the oval to the right of the candidate for each selection. Do not vote for more candidates than are to be elected to any office.
2. **To vote for any person whose name is not printed on the ballot,** write the name of such person opposite the proper title of office in the column designated Write-In and fill in the one oval on right of this area. Do NOT use pre-printed stickers. IF NOT DONE PROPERLY YOUR WRITE-IN VOTE WILL BE VOID AND NOT COUNTED.
3. Do not mark this ballot in any other manner than above provided for and make no erasures. If this ballot is torn, soiled, defaced or incorrectly marked, return it and obtain another.

**INSTRUCCIONES PARA LOS VOTANTES**
Utilice sólo un bolígrafo de tinta negra o azul para marcar su papeleta.
Esta papeleta será leída por la maquina. Para que su voto cuenta llene el círculo.

Correcto     Incorrecto   

1. **Para votar por** candidatos en esta papeleta, llene completamente el óvalo de la derecha del candidato para cada selección. No vote por más candidatos que los que van a ser elegidos para ese cargo.
2. **Para votar por cualquier persona que nombre no esta en la papeleta,** escriba el nombre de esa persona opuesto a la posición apropiada, en la columna designada como Por Escrito y llene el óvalo a la derecha de esta área. NO use calcomanías pre-impresas. Si no se hace esto correctamente su voto por esta persona será nulo y no contará. POR FAVOR PREGUNTE SI TIENE ALGUNA DUDA.
3. No marque esta papeleta de ninguna otra forma que no sea de la manera que se ha descrito en la parte superior y no hagan ninguna tachadura o borrones. Si la papeleta se le ha desgarrado, esta sucia, borrosa o marcado incorrectamente, devuélvala y obtenga otra.



**DEM   EM  Camden Ward 3 EV Emergency**

Camden City
Camden County

**Ward 4  Dist 1**

## OFFICIAL DEMOCRAT PRIMARY ELECTION BALLOT

**June 10, 2025 • 5th Legislative District**

*Pamela R. Lampitt*

**Pamela R. Lampitt**
County Clerk
Secretario del Condado

**PAPELETA OFICIAL DEMOCRATÁ ELECCION PRIMARIA**

10 de junio del 2025 • 5to Distrito Legislativo

To protect your vote:
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so.

Para proteger su voto:
ES ILEGAL PARA CUALQUIERA OTRA PERSONA EXCEPTO USTED, EL VOTANTE, MARCAR O INSPECCIONAR ESTA PAPELETA. Sin embargo, un miembro de familia puede ayudarle a hacerlo.

### State Offices
Oficinas del Estado

**A**
**Governor**
*(Vote For One)*

**Gobernador**
*(Vote por Uno)*

| | |
|---|---|
| **A1** Sean Spiller | ○ |
| Camden County Democrats Protecting Our Democracy | |
| **A2** Steve Sweeney | ○ |
| Camden County Democrat Committee, Inc. | |
| **A3** Mikie Sherrill | ○ |
| Navy Pilot. Mom. Democrat For NJ. | |
| **A4** Steven Fulop | ○ |
| Democrats for Change | |
| **A5** Ras J. Baraka | ○ |
| Reimagine NJ | |
| **A6** Josh Gottheimer | ○ |
| Democrats of Camden County | |
| Write-in | ○ |
| Por Escrito | |

**B**
**Members of the General Assembly**
*(Vote For Two)*

**Miembros de la Asamblea General**
*(Vote por Dos)*

| | |
|---|---|
| **B1** William F. Moen, Jr. | ○ |
| Camden County Democrat Committee, Inc. | |
| **B2** William W. Spearman | ○ |
| Camden County Democrat Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |

### County Offices
Oficinas del Condado

**C**
**Surrogate**
*(Vote For One)*

**Surrogate**
*(Vote por Uno)*

| | |
|---|---|
| **C1** Michelle Gentek-Mayer | ○ |
| Camden County Democrat Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |

**D**
**Member of the Board of County Commissioners - Unexpired Term**
*(Vote For One)*

**Miembros de la Junta de Comisionados del Condado - Término No Vencido**
*(Vote por Uno)*

| | |
|---|---|
| **D1** Jennifer Fleisher | ○ |
| Camden County Democrat Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |

**E**
**Members of the Board of County Commissioners**
*(Vote For Two)*

**Miembros de la Junta de Comisionados del Condado**
*(Vote por Dos)*

| | |
|---|---|
| **E1** Edward T. McDonnell | ○ |
| Camden County Democrat Committee, Inc. | |
| **E2** Colleen Bianco Bezich | ○ |
| Camden County Democrat Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |

### Municipal Offices
Oficinas Municipales

**F**
**Mayor**
*(Vote For One)*

**Alcalde**
*(Vote por Uno)*

| | |
|---|---|
| **F1** Theo Spencer | ○ |
| Independent Democrat for Camden | |
| **F2** Victor G. Carstarphen | ○ |
| Camden County Democrat Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |

**G**
**Members of Council at-Large**
*(Vote For Three)*

**Miembros del Concilio Municipal por Acumulacion**
*(Vote por Tres)*

| | |
|---|---|
| **G1** Sheila Davis | ○ |
| Community First Real Democrats For Camden | |
| **G2** Tyann La'Shae Harris | ○ |
| Community First Real Democrats For Camden | |
| **G3** Corinne Powers | ○ |
| Community First Real Democrats For Camden | |
| **G4** Angel Fuentes | ○ |
| Camden County Democrat Committee, Inc. | |
| **G5** Nohemi Soria-Perez | ○ |
| Camden County Democrat Committee, Inc. | |
| **G6** Nurah  Z. Muhammad | ○ |
| Camden County Democrat Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |

**H**
**Members of County Committee At-Large**
*(Vote for One)*

**Miembros del Comité del Condado por Acumulacion**
*(Vote por Uno)*

**H1  Camden County Democrat Committee, Inc.** ○

| | |
|---|---|
| Jeanette Alvarez | Arthur Barclay |
| Kathryn Blackshear | Kevin Belfort |
| Deletha Carstarphen | Victor G. Carstarphen |
| Latina Gaines | Chris Collins |
| Tasha Gainey | Ramon Crispin-Alvarez |
| Wanda Garcia | Derek Davis |
| Nurah Z. Muhammad | Angel Fuentes |
| Deborah Person-Polk | N'Namdee Nelson |
| Jannette Ramos | Scott Shepherd |
| Sheila Roberts | Darryl Mack |
| Nohemi Soria-Perez | Troy Still |
| Gwendolyn Sunkett-Torres | Gilbert "Whip" Wilson |
| Nyemah Gillespie | Luis Miranda |
| Lapree Burgess | Guy Still |
| | Falio Leyba-Martinez |
| | David McKee |

**H2  Community First Real Democrats For Camden**

| | |
|---|---|
| Amirah Kane | Anthony Ways |
| CinQuetta Hurt | Malcolm Byrd |
| Caress Green | Elton Custis |
| Esther Mercado-Pitts | Andrew Selby |
| Tyann La'Shae Harris | Jose J. Ramos |
| Jenelle Davis | Sean M. Brown |
| Sheila Davis | Bryan Morton |
| Danielle Woodard | Demetrius Robinson |
| Susan Stukes | Faheem Lea |
| Brenda Thomas | Antonne Henshaw |
| Brigena Tatem | Keith Benson |
| Lynette Tinley | Brian Byrd |
| La'miyah Davis | Lyndell Reevey |
| | Stacy Still |
| | Jovaan Torres |

**I**
**Members of County Committee Ward 4**
*(Vote for One)*

**Miembros del Comité del Condado Ward 4**
*(Vote por Uno)*

**I1  Camden County Democrat Committee, Inc.** ○

Ian Leonard
Jose Brito
Luis Lopez
Juan Perez
Alicia Rivera
Cinthia Miranda
Karen Merricks
Maritza Alston

---

**INSTRUCTIONS TO VOTERS**
Use ONLY a black or blue ink pen to mark your ballot.
This ballot will be read by a machine. For your vote to count, fill in oval completely.



Correct      Incorrect   

**INSTRUCCIONES PARA LOS VOTANTES**
Utilice sólo un bolígrafo de tinta negra o azul para marcar su papeleta.
Esta papeleta será leída por la maquina.  Para que su voto cuenta llene el circulo.

Correcto      Incorrecto   

1. **To vote for candidates** on this ballot, completely fill in the oval to the right of the candidate for each selection. Do not vote for more candidates than are to be elected to any office.
2. **To vote for any person whose name is not printed on the ballot**, write the name of such person opposite the proper title of office in the column designated Write-In and fill in the one oval on right of this area. DO NOT use pre-printed stickers. IF NOT DONE PROPERLY YOUR WRITE-IN VOTE WILL BE VOID AND NOT COUNTED.
3. Do not mark this ballot in any other manner than above provided for and make no erasures. If this ballot is torn, soiled, defaced or incorrectly marked, return it and obtain another.

1. **Para votar por candidatos** en esta papeleta, llene completamente el óvalo de la derecha del candidato para cada selección. No vote por más candidatos que los que van a ser elegidos para ese cargo.
2. **Para votar por cualquier persona que nombre no esta en la papeleta**, escriba el nombre de esa persona opuesto a la posición apropiada, en la columna designada como Por Escrito y llene el óvalo a la derecha de esta área. NO use calcomanías pre-impresas. Si no se hace esto correctamente su voto por esta persona será nulo y no contará. POR FAVOR PREGUNTE SI TIENE ALGUNA DUDA.
3. No marque esta papeleta de ninguna otra forma que no sea de la manera que se ha descrito en la parte superior y no haga ninguna tachadura o borrones. Si la papeleta se le ha desgarrado, está sucia, borrosa o marcado incorrectamente, devuélvala y obtenga otra.

## DEM    ED/EV    Camden Ward 4 District 1

**Camden City**
Camden County
**Ward 4**

To protect your vote:
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so.

Para proteger su voto:
ES ILEGAL PARA CUALQUIERA OTRA PERSONA EXCEPTO USTED EL VOTANTE, MARCAR O INSPECCIONAR ESTA PAPELETA. Sin embargo, un miembro de familia puede ayudarle a hacerlo.

# OFFICIAL DEMOCRAT PRIMARY ELECTION PROVISIONAL BALLOT

**June 10, 2025 • 5th Legislative District**

**PAPELETA OFICIAL PROVISIONAL DEMOCRATA ELECCION PRIMARIA**

10 de junio del 2025 • 5to Distrito Legislativo

*Pamela R. Lampitt*

**Pamela R. Lampitt**
County Clerk
Secretario del Condado

---

## State Offices
Oficinas del Estado

### A — Governor
*(Vote For One)*

Gobernador
*(Vote por Uno)*

| | |
|---|---|
| **A1** Sean Spiller | |
| Camden County Democrats Protecting Our Democracy | |
| **A2** Steve Sweeney | |
| Camden County Democratic Committee, Inc. | |
| **A3** Mikie Sherrill | |
| Navy Pilot. Mom. Democrat For NJ. | |
| **A4** Steven Fulop | |
| Democrats for Change | |
| **A5** Ras J. Baraka | |
| Reimagine NJ | |
| **A6** Josh Gottheimer | |
| Democrats of Camden County | |
| Write-in | ○ |
| Por Escrito | |

### B — Members of the General Assembly
*(Vote For Two)*

Miembros de la Asamblea General
*(Vote por Dos)*

| | |
|---|---|
| **B1** William F. Moen, Jr. | ○ |
| Camden County Democratic Committee, Inc. | |
| **B2** William W. Spearman | ○ |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |

## County Offices
Oficinas del Condado

### C — Surrogate
*(Vote For One)*

Surrogate
*(Vote por Uno)*

| | |
|---|---|
| **C1** Michelle Gentek-Mayer | |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |

### D — Member of the Board of County Commissioners - Unexpired Term
*(Vote For One)*

Miembros de la Junta de Comisionados del Condado - Término No Vencido
*(Vote por Uno)*

| | |
|---|---|
| **D1** Jennifer Fleisher | |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |

---

### E — Members of the Board of County Commissioners
*(Vote For Two)*

Miembros de la Junta de Comisionados del Condado
*(Vote por Dos)*

| | |
|---|---|
| **E1** Edward T. McDonnell | |
| Camden County Democratic Committee, Inc. | |
| **E2** Colleen Bianco Bezich | |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |

## Municipal Offices
Oficinas Municipales

### F — Mayor
*(Vote For One)*

Alcalde
*(Vote por Uno)*

| | |
|---|---|
| **F1** Theo Spencer | |
| Independent Democrat for Camden | |
| **F2** Victor G. Carstarphen | |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |

### G — Members of Council at-Large
*(Vote For Three)*

Miembros del Concilio Municipal por Acumulacion
*(Vote por Tres)*

| | |
|---|---|
| **G1** Sheila Davis | |
| Community First Real Democrats for Camden | |
| **G2** Tyann La'Shae Harris | |
| Community First Real Democrats for Camden | |
| **G3** Corinne Powers | |
| Community First Real Democrats for Camden | |
| **G4** Angel Fuentes | |
| Camden County Democratic Committee, Inc. | |
| **G5** Nohemi Soria-Perez | |
| Camden County Democratic Committee, Inc. | |
| **G6** Nurah Z. Muhammad | |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |

---

### H — Members of County Committee At-Large
*(Vote for One)*

Miembros del Comité del Condado por Acumulacion
*(Vote por Uno)*

**H1  Camden County Democrat Committee, Inc.**

| | |
|---|---|
| Jeanette Alvarez | Arthur Barclay |
| Kathryn Blackshear | Kevin Belfort |
| Natalie Caldwell | Victor G. Carstarphen |
| Deletha Carstarphen | Chris Collins |
| Latina Gaines | Ramon Crispin-Alvarez |
| Tasha Gainey | Derek Davis |
| Wanda Garcia | Angel Fuentes |
| Nurah Z. Muhammad | N'Namdee Nelson |
| Deborah Person-Polk | Scott Shepherd |
| Jannette Ramos | Darryl Mack |
| Sheila Roberts | Gilbert "Whip" Wilson |
| Nohemi Soria-Perez | Luis Miranda |
| Gwendolyn Sunkett-Torres | Guy Still |
| Nyemah Gillespie | Falio Leyba-Martinez |
| Lapree Burgess | David McKee |

**H2  Community First Real Democrats For Camden**

| | |
|---|---|
| Amirah Kane | Anthony Ways |
| CinQuetta Hurt | Malcolm Byrd |
| Caress Green | Elton Custis |
| Esther Mercado-Pitts | Andrew Selby |
| Tyann La'Shae Harris | Jose J. Ramos |
| Jenelle Davis | Sean M. Brown |
| Sheila Davis | Bryan Morton |
| Danielle Woodard | Keith Benson |
| Susan Stukes | Demetrius Robinson |
| Brenda Thomas | Faheem Lea |
| Brigena Tatem | Antonne Henshaw |
| Lynette Tinley | Keith Benson |
| La'miyah Davis | Brian Byrd |
| | Lyndell Reevey |
| | Stacy Still |
| | Jovaan Torres |

### I — Members of County Committee Ward 4
*(Vote for One)*

Miembros del Comité del Condado Ward 4
*(Vote por Uno)*

**I1  Camden County Democrat Committee, Inc.**   ○

Ian Leonard
Jose Brito
Luis Lopez
Juan Perez
Alicia Rivera
Cinthia Miranda
Karen Merricks
Maritza Alston

---

### INSTRUCTIONS TO VOTERS
Use ONLY a black or blue ink pen to mark your ballot.
This ballot will be read by a machine. For your vote to count, fill in oval completely.

Correct     Incorrect   

1. **To vote for candidates** on this ballot, completely fill in the oval to the right of the candidate for each selection. Do not vote for more candidates than are to be elected to any office.
2. **To vote for any person whose name is not printed on the ballot,** write the name of such person opposite the proper title of office in the column designated Write-In and fill in the one oval on right of this area. DO NOT use pre-printed stickers. IF NOT DONE PROPERLY YOUR WRITE-IN VOTE WILL BE VOID AND NOT COUNTED.
3. Do not mark this ballot in any other manner than above provided for and make no erasures. If this ballot is torn, soiled, defaced or incorrectly marked, return it and obtain another.

### INSTRUCCIONES PARA LOS VOTANTES
Utilice sólo un bolígrafo de tinta negra o azul para marcar su papeleta.
Esta papeleta será leída por la maquina. Para que su voto cuenta llene el circulo.

Correcto     Incorrecto    

1. **Para votar por candidatos** en esta papeleta, llene completamente el óvalo de la derecha del candidato para cada selección. No vote por más candidatos que los que van a ser elegidos para ese cargo.
2. **Para votar por cualquier persona que nombre no esta en la papeleta,** escriba el nombre de esa persona opuesto a la posición apropiada, en la columna designada como Por Escrito y llene el óvalo a la derecha de esta área. NO use calcomanías pre-impresas. Si no se hace esto correctamente su voto por esta persona será nulo y no contara. POR FAVOR PREGUNTE SI TIENE ALGUNA DUDA.
3. No marque esta papeleta de ninguna otra forma que no sea de la manera que se ha descrito en la parte superior y no hagan ninguna tachadura o borrones. Si la papeleta se le ha desgarrado, está sucia, borrosa o marcado incorrectamente, devuélvala y obtenga otra.

---

**DEM   PROV   Camden Ward 4 Provisional**

**Camden City**
**Camden County**

**Ward 4**

## OFFICIAL DEMOCRAT PRIMARY ELECTION EMERGENCY BALLOT

**June 10, 2025 • 5th Legislative District**

**PAPELETA OFICIAL DE EMERGENCIA DEMOCRATA ELECCION PRIMARIA**

**10 de junio del 2025 • 5to Distrito Legislativo**

*Pamela R. Lampitt*

**Pamela R. Lampitt**
County Clerk
Secretario del Condado

**To protect your vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so.

**Para proteger su voto:**
ES ILEGAL PARA CUALQUIERA OTRA PERSONA EXCEPTO USTED EL VOTANTE, MARCAR O INSPECCIONAR ESTA PAPELETA. Sin embargo, un miembro de familia puede ayudarle a hacerlo.

---

### State Offices
#### Oficinas del Estado

**A**

**Governor**
*(Vote For One)*

**Gobernador**
*(Vote por Uno)*

| | | |
|---|---|---|
| **A1** | Sean Spiller | ○ |
| | Camden County Democrats Protecting Our Democracy | |
| **A2** | Steve Sweeney | ○ |
| | Camden County Democratic Committee, Inc. | |
| **A3** | Mikie Sherrill | ○ |
| | Navy Pilot. Mom. Democrat For NJ. | |
| **A4** | Steven Fulop | ○ |
| | Democrats for Change | |
| **A5** | Ras J. Baraka | ○ |
| | Reimagine NJ | |
| **A6** | Josh Gottheimer | ○ |
| | Democrats of Camden County | |
| | Write-in | ○ |
| | Por Escrito | |

**B**

**Members of the General Assembly**
*(Vote For Two)*

**Miembros de la Asamblea General**
*(Vote por Dos)*

| | | |
|---|---|---|
| **B1** | William F. Moen, Jr. | ○ |
| | Camden County Democratic Committee, Inc. | |
| **B2** | William W. Spearman | ○ |
| | Camden County Democratic Committee, Inc. | |
| | Write-in | ○ |
| | Por Escrito | |
| | Write-in | ○ |
| | Por Escrito | |

### County Offices
#### Oficinas del Condado

**C**

**Surrogate**
*(Vote For One)*

**Surrogate**
*(Vote por Uno)*

| | | |
|---|---|---|
| **C1** | Michelle Gentek-Mayer | ○ |
| | Camden County Democratic Committee, Inc. | |
| | Write-in | ○ |
| | Por Escrito | |

**D**

**Member of the Board of County Commissioners - Unexpired Term**
*(Vote For One)*

**Miembros de la Junta de Comisionados del Condado - Término No Vencido**
*(Vote por Uno)*

| | | |
|---|---|---|
| **D1** | Jennifer Fleisher | ○ |
| | Camden County Democratic Committee, Inc. | |
| | Write-in | ○ |
| | Por Escrito | |

---

**E**

**Members of the Board of County Commissioners**

*(Vote For Two)*

**Miembros de la Junta de Comisionados del Condado**
*(Vote por Dos)*

| | | |
|---|---|---|
| **E1** | Edward T. McDonnell | ○ |
| | Camden County Democratic Committee, Inc. | |
| **E2** | Colleen Bianco Bezich | ○ |
| | Camden County Democratic Committee, Inc. | |
| | Write-in | ○ |
| | Por Escrito | |
| | Write-in | ○ |
| | Por Escrito | |

### Municipal Offices
#### Oficinas Municipales

**F**

**Mayor**
*(Vote For One)*

**Alcalde**
*(Vote por Uno)*

| | | |
|---|---|---|
| **F1** | Theo Spencer | ○ |
| | Independent Democrat for Camden | |
| **F2** | Victor G. Carstarphen | ○ |
| | Camden County Democratic Committee, Inc. | |
| | Write-in | ○ |
| | Por Escrito | |

**G**

**Members of Council at-Large**
*(Vote For Three)*

**Miembros del Concilio Municipal por Acumulacion**
*(Vote por Tres)*

| | | |
|---|---|---|
| **G1** | Sheila Davis | ○ |
| | Community First Real Democrats For Camden | |
| **G2** | Tyann La'Shae Harris | ○ |
| | Community First Real Democrats For Camden | |
| **G3** | Corinne Powers | ○ |
| | Community First Real Democrats For Camden | |
| **G4** | Angel Fuentes | ○ |
| | Camden County Democratic Committee, Inc. | |
| **G5** | Nohemi Soria-Perez | ○ |
| | Camden County Democratic Committee, Inc. | |
| **G6** | Nurah Z. Muhammad | ○ |
| | Camden County Democratic Committee, Inc. | |
| | Write-in | ○ |
| | Por Escrito | |
| | Write-in | ○ |
| | Por Escrito | |
| | Write-in | ○ |
| | Por Escrito | |

---

**H**

**Members of County Committee At-Large**
*(Vote for One)*

**Miembros del Comité del Condado por Acumulacion**
*(Vote por Uno)*

**H1** Camden County Democrat Committee, Inc. ○

| | |
|---|---|
| Jeanette Alvarez | Arthur Barclay |
| Kathryn Blackshear | Kevin Belfort |
| Deletha Carstarphen | Victor G. Carstarphen |
| Latina Gaines | Chris Collins |
| Tasha Gainey | Ramon Crispin-Alvarez |
| Wanda Garcia | Derek Davis |
| Nurah Z. Muhammad | Angel Fuentes |
| Deborah Person-Polk | N'Namdee Nelson |
| Jannette Ramos | Scott Shepherd |
| Sheila Roberts | Troy Still |
| Nohemi Soria-Perez | Gilbert "Whip" Wilson |
| Gwendolyn Sunkett-Torres | Luis Miranda |
| Nyemah Gillespie | Guy Still |
| Lapree Burgess | Falio Leyba-Martinez |
| | David McKee |

**H2** Community First Real Democrats For Camden ○

| | |
|---|---|
| Amirah Kane | Anthony Ways |
| CinQuetta Hurt | Malcolm Byrd |
| Caress Green | Elton Custis |
| Esther Mercado-Pitts | Andrew Selby |
| Tyann La'Shae Harris | Jose J. Ramos |
| Jenelle Davis | Sean M. Brown |
| Sheila Davis | Bryan Morton |
| Danielle Woodard | Keith Benson |
| Susan Stukes | Demetrius Robinson |
| Brenda Thomas | Faheem Lea |
| Brigena Tatem | Antonne Henshaw |
| Lynette Tinley | Keith Benson |
| La'miyah Davis | Brian Byrd |
| | Lyndell Reevey |
| | Stacy Still |
| | Jovaan Torres |

**I**

**Members of County Committee Ward 4**
*(Vote for One)*

**Miembros del Comité del Condado Ward 4**
*(Vote por Uno)*

**I1** Camden County Democrat Committee, Inc. ○

Ian Leonard
Jose Brito
Luis Lopez
Juan Perez
Alicia Rivera
Cinthia Miranda
Karen Merricks
Maritza Alston

---

**INSTRUCTIONS TO VOTERS**
Use ONLY a black or blue ink pen to mark your ballot.
This ballot will be read by a machine. For your vote to count, fill in oval completely.

Correct    Incorrect   

**INSTRUCCIONES PARA LOS VOTANTES**
Utilice sólo un bolígrafo de tinta negra o azul para marcar su papeleta.
Esta papeleta será leída por la maquina. Para que su voto cuenta llene el circulo.

Correcto    Incorrecto    

1. **To vote for candidates** on this ballot, completely fill in the oval to the right of the candidate for each selection. Do not vote for more candidates than are to be elected to any office.
2. **To vote for any person whose name is not printed on the ballot**, write the name of such person opposite the proper title of office in the column designated Write-in and fill in the one oval on right of this area. DO NOT use pre-printed stickers. IF NOT DONE PROPERLY YOUR WRITE-IN VOTE WILL BE VOID AND NOT COUNTED.
3. Do not mark this ballot in any other manner than above provided for and make no erasures. If this ballot is torn, soiled, defaced or incorrectly marked, return it and obtain another.

1. **Para votar por candidatos** en esta papeleta, llene completamente el óvalo de la derecha del candidato para cada selección. No vote por más candidatos que los que van a ser elegidos para ese cargo.
2. **Para votar por cualquier persona que nombre no esta en la papeleta**, escriba el nombre de esa persona opuesto a la posición apropiada, en la columna designada como Por Escrito y llene el óvalo a la derecha de esta área. NO use calcomanías pre-impresas. Si no se hace esto correctamente su voto por esta persona será nulo y no contara. POR FAVOR PREGUNTE SI TIENE ALGUNA DUDA.
3. No marque esta papeleta de ninguna otra forma que no sea de la manera que se ha descrito en la parte superior y no haga ninguna tachadura o borrones. Si la papeleta se le ha desgarrado, esta sucia, borrosa o marcado incorrectamente, devuélvala y obtenga otra.

**DEM   EM   Camden Ward 4 EV Emergency**

Camden City
Camden County
**Ward 1  Dist 1**

# OFFICIAL DEMOCRAT PRIMARY ELECTION MAIL-IN BALLOT

**June 10, 2025 • 5th Legislative District**

*Pamela R. Lampitt*
**Pamela R. Lampitt**
County Clerk
Secretario del Condado

**PAPELETA OFICIAL DEMOCRATA ELECCION PRIMARIA POR CORREO**

10 de junio del 2025 • 5to Distrito Legislativo

**To protect your vote:** IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so.

**Para proteger su voto:** ES ILEGAL PARA CUALQUIERA OTRA PERSONA EXCEPTO USTED, EL VOTANTE, MARCAR O INSPECCIONAR ESTA PAPELETA. Sin embargo, un miembro de familia puede ayudarle a hacerlo.

## State Offices
### Oficinas del Estado

**A**

### Governor
*(Vote For One)*

**Gobernador**
*(Vote por Uno)*

| | |
|---|---|
| **A1** Sean Spiller | |
| Camden County Democrats Protecting Our Democracy | ○ |
| **A2** Steve Sweeney | |
| Camden County Democratic Committee, Inc. | ○ |
| **A3** Mikie Sherrill | |
| Navy Pilot. Mom. Democrat For NJ. | ○ |
| **A4** Steven Fulop | |
| Democrats for Change | ○ |
| **A5** Ras J. Baraka | |
| Reimagine NJ | ○ |
| **A6** Josh Gottheimer | |
| Democrats of Camden County | ○ |
| Write-in | |
| Por Escrito | ○ |

**B**

### Members of the General Assembly
*(Vote For Two)*

**Miembros de la Asamblea General**
*(Vote por Dos)*

| | |
|---|---|
| **B1** William F. Moen, Jr. | |
| Camden County Democratic Committee, Inc. | ○ |
| **B2** William W. Spearman | |
| Camden County Democratic Committee, Inc. | ○ |
| Write-in | |
| Por Escrito | ○ |
| Write-in | |
| Por Escrito | ○ |

## County Offices
### Oficinas del Condado

**C**

### Surrogate
*(Vote For One)*

**Surrogate**
*(Vote por Uno)*

| | |
|---|---|
| **C1** Michelle Gentek-Mayer | |
| Camden County Democratic Committee, Inc. | ○ |
| Write-in | |
| Por Escrito | ○ |

**D**

### Member of the Board of County Commissioners - Unexpired Term
*(Vote For One)*

**Miembros de la Junta de Comisionados del Condado - Término No Vencido**
*(Vote por Uno)*

| | |
|---|---|
| **D1** Jennifer Fleisher | |
| Camden County Democratic Committee, Inc. | ○ |
| Write-in | |
| Por Escrito | ○ |

**E**

### Members of the Board of County Commissioners
*(Vote For Two)*

**Miembros de la Junta de Comisionados del Condado**
*(Vote por Dos)*

| | |
|---|---|
| **E1** Edward T. McDonnell | |
| Camden County Democratic Committee, Inc. | ○ |
| **E2** Colleen Bianco Bezich | |
| Camden County Democratic Committee, Inc. | ○ |
| Write-in | |
| Por Escrito | ○ |
| Write-in | |
| Por Escrito | ○ |

## Municipal Offices
### Oficinas Municipales

**F**

### Mayor
*(Vote For One)*

**Alcalde**
*(Vote por Uno)*

| | |
|---|---|
| **F1** Theo Spencer | |
| Independent Democrat for Camden | ○ |
| **F2** Victor G. Carstarphen | |
| Camden County Democratic Committee, Inc. | ○ |
| Write-in | |
| Por Escrito | ○ |

**G**

### Members of Council at-Large
*(Vote For Three)*

**Miembros del Concilio Municipal por Acumulacion**
*(Vote por Tres)*

| | |
|---|---|
| **G1** Sheila Davis | |
| Community First Real Democrats For Camden | ○ |
| **G2** Tyann La'Shae Harris | |
| Community First Real Democrats For Camden | ○ |
| **G3** Corinne Powers | |
| Community First Real Democrats For Camden | ○ |
| **G4** Angel Fuentes | |
| Camden County Democratic Committee, Inc. | ○ |
| **G5** Nohemi Soria-Perez | |
| Camden County Democratic Committee, Inc. | ○ |
| **G6** Nurah  Z. Muhammad | |
| Camden County Democratic Committee, Inc. | ○ |
| Write-in | |
| Por Escrito | ○ |
| Write-in | |
| Por Escrito | ○ |
| Write-in | |
| Por Escrito | ○ |

**H**

### Members of County Committee At-Large
*(Vote for One)*

**Miembros del Comité del Condado por Acumulacion**
*(Vote por Uno)*

**H1** Camden County Democrat Committee, Inc. ○

| | |
|---|---|
| Jeanette Alvarez | Arthur Barclay |
| Kathryn Blackshear | Kevin Belfort |
| Deletha Carstarphen | Victor G. Carstarphen |
| Latina Gaines | Chris Collins |
| Tasha Gainey | Ramon Crispin-Alvarez |
| Wanda Garcia | Derek Davis |
| Nurah Z. Muhammad | Angel Fuentes |
| Deborah Person-Polk | N'Namdee Nelson |
| Jannette Ramos | Scott Shepherd |
| Sheila Roberts | Darryl Mack |
| Nohemi Soria-Perez | Troy Still |
| Gwendolyn Sunkett-Torres | Gilbert "Whip" Wilson |
| Nyemah Gillespie | Luis Miranda |
| Lapree Burgess | Guy Still |
| | Falio Leyba-Martinez |
| | David McKee |

**H2** Community First Real Democrats For Camden ○

| | |
|---|---|
| Amirah Kane | Anthony Ways |
| CinQuetta Hurt | Malcolm Byrd |
| Caress Green | Elton Custis |
| Esther Mercado-Pitts | Andrew Selby |
| Tyann La'Shae Harris | Jose J. Ramos |
| Jenelle Davis | Sean M. Brown |
| Sheila Davis | Bryan Morton |
| Danielle Woodard | Demetrius Robinson |
| Susan Stukes | Faheem Lea |
| Brenda Thomas | Antonne Henshaw |
| Brigena Tatem | Keith Benson |
| Lynette Tinley | Brian Byrd |
| La'miyah Davis | Lyndell Reevey |
| | Stacy Still |
| | Jovaan Torres |

**I**

### Members of County Committee Ward 1
*(Vote for One)*

**Miembros del Comité del Condado Ward 1**
*(Vote por Uno)*

**I1** Camden County Democrat Committee, Inc. ○

Derrick Gallashaw
Steven Lee
Bryan Stewart
Kevin Jenkins
Erin Johnson
Sallye Harvey
Ayana Baker
Petrina Martinez

---

**INSTRUCTIONS TO VOTERS**
Use ONLY a black or blue ink pen to mark your ballot.
This ballot will be read by a machine. For your vote to count, fill in oval completely.

 Correct     Incorrect  

1. **To vote for candidates** on this ballot, completely fill in the oval to the right of the candidate for each selection. Do not vote for more candidates than are to be elected to any office.
2. **To vote for any person whose name is not printed on the ballot,** write the name of such person opposite the proper title of office in the column designated Write-In and fill in the one oval on right of this area. DO NOT use pre-printed stickers. IF NOT DONE PROPERLY YOUR WRITE-IN VOTE WILL BE VOID AND NOT COUNTED.
3. Do not mark this ballot in any other manner than above provided for and make no erasures. If this ballot is torn, soiled, defaced or incorrectly marked, return it and obtain another.

**INSTRUCCIONES PARA LOS VOTANTES**
Utilice sólo un bolígrafo de tinta negra o azul para marcar su papeleta.
Esta papeleta será leída por la maquina. Para que su voto cuenta llene el círculo.

 Correcto     Incorrecto   

1. **Para votar por** los candidatos en esta papeleta, llene completamente el óvalo de la derecha del candidato para cada selección. No vote por más candidatos que los que van a ser elegidos para esa cargo.
2. **Para votar por cualquier persona que nombre no esta en la papeleta,** escriba el nombre de esa persona opuesto a la posición apropiada, en la columna designada como Por Escrito y llene el óvalo a la derecha de esta área. NO use calcomanías pre-impresas. Si no se hace esto correctamente su voto por esta persona será nulo y no contara. POR FAVOR PREGUNTE SI TIENE ALGUNA DUDA.
3. No marque esta papeleta de ninguna otra forma que no sea de la manera que se ha descrito en la parte superior y no haga ninguna tachadura o borrones. Si la papeleta se la ha desgarrado, está sucia, borrosa o marcado incorrectamente, devuélvala y obtenga otra.

**DEM    VBM  Camden Ward 1 District 1**

Camden City
Camden County

**Ward 2  Dist 1**

# OFFICIAL DEMOCRAT PRIMARY ELECTION MAIL-IN BALLOT

### June 10, 2025 • 5th Legislative District

*Pamela R. Lampitt*

**Pamela R. Lampitt**
County Clerk
Secretario del Condado

**PAPELETA OFICIAL DEMOCRATA ELECCION PRIMARIA POR CORREO**

10 de junio del 2025 • 5to Distrito Legislativo

**To protect your vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so.

**Para proteger su voto:**
ES ILEGAL PARA CUALQUIERA OTRA PERSONA EXCEPTO USTED, EL VOTANTE, MARCAR O INSPECCIONAR ESTA PAPELETA. Sin embargo, un miembro de familia puede ayudarle a hacerlo.

## State Offices
### Oficinas del Estado

### A  Governor
*(Vote For One)*

**Gobernador**
*(Vote por Uno)*

| A1 | Sean Spiller |
|---|---|
| | Camden County Democrats Protecting Our Democracy |
| A2 | Steve Sweeney |
| | Camden County Democratic Committee, Inc. |
| A3 | Mikie Sherrill |
| | Navy Pilot. Mom. Democrat For NJ. |
| A4 | Steven Fulop |
| | Democrats for Change |
| A5 | Ras J. Baraka |
| | Reimagine NJ |
| A6 | Josh Gottheimer |
| | Democrats of Camden County |
| Write-in | ○ |
| Por Escrito | |

### B  Members of the General Assembly
*(Vote For Two)*

**Miembros de la Asamblea General**
*(Vote por Dos)*

| B1 | William F. Moen, Jr. | ○ |
|---|---|---|
| | Camden County Democratic Committee, Inc. | |
| B2 | William W. Spearman | ○ |
| | Camden County Democratic Committee, Inc. | |
| Write-in | | ○ |
| Por Escrito | | |
| Write-in | | ○ |
| Por Escrito | | |

## County Offices
### Oficinas del Condado

### C  Surrogate
*(Vote For One)*

**Surrogate**
*(Vote por Uno)*

| C1 | Michelle Gentek-Mayer | ○ |
|---|---|---|
| | Camden County Democratic Committee, Inc. | |
| Write-in | | ○ |
| Por Escrito | | |

### D  Member of the Board of County Commissioners - Unexpired Term
*(Vote For One)*

**Miembros de la Junta de Comisionados del Condado - Término No Vencido**
*(Vote por Uno)*

| D1 | Jennifer Fleisher |
|---|---|
| | Camden County Democratic Committee, Inc. |
| Write-in | ○ |
| Por Escrito | |

### E  Members of the Board of County Commissioners
*(Vote For Two)*

**Miembros de la Junta de Comisionados del Condado**

| E1 | Edward T. McDonnell |
|---|---|
| | Camden County Democratic Committee, Inc. |
| E2 | Colleen Bianco Bezich |
| | Camden County Democratic Committee, Inc. |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |

## Municipal Offices
### Oficinas Municipales

### F  Mayor
*(Vote For One)*

**Alcalde**
*(Vote por Uno)*

| F1 | Theo Spencer |
|---|---|
| | Independent Democrat for Camden |
| F2 | Victor G. Carstarphen |
| | Camden County Democratic Committee, Inc. |
| Write-in | ○ |
| Por Escrito | |

### G  Members of Council at-Large
*(Vote For Three)*

**Miembros del Concilio Municipal por Acumulacion**
*(Vote por Tres)*

| G1 | Sheila Davis |
|---|---|
| | Community First Real Democrats For Camden |
| G2 | Tyann La'Shae Harris |
| | Community First Real Democrats For Camden |
| G3 | Corinne Powers |
| | Community First Real Democrats For Camden |
| G4 | Angel Fuentes |
| | Camden County Democratic Committee, Inc. |
| G5 | Nohemi Soria-Perez |
| | Camden County Democratic Committee, Inc. |
| G6 | Nurah  Z. Muhammad |
| | Camden County Democratic Committee, Inc. |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |

## H  Members of County Committee At-Large
*(Vote for One)*

**Miembros del Comité del Condado por Acumulacion**
*(Vote por Uno)*

### H1  Camden County Democrat Committee, Inc.

| | |
|---|---|
| Jeanette Alvarez | Arthur Barclay |
| Kathryn Blackshear | Kevin Belfort |
| Natalie Caldwell | Victor G. Carstarphen |
| Deletha Carstarphen | Chris Collins |
| Latina Gaines | Ramon Crispin-Alvarez |
| Tasha Gainey | Derek Davis |
| Wanda Garcia | Angel Fuentes |
| Nurah Z. Muhammad | N'Namdee Nelson |
| Deborah Person-Polk | Scott Shepherd |
| Jannette Ramos | Darryl Mack |
| Sheila Roberts | Gilbert "Whip" Wilson |
| Nohemi Soria-Perez | Luis Miranda |
| Gwendolyn Sunkett-Torres | Guy Still |
| Nyemah Gillespie | Falio Leyba-Martinez |
| Lapree Burgess | David McKee |

### H2  Community First Real Democrats For Camden

| | |
|---|---|
| Amirah Kane | Anthony Ways |
| CinQuetta Hurt | Malcolm Byrd |
| Caress Green | Elton Custis |
| Esther Mercado-Pitts | Andrew Selby |
| Tyann La'Shae Harris | Jose J. Ramos |
| Jenelle Davis | Sean M. Brown |
| Sheila Davis | Bryan Morton |
| Danielle Woodard | Demetrius Robinson |
| Susan Stukes | Faheem Lea |
| Brenda Thomas | Antonne Henshaw |
| Brigena Tatem | Keith Benson |
| Lynette Tinley | Brian Byrd |
| La'miyah Davis | Lyndell Reevey |
| | Stacy Still |
| | Jovaan Torres |

### I  Members of County Committee Ward 2
*(Vote for One)*

**Miembros del Comité del Condado Ward 2**
*(Vote por Uno)*

### I1  Camden County Democrat Committee, Inc.  ○

| |
|---|
| Brian Coleman |
| Mark Lee |
| Larry Gilliams |
| Khadir Muhammad |
| Arlethia Lawson |
| Brenda Fraction |
| Jeneba Fofana |
| Yaniece Spencer |

### INSTRUCTIONS TO VOTERS
Use ONLY a black or blue ink pen to mark your ballot.
This ballot will be read by a machine. For your vote to count, fill in oval completely.

Correct     Incorrect   

### INSTRUCCIONES PARA LOS VOTANTES
Utilice sólo un bolígrafo de tinta negra o azul para marcar su papeleta.
Esta papeleta será leída por la maquina.  Para que su voto cuenta llene el círculo.

Correcto     Incorrecto   

1. **To vote for candidates** on this ballot, completely fill in the oval to the right of the candidate for each selection. Do not vote for more candidates than are to be elected to any office.
2. **To vote for any person whose name is not printed on the ballot,** write the name of such person opposite the proper title of office in the column designated Write-In and fill in the one oval on right of this area. Do NOT use pre-printed stickers. IF NOT DONE PROPERLY YOUR WRITE-IN VOTE WILL BE VOID AND NOT COUNTED.
3. Do not mark this ballot in any other manner than above provided for and make no erasures. If this ballot is torn, soiled, defaced or incorrectly marked, return it and obtain another.

1. **Para votar por candidatos** en esta papeleta, llene completamente el óvalo de la derecha del candidato para cada selección. No vote por más candidatos que los que van a ser elegidos para ese cargo.
2. **Para votar por cualquier persona que nombre no esta en la papeleta,** escriba el nombre de esa persona opuesto a la posición apropiada, en la columna designada como Por Escrito y llene el óvalo a la derecha de esta área. NO use calcomanias pre-impresas. Si no se hace esto correctamente su voto por esta persona será nulo y no contara. POR FAVOR PREGUNTE SI TIENE ALGUNA DUDA.
3. No marque esta papeleta de ninguna otra forma que no sea de la manera que se ha descrito en la parte superior y no haga ninguna tachadura o borrones. Si la papeleta se ha desgarrado, esta sucia, borrosa o marcado incorrectamente, devuélvala y obtenga otra.

# DEM    VBM  Camden Ward 2 District 1

Camden City
Camden County
**Ward 3  Dist 1**

# OFFICIAL DEMOCRAT PRIMARY ELECTION MAIL-IN BALLOT

### June 10, 2025 • 5th Legislative District

**Pamela R. Lampitt**
County Clerk
Secretario del Condado

**PAPELETA OFICIAL DEMOCRATA ELECCION PRIMARIA POR CORREO**
10 de junio del 2025 • 5to Distrito Legislativo

**To protect your vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so.

**Para proteger su voto:**
ES ILEGAL PARA CUALQUIERA OTRA PERSONA EXCEPTO USTED, EL VOTANTE, MARCAR O INSPECCIONAR ESTA PAPELETA. Sin embargo, un miembro de familia puede ayudarle a hacerlo.

---

## State Offices
### Oficinas del Estado

### A — Governor
*(Vote For One)*

**Gobernador**
*(Vote por Uno)*

| | |
|---|---|
| **A1** | Sean Spiller |
| Camden County Democrats Protecting Our Democracy | |
| **A2** | Steve Sweeney |
| Camden County Democratic Committee, Inc. | |
| **A3** | Mikie Sherrill |
| Navy Pilot. Mom. Democrat For NJ. | |
| **A4** | Steven Fulop |
| Democrats for Change | |
| **A5** | Ras J. Baraka |
| Reimagine NJ | |
| **A6** | Josh Gottheimer |
| Democrats of Camden County | |
| Write-in | |
| Por Escrito | |

### B — Members of the General Assembly
*(Vote For Two)*

**Miembros de la Asamblea General**
*(Vote por Dos)*

| | |
|---|---|
| **B1** | William F. Moen, Jr. |
| Camden County Democratic Committee, Inc. | |
| **B2** | William W. Spearman |
| Camden County Democratic Committee, Inc. | |
| Write-in | |
| Por Escrito | |
| Write-in | |
| Por Escrito | |

## County Offices
### Oficinas del Condado

### C — Surrogate
*(Vote For One)*

**Surrogate**
*(Vote por Uno)*

| | |
|---|---|
| **C1** | Michelle Gentek-Mayer |
| Camden County Democratic Committee, Inc. | |
| Write-in | |
| Por Escrito | |

### D — Member of the Board of County Commissioners - Unexpired Term
*(Vote For One)*

**Miembros de la Junta de Comisionados del Condado - Término No Vencido**
*(Vote por Uno)*

| | |
|---|---|
| **D1** | Jennifer Fleisher |
| Camden County Democratic Committee, Inc. | |
| Write-in | |
| Por Escrito | |

---

### E — Members of the Board of County Commissioners
*(Vote For Two)*

**Miembros de la Junta de Comisionados del Condado**

| | |
|---|---|
| **E1** | Edward T. McDonnell |
| Camden County Democratic Committee, Inc. | |
| **E2** | Colleen Bianco Bezich |
| Camden County Democratic Committee, Inc. | |
| Write-in | |
| Por Escrito | |
| Write-in | |
| Por Escrito | |

## Municipal Offices
### Oficinas Municipales

### F — Mayor
*(Vote For One)*

**Alcalde**
*(Vote por Uno)*

| | |
|---|---|
| **F1** | Theo Spencer |
| Independent Democrat for Camden | |
| **F2** | Victor G. Carstarphen |
| Camden County Democratic Committee, Inc. | |
| Write-in | |
| Por Escrito | |

### G — Members of Council at-Large
*(Vote For Three)*

**Miembros del Concilio Municipal por Acumulacion**
*(Vote por Tres)*

| | |
|---|---|
| **G1** | Sheila Davis |
| Community First Real Democrats For Camden | |
| **G2** | Tyann La'Shae Harris |
| Community First Real Democrats For Camden | |
| **G3** | Corinne Powers |
| Community First Real Democrats For Camden | |
| **G4** | Angel Fuentes |
| Camden County Democratic Committee, Inc. | |
| **G5** | Nohemi Soria-Perez |
| Camden County Democratic Committee, Inc. | |
| **G6** | Nurah  Z. Muhammad |
| Camden County Democratic Committee, Inc. | |
| Write-in | |
| Por Escrito | |
| Write-in | |
| Por Escrito | |
| Write-in | |
| Por Escrito | |

---

### H — Members of County Committee At-Large
*(Vote for One)*

**Miembros del Comité del Condado por Acumulacion**
*(Vote por Uno)*

#### H1 — Camden County Democrat Committee, Inc.

| | |
|---|---|
| Jeanette Alvarez | Arthur Barclay |
| Kathryn Blackshear | Kevin Belfort |
| Deletha Carstarphen | Victor G. Carstarphen |
| Latina Gaines | Chris Collins |
| Tasha Gainey | Ramon Crispin-Alvarez |
| Wanda Garcia | Derek Davis |
| Nurah Z. Muhammad | Angel Fuentes |
| Deborah Person-Polk | N'Namdee Nelson |
| Jannette Ramos | Scott Shepherd |
| Sheila Roberts | Darryl Mack |
| Nohemi Soria-Perez | Troy Still |
| Gwendolyn Sunkett-Torres | Gilbert "Whip" Wilson |
| Nyemah Gillespie | Luis Miranda |
| Lapree Burgess | Guy Still |
| | Falio Leyba-Martinez |
| | David McKee |

#### H2 — Community First Real Democrats For Camden

| | |
|---|---|
| Amirah Kane | Anthony Ways |
| CinQuetta Hurt | Malcolm Byrd |
| Caress Green | Elton Custis |
| Esther Mercado-Pitts | Andrew Selby |
| Tyann La'Shae Harris | Jose J. Ramos |
| Jenelle Davis | Sean M. Brown |
| Sheila Davis | Bryan Morton |
| Danielle Woodard | Darnell Hardy |
| Susan Stukes | Demetrius Robinson |
| Brenda Thomas | Faheem Lea |
| Brigena Tatem | Antonne Henshaw |
| Lynette Tinley | Keith Benson |
| La'miyah Davis | Brian Byrd |
| | Lyndell Reevey |
| | Stacy Still |
| | Jovaan Torres |

### I — Members of County Committee Ward 3
*(Vote for One)*

**Miembros del Comité del Condado Ward 3**
*(Vote por Uno)*

#### I1 — Camden County Democrat Committee, Inc.

Luis Rivera
Isaiah Rivera
Ronny Rodriguez
Hilario Fontanillas
Maria Sharma
Mary Espinal
Miguelina Sepulveda-Bassa
Ysabel Nunez

---

## INSTRUCTIONS TO VOTERS
Use ONLY a black or blue ink pen to mark your ballot.
This ballot will be read by a machine. For your vote to count, fill in oval completely.

Correct     Incorrect   

1. **To vote for candidates** on this ballot, completely fill in the oval to the right of the candidate for each selection. Do not vote for more candidates than are to be elected to any office.
2. **To vote for any person whose name is not printed on the ballot**, write the name of such person opposite the proper title of office in the column designated Write-In and fill in the one oval on right of this area. DO NOT use pre-printed stickers. IF NOT DONE PROPERLY YOUR WRITE-IN VOTE WILL BE VOID AND NOT COUNTED.
3. Do not mark this ballot in any other manner than above provided for and make no erasures. If this ballot is torn, soiled, defaced or incorrectly marked, return it and obtain another.

## INSTRUCCIONES PARA LOS VOTANTES
Utilice sólo un bolígrafo de tinta negra o azul para marcar su papeleta.
Esta papeleta será leída por la maquina.  Para que su voto cuenta llene el círculo.

Correcto     Incorrecto   

1. **Para votar por candidatos** en esta papeleta, llene completamente el óvalo de la derecha del candidato para cada selección. No vote por más candidatos que los que van a ser elegidos para ese cargo.
2. **Para votar por cualquier persona que nombre no esta en la papeleta**, escriba el nombre de esa persona opuesto a la posición apropiada, en la columna designada como Por Escrito y llene el óvalo a la derecha de esta área. NO use calcomanías pre-impresas. Si no se hace esto correctamente su voto por esta persona será nulo y no contara. POR FAVOR PREGUNTE SI TIENE ALGUNA DUDA.
3. No marque esta papeleta de ninguna otra forma que no sea de la manera que se ha descrito en la parte superior y no hagan ninguna tachadura o borrones. Si la papeleta se le ha desgarrado, está sucia, borrosa o marcado incorrectamente, devuélvala y obtenga otra.

## DEM    VBM  Camden Ward 3 District 1

Camden City
Camden County

**Ward 4  Dist 1**

# OFFICIAL DEMOCRAT PRIMARY ELECTION MAIL-IN BALLOT

### June 10, 2025 • 5th Legislative District

*Pamela R. Lampitt*
**Pamela R. Lampitt**
County Clerk
Secretario del Condado

**PAPELETA OFICIAL DEMOCRATA ELECCION PRIMARIA POR CORREO**
10 de junio del 2025 • 5to Distrito Legislativo

**To protect your vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so.

**Para proteger su voto:**
ES ILEGAL PARA CUALQUIERA OTRA PERSONA EXCEPTO USTED EL VOTANTE, MARCAR O INSPECCIONAR ESTA PAPELETA. Sin embargo, un miembro de familia puede ayudarle a hacerlo.

## State Offices
### Oficinas del Estado

### A  Governor
*(Vote For One)*

**Gobernador**
*(Vote por Uno)*

| | |
|---|---|
| **A1** Sean Spiller | ○ |
| Camden County Democrats Protecting Our Democracy | |
| **A2** Steve Sweeney | ○ |
| Camden County Democratic Committee, Inc. | |
| **A3** Mikie Sherrill | ○ |
| Navy Pilot. Mom. Democrat For NJ. | |
| **A4** Steven Fulop | ○ |
| Democrats for Change | |
| **A5** Ras J. Baraka | ○ |
| Reimagine NJ | |
| **A6** Josh Gottheimer | ○ |
| Democrats of Camden County | |
| Write-in | ○ |
| Por Escrito | |

### B  Members of the General Assembly
*(Vote For Two)*

**Miembros de la Asamblea General**
*(Vote por Dos)*

| | |
|---|---|
| **B1** William F. Moen, Jr. | ○ |
| Camden County Democratic Committee, Inc. | |
| **B2** William W. Spearman | ○ |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |

## County Offices
### Oficinas del Condado

### C  Surrogate
*(Vote For One)*

**Surrogate**
*(Vote por Uno)*

| | |
|---|---|
| **C1** Michelle Gentek-Mayer | ○ |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |

### D  Member of the Board of County Commissioners - Unexpired Term
*(Vote For One)*

**Miembros de la Junta de Comisionados del Condado - Término No Vencido**
*(Vote por Uno)*

| | |
|---|---|
| **D1** Jennifer Fleisher | ○ |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |

### E  Members of the Board of County Commissioners
*(Vote For Two)*

**Miembros de la Junta de Comisionados del Condado**

| | |
|---|---|
| **E1** Edward T. McDonnell | ○ |
| Camden County Democratic Committee, Inc. | |
| **E2** Colleen Bianco Bezich | ○ |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |

## Municipal Offices
### Oficinas Municipales

### F  Mayor
*(Vote For One)*

**Alcalde**
*(Vote por Uno)*

| | |
|---|---|
| **F1** Theo Spencer | ○ |
| Independent Democrat for Camden | |
| **F2** Victor G. Carstarphen | ○ |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |

### G  Members of Council at-Large
*(Vote For Three)*

**Miembros del Concilio Municipal por Acumulacion**
*(Vote por Tres)*

| | |
|---|---|
| **G1** Sheila Davis | ○ |
| Community First Real Democrats For Camden | |
| **G2** Tyann La'Shae Harris | ○ |
| Community First Real Democrats For Camden | |
| **G3** Corinne Powers | ○ |
| Community First Real Democrats For Camden | |
| **G4** Angel Fuentes | ○ |
| Camden County Democratic Committee, Inc. | |
| **G5** Nohemi Soria-Perez | ○ |
| Camden County Democratic Committee, Inc. | |
| **G6** Nurah Z. Muhammad | ○ |
| Camden County Democratic Committee, Inc. | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |
| Write-in | ○ |
| Por Escrito | |

### H  Members of County Committee At-Large
*(Vote for One)*

**Miembros del Comité del Condado por Acumulacion**
*(Vote por Uno)*

### H1  Camden County Democrat Committee, Inc. ○

| | |
|---|---|
| Jeanette Alvarez | Arthur Barclay |
| Kathryn Blackshear | Kevin Belfort |
| Deletha Caratarphen | Victor G. Carstarphen |
| Latina Gaines | Chris Collins |
| Tasha Gainey | Ramon Crispin-Alvarez |
| Wanda Garcia | Derek Davis |
| Nurah Z. Muhammad | Angel Fuentes |
| Deborah Person-Polk | N'Namdee Nelson |
| Jannette Ramos | Scott Shepherd |
| Sheila Roberts | Darryl Mack |
| Nohemi Soria-Perez | Troy Still |
| Gwendolyn Sunkett-Torres | Gilbert "Whip" Wilson |
| Nyemah Gillespie | Luis Miranda |
| Lapree Burgess | Guy Still |
| | Falio Leyba-Martinez |
| | David McKee |

### H2  Community First Real Democrats For Camden ○

| | |
|---|---|
| Amirah Kane | Anthony Ways |
| CinQuetta Hurt | Malcolm Byrd |
| Caress Green | Elton Custis |
| Esther Mercado-Pitts | Andrew Selby |
| Tyann La'Shae Harris | Jose J. Ramos |
| Jenelle Davis | Sean M. Brown |
| Sheila Davis | Bryan Morton |
| Danielle Woodard | Demetrius Robinson |
| Susan Stukes | Faheem Lea |
| Brenda Thomas | Antonne Henshaw |
| Brigena Tatem | Keith Benson |
| Lynette Tinley | Brian Byrd |
| La'miyah Davis | Lyndell Reevey |
| | Stacy Still |
| | Jovaan Torres |

### I  Members of County Committee Ward 4
*(Vote For One)*

**Miembros del Comité del Condado Ward 4**
*(Vote por Uno)*

### I1  Camden County Democrat Committee, Inc. ○

Ian Leonard
Jose Brito
Luis Lopez
Juan Perez
Alicia Rivera
Cinthia Miranda
Karen Merricks
Maritza Alston

**INSTRUCTIONS TO VOTERS**
Use ONLY a black or blue ink pen to mark your ballot.
This ballot will be read by a machine. For your vote to count, fill in oval completely.

Correct    Incorrect   

1. **To vote for candidates** on this ballot, completely fill in the oval to the right of the candidate for each selection. Do not vote for more candidates than are to be elected to any office.
2. **To vote for any person whose name is not printed on the ballot,** write the name of such person opposite the proper title of office in the column designated Write-In and fill in the one oval on right of this area. DO NOT use pre-printed stickers. IF NOT DONE PROPERLY YOUR WRITE-IN VOTE WILL BE VOID AND NOT COUNTED.
3. Do not mark this ballot in any other manner than above provided for and make no erasures. If this ballot is torn, soiled, defaced or incorrectly marked, return it and obtain another.

**INSTRUCCIONES PARA LOS VOTANTES**
Utilice sólo un bolígrafo de tinta negra o azul para marcar su papeleta.
Esta papeleta será leída por la maquina.  Para que su voto cuenta llene el círculo.

Correcto    Incorrecto   

1. **Para votar por** los candidatos en esta papeleta, llene completamente el óvalo de la derecha del candidato para cada selección. No vote por más candidatos que los que van a ser elegidos para esa cargo.
2. **Para votar por cualquier persona que nombre no esta en la papeleta,** escriba el nombre de esa persona opuesto a la posición apropiada, en la columna designada como Por Escrito y llene el óvalo a la derecha de esta área. NO use calcomanías pre-impresas. Si no se hace esto correctamente su voto por esta persona será nulo y no contara. POR FAVOR PREGUNTE SI TIENE ALGUNA DUDA.
3. No marque esta papeleta de ninguna otra forma que no sea de la manera que se ha descrito en la parte superior y no hagan ninguna tachadura o borrones. Si la papeleta se le ha desgarrado, ensucia, borrosa o marcado incorrectamente, devuélvala y obtenga otra.

# DEM    VBM  Camden Ward 4 District 1

# EXHIBIT B

## OFFICIAL DEMOCRAT PRIMARY ELECTION BALLOT

Cherry Hill Township
Camden County

June 10, 2025 • 6th Legislative District

*Pamela R. Lampitt*
**Pamela R. Lampitt**
County Clerk
Secretario del Condado

**To protect your vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so.

**Para proteger su voto:**
ES ILEGAL PARA CUALQUIERA OTRA PERSONA EXCEPTO, USTED EL VOTANTE, MARCAR O INSPECCIONAR ESTA PAPELETA. Sin embargo, un miembro de familia puede ayudarlo a hacerlo.

PAPELETA OFICIAL DEMOCRATA ELECCION PRIMARIA
10 de junio del 2025 • 6to Distrito Legislativo

### State Offices / Oficinas del Estado

**A — Governor** *(Vote For One)*
Gobernador *(Vote por Uno)*

- **A1** Sean Spiller — Camden County Democrats Protecting Our Democracy
- **A2** Steve Sweeney — Camden County Democratic Committee, Inc.
- **A3** Mikie Sherrill — Navy Pilot, Mom. Democrat For NJ.
- **A4** Steven Fulop — Democrats for Change
- **A5** Ras J. Baraka — Reimagine NJ
- **A6** Josh Gottheimer — Democrats of Camden County
- Write-in / Por Escrito

### B — Members of the General Assembly *(Vote For Two)*
Miembros de la Asamblea General *(Vote por Dos)*

- **B1** Rebecca Holloway — Democrats for Change
- **B2** Kevin Ryan — Democrats for Change
- **B3** Louis D. Greenwald — Camden County Democratic Committee, Inc.
- **B4** Melinda Kane — Camden County Democratic Committee, Inc.
- Write-in / Por Escrito
- Write-in / Por Escrito

### County Offices / Oficinas del Condado

**C — Surrogate** *(Vote For One)*
Surrogate *(Vote por Uno)*

- **C1** Michelle Gentek-Mayer — Camden County Democratic Committee, Inc.
- Write-in / Por Escrito

### D — Member of the Board of County Commissioners – Unexpired Term *(Vote For One)*
Miembros de la Junta de Comisionados del Condado - Termino No Vencido *(Vote por Uno)*

- **D1** Jennifer Fleisher — Camden County Democratic Committee, Inc.
- Write-in / Por Escrito

### E — Members of the Board of County Commissioners *(Vote For Two)*
Miembros de la Junta de Comisionados del Condado *(Vote por Dos)*

- **E1** Edward T. McDonnell — Camden County Democratic Committee, Inc.
- **E2** Colleen Bianco Bezich — Camden County Democratic Committee, Inc.
- Write-in / Por Escrito
- Write-in / Por Escrito

### Municipal Offices / Oficinas Municipales

**F — Members of Council** *(Vote For Four)*
Miembros del Concilio Municipal *(Vote por Cuatro)*

- **F1** William A. Carter, III — Camden County Democratic Committee, Inc.
- **F2** Sangeeta Doshi — Camden County Democratic Committee, Inc.
- **F3** Jill Hulnick — Camden County Democratic Committee, Inc.
- **F4** Rob Connor — Camden County Democratic Committee, Inc.
- Write-in / Por Escrito
- Write-in / Por Escrito
- Write-in / Por Escrito
- Write-in / Por Escrito

### G — Members of County Committee *(Vote For One)*
Miembros del Comité del Condado *(Vote por Uno)*

**Q1** South Jersey Progressive Democrats
- Susan Druckenbrod
- David Stahl
- Rena Margulis

**Q2** Camden County Democrat Committee, Inc.
- Jennifer Apell
- Rosy Arroyo
- Maria Santos
- Jade M. Bechelli
- Janet M. Chow
- Jessica Curro
- Laurie Doherty
- Mafreen Durrani
- Mary Efstratiades
- Kate Bauerle
- Jennifer Fleisher
- Morgan Bauerle
- Danna T. Goldhaber
- Cynthia D. Gowdy
- Meryl L. Greene
- Sheila M. Griffith
- Mary E. Gunn
- Faith Hamilton
- Roberta S. Israelsky
- Marlyn D. Kalilian
- Helene Katz
- Ilene M. Lampitt
- Ann M. Madden Tufano
- Lorraine Maitland
- Debra Noll
- Melanie Gaffin
- Bridget Palmer
- Anna Postiloff
- Jill Roth-Gutman
- Ivy B. Ronner
- Suzanne Winderman
- Jade Arroyo
- Kerry Cleary
- Melissa Manzano
- Michele Golkow
- Sangeeta Doshi
- Jill Hulnick

- Alan B. Braslow
- William A. Carter, III
- Scott Steern
- Ryan Doran
- Gerald Faber
- Lewis R. Friedner
- David M. Goldman
- Gerald S. Greene
- Mark P. Haltzman
- Moly K. Hung
- Qasim Hussain
- Brad Israelsky
- Jay Jones
- Theodore S. Kail
- Samuel Kates
- Charles F. Langoth
- Michael A. Lieberman
- John J. Mulholland, Jr.
- Nocovin Norman
- David J. Okin
- Jim Peeler, Jr.
- Jonathan Rardin
- David Rardin
- Anangiros Nenteoulas
- Bruce S. Schwartz
- Marshall Spevak
- Bruce T. Tretheway, Jr.
- Samuel J. Walzer
- David J. Watson
- Danny S. Wolf
- Jim Lyons
- Miguel Manzano
- Rob Connor
- Dan DiRenzo, Jr.
- Jon Cohen
- Zane Roskoph
- Kevin Cockfield

---

This Official Primary Sample Ballot is an exact copy of the Official Primary Ballot to be used on Primary Election Day. This ballot cannot be voted.

Ésta Muestra es una copia idéntica de la Papeleta Oficial de las Elecciones Primarias que será utilizada el día de las elecciones. Usted no podrá votar en esta papeleta.

## OFFICIAL ELECTION SAMPLE BALLOT
### Tuesday, June 10, 2025
**Polls Open 6 am - 8 pm**

---

### MUESTRA OFICIAL DE LA PAPELETA
### martes, 10 de junio del 2025
Los Colegios Electorales estarán abiertos de 6 am hasta las 8 pm

---

## OFFICIAL REPUBLICAN PRIMARY ELECTION BALLOT

Cherry Hill Township
Camden County

June 10, 2025 • 6th Legislative District

*Pamela R. Lampitt*
**Pamela R. Lampitt**
County Clerk
Secretario del Condado

**To protect your vote:**
IT IS AGAINST THE LAW FOR ANYONE EXCEPT YOU, THE VOTER, TO MARK OR INSPECT THIS BALLOT. However, a family member may assist you in doing so.

**Para proteger su voto:**
ES ILEGAL PARA CUALQUIERA OTRA PERSONA EXCEPTO, USTED EL VOTANTE, MARCAR O INSPECCIONAR ESTA PAPELETA. Sin embargo, un miembro de familia puede ayudarlo a hacerlo.

PAPELETA OFICIAL REPUBLICANA ELECCION PRIMARIA
10 de junio del 2025 • 6to Distrito Legislativo

### State Offices / Oficinas del Estado

**A — Governor** *(Vote For One)*
Gobernador *(Vote por Uno)*

- **A1** Jack Ciattarelli — America First Republican of Camden County
- **A2** Justin Barbera — Enough is Enough Uncompromised
- **A3** Bill Spadea — Camden County Regular Republican Party
- **A4** Mario M. Kranjac — Make New Jersey Great Again
- **A5** Jon Bramnick — Camden County First Republican Party
- Write-in / Por Escrito

### B — Members of the General Assembly *(Vote For Two)*
Miembros de la Asamblea General *(Vote por Dos)*

- **B1** John M. "Jack" Brangan — Camden County Regular Republican Party
- **B2** Peter Sykes — Camden County Regular Republican Party
- Write-in / Por Escrito
- Write-in / Por Escrito

### County Offices / Oficinas del Condado

**C — Surrogate** *(Vote For One)*
Surrogate *(Vote por Uno)*

- **C1** Adam Nieves — Camden County Regular Republican Party
- Write-in / Por Escrito

### D — Member of the Board of County Commissioners – Unexpired Term *(Vote For One)*
Miembros de la Junta de Comisionados del Condado - Termino No Vencido *(Vote por Uno)*

- **D1** Shane Bernat — Camden County Regular Republican Party
- Write-in / Por Escrito

### E — Members of the Board of County Commissioners *(Vote For Two)*
Miembros de la Junta de Comisionados del Condado *(Vote por Dos)*

- **E1** Christian A. Navarro — Camden County Regular Republican Party
- **E2** Robert Stone — Camden County Regular Republican Party
- Write-in / Por Escrito
- Write-in / Por Escrito

### Municipal Offices / Oficinas Municipales

**F — Members of Council** *(Vote For Four)*
Miembros del Concilio Municipal *(Vote por Cuatro)*

- NO PETITION FILED
- NO PETITION FILED
- NO PETITION FILED
- NO PETITION FILED
- Write-in / Por Escrito
- Write-in / Por Escrito
- Write-in / Por Escrito
- Write-in / Por Escrito

---

**INSTRUCTIONS TO VOTERS**
Use ONLY a black or blue ink pen to mark your ballot. This ballot will be read by a machine. For your vote to count, fill in oval completely.

 Correct    Incorrect

1. To **vote for candidates** on this ballot, completely fill in the oval to the right of the candidate for each selection. Do not vote for more candidates than are to be elected to any office.
2. To **vote for any person whose name is not printed on the ballot**, write the name of such person opposite the proper title of office in the column designated Write-in and fill in the oval on right of this area. Do NOT use pre-printed stickers. IF NOT DONE PROPERLY YOUR WRITE-IN VOTE WILL NOT BE VOID AND NOT COUNTED.
3. Do not mark this ballot in any other manner than above provided for and make no erasures. If this ballot is torn, soiled, defaced or incorrectly marked, return it and obtain another.

**INSTRUCCIONES PARA LOS VOTANTES**
Utilice solo un bolígrafo de tinta negra o azul para marcar su papeleta. Esta papeleta será leída por la máquina. Para que su voto cuente llene el círculo.

 Correcto    Incorrecto 

1. **Para votar por los candidatos** en esta papeleta, llene completamente el óvalo de la derecha del candidato para cada selección. No vote por más candidatos que los que se deben de elegir a ningún cargo.
2. **Para votar por cualquier persona que nombre no esté en la papeleta**, escriba el nombre de esa persona opuesto a la posición apropiada del titulo de oficina en la columna designada como Write-in (voto por escrito) y llene el óvalo a la derecha de esta área. NO use calcomanías pre-impresas. Si no se hace esto correctamente su voto por escrito no contará.
3. No marque esta papeleta de ninguna otra forma que de la manera que se ha descrito en la parte superior y no haga ninguna tachadura o borrones. Si la papeleta se le ha desgarrado, está sucia, borrosa o marcada incorrectamente, devuélvala y obtenga otra.

**DEM   ED/EV   Cherry Hill**

---

**INSTRUCTIONS TO VOTERS**
Use ONLY a black or blue ink pen to mark your ballot. This ballot will be read by a machine. For your vote to count, fill in oval completely.

 Correct       Incorrect  

1. To **vote for candidates** on this ballot, completely fill in the oval to the right of the candidate for each selection. Do not vote for more candidates than are to be elected to any office.
2. To **vote for any person whose name is not printed on the ballot**, write the name of such person opposite the proper title of office in the column designated Write-in and fill in the oval on right of this area. Do NOT use pre-printed stickers. IF NOT DONE PROPERLY YOUR WRITE-IN VOTE WILL NOT BE VOID AND NOT COUNTED.
3. Do not mark this ballot in any other manner than above provided for and make no erasures. If this ballot is torn, soiled, defaced or incorrectly marked, return it and obtain another.

**INSTRUCCIONES PARA LOS VOTANTES**
Utilice solo un bolígrafo de tinta negra o azul para marcar su papeleta. Esta papeleta será leída por la máquina. Para que su voto cuente llene el círculo.

 Correcto  Incorrecto 

1. **Para votar por los candidatos** en esta papeleta, llene completamente el óvalo de la derecha del candidato para cada selección. No vote por más candidatos que los que se deben de elegir a ningún cargo.
2. **Para votar por cualquier persona que nombre no esté en la papeleta**, escriba el nombre de esa persona opuesto a la posición apropiada del titulo de oficina en la columna designada como Write-in (voto por escrito) y llene el óvalo a la derecha de esta área. NO use calcomanías pre-impresas. Si no se hace esto correctamente su voto por escrito no contará.
3. No marque esta papeleta de ninguna otra forma que de la manera que se ha descrito en la parte superior y no haga ninguna tachadura o borrones. Si la papeleta se le ha desgarrado, está sucia, borrosa o marcada incorrectamente, devuélvala y obtenga otra.

**REP   ED/EV   Cherry Hill**




**CAMDEN COUNTY**
**COMMISSIONER OF VOTER REGISTRATION**
**100 UNIVERSITY CT.**
**P.O. BOX 158**
**BLACKWOOD, NJ 08012**



NON-PROFIT ORG.
U.S. POSTAGE
P A I D
BELLMAWR, NJ
Permit No. 1042

# June 10, 2025

**Primary Election Sample  Ballot**

Papeleta de Muestra de las Elecciones Primarias

**Polls Open**
Los colegios abren de
**6 am - 8 pm**

**YOUR POLLING PLACE** / SU COLEGIO ELECTORAL

Accessible Polling Location/Sitio Accesible (Para Discapacitados)

**CHERRY HILL TOWNSHIP**

---

**Please Help Keep Our Voter Records Accurate to Ensure Efficiency and Prevent Waste.**

**If the person on the front of this Sample Ballot does not live at this address, please visit www.camdencounty.com/updatevoter**

**Por favor ayude a mantener nuestros registros de votantes precisos para asegurar la eficiencia y prevenir el desperdicio.**

**Si la persona que está al frente de está papeleta de muestra, no vive en está dirección, por favor visite www.camdencounty.com/updatevoter**

---

## Early Voting

Registered voters can vote in-person prior to Election Day.

Voters can visit any of the seven locations located throughout Camden County and vote their local ballot on a voting machine.

Like voting on Election Day, to prevent voting more than once, if you were issued a Vote By Mail Ballot, you can vote early only by provisional ballot.

### Hours for Early Voting:

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| June 1 **2** | **3** | **4** | **5** | **6** | **7** |
| | | 10am to 8pm | 10am to 8pm | 10am to 8pm | 10am to 8pm | 10am to 8pm |
| **8** | **9** | **10** *Primary Election Day* | | | | |
| 10am to 6pm | | | | | | |

* Early Voting Locations are not open on Election Day – See front for your Election Day Polling Place.

## Early Voting Locations
Lugares de Votación Temprana

**Gloucester Township**
Elections & Archive Center
100 University Court, Blackwood 08012

**Camden City**
Rowan University
129 N. Broadway, Camden 08102
(Broadway Entrance)

**Cherry Hill**
Cherry Hill Community Center
820 Mercer Street, Cherry Hill 08002

**Collingswood**
Collingswood Senior Center
30 W. Collings Avenue, Collingswood 08108

**Runnemede**
Harry Williams Community Center
2 Broadway, Runnemede 08078

**Voorhees**
Lion's Lake Community Center
101 Dutchtown Road, Voorhees 08043

**Winslow**
Bud Duble Community Center
33 Cooper Folly Road, Atco 08004

## Votación Temprana

Los votantes registrados pueden votar en persona antes del día de las elecciones.

Los votantes pueden visitar cualquiera de los siete lugares ubicados a través el Condado de Camden durante el Período de Votación Temprana y votar en una máquina de votación igual que si estuviera votando el día de las elecciones.

Para evitar votar más de una vez, si usted recibió una papeleta de votar por correo, puede votar temprano solo en una papeleta provisional.

### Horarios para Votación Temprana:

| Domingo | Lunes | Martes | Miércoles | Jueves | Viernes | Sábado |
|---|---|---|---|---|---|---|
| Junio 1 **2** | **3** | **4** | **5** | **6** | **7** |
| | | 10am to 8pm | 10am to 8pm | 10am to 8pm | 10am to 8pm | 10am to 8pm |
| **8** | **9** | **10** *Primaria Día de Elección* | **11** | **12** | **13** | **14** |
| 10am to 6pm | | | | | | |

* Los lugares de votación temprana no están abiertos el día de las elecciones. Al frente de esta papeleta puede ver su lugar de votación del día de las elecciones.

---

## Voting by Mail Deadline Approaching Soon

If you are not able to vote at the Polls or at an Early Voting Site, there is still time to receive a Vote by Mail Ballot. The application must be received by the County Clerk's Office by June 3rd. For an application and more information about Vote by Mail, please call (856) 225-7219 or visit www.camdencounty.com/vbm

## Bring this Sample Ballot to the Polls for Faster Check-In

Electronic Pollbooks are now being used for both Early and Election Day Voting. These Electronic Pollbooks have the option to read the barcode on this sample ballot to quickly find your name in the voter registry.

## Ya Pronto Se Acerca La Fecha Límite Para Votar Por Correo

Si no puede votar en las urnas o en un sitio de votación temprana, todavía hay tiempo para recibir una papeleta de voto por correo. La solicitud debe ser recibida por la Oficina del Secretario del Condado antes del 3 de junio. Para una solicitud y más información sobre Voto por Correo, llame al (856) 225-7219 o visite www.camdencounty.com/vbm

## Lleve esta Papeleta de Muestra a las Urnas para una Registración Más Rápida

Los libros de votación electrónicos ahora se están utilizando tanto para la votación temprana como para la votación del día de las elecciones. Estos libros de votación electrónicos tienen la opción de leer el código de barras en esta papeleta de muestra para encontrar rápidamente su nombre en el registro de votantes.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDY KIM, *et al.*, | Case No. 3:24-CV-1098-ZNQ-TJB |
| Plaintiffs, | <u>Civil Action</u> |
| v. | |
| CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, *et al.*, | |
| Defendants. | |
| CHRISTINE CONFORTI, *et al.*, | Case No. 3:20-CV-08267-ZNQ-TJB |
| Plaintiffs, | <u>Civil Action</u> |
| v. | |
| CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, *et al.*, | DECLARATION OF <u>CAROLYN RUSH</u> |
| Defendants. | |

CAROLYN RUSH, of full age, declares as follows:

1.     I am a plaintiff in the above-captioned *Kim* case. In 2024, I was a candidate in the Democratic Primary Election for Congressional District 2, which was the first year the county line was first abolished by this Court. I was not successful in that election.

2.      Earlier this year, I ran for and won the Democratic Primary for General Assembly in Legislative District 1, a "vote for two" seat. I am now competing in the 2025 general election for that seat.

3.      If I win my election this year, I will run for re-election to that seat in 2027. If I do not win my election this year, I intend to evaluate all my options, including running for this office again, or for other elected positions.

4.      In the 2024 primary, I was endorsed by some but not all of the county political party organizations in CD2. With respect to those counties, the Complaint in *Kim* and the First Amended Complaint in *Conforti* describe the disadvantages imposed by the former ballot design law and to which I would have been subject in 2024 but for the Court's injunction.

5.      These include being deprived of the ability to be listed in first position unless I also found and ran with a candidate running for the pivot point office. Thus, I would have been deprived of the benefits of being listed first, known as the primacy effect.

6.      Further, but for the Court's injunction, my 2024 opponents in some of the counties comprising CD2 were organization-endorsed candidates who would have been listed in a single column that advantaged them, known as the "weight of the line." Conversely, where I won the endorsement, I did not always know or approve of the candidates who would be listed with me as sharing the county organization's endorsement.

7.      Worse, in Cumberland, Gloucester, and Ocean Counties, two of the candidates I was running against in CD2 (a "vote-for-one" office), received the county party organization's endorsement, as I also did. This 20024 ballot design feature puts the names of three candidates, each with the same slogan, before the voters. *See Kim* ECF No. 302-1, Exhs. F, G, H. Only four candidates ran for this race, meaning that three of the four of them shared the same slogan in a

2

"vote for one" race. This is a form of "stacking" candidates that does nothing but confuse mail-in voters, as they may mistakenly believe that they can vote for more than one candidate because of the common endorsements. *See also Conforti*, ECF No. 33, at paragraphs 114-117 and accompanying visuals. It implies some form of an affiliation or likeness with two candidates who I ran in opposition to, and with whom I differed on policy positions.

8.      For 17 of the 19 county clerks named as defendants in this case, there is a consent decree signed by the Court which limits these county clerks' ability to revert to a county-line style ballot, which this court previously enjoined for the 2024 primary.

9.      When the new ballot design law, P.L. 2025, c. 32 ("NBL") was passed by the Legislature, it cured some but not all of the problems with primary ballot design set forth in the Court's March 29, 2024 injunction. For example, the law still allows in-office bracketing of candidates and fails to cabin the county clerks' extensive discretion over ballot design. Additionally, at least some clerks were unable to follow, or chose not to follow, all of the law's mandates in the 2025 primary. Further, the law did not address faulty ballot draw procedures that remain in place. Furthermore, the NBL now expressly allows for the party organization's endorsement/slogan to appear on the ballot for more candidates than the number of open seats for a particular office, akin to "stacking". Finally, absent a judicial injunction, the law is at risk of being modified or repealed to the detriment of candidates like me, meaning it is not "absolutely clear" that the clerks' wrongful behavior, enjoined in the 2024 election, could not reasonably be expected to recur.

10.     **In-office bracketing.** The NBL continues to allow the pernicious practice of in-office bracketing. In-office bracketing is in tension with the Court's order that requires, among other things, that "draws for ballot position that . . . include a separate drawing for every office

3

and candidate, and where every candidate running for the same office has an equal chance at the first ballot position." (*Kim* ECF 195, ¶ 3(b)).

11. **Failure to follow the NBL's requirements.** Second, there have been instances where a county clerk has failed to follow the terms of the NBL itself. The NBL mandated the design of primary ballots with an "oval or space for the voter to mark a vote . . . to the left or to the right of the name of *each* candidate." (emphasis added). The Camden Clerk, in two instances, designed the ballots with a single oval to support *en bloc* an entire slate of candidates - in one instance up to 74 individuals - running for party office. *See* ECF No. 317-1, p. 15, ¶¶ 8-9.

12. **Failure to address faulty ballot draw procedures**. Third, the Court's injunction requires every candidate to have an "equal chance" at first position. Despite this, the NBL failed to modernize the ballot draw rules in New Jersey, leaving in place a system where county clerks use their hands to grab at "cards" or "capsules" containing a candidate or candidates' names. Dr. Pasek explained in his expert report that this system is so favorable to incumbents that it could only be explained by chance in 2 out of 1,000 times. *See Kim* ECF 1-2, pp. 21-24.

13. **The risk of legislative repeal especially in lame-duck or budget sessions.** Next, without an injunction, the Legislature will be at liberty to repeal or modify the NBL and deprive voters of even its minimal protections. This Court has already expressed reservations about whether the Legislature has acted in good faith regarding ballot design laws. In its June 3, 2025 opinion, the Court noted, with regard to the passage of the NBL, that:

> The timing of the Legislature's decision to act also gives the Court pause. The Conforti case was filed on July 6, 2020. The Kim case was filed on February 26, 2024. The Court issued a preliminary injunction in Kim on March 29, 2024, and the Third Circuit affirmed that decision on April 17, 2024. The Legislature did not introduce a revised bill in the Assembly until December 9, 2024, and in the Senate until February 13, 2025. In short, the Legislature has demonstrated a reluctance to act to change past ballot practices followed by a willingness to act to

4

protect those same practices. This suggests to the Court that further Legislative action can reasonably be expected.

[*Kim* ECF 321 at p. 5 n.3]

14.    Finally, the risk of legislative gamesmanship is especially acute during lame-duck or budget season lawmaking activity. As one publication has explained:

As with the last lame-duck session two years ago, legislators introduced hundreds of new bills in the weeks after the November election and end of the 220th Legislature's term in January. And these newly introduced bills passed in greater numbers during the last seven weeks of the session than others did during the first 22 months of the legislative term. Lawmakers took at least some action on more than 1,000 bills, many during committee hearings and full floor votes that stretched for several hours, some well into the night.

Some bills were introduced, amended and placed for a hearing before the public had a chance to see them or know they were being heard. Committee chairs at times limited the amount of time people could speak. Some bills were pulled from consideration at the last minute, after members of the public had spent hours waiting to testify.

Advocates continue to argue that waiting until the last minute, amid the busiest holiday season of the year, is not the best way for legislators elected by the people to conduct the public business of law-making.

[O'Dea, *NJ's lame-duck rush is traditional. How problematic is it?* (NJ Spotlight, Jan. 17, 2024), available at https://www.njspotlightnews.org/2024/01/critics-say-nj-frenzied-lame-duck-session-lacks-transparency/]

15.    Given all of the foregoing – legislative inaction on ballot design until the recent round of motion practice, the inadequacy of that legislative action which retains the pernicious practice of in-office bracketing and the continuation of clerks' general ballot design discretion, and the clerks' history of aggressively defending the county line ballot practices in both of the

5

above-captioned cases, among other things, I am not satisfied based on the knowledge I have as a current and former candidate that it is "absolutely clear" that any clerks conduct that was challenged in the *Conforti* or *Kim* matters, i.e., failing to design a constitutional primary election ballot in accordance with this court's ruling, "will not recur."

    I declare under penalty of perjury that the foregoing is true and correct. Executed at

_____*8 am*_____ on September 26 , 2025

*Carolyn Rush*
_____
CAROLYN RUSH

6

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ANDY KIM, *et al.*,** | **Case No. 3:24-CV-1098-ZNQ-TJB** |
| **Plaintiffs,** | <u>Civil Action</u> |
| **v.** | |
| **CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, *et al.*,** | |
| **Defendants.** | |
| **CHRISTINE CONFORTI, *et al.*,** | **Case No. 3:20-CV-08267-ZNQ-TJB** |
| **Plaintiffs,** | <u>Civil Action</u> |
| **v.** | |
| **CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk, *et al.*,** | **DECLARATION OF** <br> <u>ZINA SPEZAKIS</u> |
| **Defendants.** | |

ZINA SPEZAKIS, of full age, declares as follows:

1.    I am a plaintiff in the above-captioned *Conforti* case.

2.    I am an elected representative, serving on the Bergen County Committee for the Democratic Party, to which I was elected in the June 2024 primary election.

3.      I also serve on the Tenafly NJ Environmental Commission, where I have served since January 2017, i.e., for nearly nine years. My present term expires January 1, 2026.

4.      I previously served as a Trustee for The Tenafly Nature Center, and resigned when I ran for Congress.

5.      My educational background and professional experiences inform my civic leadership. I graduated from Cornell University with a dual degree in economics and government, with a concentration in international relations. I hold an M.B.A. from the University of Chicago Booth School of Business in finance and business economics, and a Master's in Arts in international relations, also from the University of Chicago. I work for an innovative renewable energy company focusing on the advancements of affordable and sustainable hydrogen production, where I served as the Director for nearly a decade, and currently as the Chief Financial Officer, until my retirement next month. I apply this knowledge and dedication to public service, and am committed to policy issues such as responsible government and environmental conservation.

6.      The First Amended Complaint in this matter describes the disadvantages imposed by the former ballot design law, to which I was subject in Bergen and Hudson Counties as the result of running without the county party's endorsement in the 2020 primary election for U.S. Congress. I adopt those descriptions from the First Amended Complaint as my own testimony.

7.      In both Bergen and Hudson Counties, I was forced to find other candidates with whom to associate in order to jockey for a better ballot position, and forced to guess which pivot position would ultimately be chosen by the respective county clerks. In either scenario, my opposition candidate benefited from the "weight of the line"-- a visual cue to the voters, from which the county organization-endorsed candidates (i.e., by opponents) benefited by the presentment of a full line up and down the ballot.

8.      I do not believe that good faith candidates who run for a specific office to serve the public, including myself, should be forced to associate with other candidates simply to obtain some visual benefit in ballot design, or be disadvantaged by an opposition candidate who receives such a benefit. The ballot is a public forum, and good faith candidates should not be forced with a Hobson's Choice – it is to the detriment of voters we are elected to serve, and a detriment to the process of democracy itself.

9.      In the June 2024 primary election, I ran for Democratic Committee of Bergen County in the Borough of Tenafly, a "Vote for Two" position, with the endorsement of the Democratic Committee of Bergen County. With the exception of well-known Presidential nominee Joseph Biden, the Democratic Committee of Bergen County secured the top of each office block across the ballot. (**Exhibit A**, Bergen County June 2024 Primary Election Ballots.) The Republicans in that race were not offered office-block ballots, and the main organizational faction secured the column 1 county line. Although the Democratic Party ballot was designed with office blocks, a county line appears distinguishable across those blocks – all three candidates who did not run with the main faction (Lawrence Hamm and Patricia Campos-Medina, both for Senate, and Lauren Dayton, for Town Council) were ordered at the bottom of the respective office blocks.

10.     I intend to continue to serve on the County Committee, which is a two-year term, and to run for reelection in the 2026 primary cycle, and in the future thereafter.

11.     Just as I previously ran for Congress and County Committee, I will continue to run for office in Bergen County, and will continue to seek out different offices for which to run.

12.     For 17 of the 19 county clerks named as defendants in this case – which unfortunately does <u>not</u> include my home county, Bergen County – there is a consent decree signed

by the Court which limits those county clerks' ability to revert to a county-line style ballot, which this court previously enjoined for the 2024 primary.

13.     When the new ballot design law, P.L. 2025, c. 32 ("NBL") was passed by the Legislature, it cured some but not all of the problems with primary ballot design set forth in the Court's March 29, 2024 injunction. For example, the law still allows in-office bracketing of candidates and fails to cabin the county clerks' extensive discretion over ballot design, including in the determination of ballot order. Additionally, at least some clerks were unable to follow, or chose not to follow, all of the law's mandates in the 2025 primary. Further, the law did not address faulty ballot draw procedures that remain in place. Finally, absent a judicial injunction, it is my opinion as a party officeholder, and simply as an active citizen and careful observer of politics in our state, that the law is at risk of being modified or repealed to the detriment of candidates like me, meaning it is not "absolutely clear" that the clerks' wrongful behavior, enjoined in the 2024 election, could not reasonably be expected to recur.

14.     There is also every reason to expect that the Legislature will continue to engage in ballot manipulation. It could not even codify the court's ruling, but had to "go right up to the line", so to speak, in the NBL. And it will continue to do so absent a clear judicial decision. The same is true of the discretionary actions of the clerks – they will continue to "go right up to the line", so to speak, absent judicial intervention. This is particularly true of the Bergen County Clerk's office, who is in the extreme minority, refusing to enter a consent decree like all other clerks in the state.

15.     **In-office bracketing.** The NBL continues to allow the pernicious practice of in-office bracketing. This means that candidates running for an office with two or more persons to be elected may choose to file a joint petition, be drawn for ballot position as a single unit, and be listed adjacent to one another on the ballot. This will personally affect me in my bid to continue to

serve on the County Committee, and it will benefit candidates who are running together with a running mate, and effectively penalize those who run alone or on independent slogans, forcing candidates into a Hobson's Choice. This practice is in tension with the Court's requirement that, among other things, required that "draws for ballot position that . . . include a separate drawing for every office and candidate, and where every candidate running for the same office has an equal chance at the first ballot position." (*Kim* ECF 195, ¶ 3(b)).

16.    **Failure to follow the NBL's requirements.** Second, there have been instances where a county clerk has failed to follow the terms of the NBL itself. The NBL mandated the design of primary ballots with an "oval or space for the voter to mark a vote . . . to the left or to the right of the name of *each* candidate." (emphasis added). The Camden Clerk, in two instances, designed the ballots with a single oval to support *en bloc* an entire slate of candidates - in some instances up to 74 individuals - running for party office. *See* ECF No. 317-1, p. 15, ¶¶ 8-9. Their inability to follow this provision of the NBL leaves doubts as to whether they will follow the remaining provisions.

17.    **Failure to address faulty ballot draw procedures**. Third, relatedly, the Court's injunction requires every candidate to have an "equal chance" at first position. Despite this, the NBL failed to modernize the ballot draw rules in New Jersey, leaving in place a system where county clerks use their hands to grab at "cards" or "capsules" containing a candidate or candidates' names. Dr. Pasek explained in his expert report that this system is so favorable to incumbents that it could only be explained by change in 2 out of 1,000 times. *See Kim* ECF 1-2, pp. 21-24. The NBL nominally requires randomization in ballot draws, but people's observations like those scientifically identified by Dr. Pasek, trust in the process has been lost absent more rigorous standards. For example, what is the likelihood that the three non-machine candidates on the Bergen

County 2024 primary ballot all happened to find themselves at the bottom of those office blocks? This also sows doubts in my mind as to whether clerks will follow this aspect of the NBL as written, or penalize those who do not simply "yes" the status quo.

18.    **The risk of legislative repeal especially in lame-duck or budget sessions.** Next, without an injunction, the Legislature will be at liberty to repeal or modify the NBL and deprive voters of even its minimal protections. This Court has already expressed reservations about whether the Legislature has acted in good faith regarding ballot design laws. In its June 3, 2025 opinion, the Court noted, with regard to the passage of the NBL, that:

> The timing of the Legislature's decision to act also gives the Court pause.  The Conforti case was filed on July 6, 2020.  The Kim case was filed on February 26, 2024.  The Court issued a preliminary injunction in Kim on March 29, 2024, and the Third Circuit affirmed that decision on April 17, 2024.  The Legislature did not introduce a revised bill in the Assembly until December 9, 2024, and in the Senate until February 13, 2025.  In short, the Legislature has demonstrated a reluctance to act to change past ballot practices followed by a willingness to act to protect those same practices.  This suggests to the Court that further Legislative action can reasonably be expected.

[*Kim* ECF 321 at p. 5 n.3]

19.    Finally, the risk of legislative gamesmanship is even more acute during lame-duck or budget season lawmaking activity. As one well-respected publication has explained:

> As with the last lame-duck session two years ago, legislators introduced hundreds of new bills in the weeks after the November election and end of the 220th Legislature's term in January. And these newly introduced bills passed in greater numbers during the last seven weeks of the session than others did during the first 22 months of the legislative term. Lawmakers took at least some action on more than 1,000 bills, many during committee hearings and full floor votes that stretched for several hours, some well into the night.
>
> Some bills were introduced, amended and placed for a hearing before the public had a chance to see them or know they were being heard. Committee chairs at times

limited the amount of time people could speak. Some bills were pulled from consideration at the last minute, after members of the public had spent hours waiting to testify.

Advocates continue to argue that waiting until the last minute, amid the busiest holiday season of the year, is not the best way for legislators elected by the people to conduct the public business of law-making.

[O'Dea, *NJ's lame-duck rush is traditional. How problematic is it?* (NJ Spotlight, Jan. 17, 2024), available at  https://www.njspotlightnews.org/2024/01/critics-say-nj-frenzied-lame-duck-session-lacks-transparency/]

20.    Given all of the foregoing – legislative inaction on ballot design until the recent round of motion practice, the inadequacy of that legislative action which retains the pernicious practice of in-office bracketing and the continuation of clerks' general ballot design discretion, and the clerks' history of aggressively defending the county line ballot practices in both of the above-captioned cases, among other things, I am not satisfied based on the knowledge as an elected County Committee member that it is "absolutely clear" that any clerks' conduct that was challenged in the *Conforti* or *Kim* matters, i.e., failing to design a constitutional primary election ballot in accordance with this court's ruling, "will not recur."  This is particularly so in my home county of Bergen, where the County Clerk continues to be intransigent and refuses to engage in a consent decree although 90% of his peer clerks have already signed one. Without a final judicial determination and/or consent decree, poor behavior will be rewarded, and manipulation will become emboldened, to the detriment of the voters, candidates, and democratic process.


I declare under penalty of perjury that the foregoing is true and correct. Executed at
Tenafly, NJ          on September 26        , 2025


_____
ZINA SPEZAKIS

**THIS BALLOT CANNOT BE VOTED. IT IS A SAMPLE OF THE OFFICIAL PRIMARY ELECTION BALLOT USED IN THE VOTING MACHINES ON ELECTION DAY.**

NO SE PUEDE VOTAR EN ESTA BALOTA. ESTA ES SÓLO UNA MUESTRA DE LA BALOTA OFICIAL DE LA ELECCIÓN PRIMARIA QUE SE USA EN LAS MÁQUINAS DE VOTACIÓN EL DÍA DE LAS ELECCIONES.

이 투표용지로 투표 할 수 없습니다. 이것은 선거일 투표기기에 사용될 공식 예비선거 견본 투표용지입니다.

# OFFICIAL PRIMARY ELECTION SAMPLE BALLOT
**MUESTRA OFICIAL DE LA BALOTA DE LA ELECCIÓN PRIMARIA**
공식 예비선거 견본 투표용지

*John S. Hogan*
**JOHN S. HOGAN**
Bergen County Clerk
버겐 카운티 클럭
Secretario del Condado de Bergen
One Bergen County Plaza, Hackensack, NJ 07601

**5th Congressional District**
5˚ Distrito del Congreso
연방하원 5선거구

## Borough of Tenafly - District 1
**Bergen County, New Jersey - Tuesday, June 4, 2024**
Condado de Bergen, Nueva Jersey - Martes, 4 de junio de 2024  /  뉴저지, 버겐 카운티 - 2024년 6월 4일 화요일

### DEMOCRATIC / DEMÓCRATA / 민주당

| Choice for President | For United States Senator | For Member of the House of Representatives | For Sheriff | For Member of the Board of County Commissioners | For Members of the Council | For Members of the County Committee |
|---|---|---|---|---|---|---|

- **TERRISA BUKOVINAC** 1A
- **JOSEPH R. BIDEN Jr.** 1B — DEMOCRATIC COMMITTEE OF BERGEN COUNTY

For 20th District Delegates to the Democratic National Convention
Delbert C. Baker
Donnalyn D. DAUGHTRY
Joseph M. DECOTIIS Jr.
Sungkwon E. JANG
Carmine A. LANGEVIN

For 20th Alternate District Delegates to the Democratic National Convention
BIDEN DELEGATES
Sarah A. MONAHAN

**UNCOMMITTED** 1C
UNCOMMITTED
Duncan EVANS
Eric B. KOPP

- **ANDY KIM** 2A — DEMOCRATIC COMMITTEE OF BERGEN COUNTY
- **LAWRENCE HAMM** 2B — PEOPLE'S NEEDS FIRST
- **PATRICIA CAMPOS-MEDINA** 2C — PROGRESSIVE DEMOCRAT

- **JOSH GOTTHEIMER** 3A — DEMOCRATIC COMMITTEE OF BERGEN COUNTY

- **ANTHONY CURETON** 4A — DEMOCRATIC COMMITTEE OF BERGEN COUNTY

- **STEVEN A. TANELLI** 5A — DEMOCRATIC COMMITTEE OF BERGEN COUNTY
- **TRACY SILNA ZUR** 5B — DEMOCRATIC COMMITTEE OF BERGEN COUNTY

- **JULIE O'CONNOR** 6A — DEMOCRATIC COMMITTEE OF BERGEN COUNTY
- **VENUGOPAL MENON** 6B — DEMOCRATIC COMMITTEE OF BERGEN COUNTY
- **LAUREN DAYTON** 6C — THE REAL BERGEN DEMOCRATS

- **MICHELLE A. MERCHANT** 7A — DEMOCRATIC COMMITTEE OF BERGEN COUNTY
- **JOEL H. FRIEDMAN** 7B — DEMOCRATIC COMMITTEE OF BERGEN COUNTY

6/24: OFFICE BLOCK STYLE BALLOT: VOTE FOR CANDIDATES WITHIN EACH OFFICE BLOCK FOR NO MORE THAN INDICATED ABOVE.
6/24: BALOTA ESTILO DE BLOQUE DE POSICIONES: VOTE POR LOS CANDIDATOS DENTRO DE CADA BLOQUE DE POSICIONES POR NO MÁS DE LAS INDICADAS ARRIBA.
6/4/24: 오피스 블록 스타일 투표용지: 각 선거 구역마다 후보자에게 위에 표시된 숫자가 넘지 않도록 투표하세요.

Form 65 - Tenafly  D-1

---

### REPUBLICAN / REPUBLICANO / 공화당

**Page 1 of 2**

| PRIMARY ELECTION ELECCIÓN PRIMARIA 예비선거 | Republican Republicano / 공화당 Column 1 / 칼럼 1 | Republican Republicano / 공화당 Column 2 / 칼럼 2 | Republican Republicano / 공화당 Column 3 / 칼럼 3 | Republican Republicano / 공화당 Column 4 / 칼럼 4 | PERSONAL CHOICE SELECCIÓN PERSONAL 개인 선택 |
|---|---|---|---|---|---|
| Choice for President | **DONALD J. TRUMP** REPUBLICANS FOR RESPONSIBLE GOVERNMENT — REPUBLICANS FOR RESPONSIBLE GOVERNMENT — Jeff VAN DREW Allison MURPHY Port FILAN Michael DONOHUE George GILMORE Don PURDY Michael TESTA Jr. Donna SMITHWEYER Doug STEINHARDT Michael CRISPI | | | | |
| For Alternate Delegates-At-Large to the National Convention | Brian E. BUNNY Paul KANITRA Jessica RINEO Rob ARACE To STEINHARDT Frank SADEGH Jack ZISA Thomas VELARDI Laura ALI Melanie COLLETTE | | | | |
| For District Delegates | Robert AUTH Matthew CONWAY Katherine DURANTE — Albert KAMPIG Thomas TOSCANO Margaret PRONTERA | | | | |
| For United States Senator | **CHRISTINE SERRANO GLASSNER** REPUBLICANS FOR RESPONSIBLE GOVERNMENT | **JUSTIN MURPHY** AMERICAN CONSERVATIVE REPUBLICAN | **ALBERT HARSHAW** FOR THE PEOPLE | **CURTIS BASHAW** BERGEN COUNTY REGULAR REPUBLICAN | |
| For Member of the House of Representatives | **MARY JO GUINCHARD** REPUBLICANS FOR RESPONSIBLE GOVERNMENT | **GEORGE J. SONG** REPUBLICANS FOR THE PEOPLE'S GOVERNMENT | | | |
| For Sheriff | **ROBERT J. KUGLER** REPUBLICANS FOR RESPONSIBLE GOVERNMENT | | | | |
| For Members of the Board of County Commissioners | **DAVE PLOTKIN** REPUBLICANS FOR RESPONSIBLE GOVERNMENT — **MICHAEL JOSEPH** REPUBLICANS FOR RESPONSIBLE GOVERNMENT | | | | |

**Page 2 of 2**

| PRIMARY ELECTION ELECCIÓN PRIMARIA 예비선거 | Republican Republicano / 공화당 Column 1 / 칼럼 1 | Republican Republicano / 공화당 Column 2 / 칼럼 2 | Republican Republicano / 공화당 Column 3 / 칼럼 3 | Republican Republicano / 공화당 Column 4 / 칼럼 4 | PERSONAL CHOICE SELECCIÓN PERSONAL 개인 선택 |
|---|---|---|---|---|---|
| For Members of the Council | NO PETITION FILED | | | | |
| For Members of the County Committee | NO PETITION FILED | | | | |
| | NO PETITION FILED | | | | |

"ADDITIONAL VOTER INFORMATION WILL BE AVAILABLE IN ALL POLLING LOCATIONS."
"INFORMACIÓN ADICIONAL PARA LOS ELECTORES ESTARÁ DISPONIBLE EN TODAS LAS URNAS ELECTORALES."
"추가적인 유권자 정보는 모든 투표소에서 제공될 것입니다."

**PLEASE SEE REVERSE SIDE OF BALLOT FOR VOTING INSTRUCTIONS**
**POR FAVOR VEA EL LADO REVERSO PARA INSTRUCCIONES DE VOTAR**
투표 방법은 이 용지 뒷면에 있습니다

Form 65 - Tenafly - D-1

PRINTED ON RECYCLED PAPER TO PROTECT THE ENVIRONMENT

## YOU CANNOT VOTE ON THIS SAMPLE BALLOT
USTED NO PUEDE VOTAR EN ESTA BALOTA DE MUESTRA / 이 견본 투표용지에 투표 할 수 없습니다

Form 65 - TENAFLY  D1

**THIS BALLOT CANNOT BE VOTED. IT IS A SAMPLE OF THE OFFICIAL PRIMARY ELECTION BALLOT USED IN THE VOTING MACHINES ON ELECTION DAY.**

NO SE PUEDE VOTAR EN ESTA BALOTA. ESTA ES SÓLO UNA MUESTRA DE LA BALOTA OFICIAL DE LA ELECCIÓN PRIMARIA QUE SE USA EN LAS MÁQUINAS DE VOTACIÓN EL DÍA DE LAS ELECCIONES.

이 투표용지로 투표 할 수 없습니다. 이것은 선거일 투표기기에 사용될 공식 예비선거 견본 투표용지입니다.

*John S. Hogan*

**JOHN S. HOGAN**
Bergen County Clerk
Secretario del Condado de Bergen
버겐 카운티 클럭
One Bergen County Plaza, Hackensack, NJ 07601

## OFFICIAL PRIMARY ELECTION SAMPLE BALLOT
**MUESTRA OFICIAL DE LA BALOTA DE LA ELECCIÓN PRIMARIA**
공식 예비선거 견본 투표용지

### Borough of Tenafly - District 2
버겐 카운티
Condado de Bergen, Nueva Jersey - Martes, 4 de junio de 2024 / 뉴저지, 버겐 카운티 - 2024년 6월 4일 화요일

**5th Congressional District**
5° Distrito del Congreso
연방하원 5선거구

---

### DEMOCRATIC / DEMÓCRATA / 민주당

| Choice for President<br>Selección para Presidente<br>대통령 선택 | For United States Senator<br>Para Senador de los Estados Unidos<br>미국 상원의원 | For Member of the House of Representatives<br>Para Miembro de la Cámara de Representantes<br>연방하원 의원 | For Sheriff<br>Para Alguacil<br>보안관 | For Member of the Board of County Commissioners<br>Para Miembro de la Junta de Concejales del Condado<br>카운티 위원 | For Members of the Council<br>Para Miembros del Consejo<br>의회 의원 | For Members of the County Committee<br>Para Miembros del Comité del Condado<br>카운티 위원회 위원 |
|---|---|---|---|---|---|---|
| TERRISA<br>**BUKOVINAC** 1A | ANDY<br>**KIM** 2A<br>DEMOCRATIC COMMITTEE OF BERGEN COUNTY | JOSH<br>**GOTTHEIMER** 3A<br>DEMOCRATIC COMMITTEE OF BERGEN COUNTY | ANTHONY<br>**CURETON** 4A<br>DEMOCRATIC COMMITTEE OF BERGEN COUNTY | STEVEN A.<br>**TANELLI** 5A<br>DEMOCRATIC COMMITTEE OF BERGEN COUNTY | JULIE<br>**O'CONNOR** 6A<br>DEMOCRATIC COMMITTEE OF BERGEN COUNTY | CAROL A.<br>**SCHULTER** 7A<br>DEMOCRATIC COMMITTEE OF BERGEN COUNTY |
| JOSEPH R.<br>**BIDEN Jr.** 1B<br>DEMOCRATIC COMMITTEE OF BERGEN COUNTY | LAWRENCE<br>**HAMM** 2B<br>PEOPLE'S NEEDS FIRST | | | TRACY<br>**SILNA ZUR** 5B<br>DEMOCRATIC COMMITTEE OF BERGEN COUNTY | VENUGOPAL<br>**MENON** 6B<br>DEMOCRATIC COMMITTEE OF BERGEN COUNTY | ARLENE M.<br>**YOSKOWITZ** 7B<br>DEMOCRATIC COMMITTEE OF BERGEN COUNTY |
| | PATRICIA<br>**CAMPOS-MEDINA** 2C<br>PROGRESSIVE DEMOCRAT | | | | LAUREN<br>**DAYTON** 6C<br>THE REAL BERGEN DEMOCRATS | |

For 20th District Delegates to the Democratic National Convention
Para Delegados del Distrito 20° a la Convención Nacional Demócrata

Estina C. BAKER
Dominique D. DAUGHTRY
Joseph M. DECOTIIS Jr.
Sungheon E. JANG
Carmine A. LANGEVIN

For 20th Alternate District Delegates to the Democratic National Convention

Sarah A. MONAHAN

UNCOMMITTED 1C

Duncan EVANS
Eric B. KOPP

**6/24: OFFICE BLOCK STYLE BALLOT:** VOTE FOR CANDIDATES WITHIN EACH OFFICE BLOCK FOR NO MORE THAN INDICATED ABOVE.

Form 65 - Tenafly  D-2

---

### REPUBLICAN / REPUBLICANO / 공화당

**Page 1 of 2**

| PRIMARY ELECTION<br>ELECCIÓN PRIMARIA<br>예비선거 | Republican<br>Republicano / 공화당<br>Column 1 / Columna 1 / 칸 1 | Republican<br>Republicano / 공화당<br>Column 2 / Columna 2 / 칸 2 | Republican<br>Republicano / 공화당<br>Column 3 / Columna 3 / 칸 3 | Republican<br>Republicano / 공화당<br>Column 4 / Columna 4 / 칸 4 | PERSONAL CHOICE<br>SELECCIÓN PERSONAL<br>개인 선택 |
|---|---|---|---|---|---|
| Choice for President<br>Selección para Presidente<br>대통령 선택 | DONALD J.<br>**TRUMP**<br>REPUBLICANS FOR RESPONSIBLE GOVERNMENT | | | | |
| For United States Senator | CHRISTINE<br>**SERRANO GLASSNER** | JUSTIN<br>**MURPHY**<br>AMERICAN CONSERVATIVE REPUBLICAN | ALBERT<br>**HARSHAW**<br>FOR THE PEOPLE | CURTIS<br>**BASHAW**<br>BERGEN COUNTY REGULAR REPUBLICAN | |
| For Member of the House of Representatives | MARY JO<br>**GUINCHARD** | GEORGE J.<br>**SONG**<br>REPUBLICANS FOR THE PEOPLE'S GOVERNMENT | | | |
| For Sheriff | ROBERT J.<br>**KUGLER** | | | | |
| For Members of the Board of County Commissioners | DAVE<br>**PLOTKIN**<br><br>MICHAEL<br>**JOSEPH** | | | | |

**Page 2 of 2**

| PRIMARY ELECTION<br>ELECCIÓN PRIMARIA<br>예비선거 | Republican<br>Republicano / 공화당<br>Column 1 / Columna 1 / 칸 1 | Republican<br>Republicano / 공화당<br>Column 2 / Columna 2 / 칸 2 | Republican<br>Republicano / 공화당<br>Column 3 / Columna 3 / 칸 3 | Republican<br>Republicano / 공화당<br>Column 4 / Columna 4 / 칸 4 | PERSONAL CHOICE<br>SELECCIÓN PERSONAL<br>개인 선택 |
|---|---|---|---|---|---|
| For Members of the Council | NO PETITION FILED | | | | |
| For Members of the County Committee | NO PETITION FILED | | | | |
|  | NO PETITION FILED | | | | |

"ADDITIONAL VOTER INFORMATION WILL BE AVAILABLE IN ALL POLLING LOCATIONS."

"INFORMACIÓN ADICIONAL PARA LOS ELECTORES ESTARÁ DISPONIBLE EN TODAS LAS URNAS ELECTORALES."

"추가적인 유권자 정보는 모든 투표소에서 제공될 것입니다."

**PLEASE SEE REVERSE SIDE OF BALLOT FOR VOTING INSTRUCTIONS**

**POR FAVOR VEA EL LADO REVERSO PARA INSTRUCCIONES DE VOTAR**

투표 방법은 이 용지 뒷면에 있습니다

Form 65 - Tenafly - D2

---

### YOU CANNOT VOTE ON THIS SAMPLE BALLOT
USTED NO PUEDE VOTAR EN ESTA BALOTA DE MUESTRA / 이 견본 투표용지에 투표 할 수 없습니다

PRINTED ON RECYCLED PAPER
PROTECT THE ENVIRONMENT

Form 65 - TENAFLY  D2

**THIS BALLOT CANNOT BE VOTED. IT IS A SAMPLE OF THE OFFICIAL PRIMARY ELECTION BALLOT USED IN THE VOTING MACHINES ON ELECTION DAY.**
*NO SE PUEDE VOTAR EN ESTA BALOTA. ESTA ES SÓLO UNA MUESTRA DE LA BALOTA OFICIAL DE LA ELECCIÓN PRIMARIA QUE SE USA EN LAS MÁQUINAS DE VOTACIÓN EL DÍA DE LAS ELECCIONES.*
이 투표용지로 투표 할 수 없습니다. 이것은 선거일 투표기기에 사용될 공식 예비선거 견본 투표용지입니다.

*John S. Hogan*

**JOHN S. HOGAN**
*Bergen County Clerk*
*Secretario del Condado de Bergen*
버겐 카운티 클럭
*One Bergen County Plaza, Hackensack, NJ 07601*

# OFFICIAL PRIMARY ELECTION SAMPLE BALLOT
**MUESTRA OFICIAL DE LA BALOTA DE LA ELECCIÓN PRIMARIA**
공식 예비선거 견본 투표용지

## Borough of Tenafly - District 3
**Bergen County, New Jersey - Tuesday, June 4, 2024**
*Condado de Bergen, Nueva Jersey - Martes, 4 de junio de 2024* / 뉴저지, 버겐 카운티 - 2024년 6월 4일 화요일

**5th Congressional District**
5° Distrito del Congreso
연방하원 5선거구

---

## DEMOCRATIC / DEMÓCRATA / 민주당

| Choice For President / Selección para Presidente | For United States Senator / Para Senador de los Estados Unidos | For Member of the House of Representatives / Para Miembro de la Cámara de Representantes | For Sheriff / Para Alguacil | For Member of the Board of County Commissioners / Para Miembro de la Junta de Concejales del Condado | For Members of the Council / Para Miembros del Concejo | For Members of the County Committee / Para Miembros del Comité del Condado |
|---|---|---|---|---|---|---|
| **TERRISA BUKOVINAC** 1A | **ANDY KIM** 2A *DEMOCRATIC COMMITTEE OF BERGEN COUNTY* | **JOSH GOTTHEIMER** 3A *DEMOCRATIC COMMITTEE OF BERGEN COUNTY* | **ANTHONY CURETON** 4A *DEMOCRATIC COMMITTEE OF BERGEN COUNTY* | **STEVEN A. TANELLI** 5A *DEMOCRATIC COMMITTEE OF BERGEN COUNTY* | **JULIE O'CONNOR** 6A *DEMOCRATIC COMMITTEE OF BERGEN COUNTY* | **ANNE C. NELSON** 7A |
| **JOSEPH R. BIDEN Jr.** 1B *DEMOCRATIC COMMITTEE OF BERGEN COUNTY* | **LAWRENCE HAMM** 2B *PEOPLE'S NEEDS FIRST* | | | **TRACY SILNA ZUR** 5B *DEMOCRATIC COMMITTEE OF BERGEN COUNTY* | **VENUGOPAL MENON** 6B *DEMOCRATIC COMMITTEE OF BERGEN COUNTY* | NO PETITION FILED |
| **For 20th District Delegates to the Democratic National Convention** *Para Delegados del Distrito 20° a la Convención Nacional Demócrata* | **PATRICIA CAMPOS-MEDINA** 2C *PROGRESSIVE DEMOCRAT* | | | | **LAUREN DAYTON** 6C *THE REAL BERGEN DEMOCRATS* | |

**6/24: OFFICE BLOCK STYLE BALLOT:** VOTE FOR CANDIDATES WITHIN EACH OFFICE BLOCK FOR NO MORE THAN INDICATED ABOVE.
**4/6/24 BALOTA ESTILO DE BLOQUE DE POSICIONES:** VOTE POR LOS CANDIDATOS DENTRO DE CADA BLOQUE DE POSICIONES POR NO MÁS DE LAS INDICADAS ARRIBA.

Form 65 - Tenafly D-3

---

## REPUBLICAN / REPUBLICANO / 공화당

**Page 1 of 2**

| PRIMARY ELECTION / ELECCIÓN PRIMARIA 예비선거 | Republican / Republicano / 공화당 Column 1 / Columna 1 / 열 1 | Republican / Republicano / 공화당 Column 2 / Columna 2 / 열 2 | Republican / Republicano / 공화당 Column 3 / Columna 3 / 열 3 | Republican / Republicano / 공화당 Column 4 / Columna 4 / 열 4 | PERSONAL CHOICE / SELECCIÓN PERSONAL 개인 선택 |
|---|---|---|---|---|---|
| Choice For President / Selección para Presidente | **DONALD J. TRUMP** *REPUBLICANS FOR RESPONSIBLE GOVERNMENT* | | | | |
| For United States Senator | **CHRISTINE SERRANO GLASSNER** *REPUBLICANS FOR RESPONSIBLE GOVERNMENT* | **JUSTIN MURPHY** *AMERICAN CONSERVATIVE REPUBLICAN* | **ALBERT HARSHAW** *FOR THE PEOPLE* | **CURTIS BASHAW** *BERGEN COUNTY REGULAR REPUBLICAN* | |
| For Member of the House of Representatives | **MARY JO GUINCHARD** *REPUBLICANS FOR RESPONSIBLE GOVERNMENT* | **GEORGE J. SONG** *REPUBLICANS FOR THE PEOPLE'S GOVERNMENT* | | | |
| For Sheriff | **PAUL J. KUGLER** *REPUBLICANS FOR RESPONSIBLE GOVERNMENT* | | | | |
| For Members of the Board of County Commissioners | **DAVE PLOTKIN** *REPUBLICANS FOR RESPONSIBLE GOVERNMENT* | | | | |
| | **MICHAEL JOSEPH** *REPUBLICANS FOR RESPONSIBLE GOVERNMENT* | | | | |

**Page 2 of 2**

| PRIMARY ELECTION / ELECCIÓN PRIMARIA 예비선거 | Republican / Republicano / 공화당 Column 1 / Columna 1 / 열 1 | Republican / Republicano / 공화당 Column 2 / Columna 2 / 열 2 | Republican / Republicano / 공화당 Column 3 / Columna 3 / 열 3 | Republican / Republicano / 공화당 Column 4 / Columna 4 / 열 4 | PERSONAL CHOICE / SELECCIÓN PERSONAL 개인 선택 |
|---|---|---|---|---|---|
| For Members of the Council | NO PETITION FILED | | | | |
| For Members of the County Committee | **MARIA CUTRO** *REPUBLICANS FOR RESPONSIBLE GOVERNMENT* | | | | |
| | **RONALD D. CUTRO** *REPUBLICANS FOR RESPONSIBLE GOVERNMENT* | | | | |

"ADDITIONAL VOTER INFORMATION WILL BE AVAILABLE IN ALL POLLING LOCATIONS."
"INFORMACIÓN ADICIONAL PARA LOS ELECTORES ESTARÁ DISPONIBLE EN TODAS LAS URNAS ELECTORALES."
"추가적인 유권자 정보는 모든 투표소에서 제공될 것입니다."

**PLEASE SEE REVERSE SIDE OF BALLOT FOR VOTING INSTRUCTIONS**
**POR FAVOR VEA EL LADO REVERSO PARA INSTRUCCIONES DE VOTAR**
투표 방법은 이 용지 뒷면에 있습니다

Form 65 - Tenafly - D3

---

## YOU CANNOT VOTE ON THIS SAMPLE BALLOT
*USTED NO PUEDE VOTAR EN ESTA BALOTA DE MUESTRA* / 이 견본 투표용지에 투표 할 수 없습니다

Form 65 - TENAFLY D3

**THIS BALLOT CANNOT BE VOTED. IT IS A SAMPLE OF THE OFFICIAL PRIMARY ELECTION BALLOT USED IN THE VOTING MACHINES ON ELECTION DAY.**

NO SE PUEDE VOTAR EN ESTA BALOTA. ESTA ES SÓLO UNA MUESTRA DE LA BALOTA OFICIAL DE LA ELECCIÓN PRIMARIA QUE SE USA EN LAS MÁQUINAS DE VOTACIÓN EL DÍA DE LAS ELECCIONES.

이 투표용지로 투표 할 수 없습니다. 이것은 선거일 투표기기에 사용될 공식 예비선거 견본 투표용지입니다.

*John S. Hogan*

**JOHN S. HOGAN**
Bergen County Clerk
Secretario del Condado de Bergen
버겐 카운티 클럭
One Bergen County Plaza, Hackensack, NJ 07601

## OFFICIAL PRIMARY ELECTION SAMPLE BALLOT
**MUESTRA OFICIAL DE LA BALOTA DE LA ELECCIÓN PRIMARIA**
공식 예비선거 견본 투표용지

### Borough of Tenafly - District 4
**Bergen County, New Jersey - Tuesday, June 4, 2024**
Condado de Bergen, Nueva Jersey - Martes, 4 de junio de 2024   뉴저지, 버겐 카운티 - 2024년 6월 4일 화요일

**5th Congressional District**
5° Distrito del Congreso
연방하원 5선거구

---

## DEMOCRATIC / DEMÓCRATA / 민주당

| Choice for President / Selección para Presidente | For United States Senator | For Member of the House of Representatives | For Sheriff | For Member of the Board of County Commissioners | For Members of the Council | For Members of the County Committee |
|---|---|---|---|---|---|---|
| **1A** TERESA BUKOVINAC | **2A** ANDY KIM DEMOCRATIC COMMITTEE OF BERGEN COUNTY | **3A** JOSH GOTTHEIMER DEMOCRATIC COMMITTEE OF BERGEN COUNTY | **4A** ANTHONY CURETON DEMOCRATIC COMMITTEE OF BERGEN COUNTY | **5A** STEVEN A. TANELLI DEMOCRATIC COMMITTEE OF BERGEN COUNTY | **6A** JULIE O'CONNOR DEMOCRATIC COMMITTEE OF BERGEN COUNTY | **7A** RAGHUNANDAN S. LOGANATHAN DEMOCRATIC COMMITTEE OF BERGEN COUNTY |
| **1B** JOSEPH BIDEN Jr. DEMOCRATIC COMMITTEE OF BERGEN COUNTY | **2B** LAWRENCE HAMM PEOPLE'S NEEDS FIRST | | | **5B** TRACY SILNA ZUR DEMOCRATIC COMMITTEE OF BERGEN COUNTY | **6B** VENUGOPAL MENON DEMOCRATIC COMMITTEE OF BERGEN COUNTY | **7B** ALFRED SILBER THE REAL DEMOCRAT |
| For 20th District Delegates to the Democratic National Convention | **2C** PATRICIA CAMPOS-MEDINA PROGRESSIVE DEMOCRAT | | | | **6C** LAUREN DAYTON THE REAL BERGEN DEMOCRATS | **7C** LARAINE FERGENSON DEMOCRATIC COMMITTEE OF BERGEN COUNTY |
| **1C** UNCOMMITTED | | | | | | |

Form 65 - Tenafly  D-4

---

## REPUBLICAN / REPUBLICANO / 공화당

**Page 1 of 2**

| PRIMARY ELECTION ELECCIÓN PRIMARIA 예비선거 | Republican Republicano / 공화당 Column 1 | Republican Republicano / 공화당 Column 2 | Republican Republicano / 공화당 Column 3 | Republican Republicano / 공화당 Column 4 | PERSONAL CHOICE SELECCIÓN PERSONAL 개인 선택 |
|---|---|---|---|---|---|
| Choice for President / Selección para Presidente | DONALD J. TRUMP REPUBLICANS FOR RESPONSIBLE GOVERNMENT | | | | |
| For United States Senator | CHRISTINE SERRANO GLASSNER REPUBLICANS FOR RESPONSIBLE GOVERNMENT | JUSTIN MURPHY AMERICA CONSERVATIVE REPUBLICAN | ALBERT HARSHAW FOR THE PEOPLE | CURTIS BASHAW BERGEN COUNTY REGULAR REPUBLICAN | |
| For Member of the House of Representatives | MARY JO GUINCHARD REPUBLICANS FOR RESPONSIBLE GOVERNMENT | GEORGE J. SONG REPUBLICANS FOR THE PEOPLE'S GOVERNMENT | | | |
| For Sheriff | JAMES J. KUGLER REPUBLICANS FOR RESPONSIBLE GOVERNMENT | | | | |
| For Members of the Board of County Commissioners | DAVE PLOTKIN REPUBLICANS FOR RESPONSIBLE GOVERNMENT | | | | |
| | MICHAEL JOSEPH REPUBLICANS FOR RESPONSIBLE GOVERNMENT | | | | |

**Page 2 of 2**

| PRIMARY ELECTION ELECCIÓN PRIMARIA 예비선거 | Republican Republicano / 공화당 Column 1 | Republican Republicano / 공화당 Column 2 | Republican Republicano / 공화당 Column 3 | Republican Republicano / 공화당 Column 4 | PERSONAL CHOICE SELECCIÓN PERSONAL 개인 선택 |
|---|---|---|---|---|---|
| For Members of the Council | NO PETITION FILED | | | | |
| For Members of the County Committee | NO PETITION FILED | | | | |
| | NO PETITION FILED | | | | |

"ADDITIONAL VOTER INFORMATION WILL BE AVAILABLE IN ALL POLLING LOCATIONS."

"INFORMACIÓN ADICIONAL PARA LOS ELECTORES ESTARÁ DISPONIBLE EN TODAS LAS URNAS ELECTORALES."

"추가적인 유권자 정보는 모든 투표소에서 제공될 것입니다."

**PLEASE SEE REVERSE SIDE OF BALLOT FOR VOTING INSTRUCTIONS**

POR FAVOR VEA EL LADO REVERSO PARA INSTRUCCIONES DE VOTAR

투표 방법은 이 용지 뒷면에 있습니다

Form 65 - Tenafly - D4

---

## YOU CANNOT VOTE ON THIS SAMPLE BALLOT
USTED NO PUEDE VOTAR EN ESTA BALOTA DE MUESTRA / 이 견본 투표용지에 투표 할 수 없습니다

**THIS BALLOT CANNOT BE VOTED. IT IS A SAMPLE OF THE OFFICIAL PRIMARY ELECTION BALLOT USED IN THE VOTING MACHINES ON ELECTION DAY.**

NO SE PUEDE VOTAR EN ESTA BALOTA. ESTA ES SÓLO UNA MUESTRA DE LA BALOTA OFICIAL DE LA ELECCIÓN PRIMARIA QUE SE USA EN LAS MÁQUINAS DE VOTACIÓN EL DÍA DE LAS ELECCIONES.

이 투표용지로 투표 할 수 없습니다. 이것은 선거일 투표기기에 사용될 공식 예비선거 견본 투표용지입니다.

**OFFICIAL PRIMARY ELECTION SAMPLE BALLOT**
**MUESTRA OFICIAL DE LA BALOTA DE LA ELECCIÓN PRIMARIA**
**공식 예비선거 견본 투표용지**

*John S. Hogan*
**JOHN S. HOGAN**
Bergen County Clerk
Secretario del Condado de Bergen
버겐 카운티 클럭
One Bergen County Plaza, Hackensack, NJ 07601

**5th Congressional District**
5° Distrito del Congreso
연방하원 5선거구

**Borough of Tenafly - District 5**
Bergen County, New Jersey - Tuesday, June 4, 2024
버겐 카운티, 뉴저지
Condado de Bergen, Nueva Jersey - Martes, 4 de junio de 2024  /  뉴저지, 버겐 카운티 - 2024년 6월 4일 화요일

## DEMOCRATIC / DEMÓCRATA / 민주당

| Choice For President | For United States Senator | For Member of the House of Representatives | For County | For Member of the Board of County Commissioners | For Members of the Council | For Members of the County Committee |
|---|---|---|---|---|---|---|
| **TERRISA BUKOVINAC** 1A | **ANDY KIM** 2A | **JOSH GOTTHEIMER** 3A | **ANTHONY CURETON** 4A | **STEVEN A. TANELLI** 5A | **JULIE O'CONNOR** 6A | **JOHN M. O'CONNOR** 7A |
| **JOSEPH R. BIDEN Jr.** 1B | **LAWRENCE HAMM** 2B | | | **TRACY SILNA ZUR** 5B | **VENUGOPAL MENON** 6B | **MIRIAM ZAVODNICK-REYES** 7B |
| | **PATRICIA CAMPOS-MEDINA** 2C | | | | **LAUREN DAYTON** 6C | |
| **UNCOMMITTED** 1C | | | | | | |

Form 65 - Tenafly  D-5

---

## REPUBLICAN / REPUBLICANO / 공화당

**Page 1 of 2**

| PRIMARY ELECTION ELECCIÓN PRIMARIA 예비선거 | Republican Republicano / 공화당 Column 1 / 컬럼 1 | Republican Republicano / 공화당 Column 2 / 컬럼 2 | Republican Republicano / 공화당 Column 3 / 컬럼 3 | Republican Republicano / 공화당 Column 4 / 컬럼 4 | PERSONAL CHOICE SELECCIÓN PERSONAL 개인 선택 |
|---|---|---|---|---|---|
| Choice For President | **DONALD J. TRUMP** | | | | |
| For United States Senator | **CHRISTINE SERRANO GLASSNER** | **JUSTIN MURPHY** | **ALBERT HARSHAW** | **CURTIS BASHAW** | |
| For Member of the House of Representatives | **MARY JO GUINCHARD** | **GEORGE J. SONG** | | | |
| For Sheriff | **JAMES J. KUGLER** | | | | |
| For Members of the Board of County Commissioners | **DAVE PLOTKIN** | | | | |
| | **MICHAEL JOSEPH** | | | | |

**Page 2 of 2**

| PRIMARY ELECTION ELECCIÓN PRIMARIA 예비선거 | Republican Republicano / 공화당 Column 1 / 컬럼 1 | Republican Republicano / 공화당 Column 2 / 컬럼 2 | Republican Republicano / 공화당 Column 3 / 컬럼 3 | Republican Republicano / 공화당 Column 4 / 컬럼 4 | PERSONAL CHOICE SELECCIÓN PERSONAL 개인 선택 |
|---|---|---|---|---|---|
| For Members of the Council | NO PETITION FILED | | | | |
| For Members of the County Committee | NO PETITION FILED | | | | |
| | NO PETITION FILED | | | | |

"ADDITIONAL VOTER INFORMATION WILL BE AVAILABLE IN ALL POLLING LOCATIONS."

"INFORMACIÓN ADICIONAL PARA LOS ELECTORES ESTARÁ DISPONIBLE EN TODAS LAS URNAS ELECTORALES."

"추가적인 유권자 정보는 모든 투표소에서 제공될 것입니다."

**PLEASE SEE REVERSE SIDE OF BALLOT FOR VOTING INSTRUCTIONS**
**POR FAVOR VEA EL LADO REVERSO PARA INSTRUCCIONES DE VOTAR**
투표 방법은 이 용지 뒷면에 있습니다

Form 65 - Tenafly - D-5

PRINTED ON RECYCLED PAPER PRODUCE OF THE ENVIRONMENT

**YOU CANNOT VOTE ON THIS SAMPLE BALLOT**
USTED NO PUEDE VOTAR EN ESTA BALOTA DE MUESTRA / 이 견본 투표용지에 투표 할 수 없습니다

**THIS BALLOT CANNOT BE VOTED. IT IS A SAMPLE OF THE OFFICIAL PRIMARY ELECTION BALLOT USED IN THE VOTING MACHINES ON ELECTION DAY.**

*NO SE PUEDE VOTAR EN ESTA BALOTA. ESTA ES SÓLO UNA MUESTRA DE LA BALOTA OFICIAL DE LA ELECCIÓN PRIMARIA QUE SE USA EN LAS MÁQUINAS DE VOTACIÓN EL DÍA DE LAS ELECCIONES.*

이 투표용지로 투표 할 수 없습니다. 이것은 선거일 투표기기에 사용될 공식 예비선거 견본 투표용지입니다.

*John S. Hogan*

**JOHN S. HOGAN**
Bergen County Clerk
Secretario del Condado de Bergen
버겐 카운티 클럭

One Bergen County Plaza, Hackensack, NJ 07601

## OFFICIAL PRIMARY ELECTION SAMPLE BALLOT
**MUESTRA OFICIAL DE LA BALOTA DE LA ELECCIÓN PRIMARIA**
공식 예비선거 견본 투표용지

### Borough of Tenafly - District 6
**Bergen County, New Jersey - Tuesday, June 4, 2024**
버겐 카운티, 뉴저지 - 2024년 6월 4일 화요일
**Condado de Bergen, Nueva Jersey - Martes, 4 de junio de 2024** / 뉴저지, 버겐 카운티 - 2024년 6월 4일 화요일

**5th Congressional District**
5° Distrito del Congreso
연방하원 5선거구

---

## DEMOCRATIC / DEMÓCRATA / 민주당

| Choice for President | For United States Senator | For Member of the House of Representatives | For Sheriff | For Member of the Board of County Commissioners | For Members of the Council | For Members of the County Committee |
|---|---|---|---|---|---|---|

**Choice for President** / Selección para Presidente

- TERESSA BUKOVINAC — 1A
- JOSEPH R. BIDEN Jr. — 1B — DEMOCRATIC COMMITTEE OF BERGEN COUNTY

For 20th District Delegates to the Democratic National Convention / Para Delegados del Distrito 20° a la Convención Nacional Demócrata
- Estela C. BAKER
- Domingue D. DAUGHTRY
- Joseph M. DECOTIIS Jr.
- Sunghwan E. JANG
- Carmine A. LANGEVIN

For 20th Alternate District Delegates to the Democratic National Convention
- Sarah A. MONAHAN

UNCOMMITTED — 1C
*JUSTICE FOR PALESTINE, PERMANENT CEASEFIRE NOW*
- Duncan EVANS
- Eric B. KOPP

**For United States Senator** / Para Senador de los Estados Unidos
- ANDY KIM — 2A — DEMOCRATIC COMMITTEE OF BERGEN COUNTY
- LAWRENCE HAMM — 2B — PEOPLE'S NEEDS FIRST
- PATRICIA CAMPOS-MEDINA — 2C — PROGRESSIVE DEMOCRAT

**For Member of the House of Representatives** / Para Miembro de la Cámara de Representantes
- JOSH GOTTHEIMER — 3A — DEMOCRATIC COMMITTEE OF BERGEN COUNTY

**For Sheriff** / Para Alguacil
- ANTHONY CURETON — 4A — DEMOCRATIC COMMITTEE OF BERGEN COUNTY

**For Member of the Board of County Commissioners** / Para Miembro de la Junta de Concejales del Condado
- STEVEN A. TANELLI — 5A — DEMOCRATIC COMMITTEE OF BERGEN COUNTY
- TRACY SILNA ZUR — 5B — DEMOCRATIC COMMITTEE OF BERGEN COUNTY

**For Members of the Council** / Para Miembros del Concejo
- JULIE O'CONNOR — 6A — DEMOCRATIC COMMITTEE OF BERGEN COUNTY
- VENUGOPAL MENON — 6B — DEMOCRATIC COMMITTEE OF BERGEN COUNTY
- LAUREN DAYTON — 6C — THE REAL BERGEN DEMOCRATS

**For Members of the County Committee** / Para Miembros del Comité del Condado
- JON WAARMS — 7A — DEMOCRATIC COMMITTEE OF BERGEN COUNTY
- ELIZABETH WAARMS — 7B — DEMOCRATIC COMMITTEE OF BERGEN COUNTY

**6/24: OFFICE BLOCK STYLE BALLOT:** VOTE FOR CANDIDATES WITHIN EACH OFFICE BLOCK FOR NO MORE THAN INDICATED ABOVE.
**6/24: BALOTA ESTILO DE BLOQUE DE POSICIONES:** VOTE POR LOS CANDIDATOS DENTRO DE CADA BLOQUE DE POSICIONES POR NO MÁS DE LAS INDICADAS ARRIBA.

Form 65 - Tenafly D-6

---

## REPUBLICAN / REPUBLICANO / 공화당

### Page 1 of 2

| PRIMARY ELECTION ELECCIÓN PRIMARIA 예비선거 | Republican Republicano / 공화당 Column 1 / Columna 1 / 열 1 | Republican Republicano / 공화당 Column 2 / Columna 2 / 열 2 | Republican Republicano / 공화당 Column 3 / Columna 3 / 열 3 | Republican Republicano / 공화당 Column 4 / Columna 4 / 열 4 | PERSONAL CHOICE SELECCIÓN PERSONAL 개인 선택 |
|---|---|---|---|---|---|
| **Choice for President** Selección para Presidente | DONALD J. TRUMP REPUBLICANS FOR RESPONSIBLE GOVERNMENT | | | | |
| **For United States Senator** | CHRISTINE SERRANO GLASSNER REPUBLICANS FOR RESPONSIBLE GOVERNMENT | JUSTIN MURPHY AMERICAN CONSERVATIVE REPUBLICAN | ALBERT HARSHAW FOR THE PEOPLE | CURTIS BASHAW BERGEN COUNTY REGULAR REPUBLICAN | |
| **For Member of the House of Representatives** | MARY JO GUINCHARD REPUBLICANS FOR RESPONSIBLE GOVERNMENT | GEORGE J. SONG REPUBLICANS FOR THE PEOPLE'S GOVERNMENT | | | |
| **For Sheriff** | JAMES J. KUGLER REPUBLICANS FOR RESPONSIBLE GOVERNMENT | | | | |
| **For Members of the Board of County Commissioners** | DAVE PLOTKIN REPUBLICANS FOR RESPONSIBLE GOVERNMENT — MICHAEL JOSEPH REPUBLICANS FOR RESPONSIBLE GOVERNMENT | | | | |

### Page 2 of 2

| PRIMARY ELECTION ELECCIÓN PRIMARIA 예비선거 | Republican Republicano / 공화당 Column 1 / Columna 1 / 열 1 | Republican Republicano / 공화당 Column 2 / Columna 2 / 열 2 | Republican Republicano / 공화당 Column 3 / Columna 3 / 열 3 | Republican Republicano / 공화당 Column 4 / Columna 4 / 열 4 | PERSONAL CHOICE SELECCIÓN PERSONAL 개인 선택 |
|---|---|---|---|---|---|
| **For Members of the Council** | NO PETITION FILED | | | | |
| **For Members of the County Committee** | CHRISTOPHER J. AMBROSY REPUBLICANS FOR RESPONSIBLE GOVERNMENT | NO PETITION FILED | | | |

"ADDITIONAL VOTER INFORMATION WILL BE AVAILABLE IN ALL POLLING LOCATIONS."
"INFORMACIÓN ADICIONAL PARA LOS ELECTORES ESTARÁ DISPONIBLE EN TODAS LAS URNAS ELECTORALES."
"추가적인 유권자 정보는 모든 투표소에서 제공될 것입니다."

**PLEASE SEE REVERSE SIDE OF BALLOT FOR VOTING INSTRUCTIONS**
**POR FAVOR VEA EL LADO REVERSO PARA INSTRUCCIONES DE VOTAR**
투표 방법은 이 용지 뒷면에 있습니다

Form 65 - Tenafly - D 6

PRINTED ON RECYCLED PAPER
PROTECT THE ENVIRONMENT

Form 65 - TENAFLY D6

---

## YOU CANNOT VOTE ON THIS SAMPLE BALLOT
*USTED NO PUEDE VOTAR EN ESTA BALOTA DE MUESTRA* / 이 견본 투표용지에 투표 할 수 없습니다

**THIS BALLOT CANNOT BE VOTED. IT IS A SAMPLE OF THE OFFICIAL PRIMARY ELECTION BALLOT USED IN THE VOTING MACHINES ON ELECTION DAY.**

NO SE PUEDE VOTAR EN ESTA BALOTA. ESTA ES SÓLO UNA MUESTRA DE LA BALOTA OFICIAL DE LA ELECCIÓN PRIMARIA QUE SE USA EN LAS MÁQUINAS DE VOTACIÓN EL DÍA DE LAS ELECCIONES.

이 투표용지로 투표 할 수 없습니다. 이것은 선거일 투표기기에 사용될 공식 예비선거 견본 투표용지입니다.

*John S. Hogan*

**JOHN S. HOGAN**
Bergen County Clerk
Secretario del Condado de Bergen
버겐 카운티 클럭
One Bergen County Plaza, Hackensack, NJ 07601

## OFFICIAL PRIMARY ELECTION SAMPLE BALLOT
**MUESTRA OFICIAL DE LA BALOTA DE LA ELECCIÓN PRIMARIA**
공식 예비선거 견본 투표용지

### Borough of Tenafly - District 7

**Bergen County, New Jersey - Tuesday, June 4, 2024**
**Condado de Bergen, Nueva Jersey - Martes, 4 de junio de 2024** / 뉴저지, 버겐 카운티 - 2024년 6월 4일 화요일

**5th Congressional District**
5° Distrito del Congreso
연방하원 5선거구

---

### DEMOCRATIC / DEMÓCRATA / 민주당

| Choice For President Selección para Presidente | For United States Senator Para Senador de los Estados Unidos | For Member of the House of Representatives Para Miembro de la Cámara de Representantes | For Sheriff Para Alguacil | For Members of the Board of County Commissioners Para Miembros de la Junta de Concejos del Condado | For Members of the County Committee Para Miembros del Comité del Condado | For Members of the County Committee Para Miembros del Comité del Condado |
|---|---|---|---|---|---|---|
| TERRISA **BUKOVINAC** 1A | ANDY **KIM** 2A DEMOCRATIC COMMITTEE OF BERGEN COUNTY | JOSH **GOTTHEIMER** 3A DEMOCRATIC COMMITTEE OF BERGEN COUNTY | ANTHONY **CURETON** 4A DEMOCRATIC COMMITTEE OF BERGEN COUNTY | STEVEN A. **TANELLI** 5A DEMOCRATIC COMMITTEE OF BERGEN COUNTY | JULIE **O'CONNOR** 6A DEMOCRATIC COMMITTEE OF BERGEN COUNTY | HERCULES R. **INVICTUS** 7A DEMOCRATIC COMMITTEE OF BERGEN COUNTY |
| JOSEPH R. **BIDEN Jr.** 1B DEMOCRATIC COMMITTEE OF BERGEN COUNTY | LAWRENCE **HAMM** 2B PEOPLE'S NEEDS FIRST | | | TRACY **SILNA ZUR** 5B DEMOCRATIC COMMITTEE OF BERGEN COUNTY | VENUGOPAL **MENON** 6B DEMOCRATIC COMMITTEE OF BERGEN COUNTY | JULIE A. **MARALLO** 7B DEMOCRATIC COMMITTEE OF BERGEN COUNTY |
| For 20th District Delegates to the Democratic National Convention Para Delegados del Distrito 20° a la Convención Nacional Demócrata | PATRICIA **CAMPOS-MEDINA** 2C PROGRESSIVE DEMOCRAT | | | | LAUREN **DAYTON** 6C THE REAL BERGEN DEMOCRATS | |
| UNCOMMITTED 1C | | | | | | |

Form 65 - Tenafly D-7

6/4/24: OFFICE BLOCK STYLE BALLOT: VOTE FOR CANDIDATES WITHIN EACH OFFICE BLOCK FOR NO MORE THAN INDICATED ABOVE.
6/4/24: BALOTA ESTILO DE BLOQUE DE POSICIONES: VOTE POR LOS CANDIDATOS DENTRO DE CADA BLOQUE DE POSICIONES POR NO MAS DE LAS INDICADAS ARRIBA.
6/4/24: 오피스 블록 스타일 투표용지: 각 선거에 주어지는 후보자들에 위에 표시된 숫자가 넘지 않도록 투표하세요.

---

### REPUBLICAN / REPUBLICANO / 공화당

**Page 1 of 2**

| PRIMARY ELECTION ELECCIÓN PRIMARIA 예비선거 | Republican Republicano / 공화당 Column 1 / Columna 1 / 열 1 | Republican Republicano / 공화당 Column 2 / Columna 2 / 열 2 | Republican Republicano / 공화당 Column 3 / Columna 3 / 열 3 | Republican Republicano / 공화당 Column 4 / Columna 4 / 열 4 | PERSONAL CHOICE SELECCIÓN PERSONAL 개인 선택 |
|---|---|---|---|---|---|
| Choice For President Selección para Presidente | DONALD J. **TRUMP** REPUBLICANS FOR RESPONSIBLE GOVERNMENT | | | | |
| For United States Senator Para Senador de los Estados Unidos | CHRISTINE **SERRANO GLASSNER** REPUBLICANS FOR RESPONSIBLE GOVERNMENT | JUSTIN **MURPHY** AMERICA COMPETITIVE REPUBLICAN | ALBERT **HARSHAW** FOR THE PEOPLE | CURTIS **BASHAW** BERGEN COUNTY REGULAR REPUBLICAN | |
| For Member of the House of Representatives Para Miembro de la Cámara de Representantes | MARY JO **GUINCHARD** REPUBLICANS FOR RESPONSIBLE GOVERNMENT | GEORGE J. **SONG** REPUBLICANS FOR THE PEOPLE GOVERNMENT | | | |
| For Sheriff Para Alguacil | ROBERT J. **KUGLER** REPUBLICANS FOR RESPONSIBLE GOVERNMENT | | | | |
| For Members of the Board of County Commissioners Para Miembros de la Junta de Concejos del Condado | DAVE **PLOTKIN** REPUBLICANS FOR RESPONSIBLE GOVERNMENT | | | | |
| | MICHAEL **JOSEPH** REPUBLICANS FOR RESPONSIBLE GOVERNMENT | | | | |

**Page 2 of 2**

| PRIMARY ELECTION ELECCIÓN PRIMARIA 예비선거 | Republican Republicano / 공화당 Column 1 / Columna 1 / 열 1 | Republican Republicano / 공화당 Column 2 / Columna 2 / 열 2 | Republican Republicano / 공화당 Column 3 / Columna 3 / 열 3 | Republican Republicano / 공화당 Column 4 / Columna 4 / 열 4 | PERSONAL CHOICE SELECCIÓN PERSONAL 개인 선택 |
|---|---|---|---|---|---|
| For Members of the Council Para Miembros del Consejo | NO PETITION FILED | | | | |
| For Members of the County Committee Para Miembros del Comité del Condado | ANNETTE R. **FICHTER** REPUBLICANS FOR RESPONSIBLE GOVERNMENT | | | | |
| | NO PETITION FILED | | | | |

"ADDITIONAL VOTER INFORMATION WILL BE AVAILABLE IN ALL POLLING LOCATIONS."
"INFORMACIÓN ADICIONAL PARA LOS ELECTORES ESTARÁ DISPONIBLE EN TODAS LAS URNAS ELECTORALES."
"추가적인 유권자 정보는 모든 투표소에서 제공될 것입니다."

**PLEASE SEE REVERSE SIDE OF BALLOT FOR VOTING INSTRUCTIONS**
**POR FAVOR VEA EL LADO REVERSO PARA INSTRUCCIONES DE VOTAR**
투표 방법은 이 용지 뒷면에 있습니다

Form 65 - Tenafly - D7

PRINTED ON RECYCLED PAPER
PROTECT THE ENVIRONMENT

---

### YOU CANNOT VOTE ON THIS SAMPLE BALLOT
**USTED NO PUEDE VOTAR EN ESTA BALOTA DE MUESTRA** / 이 견본 투표용지에 투표 할 수 없습니다

**THIS BALLOT CANNOT BE VOTED. IT IS A SAMPLE OF THE OFFICIAL PRIMARY ELECTION BALLOT USED IN THE VOTING MACHINES ON ELECTION DAY.**

NO SE PUEDE VOTAR EN ESTA BALOTA. ESTA ES SÓLO UNA MUESTRA DE LA BALOTA OFICIAL DE LA ELECCIÓN PRIMARIA QUE SE USA EN LAS MÁQUINAS DE VOTACIÓN EL DÍA DE LAS ELECCIONES.

이 투표용지로 투표 할 수 없습니다. 이것은 선거일 투표기기에 사용될 공식 예비선거 견본 투표용지입니다.

*John S. Hogan*

**JOHN S. HOGAN**
Bergen County Clerk
Secretario del Condado de Bergen
버겐 카운티 클럭
One Bergen County Plaza, Hackensack, NJ 07601

## OFFICIAL PRIMARY ELECTION SAMPLE BALLOT
**MUESTRA OFICIAL DE LA BALOTA DE LA ELECCIÓN PRIMARIA**
공식 예비선거 견본 투표용지

**5th Congressional District**
5° Distrito del Congreso
연방하원 5선거구

### Borough of Tenafly - District 8
버러 오브 테너플라이 - 8선거구
**Bergen County, New Jersey - Tuesday, June 4, 2024**
Condado de Bergen, Nueva Jersey - Martes, 4 de junio de 2024 뉴저지, 버겐 카운티 - 2024년 6월 4일 화요일

---

## DEMOCRATIC / DEMÓCRATA / 민주당

| Choice for President / Selección para Presidente | For United States Senator | For Member of the House of Representatives | For Sheriff | For Member of the Board of County Commissioners | For Members of the Council | For Members of the County Committee |
|---|---|---|---|---|---|---|

**Choice for President**
Selección para Presidente

TERRISA **BUKOVINAC** 1A

JOSEPH R. **BIDEN Jr.** 1B
DEMOCRATIC COMMITTEE OF BERGEN COUNTY

**For 20th District Delegates to the Democratic National Convention**
Estina C. BAKER
Dominique D. DAUGHTRY
Joseph M. DECOTIIS Jr.
Sungkwon E. JANG
Carmine A. LANGEVIN

**For 20th Alternate District Delegates to the Democratic National Convention**

UNCOMMITTED 1C

Form 65 - Tenafly D-8

**For United States Senator**
ANDY **KIM** 2A
DEMOCRATIC COMMITTEE OF BERGEN COUNTY

LAWRENCE **HAMM** 2B
PEOPLE'S NEEDS FIRST

PATRICIA **CAMPOS-MEDINA** 2C
PROGRESSIVE DEMOCRAT

**For Member of the House of Representatives**
JOSH **GOTTHEIMER** 3A
DEMOCRATIC COMMITTEE OF BERGEN COUNTY

**For Sheriff**
ANTHONY **CURETON** 4A
DEMOCRATIC COMMITTEE OF BERGEN COUNTY

**For Member of the Board of County Commissioners**
STEVEN A. **TANELLI** 5A
DEMOCRATIC COMMITTEE OF BERGEN COUNTY

TRACY **SILNA ZUR** 5B
DEMOCRATIC COMMITTEE OF BERGEN COUNTY

**For Members of the Council**
JULIE **O'CONNOR** 6A
DEMOCRATIC COMMITTEE OF BERGEN COUNTY

VENUGOPAL **MENON** 6B
DEMOCRATIC COMMITTEE OF BERGEN COUNTY

LAUREN **DAYTON** 6C
THE REAL BERGEN DEMOCRATS

**For Members of the County Committee**
MAXIM F. **BASCH** 7A
DEMOCRATIC COMMITTEE OF BERGEN COUNTY

ZINOVIA **SPEZAKIS** 7B
DEMOCRATIC COMMITTEE OF BERGEN COUNTY

**6/24: OFFICE BLOCK STYLE BALLOT:** VOTE FOR CANDIDATES WITHIN EACH OFFICE BLOCK FOR NO MORE THAN INDICATED ABOVE.
**4/6/24: BALOTA ESTILO DE BLOQUE DE POSICIONES:** VOTE POR LOS CANDIDATOS DENTRO DE CADA BLOQUE DE POSICIONES POR NO MÁS DE LAS INDICADAS ARRIBA.
**6/4/24: 오피스 블록 스타일 투표용지:** 각 선거에 할당되는 후보자들에게 위에 표시된 숫자가 넘지 않도록 투표하세요.

---

## REPUBLICAN / REPUBLICANO / 공화당

### Page 1 of 2

| PRIMARY ELECTION ELECCIÓN PRIMARIA 예비선거 | Republican / 공화당 Column 1 / Columna 1 / 칼럼 1 | Republican / 공화당 Column 2 / Columna 2 / 칼럼 2 | Republican / 공화당 Column 3 / Columna 3 / 칼럼 3 | Republican / 공화당 Column 4 / Columna 4 / 칼럼 4 | PERSONAL CHOICE SELECCIÓN PERSONAL 개인 선택 |
|---|---|---|---|---|---|
| **Choice for President** Selección para Presidente | DONALD J. **TRUMP** REPUBLICANS FOR RESPONSIBLE GOVERNMENT | | | | |
| **For Delegates-At-Large to the National Convention** | *list of delegates* | | | | |
| **For Alternate Delegates-At-Large to the National Convention** | *list* | | | | |
| **For District Delegate** | Robert AUTH Matthew CONWAY Margaret FRONTERA | | | | |
| **For Alternate District Delegate** | Albert KUIPERS Thomas TOSCANO Margaret FRONTERA | | | | |
| **For United States Senator** | CHRISTINE **SERRANO GLASSNER** REPUBLICANS FOR RESPONSIBLE GOVERNMENT | JUSTIN **MURPHY** AMERICANA COMPETITIVE REPUBLICAN | ALBERT **HARSHAW** FOR THE PEOPLE | CURTIS **BASHAW** BERGEN COUNTY REGULAR REPUBLICAN | |
| **For Member of the House of Representatives** | MARY JO **GUINCHARD** REPUBLICANS FOR RESPONSIBLE GOVERNMENT | GEORGE J. **SONG** REPUBLICANS FOR THE PEOPLE'S GOVERNMENT | | | |
| **For Sheriff** | FRANK T. **KUGLER** REPUBLICANS FOR RESPONSIBLE GOVERNMENT | | | | |
| **For Members of the Board of County Commissioners** | DAVE **PLOTKIN** REPUBLICANS FOR RESPONSIBLE GOVERNMENT / MICHAEL **JOSEPH** REPUBLICANS FOR RESPONSIBLE GOVERNMENT | | | | |

### Page 2 of 2

| PRIMARY ELECTION ELECCIÓN PRIMARIA 예비선거 | Republican / 공화당 Column 1 / Columna 1 / 칼럼 1 | Republican / 공화당 Column 2 / Columna 2 / 칼럼 2 | Republican / 공화당 Column 3 / Columna 3 / 칼럼 3 | Republican / 공화당 Column 4 / Columna 4 / 칼럼 4 | PERSONAL CHOICE SELECCIÓN PERSONAL 개인 선택 |
|---|---|---|---|---|---|
| **For Members of the Council** Para Miembros del Concejo 의회 의원 | NO PETITION FILED | | | | |
| **For Members of the County Committee** Para Miembros del Comité del Condado | NO PETITION FILED | | | | |
| | NO PETITION FILED | | | | |
| | NO PETITION FILED | | | | |

"ADDITIONAL VOTER INFORMATION WILL BE AVAILABLE IN ALL POLLING LOCATIONS."
"INFORMACIÓN ADICIONAL PARA LOS ELECTORES ESTARÁ DISPONIBLE EN TODAS LAS URNAS ELECTORALES."
"추가적인 유권자 정보는 모든 투표소에서 제공될 것입니다."

**PLEASE SEE REVERSE SIDE OF BALLOT FOR VOTING INSTRUCTIONS**
**POR FAVOR VEA EL LADO REVERSO PARA INSTRUCCIONES DE VOTAR**
투표 방법은 이 용지 뒷면에 있습니다

Form 65 - Tenafly - D8

♲ PRINTED ON RECYCLED PAPER TO PROTECT THE ENVIRONMENT

---

## YOU CANNOT VOTE ON THIS SAMPLE BALLOT
USTED NO PUEDE VOTAR EN ESTA BALOTA DE MUESTRA / 이 견본 투표용지에 투표 할 수 없습니다

Form 65 - TENAFLY D8

**THIS BALLOT CANNOT BE VOTED. IT IS A SAMPLE OF THE OFFICIAL PRIMARY ELECTION BALLOT USED IN THE VOTING MACHINES ON ELECTION DAY.**

*NO SE PUEDE VOTAR EN ESTA BALOTA. ESTA ES SÓLO UNA MUESTRA DE LA BALOTA OFICIAL DE LA ELECCIÓN PRIMARIA QUE SE USA EN LAS MÁQUINAS DE VOTACIÓN EL DÍA DE LAS ELECCIONES.*

이 투표용지로 투표 할 수 없습니다. 이것은 선거일 투표기기에 사용될 공식 예비선거 견본 투표용지입니다.

## OFFICIAL PRIMARY ELECTION SAMPLE BALLOT
### MUESTRA OFICIAL DE LA BALOTA DE LA ELECCIÓN PRIMARIA
공식 예비선거 견본 투표용지

*JOHN S. HOGAN*
Signature

**JOHN S. HOGAN**
Bergen County Clerk
Secretario del Condado de Bergen
버겐 카운티 클럭
One Bergen County Plaza, Hackensack, NJ 07601

**5th Congressional District**
5˚ Distrito del Congreso
연방하원 5선거구

### Borough of Tenafly - District 9
**Bergen County, New Jersey - Tuesday, June 4, 2024**
**Condado de Bergen, Nueva Jersey - Martes, 4 de junio de 2024**  뉴저지, 버겐 카운티 - 2024년 6월 4일 화요일

## DEMOCRATIC / DEMÓCRATA / 민주당

| Choice For President — Selección para Presidente / 1 | For United States Senator — 2 | For Member of the House of Representatives — 3 | For Sheriff / Para Aguacil — 4 | For Member of the Board of County Commissioners — 5 | For Members of the Council — 6 | For Members of the County Committee — 7 |
|---|---|---|---|---|---|---|
| TERRISA BUKOVINAC **1A** | ANDY KIM **2A** DEMOCRATIC COMMITTEE OF BERGEN COUNTY | JOSH GOTTHEIMER **3A** DEMOCRATIC COMMITTEE OF BERGEN COUNTY | ANTHONY CURETON **4A** DEMOCRATIC COMMITTEE OF BERGEN COUNTY | STEVEN A. TANELLI **5A** DEMOCRATIC COMMITTEE OF BERGEN COUNTY | JULIE O'CONNOR **6A** DEMOCRATIC COMMITTEE OF BERGEN COUNTY | LAUREN DAYTON **7A** THE BERGEN DEMOCRATS |
| JOSEPH R. BIDEN Jr. **1B** DEMOCRATIC COMMITTEE OF BERGEN COUNTY | LAWRENCE HAMM **2B** PEOPLE'S NEEDS FIRST | | | TRACY SILNA ZUR **5B** DEMOCRATIC COMMITTEE OF BERGEN COUNTY | VENUGOPAL MENON **6B** DEMOCRATIC COMMITTEE OF BERGEN COUNTY | NO PETITION FILED |
| For 20th District Delegates to the Democratic National Convention ... | PATRICIA CAMPOS-MEDINA **2C** PROGRESSIVE DEMOCRAT | | | | LAUREN DAYTON **6C** THE REAL BERGEN DEMOCRATS | |

Elvira C. BAKER
Domenique D. DAUGHTRY
Joseph M. DECOTIIS Jr.
Sunghwan E. JANG
Carmine A. LANGEVIN

For 20th Alternate District Delegates to
the Democratic National Convention ...

Yoon HEE
Sandra LEE
Maria RODRIGUEZ
Sarah A. MONAHAN

UNCOMMITTED **1C**

JUSTICE FOR PALESTINE. PERMANENT CEASEFIRE NOW
Duncan EVANS
Eric B. KOPP

Form 65 - Tenafly  D-9

6/24: OFFICE BLOCK STYLE BALLOT: VOTE FOR CANDIDATES WITHIN EACH OFFICE BLOCK FOR NO MORE THAN INDICATED ABOVE.
4/6/24: BALOTA ESTILO DE BLOQUE DE POSICIONES: VOTE POR LOS CANDIDATOS DENTRO DE CADA BLOQUE DE POSICIONES POR NO MÁS DE LAS INDICADAS ARRIBA.
6/4/24: 오피스 블록 스타일 투표용지: 각 선거 블록당 귀하가 원하는 후보자에게 위에 표시된 숫자가 넘지 않도록 투표하세요.

---

## REPUBLICAN / REPUBLICANO / 공화당

**Page 1 of 2**

| PRIMARY ELECTION ELECCIÓN PRIMARIA 예비선거 | Republican Republicano / 공화당 Column 1 | Republican Republicano / 공화당 Column 2 | Republican Republicano / 공화당 Column 3 | Republican Republicano / 공화당 Column 4 | PERSONAL CHOICE SELECCIÓN PERSONAL 개인 선택 |
|---|---|---|---|---|---|
| **Choice For President** Selección para Presidente | DONALD J. TRUMP REPUBLICANS FOR RESPONSIBLE GOVERNMENT | | | | |
| For Delegates-At-Large to the National Convention ... | REPUBLICANS FOR RESPONSIBLE GOVERNMENT Jeff VAN DREW Allison MURPHY Paul VER Paul VER Michael DONOHUE George GILMORE Don PURDY Michael TESTA Jr. ... | | | | |
| For Alternate Delegates-At-Large to the National Convention | Brian E. BUMMY Paul KANITRA Jesse G. ROMP Rob ARACE T. STEWART Frank SADECHI Jack ZISA Theresa VELARDE Laura ALI Melanie COLLETTE | | | | |
| For District Delegates Para Delegados de Distrito | Robert AUTH Matthew CONWAY Kathleen DURANTE | | | | |
| For Alternate District Delegates | Albert KORPO Theresa TOSCANO Margaret FRONTERA | | | | |
| **For United States Senator** | CHRISTINE SERRANO GLASSNER REPUBLICANS FOR RESPONSIBLE GOVERNMENT | JUSTIN MURPHY AMERICAN CONSERVATIVE REPUBLICAN | ALBERT HARSHAW FOR THE PEOPLE | CURTIS BASHAW BERGEN COUNTY REGULAR REPUBLICAN | |
| **For Member of the House of Representatives** | MARY JO GUINCHARD REPUBLICANS FOR RESPONSIBLE GOVERNMENT | GEORGE J. SONG REPUBLICANS FOR THE PEOPLE'S GOVERNMENT | | | |
| **For Sheriff** Para Aguacil | JAMES J. KUGLER REPUBLICANS FOR RESPONSIBLE GOVERNMENT | | | | |
| **For Members of the Board of County Commissioners** | DAVE PLOTKIN REPUBLICANS FOR RESPONSIBLE GOVERNMENT | | | | |
| | MICHAEL JOSEPH REPUBLICANS FOR RESPONSIBLE GOVERNMENT | | | | |

**Page 2 of 2**

| PRIMARY ELECTION ELECCIÓN PRIMARIA 예비선거 | Republican Republicano / 공화당 Column 1 | Republican Republicano / 공화당 Column 2 | Republican Republicano / 공화당 Column 3 | Republican Republicano / 공화당 Column 4 | PERSONAL CHOICE SELECCIÓN PERSONAL 개인 선택 |
|---|---|---|---|---|---|
| **For Members of the Council** Para Miembros del Concejo | NO PETITION FILED | | | | |
| **For Members of the County Committee** Para Miembros del Comité del Condado | ANDREW CILIBERTO REPUBLICANS FOR RESPONSIBLE GOVERNMENT | | | | |
| | NO PETITION FILED | | | | |

"ADDITIONAL VOTER INFORMATION WILL BE AVAILABLE IN ALL POLLING LOCATIONS."
"INFORMACIÓN ADICIONAL PARA LOS ELECTORES ESTARÁ DISPONIBLE EN TODAS LAS URNAS ELECTORALES."
"추가적인 유권자 정보는 모든 투표소에서 제공될 것입니다."

**PLEASE SEE REVERSE SIDE OF BALLOT FOR VOTING INSTRUCTIONS**
**POR FAVOR VEA EL LADO REVERSO PARA INSTRUCCIONES DE VOTAR**
투표 방법은 이 용지 뒷면에 있습니다

Form 65 - Tenafly - D-9

## YOU CANNOT VOTE ON THIS SAMPLE BALLOT
*USTED NO PUEDE VOTAR EN ESTA BALOTA DE MUESTRA* / 이 견본 투표용지에 투표 할 수 없습니다

PRINTED ON RECYCLED PAPER TO PROTECT THE ENVIRONMENT

Form 65 - TENAFLY  D9

**THIS BALLOT CANNOT BE VOTED. IT IS A SAMPLE OF THE OFFICIAL PRIMARY ELECTION BALLOT USED IN THE VOTING MACHINES ON ELECTION DAY.**

**NO SE PUEDE VOTAR EN ESTA BALOTA. ESTA ES SÓLO UNA MUESTRA DE LA BALOTA OFICIAL DE LA ELECCIÓN PRIMARIA QUE SE USA EN LAS MÁQUINAS DE VOTACIÓN EL DÍA DE LAS ELECCIONES.**

이 투표용지로 투표 할 수 없습니다. 이것은 선거일 투표기기에 사용될 공식 예비선거 견본 투표용지입니다.

*John S. Hogan*

**JOHN S. HOGAN**
Bergen County Clerk
Secretario del Condado de Bergen
버겐 카운티 클럭
One Bergen County Plaza, Hackensack, NJ 07601

## OFFICIAL PRIMARY ELECTION SAMPLE BALLOT
**MUESTRA OFICIAL DE LA BALOTA DE LA ELECCIÓN PRIMARIA**
공식 예비선거 견본 투표용지

### Borough of Tenafly - District 10
**Bergen County, New Jersey - Tuesday, June 4, 2024**
**Condado de Bergen, Nueva Jersey - Martes, 4 de junio de 2024** / 뉴저지, 버겐 카운티 - 2024년 6월 4일 화요일

**5th Congressional District**
5° Distrito del Congreso
연방하원 5선거구

## DEMOCRATIC / DEMÓCRATA / 민주당

| Choice For President | For United States Senator | For Member of the House of Representatives | For Sheriff | For Member of the Board of County Commissioners | For Members of the Council | For Members of the County Committee |
|---|---|---|---|---|---|---|
| TERRISA BUKOVINAC 1A | ANDY KIM 2A | JOSH GOTTHEIMER 3A | ANTHONY CURETON 4A | STEVEN A. TANELLI 5A | JULIE O'CONNOR 6A | MICHAEL GROSS 7A |
| JOSEPH R. BIDEN Jr. 1B | LAWRENCE HAMM 2B | | | TRACY SILNA ZUR 5B | VENUGOPAL MENON 6B | SUSAN TERMAN 7B |
| | PATRICIA CAMPOS-MEDINA 2C | | | | LAUREN DAYTON 6C | DAVE MILANOS 7C |

Form 65 - Tenafly  D-10

## REPUBLICAN / REPUBLICANO / 공화당

**Page 1 of 2**

| PRIMARY ELECTION ELECCIÓN PRIMARIA 예비선거 | Republican Republicano / 공화당 Column 1 / Columna 1 / 칼럼 1 | Republican Republicano / 공화당 Column 2 / Columna 2 / 칼럼 2 | Republican Republicano / 공화당 Column 3 / Columna 3 / 칼럼 3 | Republican Republicano / 공화당 Column 4 / Columna 4 / 칼럼 4 | PERSONAL CHOICE SELECCIÓN PERSONAL 개인 선택 |
|---|---|---|---|---|---|
| Choice For President | DONALD J. TRUMP | | | | |
| For United States Senator | CHRISTINE SERRANO GLASSNER | JUSTIN MURPHY | ALBERT HARSHAW | CURTIS BASHAW | |
| For Member of the House of Representatives | MARY JO GUINCHARD | GEORGE J. SONG | | | |
| For Sheriff | JAMES J. KUGLER | | | | |
| For Members of the Board of County Commissioners | DAVE PLOTKIN / MICHAEL JOSEPH | | | | |

**Page 2 of 2**

| PRIMARY ELECTION ELECCIÓN PRIMARIA 예비선거 | Republican Republicano / 공화당 Column 1 / Columna 1 / 칼럼 1 | Republican Republicano / 공화당 Column 2 / Columna 2 / 칼럼 2 | Republican Republicano / 공화당 Column 3 / Columna 3 / 칼럼 3 | Republican Republicano / 공화당 Column 4 / Columna 4 / 칼럼 4 | PERSONAL CHOICE SELECCIÓN PERSONAL 개인 선택 |
|---|---|---|---|---|---|
| For Members of the Council | NO PETITION FILED | | | | |
| For Members of the County Committee | JASON D. MEISTER | | | | |
| | NO PETITION FILED | | | | |

"ADDITIONAL VOTER INFORMATION WILL BE AVAILABLE IN ALL POLLING LOCATIONS."

"INFORMACIÓN ADICIONAL PARA LOS ELECTORES ESTARÁ DISPONIBLE EN TODAS LAS URNAS ELECTORALES."

"추가적인 유권자 정보는 모든 투표소에서 제공될 것입니다."

**PLEASE SEE REVERSE SIDE OF BALLOT FOR VOTING INSTRUCTIONS**

**POR FAVOR VEA EL LADO REVERSO PARA INSTRUCCIONES DE VOTAR**

투표 방법은 이 용지 뒷면에 있습니다

Form 65 - Tenafly - D-10

## YOU CANNOT VOTE ON THIS SAMPLE BALLOT
**USTED NO PUEDE VOTAR EN ESTA BALOTA DE MUESTRA** / 이 견본 투표용지에 투표 할 수 없습니다

Form 65 - TENAFLY  D10

**THIS BALLOT CANNOT BE VOTED. IT IS A SAMPLE OF THE OFFICIAL PRIMARY ELECTION BALLOT USED IN THE VOTING MACHINES ON ELECTION DAY.**

*NO SE PUEDE VOTAR EN ESTA BALOTA. ESTA ES SÓLO UNA MUESTRA DE LA BALOTA OFICIAL DE LA ELECCIÓN PRIMARIA QUE SE USA EN LAS MÁQUINAS DE VOTACIÓN EL DÍA DE LAS ELECCIONES.*

이 투표용지로 투표 할 수 없습니다. 이것은 선거일 투표기기에 사용될 공식 예비선거 견본 투표용지입니다.

*JOHN S. HOGAN*
JOHN S. HOGAN
Bergen County Clerk
Secretario del Condado de Bergen
버겐 카운티 클럭
One Bergen County Plaza, Hackensack, NJ 07601

# OFFICIAL PRIMARY ELECTION SAMPLE BALLOT
## MUESTRA OFICIAL DE LA BALOTA DE LA ELECCIÓN PRIMARIA
### 공식 예비선거 견본 투표용지

**5th Congressional District**
5° Distrito del Congreso
연방하원 5선거구

## Borough of Tenafly - District 11
**Bergen County, New Jersey - Tuesday, June 4, 2024**
Condado de Bergen, Nueva Jersey - Martes, 4 de junio de 2024  /  뉴저지, 버겐 카운티 - 2024년 6월 4일 화요일

### DEMOCRATIC / DEMÓCRATA / 민주당

**Choice for President / Selección para Presidente / 대통령 선택**
(VOTE FOR ONE / VOTE POR UNO / 한 명 선출)
- 1A  TERRISA BUKOVINAC
- 1B  JOSEPH R. BIDEN Jr. — DEMOCRATIC COMMITTEE OF BERGEN COUNTY

A VOTE HERE IS A VOTE FOR ALL DISTRICT DELEGATES BY HEADS AND ALTERNATES.
**For 20th District Delegates to the Democratic National Convention**
Para Delegados del Distrito 20° a la Convención Nacional Demócrata
- Estina C. BAKER
- Demetrios D. DAUGHTRY
- Joseph M. DECOTIIS Jr.
- Sunghwan E. JANG
- Carmine A. LANGEVIN

**For 20th Alternate District Delegates to the Democratic National Convention**
- Sarah A. MONAHAN

**1C  UNCOMMITTED**
JUSTICE FOR PALESTINE. PERMANENT CEASEFIRE NOW!
Duncan EVANS
Eric B. KOPP

Form 65 - Tenafly D-11

**For United States Senator**
Para Senador de los Estados Unidos
(VOTE FOR ONE / VOTE POR UNO / 한 명 선출)
- 2A  ANDY KIM — DEMOCRATIC COMMITTEE OF BERGEN COUNTY
- 2B  LAWRENCE HAMM — PEOPLE'S NEEDS FIRST
- 2C  PATRICIA CAMPOS-MEDINA — PROGRESSIVE DEMOCRAT

**For Member of the House of Representatives**
Para Miembro de la Cámara de Representantes
(VOTE FOR ONE / VOTE POR UNO / 한 명 선출)
- 3A  JOSH GOTTHEIMER — DEMOCRATIC COMMITTEE OF BERGEN COUNTY

**For Sheriff**
Para Aguacil
(VOTE FOR ONE / VOTE POR UNO / 한 명 선출)
- 4A  ANTHONY CURETON — DEMOCRATIC COMMITTEE OF BERGEN COUNTY

**For Members of the Board of County Commissioners**
Para Miembros de la Junta de Concejos del Condado
(VOTE FOR TWO / VOTE POR DOS / 두 명 선출)
- 5A  STEVEN A. TANELLI — DEMOCRATIC COMMITTEE OF BERGEN COUNTY
- 5B  TRACY SILNA ZUR — DEMOCRATIC COMMITTEE OF BERGEN COUNTY

**For Members of the Council**
Para Miembros del Concejo
(VOTE FOR TWO / VOTE POR DOS / 두 명 선출)
- 6A  JULIE O'CONNOR — DEMOCRATIC COMMITTEE OF BERGEN COUNTY
- 6B  VENUGOPAL MENON — DEMOCRATIC COMMITTEE OF BERGEN COUNTY
- 6C  LAUREN DAYTON — THE REAL BERGEN DEMOCRATS

**For Members of the County Committee**
Para Miembros del Comité del Condado
(VOTE FOR TWO / VOTE POR DOS / 두 명 선출)
- 7A  SAAD B. CHAUDHARY — DEMOCRATS OF TENAFLY
- 7B  ZACHARY F. HITCHCOCK — DEMOCRATS OF TENAFLY
- 7C  SHAMA A. HAIDER — DEMOCRATS OF TENAFLY
- 7D  JEANNE MERMELSHTAYN — DEMOCRATS OF TENAFLY

**6/4/24: OFFICE BLOCK STYLE BALLOT:** VOTE FOR CANDIDATES WITHIN EACH OFFICE BLOCK FOR NO MORE THAN INDICATED ABOVE.

**4/6/24 BALOTA ESTILO DE BLOQUE DE POSICIONES:** VOTE POR LOS CANDIDATOS DENTRO DE CADA BLOQUE DE POSICIONES POR NO MÁS DE LAS CANTIDADES INDICADAS ARRIBA.

Form 65 - Tenafly D-11

---

### REPUBLICAN / REPUBLICANO / 공화당

**Page 1 of 2**

**PRIMARY ELECTION / ELECCIÓN PRIMARIA / 예비선거**

| | Republican Column 1 | Republican Column 2 | Republican Column 3 | Republican Column 4 | PERSONAL CHOICE / SELECCIÓN PERSONAL |
|---|---|---|---|---|---|
| **Choice for President** (VOTE FOR ONE) | DONALD J. TRUMP — REPUBLICANS FOR RESPONSIBLE GOVERNMENT | | | | |
| **For Delegates-At-Large to the National Convention** | REPUBLICANS FOR RESPONSIBLE GOVERNMENT: Jeff IAN DREW, Allison MURPHY, Guy PLISH, Michael DONAHUE, George GILMORE, Don PURDY, Michael TESTA Jr., Darlene SMITHMEYER, Doug STEINHARDT, Michael TRIGO | | | | |
| **For Alternate Delegates-At-Large to the National Convention** | Brian E. BURBY, Paul KANTRA, Russell ROHR, Rob ARACE, Te STEINHARDT, Frank SADECH, Jack ZIGA, Thomas VELARDI, Laura ALI, Matthew COSTELLO | | | | |
| **For District Delegates** | Robert AUTH, Robert DUNKLE, Thomas TOSCANO, Margaret FRONTERA | | | | |
| **For Alternate District Delegates** | Robert AUTH, Thomas TOSCANO, Margaret FRONTERA | | | | |
| **For United States Senator** (VOTE FOR ONE) | CHRISTINE SERRANO GLASSNER — REPUBLICANS FOR RESPONSIBLE GOVERNMENT | JUSTIN MURPHY — AMERICAN CONSERVATIVE REPUBLICAN | ALBERT HARSHAW — FOR THE PEOPLE | CURTIS BASHAW — BERGEN COUNTY REGULAR REPUBLICAN | |
| **For Member of the House of Representatives** (VOTE FOR ONE) | MARY JO GUINCHARD — REPUBLICANS FOR RESPONSIBLE GOVERNMENT | GEORGE J. SONG — REPUBLICANS FOR THE PEOPLE'S GOVERNMENT | | | |
| **For Sheriff** (VOTE FOR ONE) | ROBERT J. KUGLER — REPUBLICANS FOR RESPONSIBLE GOVERNMENT | | | | |
| **For Members of the Board of County Commissioners** (VOTE FOR TWO) | DAVE PLOTKIN — REPUBLICANS FOR RESPONSIBLE GOVERNMENT; MICHAEL JOSEPH — REPUBLICANS FOR RESPONSIBLE GOVERNMENT | | | | |

**Page 2 of 2**

**PRIMARY ELECTION / ELECCIÓN PRIMARIA / 예비선거**

| | Republican Column 1 | Republican Column 2 | Republican Column 3 | Republican Column 4 | PERSONAL CHOICE / SELECCIÓN PERSONAL |
|---|---|---|---|---|---|
| **For Members of the Council** Para Miembros del Concejo | NO PETITION FILED | | | | |
| **For Members of the County Committee** Para Miembros del Comité del Condado (VOTE FOR TWO) | ELIZABETH HEGHINIAN — REPUBLICANS FOR RESPONSIBLE GOVERNMENT; NO PETITION FILED | | | | |

"ADDITIONAL VOTER INFORMATION WILL BE AVAILABLE IN ALL POLLING LOCATIONS."

"INFORMACIÓN ADICIONAL PARA LOS ELECTORES ESTARÁ DISPONIBLE EN TODAS LAS URNAS ELECTORALES."

"추가적인 유권자 정보는 모든 투표소에서 제공될 것입니다."

**PLEASE SEE REVERSE SIDE OF BALLOT FOR VOTING INSTRUCTIONS**
**POR FAVOR VEA EL LADO REVERSO PARA INSTRUCCIONES DE VOTAR**
**투표 방법은 이 용지 뒷면에 있습니다**

Form 65 - Tenafly - D-11

PRINTED ON RECYCLED PAPER
PROTECT THE ENVIRONMENT

## YOU CANNOT VOTE ON THIS SAMPLE BALLOT
*USTED NO PUEDE VOTAR EN ESTA BALOTA DE MUESTRA* / 이 견본 투표용지에 투표 할 수 없습니다

**THIS BALLOT CANNOT BE VOTED. IT IS A SAMPLE OF THE OFFICIAL PRIMARY ELECTION BALLOT USED IN THE VOTING MACHINES ON ELECTION DAY.**
*NO SE PUEDE VOTAR EN ESTA BALOTA. ESTA ES SÓLO UNA MUESTRA DE LA BALOTA OFICIAL DE LA ELECCIÓN PRIMARIA QUE SE USA EN LAS MÁQUINAS DE VOTACIÓN EL DÍA DE LAS ELECCIONES.*
이 투표용지로 투표 할 수 없습니다. 이것은 선거일 투표기기에 사용될 공식 예비선거 견본 투표용지입니다.

## OFFICIAL PRIMARY ELECTION SAMPLE BALLOT
### MUESTRA OFICIAL DE LA BALOTA DE LA ELECCIÓN PRIMARIA
### 공식 예비선거 견본 투표용지

*John S. Hogan*
**JOHN S. HOGAN**
*Bergen County Clerk*
*Secretario del Condado de Bergen*
버겐 카운티 클럭
*One Bergen County Plaza, Hackensack, NJ 07601*

**5th Congressional District**
5° Distrito del Congreso
연방하원 5선거구

### Borough of Tenafly - District 12
**Bergen County, New Jersey - Tuesday, June 4, 2024**
**Condado de Bergen, Nueva Jersey - Martes, 4 de junio de 2024** / 뉴저지, 버겐 카운티 - 2024년 6월 4일 화요일

---

## DEMOCRATIC / DEMÓCRATA / 민주당

**Choice for President** / Selección para Presidente / 대통령

| 1A | TERRISA BUKOVINAC |
| 1B | JOSEPH R. BIDEN Jr. (DEMOCRATIC COMMITTEE OF BERGEN COUNTY) |

**For 20th District Delegates to the Democratic National Convention**
Para Delegados del Distrito 20° a la Convención Nacional Demócrata

1C **UNCOMMITTED**
JUSTICE FOR PALESTINE, PERMANENT CEASEFIRE NOW
Duncan EVANS
Erie B. KOPP

**For United States Senator** / Para Senador de los Estados Unidos

| 2A | ANDY KIM (DEMOCRATIC COMMITTEE OF BERGEN COUNTY) |
| 2B | LAWRENCE HAMM (PEOPLE'S NEEDS FIRST) |
| 2C | PATRICIA CAMPOS-MEDINA (PROGRESSIVE DEMOCRAT) |

**For Member of the House of Representatives**
Para Miembro de la Cámara de Representantes

| 3A | JOSH GOTTHEIMER (DEMOCRATIC COMMITTEE OF BERGEN COUNTY) |

**For Sheriff** / Para Aguacil

| 4A | ANTHONY CURETON (DEMOCRATIC COMMITTEE OF BERGEN COUNTY) |

**For Members of the Board of County Commissioners**
Para Miembros de la Junta de Concejales del Condado

| 5A | STEVEN A. TANELLI (DEMOCRATIC COMMITTEE OF BERGEN COUNTY) |
| 5B | TRACY SILNA ZUR (DEMOCRATIC COMMITTEE OF BERGEN COUNTY) |

**For Members of the Council** / Para Miembros del Concejo

| 6A | JULIE O'CONNOR (DEMOCRATIC COMMITTEE OF BERGEN COUNTY) |
| 6B | VENUGOPAL MENON (DEMOCRATIC COMMITTEE OF BERGEN COUNTY) |
| 6C | LAUREN DAYTON (THE REAL BERGEN DEMOCRATS) |

**For Members of the County Committee**
Para Miembros del Comité del Condado

| 7A | ADAM L. MICHAELS (DEMOCRATIC COMMITTEE OF BERGEN COUNTY) |
| 7B | BEATRIZ L. PELAEZ-MARTINEZ (DEMOCRATIC COMMITTEE OF BERGEN COUNTY) |

Form 65 - Tenafly D-12

---

## REPUBLICAN / REPUBLICANO / 공화당

### Page 1 of 2

| PRIMARY ELECTION | Republican / 공화당 Column 1 | Republican / 공화당 Column 2 | Republican / 공화당 Column 3 | Republican / 공화당 Column 4 | PERSONAL CHOICE / SELECCIÓN PERSONAL |
|---|---|---|---|---|---|
| **Choice for President** | DONALD J. TRUMP (REPUBLICANS FOR RESPONSIBLE GOVERNMENT) | | | | |
| **For United States Senator** | CHRISTINE SERRANO GLASSNER (REPUBLICANS FOR RESPONSIBLE GOVERNMENT) | JUSTIN MURPHY (AMERICAN CONSERVATIVE REPUBLICAN) | ALBERT HARSHAW (FOR THE PEOPLE) | CURTIS BASHAW (BERGEN COUNTY REGULAR REPUBLICAN) | |
| **For Member of the House of Representatives** | MARY JO GUINCHARD (REPUBLICANS FOR RESPONSIBLE GOVERNMENT) | GEORGE J. SONG (REPUBLICANS FOR THE PEOPLES' GOVERNMENT) | | | |
| **For Sheriff** | ROBERT J. KUGLER (REPUBLICANS FOR RESPONSIBLE GOVERNMENT) | | | | |
| **For Members of the Board of County Commissioners** | DAVE PLOTKIN (REPUBLICANS FOR RESPONSIBLE GOVERNMENT) / MICHAEL JOSEPH (REPUBLICANS FOR RESPONSIBLE GOVERNMENT) | | | | |

### Page 2 of 2

| PRIMARY ELECTION | Republican / 공화당 Column 1 | Republican / 공화당 Column 2 | Republican / 공화당 Column 3 | Republican / 공화당 Column 4 | PERSONAL CHOICE / SELECCIÓN PERSONAL |
|---|---|---|---|---|---|
| **For Members of the Council** | NO PETITION FILED | | | | |
| **For Members of the County Committee** | NO PETITION FILED | NO PETITION FILED | | | |

"ADDITIONAL VOTER INFORMATION WILL BE AVAILABLE IN ALL POLLING LOCATIONS."
"INFORMACIÓN ADICIONAL PARA LOS ELECTORES ESTARÁ DISPONIBLE EN TODAS LAS URNAS ELECTORALES."
"추가적인 유권자 정보는 모든 투표소에서 제공될 것입니다."

**PLEASE SEE REVERSE SIDE OF BALLOT FOR VOTING INSTRUCTIONS**
**POR FAVOR VEA EL LADO REVERSO PARA INSTRUCCIONES DE VOTAR**
투표 방법은 이 용지 뒷면에 있습니다

Form 65 - Tenafly - D-12

PRINTED ON RECYCLED PAPER TO PROTECT THE ENVIRONMENT

---

### YOU CANNOT VOTE ON THIS SAMPLE BALLOT
**USTED NO PUEDE VOTAR EN ESTA BALOTA DE MUESTRA** / 이 견본 투표용지에 투표 할 수 없습니다

Form 65 - TENAFLY  D12