----- LAW OFFICES -----

**DECOTIIS**
DeCotiis, FitzPatrick, Cole & Giblin, LLP

61 SOUTH PARAMUS ROAD, SUITE 250

PARAMUS, NEW JERSEY 07652

NEW JERSEY
NEW YORK

TELEPHONE: (201) 928-1100
TELEFAX:   (201) 928-0588
WWW.DECOTIISLAW.COM

JASON S. NUNNERMACKER, ESQ.
JNUNNERMACKER@DECOTIISLAW.COM
201.347.2130

October 9, 2025

**VIA ELECTRONIC FILING**
Hon. Zahid N. Quraishi, U.S.D.J.
United States District Court for the District of New Jersey
402 East State Street
Trenton, New Jersey 08608

    Re:    Conforti v. Hanlon, et. al. No. 20-cv-8267
            Kim v. Hanlon, et. al. No. 24-cv-1098

Dear Judge Quraishi:

    This firm is counsel to Defendant John S. Hogan in his official capacity as Clerk of Bergen County (the "Clerk") in the above matters. I write with the consent of all parties to request a one-week extension to respond to the respective Order to Show Cause submissions filed by the plaintiffs on October 6th. The basis for the request is that one of the defendants' attorneys has undergone a medical procedure this week.

    If acceptable to the Court, the parties have agreed that Defendants' opposition be filed on October 17th and Plaintiffs' reply papers be filed on October 30th.

    I thank the Court for its attention and consideration.

                            Respectfully submitted,
                            **DECOTIIS, FITZPATRICK, COLE**
                            **& GIBLIN, LLP**

                        By: */s/ Jason Nunnermacker*
                            Jason S. Nunnermacker, Esq.

cc:    All parties by e-filing

    Granted. So Ordered this 9th day of October 2025.

_____
ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE