# WEISSMAN & MINTZ LLC

### ATTORNEYS AT LAW

STEVEN P. WEISSMAN
WILLIAM G. SCHIMMEL
IRA W. MINTZ
FLAVIO L. KOMUVES
BRETT M. PUGACH
JASON L. JONES
JUSTIN SCHWAM
PATRICIA A. VILLANUEVA
DEREK J. DEMERI
EVE E. WEISSMAN

Senior Counsel
KEVIN P. MCGOVERN

Of Counsel
ROSEMARIE CIPPARULO
YAEL BROMBERG

220 DAVIDSON AVENUE
SUITE 410
SOMERSET, NEW JERSEY 08873
(732) 563-4565
FAX (732) 560-9779

www.weissmanmintz.com

90 BROAD STREET
SUITE 254
NEW YORK, NEW YORK 10004
(212) 509-0918

Counsel
DAVID A. MINTZ*

* ADMITTED TO PRACTICE ONLY IN NEW YORK

JOEL N. WEISSMAN (1957-1998)
MARK ROSENBAUM (1955-2002)



June 8, 2026

***Via ECF***

Hon. Zahid N. Quraishi, U.S.D.J.
United States Courthouse
402 East State Street, Room 4000
Trenton, New Jersey 08608

> **Re:**   ***Conforti, et al. v. Hanlon, et al., Civ. No. 20-cv-08267***
> ***Kim, et al. v. Hanlon, et al., Civ. No. 24-cv-01098***

Dear Judge Quraishi:

We represent the Plaintiffs in the above-referenced matters. On May 22, 2026, the Court entered an Order requiring a joint status letter about next steps in this matter. The parties requested, and Your Honor granted, a two-week extension of time, making the joint status letter now due on June 12, 2026 (*Kim*, ECF 352; *Conforti*, ECF 283). During that time, extensive settlement discussions were held amongst Plaintiffs and the remaining defendants. On Thursday, June 4, 2026, Plaintiffs uploaded onto the docket in *Kim*, a proposed consent order fully executed on behalf of Plaintiffs and the Union County Clerk, which Your Honor approved earlier today. Thus, the only parties remaining are the Plaintiffs in each respective case, and the Bergen County Clerk.

Plaintiffs and the Bergen County Clerk have undergone significant efforts to resolve this matter, and are requesting additional time to do so in light of representations made by counsel for the Bergen County Clerk. Specifically, counsel for the Bergen County Clerk has advised that (1) he met with the County Administrator (who is also County Counsel) in Bergen County on Friday, June 5, 2026; (2) any monetary portion of a settlement needs to be approved by the County Commissioners; (3) the County Administrator is the individual responsible for presenting the proposed settlement to the County Commissioner; (4) the County Administrator will be away in Slovakia for several weeks, and the earliest opportunity he will have to present the settlement is at the July 1, 2026 Commissioner meeting.

In light of the foregoing representations, Plaintiffs and Bergen County Clerk are jointly respectfully requesting permission to extend the due date of the joint status letter to July 6, 2026, with the understanding that counsel for the Bergen County Clerk will provide an update to Plaintiffs' counsel by close of business on July 2, 2026 as to whether the settlement was approved by the Commissioners.

Thank you for Your Honor's time and consideration of this request.

Respectfully Submitted,
WEISSMAN & MINTZ LLC

*/s/ Brett M. Pugach, Esq.*
Brett M. Pugach, Esq.

c:    Paul Kaufman, Esq.
Angelo J. Genova, Esq.
Daniel Lebersfeld, Esq.
Yael Bromberg, Esq.
Flavio L. Komuves, Esq.

Granted.

So Ordered this ___9th___ day
of ___June___ ,20 _26_

_____
Hon. Zahid N. Quraishi
United States District Judge