# WEISSMAN & MINTZ LLC

## ATTORNEYS AT LAW

STEVEN P. WEISSMAN
WILLIAM G. SCHIMMEL
IRA W. MINTZ
FLAVIO L. KOMUVES
BRETT M. PUGACH
JASON L. JONES
JUSTIN SCHWAM
PATRICIA A. VILLANUEVA
DEREK J. DEMERI
EVE E. WEISSMAN

Senior Counsel
KEVIN P. MCGOVERN

Of Counsel
ROSEMARIE CIPPARULO
YAEL BROMBERG

220 DAVIDSON AVENUE
SUITE 410
SOMERSET, NEW JERSEY 08873
(732) 563-4565
FAX (732) 560-9779

www.weissmanmintz.com

90 BROAD STREET
SUITE 254
NEW YORK, NEW YORK 10004
(212) 509-0918

Counsel
DAVID A. MINTZ*

★ ADMITTED TO PRACTICE ONLY IN NEW YORK

JOEL N. WEISSMAN (1957-1998)
MARK ROSENBAUM (1955-2002)



July 6, 2026

*Via ECF*

Hon. Zahid N. Quraishi, U.S.D.J.
United States Courthouse
402 East State Street, Room 4000
Trenton, New Jersey 08608

> **Re:    *Conforti, et al. v. Hanlon, et al., Civ. No. 20-cv-08267***
> ***Kim, et al. v. Hanlon, et al., Civ. No. 24-cv-01098***

Dear Judge Quraishi:

We represent the Plaintiffs in the above-referenced matters.  On May 22, 2026, the Court entered an Order requiring a joint status letter about next steps in these matters.  The parties requested, and Your Honor granted, a two-week extension of time, making the joint status letter due on June 12, 2026 (*Kim*, ECF 352; *Conforti*, ECF 283).  On June 8, 2026, Your Honor approved a consent order and dismissal of the Union County Clerk from the *Kim* matter (*Kim*, ECF 354), leaving the Bergen County Clerk as the only remaining defendant in these matters.  The next day, on June 9, 2026, Your Honor approved the parties' request for an extension of time giving the parties until today, July 6, 2026, to file the joint status letter, to allow the County Commissioners in Bergen County time to meet to consider approving a monetary settlement amount at their July 1, 2026 Commissioner Meeting (*Conforti*, ECF 285).

On July 2, 2026, counsel for the Bergen County Clerk represented to Plaintiffs' counsel that we have an agreement in principle as to fees, and he requested additional time to review some of the language provisions of the proposed consent order.  Due to the good faith efforts of Plaintiffs and the remaining Defendant, the parties believe these matters can be resolved within the next two weeks.

In light of the foregoing representations, Plaintiffs and Bergen County Clerk are jointly respectfully requesting permission to extend the due date of the joint status letter to July 20, 2026.

1

Thank you for Your Honor's time and consideration of this request.

Respectfully Submitted,

WEISSMAN & MINTZ LLC

*/s/ Brett M. Pugach, Esq.*
Brett M. Pugach, Esq.

*/s/ Flavio L. Komuves, Esq.*
Flavio L. Komuves, Esq.

c:     All counsel of record
      (via ECF)

Granted.
So Ordered.
s/Zahid N. Quraishi, U.S.D.J.
Dated:  7/6/2026

2