# WEISSMAN & MINTZ LLC

### ATTORNEYS AT LAW

STEVEN P. WEISSMAN
WILLIAM G. SCHIMMEL
IRA W. MINTZ
FLAVIO L. KOMUVES
BRETT M. PUGACH
JASON L. JONES
JUSTIN SCHWAM
PATRICIA A. VILLANUEVA
DEREK J. DEMERI
EVE E. WEISSMAN

Senior Counsel
KEVIN P. MCGOVERN

Of Counsel
ROSEMARIE CIPPARULO
YAEL BROMBERG

220 DAVIDSON AVENUE
SUITE 410
SOMERSET, NEW JERSEY 08873
(732) 563-4565
FAX (732) 560-9779

www.weissmanmintz.com

90 BROAD STREET
SUITE 254
NEW YORK, NEW YORK 10004
(212) 509-0918

Counsel
DAVID A. MINTZ*
★ ADMITTED TO PRACTICE ONLY IN NEW YORK

JOEL N. WEISSMAN (1957-1998)
MARK ROSENBAUM (1955-2002)



July 17, 2026

*Via ECF*
Hon. Zahid N. Quraishi, U.S.D.J.
United States Courthouse
402 East State Street, Room 4000
Trenton, New Jersey 08608

> **Re:**  ***Conforti, et al. v. Hanlon, et al., Civ. No. 20-cv-08267***
> ***Kim, et al. v. Hanlon, et al., Civ. No. 24-cv-01098***

Dear Judge Quraishi:

We represent the Plaintiffs in the above-referenced matters.  On May 22, 2026, the Court entered an Order requiring a joint status letter about next steps in these matters.  The parties requested, and Your Honor granted, a two-week extension of time, making the joint status letter due on June 12, 2026 (*Kim*, ECF 352; *Conforti*, ECF 283).  On June 8, 2026, Your Honor approved a consent order and dismissal of the Union County Clerk from the *Kim* matter (*Kim*, ECF 354), leaving the Bergen County Clerk as the only remaining defendant in these matters. The next day, on June 9, 2026, Your Honor approved the parties' request for an extension of time giving the parties until July 6, 2026, to file the joint status letter, to allow the County Commissioners in Bergen County time to meet to consider approving a monetary settlement amount at their July 1, 2026 Commissioner Meeting. (*Conforti*, ECF 285).

On July 2, 2026, counsel for the Bergen County Clerk represented to Plaintiffs' counsel that the County Commissioners have approved the proposed attorney fee and costs amounts in both litigations, and that the parties therefore have an agreement in principle.  He then requested additional time to review some of the language provisions of the proposed consent order. Accordingly, on July 6, 2026, the parties jointly requested, and Your Honor granted, an extension until July 20 to see if the parties could resolve the matter.  (*Conforti*, ECF 287).  The parties have made significant progress in their exchanges since, but need additional time to resolve the last remaining matters.

The lead counsel for Plaintiffs in negotiating the settlement, Brett Pugach, is leaving for vacation on July 17, 2026. Paul Kaufman, counsel for the Bergen County Clerk, is leaving for vacation on Thursday July 23rd returning July 31st.In light of the foregoing representations,

1

Plaintiffs and Bergen County Clerk are jointly respectfully requesting permission to extend the due date of the joint status letter to August 3, 2026.

Thank you for Your Honor's time and consideration of this request.

Respectfully submitted,

WEISSMAN & MINTZ LLC

*/s/ Brett M. Pugach*
Brett M. Pugach, Esq.

*/s/ Flavio L. Komuves*
Flavio L. Komuves, Esq.

BROMBERG LAW LLC

*/s/ Yael Bromberg*
Yael Bromberg, Esq.

*Counsel for Plaintiffs*

c:      ALL COUNSEL OF RECORD

2