# BROMBERG LAW LLC

YAEL BROMBERG, ESQ., PRINCIPAL*
T: (212) 859-5083 | F: (201) 586-0427
ybromberg@bromberglawllc.com

43 West 43rd Street, Suite 32
New York, NY 10036-7424

P.O. Box 1131
Glen Rock, NJ 07452-1131

August 3, 2026

Hon. Zahid N. Quraishi, U.S.D.N.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608
**Submitted via ECF**

RE:    **Conforti, et al. v. Hanlon, et al., Civ. No. 20-08267**
       **Kim, et al. v. Hanlon, et al., Civ. No. 24-1098**

Dear Judge Quraishi:

This firm, along with Weissman & Mintz LLC, represents Plaintiffs in the above referenced matters. We are pleased to submit for the Court's consideration and approval a settlement and proposed consent decree in the *Conforti* and *Kim* litigations with respect to the Defendant Bergen County Clerk. The parties to this settlement respectfully request that Your Honor review the instrument and sign as indicated.

This final settlement, subject to Your Honor's approval, concludes both the *Conforti* and *Kim* litigations as to all parties. Given that all consent agreements and dismissals have resolved all issues as to all parties, the Court may mark the litigations as closed.

If the Court has any questions, we remain available to address them at any time.

Respectfully submitted,

_____
Yael Bromberg, Esq.

CC:    All counsel of record, via ECF

* Licensed to practice in New Jersey, New York, and the District of Columbia